John A. McGuinn, Esq. SBN 36047
Noah D. Lebowitz, Esq. SBN 194982
MCGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

Attorneys for Plaintiff
KIRAN PANDE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KIRAN PANDE, | NO.   04-5107 CW |
|---|---|
| Plaintiffs | |
| vs. | **STIPULATION RE: CONTINUING CASE MANAGEMENT CONFERENCE** |
| CHEVRONTEXACO CORPORATION, a Delaware corporation, CHEVRON TEXACO OVERSEAS PETROLEUM, INC., a Delaware corporation | |
| Defendants. | |

WHEREAS, the Complaint in this case was filed on December 2, 2004;

WHEREAS, the Scheduling Order set the Initial Case Management Conference for Friday April 8, 2005 at 1:30 p.m.;

WHEREAS, the Plaintiff did not serve the Complaint until March 31, 2005 because the parties were engaged in mediation and attempts to reach a negotiated resolution of this case;

WHEREAS, the parties are continuing to negotiate material terms of a formal settlement of the case;

WHEREAS, the parties have further acknowledged that if the settlement

negotiations ultimately fail, the dispute will first proceed according to the Defendants' mandatory internal grievance procedure entitled "Steps to Employee Problem Solution Process" ("STEPS"), as agreed to by the parties;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES**, that the Case Management Conference set for April 8, 2005 would be premature and not a productive use of the Court's resources, and that the Case Management Conference should be **CONTINUED** for 30-days or as soon thereafter as is convenient for the Court so that the parties can either (a) finalize a settlement agreement, or (b) file a stipulation to stay this case pending exhaustion of the STEPS dispute resolution procedures.

Date: March 4, 2005

McGUINN, HILLSMAN & PALEFSKY
Attorneys for Plaintiff Kiran Pande

By: _____/s/_____
NOAH D. LEBOWITZ

DATED: March 4, 2005

MILLER LAW GROUP
Attorneys for Defendants ChevronTexaco Corp.
and ChevronTexaco Overseas Petroleum, Inc.

By: _____/s/_____
KERRY McINERNEY FREEMAN