Case 3:04-cv-05107-JCS     Document 4-2     Filed 04/05/2005     Page 1 of 1

John A. McGuinn, Esq. SBN 36047
Noah D. Lebowitz, Esq. SBN 194982
MCGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

Attorneys for Plaintiff
KIRAN PANDE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>    Plaintiffs<br><br>vs.<br><br>CHEVRONTEXACO CORPORATION,<br>a Delaware corporation,<br>CHEVRON TEXACO OVERSEAS<br>PETROLEUM, INC., a Delaware<br>corporation<br><br>    Defendants. | NO.   04-5107 CW<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Good cause appearing, the Case Management Conference set for April 8, 2005 is this case is hereby **CONTINUED** until May 13, 2005 at 1:30 p.m. By Friday, May 6, the parties must file either a Joint Case Management Conference Statement or a Stipulation for a stay of the case while the case proceeds through Defendants' alternative dispute resolution procedures.

**IT IS SO ORDERED.**

DATED: April __, 2005

_____
Hon. Claudia Wilken
U.S. District Court

