John A. McGuinn, Esq. SBN 36047
Noah D. Lebowitz, Esq. SBN 194982
MCGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

Attorneys for Plaintiff
KIRAN PANDE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE, <br><br> Plaintiffs <br><br> vs. <br><br><br> CHEVRONTEXACO CORPORATION, a Delaware corporation, CHEVRON TEXACO OVERSEAS PETROLEUM, INC., a Delaware corporation <br><br> Defendants. | NO.   04-5107 CW <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Good cause appearing, the Case Management Conference set for April 8, 2005 is this case is hereby **CONTINUED** until May 13, 2005 at 1:30 p.m.  By Friday, May 6, the parties must file either a Joint Case Management Conference Statement or a Stipulation for a stay of the case while the case proceeds through Defendants' alternative dispute resolution procedures.

**IT IS SO ORDERED.**

DATED: April _6_, 2005            /s/ CLAUDIA WILKEN
                                  Hon. Claudia Wilken

1 | U.S. District Court
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133
415/421-9292