| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| MCGUINN, HILLSMAN & PALEFSKY<br>A Professional Corp<br>535 PACIFIC AVENUE<br>SAN FRANCISCO, CA 94133 | (415) 421-9292 | |
| ATTORNEY FOR (NAME)   PLAINTIFF | REFERENCE NUMBER<br>OS326848-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA 94102

SHORT NAME OF CASE
KIRAN PANDE vs. CHEVRON TEXACO

| PROOF OF SERVICE | HEARING DATE: | HEARING TIME: | DEPT/DIV: | CASE NUMBER:<br>C04 5107CW |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SUMMONS AND COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; ECF REGISTRATION INFORMATION HANDOUT; ADR DISPUTE RESOLUTION PROCEDURES;

**Name:** CHEVRON TEXACO CORPORATION, A DELAWARE CORPORATION

**Person Served:** BECKY DEGEORGE/AUTHORIZED
**Title:** AGENT/PRENTICE HALL INC

**Date of Delivery:** 03/31/05
**Time of Delivery:** 02:15 pm

**Place of Service:** 2730 GATEWAY OAKS DRIVE STE 100
SACARMENTO, CA 95833        (Business)

**Manner of Service:** Personal Service - By Personally Delivering Copies.

**In Compliance With:**  ☒ Federal Rules of Civil Procedure
                         ☐ California Code of Civil Procedure

**Fee for service:** $ 49.50

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

☒ Registered: SACRAMENTO County,
Number: 2003-19

Attorney's Diversified Services
1424 21st Street
Sacramento, CA 95814     Client File # N/A
(916) 441-4396
30B/05326848-01

PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: April 26, 2005
at: SACRAMENTO, California.

Signature: [signature]
Name: ALISHIA SIMON
Title: REGISTERED PROCESS SERVER