John A. McGuinn, Esq. SBN 36047
Noah D. Lebowitz, Esq. SBN 194982
MCGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

Attorneys for Plaintiff
KIRAN PANDE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE, | NO.   04-5107 CW |
| Plaintiffs | |
| vs. | **STIPULATION RE:  CONTINUING CASE MANAGEMENT CONFERENCE** |
| CHEVRONTEXACO CORPORATION, a Delaware corporation, CHEVRON TEXACO OVERSEAS PETROLEUM, INC., a Delaware corporation | |
| Defendants. | |

WHEREAS, the Complaint in this case was filed on December 2, 2004;

WHEREAS, the Scheduling Order set the Initial Case Management Conference for Friday April 8, 2005 at 1:30 p.m.;

WHEREAS, the Plaintiff did not serve the Complaint until March 31, 2005 because the parties were engaged in mediation and attempts to reach a negotiated resolution of this case;

WHEREAS, the parties are continuing to negotiate material terms of a formal settlement of the case;

WHEREAS, the parties have further acknowledged that if the settlement

STIPULATION RE:  CONTINUING CASE MANAGEMENT CONFERENCE                                  1

1  negotiations ultimately fail, the dispute will first proceed according to the Defendants'
2  mandatory internal grievance procedure entitled "Steps to Employee Problem Solution
3  Process" ("STEPS"), as agreed to by the parties;

4  **THEREFORE, IT IS HEREBY STIPULATED AND AGREED BETWEEN THE**
5  **PARTIES**, that the Case Management Conference set for April 8, 2005 would be
6  premature and not a productive use of the Court's resources, and that the Case
7  Management Conference should be **CONTINUED** for 30-days or as soon thereafter as is
8  convenient for the Court so that the parties can either (a) finalize a settlement agreement,
9  or (b) file a stipulation to stay this case pending exhaustion of the STEPS dispute
10 resolution procedures.

12 Date:  March 4, 2005                McGUINN, HILLSMAN & PALEFSKY
                                       Attorneys for Plaintiff Kiran Pande

15                                     By: _____/s/_____
                                              NOAH D. LEBOWITZ

18 DATED: March 4, 2005                MILLER LAW GROUP
                                       Attorneys for Defendants ChevronTexaco Corp.
19                                     and ChevronTexaco Overseas Petroleum, Inc.

21                                     By: _____/s/_____
                                              KERRY McINERNEY FREEMAN

STIPULATION RE:  CONTINUING CASE MANAGEMENT CONFERENCE           2