John A. McGuinn, Esq. SBN 36047
Noah D. Lebowitz, Esq. SBN 194982
MCGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

Attorneys for Plaintiff
KIRAN PANDE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| KIRAN PANDE, | NO.   04-5107 CW |
|---|---|
| Plaintiffs | |
| vs. | [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| CHEVRONTEXACO CORPORATION, a Delaware corporation, CHEVRON TEXACO OVERSEAS PETROLEUM, INC., a Delaware corporation | |
| Defendants. | |

Good cause appearing, the Case Management Conference set for April 8, 2005 is this case is hereby **CONTINUED** until May 13, 2005 at 1:30 p.m.  By Friday, May 6, the parties must file either a Joint Case Management Conference Statement or a Stipulation for a stay of the case while the case proceeds through Defendants' alternative dispute resolution procedures.

**IT IS SO ORDERED.**

DATED: April __, 2005                         _____
                                              Hon. Claudia Wilken
                                              U.S. District Court