| | |
|---|---|
| 1 | John A. McGuinn, Esq. SBN 36047 |
| 2 | Noah D. Lebowitz, Esq. SBN 194982 |
|   | McGUINN, HILLSMAN & PALEFSKY |
| 3 | 535 Pacific Avenue |
|   | San Francisco, CA 94133 |
| 4 | Telephone: (415) 421-9292 |
| 5 | Facsimile: (415) 403-0202 |
| 6 | Attorneys for Plaintiff |
|   | KIRAN PANDE |
| 7 | |
| 8 | Michele Ballard Miller (SBN 104198) |
|   | Kerry McInerney Freeman (SBN 184764) |
| 9 | MILLER LAW GROUP |
|   | A Professional Corporation |
| 10 | 60 E. Sir Francis Drake Blvd., Ste. 302 |
|    | Larkspur, CA 94939 |
| 11 | Tel. (415) 464-4300 |
| 12 | Fax (415) 464-4336 |
| 13 | Attorneys for |
|    | CHEVRONTEXACO OVERSEAS PETROLEUM |
| 14 | COMPANY (sued as CHEVRONTEXACO |
|    | OVERSEAS PETROLEUM |
| 15 | PACIFIC COMPANY) and |
| 16 | CHEVRONTEXACO CORPORATION |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

KIRAN PANDE,

Plaintiffs

vs.

CHEVRONTEXACO CORPORATION,
a Delaware corporation,
CHEVRON TEXACO OVERSEAS
PETROLEUM PACIFIC COMPANY, a
Delaware corporation,

Defendants.

NO.   04-5107 CW

**STIPULATION RE: ENTERING STAY OF CASE PENDING ARBITRATION**

STIPULATION RE: ENTERING STAY OF CASE PENDING ARBITRATION                1

1  WHEREAS, the Complaint in this case was filed on December 2, 2004;

2  WHEREAS, the Initial Case Management Conference was continued by Stipulation
3  and Order to Friday May 13, 2005 at 1:30 p.m.;

4  WHEREAS, the parties have been unsuccessful in negotiating the terms of a formal
5  settlement of the case;

6  WHEREAS, the parties previously stipulated that if the settlement negotiations fail,
7  the dispute will first proceed according to the Defendants' mandatory internal grievance
8  procedure entitled "Steps to Employee Problem Solution Process" ("STEPS");

9  **THEREFORE, IT IS HEREBY STIPULATED AND AGREED BETWEEN THE**
10 **PARTIES**, that the Case Management Conference set for May 13, 2005 should be taken
11 **OFF CALENDAR** and that the Court enter a **STAY OF ALL PROCEEDINGS** in this case
12 pending exhaustion of the STEPS dispute resolution procedures.

13 **IT IS FURTHER STIPULATED AND AGREED**, that the parties will notify the Court
14 of the results of the STEPS arbitration within thirty (30) days after the final decision in the
15 arbitration proceeding is issued and request either a dismissal of this case or a lifting of
16 the stay.

17
18 Date: May 5, 2005                McGUINN, HILLSMAN & PALEFSKY
                                    Attorneys for Plaintiff Kiran Pande
19
20
21                                  By: _____/s/_____
                                         NOAH D. LEBOWITZ
22
23 Date: May 5, 2005                MILLER LAW GROUP
                                    Attorneys for Defendants ChevronTexaco
24                                  Overseas Petroleum Company (sued as
                                    ChevronTexaco Overseas Petroleum
25                                  Pacific Company) and ChevronTexaco
                                    Corporation
26
27                                  By: _____/s/_____
28                                       KERRY McINERNEY FREEMAN

STIPULATION RE: ENTERING STAY OF CASE PENDING ARBITRATION                    2