```
 1  John A. McGuinn, Esq. SBN 36047
    Noah D. Lebowitz, Esq. SBN 194982
 2  McGUINN, HILLSMAN & PALEFSKY
    535 Pacific Avenue
 3  San Francisco, CA 94133
    Telephone: (415) 421-9292
 4  Facsimile: (415) 403-0202
 5
    Attorneys for Plaintiff
 6  KIRAN PANDE
 7
    Michele Ballard Miller (SBN 104198)
 8  Kerry McInerney Freeman (SBN 184764)
    MILLER LAW GROUP
 9  A Professional Corporation
    60 E. Sir Francis Drake Blvd., Ste. 302
10  Larkspur, CA 94939
    Tel. (415) 464-4300
11  Fax (415) 464-4336
12
13  Attorneys for
    CHEVRONTEXACO OVERSEAS PETROLEUM
14  COMPANY (sued as CHEVRONTEXACO
    OVERSEAS PETROLEUM
15  PACIFIC COMPANY) and
    CHEVRONTEXACO CORPORATION
16
17
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE, | NO.   04-5107 CW |
| Plaintiffs | |
| vs. | **[PROPOSED] ORDER ENTERING STAY OF CASE PENDING ARBITRATION** |
| CHEVRONTEXACO CORPORATION, a Delaware corporation, CHEVRON TEXACO OVERSEAS PETROLEUM PACIFIC COMPANY, a Delaware corporation, | |
| Defendants. | |

1  Good cause appearing the Case Management Conference set for May 13, 2005 is hereby taken off calendar.  The Court hereby enters a **STAY OF ALL PROCEEDINGS** in this case pending exhaustion of the STEPS dispute resolution procedures, as agreed by the parties.

It is further Ordered, that the parties will notify the Court of the results of the STEPS arbitration no later than thirty (30) days after the final decision in the arbitration proceeding is issued and request either a dismissal of this case or a lifting of the stay.

**IT IS SO ORDERED.**

DATED: May __, 2005

_____
Hon. Claudia Wilken
U.S. District Court