1  John A. McGuinn, Esq. SBN 36047
2  Noah D. Lebowitz, Esq. SBN 194982
   McGUINN, HILLSMAN & PALEFSKY
3  535 Pacific Avenue
   San Francisco, CA 94133
4  Telephone: (415) 421-9292
   Facsimile: (415) 403-0202
5
6  Attorneys for Plaintiff
   KIRAN PANDE
7
8  Michele Ballard Miller (SBN 104198)
   Kerry McInerney Freeman (SBN 184764)
9  MILLER LAW GROUP
   A Professional Corporation
10 60 E. Sir Francis Drake Blvd., Ste. 302
   Larkspur, CA 94939
11 Tel. (415) 464-4300
12 Fax (415) 464-4336

13 Attorneys for
   CHEVRONTEXACO OVERSEAS PETROLEUM
14 COMPANY (sued as CHEVRONTEXACO
   OVERSEAS PETROLEUM
15 PACIFIC COMPANY) and
16 CHEVRONTEXACO CORPORATION

17
18              **UNITED STATES DISTRICT COURT**
19            **NORTHERN DISTRICT OF CALIFORNIA**
20
21
22
23
24
25
26
27
28

|  |  |
|---|---|
| KIRAN PANDE, <br><br>            Plaintiffs <br><br> vs. <br><br><br> CHEVRONTEXACO CORPORATION, a Delaware corporation, <br>CHEVRON TEXACO OVERSEAS PETROLEUM PACIFIC COMPANY, a Delaware corporation, <br><br>            Defendants. | NO.   04-5107 CW <br><br><br>**ORDER ENTERING STAY OF CASE PENDING ARBITRATION** |

Good cause appearing the Case Management Conference set for May 13, 2005 is hereby taken off calendar.  The Court hereby enters a **STAY OF ALL PROCEEDINGS** in this case pending exhaustion of the STEPS dispute resolution procedures, as agreed by the parties.

It is further Ordered, that the parties will notify the Court of the results of the STEPS arbitration no later than thirty (30) days after the final decision in the arbitration proceeding is issued and request either a dismissal of this case or a lifting of the stay.  **The parties shall report on their progress every 90 days.**

**IT IS SO ORDERED.**

DATED: May 9, 2005

/s/ CLAUDIA WILKEN
_____
Hon. Claudia Wilken
U.S. District Court