| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| MCGUINN, HILLSMAN & PALEFSKY<br>A Professional Corp<br>NOAH D. LEBOWITZ - SBN # 194982<br>535 PACIFIC AVENUE<br>SAN FRANCISCO, CA   94133 | (415) 421-9292 | |
| ATTORNEY FOR (NAME)    PLAINTIFF | REFERENCE NUMBER<br>OS327538-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA 94102

SHORT NAME OF CASE
KIRAN PANDE vs. CHEVRON TEXACO CORP.

| PROOF OF SERVICE | HEARING DATE: | HEARING TIME: | DEPT/DIV: | CASE NUMBER:<br>C045107 (CW) |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
AMENDED SUMMONS; AMENDED COMPLAINT; CIVIL COVER SHEET; ORDER SETTNG INITIAL CASE MANAGEMENT CONFERENCE; ECF REGISTRATION INFORMATION HANDOUT; ADR DISPUTE RESOLUTION PROCEDURES; ORDER CONTINUING CASE MANAGEMENT CONFERENCE;

**Name:** CHEVRON TEXACO OVERSEAS PETROLEUM PACIFIC COMPANY

**Person Served:** BECKY DEGEORGE/AUTHORIZED
**Title:** AGENT/CSC LAWYERS INC.

**Date of Delivery:** 04/29/05
**Time of Delivery:** 12:41 pm

**Place of Service:** 2730 GATEWAY OAKS DRIVE STE 100
SACRAMENTO, CA 95833              (Business)

**Manner of Service:** Personal Service - By Personally Delivering Copies.

**In Compliance With:** ☒ Federal Rules of Civil Procedure
☐ California Code of Civil Procedure

**Fee for service:**  $ 85.13

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

[X] Registered: . . . SACRAMENTO . . . . County,
Number: . . . 2003-66 . . . .

**Attorney's Diversified Services**
1424 21st Street
Sacramento, CA 95814    Client File # N/A
(916) 441-4396

30B/OS327538-01      PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: . . . . . . . . . May 4, 2005 . . . . . ,
at: . . . . . . . . . SACRAMENTO . . . , California.

Signature: _____
Name: MARK STEINER
Title: REGISTERED PROCESS SERVER