Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (184764)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRONTEXACO OVERSEAS PETROLEUM; incorrectly sued as CHEVRONTEXACO CORPORATION, a Delaware corporation, CHEVRON TEXACO OVERSEAS PETROLEUM PACIFIC COMPANY, a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE, | Case No. 04-5107 CW |
| Plaintiff, | |
| v. | **JOINT PROGRESS REPORT** |
| CHEVRONTEXACO CORPORATION, a Delaware corporation, CHEVRON TEXACO OVERSEAS PETROLEUM PACIFIC COMPANY, a Delaware corporation, | Complaint filed: December 2, 2004 |
| Defendants. | |

As requested in the Court's May 9, 2005 Order Entering Stay of Case Pending Arbitration, the parties jointly submit the following progress report:

The parties have agreed to arbitrate this matter with private arbitrator Yaroslav Sochynsky. Based on the parties' pre-arbitration scheduling conference, the parties anticipate the arbitration will take place in January 2006.

| | | |
|---|---|---|
| Dated: August 5, 2005 | | MILLER LAW GROUP<br>A Professional Corporation |
| | | By: _____//s//_____.<br>Kerry McInerney Freeman<br>Attorneys for Defendants CHEVRONTEXACO OVERSEAS PETROLEUM; incorrectly sued as CHEVRONTEXACO CORPORATION, a Delaware corporation, CHEVRON TEXACO OVERSEAS PETROLEUM PACIFIC COMPANY, a Delaware corporation |
| Dated: August 5, 2005 | | McGUINN, HILLSMAN & PALEFSKY |
| | | By: _____//s//_____.<br>Noah D. Lebowitz<br>Attorneys for Plaintiff KIRAN PANDE |

024.006.47