IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIRAN PANDE,

    Plaintiff,

  v.

CHEVRONTEXACO CORP,

    Defendant.
_____/

No. C 04-05107 CW

CLERK'S NOTICE SETTING FURTHER CASE MANAGEMENT CONFERENCE

    Notice is hereby given a Further Case Management Conference will be held on **February 10, 2006, at 1:30 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.  An updated Case Management Statement will be due one week prior to the conference.

Dated: 9/13/05

/s/ SHEILAH CAHILL
SHEILAH CAHILL
Deputy Clerk