1  Michele Ballard Miller (SBN 104198)
   Kerry McInerney Freeman (184764)
2  MILLER LAW GROUP
   A Professional Corporation
3  60 E. Sir Francis Drake Blvd., Ste. 302
   Larkspur, CA 94939
4  Tel. (415) 464-4300
   Fax (415) 464-4336
5
6  Attorneys for Defendants CHEVRON INTERNATIONAL
   EXPLORATION AND PRODUCTION (formerly known
7  as CHEVRONTEXACO OVERSEAS PETROLEUM and
   improperly sued as CHEVRONTEXACO OVERSEAS
8  PETROLEUM PACIFIC COMPANY) AND CHEVRON
   CORPORATION (formerly known as CHEVRONTEXACO
9  CORPORATION)

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12

13 | KIRAN PANDE,                              | Case No. 04-5107 CW
14 |                                           |
15 |         Plaintiff,                        | **ORDER LIFTING STAY**
16 | v.                                        | Complaint filed:   December 2, 2004
17 | CHEVRONTEXACO CORPORATION, a              |
   | Delaware corporation, CHEVRON TEXACO      |
18 | OVERSEAS PETROLEUM PACIFIC                |
   | COMPANY, a Delaware corporation,          |
19 |                                           |
20 |         Defendants.                       |

21

22

23         Although this Court previously stayed this litigation pursuant to the parties'

24 stipulated request to stay the matter pending arbitration under Defendants' mandatory

25 internal dispute resolution process, "Steps to Employee Problem Resolution Process"

26 ("STEPS"), due to the parties' subsequent inability to reach an agreement regarding certain

27 terms of the Company's STEPS arbitration process, this Court hereby orders as follows:

28

1.     The stay is lifted and this Northern District litigation is reinstituted.

2.     Defendants shall file a responsive pleading 20 days after Defendants receive notice that this Order has been entered.

3.     The parties shall adhere to the following case management deadlines:

Dated: _____, 2005   _____
                                CLAUDIA WILKEN, U.S. DISTRICT COURT JUDGE

024.006.108