Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (184764)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM and improperly sued as CHEVRONTEXACO OVERSEAS PETROLEUM PACIFIC COMPANY) AND CHEVRON CORPORATION (formerly known as CHEVRONTEXACO CORPORATION)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHEVRONTEXACO CORPORATION, a Delaware corporation, CHEVRON TEXACO OVERSEAS PETROLEUM PACIFIC COMPANY, a Delaware corporation,<br><br>　　　　　Defendants. | Case No. 04-5107 CW<br><br>**STATUS REPORT AND REQUEST FOR ORDER LIFTING STAY**<br><br>Complaint filed:　　December 2, 2004 |

　　　　Defendants are filing this status report and request that the Court lift the stay in this matter. The parties to this matter previously stipulated to stay the Northern District litigation in order to pursue arbitration pursuant to Defendants' mandatory internal dispute resolution process, "Steps to Employee Problem Resolution Process" ("STEPS"). Based on the parties' stipulation, this Court entered a stay after Plaintiff filed her Complaint, but before Defendants filed any responsive pleading. The parties have since been unable to reach an agreement regarding certain terms of the Company's STEPS arbitration process.

Accordingly, Defendants request that this Court enter an Order lifting the stay in this matter, and reinstituting this Northern District litigation.  Defendants propose to file a responsive pleading 20 days after Defendants receive notice that the stay has been lifted.  Defendants also request that this Court set case management deadlines as it does with other newly initiated actions.

Dated:  October 17, 2005

MILLER LAW GROUP
A Professional Corporation

By: _____.
Kerry McInerney Freeman
Attorneys for Defendants CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM and improperly sued as CHEVRONTEXACO OVERSEAS PETROLEUM PACIFIC COMPANY) AND CHEVRON CORPORATION (formerly known as CHEVRONTEXACO CORPORATION)

024.006.107