Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (184764)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM and improperly sued as CHEVRONTEXACO OVERSEAS PETROLEUM PACIFIC COMPANY) AND CHEVRON CORPORATION (formerly known as CHEVRONTEXACO CORPORATION)

**FILED**

NOV - 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE, | Case No. 04-5107 CW |
| Plaintiff, | **ORDER LIFTING STAY** |
| v. | Complaint filed: December 2, 2004 |
| CHEVRONTEXACO CORPORATION, a Delaware corporation, CHEVRON TEXACO OVERSEAS PETROLEUM PACIFIC COMPANY, a Delaware corporation, | |
| Defendants. | |

Although this Court previously stayed this litigation pursuant to the parties' stipulated request to stay the matter pending arbitration under Defendants' mandatory internal dispute resolution process, "Steps to Employee Problem Resolution Process" ("STEPS"), due to the parties' subsequent inability to reach an agreement regarding certain terms of the Company's STEPS arbitration process, this Court hereby orders as follows:

1. The stay is lifted and this Northern District litigation is reinstituted.

2. Defendants shall file a responsive pleading 20 days after Defendants receive notice that this Order has been entered.

3. The parties shall adhere to the following case management deadlines:

| Date | Event | Rule |
|---|---|---|
| 11/28/2005 | Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR LR 3-5 |
| 11/28/2005 | Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 |
| 12/09/2005 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report | FRCivP 26(a)(1) Civil L.R. 16-9 |
| 12/16/2005 | Case Management Conference in Courtroom 2, Oakland at 1:30 PM | Civil L.R. 16-10 |

The Case Management Confrence previously set for 2/10/06 is vacated.

Dated: NOV - 8 2005, 2005

CLAUDIA WILKEN, U.S. DISTRICT COURT JUDGE

024.006.108