```
 1  John A. McGuinn, Esq. (SBN 36047)
    Noah D. Lebowitz, Esq. (SBN 194982)
 2  McGUINN, HILLSMAN & PALEFSKY
    535 Pacific Avenue
 3  San Francisco, CA 94133
    Telephone: (415) 421-9292
 4  Facsimile: (415) 403-0202
 5
    Attorneys for Plaintiff
 6  KIRAN PANDE
 7
    Michele Ballard Miller (SBN 104198)
 8  Kerry McInerney Freeman (SBN 184764)
    MILLER LAW GROUP
 9  A Professional Corporation
    60 E. Sir Francis Drake Blvd., Ste. 302
10  Larkspur, CA 94939
11  Tel. (415) 464-4300
    Fax (415) 464-4336
12
13  Attorneys for
    CHEVRONTEXACO OVERSEAS PETROLEUM
14  COMPANY (sued as CHEVRONTEXACO
    OVERSEAS PETROLEUM
15  PACIFIC COMPANY) and
    CHEVRONTEXACO CORPORATION
16
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| KIRAN PANDE, | NO. 04-5107 CW |
|---|---|
| Plaintiffs | |
| vs. | STIPULATION & [PROPOSED] ORDER TO FILE SECOND AMENDED COMPLAINT |
| CHEVRONTEXACO CORPORATION, a Delaware corporation, CHEVRON TEXACO OVERSEAS PETROLEUM PACIFIC COMPANY, a Delaware corporation, | |
| Defendants. | |

STIPULATION & [PROPOSED] ORDER TO FILE SECOND AMENDED COMPLAINT          1

1     WHEREAS, the Complaint in this case was filed on December 2, 2004, naming
2 as Defendants: ChevronTexaco Corporation, a Delaware corporation and
3 ChevronTexaco Overseas Petroleum Company, a Delaware Corporation;
4     WHEREAS, the plaintiff subsequently filed a First Amended Complaint wherein
5 the only amendment was to change the name of ChevronTexaco Overseas Petroleum
6 Company, a Delaware Corporation to ChevronTexaco Overseas Pacific Petroleum
7 Company, a Delaware corporation.;
8     WHEREAS, the Defendants have maintained throughout that the Plaintiff has
9 incorrectly named the Defendants in this case;
10     WHEREAS, the parties have met and conferred in good faith regarding the
11 proper names of the Defendants;
12     **THEREFORE, IT IS HEREBY STIPULATED AND AGREED BETWEEN THE**
13 **PARTIES**, that the Plaintiff be given leave to file a Second Amended Complaint to
14 name the Defendants as follows: CHEVRON CORPORATION (f/k/a
15 CHEVRONTEXACO CORPORATION), a Delaware corporation, CHEVRON
16 INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO
17 OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A Inc., a copy of
18 which is attached hereto as Exhibit A.
19     **IT IS FURTHER STIPULATED AND AGREED**, that the Defendants will have
20 twenty (20) days from the Court's approval of this Stipulation and the filing of the
21 Second Amended Complaint to file its Answer.

22 Date: November 28, 2005                    McGUINN, HILLSMAN & PALEFSKY
23                                         Attorneys for Plaintiff Kiran Pande

25                              By: _____/s/_____
26                                   NOAH D. LEBOWITZ

27 ///

28 STIPULATION & [PROPOSED] ORDER TO FILE SECOND AMENDED COMPLAINT      2

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

1  Date: November 28, 2005

MILLER LAW GROUP
Attorneys for Defendants ChevronTexaco Overseas Petroleum Company (sued as ChevronTexaco Overseas Petroleum Pacific Company) and ChevronTexaco Corporation

By:
_____/s/_____
KERRY McINERNEY FREEMAN

**IT IS SO ORDERED**

Dated: _____

_____
HON. CLAUDIA WILKEN
JUDGE, U.S. DISTRICT COURT

STIPULATION & [PROPOSED] ORDER TO FILE SECOND AMENDED COMPLAINT          3