1  Michele Ballard Miller (SBN 104198)
   Kerry McInerney Freeman (184764)
2  MILLER LAW GROUP
   A Professional Corporation
3  60 E. Sir Francis Drake Blvd., Ste. 302
   Larkspur, CA 94939
4  Tel. (415) 464-4300
   Fax (415) 464-4336
5
   Attorneys for Defendants CHEVRON
6  CORPORATION (f/k/a ChevronTexaco
   Corporation) and CHEVRON INTERNATIONAL
7  EXPLORATION & PRODUCTION
   (f/k/a ChevronTexaco Overseas Petroleum),
8  a division of Chevron U.S.A. Inc.

9  John A. McGuinn, Esq. (SBN 36047)
   Noah D. Lebowitz, Esq. (SBN 194982)
10 McGUINN, HILLSMAN & PALEFSKY
   535 Pacific Avenue
11 San Francisco, CA 94133
   Telephone: (415) 421-9292
12 Facsimile: (415) 403-0202

13 Attorneys for Plaintiff
   KIRAN PANDE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE, | Case No. 04-5107 CW |
| Plaintiff, | **STIPULATED REQUEST TO CONTINUE DECEMBER 16, 2005 CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| v. | |
| CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc. | Complaint filed:    December 2, 2004 |
| Defendants. | |

1

**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER**
Case No. 04-5107 CW

1  Plaintiff Kiran Pande and Defendants CHEVRON CORPORATION (formerly
2  known as ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION
3  & PRODUCTION (formerly known as ChevronTexaco Overseas Petroleum), a division of
4  Chevron U.S.A. Inc. (hereinafter "Defendants") hereby stipulate to continue the Case
5  Management Conference currently calendared for December 16, 2005 at 1:30 p.m. to
6  January 6, 2006 at 1:30 p.m.
7
8  WHEREAS, the Case Management Conference in this case is currently set for
9  December 16, 2005 at 1:30 p.m.;
10
11  WHEREAS, the Defendants have an unavoidable case related conflict on
12  December 16, 2005;
13
14  WHEREAS, the Defendants understand that this Court sets Case
15  Management Conferences only on Fridays at 1:30 p.m.;
16
17  WHEREAS, January 6, 2006 is the first Friday after the currently set
18  December 16, 2006 Case Management Conference on which the Court and both parties are
19  available;
20
21  **THEREFORE, IT IS HEREBY STIPULATED AND AGREED BETWEEN THE**
22  **PARTIES**, that the December 16, 2005 Case Management Conference be continued to
23  January 6, 2006 at 1:30 p.m.
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

SO STIPULATED.

Dated: November 29, 2005

MILLER LAW GROUP
A Professional Corporation

By: _____
Kerry McInerney Freeman
Attorneys for Defendants CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.

Dated: November 29, 2005

McGUINN, HILLSMAN & PALEFSKY

By: _____
Noah D. Lebowitz
Attorneys for Plaintiff KIRAN PANDE

IT IS SO ORDERED:

Dated: _____

UNITED STATES DISTRICT JUDGE

---

3

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER
Case No. 04-5107 CW