1  John A. McGuinn, Esq. (SBN 36047)
   Noah D. Lebowitz, Esq. (SBN 194982)
2  McGUINN, HILLSMAN & PALEFSKY
   535 Pacific Avenue
3  San Francisco, CA 94133
4  Telephone: (415) 421-9292
   Facsimile: (415) 403-0202
5
   Attorneys for Plaintiff
6  KIRAN PANDE

7
   Michele Ballard Miller (SBN 104198)
8  Kerry McInerney Freeman (SBN 184764)
   MILLER LAW GROUP
9  A Professional Corporation
10 60 E. Sir Francis Drake Blvd., Ste. 302
   Larkspur, CA 94939
11 Tel. (415) 464-4300
   Fax (415) 464-4336
12
13 Attorneys for
   CHEVRONTEXACO OVERSEAS PETROLEUM
14 COMPANY (sued as CHEVRONTEXACO
   OVERSEAS PETROLEUM
15 PACIFIC COMPANY) and
   CHEVRONTEXACO CORPORATION
16

17                 **UNITED STATES DISTRICT COURT**

18                 **NORTHERN DISTRICT OF CALIFORNIA**

19 | | |
   |---|---|
   | KIRAN PANDE, | NO.   04-5107 CW |
20 | | |
   | Plaintiffs | |
21 | | |
22 | vs. | STIPULATION & [PROPOSED] ORDER TO FILE SECOND AMENDED COMPLAINT |
23 | | |
   | CHEVRONTEXACO CORPORATION, | |
24 | a Delaware corporation, | |
   | CHEVRON TEXACO OVERSEAS | |
25 | PETROLEUM PACIFIC COMPANY, a | |
   | Delaware corporation, | |
26 | | |
27 | Defendants. | |

28 STIPULATION & [PROPOSED] ORDER TO FILE SECOND AMENDED COMPLAINT            1

WHEREAS, the Complaint in this case was filed on December 2, 2004, naming as Defendants: ChevronTexaco Corporation, a Delaware corporation and ChevronTexaco Overseas Petroleum Company, a Delaware Corporation;

WHEREAS, the plaintiff subsequently filed a First Amended Complaint wherein the only amendment was to change the name of ChevronTexaco Overseas Petroleum Company, a Delaware Corporation to ChevronTexaco Overseas Pacific Petroleum Company, a Delaware corporation.;

WHEREAS, the Defendants have maintained throughout that the Plaintiff has incorrectly named the Defendants in this case;

WHEREAS, the parties have met and conferred in good faith regarding the proper names of the Defendants;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES**, that the Plaintiff be given leave to file a Second Amended Complaint to name the Defendants as follows: CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A Inc., a copy of which is attached hereto as Exhibit A.

**IT IS FURTHER STIPULATED AND AGREED**, that the Defendants will have twenty (20) days from the Court's approval of this Stipulation and the filing of the Second Amended Complaint to file its Answer.

Date: November 28, 2005                McGUINN, HILLSMAN & PALEFSKY
                                       Attorneys for Plaintiff Kiran Pande


                                       By: _____/s/_____
                                               NOAH D. LEBOWITZ

///

STIPULATION & [PROPOSED] ORDER TO FILE SECOND AMENDED COMPLAINT                    2

1  Date: November 28, 2005

MILLER LAW GROUP
Attorneys for Defendants ChevronTexaco Overseas Petroleum Company (sued as ChevronTexaco Overseas Petroleum Pacific Company) and ChevronTexaco Corporation

By:
_____/s/_____
KERRY McINERNEY FREEMAN

**IT IS SO ORDERED**

Dated: 11/30/05

_____
HON. CLAUDIA WILKEN
JUDGE, U.S. DISTRICT COURT



IT IS SO ORDERED
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION & [PROPOSED] ORDER TO FILE SECOND AMENDED COMPLAINT         3