1  Michele Ballard Miller (SBN 104198)
   Kerry McInerney Freeman (184764)
2  MILLER LAW GROUP
   A Professional Corporation
3  60 E. Sir Francis Drake Blvd., Ste. 302
   Larkspur, CA 94939
4  Tel. (415) 464-4300
   Fax (415) 464-4336
5
   Attorneys for Defendants CHEVRON
6  CORPORATION (f/k/a ChevronTexaco
   Corporation) and CHEVRON INTERNATIONAL
7  EXPLORATION & PRODUCTION
   (f/k/a ChevronTexaco Overseas Petroleum),
8  a division of Chevron U.S.A. Inc.

9  John A. McGuinn, Esq. (SBN 36047)
   Noah D. Lebowitz, Esq. (SBN 194982)
10 McGUINN, HILLSMAN & PALEFSKY
   535 Pacific Avenue
11 San Francisco, CA 94133
   Telephone: (415) 421-9292
12 Facsimile: (415) 403-0202

13 Attorneys for Plaintiff
   KIRAN PANDE
14

15                    UNITED STATES DISTRICT COURT
16
                     NORTHERN DISTRICT OF CALIFORNIA
17

18 KIRAN PANDE,                              Case No. 04-5107 CW
19
          Plaintiff,                         **STIPULATED REQUEST TO CONTINUE**
20                                           **DECEMBER 16, 2005 CASE**
21 v.                                        **MANAGEMENT CONFERENCE AND**
                                             **[PROPOSED] ORDER**
22
   CHEVRON CORPORATION (f/k/a
23 ChevronTexaco Corporation) and CHEVRON    Complaint filed:   December 2, 2004
   INTERNATIONAL EXPLORATION &
24 PRODUCTION (f/k/a ChevronTexaco
   Overseas Petroleum), a division of Chevron
25 U.S.A. Inc.

26
          Defendants.
27

28

1         Plaintiff Kiran Pande and Defendants CHEVRON CORPORATION (formerly known as ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (formerly known as ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc. (hereinafter "Defendants") hereby stipulate to continue the Case Management Conference currently calendared for December 16, 2005 at 1:30 p.m. to January 6, 2006 at 1:30 p.m.

        WHEREAS, the Case Management Conference in this case is currently set for December 16, 2005 at 1:30 p.m.;

        WHEREAS, the Defendants have an unavoidable case related conflict on December 16, 2005;

        WHEREAS, the Defendants understand that this Court sets Case Management Conferences only on Fridays at 1:30 p.m.;

        WHEREAS, January 6, 2006 is the first Friday after the currently set December 16, 2006 Case Management Conference on which the Court and both parties are available;

        **THEREFORE, IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES**, that the December 16, 2005 Case Management Conference be continued to January 6, 2006 at 1:30 p.m.

/ / /

/ / /

/ / /

/ / /

/ / /

1 | **SO STIPULATED.**

3 | Dated: November 29, 2005

MILLER LAW GROUP
A Professional Corporation

By: _____
Kerry McInerney Freeman
Attorneys for Defendants CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.

12 | Dated: November 29, 2005

McGUINN, HILLSMAN & PALEFSKY

By: _____
Noah D. Lebowitz
Attorneys for Plaintiff KIRAN PANDE

18 | **IT IS SO ORDERED:**

20 | Dated: 11/30/05

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Claudia Wilken

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA