1  Michele Ballard Miller (SBN 104198)
   Kerry McInerney Freeman (184764)
2  MILLER LAW GROUP
   A Professional Corporation
3  60 E. Sir Francis Drake Blvd., Ste. 302
   Larkspur, CA 94939
4  Tel. (415) 464-4300
   Fax (415) 464-4336
5
   Attorneys for Defendants CHEVRON
6  CORPORATION (f/k/a ChevronTexaco
   Corporation) and CHEVRON INTERNATIONAL
7  EXPLORATION & PRODUCTION
   (f/k/a ChevronTexaco Overseas Petroleum),
8  a division of Chevron U.S.A. Inc.

9  John A. McGuinn, Esq. (SBN 36047)
   Noah D. Lebowitz, Esq. (SBN 194982)
10 McGUINN, HILLSMAN & PALEFSKY
   535 Pacific Avenue
11 San Francisco, CA 94133
   Tel. (415) 421-9292
12 Fax (415) 403-0202

13 Attorneys for Plaintiff
   KIRAN PANDE
14
15
16                 UNITED STATES DISTRICT COURT
17                 NORTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| KIRAN PANDE, | Case No. 04-5107 CW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| v. | **ADR CERTIFICATION** |
| CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc. | Complaint filed: December 2, 2004 |
| Defendants. | |

1

1  The parties stipulate to participate in the following ADR process:

2  **Court Processes:**

3  ___ Arbitration     ___ ENE     ~~X~~ Mediation

4  (To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)

5  (SEE ATTACHED ADDENDUM)

6  **Private Process:**

7  _X_ Private ADR (please identify process and provider)

8  Mediation with Mark Rudy, Esq.

10  Dated: November 28, 2005                MILLER LAW GROUP
                                           A Professional Corporation

13  By: _____//s//_____
    Kerry McInerney Freeman
    Attorneys for Defendants CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.

19  Dated: November 28, 2005                McGUINN, HILLSMAN & PALEFSKY

21  By: _____//s//_____
    Noah D. Lebowitz
    Attorneys for Plaintiff KIRAN PANDE

24  IT IS SO ORDERED.

                                            /s/ CLAUDIA WILKEN

26  Dated: __12/1/05_____

                                            UNITED STATES DISTRICT JUDGE

1  SIGNATURE AND CERTIFICATION BY THE PARTIES AND LEAD TRIAL COUNSEL
2
3       Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that
4  he or she has read either the handbook entitled "Dispute Resolution Procedures in the
5  Northern District of California," or the specified portions of the ADR Unit's Internet site
6  <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided
7  by the court and private entities, and considered whether this case might benefit from any of
8  them.
9       (Note: This Certification must be signed by each party and its counsel.)
10
11  Dated: 11-28-05                    //S//
                                        Kiran Pande
12
13
14  Dated: 11-28-05                    //S//
                                        Noah Lebowitz          Karl H. Endries
15                                                             Assistant Secretary
16  Dated: 11-28-05                    [signature]
                                        CHEVRON CORPORATION (f/k/a ChevronTexaco
17                                      Corporation)           Kari H. Endries
18  Dated: 11-28-05                    [signature]             Vice President
                                        CHEVRON INTERNATIONAL EXPLORATION &
19                                      PRODUCTION (f/k/a ChevronTexaco Overseas
                                        Petroleum), a division of Chevron U.S.A. Inc.
20
21
22  Dated: 11-28-05                    [signature]
                                        Kerry McInerney Freeman
23
24
25
26
27
28

(Miller Law Group, A Professional Corporation, Larkspur, California)

1  ADDENDUM TO STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

3      While this civil action was stayed, the parties engaged in an unsuccessful mediation with Mark Rudy, Esq. of Rudy Exelrod Zieff LLP. In light of the prior mediation, the parties believe further alternative dispute resolution will only be productive, if at all, after the parties have had the opportunity to exchange and evaluate initial disclosures and conduct further discovery. Therefore, the parties would be open to further private mediation with Mr. Rudy after the parties have conducted discovery, which we anticipate will be around June 2006.

I hereby attest that I will have on file all holograph signatures for any signatures indicated by a "conformed" signature (//s//) within this efiled document.

Dated: November 28, 2005        _____//s//_____
                                Kerry McInerney Freeman