John A. McGuinn, Esq. SBN 36047
Noah D. Lebowitz, Esq. SBN 194982
MCGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

Attorneys for Plaintiff
KIRAN PANDE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>    Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation,<br>CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY),<br>a division of Chevron U.S.A. Inc,<br><br>    Defendants. | NO. 04-5107 CW<br><br>**JOINT RULE 26(f) REPORT** |

  1. Pursuant to FRCivP 26(f) and this Court's Scheduling Order, a telephonic meeting was held on November 28, 2005 and was attended by Noah D. Lebowitz, Esq. for the Plaintiff and Kerry McInerney Freeman, Esq. for the Defendants.

  2. The parties will exchange all Initial Disclosures by December 9, 2006.

  3. The parties jointly propose the following discovery plan:

    a. Discovery will be needed on the following subjects:

      (1) All bases for Plaintiff's factual allegations;

JOINT RULE 26(f) REPORT                                   1

  (2) To what extent the doctrine of "continuing violation" applies to Plaintiff's claims related to events which took place more than one year prior to her filing her administrative complaint;

  (3) What, if any, investigation was made into the complaints of harassment, discrimination, and retaliation which she registered with the Defendants' Ombuds.

  (4) Who among Plaintiff's co-workers who similarly turned down the move to Houston were able to secure continued employment within Chevron.

  (5) Who was placed in each of the job positions for which Plaintiff applied from the date of the announcement of the move to Houston until the end of her employment.

  (6) Who attended the November 4, 2003 telephone conference wherein Plaintiff alleges that her supervisor made derogatory comments about her impending medical leave.

  (7) Whether the Defendants' FMLA policies comply with the law.

  (8) Whether the Defendants' agent for administration of their FMLA policies (UnumProvident) violated any of Plaintiff's statutory or state constitutional rights to privacy in her medical condition and/or medical records.

  (9) Measure of Plaintiff's lost compensation, benefits, etc.

 b. All fact discovery should be completed by September 29, 2006.

 c. Number of interrogatories and requests for admission should be governed by Rule, subject to stipulation or motion to Court for leave to exceed such number, for good cause.

 d. Length of depositions to be governed by Rule.

  (1) Defendants expect the Plaintiff's deposition to take three full seven hour days. Plaintiff will stipulate to a three day

JOINT RULE 26(f) REPORT    2

maximum for her deposition so long as the deposition is held on consecutive days.  Further days of Plaintiff's deposition may occur if Plaintiff so stipulates or if the Court so orders.

  (2) Plaintiff anticipates taking as many as 20 depositions in this case.  Many, if not all, of the witnesses in this case remain employed by the Defendants.  Plaintiff anticipates that many of the witnesses will take, at most, two hours for deposition and can be scheduled so that multiple witnesses can be deposed in a single day.  Defendant may stipulate to allowing more than 10 depositions if, after taking 10 depositions, Plaintiff makes a sufficient offering regarding the need for additional depositions.  Otherwise Plaintiff will pursue a Court order allowing for additional depositions.

 e. Expert reports to be exchanged on December 22, 2006.

 f. Rebuttal expert reports, if any, to be exchanged on January 22, 2007.

 g. Expert discovery cutoff February 23, 2007.

4. Other items.

 a. Deadline to file dispositive motions should be November 3, 2006.

 b. This case should be ready for trial by April 16, 2007 and should last 15 full trial days.

DATED: December 9, 2005   McGUINN, HILLSMAN & PALEFSKY
                 Attorneys for Plaintiff Kiran Pande

                  By: _____/s/_____
                     NOAH D. LEBOWITZ

///

///

| | | |
|---|---|---|
| 1 | DATED: December 9, 2005 | MILLER LAW GROUP |
| 2 | | Attorneys for CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a |
| 3 | | Delaware corporation, CHEVRON INTERNATIONAL EXPLORATION & |
| 4 | | PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a |
| 5 | | division of Chevron U.S.A. Inc. |

By: _____/s/_____
KERRY McINERNEY FREEMAN

McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133
415/421-9292

JOINT RULE 26(f) REPORT                                                 4