John A. McGuinn, Esq. SBN 36047
Noah D. Lebowitz, Esq. SBN 194982
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

Attorneys for Plaintiff
KIRAN PANDE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE, | NO.   04-5107 CW |
| Plaintiff, | |
| vs. | **JOINT STIPULATION TO CONTINUE MEDIATION DEADLINE AND SCHEDULING ORDER** |
| CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, *et al* | |
| Defendants. | |

WHEREAS, in compliance with the Case Management Order in this case, the parties were set for mediation with Mark Rudy, Esq. on June 27, 2006.  However, in the second week of June, the Plaintiff was informed that she was required to be in Mexico for a mandatory work-related meeting on the 27th.  As a result, the parties met and conferred, and in consultation with Mr. Rudy's assistant, were able to agree on a new mediation date of August 28, 2006.

WHEREAS, in order to maintain the integrity behind the original schedule in the Case Management Order, and in an effort to conserve resources of the parties and the Court, the parties believe that it is in the best interest of all involved to continue some of

1  the remaining dates in the Case Management Order. The suggested schedule below
2  retains the original dates for the Pretrial Conference and the Trial.
3      WHEREAS, this is the first request either party has made for any continuances
4  related to the scheduling order in this case.
5      THEREFORE, IT IS HEREBY STIPULATED BY THE PARTIES, that the following
6  be entered as the new schedule:

7

8      Private Mediation to be held by:    August 31, 2006
9      Date of next Case Management Conference:    January 12, 2007
10     Completion of Fact Discovery:    October 30, 2006
11     Expert Disclosure:    January 22, 2007
12         Rebuttal    February 5, 2007
13     Completion of Expert Discovery:    March 26, 2007
14     Dispositive Motions heard on or before:    January 12, 2007
15     Pretrial Conference:    March 30, 2007
16     Jury Trial:    April 16, 2007

17

18 DATED: June 27, 2006    McGUINN, HILLSMAN & PALEFSKY
    Attorneys for Plaintiff
19

20

21     By: _____/s/_____
    NOAH D. LEBOWITZ
22

23 DATED: June 27, 2006    MILLER LAW GROUP
    Attorneys for Defendants
24

25

26     By: _____/s/_____
    MICHELE MILLER
27

28

JOINT STIPULATION TO CONTINUE MEDIATION DEADLINE
AND SCHEDULING ORDER    2