1  John A. McGuinn, Esq. SBN 36047
   Noah D. Lebowitz, Esq. SBN 194982
2  McGUINN, HILLSMAN & PALEFSKY
3  535 Pacific Avenue
   San Francisco, CA 94133
4  Telephone: (415) 421-9292
   Facsimile: (415) 403-0202
5
6  Attorneys for Plaintiff
   KIRAN PANDE
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | KIRAN PANDE,                         | NO.   04-5107 CW                          |
12 |         Plaintiff,                   |                                           |
13 | vs.                                  | **[PROPOSED] ORDER RE SCHEDULING ORDER** |
14 |                                      |                                           |
15 | CHEVRON CORPORATION (f/k/a           |                                           |
   | CHEVRONTEXACO CORPORATION),          |                                           |
16 | a Delaware corporation, *et al*      |                                           |
17 |         Defendants.                  |                                           |

18

19     Good cause appearing, the Scheduling Order in this case is hereby modified as
20 follows:
21     Private Mediation to be held by:              August 31, 2006
22     Date of next Case Management Conference:     January 12, 2007
23     Completion of Fact Discovery:                October 30, 2006
24     Expert Disclosure:                           January 22, 2007
25          Rebuttal                                February 5, 2007
26     Completion of Expert Discovery:              March 26, 2007
27     Dispositive Motions heard on or before:      January 12, 2007
28

[PROPOSED] ORDER RE:
SCHEDULING ORDER                                                                    1

| | | |
|---|---|---|
| 1 | Pretrial Conference: | March 30, 2007 |
| 2 | Jury Trial: | April 16, 2007 |

**IT IS SO ORDERED.**

DATED: June __, 2006

_____
Hon. Claudia Wilken
U.S. District Court

[PROPOSED] ORDER RE:
SCHEDULING ORDER         2