John A. McGuinn, Esq. SBN 36047
Noah D. Lebowitz, Esq. SBN 194982
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

Attorneys for Plaintiff
KIRAN PANDE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE, | NO.   04-5107 CW |
| Plaintiff, | |
| vs. | **ORDER RE SCHEDULING ORDER** |
| CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, *et al* | |
| Defendants. | |

Good cause appearing, the Scheduling Order in this case is hereby modified as follows:

| | |
|---|---|
| Private Mediation to be held by: | August 31, 2006 |
| Date of next Case Management Conference: | January 12, 2007 |
| Completion of Fact Discovery: | October 30, 2006 |
| Expert Disclosure: | January 22, 2007 |
| Rebuttal | February 5, 2007 |
| Completion of Expert Discovery: | March 26, 2007 |
| Dispositive Motions heard on or before: | January 12, 2007 |

[PROPOSED] ORDER RE:
SCHEDULING ORDER                                                                                          1

|   |   |   |
|---|---|---|
| 1 | Pretrial Conference: | March 30, 2007 |
| 2 | Jury Trial: | April 16, 2007 |

**IT IS SO ORDERED.**

/s/ CLAUDIA WILKEN

DATED: July 7, 2006

_____
Hon. Claudia Wilken
U.S. District Court

[PROPOSED] ORDER RE:
SCHEDULING ORDER                                                                                           2