Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (SBN 184764)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM and improperly sued as CHEVRONTEXACO OVERSEAS PETROLEUM PACIFIC COMPANY) AND CHEVRON CORPORATION (formerly known as CHEVRONTEXACO CORPORATION)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIRAN PANDE,

Plaintiff,

v.

CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc.

Defendants.

Case No. 04-5107 CW

**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

Date: January 5, 2007
Time: 10:00 a.m.
Courtroom: 2

Complaint filed: December 2, 2004

Trial Date: April 16, 2007

Honorable Claudia Wilken

PLEASE TAKE NOTICE that on January 5, 2007, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 2 of this Court, located at 1031 Clay Street, Suite 400S, Oakland, California 94612, Defendants CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, and CHEVRON



MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc. (collectively "Defendants") will move and do hereby move, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order granting summary judgment on the grounds that there are no triable issues as to any material fact and Defendants are entitled to judgment as a matter of law.

ALTERNATIVELY, Defendants will move and hereby do move, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order granting partial summary judgment of the following causes of action on the grounds that there are no triable issues as to any material fact and Defendants are entitled to judgment as a matter of law on the following issues:

**FIRST CAUSE OF ACTION**

**(Violation of the Family Medical Leave Act – 29 U.S.C. § 2615 *et seq.*)**

**ISSUE NO. 1:** Plaintiff's First Cause of Action for Violation of the Family Medical Leave Act ("FMLA") fails as a matter of law because Plaintiff received all leave and/or protections to which she was entitled under the FMLA.

**ISSUE NO. 2:** Plaintiff's First Cause of Action for Violation of the FMLA fails as a matter of law on the separate ground that the conduct alleged by Plaintiff as the underlying basis for this claim does not violate the FMLA.

**ISSUE NO. 3:** Plaintiff's First Cause of Action for Violation of the FMLA fails as a matter of law on the separate ground that the termination of Plaintiff's employment was done for a legitimate business reason and did not violate the FMLA.



MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

**ISSUE NO. 4**: Plaintiff's First Cause of Action for Violation of the FMLA fails as a matter of law on the separate ground that the policies and practices of Defendants with regard to the administration of leave and/or benefits do not violate the FMLA.

**SECOND CAUSE OF ACTION**

**(Violation of the California Family Rights Act – Cal. Govt. Code § 12945.1 *et seq.*)**

**ISSUE NO. 1**: Plaintiff's Second Cause of Action for Violation of the California Family Rights Act ("CFRA") fails as a matter of law because Plaintiff received all leave and/or protections to which she was entitled under the CFRA.

**ISSUE NO. 2**: Plaintiff's Second Cause of Action for Violation of the CFRA fails as a matter of law on the separate ground that the conduct alleged by Plaintiff as the underlying basis for this claim does not violate the CFRA.

**ISSUE NO. 3**: Plaintiff's Second Cause of Action for Violation of the CFRA fails as a matter of law on the separate ground that the termination of Plaintiff's employment was done for a legitimate business reason and did not violate the CFRA.

**ISSUE NO. 4**: Plaintiff's Second Cause of Action for Violation of the CFRA fails as a matter of law on the separate ground that the policies and practices of Defendants with regard to the administration of leave and/or benefits do not violate the CFRA.

/ / /

/ / /

/ / /

/ / /

/ / /

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

**THIRD CAUSE OF ACTION**

**(Gender Discrimination – Cal. Govt. Code § 12900 *et seq.*)**

**<u>ISSUE NO. 1</u>:** Plaintiff's Third Cause of Action for Gender Discrimination in violation of California's Fair Employment and Housing Act ("FEHA") fails as a matter of law because Plaintiff cannot establish a triable issue of material fact.

**<u>ISSUE NO. 2</u>:** Plaintiff's Third Cause of Action for Gender Discrimination in violation of the FEHA fails as a matter of law on the separate ground that the Plaintiff has failed to produce sufficient evidence to raise a legitimate inference of gender discrimination.

**<u>ISSUE NO. 3</u>:** Plaintiff's Third Cause of Action for Gender Discrimination in violation of the FEHA fails as a matter of law on the separate ground that the conduct alleged by Plaintiff as the underlying basis for this claim does not violate the FEHA.

**<u>ISSUE NO. 4</u>:** Plaintiff's Third Cause of Action for Gender Discrimination in violation of the FEHA fails as a matter of law on the separate ground that all allegations relating to alleged conduct predating December 7, 2002 are barred by the statute of limitations.

**FOURTH CAUSE OF ACTION**

**(Race/National Origin Discrimination – Cal. Govt. Code § 12900 *et seq.*)**

**<u>ISSUE NO. 1</u>:** Plaintiff's Fourth Cause of Action for Race/National Origin Discrimination in violation of the FEHA fails as a matter of law because Plaintiff cannot establish a triable issue of material fact.

/ / /

/ / /

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

**ISSUE NO. 2**: Plaintiff's Fourth Cause of Action for Race/National Origin Discrimination in violation of the FEHA fails as a matter of law on the separate ground that the Plaintiff has failed to produce sufficient evidence to raise a legitimate inference of race/national origin discrimination.

**ISSUE NO. 3**: Plaintiff's Fourth Cause of Action for Race/National Origin Discrimination in violation of the FEHA fails as a matter of law on the separate ground that the conduct alleged by Plaintiff as the underlying basis for this claim does not violate the FEHA.

**ISSUE NO. 4**: Plaintiff's Fourth Cause of Action for Race/National Origin Discrimination in violation of the FEHA fails as a matter of law on the separate ground that all allegations relating to alleged conduct predating December 7, 2002 are barred by the statute of limitations.

**FIFTH CAUSE OF ACTION**

**(Retaliation – Cal. Govt. Code § 12900 *et seq.*)**

**ISSUE NO. 1**: Plaintiff's Fifth Cause of Action for Retaliation in violation of the FEHA fails as a matter of law because Plaintiff cannot establish a triable issue of material fact.

**ISSUE NO. 2**: Plaintiff's Fifth Cause of Action for Retaliation in violation of the FEHA fails as a matter of law on the separate ground that it is barred by the statute of limitations.

**ISSUE NO. 3**: Plaintiff's Fifth Cause of Action for Retaliation in violation of the FEHA fails as a matter of law on the separate ground that Plaintiff has failed to establish a causal connection between any alleged protected activity and any adverse employment action.

**SIXTH CAUSE OF ACTION**

**(Wrongful Termination in Violation of Public Policy)**

**ISSUE NO. 1**: Plaintiff's Sixth Cause of Action for Wrongful Termination in Violation of Public Policy fails as a matter of law because Plaintiff cannot establish a triable issue of material fact.

**ISSUE NO. 2**: Plaintiff's Sixth Cause of Action for Wrongful Termination in Violation of Public Policy fails as a matter of law on the separate ground that Plaintiff cannot show that any conduct of Defendants violated a substantial public policy of the State of California.

**SEVENTH CAUSE OF ACTION**

**(Violation of Right to Privacy – Cal. Constitution Article I, Section 1)**

**ISSUE NO. 1**: Plaintiff's Seventh Cause of Action for Violation of the Right to Privacy fails as a matter of law because Plaintiff cannot establish a triable issue of material fact.

**ISSUE NO. 2**: Plaintiff's Seventh Cause of Action for Violation of the Right to Privacy fails as a matter of law on the separate ground that Plaintiff cannot show any conduct of Defendants violated her constitutional right to privacy.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

**EIGHTH CAUSE OF ACTION**

**(Violation of the California Confidentiality of Medical Information Act – Cal. Civ. Code § 56 *et seq.*)**

**ISSUE NO. 1:** Plaintiff's Eighth Cause of Action for Violation of the California Confidentiality of Medical Information Act ("CMIA") fails as a matter of law because Plaintiff cannot establish a triable issue of material fact.

**ISSUE NO. 2:** Plaintiff's Eighth Cause of Action for Violation of the CMIA fails as a matter of law on the separate ground that Plaintiff cannot show that any conduct of Defendants violated the CMIA.

This Motion is based on this Notice, the Memorandum of Points and Authorities, and the Declarations with exhibits of Michele Ballard Miller, Jean Pierre Camy, Kelly Hartshorn, Buster Hines, James Johnson, Desmond King, Renata Renneke, Kathy Richardson, Brian Smith, Brian Taylor, Iris Owens, Allan Vance, James Bates, Joe Naylor, Rex Mitchell and John Dunn filed in support of Defendants' Motion For Summary Judgment or, Alternatively, Partial Summary Judgment, the papers on file in this action, and on such further evidence as may be presented prior to or at the hearing on this Motion.

Dated: December 1, 2006

MILLER LAW GROUP
A Professional Corporation

By: /S/
Michele Ballard Miller
Attorneys for Defendants

Z:\Chevron\Pande\Pleadings\Summary Judgment\018.Notice of Motion and Motion for Summary Judgment.DOC