Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (SBN 184764)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc.,<br><br>Defendants. | Case No. 04-5107 CW<br><br>**DECLARATION OF MICHELE BALLARD MILLER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Date:   January 5, 2007<br>Time:   10:00 a.m.<br>Courtroom:  2<br><br>Complaint filed: December 2, 2004<br><br>Trial Date: April 16, 2007<br><br>Honorable Claudia Wilken |

I, MICHELE BALLARD MILLER, declare:

1.   I am an attorney at law licensed to practice before the Courts of the State of California and before this Court. I am a partner in the law firm of MILLER LAW GROUP, Professional Corporation, and am the attorney of record for Defendants

1

1  CHEVRON CORPORATION (formerly known as CHEVRONTEXACO CORPORATION),
2  a Delaware corporation, and CHEVRON INTERNATIONAL EXPLORATION AND
3  PRODUCTION COMPANY, a division of Chevron U.S.A. Inc., (formerly known as
4  ChevronTexaco Overseas Petroleum) ("Defendants") in the above-captioned matter. I
5  am also lead trial counsel for Defendants in this case.

7  2. I have personal knowledge of the matters set forth herein, except
8  those stated on information and belief. If called as a witness I could competently testify
9  thereto.

11  3. I conducted the deposition of Plaintiff, Kiran Pande over the course of
12  four days, March 20, 21, 22 and November 27, 2006. The deposition was transcribed by
13  a certified Shorthand Reporter. True and correct copies of excerpted portions of
14  Plaintiff's deposition transcripts as well as the exhibits to those transcripts are attached
15  and incorporated as Exhibit A. The excerpted portions of the deposition transcripts and
16  the exhibits accurately reflect the testimony given at the deposition.

18  4. On April 6, 2006, Plaintiff's counsel, Noah Lebowitz, took the
19  deposition of Zuwa Omoregie. I was present during that deposition on behalf of
20  Defendants. The deposition was transcribed by a certified Shorthand Reporter. True and
21  correct copies of excerpted portions of Mr. Omoregie's deposition transcript as well as the
22  exhibits to that transcript are attached and incorporated as Exhibit B. The excerpted
23  portions of the deposition transcript and the exhibits accurately reflect the testimony given
24  at the deposition.

26  5. On October 18, 2006, Plaintiff's counsel, Noah Lebowitz, took the
27  deposition of Kathy Mabe. I was present during that deposition on behalf of Defendants.

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

1  The deposition was transcribed by a certified Shorthand Reporter.  True and correct
2  copies of excerpted portions of Ms. Mabe's deposition transcript as well as the exhibits to
3  that transcript are attached and incorporated as Exhibit C.  The excerpted portions of the
4  deposition transcript and the exhibits accurately reflect the testimony given at the
5  deposition.

7  6.  On October 19, 2006, Plaintiff's counsel, Noah Lebowitz, took the
8  deposition of Jack Dunn.  I was present during that deposition on behalf of Defendants.
9  The deposition was transcribed by a certified Shorthand Reporter.  True and correct
10 copies of excerpted portions of Mr. Dunn's deposition transcript as well as the exhibits to
11 that transcript are attached and incorporated as Exhibit D.  The excerpted portions of the
12 deposition transcript and the exhibits accurately reflect the testimony given at the
13 deposition.

15 7.  On October 26, 2006, Plaintiff's counsel, Noah Lebowitz, took the
16 deposition of Tayo Feyijimi.  Lisa Hamasaki, an associate in my office was present via
17 telephone for that deposition on behalf of Defendants.  The deposition was transcribed by
18 a certified Shorthand Reporter.  True and correct copies of excerpted portions of Mr.
19 Feyijimi's deposition transcript as well as the exhibits to that transcript are attached and
20 incorporated as Exhibit E.  The excerpted portions of the deposition transcript and the
21 exhibits accurately reflect the testimony given at the deposition.

23 8.  On October 30, 2006, Plaintiff's counsel, Noah Lebowitz, took the
24 deposition of Rex Mitchell.  I was present during that deposition on behalf of Defendants.
25 The deposition was transcribed by a certified Shorthand Reporter.  True and correct
26 copies of excerpted portions of Mr. Mitchell's deposition transcript as well as the exhibits
27 to that transcript are attached and incorporated as Exhibit F.  The excerpted portions of

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

1 the deposition transcript and the exhibits accurately reflect the testimony given at the
2 deposition.

3

4     9.    On November 27, 2006, Plaintiff's counsel, Noah Lebowitz, took the
5 deposition of Taryn Shawstad.  I was present during that deposition on behalf of
6 Defendants.  The deposition was transcribed by a certified Shorthand Reporter.  True and
7 correct copies of excerpted portions of Ms. Shawstad's deposition transcript as well as
8 the exhibits to that transcript are attached and incorporated as Exhibit G.  The excerpted
9 portions of the deposition transcript and the exhibits accurately reflect the testimony given
10 at the deposition.

11

12     I declare under penalty of perjury under the laws of the United States of
13 America that the foregoing is true and correct.  Executed on this 1st day of December, 2006
14 in Larkspur, California.

15

16                                                                       /S/
17                                            Michele Ballard Miller