**EXHIBIT F**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--oOo--

KIRAN PANDE,                    )
                                )
            Plaintiff,          )
                                )
        vs.                     ) Case No. 04-5107 CW
                                )
CHEVRON CORPORATION, et al.,    )
                                )
            Defendants.         )     CERTIFIED COPY
_____)


DEPOSITION OF REX MITCHELL

Monday, October 30, 2006


REPORTED BY: DENISE A. FORD, CSR 7525 (387693)




**LEGALINK**

**A MERRILL
COMMUNICATIONS
COMPANY**

575 Market St
11th Floor
San Francisco, CA 94105

tel (415) 357-4300
tel (800) 869-9132
fax (415) 357-4301

www.merrillcorp.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

REX MITCHELL    October 30, 2006

1    Q.    How long were you in that position?

2    A.    For two years.

3    Q.    And immediately prior to the CFO position

4  at Chevron Canada Resources, what was your position with

5  the company?

6    A.    I was the manager of business and

7  strategic planning for Chevron/Texaco Overseas

8  Petroleum.

9    Q.    Is that also known as CTOP?

10    A.    Right.

11    Q.    That was in San Ramon?

12    A.    Yes.

13    Q.    How long were you in that position?

14    A.    I think it was about three and a half to

15  four years.  I don't recall exact dates.

16    Q.    And was it in this position that you came

17  to be Ms. Pande's supervisor?

18    A.    Yes.

19    Q.    Did this job position always hold this

20  title that you just recited to me?

21    A.    It changed because the organization name

22  changed.  It used to be called Chevron Overseas

23  Petroleum, Incorporated prior to the merger with Texaco.

24  It became known as CTOP.  I think it has always been

25  known as the manager of business and strategic planning.

LegaLink, A Merrill Communications Company    (800) 869-9132

REX MITCHELL    October 30, 2006

1          Q.    And when, if you recall, was it that

2    Ms. Pande came into your group?

3          A.    I think it was in the fall of 2000.  I

4    don't recall the specific month or day.

5          Q.    How was it that Ms. Pande came to work in

6    your group?

7          A.    I had interviewed Kiran for a position

8    that was open in the group in January of that same year

9    and ultimately selected another candidate for the job

10    but was very impressed with Kiran, the interview, and

11    her experience.  I thought she would be a very good fit

12    for the group, and so I kept her in mind.  The next time

13    I had an opening in the group I sought her out for the

14    opportunity.

15          Q.    What was the job opening in January of

16    2000?

17          A.    It was for one of the business unit

18    analyst roles in the group, had primarily

19    responsibility, as I recall, for the Eurasia business

20    unit.

21          Q.    Eurasia?

22          A.    Eurasia.

23          Q.    At the time Ms. Pande interviewed with you

24    in January of 2000, where was she working?

25          A.    She was working in I think a group called

REX MITCHELL    October 30, 2006

1          Q.    Did Mr. Kennedy express to you any

2     concerns or reservations about Ms. Pande's performance

3     in his group at this time?

4          A.    No.

5          Q.    During -- well, let me ask you, how many

6     conversations did you have with Mr. Kennedy at this

7     time?

8          A.    Just one.

9          Q.    And during this conversation, did

10    Mr. Kennedy mention any concerns about Ms. Pande's

11    attitude at work?

12         A.    No.

13         Q.    Was there anything that Mr. Kennedy said

14    in this January, February 2000 conversation that you

15    would -- that you interpreted at the time as a negative

16    comment about Ms. Pande?

17         A.    No.  He was very supportive of the move.

18    For many of the same reasons he agreed it was an ideal

19    assignment for her.

20         Q.    In January 2000, was it still COPI?

21         A.    It was COPI prior to the announced merger

22    of Texaco and Chevron.

23         Q.    And then in the fall of 2000 you had

24    another opening; is that correct?

25         A.    Right.

                                                        17

REX MITCHELL    October 30, 2006

1          Q.    And what was that position?

2          A.    It was another business analyst's role in

3     the group.  I think my recollection is that rather than

4     post a job, because I had already kind of a candidate in

5     mind for it, I took the position to our fall PDC and had

6     the PDC bless the move.

7          Q.    What position was it that you had open at

8     the time?

9          I mean as far as -- let me be more clear.

10          I think you said the earlier position in January

11     was a business analyst with the Eurasian business unit.

12          Was it the same business unit or a different

13     one?

14          A.    It was a different business unit, and I

15     don't have a clear recollection of what particular

16     business unit it was that I was bringing her in for.  It

17     might have been Latin America or --

18          MS. MILLER:  He is not asking you to

19     guess.

20          MR. LEBOWITZ:    Q.    That's correct, I am

21     not asking you to guess.  It has been some time since

22     this all happened.

23          Was there particular significance to the

24     business unit that this analyst position was assigned to

25     as far as the selection or the determination of Ms.

18

1    Pande?

2         A.    No.

3         Q.    And so as I understand it, the process,

4    the opening came up, you in your own mind decided based

5    on the earlier interview with Ms. Pande that she would

6    be an ideal candidate, and to go through the process you

7    brought it to the PDC so that the whole process could be

8    melded; is that right?

9         A.    That's correct.

10        Q.    So who was it at the PDC that you actually

11   brought this to?

12        A.    Well, it was the entire personnel

13   development committee.  It would have been folks from

14   various different parts of the company that are in

15   business development and planning roles at a senior

16   level of the company.

17        Q.    Did you communicate with any one person in

18   particular about this desire to have Ms. Pande take this

19   job?

20        A.    I think I had worked with Jack Jones who

21   was the sponsor for the business of commercial PDC at

22   the time and told Jack about the opening and about my

23   plan for recruiting Kiran into the job.  He advised to

24   bring it to the PDC, talk about qualifications of Kiran,

25   talk about why I thought she was a good candidate for

REX MITCHELL    October 30, 2006

1    it, let the PDC see if they had competing candidates for

2    the role and make the selection from that process.

3        Q.    Is that what happened, what you have just

4    described?

5        A.    Yes.  That's exactly what happened.

6        Q.    To your knowledge, were there any

7    competing candidates?

8        A.    Yes, I think two others that were

9    shortlisted on the candidate slate.

10       Q.    And do you know what it was that sealed

11   the deal for Ms. Pande's job?

12       A.    Well, I think based on my representation

13   to the committee in terms of why her experience level --

14   why I thought she would be ideal for the role, the fact

15   that she was a petroleum engineer, that the group was

16   light on petroleum engineering skills at that point in

17   time, we had been a bit overweighted on earth scientists

18   at the time, and I was looking for some diversity in

19   terms of the overall experience and diversity of our

20   staff.

21       Q.    At the time of the PDC, was the

22   organization still COPI or had it changed over to CTOP?

23       A.    Still COPI pre-merger.

24       Q.    And at any time during this process, as

25   far as the PDC and bringing Ms. Pande in in the fall of

REX MITCHELL    October 30, 2006

1    2000, did you speak with Mr. Kennedy or any other of

2    Ms. Pande's prior supervisors?

3        A.    I recall talking to Dave about bringing

4    her nomination into the PDC and wanted to just assure

5    she was still available for transferring into my group.

6    He was still very supportive of her, bringing her over.

7        Q.    This communication with Mr. Kennedy, was

8    it verbal or in writing, e-mail?

9        A.    Over the telephone.

10        Q.    And in that conversation did Mr. Kennedy

11    express anything that you interpreted as a negative

12    comment about Ms. Pande's work habits or work ability?

13        A.    Not at that point, no.

14        Q.    During this conversation in the fall of

15    2000 with Mr. Kennedy, did he express any concerns about

16    Ms. Pande's attitude on the job?

17        A.    No.

18        Q.    How soon after this fall 2000 PDC did

19    Ms. Pande start working for you?

20        A.    I think it was within maybe six or eight

21    weeks of that meeting, so maybe start date in

22    mid-November to mid-December time frame.  I don't recall

23    an exact date.

24        Q.    At the time Ms. Pande started with your

25    group had she completed her MBA?

21

REX MITCHELL    October 30, 2006

1          A.    I believe she had.

2          Q.    And what were Ms. Pande's general job

3    duties when she first started in the group?

4          A.    She had responsibility for being key

5    liaison with one or more of our key business units.

6          Q.    Do you remember which business units?

7          A.    I don't.

8          Q.    When was it that the merger occurred so

9    that COPI turned into CTOP?

10         A.    It was in October 2001.

11         Q.    So a little less than a year after

12   Ms. Pande started in the group?

13         A.    Right.

14         Q.    During that first -- I will call it a year

15   just to be roughly a year -- during that first year did

16   you have any problems or concerns with Ms. Pande's

17   performance?

18         A.    I don't recall.

19         Q.    And in the fall of 2001 did Ms. Pande's

20   job title change with the merger?

21         A.    Yes.

22         Q.    And what did it change to?

23         A.    We selected Kiran for a role that was

24   essentially the portfolio analyst for the group.

25         Q.    And what does that mean, portfolio

22

1    Brian was moving into a new role with the company, and

2    we had formalized the position on a go-forward basis as

3    part of the new organization.

4        At that point in time I took Kiran's name into

5    the merger selection process as a candidate for that

6    job.

7        Q.    And what happened to Ms. Pande's prior

8    position?

9        A.    It was still open in the group and I

10   filled it with a Texaco candidate.

11       Q.    Why was it that you decided that Ms. Pande

12   should move into this portfolio analyst slot as opposed

13   to continuing in her old position?

14       A.    She had been working during the summer to

15   support Brian Putt who was put into something called the

16   CLEAN team, which was prior to the formal merger with

17   Chevron/Texaco, selected individuals from both

18   companies.  They were put into a clean environment, if

19   you will, where we -- they could continue to work at the

20   portfolio of both companies.  Kiran was supporting Brian

21   in that role, the CLEAN team analyst, head of the CLEAN

22   team, if you will.

23       Q.    I am not making the connection.  Maybe it

24   is me.

25       What is it about that experience that led you to

25

1    the point where you decided you should put Ms. Pande or

2    at least nominate Ms. Pande for the portfolio analyst

3    position?

4         A.    She was having to aggregate a lot of the

5    data files from a lot of the other analysts to provide

6    information to the CLEAN team.  I felt she was showing

7    strong aptitude toward the portfolio work, the detailed

8    work that is required for that role.  I thought she

9    would be a good candidate for -- knowing Brian was

10   likely going to be moving into another role at the time

11   of the merger.

12        Q.    Did you -- well, let's back up.

13        Explain to me what the merger selection process

14   was.

15        A.    Prior to the day of the merger, I am going

16   to say probably August or early September time frame,

17   representatives from both Chevron and Texaco legacy

18   companies got together to basically select out all of

19   the open positions in the new combined company.  Since

20   my jobs were not -- were open or not necessarily closed

21   because of technical capability, we could take a broad

22   range of candidates into those jobs.  I essentially

23   opened up all of my positions for merger selections at

24   the time.  I did not close any of the positions.  They

25   were all open for selection.

1       Q.    Was there any priority given to any

2   particular group of people during the merger selection

3   process?

4       A.    No.

5       Q.    What were the criteria for selecting

6   people during the process?

7           MS. MILLER:    Objection, the question is

8   ambiguous.

9           THE WITNESS:    I am not sure there was any

10  criteria.    Essentially both companies nominating who

11  they felt was the strongest particular player for any

12  particular job.

13          MR. LEBOWITZ:    Q.    And what was your

14  role in the selection process?

15      A.    I was the job owner for the positions

16  being selected in the planning group because I was

17  already identified as the manager going forward.    I had

18  kind of final decision over who was going to get these

19  positions.

20      Q.    Was there -- I am just trying to

21  conceptualize what the process was.

22          Was there a process like the PDC where people

23  were sitting down and discussing candidates, or was it

24  something different?

25      A.    It was just like the PDC.

27

REX MITCHELL    October 30, 2006

1          Q.    And so you nominated Ms. Pande for the

2     portfolio analyst position?

3          A.    Right.

4          Q.    Prior to nominating Ms. Pande for that

5     position, did you discuss the possibility of her working

6     in that position?

7          A.    I did.  I asked her about her interest in

8     being considered for that job prior to the PDC meeting.

9          Q.    And what did she say?

10         A.    I think she seemed keen for it.

11         Q.    Did she express any concerns about the job

12    or potential job?

13         A.    I don't recall.

14         Q.    If Ms. Pande had said that she was not

15    interested in the portfolio analyst position, would she

16    be guaranteed to continue in her same position?

17         A.    Not guaranteed but I would have taken her

18    forward for that opportunity.

19         Q.    Did you express that to Ms. Pande?

20         A.    I don't recall that I did.

21         Q.    So during the merger selection process and

22    when you put up Ms. Pande's name for the portfolio

23    analyst position, was there any discussion about her

24    candidacy?

25         A.    Yes.

28

REX MITCHELL    October 30, 2006

1          Q.    What was that discussion?

2          A.    There were competing -- one other

3    competing candidate from Texaco that the Texaco

4    representatives felt was a stronger candidate for the

5    job.  I represented Kiran during the selection process.

6    We ultimately selected Kiran for the role.

7          Q.    Did that other Texaco candidate get

8    another job with the company, as far as you know?

9          A.    I took him into the planning group, one of

10   the planning analysts.

11         Q.    Who was that?

12         A.    Tony Kenck, K-e-n-c-k.

13         Q.    You took him in as an analyst?

14         A.    As a business unit analyst.

15         Q.    Was there anyone during the merger

16   selection process who expressed concerns about

17   Ms. Pande, her work abilities, her attitude or anything

18   like that?

19         A.    No.

20         Q.    It was simply competing, we think this

21   person is good, you think this person is good?

22         A.    That's exactly right.

23         Q.    How was it that Ms. Pande was informed of

24   her selection for the portfolio analyst position?

25         A.    I believe I communicated it to her, and I

29

REX MITCHELL     October 30, 2006

1   think I met with her and gave her just the verbal job

2   offer.

3          Q.     How did she respond?

4          A.     I recall that she wasn't very excited

5   about it because it wasn't coming with a promotion.

6          Q.     Prior to this moment when she said --

7   where you sensed she was wasn't excited about it, had

8   you known she was hoping for a promotion out of this

9   process?

10         A.     No.

11         Q.     Did it take you by surprise that she was

12  somewhat disappointed that she was not given a

13  promotion?

14         A.     Yes.

15         Q.     And did you express that to Ms. Pande at

16  the time?

17         A.     Yes.

18         Q.     What did you say?

19         A.     I explained to Kiran that during the

20  process of the merger selection the ground rules for the

21  PDC selections that no one was going to be promoted on

22  what is considered a career ladder position.  This job

23  is a career ladder job.  Any career ladder promotions

24  wouldn't be considered until the following spring PDC.

25         Q.     So no such promotion would be considered

LegaLink, A Merrill Communications Company  (800) 869-9132

1    until the spring 2002 PDC?

2         A.    Right.

3         Q.    What is a career ladder position?

4         A.    A career ladder position is essentially a

5    multi-grade position and based upon the skills of the

6    candidate and concurrence of the PDC membership that

7    candidates are elevated according to their experience,

8    job accomplishments and capability.

9         Q.    What was Ms. Pande's grade at the time you

10   offered her the portfolio analyst job?

11        A.    She was a grade 24.

12        Q.    What was the range of -- available range

13   for the portfolio analyst job?

14        A.    It was a grade 23 to grade 25 position.

15        Q.    Did you have any discussion at the time

16   that you offered the portfolio analyst job to Ms. Pande

17   as far as what her -- what the likelihood was that she

18   would gain a promotion in the spring of 2002 PDC?

19        A.    I recall that I explained the process that

20   we would use for the selections and the freeze on

21   promotions.  I think that I encouraged her based on what

22   I had seen of her work with the CLEAN team that if she

23   continued to evolve in the position and grow in the

24   position that she stood a very good chance of earning a

25   promotion in the spring and that I would be prepared to

31

REX MITCHELL    October 30, 2006

1    take that nomination forward recognizing I don't have

2    sole decision authority on that.   It was a decision of

3    the committee, not just one individual.

4        Q.    So you told Ms. Pande sometime in the fall

5    of 2001 that assuming things carried along the same

6    course with her performance, that you would advocate her

7    for a promotion; is that right?

8        A.    That's correct.

9        Q.    And how did Ms. Pande react or respond to

10   your saying that?

11       A.    I don't recall exactly her response.   I

12   believe that she was still very disappointed with not

13   being promoted and felt that it was just another sort of

14   empty promise that she had heard before.

15       Q.    Did she say that to you?

16       A.    Again, I don't recall the specific words,

17   but she did I think say something to the effect that she

18   had been passed over before or something.   I don't

19   recall her exact words.

20       Q.    And how did you respond to that comment?

21       A.    I was encouraging.   I told her it was a

22   great opportunity, probably one of the key positions in

23   my group, and that she was already making great progress

24   on the job and if she could develop some of the more

25   advanced analytical skills required for the position,

32

REX MITCHELL    October 30, 2006

1  that she stood a good chance of earning that promotion

2  to the next level.

3      Q.    You mentioned a minute or two ago that

4  there was a freeze on promotions.

5      Explain what you mean by that.

6      A.    At the time that we were doing the merger

7  selections with the Chevron and Texaco representatives,

8  the ground rules were that we would not promote people

9  in career-ladder positions between -- as they were being

10  selected for the new role.  The reason being essentially

11  we were taking candidates that were unknown to one side

12  or the other.  Rather than getting into a melee of

13  trying to argue for promotions, since they were

14  essentially unknown quantities of folks, we agreed

15  people selected for positions would come over into the

16  new company at their grade level and we would

17  re-evaluate promotions in the spring.

18      Q.    At this point in time, end of 2001 going

19  into early 2002, do you recall what the salary range was

20  for a grade 24?

21          MS. MILLER:  I am going to object.  He

22  was testifying about the end of September, beginning of

23  October.  That's when the merger was.

24      Are you changing the date now?

25          MR. LEBOWITZ:  I am just -- the end -- I

33

REX MITCHELL    October 30, 2006

1    said the end of 2001 through the beginning of 2002.

2    There was no specific date range.

3         Q.    That period of time, if you recall what

4    the pay range was for a grade 24.

5         A.    I don't recall exactly what the range was.

6         Q.    Do you have a general idea what it was?

7         A.    Six figures, low six figures. I really

8    don't have an exact range for you.

9         Q.    When you say "promotion" -- I want to make

10   sure we are all on the same page -- when you say

11   promotion are you talking about moving from one grade to

12   another or moving within a salary range within a

13   particular grade or both?

14        A.    Moving from one grade to the next grade.

15        Q.    And just so we have a clear record, is it

16   true that as of the beginning of 2002, the first quarter

17   of 2002, within any particular grade there was a range

18   of salary?

19        A.    Yes.

20        Q.    And who would determine what the -- where

21   a particular employee fell within that range?

22        A.    It is essentially through discussion

23   between the direct supervisor of the employee and the

24   manager that oversees the particular area.

25        Q.    And what was the process for determining

34

1    the earlier testimonies that she had for this case.

2        Q.    So at no point during the time that

3    Ms. Pande worked in your group did you learn that

4    Ms. Pande was unhappy with the salary increase that she

5    received in April 2002; is that correct?

6        A.    That's correct.

7        Q.    At some point in time did you believe that

8    Ms. Pande was not performing up to the same level that

9    she had done in the past?

10        A.    Yes.

11        Q.    When did you first come to that

12    realization?

13        A.    In the fourth quarter of 2001 there was an

14    assignment that I was disappointed that she did not

15    undertake.

16        Q.    What assignment was that?

17        A.    It was to support a study that was looking

18    at the combined Chevron/Texaco portfolio for the period

19    up to or beyond 2010.  I think it was called 2010 team,

20    if you will.

21        Q.    What was it specifically that you were

22    displeased with in regard to Ms. Pande's performance?

23        A.    I had asked her to support the team with

24    some portfolio analysis work that essentially built off

25    the work that was done during the merger, and it was

39

1  essentially the job that she had been put into.  I
2  thought that it would be a good assignment for her and
3  it was in line with her job responsibilities.
4        Q.    And what specifically did she not do that
5  you thought she should have been doing?
6        A.    She wouldn't support the team.
7        Q.    What does that mean?
8        A.    She didn't work with the team, resisted
9  taking on any work direction from them and didn't
10 facilitate any of the portfolio work that needed to be
11 done for that team.
12       Q.    So is it your testimony she did no work
13 for the team?
14       A.    Yes.
15       Q.    How was it that you assigned Ms. Pande to
16 the team?
17       A.    I talked to -- the team leader had come
18 and talked to me about the need for analytical support
19 for the team project and asked if I had a resource in my
20 group that could support the team with data from the
21 international portfolio.  I had told them to talk with
22 Kiran, that Kiran is the portfolio analyst.  She had all
23 of the information and the required skills that were
24 going to be needed for the team.
25       Q.    Who was this team leader?

1        A.    David Crawford.

2        Q.    And did you communicate to Ms. Pande

3  directly that you had assigned her to work with

4  Mr. Crawford in the 2010 team?

5        A.    Yes.

6        Q.    And how did you communicate that to her?

7        A.    I think I talked with her in her office

8  and told her that the team was going to need some

9  portfolio support, that I didn't deem it to be a

10  full-time role, neither did the team, and it was

11  essentially built off the work we had done for the

12  Chevron/Texaco merger.

13        Q.    Can you be any more specific as to time

14  other than fourth quarter 2001 as to when you actually

15  made the assignment?

16        A.    I think it was maybe -- it was probably 30

17  days after the time of the merger, so I am going to say

18  that team got started around mid-November time frame.

19  It was probably mid-November to mid-December that I had

20  been talking to Kiran about supporting their work.

21        Q.    And when you spoke with Ms. Pande, did she

22  express any concerns about taking on the role?

23        A.    She said she was busy trying to learn

24  another aspect of her new job.  I assured her that the

25  work was not full-time, it was according to the team

41

REX MITCHELL     October 30, 2006

1    lead, and that she was the only one within the group

2    that I felt could competently support the work.

3         Q.    And how did you first learn that Ms. Pande

4    was not supporting the group?

5         A.    David Crawford, the team leader, came and

6    talked to me and said he had been trying to get ahold of

7    Kiran for several weeks trying to meet with her to kind

8    of outline what the team project was going to be and her

9    role.  She for some reason or another was never able to

10   meet with him.  He came to me asking for another

11   resource to be assigned.

12        Q.    How did you respond?

13        A.    I was surprised.  I told him that I would

14   talk with Kiran again and had a reassurance from the

15   team leader that it was not a full-time role.  I

16   explained that she was trying to learn a new role on the

17   pricing forecast, which was a bit consuming at the time,

18   pretty steep learning curve, was new stuff for Kiran to

19   learn.

20        I asked him to be patient, but she was the right

21   person for the job, and I would talk to her.

22        Q.    Did you actually talk to Ms. Pande?

23        A.    Yes, I did.

24        Q.    In person or on the telephone?

25        A.    In person.

42

REX MITCHELL    October 30, 2006

1    Q.    Where?

2    A.    I think in her office.

3    Q.    Tell me about the conversation.

4    A.    I told her that the team was still asking

5    for her service and that she really needed to make an

6    effort to try to support them and please follow up with

7    Dave Crawford.

8    Q.    How did she respond?

9    A.    I don't -- I think she was willing to go

10   forward.  I know she was feeling stressed about the

11   price forecasting activity, but I think -- I assured her

12   it was essentially just taking data we already had and

13   put it into the team that helped them massage some of

14   the information and come up with different scenarios

15   around the portfolio.

16   Q.    Did she ask that someone else be assigned

17   the job?

18   A.    I don't recall that she did at that point,

19   no.

20   Q.    Did she acknowledge that she had received

21   the request from meeting with Mr. Crawford?

22   A.    Yes.

23   Q.    Did she apologize for not following up

24   with him?

25   A.    I don't recall that she did.  I know she

43

1    felt very overworked and very overstressed about the

2    price forecasting.  I had asked her to get with Dave and

3    really find out what the team needed at that point in

4    time, and if it was going to be something that looked

5    like more of a full-time job to come back and talk to

6    me.

7         Q.    Do you recall anything else that was said

8    during this meeting?

9         A.    No.

10         Q.    And what happened next in regards to this

11    2010 team?

12         A.    I think another week or so passed and

13    Crawford came back to me and said they tried to get with

14    Kiran again, she was too busy to meet with him.  He felt

15    at that point the team was so far behind in the

16    portfolio work that he needed to pursue another resource

17    and was prepared to go over my head to get somebody out

18    of my group to support him.  At that point I reassigned

19    the work to another team member.

20         Q.    Who did you assign it to?

21         A.    Tony Kenck.

22         Q.    And how did you inform Ms. Pande that you

23    had reassigned the work to Mr. Kenck?

24         A.    I think I just told her at one point in

25    time within the next few days that Tony was going to be

44

REX MITCHELL    October 30, 2006

1    Q.    And it is your recollection that the PMP

2    process had already been under way for that year?

3    A.    Well, yes, the PMP process I had asked all

4    of my staff in the latter part of January to come and

5    schedule a PMP meeting with me.

6    Q.    You asked them in January or you asked

7    them to do it in January?

8    A.    I asked them in January to make sure that

9    they scheduled their PMP meetings with me before

10   mid-February, that I would be prepared for the April

11   salary administration process.  It is fairly typical

12   timing.

13   Q.    And did everybody schedule a meeting by

14   mid-February?

15   A.    No.

16   Q.    Who had not?

17   A.    Kiran.

18   Q.    Anybody else?

19   A.    No.

20   Q.    When did you meet with Ms. Pande as part

21   of the PMP process?

22   A.    My recollection is it wasn't until

23   sometime in March that she had completed her form when

24   we got together.

25   Q.    With that in mind, with that time frame in

50

REX MITCHELL    October 30, 2006

1   her PMP?

2        A.    Either the first meeting or subsequent

3   meeting.  I don't recall exactly when the chronology,

4   when it was.  It was right around mid-March.

5        Q.    We will mark a series of documents.

6        I will make them -- can we do 1a, b, c, d for

7   each one.

8        (Whereupon Exhibits 1a-1e were marked for

9                    identification.)

10       Q.    Mr. Mitchell, if you would just take your

11  time and review these documents that I just put in front

12  of you.  Let me know when you are ready to proceed.

13       A.    Okay.

14       Q.    So Exhibit 1a through e are a series of

15  e-mails that we received in document production in this

16  litigation.  You will notice on the bottom right-hand

17  corner they have some numbers and words Chevron/Pande

18  and a series of numbers.

19       Do you see that?

20       A.    Yes.

21       Q.    Those are numbers that were put on as part

22  of this litigation.  They were not there originally.

23       You will see on each of these pages of Exhibit

24  1, 1a through e, there is handwriting.

25       A.    Yes.

REX MITCHELL    October 30, 2006

1    Q.    Is all of the handwriting yours?

2    A.    Appears to be, yes.

3    Q.    And did you actually print out each of

4    those e-mails that is reflected in 1a through e?

5    A.    I believe that I did, yes.

6    Q.    And if you look at 1b, it appears to be

7    two e-mails that are physically pasted to the same page.

8         Is that what it is, or is there something

9    different?

10    A.    I think it was essentially two e-mails.  I

11    basically selected two and printed.

12    Q.    They just happened to print out --

13    A.    Printed on the same page, yes.

14    Q.    What was the purpose of printing out each

15    of these e-mails?

16    A.    The purpose was to essentially document

17    assignments that I had asked Kiran to undertake in

18    January and February of which there was no -- they were

19    not met to my expectations in terms of her performance.

20    Q.    And you -- I just want to confirm for the

21    record that the earliest e-mail I see is in 1a,

22    January 10, and the latest e-mail I see is 1e on

23    February 12.

24         Can you confirm for me that that's the case?

25    A.    It looks like, yes, the correct dates.

53

REX MITCHELL    October 30, 2006

1    Q.    Do you actually recall putting these

2    e-mails into that desk file for Ms. Pande?

3    A.    Yes.

4    Q.    What else was in that file?

5    A.    I know there were copies of her PMP form

6    for 2000 and 2001.  I don't recall what else was in

7    there.

8    Q.    And you say you had a desk file for each

9    one of your employees?

10    A.    I maintain a desk file.  It is standard

11    practice that any manager does for their employees.

12    Q.    Did you ever show these e-mails that we

13    have identified as Exhibit 1a through e to Ms. Pande?

14    A.    Yes.

15    Q.    When?

16    A.    In the meeting that I had with Kiran and

17    Jay Johnson.  Jay asked me to bring the evidence of the

18    assignments that I had given to Kiran that I felt

19    weren't being adequately addressed, and I had these

20    available and I brought them into that meeting.

21    Q.    When was this meeting?

22    A.    Again, I don't recall the exact date.  My

23    recollection, it was sometime in the middle of March

24    following the PMP meeting.

25    Q.    Was this the same meeting we were talking

LegaLink, A Merrill Communications Company    (800) 869-9132

REX MITCHELL    October 30, 2006

1    about before or a different meeting with Jay Johnson?

2        A.    The same meeting we were talking about

3    before.  I had a meeting with Jay, and following the

4    meeting I had with Jay I had met with Jay and Kiran.

5        Q.    As part of the same meeting or --

6        A.    A different date.  It was a day or two

7    between them.

8        Q.    So you had the one meeting with

9    Mr. Johnson that you recall being somewhere between 30

10   and 45 minutes with just the two of you?

11       A.    Right.

12       Q.    And then a day or two later you had a

13   meeting with yourself, Mr. Johnson and Ms. Pande?

14       A.    Right.

15       Q.    What was discussed in that meeting, the

16   second meeting?

17       A.    Well, my recollection is we discussed some

18   of the assignments that we are looking at here that were

19   not being properly followed up.  We talked about a

20   process for closing out her 2001 PMP and for

21   establishing the 2002 PMP.

22       Q.    How long did the second meeting last?

23       A.    I would say it was maybe 30 minutes or so.

24       Q.    Where did it take place?

25       A.    We were in a conference room.

57

REX MITCHELL    October 30, 2006

1        Q.    Who called the meeting?

2        A.    Jay Johnson.

3        Q.    Just so the record is clear, Mr. Johnson

4    was your supervisor at the time?

5        A.    Yes.

6        Q.    And who led the meeting, if anybody?

7        A.    Jay did.

8        Q.    And what did he say the purpose of the

9    meeting was?

10       A.    His general objective was to sort of

11   resolve what he saw as a disagreement over the 2001 PMP

12   and wanted to get resolution of that PMP so we could

13   move on and establish objectives for 2002.

14       Q.    As of the conclusion of this meeting, did

15   you understand that Ms. Pande felt that you had treated

16   her differently because she was a woman?

17       A.    No.

18       Q.    As of the conclusion of this meeting, did

19   you understand that Ms. Pande felt that you had harassed

20   her?

21       A.    No.

22            MS. MILLER:   I am presuming you are not

23   using "harassed" as a legal term?

24            MR. LEBOWITZ:  Right, what he heard, his

25   understanding.

58

REX MITCHELL    October 30, 2006

1   complaint.

2        Q.    And how did you get a copy of the

3   complaint that you are referring to?

4        A.    It was sent to me from a company attorney

5   in San Ramon.

6        Q.    Prior to reading the complaint that you

7   are referencing right now, had you learned from anybody

8   that you had been accused of using racist language in

9   the workplace?

10       A.    Never.

11       Q.    Have you ever used the term ragheads in

12  the workplace?

13       A.    Never.

14       Q.    Have you ever referred to a limo driver as

15  a raghead?

16       A.    No.

17       Q.    Have you ever referred to a taxi driver as

18  a raghead?

19       A.    No.

20       Q.    Have you ever used that phrase raghead in

21  any scenario whatsoever?

22       A.    No, not to my knowledge.

23       Q.    How about towelhead, have you ever used

24  that phrase, towelhead, in the workplace?

25       A.    No.

                                                    62

REX MITCHELL    October 30, 2006

1    Q.    Have you ever used the phrase towelhead in

2    reference to a limousine driver?

3    A.    No.

4    Q.    Have you ever used the phrase towelhead in

5    reference to a taxi driver?

6    A.    No.

7    Q.    Did you ever use the phrase towelhead in

8    Iris Owens' presence?

9    A.    No.

10    Q.    Have you ever been made aware that

11    Ms. Owens made statements to the effect that you had

12    used the phrase towelhead in the workplace?

13    A.    No.

14    Q.    Have you ever used the phrase towelhead in

15    any form whatsoever?

16    A.    Not to my recollection.

17    Q.    Let's mark the next two.

18    (Whereupon Exhibits 2a & 2b were marked for

19                    identification.)

20    Q.    Mr. Mitchell, you have just been handed

21    what has been marked 2a and b for this deposition.

22    Please take a minute and read through the documents and

23    let me know when you are ready to proceed.

24    A.    Okay.

25    Q.    First looking at 2a, can you identify this

63

REX MITCHELL    October 30, 2006

1    meeting other than discussing the employee comments in

2    the PMP form?

3        A.    I wanted to update him on the fact that we

4    had completed the PMP, and I wanted to update him on the

5    fact that I was concerned about the language and her

6    comments.

7        Q.    Did Mr. Johnson offer any advice as to

8    what to do next or what to do in response to the

9    employee comments on the PMP form?

10        A.    He agreed with me that if I didn't agree

11    with what she had said, that I shouldn't sign the

12    document.  I said I am not going to acknowledge any more

13    interactions as being harassing to Kiran, and he agreed

14    with that.  As far as I am concerned, I am going to

15    consider this matter closed and I am going to move on

16    for 2002.

17        Q.    I am sorry, you said that or Mr. Johnson?

18        A.    I said that.

19        Q.    And did Mr. Johnson agree with you on

20    that?

21        A.    Yes.

22    (Whereupon Exhibit 6 was marked for identification.)

23        Q.    You have just been handed what has been

24    marked Exhibit 6.  It is a two-page document.  Please

25    read through it and let me know when you are ready to

85

1    proceed.

2          A.    I have read it.

3          Q.    What is this document?

4          A.    It was a note I had drafted from my desk

5    file that was in response to Kiran's summary of her

6    performance and her summary of the meeting that we had

7    to discuss her final PMP.

8          Q.    Is that your signature at the end of the

9    document?

10         A.    Yes.

11         Q.    And the date May 1, '02, is that when you

12   wrote it?

13         A.    That's correct.

14         Q.    Did you write this document before or

15   after you met with Jay Johnson to discuss the employee

16   comments on her PMP form?

17         A.    I think it was probably drafted after I

18   had a discussion.  I talked to Jay very quickly after I

19   received her written comments, so I probably wouldn't

20   have delayed to document my response until I had a

21   chance to talk with Jay.

22         Q.    Did you talk to Jay in any way about the

23   fact that you -- whether or not you should write a

24   document such as this, or did he instruct you, anything

25   like that?

REX MITCHELL    October 30, 2006

1      A.    No.  I felt it was a good idea to write
2    it.
3      Q.    Did you ask him if you should do that?
4      A.    No.
5      Q.    On the second page of this document, the
6    first full paragraph on that page -- I just want to make
7    sure I am understanding -- that second line in there
8    where it says, "first the company announced."
9      Do you see where I am pointing?
10      A.    Yes.
11      Q.    June 2002, was that a typo?
12      Was that meant to be 2001?
13      A.    Yes, it looks like chronologywise it
14    should have been in anticipation of the merger.  This is
15    probably in 2001.
16      Q.    Given the fact you signed it in May of
17    2002, does that --
18      A.    That makes perfect sense.
19      Q.    Describe for me what you reference here.
20      First you are talking about Ms. Kiran --
21    Ms. Pande's noticeable decline in her performance.  You
22    reference this first thing of June 2001.
23      Can you just explain to me what the issue was
24    there?
25      MS. MILLER:  I am going to object.  The

87

REX MITCHELL    October 30, 2006

1    question is ambiguous.

2           What issue?  Her performance or what it is

3    referring to?

4                   MR. LEBOWITZ:  What it is referring to.

5           Q.    What is this issue?

6           A.    This refers to an HR benefit that Kiran

7    and two other members of my team were receiving

8    throughout their assignment with me.  The termination of

9    that program and the ceasing of that company benefit

10   that was going to be affective day one of the merger.  I

11   know that all of them were very upset by that decision.

12   It was a policy decision that the company had taken.

13          Q.    And you say in this document that you

14   noticed Ms. Pande's performance declining after this

15   policy decision was announced?

16          A.    I think it was the combined view that from

17   my perception that it was a combined impact of losing

18   the HR benefit as well as not getting the promotion at

19   the time that she was selected for the portfolio

20   position.  I think the combined effect of that, I think

21   there was a noticeable drop in her performance and

22   commitment to the job after October.

23          Q.    And it was your opinion at least as of May

24   1 of 2002 that these two factors that you just

25   referenced and that are referenced here in this document

                                                              88

REX MITCHELL    October 30, 2006

1    were the events that precipitated her poor performance?

2         A.    I think they were certainly triggers to

3    it.  I think she was obviously feeling a lot of stress

4    during the work to support the CLEAN team throughout the

5    summer of 2001.  I think that combined with these two

6    events triggered a response in her performance, yes.

7         Q.    Did you ever ask her that question, if in

8    fact your perception was accurate?

9         A.    I don't recall that I had that discussion

10   with her.

11        Q.    Describe what you mean by -- the middle of

12   this paragraph you reference that -- you are talking

13   about subsequent to October that she became "far less

14   engaged in her work."

15        What do you mean by "far less engaged"?

16             MS. MILLER:  Did you see where he is on

17   the document?

18             THE WITNESS:  Yes.  Kiran's performance

19   subject to -- I see the sentence you are referencing.

20             MR. LEBOWITZ:   Q.   Can you describe for

21   me what you mean by "far less engaged in her work"?

22        A.    Well --

23             MS. MILLER:  Object.

24        Other than what is in the document?

25             MR. LEBOWITZ:  I am asking him to explain

1    it to me.

2              THE WITNESS:  I was surprised that she

3    didn't undertake the 2010 study with a lot more energy

4    and enthusiasm because it was key to the role she was

5    selected for.

6              MR. LEBOWITZ:    Q.    Anything else?

7              MS. MILLER:  Other than what is in this

8    document?

9              MR. LEBOWITZ:  The question is anything

10   else.

11             THE WITNESS:  I mean, other than missing

12   a few team meetings, no, I think those are my

13   observations.

14             MR. LEBOWITZ:    Q.    Was Ms. Pande the

15   only one in your group who ever missed a meeting?

16        A.    I am not sure.

17        Q.    How many meetings did she miss?

18        A.    I think -- my recollection, there were

19   several team meetings that we had that she just didn't

20   attend.

21        Q.    How many?

22        A.    I don't have an exact number.  This is

23   five plus years ago.

24        Q.    I am just trying to -- people mean

25   different things by some, few.  Several.  It can be -- I

                                                           90

REX MITCHELL    October 30, 2006

1      A.    I think I had told him that I had been

2  asked to meet with the ombudsman in response to the PMP,

3  and he encouraged me to go and talk to him and see if we

4  could get this situation resolved.

5      Q.    As of the time you had the one-on-one

6  meeting with Mr. Yamashita, did he tell you that he had

7  previously met with anybody other than Ms. Pande?

8      A.    He told me he talked with Kiran prior to

9  our meeting and he wanted to talk with me.

10      Q.    Did Mr. Yamashita tell you that he had

11  spoken with Jay Johnson prior to meeting with you?

12      A.    No.

13      Q.    Did Jay Johnson ever tell you that he had

14  met with Gary prior to you meeting with him?

15      A.    I don't recall if he did or didn't.

16      Q.    At some point in 2002 did you come to the

17  conclusion it would be better for Ms. Pande to look for

18  a position in a different group at Chevron?

19      A.    I think Jay and I had talked leading up to

20  the fall PDC.  It was coming up on a couple of years in

21  the group, which is typically about the normal length of

22  the assignment that folks have in business planning.  I

23  think we both felt it was probably appropriate to try

24  and move Kiran in that time frame.

25      Q.    Did you approach Ms. Pande and ask her if

105

1          Q.    And was that as a result of the PDC or

2    some other process?

3          A.    As a result of the PDC process.

4          Q.    So once this opportunity went by, did you

5    do anything else to try and assist Ms. Pande to find

6    another job in the company prior to the fall of 2002

7    PDC?

8          A.    I am not sure it was prior to the fall

9    PDC.  We were trying to -- I was working with Desmond

10   King in corporate planning.  There was a job in

11   corporate planning that Kiran was interested in.  I

12   thought we held something open for a period of time to

13   let her post for that position.  Again, I don't recall

14   whether it was just prior to, at the same time or

15   shortly thereafter the PDC meeting.

16         Q.    Sometime in the latter half of 2002?

17         A.    It was definitely latter half of 2002.

18         Q.    How did this potential opening come up?

19         Was this something that Mr. King came and told

20   you or you sought him out?

21         A.    It was a posted job.  It was available for

22   open posting.

23         Q.    Something you saw?

24         A.    I think -- I had two employees in the

25   group that were interested in the job.  I was aware of

REX MITCHELL     October 30, 2006

1   it.   Des King called me to make me aware that was an

2   opening in his shop.

3        Q.     Did you suggest to Mr. King that Ms. Pande

4   would be a good candidate for it?

5        A.     I suggested that he talk to both

6   candidates that had posted to his job.

7        Q.     One of whom was Ms. Pande?

8        A.     Yes.

9        Q.     Who was the other?

10       A.     Kemal Anbarci.

11       Q.     Did you talk to Mr. King about Ms. Pande

12   in any more detail other than you should take a look at

13   her?

14       A.     I encouraged her to shortlist both of them

15   because originally they did not shortlist Kiran as a top

16   candidate on paper.   He felt Kemal had the stronger

17   qualifications.   I urged him to talk to both of them.   I

18   really felt they brought different skills to the job.

19       Q.     To your knowledge, did Mr. King actually

20   talk to Ms. Pande?

21       A.     Yes, I believe he did.

22       Q.     Did you express to Mr. King any of your

23   concerns about Ms. Pande's performance in your group?

24       A.     No.

25       Q.     Did you express to Mr. King any of your

111

1  feelings about Ms. Pande's attitude at work?

2      A.    No.

3      Q.    Did you say anything in your own mind that

4  you would characterize as a less than positive

5  statement?

6      A.    No.

7      Q.    Did you ever talk to Ms. Pande about this

8  job?

9      A.    I believe we spoke about it, about the

10  opening.  I think I had to endorse her posting for the

11  position.  I think I did speak to her about the job.  It

12  was a lengthy period of time that they were delaying

13  their interviewing process, and I think that resulted in

14  holding open another opportunity for Kiran for some

15  period of time.

16      Q.    Who ultimately got the job with Mr. King?

17      A.    He didn't select either one of my

18  employees for the role.  I am not sure who he brought

19  in.  Someone from outside of our group.

20      Q.    So what do you mean when you say there was

21  another job that was being held open?

22      A.    There was a position -- my recollection is

23  there was a position that Kiran was selected for out of

24  the fall PDC process in the petroleum engineering arena.

25  That job -- she had been selected for the job but

112

1          CERTIFICATE OF REPORTER

2              I, DENISE A. FORD, a Certified Shorthand

3     Reporter, hereby certify that the witness in the

4     foregoing deposition was by me duly sworn to tell the

5     truth, the whole truth, and nothing but the truth in the

6     within-entitled cause;

7              That said deposition was taken down in

8     shorthand by me, a disinterested person, at the time and

9     place therein stated, and that the testimony of the said

10    witness was thereafter reduced to typewriting, by

11    computer, under my direction and supervision;

12             That before completion of the deposition,

13    review of the transcript [X] was [ ] was not requested.

14    If requested, any changes made by the deponent (and

15    provided to the reporter) during the period allowed are

16    appended hereto.

17             I further certify that I am not of counsel or

18    attorney for either or any of the parties to the said

19    deposition, nor in any way interested in the event of

20    this cause, and that I am not related to any of the

21    parties thereto.

22        DATED: _____11/10/06_____

23

24        _____

25        DENISE A. FORD, CSR No. 7525

**Mitchell, Rex (RJMI)** _No Action or follow-up._

| | |
|---|---|
| **From:** | Mitchell, Rex (RJMI) |
| **Sent:** | Thursday, January 10, 2002 2:58 PM |
| **To:** | Pande, Kiran (KKPA) |
| **Subject:** | FW: Request for Competitor Strategic Information for February 5-6 Strategy & Plannning Committee Meeting |

Kiran - pls. coordinate with SBUs in pulling together any strategic insights they have available on a local basis of the competitors. Note, the work that Wood-Mac did for us last July would be quite helpful in building up competitor positions in each of our key operating regions. I have a copy of the books Wood Mac published for us in my office.

Thanks, Rex

-----Original Message-----

| | |
|---|---|
| **From:** | Metcalf, Mary E. (MEME) |
| **Sent:** | Thursday, January 10, 2002 11:33 AM |
| **To:** | Blough, Patrick J; Mitchell, Rex (RJMI); Burnside, Michael H (hbur); Adams, Brian; Hoffman, Edward X (HOFFMEX); Bannerman, Colin G; Yarp, Richard; Cochran, Michael D. (mdco); Mitchell, David D; Clark, Kay (KBCL); Lutz, Belinda (LUTZ); Neff, Robert (JRCN); Lomax, Jerry (JALO); 'ssahmed_at_lanka01@cgcssmtp.caltex.com ' |
| **Cc:** | Etchison, Ted (TAET); Salter-yuh, Amanda (AJYU) |
| **Subject:** | Request for Competitor Strategic Information for February 5-6 Strategy & Plannning Committee Meeting |

Reporting Unit Contacts,

At their upcoming February 5th and 6th meeting, we would like to update the Strategy & Planning Committee members on our major competitors' strategic direction. In support of that effort, we request your assistance with the following:

- For your company's business area, provide high level strategic insights and nuggets on the strategic direction being taken by ExxonMobil, RDS and BP (insights on TFE would also be helpful). For example: Where and how are they positioning themselves for medium and longer term growth? Is growth organic or M&A driven? What are they doing in the short term to support their longer term aspirations (e.g. portfolio adjustments, focus areas, etc.).

We require these strategic insights by cob on January 18th sent electronically to myself, Ted Etchison and Amanda Salter-yuh in whatever format is preferable to you. As we are looking for high level, succinct nuggets of their strategies, we envision no more than one power point panel or half page per competitor.

Thank you for your assistance with these insights. If you have any questions, please feel free to call myself, Ted Etchison (CTN 894-0053), or Amanda Salter-yuh (CTN 894-1105) who are coordinating the competitor strategic analysis for BP, Shell and ExxonMobil respectively.

Mary Metcalf
Principal Consultant, Corporate Strategic Planning
ChevronTexaco Corporation
+1 415-894-7036



EXHIBIT
A
10/30/06

CHEVRON/PANDE02983

## Mitchell, Rex (RJMI)

| | |
|---|---|
| **From:** | Mitchell, Rex (RJMI) |
| **Sent:** | Friday, January 11, 2002 6:48 PM |
| **To:** | Pande, Kiran (Kiran.Pande) |
| **Subject:** | RE: intl_production.xls |

*Minor no follow-up. (illegible) 1/18*

Can we find out what happened in Texaco's Intl portfolio between 1980 and 1981? If this is CPI, we should adjust it out of Texaco's 1980 number.

Rex

-----Original Message-----
| | |
|---|---|
| **From:** | Pande, Kiran (KKPA) |
| **Sent:** | Thursday, January 10, 2002 6:42 PM |
| **To:** | Mitchell, Rex (RJMI) |
| **Subject:** | intl_production.xls |

<< File: intl_production.xls >> Rex, The attached file shows the historical Texaco and Chevron intl production as reported in ARs from 1980 to 2000. Kiran

intl_production.xls

## Mitchell, Rex (RJMI)

| | |
|---|---|
| **From:** | Mitchell, Rex (RJMI) |
| **Sent:** | Tuesday, January 29, 2002 7:57 AM |
| **To:** | Pande, Kiran (Kiran.Pande) |
| **Subject:** | FW: VBPreport.xls |

*No follow-up. (illegible) to Tony for action*

Kiran - we need to send a data set downtown in support of another Corp study - Pls. validate attached spredsheet against our Business Plan for 2002-04 where possible and identify any significant disconnects.

Thanks, Rex

-----Original Message-----
| | |
|---|---|
| **From:** | Kenck, Anthony R [SMTP:kenckar@texaco.com] |
| **Sent:** | Monday, January 28, 2002 3:31 PM |
| **To:** | Rex Mitchell (E-mail) |
| **Subject:** | VBPreport.xls |

Rex, This is what I have. It is pretty much extracted directly from SAM 55 for the 2010 team.


VBPreport.xls

Tony



EXHIBIT
1b
10/30/06

2

CHEVRON/PANDE02984

**Mitchell, Rex (RJMI)**

| | |
|---|---|
| From: | Mitchell, Rex (RJMI) |
| Sent: | Tuesday, January 22, 2002 6:12 PM |
| To: | Pande, Kiran (Kiran.Pande) |
| Subject: | eQuest Publisher and Data Access |

*No followup went out to Tris & Gusten for actions -*

*7 tool was introduced for usage at the themes from & incorporated into the 2002 set issues -*



eQuest Publisher and
Data Acce...

Kiran - take a look at this website that IT has built as a way to improve our data management capability for the upcoming Planning cycle. Use your CAI and "12345678" as a password to gain access. I've asked Tim Maloney to come by next week and provide an overview to the Team on the utility of the application. Let me know what you think.

https://equest.chevron.com/edaad/home.asp



EXHIBIT

Ic

10/30/06

3

CHEVRON/PANDE02985

## Mitchell, Rex (RJMI)

**From:** Mitchell, Rex (RJMI)
**Sent:** Wednesday, February 06, 2002 9:53 AM
**To:** Pande, Kiran (Kiran.Pande)
**Subject:** FW: Shel Crude Pricing

Kiran - attached is a presentation that RDS gave Analysts late last year - take a look at the portfolio representation slides they have in here and lets discuss how we might use similar tools to represent our portfolio with CTOP management to get them thinking about portfolio management and eventual rationalization. This is all fairly elementary stuff, but I think we need to start the dialogue at a fairly simple level for our management team to take ownership for it.

Rex



1_intro.pdf (383
KB)

EXHIBIT
ld
1/30/06

CHEVRON/PANDE02986

**Mitchell, Rex (RJMI)**

| | |
|---|---|
| **From:** | Mitchell, Rex (RJMI) |
| **Sent:** | Tuesday, February 12, 2002 8:22 PM |
| **To:** | Pande, Kiran (Kiran.Pande) |
| **Subject:** | FW: SAM model |

*No program - deficit funding.*
*To Tony for follow-up.*
*Tony taken on full portfolio*
*responsibility.*

Pls. coordinate a time to meet with these guys via teleconference over the next couple of days.

Thanks

-----Original Message-----
| | |
|---|---|
| **From:** | Patton, Don W [SMTP:DonPatton@texaco.com] |
| **Sent:** | Tuesday, February 12, 2002 4:56 AM |
| **To:** | Mitchell, Rex (RJMI) |
| **Subject:** | SAM model |

Rex, Tom Burlas and I would like to discuss with you the plans for SAM in the upcoming planning cycle and how we will need to prepare CTNAU in support of WWU needs. Please provide a time over the next couple of weeks that we can schedule a phone conference to discuss. Thanks.

**EXHIBIT**

bshier

1c

10/30/06

CHEVRON/PANDE02987

# Annual Performance Management - PMP-2001

 **Chevron**

| Name<br>Kiran Pande | Chevron Email ID<br>KKPA | Position<br>Planning/Portfolio Analyst | Salary Group<br>24 |
|---|---|---|---|
| Company<br>COPI/CTOP | Department<br>Business Planning | Location<br>San Ramon. CA | |
| Time in Present Position<br>1.5 years | Period Covered<br>From:    Jan 1, 2001    To:    December 31, 2001 | | |

| Include the metrics by which results will be measured. | What was accomplished? Explain any variations from what was expected. |
|---|---|
| • Key planning contact for Latin America and Southern Africa SBUs.<br>• Back-fill Kevin Regan's planning analyst role for Indonesia SBU (Jan – Nov).<br>• Serve as first point of contact for business unit personnel for business plan activities. | 2 man-months total effort over the year.<br>• Developed a strong partnership with SBU and FFAR contacts:<br>(1) Latin America SBU (Beth Liptak, David Hyams), Jan-Dec.<br>(2) Southern Africa SBU (Danny Chancellor and Mark Waterson). Planning contact from Jan -Nov with assistance from Bob Johns.<br>(3) Indonesia SBU (Kevin Connelly and Ruskampto Soeripto). Assumed responsibilities for Indonesia SBU, in addition to LABU and SABU, after Kevin Regan was assigned to 2010 study in Jan.<br>• Worked closely with each SBU to keep abreast of current activities, status of major projects, and production and CAPEX variances.<br>• Provided guidance, assistance, and advice to SBU personnel.<br>• Participated in LABU Argentine Gas Study Review Mtg. (May 25)<br>• LABU Acquisition Evaluation Assistance (Project Andes) (June 8 – June 21). Assisted BU personnel (Mark Strider and Alberto Carnicero) and Erwin Durrer with evaluation of sensitivity of ROCE to purchase price and characterized impact of this opportunity on COPI level metrics. Reviewed and provided suggestions on BU proposal for Andes purchase. Reviewed basis for using El Trapial as analog in technical evaluation.<br>• LABU CSJ Equity Purchase – IFC Shares (Apr 26 – July 3). Assisted BU (Alberto Carnicero) and Erwin Durrer with analysis of potential acquisition of IFC shares by CSJ. Evaluated impact of acquisition on COPI level performance metrics.<br>• LABU Scoping Notice for Ecuador Core Fields (September). Provided input to BU personnel on presentation material and attended BU presentation of opportunity to PJR. Worked closely with BU personnel (Dan Hamer and Carlos Garibaldi) on drafting scoping notice of Ecuador Core Fields for SPC discussions to ensure that concerns raised by PJR and Cedric Lavington were adequately addressed. Received positive feedback from Dan Hamer indicating that my participation had helped the SBU considerably in developing the final product. |
| Support COPI President: assist COPI President with preparation for key meetings (employee town-halls, analyst meetings, leadership meetings, management committee meetings, merger integration communications). | 2 man-months total effort over the year.<br>Developed content, slides, supporting material and speaker notes, and met with Peter Robertson (PJR) to incorporate his input into the following presentations. PJR was very appreciative of these efforts and provided positive feedback on each of the presentations.<br>1. Dresdner Analyst Meeting Jan 12<br>2. Security Analyst Meeting Feb 5 (with Jon Mauer & Pierre Breber)<br>3. PJR May 1 COPI San Ramon Town-hall<br>4. PJR Del Lago Offsite Leadership Meeting May 17<br>5. PJR July 3 COPI San Ramon Town-hall<br>6. PJR July Management Committee Presentation<br>7. PJR Woodlands July 31 Leadership Offsite<br>8. PJR Woodlands July 31 Breakout Session (w/ Kemal Anbarci)<br>9. PJR August 13 Europe Town-hall<br>10. PJR Day 1 Web-Cast Oct 10 (w/ Dan Wallem, David Quady, Marty Schultz, Dennis Fischer) |

EXHIBIT

4

10/30/06

**Notes:**
• Information on this form will be used as input into decisions about pay, selection and promotion.
• Employees and supervisors should each keep an electronic copy of the completed form for three years.

GO-1426-2001 (10-25-00)

CHEVRON/PANDE03001

- Back-fill portfolio analyst role with Brian Putt's assignment to the Upstream Strategic Model CLEAN Team (SMCT).
- No pre-defined performance metrics.
- Filled critical business needs on COPI portfolio as they arose throughout the year.
- Maintained, updated, and modified COPI/CTOP portfolio tool to enable roll-up and analysis of SBU submissions and characterization of the upstream international portfolio of assets.

4 man-months total effort over the year.

- Updated portfolio to provide input to SMCT and COPI management with updated view of COPI projects. Developed and issued guidelines for SBU planners project data update. Constructed individual SBU level portfolio analyzers and issued these analyzers with the most recent SBU level data from the BP submission. Coordinated request for data, performed quality control on data submissions, consolidated all SBU data into COPI level portfolio analyzer tool, and performed analysis on changes relative to BP submission. Coordinated and fielded questions for all SBUs (Asia South, Australasia, China, Eurasia, Indonesia, Latin America , Mid-Africa, Nigeria, Southern Africa, Bahrain, Qatar, Kuwait. (January 1 – March 10)
- Updated COPI portfolio model to include Bangladesh acquisition by Thailand SBU (with Brian Putt and Erwin Durrer). (April)
- Developed and issued portfolio template update instructions to COPI SBUs in July. Incorporated input from Brian Putt (SMCT) and Bob Otis (ECT) and worked with Jeff Reich to modify analyzer to incorporate additional line items of data as required by CLEAN team (mostly exploration expense detail). Constructed 10 individual SBU level analyzers and created additional summary capabilities in tool to provide basis of comparison with Financial Forecast Template and previous BP submission (capability requested by Larry Neal – Nigeria SBU and Kevin Connelly – Indonesia SBU). Fielded questions and performed quality control on data submissions for all 10 SBUs. Consolidated all SBU data into COPI level portfolio analyzer, and performed analysis to summarize major changes relative to business plan submission and spring update. Extraordinary effort was required to develop the basis for COPI's submission to the SMCT and provide the SMCT adequate time to put together a world-wide upstream view of the combined Chevron and Texaco portfolio prior to the close of the merger. The work requirements varied significantly from expectations. With the exception of Dan Wallem (Thailand, China, and MENA SBUs), the other planning analysts did not adequately review or quality control the data submissions from their business units. Hence, I had to spend numerous hours corresponding with Nigeria, Australasia, Eurasia, and Europe SBUs (in addition to my own SBUs – Latin America, Southern Africa, Indonesia) by phone and e-mail to work out data issues prior to submission of consolidated COPI data set to CLEAN team. I worked 18-hour days including all weekends the entire month of September in order to deliver a quality product to the CLEAN team. Successfully met deadline for submission of COPI data to SMCT.
- Summarized major differences in production and capital in revised portfolio submission for Peter Robertson prior to release COPI data to SMCT. Summary information (data and graphs) was used by PJR as supporting information for dialog with each of his MDs on COPI production and opportunities to close gap. PJR also used this information in discussions of production growth targets with the Chairman and Vice-Chairman. (mid-September)
- Fixed Australasia portfolio analyzer for SBU (Oct 31).
- Pulled together summary information on heavy oil assets in CTOP portfolio for use by TREX Heavy Oil Platform – Jai Choi (Dec).
- Extracted summary information on Indonesia and Angola assets from SAM model for Craig Isom and Ken Weber to assist with asset appraisals for Danish and Canadian tax purposes. (December)
- Extracted summary information and specific project templates for UK and Angola assets for Erwin Durrer (December).
- Extracted summary information and specific project templates for Ian Dunn on China SBU projects (December).
- Extracted summary information and specific project templates for Keith Auyeung on gas projects in the Asia region (December).
- Extracted and sent portfolio templates on UK assets to Pierre Breber to support message to the market (mid-Nov)

GO-1426-2001 (10-25-00)

Information on this form will be used as input into decisions about pay, selection and promotion.
Employees and supervisors should each keep an electronic copy of the completed form for three years.

CHEVRON/PANDE03002

- Support COPI business planning activities.
- No pre-defined performance metrics or discussion of specific tasks.
- Performed various roles as needed to fill critical business needs.

- Assumed primary r_ .nsibility for COPI business plan guidelines. Developed and issued COPI/CTOP business plan guidelines. Worked closely with Corp contact (Keith Auyeung) and FFAR contact (Mark Waterson) to coordinate BP guidelines.
(1) COPI Phase 1 guidelines issued July 6,
(2) COPI Phase 2 guidelines issued August 22,
(3) CTOP Update to Phase 2 guidelines issued October 21
(4) Fielded questions from all 10 CTOP SBUs on guidelines/calendar,
(5) 1 man-month total effort.

- Participated in preparation of CTOP business plan (Oct – mid-Dec).
(1) Reviewed and consolidated LABU Att. 1V and SBU summary. Worked closely with Beth Liptak and David Hyams through multiple versions of performance template. Discussed LABU "bolt-together" versus Oct MD meeting data and need to understand variances between plans with LABU.
(2) Participated in team meeting on Saturday, Nov 10 to discuss setting earnings stretch targets for SBUs.
(3) Wrote "New Opportunities" section of CTOP executive summary (with input from Kelly Hartshorn and Erwin Durrer) (Nov – Dec),
(4) Constructed "New Opportunities Matrix" Chart (Dec),
(5) Performed analysis using portfolio model to evaluate various approaches to meet 10% capital reduction and developed "10% Reduced Capital Scenario Implications" section (Nov - Dec),
(6) Constructed "Capital Program Summary Table" with project economics and key project execution milestones based on analysis of project economics from portfolio model and consolidating input from correspondence with all 10 CTOP SBUs (Nov - Dec),
(7) Worked with David Hyams on formatting of C&E tables (Nov),
(8) Coordinated formatting and review of all 10 SBUs executive summary sections to ensure consistency across SBUs (Nov),
(9) Coordinated Hyperion training and access for all planning analysts (with Mark Waterson) (Nov),
(10) Participated in Corp review of upstream business plans (Dec 12).
(11) Provided input to RJM on expected sensitivity of production to additional 400 $MM CAPEX reduction for Corp request (Dec 18).
(12) 1.5 man-month total effort.

- Preparation of presentation material for Leadership Team Meetings.
(1) COPI March MDs Meeting (Rio). Assisted with mtg prep.
(2) CTOP October MDs meeting (London). Performed analysis of CTOP portfolio and developed slides for "Major Capital Projects Portfolio" presentation. Developed power point slide for discussion of forward CTOP planning calendar with key dates and deliverables. 2 man-weeks effort with short cycle time (mid-Oct).

- Update and customize CTOP overview presentation for:
(1) RJM Jan. meeting with Saudi Aramco on macro-economic outlook,
(2) China business development meetings with Daqing Mgmt (Feb),
(3) Angola Petroleum Minister (July with Dan Wallem),
(4) Nigeria SBU visitors (Jan with Dan Wallem),
(5) Indonesia SBU Planning representative (June with Dan Wallem)
(6) 2 man-weeks total effort.

- Global upstream activity and competitive positioning (Project Express, coordinated by Stan Walker). July 19 – Aug 1.
(1) Prepare dialog boxes for July 29 C & T leadership meeting on competitive positioning in various regions and business segments.
(2) Primary responsibility for reviewing, editing, and supplying Chevron's perspective on (1) Heavy Oil Business Segment PFC writeup, (2) Latin America Region WoodMac writeup.
(3) Project team received positive feedback for product meeting objectives with short deadline by Tom Schull and Stan Walker. 2 man-weeks total effort.

Notes:
- Information on this form will be used as input into decisions about pay, selection and promotion.
- Employees and supervisors should each keep an electronic copy of the completed form for three years.
60-1426-2001 (10-25-00)
CHEVRON/PANDE03003

- Support COPI business planning activities, continued.
- No pre-defined performance metrics or discussion of specific tasks. Performed various roles as needed to fill critical business needs.

*(handwritten)* ("east") textbook lite secunda tn
- FPAK (?)

- Primary responsibi'' for understanding production outlook and reasons for produc. . gap (operational and OPEC). Communicated closely with SBUs (Jan – Oct) to understand evolving outlook and operational factors that may impact production. Main products from this work were:
(1) April 11 Letter to Vice-Chairman from PJR explaining impact of OPEC Quota cuts on COPI Production. Described likely impact on Venezuela production, Nigeria SBU production, Indonesia production. Coordinated communication with SBUs on this issue.
(2) May 15 Letter to Vice-Chairman from PJR explaining COPI production outlook and steps COPI was taking to close the production gap relative to objective.
(3) July 17 Letter to Vice-Chairman from PJR explaining COPI YTD production for 1Q01, 2Q01, and 1H01, variances from objective, and production growth over 2000.
(4) September 24 Letter to Vice-Chairman from PJR explaining COPI YTD production, variance relative to objective, and actions to close production gap.
(5) Provided detailed analysis to Investor Relations Group (Pierre Breber) to support 1Q and 2Q earnings conference calls with analysts. Received very positive feedback from Craig Isom (FFAR) on the clarity of the analysis.
(6) Provided adjustment templates to CLEAN team to reflect revised COPI outlook for LABU, SABU, Indonesia, and Nigeria production (June).
(7) 1.5 man-months of effort involved over the year.

- Coordinated CAPEX outlook update to provide PJR with an understanding of how COPI was managing it's gray shape capital reduction held at a COPI HQ level in the 2001-2003 BP. Provided each SBU with the C&E spend YTD relative to full year objective. (June 7).
- Analyzed historical CAPEX spend by SBU relative to objective for RJM discussion with MDs on capital reduction for 2002 BP (Nov).

- China SBU CACT AGIP Equity Interest Acquistion Evaluation Support. Worked with Erwin Durrer, Frank O'Connell, and John Lyle to evaluate purchase price impact on ROCE. Verified production profile and reserves basis of proposal based on portfolio data. (June 29 – Aug 30).

- Asset Swap Evaluation Support. Provided support on CACT AGIP shares and Kitina AGIP shares swap evaluation. Verified production profile and reserves basis for Kitina asset. Reviewed ongoing simulation study on Kitina with Congo technical team (Dan Maclean). Obtained advice on pooling tests and application of pooling tests to asset swaps from Jim Boessnecker and Jim Lawrence. Summarized pooling tests application for this transaction for RJM and participated in discussions with PJR, John Gass, and RJM. (August).

- Nkossa Energy Africa Equity Acquisition Evaluation Support. Verified SBU proposal basis (production profile, reserves, and project NPV and IRR based on proposed purchase price) based on analyzing SAM template data for Nkossa asset. (October 12).

- Administrative tasks (2 man-weeks effort):
(1) Coordinate GIL2 deployment for Planning Group (Oct 25-Dec 31). Survey of current equipment, GIL2 hardware preferences. And GIL2 software requirements for 10 people.
(2) Develop allocation proposal on trade publications (Nov 13–Dec 21) for input to Jeff Gustavson (with Iris Owens).

**Notes:**
- Information on this form will be used as input into decisions about pay, selection and promotion.
- Employees and supervisors should each keep an electronic copy of the completed form for three years.

GO-1426-2001 (10-25-00)

CHEVRON/PANDE03004

| | |
|---|---|
| • Assist COPI management and Technology Steering Team (TST) with managing COPI HQ technology investments. | 1.5 man-months total effort over the year.<br>• Researched the technology programs and value added fit for COPI of CPTC Integrated programs: IP-4B, IP-5B, IP-6B, IP-7B, IP-32B, IP-41B, IP-42B, IP-56B, IP-59B, IP-62B, IP-63B, IP-64B.<br>• Influenced allocation of 5.1$MM CTOP HQ funding to gaps in funding of CPTC IP programs by working closely with CTOP HQ account representative (Ed Sauve).<br>• Participated in TST meetings (Feb 8 and Nov 8) and provided support to Nahum Schneidermann and Stan Walker in developing presentation materials and historical perspective on COPI technology funding of CXTCs. Feedback from Cary Mrozowski and Nahum Schneidermann on TST indicated that my input had a significant impact on funding allocations.<br>• DRB member for TD-15 (Reservoir Simulation Research and Tools), SR-106 (New Reservoir Simulation Technologies). Attended two DRB meetings. Feedback from Wen Chen and Tom McMillen on my participation on DRB has been very positive.<br>• Attended 16 presentations of CXTC research programs and reviews of simulation studies of COPI assets to keep abreast of technology. |
| • Support Merger Integration Activities.<br>• No pre-defined performance metrics. | • Drafted template and request for information and coordinated correspondence with all COPI SBUs to obtain "rules of thumb" sensitivity factors to estimate changes in earnings and ROCE resulting from changes to factors such as oil price, OPEX, production, and CAPEX. Consolidated input to provide basis for sensitivity calculations to Merger Integration Team. (Jan 31 – Feb 9) (with Rick Rager CNAEP)<br>• Key COPI HQ contact with IMO. Responded to multiple requests from Penny Cortez on merger integration updates for COPI.<br>• LABU and Indonesia SBU merger integration representative. Interfaced with Peter Hartshorn of merger integration team to understand basis for merger synergy targets for Indonesia SBU. Fielded questions from LABU on merger synergies. |
| • Participate in Upstream Strategic Model CLEAN Team.<br>• No pre-defined performance metrics.<br>• Filled critical business needs on SMCT to prepare for meeting with SBU representatives in final week prior to merger. | 3 man-weeks effort. Effort involved working through 3 consecutive weekends and routinely working 14 -hour days.<br>• Participated in upstream CLEAN team activities in Houston for two weeks (Sept 23 – Oct 6).<br>• Decomposed 50 MB Excel (SAM) WW upstream portfolio model into ten individual CTOP SBU level models. SBU models were re-dimensioned to reduce size of model (7 MB) to enable SBU representatives on CLEAN team to access their individual data sets.<br>• Analyzed and characterized the production (growth) of each SBU from both Chevron legacy and Texaco legacy assets (Oct 12).<br>• Analyzed and characterized the combined C&T portfolio of major capital projects capital spending and economic results (DPI&NPV).<br>• Put together briefing books (with Kevin Zamudio) for ten SBUs to provide SBU representatives with both quantitative and qualitative data on their SBUs assets. Consolidated qualitative descriptions of assets from both Chevron legacy and Texaco legacy resources.<br>• Assisted Brian Putt with running workshop for SBU representatives on CLEAN team. Helped teach SBU representatives how to use SAM portfolio analyzer, how to view and understand the combined data set of Chevron and Texaco legacy assets, and how to change the data to reflect a consolidated view of assets.<br>• Reviewed business plan guidelines and calendar with Chevron and Texaco SBU representatives on CLEAN team.<br>• Provided support to Brian Putt for final report-out to joint exploration and upstream CLEAN teams.<br>• Disseminated briefing book materials to FFAR analysts post-merge. |

**Notes:**
- Information on this form will be used as input into decisions about pay, selection and promotion.
- Employees and supervisors should each keep an electronic copy of the completed form for three years.

60-1426-2001 (10-25-00)

CHEVRON/PANDE03005

- Began process of transitioning price forecasting responsibilities in mid-October with Bob Dorrough's pending retirement.
- Responsibilities include developing CTOP commodity price forecasts in accordance with Corporate price guidance.
- Responsibility for building and maintaining technical pricing models to provide price forecasts for all hydrocarbon products in ChevronTexaco's International upstream portfolio.

1 man-month effort (⸱ ⸱-Dec).

- Reviewed raw data ...plates for Texaco assets submitted to CLEAN team to obtain Texaco pricing basis for Texaco projects. Provided this data to Bob Dorrough to enable a basis for providing a price forecast for Texaco assets for CTOP business plan price forecast (Oct 24).
- Assisted Bob Dorrough in developing two revised business plan price forecasts (Nov 8 and Dec 20) to reflect changes in Corporate WTI forecast.
- Worked closely with Bob Dorrough to understand work processes, methodology, tools, resources, and network of contacts in Trading, Shipping, SBU asset teams, and CRTC as part of transition to assume price forecasting roles & responsibilities with Bob's nearing retirement (originally end-Jan, extended to end-Feb).
- Obtained access to PAWS pricing data-base and learned to use it.
- Learned how to use and update LL-652 pricing model.
- Learned the theoretical basis for the Boscan PCP model. Modified Boscan PCP model (with Bob's help) and delivered the full-year 2001 model to LABU at year-end.
- Learned how to use the Real-Regression model developed by Bob Dorrough. Updated the Real-Regression model with GNP deflator data to enable conversion of all real price data to a common constant 2002$ price basis for running regressions.
- Learned how to use, modify, and update the Regression-Based-Forecast excel model.
- Assumed responsibility for provided LL-652 finance analyst with monthly pricing information for billing PDVSA (with M. Owens).
- Assumed responsibility for providing Boscan PCP information on a mid-month and end of month basis to Boscan finance analyst for billing PDVSA (with Monty Owens).
- Kept abreast of e-mail communications between Bob Dorrough and BU and trading contacts to obtain required data to update price forecast for strategic planning cycle. Significant correspondence involved to collect data for crudes of Texaco legacy assets.

| Planned Review Date | Comments |
|---|---|
|  |  |

| Date of Feedback: | Quintile: | Low | High | 360 Action Plan: | Diversity Agreement: |
|---|---|---|---|---|---|
|  |  | ☐5 ☐4 ☐3 ☐2 ☐1 | | Progress Made? ☐ Yes ☐ No | Progress Made? ☐ Yes ☐ No |

| **Falls Short of Performance Expectations** | **Fully Meets Performance Expectations** | **Exceptional Performance** |
|---|---|---|
| 3 ⇒☐ (0-10%) | 2 ⇒ ☐ (~two-thirds of employees) | 1 ⇒☐ (0-25%) |
| Performance Plan Required? ☐ Yes ☐No | | |

| Employee | Initial | Date | Supervisor | Initial | Date | Next Higher Level | Initial | Date |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |

**Notes:**
- Information on this form will be used as input into decisions about pay, selection and promotion.
- Employees and supervisors should each keep an electronic copy of the completed form for three years.

GO-1426-2001 (10-25-00)

CHEVRON/PANDE03006

# Annual Performance Management - PMP-2001

 **Chevron**

| Name | Chevron Email ID | Position | Salary Group |
|------|------------------|----------|--------------|
| Kiran Pande | KKPA | Planning/Portfolio Analyst | 24 |

| Company | Department | Location |
|---------|------------|----------|
| COPI/CTOP | Business Planning | San Ramon. CA |

| Time in Present Position | Period Covered |
|--------------------------|----------------|
| 1.5 years | From:   Jan 1, 2001    To:    December 31, 2001 |

| Include the metrics by which results will be measured. | What was accomplished? Explain any variations from what was expected. |
|---|---|
| 1.   Summary of key results.<br>Description of specific deliverables documented below.<br>• Planning contact for Latin America, Southern Africa, and Indonesia SBUs. | • Partnered with SBUs to meet deliverables associated with business plan and presentation of acquisition and new opportunities for CTOP management review.<br>• Received excellent feedback from Beth Liptak and Danny Chancellor on my role in assisting the SBUs as their CTOP planning contact. |
| • Support COPI President with various communication venues. | • Developed a clear and consistent message for Peter Robertson's communications to CTOP employees on merger integration. Critical alignment of message around people, partnership, and performance was achieved to enable consistent message across CT leadership team through cascaded deployment process.<br>• Received excellent feedback from PJR on all presentations.<br>• Developed materials to support communications to market. A critical part of supporting this communication involved understanding the basis for delivering on our production growth targets in 2001 and the basis for establishing production growth targets for the merged company.<br>• Received excellent feedback from PJR and Pierre Breber on materials prepared to support external communications with security analysts. |
| • Backfill portfolio analyst role for COPI. Assist CLEAN team with developing combined view of total ChevronTexaco world-wide portfolio of assets. | • Worked closely with all SBUs to develop an updated view of the COPI portfolio as input to the CLEAN team.<br>• Key results of this work:<br>(1) Enabled CTOP management to have a clear view of the combined upstream portfolio of assets of CT on Day 1.<br>(2) Enabled CTOP management with quantitative basis for discussions with SPC on expectations for performance of the upstream segment of the merged company.<br>(3) Enabled detailed analysis of basis for production growth for Day 1 + 45 message to market.<br>(4) Enabled SBUs to understand their combined portfolio of assets<br>(5) Enabled SBUs and CTOP HQ to have a solid quantitative basis to develop business plan with an unusually compressed business plan cycle time due to merger. |

**EXHIBIT**

5

10/30/06

**Notes:**
• Information on this form will be used as input into decisions about pay, selection and promotion.
• Employees and supervisors should each keep an electronic copy of the completed form for three years.

GO-1426-2001 (10-25-00)

CHEVRON/PANDE02992

| 2. Planning Contact | 2 man-months total effort over the year. |
|---|---|
| • Key planning contact for Latin America and Southern Africa SBUs.<br>• Back-fill Kevin Regan's planning analyst role for Indonesia SBU (Jan – Nov).<br>• Serve as first point of contact for business unit personnel for business plan activities. | • Developed a strong partnership with SBU and FFAR contacts:<br>(1) Latin America SBU (Beth Liptak, David Hyams), Jan-Dec.<br>(2) Southern Africa SBU (Danny Chancellor and Mark Waterson). Planning contact from Jan -Nov with assistance from Bob Johns.<br>(3) Indonesia SBU (Kevin Connelly and Ruskampto Soeripto). Assumed responsibilities for Indonesia SBU, in addition to LABU and SABU, after Kevin Regan was assigned to 2010 study in Jan.<br>• Worked closely with each SBU to keep abreast of current activities, status of major projects, and production and CAPEX variances.<br>• Provided guidance, assistance, and advice to SBU personnel.<br>• Participated in LABU Argentine Gas Study Review Mtg. (May 25)<br>• LABU Acquisition Evaluation Assistance (Project Andes) (June 8 – June 21). Assisted BU personnel (Mark Strider and Alberto Carnicero) and Erwin Durrer with evaluation of sensitivity of ROCE to purchase price and characterized impact of this opportunity on COPI level metrics. Reviewed and provided suggestions on BU proposal for Andes purchase. Reviewed basis for using El Trapial as analog in technical evaluation.<br>• LABU CSJ Equity Purchase – IFC Shares (Apr 26 – July 3). Assisted BU (Alberto Carnicero) and Erwin Durrer with analysis of potential acquisition of IFC shares by CSJ. Evaluated impact of acquisition on COPI level performance metrics.<br>• LABU Scoping Notice for Ecuador Core Fields (September). Provided input to BU personnel on presentation material and attended BU presentation of opportunity to PJR. Worked closely with BU personnel (Dan Hamer and Carlos Garibaldi) on drafting scoping notice of Ecuador Core Fields for SPC discussions to ensure that concerns raised by PJR and Cedric Lavington were adequately addressed. Received positive feedback from Dan Hamer indicating that my participation had helped the SBU considerably in developing the final product. |
| 3. Support COPI President<br>Support COPI President: assist COPI President with preparation for key meetings (employee town-halls, analyst meetings, leadership meetings, management committee meetings, merger integration communications). | 2 man-months total effort over the year.<br>Developed content, slides, supporting material and speaker notes, and met with Peter Robertson (PJR) to incorporate his input into the following presentations. PJR was very appreciative of these efforts and provided positive feedback on each of the presentations.<br>1. Dresdner Analyst Meeting Jan 12<br>2. Security Analyst Meeting Feb 5 (with Jon Mauer & Pierre Breber)<br>3. PJR May 1 COPI San Ramon Town-hall<br>4. PJR Del Lago Offsite Leadership Meeting May 17<br>5. PJR July 3 COPI San Ramon Town-hall<br>6. PJR July Management Committee Presentation<br>7. PJR Woodlands July 31 Leadership Offsite<br>8. PJR Woodlands July 31 Breakout Session (w/ Kemal Anbarci)<br>9. PJR August 13 Europe Town-hall<br>10. PJR Day 1 Web-Cast Oct 10 (w/ Dan Wallem, David Quady, Marty Schultz, Dennis Fischer) |

**Notes:**
• Information on this form will be used as input into decisions about pay, selection and promotion.
• Employees and supervisors should each keep an electronic copy of the completed form for three years.

GO-1426-2001 (10-25-00)

CHEVRON/PANDE02993

4. Portfolio modeling

- Back-fill portfolio analyst role with Bria... utt's assignment to the Upstream Strategic Model CLEAN Team (SMCT).
- No pre-defined performance metrics.
- Filled critical business needs on COPI portfolio as they arose throughout the year.
- Maintained, updated, and modified COPI/CTOP portfolio tool to enable roll-up and analysis of SBU submissions and characterization of the upstream international portfolio of assets.

4 man-months total effort over the year.

- Updated portfolio     to provide input to SMCT and COPI management with updated view of COPI projects. Developed and issued guidelines for SBU planners project data update. Constructed individual SBU level portfolio analyzers and issued these analyzers with the most recent SBU level data from the BP submission. Coordinated request for data, performed quality control on data submissions, consolidated all SBU data into COPI level portfolio analyzer tool, and performed analysis on changes relative to BP submission. Coordinated and fielded questions for all SBUs (Asia South, Australasia, China, Eurasia, Indonesia, Latin America , Mid-Africa, Nigeria, Southern Africa, Bahrain, Qatar, Kuwait. (January 1 – March 10)
- Updated COPI portfolio model to include Bangladesh acquisition by Thailand SBU (with Brian Putt and Erwin Durrer). (April)
- Developed and issued portfolio template update instructions to COPI SBUs in July. Incorporated input from Brian Putt (SMCT) and Bob Otis (ECT) and worked with Jeff Reich to modify analyzer to incorporate additional line items of data as required by CLEAN team (mostly exploration expense detail). Constructed 10 individual SBU level analyzers and created additional summary capabilities in tool to provide basis of comparison with Financial Forecast Template and previous BP submission (capability requested by Larry Neal – Nigeria SBU and Kevin Connelly – Indonesia SBU). Fielded questions and performed quality control on data submissions for all 10 SBUs. Consolidated all SBU data into COPI level portfolio analyzer, and performed analysis to summarize major changes relative to business plan submission and spring update. Extraordinary effort was required to develop the basis for COPI's submission to the SMCT and provide the SMCT adequate time to put together a world-wide upstream view of the combined Chevron and Texaco portfolio prior to the close of the merger. The work requirements varied significantly from expectations. With the exception of Dan Wallem (Thailand, China, and MENA SBUs), the other planning analysts did not adequately review or quality control the data submissions from their business units. Hence, I had to spend numerous hours corresponding with Nigeria, Australasia, Eurasia, and Europe SBUs (in addition to my own SBUs – Latin America, Southern Africa, Indonesia) by phone and e-mail to work out data issues prior to submission of consolidated COPI data set to CLEAN team. I worked 18-hour days including all weekends the entire month of September in order to deliver a quality product to the CLEAN team. Successfully met deadline for submission of COPI data to SMCT.
- Summarized major differences in production and capital in revised portfolio submission for Peter Robertson prior to releasing COPI data to SMCT. Summary information (data and graphs) was used by PJR as supporting information for dialog with each of his MDs on COPI production and opportunities to close gap. PJR also used this information in discussions of production growth targets with the Chairman and Vice-Chairman. (mid-September)
- Fixed Australasia portfolio analyzer for SBU (Oct 31).
- Pulled together summary information on heavy oil assets in CTOP portfolio for use by TREX Heavy Oil Platform – Jai Choi (Dec).
- Extracted summary information on Indonesia and Angola assets from SAM model for Craig Isom and Ken Weber to assist with asset appraisals for Danish and Canadian tax purposes. (December)
- Extracted summary information and specific project templates for UK and Angola assets for Erwin Durrer (December).
- Extracted summary information and specific project templates for Ian Dunn on China SBU projects (December).
- Extracted summary information and specific project templates for Keith Auyeung on gas projects in the Asia region (December).
- Extracted and sent portfolio templates on UK assets to Pierre Breber to support message to the market (mid-Nov)

Notes:

- Information on this form will be used as input into decisions about pay, selection and promotion.
- Employees and supervisors should each keep an electronic copy of the completed form for three years.

GO-1426-2001 (10-25-00)

CHEVRON/PANDE02994

5a.  COPI Business Plan Activities
- Support COPI business planning activities...
- No pre-defined performance metrics or discussion of specific tasks.
- Performed various roles as needed to fill critical business needs.

- Assumed primary responsibility for COPI business plan guidelines. Developed and issued COPI/CTOP business plan guidelines. Worked closely with Corp contact (Keith Auyeung) and FFAR contact (Mark Waterson) to coordinate BP guidelines.
(1) COPI Phase 1 guidelines issued July 6,
(2) COPI Phase 2 guidelines issued August 22,
(3) CTOP Update to Phase 2 guidelines issued October 21
(4) Fielded questions from all 10 CTOP SBUs on guidelines/calendar,
(5) 1 man-month total effort.

- Participated in preparation of CTOP business plan (Oct – mid-Dec).
(1) Reviewed and consolidated LABU Att. IV and SBU summary. Worked closely with Beth Liptak and David Hyams through multiple versions of performance template. Discussed LABU "bolt-together" versus Oct MD meeting data and need to understand variances between plans with LABU.
(2) Participated in team meeting on Saturday, Nov 10 to discuss setting earnings stretch targets for SBUs,
(3) Wrote "New Opportunities" section of CTOP executive summary (with input from Kelly Hartshorn and Erwin Durrer) (Nov – Dec),
(4) Constructed "New Opportunities Matrix" Chart (Dec),
(5) Performed analysis using portfolio model to evaluate various approaches to meet 10% capital reduction and wrote "10% Reduced Capital Scenario Implications" section (Nov - Dec),
(6) Constructed "Capital Program Summary Table" with project economics and key project execution milestones based on analysis of project economics from portfolio model and consolidating input from correspondence with all 10 CTOP SBUs (Nov - Dec),
(7) Worked with David Hyams on formatting of C&E tables (Nov),
(8) Coordinated formatting and review of all 10 SBUs executive summary sections to ensure consistency across SBUs (Nov),
(9) Coordinated Hyperion training and access for all planning analysts (with Mark Waterson) (Nov),
(10) Participated in Corp review of upstream business plans (Dec 12).
(11) Provided input to RJM on expected sensitivity of production to additional 400 $MM CAPEX reduction for Corp request (Dec 18).
(12) 1.5 man-month total effort.

- Preparation of presentation material for Leadership Team Meetings.
(1) COPI March MDs Meeting (Rio). Assisted with mtg prep.
(2) CTOP October MDs meeting (London). Performed analysis of CTOP portfolio and developed slides for "Major Capital Projects Portfolio" presentation. Developed power point slide for discussion of forward CTOP planning calendar with key dates and deliverables. 2 man-weeks effort with short cycle time (mid-Oct).

- Update and customize CTOP overview presentation to advance Chevron image as "Partner of Choice" with key partners:
(1) RJM Jan. meeting with Saudi Aramco on macro-economic outlook,
(2) China business development meetings with Daqing Mgmt (Feb),
(3) Angola Petroleum Minister (July with Dan Wallem),
(4) Nigeria SBU visitors (Jan with Dan Wallem),
(5) Indonesia SBU Planning representative (June with Dan Wallem)
(6) 2 man-weeks total effort.

- Global upstream activity and competitive positioning (Project Express, coordinated by Stan Walker). July 19 – Aug 1.
(1) Prepare dialog boxes for July 29 C & T leadership meeting on competitive positioning in various regions and business segments.
(2) Primary responsibility for reviewing, editing, and supplying Chevron's perspective on (1) Heavy Oil Business Segment PFC writeup, (2) Latin America Region WoodMac writeup.
(3) Project team received positive feedback for product meeting objectives with short deadline by Tom Schull and Stan Walker.
2 man-weeks total effort.

**Notes:**
- Information on this form will be used as input into decisions about pay, selection and promotion.
- Employees and supervisors should each keep an electronic copy of the completed form for three years.

60-1426-2001 (10-25-00)

CHEVRON/PANDE02995

**5b. COPI Business Plan Activities**

- Support COPI business planning activitie.., continued.
- No pre-defined performance metrics or discussion of specific tasks. Performed various roles as needed to fill critical business needs.

- Primary responsibi'''y for understanding production outlook and reasons for produc      gap (operational and OPEC). Communicated closely with SBUs (Jan – Oct) to understand evolving outlook and operational factors that may impact production. Main products from this work were:

(1) April 11 Letter to Vice-Chairman from PJR explaining impact of OPEC Quota cuts on COPI Production. Described likely impact on Venezuela production, Nigeria SBU production, Indonesia production. Coordinated communication with SBUs on this issue.

(2) May 15 Letter to Vice-Chairman from PJR explaining COPI production outlook and steps COPI was taking to close the production gap relative to objective.

(3) July 17 Letter to Vice-Chairman from PJR explaining COPI YTD production for 1Q01, 2Q01, and 1H01, variances from objective, and production growth over 2000.

(4) September 24 Letter to Vice-Chairman from PJR explaining COPI YTD production, variance relative to objective, and actions to close production gap.

(5) Provided detailed analysis to Investor Relations Group (Pierre Breber) to support 1Q and 2Q earnings conference calls with analysts. Received very positive feedback from Craig Isom (FPAR) on the clarity of the analysis.

(6) Provided adjustment templates to CLEAN team to reflect revised COPI outlook for LABU, SABU, Indonesia, and Nigeria production (June).

(7) 1.5 man-months of effort involved over the year.

- Coordinated CAPEX outlook update to provide PJR with an understanding of how COPI was managing it's gray shape capital reduction held at a COPI HQ level in the 2001-2003 BP. Provided each SBU with the C&E spend YTD relative to full year objective. (June 7).

- Analyzed historical CAPEX spend by SBU relative to objective for RJM discussion with MDs on capital reduction for 2002 BP (Nov).

- China SBU CACT AGIP Equity Interest Acquistion Evaluation Support. Worked with Erwin Durrer, Frank O'Connell, and John Lyle to evaluate purchase price impact on ROCE. Verified production profile and reserves basis of proposal based on portfolio data. (June 29 – Aug 30).

- Asset Swap Evaluation Support. Provided support on CACT AGIP shares and Kitina AGIP shares swap evaluation. Verified production profile and reserves basis for Kitina asset. Reviewed ongoing simulation study on Kitina with Congo technical team (Dan Maclean). Obtained advice on pooling tests and application of pooling tests to asset swaps from Jim Boessnecker and Jim Lawrence. Summarized pooling tests application for this transaction for RJM and participated in discussions with PJR, John Gass, and RJM. (August).

- Nkossa Energy Africa Equity Acquisition Evaluation Support. Verified SBU proposal basis (production profile, reserves, and project NPV and IRR based on proposed purchase price) based on analyzing SAM template data for Nkossa asset. (October 12).

- Administrative tasks (2 man-weeks effort):

(1) Coordinate GIL2 deployment for Planning Group (Oct 25-Dec 31). Survey of current equipment, GIL2 hardware preferences. And GIL2 software requirements for 10 people.

(2) Develop allocation proposal on trade publications (Nov 13–Dec 21) for input to Jeff Gustavson (with Iris Owens).

---

**Notes:**

- Information on this form will be used as input into decisions about pay, selection and promotion.
- Employees and supervisors should each keep an electronic copy of the completed form for three years.

GO-1426-2001 (10-25-00)

CHEVRON/PANDE02996

| 6. Technology Investment Direction | 1.5 man-months total effort over the year. |
|---|---|
| • Assist COPI management and Technology Steering Team (TST) with managing COPI HQ technology investments. | • Researched the technology programs and value added fit for COPI of CPTC Integrated programs: IP-4B, IP-5B, IP-6B, IP-7B, IP-32B, IP-41B, IP-42B, IP-56B, IP-59B, IP-62B, IP-63B, IP-64B.
• Influenced allocation of 5.1$MM CTOP HQ funding to gaps in funding of CPTC IP programs by working closely with CTOP HQ account representative (Ed Sauve).
• Participated in TST meetings (Feb 8 and Nov 8) and provided support to Nahum Schneidermann and Stan Walker in developing presentation materials and historical perspective on COPI technology funding of CXTCs. Feedback from Cary Mrozowski and Nahum Schneidermann on TST indicated that my input had a significant impact on funding allocations.
• DRB member for TD-15 (Reservoir Simulation Research and Tools), SR-106 (New Reservoir Simulation Technologies). Attended two DRB meetings. Feedback from Wen Chen and Tom McMillen on my participation on DRB has been very positive.
• Attended 16 presentations of CXTC research programs and reviews of simulation studies of COPI assets to keep abreast of technology. |
| 7. Merger Integration
• Support Merger Integration Activities.
• No pre-defined performance metrics. | • Drafted template and request for information and coordinated correspondence with all COPI SBUs to obtain "rules of thumb" sensitivity factors to estimate changes in earnings and ROCE resulting from changes to factors such as oil price, OPEX, production, and CAPEX. Consolidated input to provide basis for sensitivity calculations to Merger Integration Team. (Jan 31 – Feb 9) (with Rick Rager CNAEP)
• Key COPI HQ contact with IMO. Responded to multiple requests from Penny Cortez on merger integration updates for COPI.
• LABU and Indonesia SBU merger integration representative. Interfaced with Peter Hartshorn of merger integration team to understand basis for merger synergy targets for Indonesia SBU. Fielded questions from LABU on merger synergies. |
| 8. Upstream Strategic Model CLEAN Team
• Participate in Upstream Strategic Model CLEAN Team.
• No pre-defined performance metrics.
• Filled critical business needs on SMCT to prepare for meeting with SBU representatives in final week prior to merger. | 3 man-weeks effort. Effort involved working through 3 consecutive weekends and routinely working 14 -hour days.
• Participated in upstream CLEAN team activities in Houston for two weeks (Sept 23 – Oct 6).
• Decomposed 50 MB Excel (SAM) WW upstream portfolio model into ten individual CTOP SBU level models. SBU models were re-dimensioned to reduce size of model (7 MB) to enable SBU representatives on CLEAN team to access their individual data sets.
• Analyzed and characterized the production (growth) of each SBU from both Chevron legacy and Texaco legacy assets (Oct 12).
• Analyzed and characterized the combined C&T portfolio of major capital projects capital spending and economic results (DPI&NPV).
• Put together briefing books (with Kevin Zamudio) for ten SBUs to provide SBU representatives with both quantitative and qualitative data on their SBUs assets. Consolidated qualitative descriptions of assets from both Chevron legacy and Texaco legacy resources.
• Assisted Brian Putt with running workshop for SBU representatives on CLEAN team. Helped teach SBU representatives how to use SAM portfolio analyzer, how to view and understand the combined data set of Chevron and Texaco legacy assets, and how to change the data to reflect a consolidated view of assets.
• Reviewed business plan guidelines and calendar with Chevron and Texaco SBU representatives on CLEAN team.
• Provided support to Brian Putt for final report-out to joint exploration and upstream CLEAN teams.
• Disseminated briefing book materials to FFAR analysts post-merge. |

**Notes:**
• Information on this form will be used as input into decisions about pay, selection and promotion.
• Employees and supervisors should each keep an electronic copy of the completed form for three years.

60-1426-2001 (10-25-00)

CHEVRON/PANDE02997

9. Price Forecasting

- Began process of transitioning price forecasting responsibilities in mid-October with Bob Dorrough's pending retirement.
- Responsibilities include developing CTOP commodity price forecasts in accordance with Corporate price guidance.
- Responsibility for building and maintaining technical pricing models to provide price forecasts for all hydrocarbon products in ChevronTexaco's International upstream portfolio.

1 man-month effort (Nov-Dec).

- Reviewed raw data ..plates for Texaco assets submitted to CLEAN team to obtain Texaco pricing basis for Texaco projects. Provided this data to Bob Dorrough to enable a basis for providing a price forecast for Texaco assets for CTOP business plan price forecast (Oct 24).
- Assisted Bob Dorrough in developing two revised business plan price forecasts (Nov 8 and Dec 20) to reflect changes in Corporate WTI forecast.
- Worked closely with Bob Dorrough to understand work processes, methodology, tools, resources, and network of contacts in Trading, Shipping, SBU asset teams, and CRTC as part of transition to assume price forecasting roles & responsibilities with Bob's nearing retirement (originally end-Jan, extended to end-Feb).
- Obtained access to PAWS pricing data-base and learned to use it.
- Learned how to use and update LL-652 pricing model.
- Learned the theoretical basis for the Boscan PCP model. Modified Boscan PCP model (with Bob's help) and delivered the full-year 2001 model to LABU at year-end.
- Learned how to use the Real-Regression model developed by Bob Dorrough. Updated the Real-Regression model with GNP deflator data to enable conversion of all real data to a common constant 2002$ price basis for running regressions.
- Learned how to use, modify, and update the Regression-Based-Forecast excel model.
- Assumed responsibility for provided LL-652 finance analyst with monthly pricing information for billing PDVSA (with M. Owens).
- Assumed responsibility for providing Boscan PCP information on a mid-month and end of month basis to Boscan finance analyst for billing PDVSA (with Monty Owens).
- Kept abreast of e-mail communications between Bob Dorrough and BU and trading contacts to obtain required data to update price forecast for strategic planning cycle. Significant correspondence involved to collect data for crudes of Texaco legacy assets.

| Planned Review Date | Comments |
|---|---|
|  |  |

| Date of Feedback: | Quintile: | Low | | High | 360 Action Plan: | | Diversity Agreement: | |
|---|---|---|---|---|---|---|---|---|
|  | ☐ 5 | ☐ 4 | ☐ 3 | ☐ 2 | ☐ 1 | Progress Made? ☐ Yes ☐ No | Progress Made? ☐ Yes ☐ No |

In 2002, Kiran carried an intensive workload compensating for other staff members who were assigned full time to merger integration work or special projects. Through the first nine months of the year, Kiran handled Planning liaison responsibilities with her assigned SBUs, while taking on increased work responsibilities for COPI's Portfolio analysis. Kiran coordinated a mid-year update of the legacy Chevron long-term portfolio that was critical input to support the Upstream Clean Team (merger integration effort). Kiran played a key role in helping with the deployment of the business plan consolidation work done within the Clean Team to the newly merged SBUs, which was critical to developing CTOP's 2002 business plans for our newly merged entities. During the fourth quarter, Kiran was internally reassigned to take on responsibility for developing CTOP's crude price forecasts and has made good progress in learning this new role. This new responsibility has been more consuming of Kiran than originally anticipated, largely due to the added complexity of introducing many new crude types brought into the portfolio from legacy Texaco operations that were unfamiliar to us.

| Falls Short of Performance Expectations | Fully Meets Performance Expectations | Exceptional Performance |
|---|---|---|
| 3 => ☐ (0-10%) | 2 => ☒ (~two-thirds of employees) | 1 => ☐ (0-25%) |
| Performance Plan Required? ☐ Yes ☐No |  |  |

**Notes:**

- Information on this form will be used as input into decisions about pay, selection and promotion.
- Employees and supervisors should each keep an electronic copy of the completed form for three years.

GO-1426-2001 (10-25-00)

CHEVRON/PANDE02998

**Employee Comments:**

The performance rating of 2 is inconsistent with verbal feedback I received from Rex Mitchell throughout 2001 and during our April 1, 2002 PMP discussion. Rex specifically told me that I was the top performer in the planning group on Sept 27 and Oct 31, 2001. Rex also informed me on Oct 31, 2001 that he had "loaded me up more than anyone else in the group". During the merger selection process, Rex told me that he had chosen me for the "portfolio analyst" position, a newly created position in the planning group, because he viewed me as the strongest performer and the most capable person in the group. Rex also indicated that there had been stiff competition during the selection process for this position and he had to fight hard with Texaco representatives in the selection process who were pushing a Texaco candidate. Rex indicated that he was able to prevail in selecting me for this position because he viewed the position as critical and he couldn't afford to bring someone into that position that would need to climb a steep learning curve to perform the job. He said that he thought I had already demonstrated that I could perform the primary responsibility around portfolio modeling based on my performance in 2001 in back-filling that role. On Sept. 27, 2001, Rex indicated that he viewed the portfolio analyst position as a higher level position than the planning analyst positions in his group. He said that he was frustrated because he could not offer it to me as a promotion through the merger selection process because this would open up the window for Texaco representatives to promote Texaco candidates during the merger selection process. He indicated that the ground rules during the selection process precluded any promotions. He specifically told me that he would promote me to grade level 25 in the next pay/promotion cycle in April 2002.

I requested a job description for the portfolio analyst position and received the position description on November 14, 2001. The position lists price forecasting as a key job responsibility with only a 15% time allocation. Previous to moving this key CTOP function into the newly created "portfolio analyst" position, Bob Dorrough performed this critical function as his primary job responsibility. Bob indicated to me that this function historically had required 100% time commitment from mid-November – late March as this was the period during which a major update to the pricing model was performed each year in line with the Corporate strategic planning cycle. I view the price forecasting function as a critical CTOP function as the forecast for each CTOP crude is developed to be consistent with the Corporate WTI forecast and enables CTOP management to have an internally consistent basis for comparing CTOP projects across the portfolio of assets. I have been surprised at the lack of management support for this critical function. A significant part of our PMP discussion on April 1, 2002 involved an effort on my part to educate Rex about the price forecasting function. Rex indicated that he had underestimated the work involved in this function as he viewed the work as a mechanical exercise. Prior to the merger, this position reported to the manager of the opportunity assessment group who had a technical background and a good basis for understanding the technical work involved in performing this function.

During our 2001 PMP discussion on April 1, 2002, Rex said that my PMP form documented an impressive list of accomplishments in 2001 and that he did not dispute anything that I had documented and that he could vividly remember each assignment. He agreed that Dan Wallem and I had handled the bulk of presentations to support Peter Robertson. Rex said that he recognized that there was an extraordinary work effort required to deliver results to the Upstream Strategic Model CLEAN team because the other planning analysts had not adequately reviewed their business unit submissions. I was extended a job offer on October 31, 2001 for the portfolio analyst position and assigned several new responsibilities. Rex requested that I also continue to execute the planning analyst responsibilities for Latin America SBU through the end of the business planning process. Rex indicated that he knew I was overloaded but that the Texaco person assigned the planning analyst responsibility would not be able to come up to speed rapidly enough to contribute to the business plan. He also said that the Texaco planning analyst assigned to that role would not be moving to San Ramon to perform those responsibilities until after the completion of the business plan. As documented in Box 2 of this form, I performed the planning analyst role for Southern Africa and Indonesia SBUs from Jan 1 – Nov 1. I performed the planning analyst role for Latin America SBU from Jan 1 – Dec 15. The supervisor comment in section 7 that I handled my planning responsibilities with my SBUs for the first nine months is inaccurate and should read for 11 months of the year for Indonesia and Southern Africa SBUs and 12.5 months of the year for Latin America SBU. The major role that I played in the CTOP business plan during the 4th quarter is captured in Box 5 of the PMP document although Rex has not highlighted it in his comments. However, Rex did acknowledge my contributions to the business plan during the 4th quarter as being significant and critical during our verbal discussion.

During our PMP discussion on April 1, 2002, Rex admitted that he had behaved inappropriately several times in his interactions with me over the past several months. He attributed his behavior to stress related to a meeting he had with the IMO in the 4th quarter that had not proceeded well and his frustration that Peter Robertson had requested that he re-work the business plan to determine whether CTOP could improve it's 2002 earnings outlook. Rex said that he had been upset because he didn't feel that I had demonstrated gratitude for being offered the premier position in his group. I informed Rex that I considered his behavior harassment. Rex said that somehow he had gotten "twisted-off" with me.

The performance rating I received for 2001 from Rex Mitchell does not make me feel that my contributions in 2001 were adequately valued. Based upon business partner and customer feedback on my performance, and feedback I had received from Rex Mitchell on his view of my performance relative to other planning analysts in our work group, I expected to be rated in the exceptional category. The feedback provided by my supervisor on this form does not provide me any insights into what would have been required to achieve a higher performance rating or any suggestions for improving my performance. The feedback does not provide any suggestions to further develop my skills to promote career growth.

**Notes:**
- Information on this form will be used as input into decisions about pay, selection and promotion.
- Employees and supervisors should each keep an electronic copy of the completed form for three years.

60-1426-2001 (10-25-00)

CHEVRON/PANDE02999

**Continuation of Employee Comments:**

I successfully performed multiple roles simultaneously, met critical deadlines, developed high-quality work products, and received excellent feedback from business partners and customers:

(1) Executed primary assigned job responsibilities as a planning analyst for Southern Africa and Latin America SBUs (Box 2),
(2) Back-filled planning analyst responsibilities for Indonesia SBU (Box 2),
(3) Performed analysis and developed content for numerous presentations in support of Peter Robertson (Box 3)
(4) Back-filled portfolio modeling responsibility (Box 4),
(5) Participated fully in development of business plan and many other planning group acitivities (Box 5),
(6) Influenced management of CTOP technology investments (Box 6),
(7) Supported merger integration work (Box 7),
(8) Participated in upstream strategic model CLEAN team (Box 8),
(9) Commenced transition process to assume CTOP price-forecasting responsibilities (Box 9).

The work that I performed in 2001 had significant business impact:

1. Enabled SBUs, CTOP, and Corporate management to have a clear view of the combined upstream portfolio of the merged company on Day 1,
2. Enabled CTOP President to explain outlook of production performance throughout 2001 and actions to close the gap on production growth objectives to Vice-Chairman,
3. Enabled CTOP management to provide Investor Relations a view of the growth prospects for the upstream segment of the merged company and craft a message to the market for the Day 1 + 45 meeting with security analysts,
4. Enabled CTOP President to communicate a clear, concise, and consistent message around people, partnership, and performance during the merger integration process and through the launch of Day 1 communications and cascaded engagement meetings to deploy the CT Way,
5. Enabled CTOP to develop a business plan within a very compressed time period post-merger,
6. Enabled CTOP to better understand and manage CTOP HQ technology investments,
7. Enabled a smooth transition of the critical CTOP price forecasting function to ensure ability to meet pending 1st quarter 2002 deadlines to develop and deploy price forecasts for all CTOP crudes for the Strategic Update.

I invested about 19 man-months of work to accomplish the results documented in this PMP. The effort involved was distributed approximately:

1. First quarter 2001 – 3.5 man-months
2. Second quarter 2001 – 4.5 man-months
3. Third quarter 2001 – 6 man-months
4. Fourth quarter 2001 – 5 man-months

Prior to this assignment, I spent 12 years in various technical roles as an engineer in COPI and CPTC. I am highly regarded for my technical expertise within the engineering community in COPI, CPTC, and more broadly in industry and academic circles. Ali Moshiri who was my supervisor from 1995 – 1997 had highlighted my ability to take on new and complex tasks as a key strength and had encouraged me to broaden my breadth of experience by considering a planning assignment. I have developed an extensive network within the business planning community across all CTOP SBUs, CTNAU planning, EPTC planning, Corp planning, and CTOP FFAR group. My network in the CTOP planning community transcended my individual SBUs since much of the work I performed in 2001 involved supporting all 10 SBUs. Reflecting on my accomplishments in 2001, I consider the development of positive relationships and partnerships in the process of performing my work as a significant asset for future assignments that complements the extensive network I have already developed within the technical community. I enjoyed the opportunity to work with CTOP president Peter Robertson, with the finance function (FFAR group), and to play a critical role in the merger integration work and business planning process for CTOP. I particularly enjoyed the opportunity to experience up close and personal the commitment to the ChevronTexaco Way demonstrated by CTOP president Peter Robertson. It was a pleasure to work with Peter on presentation materials to help communicate the importance of integrating the principles embodied in the ChevronTexaco Way in the essence of how we work together to accomplish ChevronTexaco's goals. I look forward to continuing to make significant contributions to ChevronTexaco.

| Kiran Pande | KKP | 4-22-02 | Rex Mitchell | | | Jay Johnson | | |
|---|---|---|---|---|---|---|---|---|
| Employee | Initial | Date | Supervisor | Initial | Date | Next Higher Level | Initial | Date |

**Notes:**
- Information on this form will be used as input into decisions about pay, selection and promotion.
- Employees and supervisors should each keep an electronic copy of the completed form for three years.

GO-1426-2001 (10-25-00)

CHEVRON/PANDE03000

*Note to File - Confidential*

Kiran Pande – 2001 PMP Review – Performance Feedback

The rating of Meeting Expectations is an accurate reflection of Kiran's performance in 2001, taking the full year into account. When I met with the employee on April 1, 2002, I indicated that she had carried an exceptionally heavy workload through the first nine months of the year, as had every other member of my staff. (Three members were assigned full time to merger related activity and a fourth was on special assignment to the Corporation 2010 Team Study). I was quite pleased with Kiran's performance during the first nine to ten months of the year. Kiran demonstrated excellent analytical skills and I saw tremendous potential in her ability to take on the role of the Portfolio Analyst position, a position I regard as being the most analytically demanding in the group. I portrayed this to Kiran when I discussed her interest in taking this position in anticipation of the merger selection process (around the end of September 2001). Kiran expressed frustration to me when I presented her the job opportunity as she was expecting a promotion would be granted. I explained to Kiran that in the merger selections carried out within the Business and Commercial PDC, no employee promotions were given even in situations where employees were selected for higher grade positions. I explained that all promotion recommendations would be evaluated during the Spring 2002 PDC meeting (and in fact several career ladder promotions were evaluated and granted during the Spring meeting). At no time during our discussions (seeking her interest in the position ahead of the selection process and at the time of the formal job offer) did I commit to promoting Kiran. I wanted to observe Kiran's performance in the new position for at least 4-6 months before taking any promotion recommendation forward to the PDC.

The Portfolio Analyst job description indicates that approximately 15% of a full year is committed to developing CTOP's price forecasting. This estimate was based on feedback from the former employee who handled this function along with Decision Analysis support for the SBUs. There was recognition that at certain times during the year (Business Plan and Strategic Plan cycles), the price forecasting responsibilities would be a full time commitment. Management is well aware of the importance of accurately translating the Corporation's WTI price forecast into CTOP crude and product price forecasts. The context of the discussion I had with Kiran during our PMP session was to gain an understanding of the training effort that she had put forward in learning this new job function. The amount of time and effort needed to learn this new job function is both a realization of the employee coming up to speed with the process and further complexities resulting from the legacy Texaco assets. I suggested to Kiran during the meeting that perhaps both of us had underestimated how much time the price forecasting responsibilities would require. In February 2002, I reassigned the Portfolio analysis work in support of the Strategic Planning process to another Analyst in the group in recognition of the time commitment that was required to learn the price forecast responsibilities. I also arranged for the former employee who handled the price forecasting to be hired as a consultant to provide on-going guidance and support to Kiran in this function.

At no time during our PMP discussion did I state that I had behaved inappropriately toward the employee. Kiran told me about one interaction with me that made her upset when I confronted her about not following up on a work assignment relating to the business plan. At the time, the entire group was under immense pressure to complete the business plan and submit for management review. I had relied upon Kiran to do some analysis for a relatively small part of the plan and was very upset when she informed me that she hadn't done the work. At the time, the employee did not speak with me about being upset and this has only recently surfaced as a result of the PMP review. I expressed my regret to Kiran for providing her feedback about her performance in front of another employee and apologized for making her feel embarrassed by the



EXHIBIT

6

10/30/06

CHEVRON/PANDE02980

incident. At no time has Kiran expressed that she felt harrassed. There was no discussion about "several inappropriate interactions" between employee and supervisor.

Kiran's performance noticeably declined soon following two events that occurred within a relatively short time frame. First, the Company announced in June 2002 that benefits under the Temporary Home Country Allowance program (THCA) was going to be eliminated effective with Day 1 of the merger. Kiran had been receiving THCA benefits since joining the group from CPTC and pursuant to her offer letter, this benefit was going to terminate on 12/31/01. I had worked with HR to ensure that Kiran's benefits would be extended until 12/31/01 in accordance with our original offer notwithstanding the policy decision was to terminate the benefits on Day 1 of the merger. Kiran was very upset by this decision. The second factor was the extension of the merger selection job offer for the Portfolio Analyst position, which did not come with a promotion. In October, Kiran expressed profound disappointment to me that management did not value her as an employee evidenced by the fact that I was not promoting her into the new position. I explained to Kiran that I saw this assignment as a key opportunity in the group and that is she demonstrated her ability to handle the responsibilities of the job, that I would seriously consider taking a promotion recommendation forward, but not before the Spring PDC meetings. Kiran's performance subsequent to October noticeably declined as she became far less engaged in the work of the Planning team (missing some team meetings and noticeably withdrawing from group discussion). I knew that Kiran was exhausted from the work that lead up to the Clean Team effort and was also trying to learn new job functions associated with the price forecasting. I did not confront her about her lack of participation in recognition of these other factors. Following the holidays, Kiran's performance seemed to decline further as several assignments that I had asked her to handle were not followed up. She also quit attending any of the Team meetings that we had to finalize the business plan. I understood that Kiran was concentrating on learning the price forecast process and was growing increasingly anxious about the work as the Strategic Update period approached (and she would have to generate the price forecast on her own, for the most part).

In January, I requested my direct reports to schedule year-end PMP sessions with me and most had done so by mid-February. I intended to discuss with Kiran the recent lapse in performance that I had observed, but she avoided scheduling a PMP session with me for several weeks and only after repeated requests did schedule a meeting for April 1, 2002. Prior to this time, the confrontation I had with Kiran over her lack of support to assist in preparing the Business Plan occurred which precipitated her going to the General Manager to complain about my behavior.

5/1/02

CHEVRON/PANDE02981

**EXHIBIT G**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--oOo--

KIRAN PANDE,                        )

                                    )

          Plaintiff,                )

                                    )

     vs.                            )  Case No. 04-5107 CW

                                    )

CHEVRON CORPORATION, et al.,        )

                                    )

          Defendants.               )

_____     )

DEPOSITION OF TARYN SHAWSTAD

Monday, November 27, 2006

CERTIFIED COPY

REPORTED BY: DENISE A. FORD, CSR 7525 (388696)

**LEGALINK**

**A MERRILL
COMMUNICATIONS
COMPANY**

575 Market St
11th Floor
San Francisco, CA 94105

tel (415) 357-4300
tel (800) 869-9132
fax (415) 357-4301

www.merrillcorp.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

TARYN SHAWSTAD    November 27, 2006

1

2

3                          --oOo--

4          BE IT REMEMBERED that pursuant to Notice and on

5    Monday, November 27, 2006 commencing at 10:00 a.m.

6    thereof, at the Law Offices of McGUINN, HILLSMAN &

7    PALEFSKY, 535 Pacific Avenue, San Francisco, California

8    94133, before me, Denise A. Ford, a Certified Shorthand

9    Reporter, personally appeared

10                      TARYN SHAWSTAD

11   called as a witness herein, who, having been first duly

12   sworn, was examined and testified as follows:

13                          --oOo--

14

15

16

17

18

19

20

21

22

23

24

25

                                                              4

1      A.     In Assure magazine, as an example.

2      Q.     Other than Ms. Pande's complaint about Rex

3  Mitchell, have you ever heard of any other complaints

4  involving Rex Mitchell?

5      A.     No, I don't believe so.

6      Q.     And other than the complaint that you

7  learned about Ms. Pande making against Jack Dunn, have

8  you ever learned of any other complaints about Jack

9  Dunn?

10     A.     I can't remember if in the Pande complaint

11  it said that somebody else had complained, but I don't

12  remember a specific complaint.

13  (Whereupon Exhibit 3 was marked for identification.)

14     Q.     The Court Reporter has just handed you

15  what has been marked Exhibit 3 to this deposition.

16  Please take a look at it and let me know when you are

17  ready to proceed.

18     A.     Okay.

19     Q.     Do you recognize this document?

20     A.     Yes, I do.

21     Q.     What is it?

22     A.     Sorry?

23     Q.     What is it?

24     A.     It is a letter to Kiran.

25     Q.     It is written by you?

34

TARYN SHAWSTAD    November 27, 2006

1        A.    It is, yes, signed by me.

2        Q.    That's your signature on the bottom?

3        A.    Yes, it is.

4        Q.    It is dated November 18, 2003.

5        Do you recall having the letter sent to

6    Ms. Pande on that date?

7        A.    I don't know if it was that exact date,

8    but close to that date, yes.

9        Q.    Do you recall whether the letter was sent

10    by regular mail or any other means?

11        A.    I don't remember the specifics.  I would

12    assume we sent it registered.

13        Q.    Why did you write the letter?

14        A.    I think it is to clarify her status with

15    the company.

16        Q.    And why did you write the letter as

17    opposed to anybody else in human resources?

18        A.    When I send out these types of letters,

19    they all tend to come from me for US payroll folks.

20        Q.    What is this type of letter?

21        A.    A type of letter that is clarifying a

22    status.

23        Q.    And how did you learn of the information

24    to put in this letter?

25        A.    I can't remember the specifics, but it

                                                                35

1      A.     Sheree Lomax would have been one of my

2  business partners.

3      Q.     In late 2003, would her responsibilities

4  involve interacting with SASBU?

5      A.     I don't remember the timing when Sheree

6  came in.  It was right around that time.

7      Q.     But at some point in time Ms. Lomax had

8  job responsibilities of interacting with management at

9  SASBU?

10      A.     That's correct.

11      Q.     And did you confer with Ms. Lomax when you

12  wrote this November 18, 2003 letter?

13      A.     Again, I don't remember the specific

14  timing.  Right in that time Fiona Young was leaving and

15  Sheree Lomax was coming in.  I am not sure of the

16  timing.

17   (Whereupon Exhibit 4 was marked for identification.)

18      Q.     Ms. Shawstad, you have just been handed

19  what has been marked Exhibit 4.  It is a December 8,

20  2003 letter from Ms. Pande to you.

21      Can you take a minute and review the letter and

22  let me know when you are ready to proceed?

23      A.     Okay.

24      Q.     Have you seen this letter before?

25      A.     Yes, I have.

38

1    Q.    And did you receive this letter sometime

2    early to mid part of December 2003?

3    A.    I am assuming I did.  I received the

4    letter.  I am guessing that's the time frame.

5    Q.    Do you recall receiving this letter

6    sometime soon after you sent out your November 18, 2003

7    letter?

8    A.    Yes.

9    Q.    If you read in the first paragraph,

10    Ms. Pande in her second sentence refers to her "company

11    approved short-term disability due to medical reasons

12    associated with my own serious health condition."

13    Do I understand your testimony to be that

14    reading that sentence was the first time you learned

15    that Ms. Pande was out on a medical leave of absence?

16    A.    I believe it was.

17    Q.    And learning that information, did that

18    raise any concerns for you regarding the company's

19    decision regarding Ms. Pande's employment?

20    A.    It was an item that I talked with our

21    lawyer about.

22    Q.    Mr. Cover?

23    A.    Yes.

24    Q.    And what did you speak with Mr. Cover

25    about?

39

1              CERTIFICATE OF REPORTER

2            I, DENISE A. FORD, a Certified Shorthand

3    Reporter, hereby certify that the witness in the

4    foregoing deposition was by me duly sworn to tell the

5    truth, the whole truth, and nothing but the truth in the

6    within-entitled cause;

7            That said deposition was taken down in

8    shorthand by me, a disinterested person, at the time and

9    place therein stated, and that the testimony of the said

10   witness was thereafter reduced to typewriting, by

11   computer, under my direction and supervision;

12           That before completion of the deposition,

13   review of the transcript [X] was [ ] was not requested.

14   If requested, any changes made by the deponent (and

15   provided to the reporter) during the period allowed are

16   appended hereto.

17           I further certify that I am not of counsel or

18   attorney for either or any of the parties to the said

19   deposition, nor in any way interested in the event of

20   this cause, and that I am not related to any of the

21   parties thereto.

22       DATED: _____11/30/06_____

23

24                _____

25              DENISE A. FORD, CSR No. 7525