Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (SBN 184764)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc.,<br><br>　　　　Defendants. | Case No. 04-5107 CW<br><br>**DECLARATION OF JAMES BATES IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Date:　January 5, 2007<br>Time:　10:00 a.m.<br>Courtroom: 2<br><br>Complaint filed: December 2, 2004<br><br>Trial Date: April 16, 2007<br><br>Honorable Claudia Wilken |

I, JAMES BATES, declare:

1.　　I began working with Chevron and various Chevron-related entities in 1981. My current job title is General Manager Asset Development, Canada Business Unit. I

have personal knowledge of the matters set forth herein, except those stated on information and belief. If called as a witness, I could competently testify thereto.

2.    In the fall of 2003, I was involved in the selection process for the Strategic and Business Planning Manager, Knowledge Management and Technical Training, Reservoir Asset Management Consultant, and Focus Area Manager Reservoir Management positions. Ultimately, Ms. Pande was not selected for these positions because she did not match the job requirements as closely as other candidates and she was not the most qualified candidate.

3.    I do not recall hearing of, or knowing about, any conflicts or problems between Ms. Pande and her former supervisors around the time of the selection process. If such conflicts or problems did exist (which I do not know and can neither confirm nor deny), they did not play a role in the decision to select different candidates for the Strategic and Business Planning Manager, Knowledge Management and Technical Training, Focus Area Manager Reservoir Management, and Reservoir Asset Management Consultant positions.

4.    Neither Ms. Pande's national origin/race nor her gender played a role in the decision to select different candidates for the Strategic and Business Planning Manager, Knowledge Management and Technical Training, Focus Area Manager Reservoir Management, and Reservoir Asset Management Consultant positions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 29 day of November, 2006 in Calgary, Alberta Canada.

_____
JAMES BATES