Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (SBN 184764)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON INTERNATIONAL
EXPLORATION AND PRODUCTION (formerly known
as CHEVRONTEXACO OVERSEAS PETROLEUM and
improperly sued as CHEVRONTEXACO OVERSEAS
PETROLEUM PACIFIC COMPANY) AND CHEVRON
CORPORATION (formerly known as CHEVRONTEXACO
CORPORATION)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE, | Case No. 04-5107 CW |
| Plaintiff, | **DECLARATION OF JOHN DUNN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT** |
| v. | |
| CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRON TEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc. | Date:    January 5, 2007 <br> Time:    10:00 a.m. <br> Courtroom: 2 <br><br> Complaint filed: December 2, 2004 <br><br> Trial Date: April 16, 2007 |
| Defendants. | Honorable Claudia Wilken |

I, JOHN DUNN, declare:

1.      I am currently employed as the Strategic Planning and Business Manager for the Energy Technology Company ("ETC"). In 2002 through approximately June 2004, I was the Manager of Block 14 - Field Development within the Southern African

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

Strategic Business Unit ("SASBU") of Chevron Overseas Petroleum ("COP").[1]  In total, I have worked with Chevron and various Chevron-related entities for approximately 20 years. I have personal knowledge of the matters set forth herein, except those stated on information and belief.  If called as a witness, I could competently testify thereto.

2.      Kiran Pande joined Block 14 of SASBU in December 2002.  I was Ms. Pande's supervisor while she worked in Block 14.  For the remainder of 2002 and the first half of 2003, Ms. Pande performed quite well in her new position.  In fact, I was very pleased, believing Ms. Pande to be an asset to the group.

3.      In May 2003, however, all SASBU employees were informed of the decision to relocate SASBU to Houston, Texas.  A town hall meeting was held around that time and all SASBU employees were provided materials relating to the move.  Included in those materials was a timeline describing the timing of various aspects of the move, a copy of the power point presentation shown at the town hall meeting which described aspects of the move, and also a question and answer sheet (called a "FAQs" sheet) which listed common questions about the move and the answers to those questions.  A true and correct copy of the FAQs sheet which was provided to all SASBU employees, including Ms. Pande, is attached and incorporated as Exhibit A.

4.      Although Ms. Pande was offered her position in Houston and was encouraged to relocate, she declined the relocation offer.  After she declined that move, I noticed a marked decline in her performance and a shift in her attitude.  As was expected, sometime after Ms. Pande rejected the relocation offer, I also became aware that she was posting for other positions within Chevron to find alternative employment.  I was not on the

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

---

[1] "COP" has had various names over the years including ChevronTexaco Overseas Petroleum, and now, Chevron International Exploration and Production Company.  For ease of reference, however, I will refer to this entity as "COP" throughout my declaration.

1  selection committee for any of the positions for which Ms. Pande applied during the fall of
2  2003.

4        5.       Block 14 employees who declined the offer to relocate were told that
5  they could continue working in their SASBU positions as long as there was useful work for
6  them to do within Block 14. I made it very clear to Block 14 employees that any useful work
7  would end when the group itself relocated to Houston, if not before. No Block 14 employees
8  were permitted to remain in San Ramon doing Block 14 work after December 31, 2003.

10        I declare under penalty of perjury under the laws of the United States of
11 America that the foregoing is true and correct. Executed on this 30th day of November,
12 2006 in Houston, Texas.

_____
                                          John Dunn

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF JOHN DUNN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR,
ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT
Case No. 04-5107 CW

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

**EXHIBIT A**

# FAQ's

## Organization

Q    Why are the San Ramon based SASBU positions being relocated to Houston?
A    There are several work process improvements, as well as cost savings, which
     support a consolidated SASBU staff in Houston.  Co-location in Houston allows
     greater interaction between VC, MCP and RM within the BU, as well as increasing
     interaction with more of CTOP for best practice sharing and lessons learned.  The
     simple fact that we are two time zones and one plane flight closer to Angola is a
     factor.   The cost savings pay out in a 2-3 year time frame.

Q    Which building in Houston will our offices be in?
A    In general, we will occupy BAX 2 and BAX 5.  We will look at our overall
     SASBU office space to optimize team interactions during and after the move.

Q    Why did it take management so long to tell us we were moving?
A    As you might imagine, a move of this size involves much upfront work to plan and
     implement.  Until we had final approvals and the logistics, HR policy, and PDC
     processes worked out, it would have been premature to discuss the move.  I
     understand the anxiety and uncertainty that changes like this create for those
     employees and their families who are affected.

Q    When will the moves be effective?
A    The moves are being staged in two waves; your move will either be around the 1st
     August 2003 or 1st January 2004.  Your offer to move will identify which wave you
     will be included in.

Q    How long will I have to stay in Houston before I am allowed to post for another
     job?
A    In general you would be expected to be in your current position for at least 18
     months before you post for another position. Remember that CTOP positions are
     primarily filled by the PDC's in either September/October or March.

Q    How are staff being selected for the New Organization?
A    The current SASBU organization is being relocated, as is, to Houston. This means
     that in most cases, employees will be offered an opportunity to move with their
     jobs to Houston.  The jobs are not being opened, and as a result there will not be a
     requirement to make any selections.

May 22, 2003                         1                              729

**Offer to Move**

Q   When will the offer to move be extended?
A   The majority of employees will receive offers to move with their jobs in the week commencing 2 June 2003

Q   Will offers to move for both the August 1 and January 1 wave of moves be extended at the same time?
A   Yes.

Q   Who will extend the offers to move?
A   Offers to move will be extended by the sponsor group through each employee's supervisor.

Q   Will they be extended electronically or in hard copy?
A   Staff will be given hard copies of the offer to move and other materials.

Q   How long will an employee have to make a decision on whether to accept/decline the offer to move?
A   An employee will have seven days, starting upon receipt of the offer to move, to accept or decline the offer to move.

Q   What if an employee is out of the office in the week commencing June 2?
A   If the individual is on vacation or on sick leave offers will be made as soon as possible on the employee's return to the office. If the individual is traveling on company business and can be reached by e-mail his/her supervisor may decide to extend the offer electronically.

Q   How do I accept or decline the offer to move?
A   You accept or decline the offer by signing and dating the FDA form in the appropriate space and faxing the form to the fax number quoted on the form.

Q   What will happen if an employee declines their offer to move?
A   Staff who decline the offer to move will be expected to work with their sponsor to find alternative employment. There is no guarantee that such alternative employment will be found.

Q   What will happen to the expatriates working in the US who decline the offer to move?
A   Expatriates working in the US who decline the offer to move will be expected to work with their sponsor to find alternative employment. There is no guarantee that such alternative employment will be found. If no alternative employment is found they will be repatriated to their home country.

**730**

**Severance**

Q     Will there be a Severance Package offered for those employees who choose not to relocate to Houston?
All legacy Texaco employees are currently covered by The Separation Pay Plan of Texaco Inc. – Change of Control. Any affected employee should discuss his or her eligibility for a separation payment with Dolores Matzat at matzadf@chevrontexaco.com , CTN 432-2320.

CTOP has decided in 2003 not to apply for coverage under the Corporation plan that relates to transfers and demotions. As a result no one will be directly offered a separation benefit as a result of their decision not to move to Houston.

Q     Will there be a Severance Package offered to those employees who are deemed surplus.

A     Employees who turn down or are not offered a move to Houston will be expected to work with their sponsor to find alternative employment. The sponsors will continue to work with employees, but if no alternative employment can be found at a time determined by management based on business needs, employment with ChevronTexaco will be terminated.

US $ payroll employees may be eligible for a separation payment under the surplus employee program in place and will be advised of their eligibility individually.

Surplus expatriates will be repatriated to their home country, and may become eligible for severance under any plan in effect for their payroll if no alternative employment can be found for them.

Q     Why don't you have a severance package in place right now?

A     ChevronTexaco is proud to have a strong and capable workforce. We have interesting and challenging positions for this workforce around the world and do not want to offer our employees any kind of inducement to leave our employment. As a result it has been decided not to request a standard severance program. As discussed above, individuals for whom no offer of alternative employment is made may be eligible for a severance in the future.

Q     How soon will those who accept the severance package know their termination date?

A     Just to be clear no-one will be offered severance. Managers will notify employees of their anticipated termination dates as soon as possible, based on the company's business needs.

Q     Are termination dates open for negotiation?

**731**

A    No. Termination dates will be set according to management's judgment based on the company's business needs.

**Relocation**

Q    I am an expatriate working in the US. Do I need to notify the BCIS of my change of address?

A    Yes, you will need to notify the Bureau of Citizenship and Immigration Services (BCIS) (formally known as INS) by completing form AR-11 within 10 days of changing your home address.

Q    Will the Company notify the BCIS about the change in my work location?

A    The Company has 90 days to amend your visa to reflect the new work location.

Q    I am currently in receipt of a mitigation allowance, does this move constitute a new assignment under the terms of these allowances and will I lose my allowance?

A    No.

Q    Will a move to Houston affect my pay?

A    US $ payroll employees will see small differences related to the medical plans they choose and the payroll taxes that they pay.

Expatriate employees in the US will have some of their allowances (GSS and Housing for example) based on different tables relating to the Houston area, this means that their allowances will change. Each affected expatriate employee will receive a new compensation sheet.

Q    What should I do first once I accept the offer to move?

A    You will need to complete:
　　　1) For U.S. $ payroll employees - GO-1394 (Relocation Program Enrollment) and forward it to Fiona Young or Debbie Giorgio who will fax it to our relocation company for processing.
　　　2) For other payroll employees - GO-1405 (Request for Movement of Household Goods & Personal Effects) and fax it to your Expatriate Counselor (Paula Perez) at CTN 842-2857.

Q    I don't know anything about Houston, are there resources available to help me find out about Houston?

A    A website is being designed specifically to contain information about the SASBU move. It will include General information on Houston and surrounding area (maps; metro links; CT vanpool links; weather links). In addition each employee will receive a package of information on Houston and the surrounding area with their offer to move. Many of you also have colleagues working in Houston now or who have worked there in the past, it is always useful to talk to these contacts if you

have any particular questions on the city.

Q    I am a US$ Payroll employee. Am I entitled to a House Hunting Trip?
A    Yes, trips can be planned anytime after you submit the appropriate paperwork for
     the Home Finding feature of the Relocation Program. Keep in mind that only one
     house hunting trip is allowed per employee.

Q    How do I find out the provisions of the relocation assistance provided by the
     Company?
A    Everyone will be provided with a summary of the relocation program as it applies
     to them at the same time as they receive their move offer. Specific questions can be
     answered by your Relocation Counselor (US $ payroll employees) or Expatriate
     Counselor (other payrolls). Information on the US Domestic Relocation Program
     can be found on the relocation website at
     (http://hr.chevrontexaco.com/northamerica/us/programs-policies/relocation/).

     Some aspects of this policy do not apply to expatriates working in the US; each of
     whom will receive a summary of the relocation plan which will clearly indicate
     what they are entitled to.

Q    Will I have to apply for a Texas Driver's License?
A    Yes, you will have to apply for one within 30 days of establishing a residence.

Q    Do I need to change my medical and dental benefits?
A    Yes, please call the HR Service Center (1-888-TALK2HR). You will need your
     pin to make any changes. Please remember you only have 31 days from your
     transfer date to make these changes.

Q    I am a US $ payroll employee. Is it critical for me to change my state residency
     with the HR Service Center?
A    Yes, you should contact the HR Service Center (1-888-TALK2HR) as soon as
     possible after establishing a residence in Texas to avoid any inappropriate
     withholding of dual taxes from your paycheck (example: Miscellaneous Expense
     Allowance).

Q    I am a US $ payroll employee - would my spouse or domestic partner receive any
     assistance with finding a job?
A    Yes, the company provides a family assistance up to $1,000 in actual expenses for
     your spouse or domestic partner to use to help with job search expenses. The
     company has contacts with three different career counseling/family assistance
     firms for your spouse to use at their convenience.

     Expatriate employees should have already received the annual $3,000 Spouse
     Allowance.

Q    Could I travel separately from my family to the new location?

733

A    Yes, if your management agrees to reimburse you, however, only one Company-paid household goods shipment will be allowed.

Q    Could I ship my car(s) and fly to the new location?
A    Yes, you are allowed to ship up to two vehicles if your new work location is at least 400 miles away from your old one. Your air travel must be approved by the management.

Q    Can I get reimbursed if my car has not arrived yet and I choose to rent a car in the new location?
A    No, this is one of the reasons why you are paid a Miscellaneous Expense Allowance. You should consider shipping one of your cars to Houston earlier so it is available to you when you arrive.

Q    When and how do I apply for my Miscellaneous Expense Allowance (MEA)?
A    US $ Payroll employees can apply anytime by filing GO-1390-ALLOW (U.S. Relocation Expense Report Allowances), however, you will not receive your allowance until your 1st paycheck after your payroll transfer date. The MEA is equal to 1.5 month's salary (taxable).

    Expatriate employees will have their Miscellaneous Expense Allowance processed on their behalf by the Expatriate HR Business Partner. The allowance will be deposited into the employee's bank of record. The MEA is equal to 1 month's salary (non-taxable).

Q    Do I need to insure my household goods that are shipped to the new location?
A    No, the company will take care of it for you.

Q    Does the company pay for the storage of my household goods until I arrive to my new location?
A    Yes, the company will store and pay for your shipped goods in the new location for up to 60 days.

Q    Can I ship my pet(s)?
A    Yes you can but at your own expense. You may use your Miscellaneous Expense allowance to cover the cost.

Q    I am a US $ Payroll employee, should I put my house on the market before I sign the Relocation Program Enrollment Form?
A    No, because you may jeopardize your eligibility for the Direct Home Sale Incentive, Home Sale Plan, Bridging Loan, and Home Sale Loss Assistance.

Q    I am a US $ Payroll employee, does my domestic partner qualify for relocation benefits?
A    Yes as long as he/she are registered with HR Service Center (1-888-TALK2HR) prior to notification of relocation.

May 22, 2003                    6                                    **734**

Q    I am a US $ Payroll employee. What happens if I move to Houston but I have not
     been able to close on my new house?
A    You will be able to use your interim living benefits under the relocation policy.

Q    I am a US $ Payroll employee. If I am currently receiving a Supplemental
     Housing Assistance (SHA) benefit, when would it stop?
A    Your SHA will end 60 days from the last day of the month in which you transfer to
     the non-qualified location.

Q    I am a US $ Payroll employee. If I am currently receiving a Renter's Assistance
     benefit, when would it stop?
A    Your Renter's Assistance will be discontinued beginning with the first paycheck
     after your effective date of transfer to the new location.


**Sonangol**

Q    I work for Sonangol, what will happen to me?
A    Sonangol has been informed of the SASBU decision to move its work
     location from San Ramon to Houston. Every Sonangol employee on
     assignment in the US will receive details of their move to Houston or
     return to Angola as appropriate.

Q    I work for Sonangol. Am I covered by the Domestic Relocation
     Policy?
A    No. This is a ChevronTexaco policy. Sonangol employees will be
     assisted with any expenses associated with their move to Houston.

Q    I work for Sonangol. What will my housing options be in Houston?
A    Sonangol employees with less than six months remaining on their
     assignment at the time of transfer will be allocated furnished corporate
     housing as per the Sonangol Expatriate policy. Those with more than
     six months left on their assignment at their time of transfer will be
     given the option of corporate housing or renting their own home.


Notice: This document is for guidance only and shall not be construed as creating any
contractual or other legally enforceable rights.

**735**