1  Michele Ballard Miller (SBN 104198)
   Kerry McInerney Freeman (SBN 184764)
2  Lisa C. Hamasaki (SBN 197628)
   MILLER LAW GROUP
3  A Professional Corporation
   60 E. Sir Francis Drake Blvd., Ste. 302
4  Larkspur, CA 94939
   Tel. (415) 464-4300
5  Fax (415) 464-4336

6  Attorneys for Defendants CHEVRON
   CORPORATION (f/k/a CHEVRONTEXACO
7  CORPORATION), a Delaware corporation,
   and CHEVRON INTERNATIONAL
8  EXPLORATION & PRODUCTION (f/k/a
   CHEVRONTEXACO OVERSEAS PETROLEUM
9  COMPANY), a division of Chevron U.S.A. Inc.

10

11                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA
12

13  KIRAN PANDE,                          Case No. 04-5107 CW

14
              Plaintiff,                  **DECLARATION OF KELLY HARTSHORN
15                                        IN SUPPORT OF DEFENDANTS'
    v.                                    MOTION FOR SUMMARY JUDGMENT,
16                                        OR ALTERNATIVELY, PARTIAL
                                          SUMMARY JUDGMENT**
17  CHEVRON CORPORATION (f/k/a
    CHEVRONTEXACO CORPORATION), a         Date:    January 5, 2007
18  Delaware corporation, and CHEVRON     Time:    10:00 a.m.
    INTERNATIONAL EXPLORATION &           Courtroom: 2
19  PRODUCTION (f/k/a CHEVRONTEXACO
    OVERSEAS PETROLEUM COMPANY), a        Complaint filed:  December 2, 2004
20  division of Chevron U.S.A. Inc.,
                                          Trial Date:  April 16, 2007
21
              Defendants.                 Honorable Claudia Wilken
22

23

24         I, KELLY HARTSHORN, declare:

25

26         1.      I began working with Chevron and various Chevron-related entities in

27  1979.   In the fall and winter of 2002, I worked in Opportunity Assessment for Chevron

28

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

1  Overseas Petroleum ("COP").[1]  In addition to my job in Opportunity Assessment, I also held

2  the position of the Personnel Development Representative (known as a "PDR") for the

3  Petroleum Engineering Professional Development Committee ("PE PDC").  As PDR, I had

4  responsibility for assisting COP employees with the process of finding new positions, and in

5  particular with representing certain employees during the PE PDC.  I have personal

6  knowledge of the matters set forth herein, except those stated on information and belief.  If

7  called as a witness, I could competently testify thereto.

8

9    2.    During the fall and winter of 2002, I served as the PDR for Ms. Kiran

10  Pande and therefore represented her with regard to several positions that she posted for

11  around that time period.  I also represented Ms. Pande in the PE PDC which occurred in or

12  about October 2002.

13

14    3.    There was no discussion at the October 2002 PE PDC about any

15  conflicts or problems of any sort between Ms. Pande and her supervisor at the time, Rex

16  Mitchell.  I did not mention or raise any such issues during that PDC.    Indeed, it is my

17  recollection that Ms. Pande was discussed favorably during that PDC and was ultimately

18  selected for a position in the South African Strategic Business Unit ("SASBU") because her

19  qualifications and skills seemed to be a good fit for that SASBU position.  Ultimately, Ms.

20  Pande accepted that position in SASBU.

21

22    4.    Further, to my best recollection, I did not discuss any problems or

23  conflicts between Ms. Pande and her supervisor with any individual job owners for any of

24  the positions that Ms. Pande applied for in or around 2002.

25

26

27  [1] "COP" has had various names over the years including ChevronTexaco Overseas Petroleum, and
   now, Chevron International Exploration and Production Company.  For ease of reference, however, I

28  will refer to this entity as "COP" throughout my declaration.

2

**DECLARATION OF KELLY HARTSHORN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT,
OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT
Case No. 04-5107 CW**

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

1          I declare under penalty of perjury under the laws of the United States of

2    America that the foregoing is true and correct.  Executed on this $\underline{28}$ day of November,

3    2006 in  $\underline{LUANDA, ANGOLA}$  .

 

 

                                       Kelly Hartshorn

DECLARATION OF KELLY HARTSHORN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT
Case No. 04-5107 CW

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA