Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (SBN 184764)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc.,<br><br>　　　　Defendants. | Case No. 04-5107 CW<br><br>**DECLARATION OF BUSTER HINES IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Date:　January 5, 2007<br>Time:　10:00 a.m.<br>Courtroom:　2<br><br>Complaint filed:　December 2, 2004<br><br>Trial Date:　April 16, 2007<br><br>Honorable Claudia Wilken |

I, BUSTER HINES, declare:

1.　I began working with Chevron and various Chevron-related entities in 1977. In 2002, I worked in the Project Resources Company ("PRC") as Manager Shared

Services. I have personal knowledge of the matters set forth herein, except those stated on information and belief. If called as a witness, I could competently testify thereto.

2. In approximately September 2002, PRC posted a job opening for an Asset Consultant position to be located in either San Ramon, California or Houston, Texas. I was the position owner for that Asset Consultant position. Numerous individuals, including Ms. Pande, applied for the Asset Consultant position. Ms. Pande was considered for the position and was short-listed, but ultimately was not selected for the position. It is my recollection that, at the time of the final selection, Ms. Pande had accepted another position within Chevron. Although, as the position owner I was very involved in the selection process, I do not recall hearing any negative feedback about Ms. Pande from her supervisor at the time, Rex Mitchell. Additionally, I do not recall hearing of or knowing about any conflicts or problems between Ms. Pande and Mr. Mitchell around the time of the selection process. If such conflicts or problems did exist, they did not play a role in the decision to select a different candidate for the PRC Asset Consultant position. Neither Ms. Pande's gender, nor her race or national origin, played any role whatsoever in the selection process for this position.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 27th day of November, 2006 in San Ramon, California.

_____
Buster Hines