1  Michele Ballard Miller (SBN 104198)
   Kerry McInerney Freeman (SBN 184764)
2  Lisa C. Hamasaki (SBN 197628)
   MILLER LAW GROUP
3  A Professional Corporation
   60 E. Sir Francis Drake Blvd., Ste. 302
4  Larkspur, CA 94939
   Tel. (415) 464-4300
5  Fax (415) 464-4336

6  Attorneys for Defendants CHEVRON
   CORPORATION (f/k/a CHEVRONTEXACO
7  CORPORATION), a Delaware corporation,
   and CHEVRON INTERNATIONAL
8  EXPLORATION & PRODUCTION (f/k/a
   CHEVRONTEXACO OVERSEAS PETROLEUM
9  COMPANY), a division of Chevron U.S.A. Inc.

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12

13 | KIRAN PANDE,                                | Case No. 04-5107 CW
14 |                                              |
15 |           Plaintiff,                         | **DECLARATION OF DESMOND KING IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**
   | v.                                           |
16 |                                              |
17 | CHEVRON CORPORATION (f/k/a                   |
   | CHEVRONTEXACO CORPORATION), a                | Date:    January 5, 2007
18 | Delaware corporation, and CHEVRON             | Time:    10:00 a.m.
   | INTERNATIONAL EXPLORATION &                  | Courtroom: 2
19 | PRODUCTION (f/k/a CHEVRONTEXACO              |
   | OVERSEAS PETROLEUM COMPANY), a               | Complaint filed: December 2, 2004
20 | division of Chevron U.S.A. Inc.,             |
21 |                                              | Trial Date: April 16, 2007
   |           Defendants.                        |
22 |                                              | Honorable Claudia Wilken

23

24         I, DESMOND KING, declare:

25

26         1.      I began working with Chevron and various Chevron-related entities in

27 1981.  In 2002, I worked in the Strategic Planning Unit for Chevron Corporation in San

28 Ramon, California.  My title at the time was General Manager Strategic Planning.  I have

                                              1
**DECLARATION OF DESMOND KING IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**
**Case No. 04-5107 CW**

1 personal knowledge of the matters set forth herein, except those stated on information and
2 belief. If called as a witness, I could competently testify thereto.

3. 
4      2.    In the fall of 2002, Strategic Planning posted a job opening for a Senior Staff Analyst to be located in San Ramon, California. I was the position owner for that Senior Staff Analyst position. Numerous individuals, including Ms. Pande, applied for the position. Although I had not originally intended to interview Ms. Pande for the position, based upon the recommendation that I received from her former supervisor, Mr. Rex Mitchell, I decided to interview her — and hence short list her — for the position. Ultimately, Ms. Pande was not selected for the position because another candidate was more qualified for the position.

      3.    Although, as the position owner I was very involved in the selection process and even interviewed Ms. Pande personally, I do not recall hearing any negative feedback about Ms. Pande from her supervisor or anyone else. To the contrary, as discussed above, my recollection is that her supervisor, Mr. Mitchell, spoke highly of her and convinced me to interview her. I also do not recall hearing of, or knowing about, any conflicts or problems between Ms. Pande and Mr. Mitchell around the time of the selection process. If such conflicts or problems did exist (which I do not know and can neither confirm nor deny), they did not play a role in the decision to select a different candidate for the Senior Staff Analyst position.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 30th day of November, 2006 in Sydney, Australia.

*Desmond King*
———————————
Desmond King

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

2

DECLARATION OF DESMOND KING IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT
Case No. 04-5107 CW