Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (SBN 184764)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>              Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc.,<br><br>              Defendants. | Case No. 04-5107 CW<br><br>**DECLARATION OF JOE NAYLOR IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Date:     January 5, 2007<br>Time:    10:00 a.m.<br>Courtroom:  2<br><br>Complaint filed: December 2, 2004<br><br>Trial Date: April 16, 2007<br><br>Honorable Claudia Wilken |

I, JOE NAYLOR, declare:

1.    I began working with Chevron and various Chevron-related entities in September 1982. My current job title is COO, Sasol Chevron. I have personal knowledge

1  of the matters set forth herein, except those stated on information and belief. If called as a
2  witness, I could competently testify thereto.

3. 2.  In the fall of 2003, I was the position owner for the following two CTGG positions: Senior Staff Business Analyst (Job No. 50077718) and Planning Analyst (Job No. 50077721), and was therefore involved in the selection process for those positions. Numerous individuals, including Kiran Pande, applied for these positions. Ultimately, Ms. Pande was not selected for either position because she was not the most qualified candidate for either position. Additionally, for the Planning Analyst position, Ms. Pande did not meet the selection criteria.

3.  At the time of the selection process, I was not aware of any conflicts or problems between Ms. Pande and her former supervisors. If such conflicts or problems did exist, they did not play a role in the decision to select a different candidate for these positions. Additionally, neither Ms. Pande's national origin/race nor her gender played a role in the decision to select a different candidate for these positions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 3ᵈ day of November, 2006 in _London, England_.

/s/ Joe Naylor
JOE NAYLOR

---

DECLARATION OF JOE NAYLOR IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT
Case No. 04-5107 CW