Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (SBN 184764)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc.,<br><br>Defendants. | Case No. 04-5107 CW<br><br>**DECLARATION OF IRIS OWENS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Date:   January 5, 2007<br>Time:   10:00 a.m.<br>Courtroom:  2<br><br>Complaint filed:  December 2, 2004<br><br>Trial Date:  April 16, 2007<br><br>Honorable Claudia Wilken |

I, IRIS OWENS, declare:

1.   I worked as a contractor from 1985-1986 and was hired by Chevron in 1988. In 2001 and 2002, I worked as the administrator in Business and Strategic Planning

for Chevron Overseas Petroleum ("COP").[1] While working in that capacity, I had frequent interaction with Rex Mitchell who was the Manager for Business and Strategic Planning at the time. I have personal knowledge of the matters set forth herein, except those stated on information and belief. If called as a witness, I could competently testify thereto.

2.	I have never heard Rex Mitchell make any kind of racial slur or comment reflecting negatively on individuals of any particular racial or ethnic background. Similarly, I have never heard him make any negative comments about women.

3.	I do recall that Ms. Kiran Pande, who also worked in Business and Strategic Planning, told me that she'd heard Rex Mitchell make a comment about "rag heads" or "towel heads," but I don't recall who Ms. Pande alleged was the target of that comment. What I do know is that I never heard Mr. Mitchell make such a comment. Rather, Ms. Pande was the one who on several occasions raised that issue with me and who told me about the alleged comment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 29th day of November, 2006 in San Ramon, California.

_____
IRIS OWENS

---

[1] "COP" has had various names over the years including ChevronTexaco Overseas Petroleum, and now, Chevron International Exploration and Production Company. For ease of reference, however, I will refer to this entity as "COP" throughout my declaration.