Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (SBN 184764)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON
CORPORATION (f/k/a CHEVRONTEXACO
CORPORATION), a Delaware corporation,
and CHEVRON INTERNATIONAL
EXPLORATION & PRODUCTION (f/k/a
CHEVRONTEXACO OVERSEAS PETROLEUM
COMPANY), a division of Chevron U.S.A. Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KIRAN PANDE, | Case No. 04-5107 CW |
|---|---|
| Plaintiff, | **DECLARATION OF RENATA K. RENNEKE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT** |
| v. | |
| CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc., | Date:    January 5, 2007 Time:    10:00 a.m. Courtroom: 2 Complaint filed:  December 2, 2004 Trial Date:  April 16, 2007 |
| Defendants. | Honorable Claudia Wilken |

I, RENATA K. RENNEKE, declare:

1.    I am employed by Chevron Corporation ("Chevron") as the Advisor, Disability Management, Health and Medical Services in San Ramon, California.  I have personal knowledge of the matters set forth herein, except those stated on information and belief.  If called as a witness I could competently testify thereto.

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

1    2.    I have reviewed Chevron's business records kept in the ordinary course

2  of business, including the ChevronTexaco "Disability Management Program" effective March

3  2003, which applied to Ms. Pande's October 2003 claim for short-term disability benefits.  A

4  true and correct copy on the March 2003 "Disability Management Program" is attached to

5  this Declaration as Exhibit A.

6

7    I declare under penalty of perjury under the laws of the United States of

8  America that the foregoing is true and correct.  Executed on this 30th day of November,

9  2006 in San Ramon, California.

10

11    Renata K. Renneke

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

DECLARATION OF RENATA K. RENNEKE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT, OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT
Case No. 04-5107 CW

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

**EXHIBIT A**

# ChevronTexaco

# Disability Management Program
ChevronTexaco Corporation
March 2003

CHEVRON/PANDE06808

# Contents

**Welcome to the Disability Management Program** ............................................................. 1

**What Is Disability Management?** .................................................................................... 2
What it is ............................................................................................................................. 2
Who it affects ..................................................................................................................... 3
What you need to do ........................................................................................................... 3
About UnumProvident ........................................................................................................ 4

**How Can Disability Management Help You** ................................................................... 5
When you're ill or injured ................................................................................................... 5
When you're taking time off that's covered under the Family and Medical Leave Act (FMLA) ............... 5
Support when you're disabled ............................................................................................ 6

**How Disability Management Benefits ChevronTexaco** ................................................ 7

**How To Report An Absence** ........................................................................................... 8
What you need to do ........................................................................................................... 8
Information you need when you call .................................................................................... 8
What happens after you call ............................................................................................... 9
What happens if you don't call .......................................................................................... 11
How to certify your absence .............................................................................................. 11

**What Are My Responsibilities?** ................................................................................... 13
Key responsibilities and steps for employees ................................................................... 13
Key responsibilities and steps for Employee Assistance and WorkLife Services ............... 16
Key responsibilities and steps for HR Business Partners ................................................... 17
Key responsibilities and steps for medical clinics ............................................................ 20
Key responsibilities and steps for Payroll Operations ...................................................... 24
Key responsibilities and steps for personnel data maintainers ........................................ 26
Key responsibilities and steps for supervisors and managers ........................................... 27
Key responsibilities and steps for time administrators, time data recorders and timekeepers ... 32
Key responsibilities and steps for UnumProvident ........................................................... 35
Key responsibilities and steps for Workers' Compensation ............................................... 38
Nucleus Promis Reporting System ................................................................................... 40

**When You're Ready To Return To Work** ........................................................................ 42

**Disability Benefits** ........................................................................................................ 43
ChevronTexaco's Disability Benefits ................................................................................. 43
State Disability Insurance Programs .................................................................................. 43
Social Security benefits ..................................................................................................... 45

**Family and Medical Leave Act (FMLA)** ....................................................................... 46
Overview ........................................................................................................................... 46
FMLA and ChevronTexaco Family Leave ........................................................................... 46
State law ............................................................................................................................ 47
At a glance — Time off for family reasons .......................................................................... 48

**Leaves Of Absence** ....................................................................................................... 49
Leave Summary Chart ....................................................................................................... 49

**Frequently Asked Questions** ....................................................................................... 52
Questions about the program ............................................................................................ 52
Questions about leaves and policy .................................................................................... 54
Questions about disability benefits ................................................................................... 55
Questions about the Family and Medical Leave Act (FMLA) .............................................. 55

CHEVRON/PANDE06809

**Who Can Help You**                                                                        **57**

**Release and Authorization Forms**                                                          **59**
  FMLA Medical Release (Personal) ....................................................................................... 60
  FMLA Medical Release (Family Member) ............................................................................. 62
  Short-Term Disability Authorization for Release of Medical and Other Information............... 64
  Long-Term Disability Authorization for Release of Medical and Other Information............... 67

CHEVRON/PANDE06810

# Welcome to the Disability Management Program

Here you can find lots of information about the program, including:

- what you need to do if you're ill or injured and miss work for more than five workdays in row;

- what you should do if you need any amount of time off work for a medical- or family-related reason that may be covered under the Family and Medical Leave Act of 1993 (FMLA);

- what information you'll need to provide if you miss time from work;

- how you can certify your absence so you can get any benefits that you're eligible for;

- how you can return to work safely and successfully after a disability;

- your rights under the Family and Medical Leave Act of 1993 (FMLA) and the leaves of absence that the company provides for disability- and family-related reasons.

You'll also find a list of resources that can help you, links to health-related Web sites and answers to questions that people have been asking about the program.

So, please check out the information you're interested in now, and bookmark this page so that you can find it again when you need it.

CHEVRON/PANDE06811

# What Is Disability Management?

## What it is

Disability Management is a program that's designed to help you return to work quickly and safely after an illness or injury, and if needed, to help you with your benefits and provide support when you have a long-term disability. It's also designed to keep track of absences that are covered under the Family and Medical Leave Act of 1993 (FMLA), including those related to your own illness or injury, as well as for reasons such as caring for a seriously ill family member.

The program applies to absences that occur because you're ill or injured — on the job or off the job — and the absence lasts or is expected to last more than five workdays in a row. It also applies when you miss work for any length of time for a reason that qualifies as a covered absence under the Family and Medical Leave Act (FMLA). This includes time off to get medical treatment for a serious health condition for yourself or a family member, as well as absences to care for a seriously ill family member, a newborn, a newly adopted child or a newly placed foster child.

The program involves reporting your absence to UnumProvident, an outside vendor, who:

- certifies the reason for your absence so that you can receive the disability benefits you may qualify for from the Short-Term Disability or Long-Term Disability plans;

- sends you information, such as medical release forms and legal notices under FMLA;

- advises you whether your absence qualifies under FMLA;

- keeps in touch with your supervisor about how long you'll be absent and whether your absence qualifies under FMLA;

- tracks your time off so that you can get any legal job protection that you're eligible for under FMLA;

- works with you and your supervisor to facilitate your return to appropriate work as quickly and safely as possible after an illness or injury;

- assists you with getting benefits you're eligible for if you have a long-term disability, including benefits from Social Security.

## To Your Health!

Here are links to a variety of helpful Web sites:

**UnumProvident** (*www.unumprovident.com*) for information about successfully returning to work after a disability. See "Stories of Courage."

**LifeWorks** (*www.lifeworks.com*) for general information about managing your work and personal life, as well as handling disabilities. Use ChevronTexaco for the company name and 022900 for the password.

**WellMed's Personal Health Manager** (*www.wellmed.com/chevrontexaco*) for help with managing your health. Use ChevronTexaco for the company name and 022900 for the password. You can:

- keep track of medical exams and medications;

- assess and monitor your health;

- read about medical conditions;

- participate in self-paced health improvement, exercise and education programs;

- find tips for eating healthier.

**Healthwise** (*www.wellmed.com/chevrontexaco/healthwise/*) provides information, tips for self-care and help deciding when you need to seek treatment. You can also access Healthwise from the WellMed site. Use ChevronTexaco for the company name and 022900 for the password.

**Screening for Mental Health** (*www.mentalhealthscreening.org/screening/*) is a confidential and anonymous screening tool that can help you determine whether you need help with an issue related to depression, alcohol or an eating disorder. Use "chevtex" for the login "keyword."

**Health Pages** (*www.chevrontexaco.thehealthpages.com*) for information about ChevronTexaco's medical plans, and articles about health.

You can also get help from ChevronTexaco's Employee and WorkLife Services group (*www.chevrontexaco.thehealthpages.com/articles/eap.html*)

CHEVRON/PANDE06812

Note: If your absence is related to an on-the-job illness or injury, the information you provide to UnumProvident will be sent to ChevronTexaco's Worker's Compensation group, who will work with you to help you get the benefits you're eligible for and help you return to work, as appropriate. UnumProvident will track your time off in this case, to assure that you get any legal protection under FMLA.

## Who it affects

The program applies to all employees on the U.S. payroll who work in the United States and are covered under the company's Short-Term Disability and Long-Term Disability plans. There are a few special situations related to who is affected:

- If you're an expatriate employee on the U.S. payroll and you're working outside of the United States, you don't need to contact UnumProvident for absences that would fall under the Family and Medical Leave Act (FMLA) or the Short-Term Disability Plan (STD). In these cases, your supervisor and local HR Business Partner will handle your absence and benefits. But, you do need to contact UnumProvident if you're in the United States when your disability begins, or you return to the United States because of your disability. It's also important to contact UnumProvident if you've been out for several months so that you can apply for benefits from the Long-Term Disability Plan. UnumProvident administers that plan for ChevronTexaco. Your HR Business Partner can provide you with more information.

- If you're a Chevron USA, Inc. marine employee employed on U.S. flag vessels, you're covered under the provisions of the Jones Act. If your sickness or injury occurs "while in the service of the vessel," you do not need to contact UnumProvident, since your Short-Term Disability Plan benefits will be handled by your supervisor and the company's Medical department. However if you're sick or injured while not assigned to a vessel, you need to call UnumProvident as required under the program.

Remember, you're not affected by the program if you're not covered under the company's Short-Term Disability and Long-Term Disability plans. The same is true if you work for a ChevronTexaco company that provides you with a separate set of benefits, such as union-represented employees who work at P&M Coal or employees who are categorized as globally mobile.

## What you need to do

You need to report the following absences to UnumProvident by calling the HR Service Center at 1-888-TALK2HR (1-888-825-5247) and selecting option 5:

- You need to report any absence related to your own illness or injury that has or is expected to last more than five workdays in a row, whether the illness or injury occurs on the job or off the job. If you know ahead of time that you will be out for more than five days, you should call in advance, such as in the case of a planned surgery.

- You need to report an absence of any length that you believe qualifies under the Family and Medical Leave Act (FMLA), if you want the absence to be protected under the provisions of FMLA. This includes time off to get medical treatment for a serious health condition for yourself or a family member and absences related to caring for a seriously ill family member, or for caring or bonding with a newborn, newly adopted child or new foster child.

You have to follow through with providing the information requested of you, no matter why you're absent.

If you don't contact UnumProvident, you may not qualify for Short-Term Disability benefits, and your absence may not be recorded as qualifying for FMLA.

For complete details about what you need to do, refer to "How To Report An Absence" on Page 8 and your responsibilities under the program on Page 13.

CHEVRON/PANDE06813

## About UnumProvident

UnumProvident is the largest insurance provider for nonoccupational disability programs worldwide. At UnumProvident, 3,000 Customer Care Specialists provide disability-related services to 70,000 employers, covering 9 million people. The specialists are trained and experienced with helping people:

- get the disability and legal benefits they're eligible for;

- find resources that can provide support and information;

- recover and get back to work successfully.

They're dedicated to developing strong, personal relationships with the people they help. And they're committed to providing strong customer service and support, as described on their Web site at www.unumprovident.com/commitment.

In addition, they have state-of-the art technology that can help companies better evaluate their overall causes of lost time and develop preventive approaches to reducing illnesses and injuries.

### Why ChevronTexaco selected them

ChevronTexaco spent nearly a year carefully reviewing qualified companies to provide disability management services before selecting UnumProvident. The goal was to contract the best possible vendor that would support the company's commitment to the health, safety and productivity of employees, while improving return-to-work processes company-wide. UnumProvident was selected because the company determined that their services could best meet the company's needs.

### UnumProvident's role in ChevronTexaco's Disability Management Program

UnumProvident provides certain services for employees covered under ChevronTexaco's Short-Term Disability (STD) and Long-Term Disability (LTD) plans, and those with absences protected under the Family and Medical Leave Act (FMLA). With UnumProvident, employees have one point of contact who coordinates the various aspects of a disability or FMLA-protected absence with his or her supervisor and health care providers.

UnumProvident manages the authorization and release forms, and any required medical certification forms, and they expedite the many processes involved in absences covered by STD, LTD and FMLA. Their roles and responsibilities are to:

- manage disability claims;

- confirm eligibility for Short-Term Disability Plan (STD) benefits and time off under FMLA;

- review disability claims and estimate the duration of absences;

- develop return-to-work (RTW) plans for employees;

- confirm eligibility for Long-Term Disability Plan (LTD) benefits and handle the transition from STD to LTD;

- manage Long-Term Disability Plan (LTD) claims.

See "Key responsibilities and steps for UnumProvident" on Page 35 for more details.

See "Contacting UnumProvident" on Page 12 for information about how to contact them.

CHEVRON/PANDE06814

# How Can Disability Management Help You

The program helps you get the benefits you're eligible for when you're ill or injured, such as those from the Short-Term Disability and Long-Term Disability plans, and it helps you get legal benefits, such as job protection, that are provided for under the Family and Medical Leave Act (FMLA). It also focuses on getting you back to appropriate work quickly and safely, whenever possible.

Early return to work is important because the longer you're away from work, the less likely you are to return. National statistics show that employees who are off work six months or more have only a 50 percent chance of returning to work. Data also shows that employees who proactively participate in their recovery and go back to work sooner have better results in terms of improving from their medical conditions.

Here are more details about how the program may help you, depending on why you're off – whether you're ill or injured or you're taking time off that's protected under the Family and Medical Leave Act (FMLA).

## When you're ill or injured

If you're off because you're ill or injured, the program can:

- help you get the disability benefits you may qualify for from the company's Short-Term Disability and Long-Term Disability plans, as well as benefits from Social Security;

- assist in your transition back to work by creating a return-to-work plan by working with your supervisor, disability coordinator at ChevronTexaco and health care provider;

- provide support and information during your disability, recovery and return to work;

- help get you the care and resources you need to get back on your feet.

## When you're taking time off that's covered under the Family and Medical Leave Act (FMLA)

If you're off of work for any reason covered under the Family and Medical Leave Act (FMLA), including your own illness, the program will help assure that:

- your time off is properly tracked so that you can get the job protection afforded to you under the law;

- you're protected from having your time off counted against you in decisions about your employment, such as promotions and disciplinary actions.

If you don't report an absence that's for a reason related to the Family and Medical Leave Act, your time off and your job may not be protected under FMLA.

Just so you know: The company has to record the time you're off for a reason covered under the Family and Medical Leave Act so that it can track what benefits you're eligible for and assure that you're given job protection as required by law when you return to work. UnumProvident helps in this effort by keeping track of your time off.

UnumProvident representatives are experienced in administering FMLA and the related state laws that apply to you. They manage the paperwork and documentation needed to meet the legal requirements for administering absences. That means that you and the company can be kept up-to-date about your time off under the applicable laws. (Note: UnumProvident does not handle time off under California's AB109 law; however, if the time off is also protected under FMLA, they handle that aspect of the absence.)

CHEVRON/PANDE06815

## Support when you're disabled

If you or someone you know has ever had a serious illness or injury, you probably know it can be tough to handle — for most people, anyhow.

There are the physical challenges that result directly from the illness or injury, such as adjusting to limitations, or experiencing chronic pain or exhaustion. But there are also emotional issues, like feeling a loss of worth or dealing with people who just can't understand what you're facing or why you can't function in the same way as you used to. And, if you've been out for a long time, you may have some financial issues that have become burdensome. As you recover and get ready to return to work, all these issues can add up to make returning to work a very challenging experience.

That's where UnumProvident comes in. They have a team of experienced people on hand to be a resource for you. People who can provide support — helping to coordinate your disability benefits, and helping you smooth out some of the problems you face as you return to work.

You benefit by returning to work — as soon as you can do so safely — because you can stay productive. And you can boost your earning power and build your physical and emotional strength. The company benefits because a skilled, productive employee is back on the job. There's less absence time, and fewer expenses related to paying for someone else to fill in.

CHEVRON/PANDE06816

# How Disability Management Benefits ChevronTexaco

ChevronTexaco people are known for their expertise and commitment. When people are not at work, the company loses a valuable asset. In a way, it's that simple.

The company needs competent, committed people who are productive and contributing their best. That's key to the vision of organizational capability and the ChevronTexaco Way.

When an employee is absent, the company loses that person's expertise. Moreover, the productivity and morale of the entire work group can be affected, since co-workers often have to pick up the responsibilities of the absent worker, or work just doesn't get done.

So, it's no secret that disabilities affect the bottom line. They add to operating costs in a big way. For example, in 2000, off-the-job absences due to illness and injury cost the company over $32 million a year in direct costs and about $2.5 million to handle the related processes and administration. Below is a snapshot of a recent lost-time study at the company.

---

**Some Hard Data - A Snapshot of Lost Time at ChevronTexaco**
For a 10-month period in 2001, the company and UnumProvident tracked lost-time data for about 18,000 former Chevron employees in 13 operating areas. The findings:

- There were about 902,000 lost work hours in this period.

- This equates to an estimated 433 full-time equivalent positions vacant for a full year.

- This translates into an estimated 50 lost work hours, or about 6 days for each employee for the 10-month period.

- This rate of lost time is about 22 percent higher than other companies in the energy industry.

That's just an example of how lost-time affects the company. When you add the physical and emotional challenges for people who are disabled, as well as the effect on their families and co-workers, you can see the potential value the Disability Management Program can bring.

---

Using UnumProvident to coordinate and manage disability-related processes should:

- save administrative time, effort and money by helping to get people back to work as quickly and as safely as possible;

- help the company have coordinated and consistent procedures for handling disabilities and absences that are covered by the Family and Medical Leave Act (FMLA) and state laws.

Refer to "Success Stories" on Page 42 for more information about how the program can help people return to work.

CHEVRON/PANDE06817

# How To Report An Absence

## What you need to do

Anytime you're absent from work, you must contact and keep in touch with your supervisor and, if applicable, follow the requirements of any absence control program at the location where you work. In addition, you may have to report your absence to UnumProvident by calling the HR Service Center when either of the following occurs:

- You are or know you will be absent for more than five workdays in a row for your own illness or injury — whether it occurs on the job or off the job.

- You are or will be absent for any period of time that may be protected under the Family and Medical Leave Act (FMLA), such as when you have a serious health condition or need time off to care for a seriously ill family member, or for the birth, adoption or foster care placement of a child.

To report your absence, contact UnumProvident by calling the HR Service Center at 1-888-TALK2HR (1-888-825-5247) and selecting option 5. You'll be connected to a representative at UnumProvident who can help you. Representatives are available to help you from 8 a.m. to 8 p.m. Eastern time (5 a.m. to 5 p.m. Pacific time), Monday through Friday.

If you're calling because of an absence related to an on-the-job illness or injury, the information you provide will be sent to the appropriate ChevronTexaco representative in the company's Workers' Compensation group. He or she will work with you to help you get the benefits you're eligible for and help you return to work, as appropriate.

If you're not sure whether you should report your absence, go ahead and call. The UnumProvident representative will help determine what you need to do.

The sooner you can call UnumProvident, the better. For example, if you realize that you're seriously ill or injured and know in advance that you'll be out longer than five days, call as soon as you know.

Also, call anytime you make plans for an absence, such as when you're scheduled for surgery or having a baby. Ideally, if the need for an absence is foreseeable, you should call at least 30 days beforehand. If the need for absence is not foreseeable, or if giving 30 days' notice is impractical, you should call within one or two working days of learning you'll need to be out. Examples of "unforeseeable" absences are medical emergencies, development of a serious health condition before the anticipated birth of a child, or an unexpected placement of a child for adoption or foster care.

If you're unable to make the call because of your injury, illness or medical condition, someone else can make the call for you. Keep in mind that you still have to keep in touch with your supervisor, according to company rules and local practice. And remember, too, that if you have any doubts about whether to contact UnumProvident, just go ahead and call.

For complete details about your responsibilities under the program, refer to "What Are My Responsibilities?" on Page 13.

## Information you need when you call

When you call, you should have the following information ready:

- your name, address, phone number, birth date and Social Security number or personnel ID number (PERNR), which is located on your paycheck stub;

- your employing company, supervisor's name and work phone number;

- your job title and a brief description of what you do;

- your last day worked and first day absent;

CHEVRON/PANDE06818

- date of expected return to work if known, or the actual date of return if you've already returned to work;

- other pertinent information related to your absence and employment.

If you're absent because of your own injury, illness or medical condition, you'll also need to provide:

- your doctor's name, address and phone number;

- the date you were first treated by your doctor, the date of your most recent visit and, if applicable, the date of your next scheduled visit;

- a brief description of your medical condition or the date and description of an injury;

- information about whether you have completed the appropriate authorization form to release required medical information.

## What happens after you call

Within a few days after you call, you'll be assigned a Customer Care Specialist who will work with you throughout your absence. He or she will start the process needed to assure your absence is certified and that you get the benefits and time off you're eligible for.

Generally, you're expected to provide requested information within 15 days of when you call to report your absence or within 15 days of the date UnumProvident requests the information. While the details about your absence are being reviewed, your absence will be considered approved as FMLA-protected, on the condition that you provide the requested information that supports the reason for the absence. Once you supply all the needed information, a final determination will be made and you'll be advised by letter. Your supervisor and time administrator will also be keep up to date via emails from UnumProvident about whether your absence is approved for Short-Term Disability benefits and whether it's protected under FMLA.

The processes used to certify your absence will be slightly different depending on whether you're ill or injured or absent because of another reason covered under the Family and Medical Leave Act.

Note: If you haven't completed six months of health and welfare eligibility service and have an off-the-job disability, ChevronTexaco's Medical department will handle your absence after you report it to UnumProvident as required under the program.

### If you're ill or injured

If you're ill or injured, the Customer Care Specialist will work to confirm and certify your absence so that your available benefits from the Short-Term Disability Plan will continue. He or she will encourage you to move ahead with getting the appropriate authorization form completed for the release of required medical information and assure that your time is appropriately recorded so that you can get the job protection you're eligible for under the Family and Medical Leave Act (FMLA). He or she will also talk to you about any other paperwork or information that's needed.

Your Customer Care Specialist will continue to work with you to:

- get any needed documentation, such as a release of medical information or doctor's reports;

- see how you're progressing and to assess when you may be able to return to work;

- send you information, such as legal notices under FMLA or state laws and other necessary forms;

- advise you whether your absence qualifies under FMLA and whether it's approved;

- track your time off so that you get the job protection you're entitled to under FMLA;

- keep in touch with your supervisor about whether your absence has been approved for Short-Term Disability benefits or protection under FMLA, and when you're expected to return to work;

CHEVRON/PANDE06819

- facilitate your successful return to work, if possible, including helping to arrange for the consideration of any job accommodations you may need, and working with your health care provider and supervisor to assist in a smooth transition back to work;

- refer you to some other resources that may be able to help, such as Employee Assistance and WorkLife Services, and LifeWorks.

Keep in mind that you should provide requested information within 15 days.

If you're out because you're ill or injured, the Customer Care Specialist will also contact you from time to time to see that you're receiving appropriate care and treatment. This means care that meets all of the following, as defined in the Short-Term Disability Plan:

- is received from a doctor whose medical training and clinical experience are suitable for treating your disability;

- is necessary to meet your basic health needs and has clear medical value;

- is consistent in type, frequency, and duration of treatment with relevant guidelines of national medical, research, and health care coverage organizations and government agencies;

- is consistent with the diagnosis of your condition;

- is helping to improve your condition as much as possible.

### Having a baby?
If you're absent because you're having a baby, you should call UnumProvident by the eighth month of your pregnancy. During the end of your pregnancy and after delivery, you may be eligible to receive available benefits from the Short-Term Disability Plan for the time you're considered disabled. UnumProvident confirms the length of time you're considered disabled under the Short-Term Disability Plan, based on the information provided by your doctor.

See the online summary plan descriptions for the amount of benefits you may be eligible for, based on your service.

Keep in mind too that if you want to enroll your new baby in your ChevronTexaco medical and dental plans, you must do so within 31 days of your baby's birth. To enroll the baby, you have to contact the ChevronTexaco HR Service Center. You can do this by logging on to the Benefits Connection Web site at _http://hr2.chevrontexaco.com_, or you can call 1-888-TALK2HR (1-888-825-5247) and select option 2. For more information about the benefits issues you should consider when you have a baby, check out the Life Events section in the summary plan descriptions, which are available on the ChevronTexaco intranet at _http://hr.chevrontexaco.com/northamerica_ or on the Internet at _http://hr2.chevrontexaco.com/spd_.

### If you're absent because of another reason covered under FMLA
If you're absent because of a reason other than your own illness or injury that's covered under the Family and Medical Leave Act (FMLA), your Customer Care Specialist will send you a packet of information within two business days after you report the absence. The packet will include information about your eligibility for protection under FMLA and any conditions that may apply. He or she will continue to work with you to:

- send you information, including legal notices under FMLA, any medical certification and authorization or release forms, or other necessary information;

- advise you as quickly as possible whether your absence qualifies under FMLA;

- track your time off so that you get the job protection you're entitled to under FMLA;

- keep in touch with your supervisor about whether your absence has been recognized as qualifying time off under FMLA, and when you're expected to return to work;

CHEVRON/PANDE05820

- refer you to other resources that may be able to help, such as Employee Assistance and WorkLife Services, and LifeWorks.

Keep in mind that you should provide requested information within 15 days of when you call about your absence or within 15 days of the date UnumProvident requests the information. And, if you're asking for FMLA protection, it's your responsibility to provide medical documentation to UnumProvident, since they cannot initiate contact with your family member's doctor in these situations.

In some cases, UnumProvident may advise that your absence doesn't qualify for protection under FMLA. Examples could be:

- You don't meet the eligibility requirements.

- You've already used up all of the time off you're entitled to under the law.

- The reason for the absence is not a qualifying reason under FMLA.

- You don't submit required information on a timely basis.

If UnumProvident determines that your absence doesn't qualify for protection under FMLA, the law provides that you have 15 days from the date of the denial to submit additional information that you think should be considered.

Even if your absence doesn't qualify for legal protection under FMLA, you may still be eligible for time off under certain state laws or ChevronTexaco's leave of absence policies, including Family Leave. The UnumProvident Customer Care Specialist will advise you to check with your supervisor or your HR Business Partner. You can also refer to the online summary plan descriptions for more information.

## What happens if you don't call

It's very important to keep in touch with UnumProvident, since they administer the company's disability plans. If you don't keep in touch with them as required, you may not get the disability benefits you could otherwise receive, such as sick pay from the Short-Term Disability Plan or benefits from the Long-Term Disability Plan. That's also true if you don't cooperate and follow the process, such as providing an authorization for the release of medical or other information. And, if you don't call, you may not benefit from the support that UnumProvident representatives can provide in coordinating your disability benefits and helping you return to work when the time comes.

If you're out for more than five workdays in a row and you haven't contacted UnumProvident, your supervisor or someone else from the company, such as a disability coordinator from the Health and Medical Services department, will likely contact UnumProvident. So, if you forget to call, do so as soon as you remember.

If you're out for a FMLA-related reason and don't contact UnumProvident as required, your absence may not be recorded as qualifying for FMLA. If you're covered under a local absence control program, and your absence does not qualify for protection under FMLA, you may be subject to disciplinary action.

## How to certify your absence

You'll need to prove, or certify, the reason for your absence — even for reasons other than illness or injury. The way to do that varies, depending on why you're absent, as follows:

- For an illness or injury – your own or that of a seriously ill family member you're caring for – you'll need to complete an authorization form that allows UnumProvident to obtain medical records and talk with your doctor or your family member's doctor. In addition, you may need to have your doctor complete a medical certification form. When you call to report your absence, UnumProvident will send you the appropriate form.

- For an adoption or foster care, you'll need to provide UnumProvident with a court or legal document that includes the date of placement.

CHEVRON/PANDE06821

- For an absence to care for a newborn, you'll need to provide UnumProvident with a copy of the birth certificate or the application for birth certificate. If you're the person giving birth, you won't need to do this since you will have already been in contact with UnumProvident about your absence.

To contact UnumProvident, call the HR Service Center at 1-888-TALK2HR (1-888-825-5247) and select option 5. Representatives are available to help you from 8 a.m. to 8 p.m. Eastern time (5 a.m. to 5 p.m. Pacific time), Monday through Friday.

Keep in mind that if you're ill or injured, you'll need to see your doctor and sign the appropriate authorization form that allows your doctor to talk with UnumProvident. The form specifies the type of information that can be released, identifies who will receive it and how it will be used. If you don't return it on a timely basis, UnumProvident will contact you to follow up. A delay in providing your doctor with a signed copy of the authorization form could delay your receipt of any disability benefits you may be eligible for, as well as delay the approval of the absence as protected under FMLA, if applicable.

Remember: It's your responsibility to ensure that your doctor cooperates with UnumProvident by providing requested medical information. And, it's your responsibility to keep in touch with UnumProvident about your ability to work.

A note about confidentiality: All medical information is considered confidential. UnumProvident will not share medical information about you or a family member with your supervisor or anyone else at ChevronTexaco without your approval.

While UnumProvident is waiting for information to certify your absence, your claim for benefits will be considered "pending." If you don't submit an authorization form or any other required information, your claim can't be processed, your supervisor will be notified, and your Short-Term Disability benefits may end. UnumProvident will advise you if you need to provide more information.

If you think UnumProvident has made an incorrect determination about whether your absence qualifies under FMLA, you should let UnumProvident know by appealing the decision as described in the denial notice that you'll receive. They will again review the details of the absence and contact a ChevronTexaco representative to discuss your claim, as needed. You can also use the company's Steps to Employee Problem Solution (STEPS) process when you have a problem.

In addition, if you think your rights under FMLA have been violated, you can file a private lawsuit or file a complaint with the Department of Labor at any local office of the Wage and Hour Division. You can file a complaint in person, by mail or by telephone. In general, you must file a lawsuit or complaint within two years after the event that you are making a claim on occurred.

**Contacting UnumProvident**
When you need to contact UnumProvident, just call the HR Service Center at 1-888-TALK2HR (1-888-825-5247) and select option 5. Representatives are available to help you from 8 a.m. to 8 p.m., Eastern time (5 a.m. to 5 p.m. Pacific time), Monday through Friday.

Once you're connected to UnumProvident, you'll have these options to choose from:

| | |
|---|---|
| 1 | Reach a person whose extension number you have. |
| 2 | Report a new disability that has lasted, or is expected to last, more than five days, or report an absence of any length that may be covered under the Family and Medical Leave Act (FMLA). |
| 3 | Inquire about an existing disability claim. |
| 4 | Inquire about an existing leave under FMLA or to report intermittent hours. |
| 5 | Be directed back to the HR Service Center's general line. |
| 6 | Repeat the options. |

CHEVRON/PANDE06822

# What Are My Responsibilities?

This section includes information about each person's or group's role in the Disability Management Program. You have a role in the program if you have an absence that's covered by the Family and Medical Leave Act (FMLA), you're absent for more than five consecutive workdays due to an illness or injury, or your job requires you to administer or manage employee absences.

Also, no matter what your role in the program is, you're encouraged to provide feedback about how the program is working and any suggestions for improvement. Just send an email to *corpidm@chevrontexaco.com.*

## Key responsibilities and steps for employees

When you're absent from work, you're responsible to keep in touch with ChevronTexaco. And if you're absent for more than five workdays in a row because of your own illness or injury, or for any length of time because of a reason covered under the Family and Medical Leave Act (FMLA), you're also required to keep in touch with UnumProvident. That's the company that handles the Disability Management Program for ChevronTexaco. You can contact them by calling the HR Service Center at 1-888-TALK2HR (1-888-825-5247) and selecting option 5. Representatives are available to help you from 8 a.m. to 8 p.m., Eastern time (5 a.m. to 5 p.m. Pacific time) Monday through Friday.

As an employee, your responsibilities under the program are to:

- focus on recovering your health;

- keep in touch with your supervisor and follow local absence policies;

- contact UnumProvident when required;

- know about your benefits and rights;

- use available resources.

**Focus on recovering your health**
Foremost, focus on recovering your health after your own illness or injury, with a goal to return to work safely and quickly. If you're caring for a family member who is ill or injured, you may have specific protection under the Family and Medical Leave Act of 1993 (FMLA). Read the FMLA guidelines to determine if your situation falls under FMLA.

**Keep in touch with your supervisor and follow local absence policies**
Anytime you're absent from work, it's your responsibility to contact and keep in touch with your supervisor, and if applicable, to follow any local practices for reporting absences. As soon as you know you are going to be absent from work for any reason, call your supervisor. If you are unable to report your absence yourself, have a family member or friend make the call.

**Contact UnumProvident when required**
You should contact UnumProvident if any of the following occur:

- You have an illness or injury that will keep you off work for more than five workdays in a row.

- You're absent from work for any length of time that you think may be covered under the Family and Medical Leave Act (FMLA).

- You're off because you have a newborn, or a newly placed adopted child or foster child.

CHEVRON/PANDE06823

Here's what you need to do:

- As soon as you know you will be absent from work, contact your supervisor and follow any local practice for reporting absences. If you are unable to make the call yourself, have a family member or friend call for you.

- Contact UnumProvident through the HR Service Center at 1-888-TALK2HR (1-888-825-5247), option 5. See "How To Report An Absence" on Page 8 for more details. When you call, the UnumProvident representative will ask you questions and may request that you have certain forms and certifications filled out. Before you call, be prepared with the answers to questions shown under "Information you need when you call" on Page 8.

You must contact UnumProvident and cooperate with their requests in order to continue receiving disability benefits and to qualify an absence as protected under FMLA.

- Provide all necessary information and sign the required authorization form from UnumProvident within 15 days, or the indicated deadline on the request. Some of the forms will need to be completed by your doctor or health care provider. Follow up with UnumProvident directly to ensure your doctor is responding promptly. You may need to contact your doctor to ensure he or she has completed the forms or supplied the necessary medical information.

- You'll receive a letter of approval or denial of your disability absence and your request for protection under FMLA.

- If you're out because of your own illness or injury, you'll immediately be assigned a Customer Care Specialist who will work with you throughout your disability. If you're out for another FMLA-related absence other than your own disability, you'll be assigned to a person who is a FMLA specialist.

- Inform UnumProvident about changes in your condition and keep them updated with any information regarding your ability to work. Follow your local practice for keeping your supervisor informed of your status.

- Follow your doctor's advice regarding your recovery or rehabilitation. When you are able to return to work either on a full-time or part-time basis or have been released by your doctor to perform modified work, immediately notify your supervisor and your UnumProvident Customer Care Specialist.

**Know about your benefits and rights**

Throughout your absence, it is your responsibility to know about the disability benefits offered by ChevronTexaco and the protection offered through FMLA. The Short-Term Disability Plan, the Long-Term Disability Plan and FMLA all offer distinct income or job protection for you. Working within the guidelines of the plans will help ensure you are eligible for benefits and protection.

You can find information about the disability plans in ChevronTexaco's online summary plan descriptions. If you want information about leaves of absence, refer to the online summary plan descriptions and to the section called "Leaves Of Absence" on Page 49. If you want more details about the status of your benefits during leaves, you should contact the HR Service Center at 1-888-TALK2HR (1-888-825-5247) and select option 2. You should consult your Human Resources Business Partner about your eligibility to take certain leaves.

If your absence is related to an occupational illness or injury, you may also want to refer to the Workers' Compensation group's responsibilities on Page 38.

And note that if you're receiving disability benefits and considering retiring or otherwise ending your employment, your benefits could be affected. You should contact the HR Service Center at 1-888-TALK2HR (1-888-825-5247), option 2 for information.

CHEVRON/PANDE06824

**Use available resources**

You have a variety of resources to help you with each of your responsibilities, as follows:

| | |
|---|---|
| Focus on recovering your health | • your health plan for information about wellness and recovery; |
| | • UnumProvident through the HR Service Center at 1-888-TALK2HR (1-888-825-5247), option 5, for help with planning for a safe and healthy return to work and completing a functional capacity evaluation (FCE), if required by your organization; |
| | • ChevronTexaco regional disability coordinators and your supervisor for help with planning a safe and healthy return to work. |
| | • Health Quest Web site for locations of company-operated fitness centers in your area; |
| | • WellMed's Personal Health Manager, where you can learn more about your health, keep track of your medications and any screenings you may have such as blood pressure, blood sugar or weight; |
| | • Healthwise — a searchable health database to learn more about health conditions, illnesses, medical tests, procedures, medications, and support groups; (Use "ChevronTexaco" for the company name and "022900" for the password.) |
| | • Lifeworks to learn about resources that may be helpful to you while you're away from work, or when you return to work; (Use "ChevronTexaco" for the company name and "022900" for the password.) |
| Keep in touch with your supervisor and follow local absence policies | • your supervisor, who can also provide information about any local absence control policies. |
| Contact UnumProvident when required | • UnumProvident through the HR Service Center at 1-888-TALK2HR (1-888-825-5247), option 5, for help with getting your absence approved as protected under FMLA, if applicable, and certifying your absence so that you can qualify for any disability benefits; |
| | • HR Service Center at 1-888-TALK2HR (1-888-825-5247), option 2, for information about your benefits while you're on a leave of absence. |
| Know about your benefits and rights | • ChevronTexaco's online summary plan descriptions for general information; |
| | • the HR Service Center at 1-888-TALK2HR (1-888-825-5247), option 2, for information about your benefits while on leaves of absence and for information about which disability plans you're enrolled in; |
| | • your HR Business Partner for information about your eligibility for leaves of absence, and this guide for general information about leaves; |
| | • the Workers' Compensation group for information about on-the-job illnesses and injuries; |
| | • UnumProvident through the HR Service Center at 1-888-TALK2HR (1-888-825-5247), option 5, for help with information about absences protected under Family and Medical Leave Act (FMLA) and disability plans. |

CHEVRON/PANDE06825

# Key responsibilities and steps for Employee Assistance and WorkLife Services

Employee Assistance and WorkLife Services (EAP and WorkLife Services) coordinates with UnumProvident to help with treatment and case management, and helps employees with their treatment plans and their transition back to work.

EAP and WorkLife Services is involved as requested by an employee for absences due to mental health and substance abuse reasons. In instances where an employee in a safety-sensitive job has drug or alcohol abuse problems, EAP and WorkLife involvement is required to ensure safety in managing the absence and the return-to-work process.

EAP and WorkLife Services' responsibilities are to:

- help employees get optimal treatment in all cases;

- manage and help employees get optimal and required treatment for substance abuse;

- assist in helping employees return to work;

- maintain confidentiality;

- use available resources.

### Help employees get optimal treatment in all cases

As an EAP and WorkLife Services advisor, you help employees get optimal treatment for mental health or substance abuse conditions, as well as conditions that arise from coping with medical problems or a disability.

Here are some items to keep in mind:

- You may be contacted directly by an employee seeking assistance with a mental health or substance abuse condition. When you provide case management to an employee who is absent for more than five consecutive workdays, contact UnumProvident to notify them of your role and advise the employee to call UnumProvident.

- You should remind employees to call UnumProvident as required. Or you can call for them.

- Sometimes, UnumProvident (with the employee's permission) may contact you if an employee files for benefits from the Short-Term Disability Plan (STD) and requests assistance from EAP and WorkLife Services. UnumProvident will have already identified that the absence is due to a mental health or substance abuse issue or a serious condition that could benefit from your services.

- While coordination with UnumProvident is required to ensure coverage for benefits, you and UnumProvident will continue to maintain confidentiality with regard to an employee's absence.

### Manage and help employees get optimal and required treatment for substance abuse

For substance abuse situations, EAP and WorkLife Services advisors help employees get optimal treatment and manage the treatment according to company policies.

Items to keep in mind:

- Employees who fail a company-sponsored drug screen will be referred to EAP and WorkLife Services for assessment. Then, you'll recommend and authorize treatment using ValueOptions chemical dependency benefit and manage the employee's Short-Term Disability (STD) claim.

- UnumProvident will administer and track absences that qualify under FMLA. And, they will manage employees receiving substance abuse treatment (not prompted by a company screen) through any benefit other than ValuesOption's substance abuse benefit.

CHEVRON/PANDE05826

- At the beginning of treatment, you should notify UnumProvident of the authorized medical leave and tell the employee to call UnumProvident. Throughout an employee's absence, you should continue to inform the employee of company policies and practices in an effort to retain his or her job. You should also continue to update UnumProvident with any needed information.

**Assist in helping employees return to work**
As an EAP and WorkLife Services advisor, you provide assistance and consultation about returning an employee to work after an absence related to a mental health or substance abuse problem, or a serious health condition.

UnumProvident will coordinate with you (for any cases you and they are jointly managing) to review the employee's treatment plan, validate the prognosis and estimate the duration of the disability.

You should coordinate with both UnumProvident and the ChevronTexaco regional disability coordinator when assisting with the employee's return to work. You should also work with the employee's supervisor and the HR Business Partner.

**Maintain confidentiality**
As always, you need to maintain confidentiality related to an employee's absence or medical condition. With an employee's permission, you provide case management for some absences for substance abuse and communicate and coordinate with UnumProvident about these cases.

**Use available resources**
You have a variety of resources to help you with each of your responsibilities, as follows:

|  |  |
|---|---|
| Help employees get optimal treatment in all cases | • ValueOptions at 1-800-847-2438 to discuss or arrange for treatment;<br>• UnumProvident through the HR Service Center at 1-888-TALK2HR (1-888-825-5247), option 5, or via email at *chevtex@unumprovident.com*, as authorized by an employee. |
| Manage and help employees get optimal and required treatment for substance abuse | • UnumProvident through the HR Service Center at 1-888-TALK2HR (1-888-825-5247), option 5, or via email at *chevtex@unumprovident.com*, for help with medical information (based on employee's approval) or for information about a leave of absence;<br>• ValueOptions at 1-800-847-2438 to discuss or arrange for treatment. |
| Assist in helping employees return to work | • HR Business Partners, supervisors, UnumProvident and regional disability coordinators for consultation about return-to-work issues. |

## Key responsibilities and steps for HR Business Partners

As an HR Business Partner, you provide important functions that contribute to the success of disability management. Your overall support and knowledge of the program's goals help build trust and confidence, and smooth out the processes. Your counsel and hands-on support help supervisors manage employee absences and facilitate employees returning to work when they're able.

UnumProvident manages and administers the Disability Management Program. They track employee absences covered under the Family and Medical Leave Act (FMLA) and the ChevronTexaco disability plans, and they provide individual medical case management for nonoccupational claims. You can contact UnumProvident by calling the HR Service Center at 1-888-TALK2HR (1-888-825-5247) and selecting option 5.

ChevronTexaco's Workers' Compensation group administers benefits for employees who have an occupational illness or injury, and provides medical case management for these employees, as

CHEVRON/PANDE06827

appropriate. If an employee calls UnumProvident to report an occupational illness or injury, UnumProvident notifies the Workers' Compensation group. Even though an absence is related to an occupational disability, UnumProvident still administers legal documents and tracks absences protected under the Family and Medical Leave Act (FMLA). Also, if an occupational absence becomes long-term, the employee will work with UnumProvident as he or she transitions into the Long-Term Disability Plan.

As an HR Business Partner, your responsibilities under the program are to:

- provide direction and information;

- perform analytical and administrative functions;

- provide counsel;

- support the program;

- use available resources.

### Provide direction and information
You help the processes flow smoothly as you regularly:

- remind employees to call UnumProvident when necessary, and encourage them to keep in touch with UnumProvident throughout their absence;

- direct supervisors and employees to appropriate information and resources as questions arise;

- provide support to expatriates regarding benefit and leave issues, where applicable.

Remember to keep confidentiality in mind when you are speaking or corresponding with an employee or a UnumProvident representative. You should not ask for details about an illness, diagnosis or injury; nor should you share with anyone else any confidential information that the employee has disclosed.

### Perform analytical and administrative functions
- You provide direct support to the program as you use Promis to track employees' absences and prepare absence and disability management reports;

  Promis is a Web-based reporting tool that tracks and provides reports about employee absences. Developed by a company called Nucleus Solutions, Promis (an acronym for Productivity Management Information System) can provide you with quick and targeted information about absences at all levels of the organization – from an operating company level, to a division or department or to an individual.

  Refer to the section called "Nucleus Promis Reporting System" on Page 40 for details about how to access and use the system.

- interpret and administer local absence control programs in compliance with federal and state disability protection laws and within the overall goals of disability management;

- assist supervisors and managers as they facilitate an employee's return to work (RTW), including ADA issues, functional capacity evaluations (FCE) and locating alternate work assignments when necessary;

  For more information, refer to the work process flow charts on the Disability Management Web site for the following:

  —— Return to work with an FCE —- general guidelines (*http://hr2.chevrontexaco.com/disabilitymanagement/pdf/RTW_With_FCE.pdf*);

  —— Return to work with or without restrictions and no FCE (*http://hr2.chevrontexaco.com/disabilitymanagement/pdf/RTW_No_FCE.pdf*).

CHEVRON/PANDE06828

- provide UnumProvident with a current copy of the Physical Requirements and Working Conditions form (GO-308) or Position Summary form (GO-400) if needed, so that UnumProvident can send it to the employee's doctor.

- perform job searches as necessary, including situations when an employee cannot perform the essential functions of his or her pre-disability job, but can return to limited duty;

- assist supervisors, employees and UnumProvident's return-to-work staff with return-to-work issues;

- initiate an application for the Special Disability Benefit under the LTD Plan by using Long-Term Disability Plan Special Disability Benefit Application form (GO-1432) when an employee who had been receiving LTD benefits cannot meet the "any occupation" test, there is no job available in the company, and therefore, the employee's service is terminated;

- contact UnumProvident or the employee's supervisor for an employee's status, as needed.

**Provide counsel**
Your role in providing counsel includes:

- ensuring that local absence control processes and practices are working smoothly in conjunction with the program, as you review absence control programs with your management and supervisors;

- advising supervisors and employees about leaves of absence, including Family Leave, Disability Leave and Personal Leave, and in California, time off under AB109;

- counseling supervisors on returning employees to work within their departments, status of job searches you generate, and termination issues when an employee is released to work or does not meet the requirements of the LTD Plan to continue benefits under the "any occupation" test, and a position is not available in your organization.

**Support the program**
You take needed actions to help support the program, including:

- assisting in identifying the correct resource when the processes in the program are not being followed or there is a breakdown in process;

- reporting problems and issues to the ChevronTexaco regional disability coordinator for resolution;

- sharing feedback, concerns and experiences with the Disability Management team by sending comments to corpidm@chevrontexaco.com;

**Use available resources**
You have a variety of resources to help you with each of your responsibilities, as follows:

| | |
|---|---|
| Provide direction and information | • UnumProvident by calling the HR Service Center at 1-888-TALK2HR (1-888-825-5247), option 5, or via email at *chevtex@unumprovident.com*; |
| | • other sections of this guide; |
| | • HR Service Center at 1-888-TALK2HR (1-888-825-5247), option 2 — direct employees to the HR Service Center when they have questions about benefits during leaves of absence or benefits eligibility; |
| | • ChevronTexaco's online summary plan descriptions for general information. |
| Perform analytical and administrative functions | • Promis system Help feature or your regional disability coordinator for questions about absence and disability reports; |
| | • local employee relations staff for questions related to local absence control policies; |

CHEVRON/PANDE06829

| | |
|---|---|
| | • medical clinics for scheduling functional capacity evaluations (FCEs) or local FCE scheduler in locations where there is no clinic; |
| | • UnumProvident (by calling the HR Service Center at 1-888-TALK2HR (1-888-825-5247), option 5, or via email at *chevtex@unumprovident.com*) and supervisors for return-to-work issues; |
| | • Benefits Planning and Administration (email *corpidm@chevrontexaco.com*) for questions about filing for a Special Disability Benefit from the Long-Term Disability Plan; |
| | • North America Shared Services (email at *emprel@chevrontexaco.com*) for questions about compliance with the Americans with Disabilities Act (ADA). |
| Provide counsel | • local employee relations staff for questions related to benefits and labor contract issues, local absence control policies or employee equity practices, current legislation, and guidance on complex employee treatment issues; |
| | • HR Guidelines 111, 112 and 114 for policy and procedure questions; |
| | • UnumProvident via the HR Service Center at 1-888-TALK2HR (1-888-825-5247), option 5, or via email at *chevtex@unumprovident.com* for questions about short- and long-term nonoccupational disability absences, and FMLA-protected absences; |
| | • regional disability coordinators for questions about disability claims that have been denied, return-to-work issues and support for difficult cases; |
| | • Payroll Operations (email at *payroll@chevrontexaco.com*) for payroll discrepancy issues, coordinating as needed with time administrators, time data recorders, supervisors and UnumProvident; |
| | • time administrators or time data recorders (TA/TDR) for questions about coding for time off; |
| | • Employee Assistance and WorkLife Services (1-800-860-8205) with return-to-work issues for absences related to mental health/substance abuse, as needed; |
| | • Workers' Compensation (email at *workcomp@chevrontexaco.com*) for issues about determination of occupational versus nonoccupational cases and management of occupational claims. |
| Support the program | • regional disability coordinators to report problems and issues; |
| | • Disability Management team at email *corpidm@chevrontexaco.com* to share feedback, concerns and experiences. |

## Key responsibilities and steps for medical clinics

The company's medical clinics help employees and local management understand and successfully use the Disability Management Program, support local absence programs and assess an employee's fitness for duty after an absence. This includes scheduling and managing all required or recommended functional capacity evaluations (FCEs).

As a person who works in a company medical clinic, you:

• educate employees and supervisors about the program;

CHEVRON/PANDE06830

- provide information to help UnumProvident manage disability cases;

- schedule fitness-for-duty exams and functional capacity evaluations;

- use Nucleus Pro*mis* system, as needed, to track employee absences and trends;

- help employees return to work after an illness or injury;

- provide feedback to regional disability coordinators about the program;

- provide services and support for local absence control programs;

- provide medical guidance for chronic medical conditions;

- use available resources.

**Educate employees and supervisors about the program**
You're a resource for employees who are participating in the program and their supervisors. You share the intent of the program, information about how it works and refer people to appropriate resources, as needed. For example, you should advise employees to call UnumProvident as required under the program, refer employees and supervisors to this guide for detailed information about how the program works, and refer employees and supervisors to their HR Business Partners for questions about leaves of absence. Also, for absences related to an on-the-job illness or injury, you should refer employees and supervisors to the Workers' Compensation group.

**Provide information to help UnumProvident manage disability cases**
You handle requests for information from UnumProvident and ChevronTexaco's Workers' Compensation group to provide them with available medical information about an employee's absence. You proactively report any relevant medical information you may have that will help in managing an employee's absence.

UnumProvident helps you maintain confidentiality of the employee's medical information and provides you with copies of completed medical authorizations upon request or whenever a medical file is transferred to UnumProvident from Medical. You also provide UnumProvident with a current copy of the Physical Requirements and Working Conditions form (GO-308), or Position Summary form (GO-400), so that UnumProvident can send it to the employee's doctor.

To help UnumProvident manage absences and return-to-work issues, you provide them with information about an employee's need to complete a fitness-for-duty exam or a functional capacity evaluation (FCE) before the employee returns to work.

UnumProvident also shares information about fitness-for-duty exams or functional capacity evaluations (FCEs) with an employee's doctor to help the employee prepare for the evaluation and to reduce the risk of the employee becoming conditioned to not being able to work.

**Schedule fitness-for-duty exams and functional capacity evaluations**
To minimize an employee's time away from work, you work to promptly schedule needed fitness-for-duty exams or functional capacity evaluations (FCEs).

FCEs are used in some locations as part of the return-to-work process and in other locations on a case-by-case basis. You're responsible for providing UnumProvident with information about an employee's need to complete a fitness-for-duty or FCE before returning to work. You work with UnumProvident to identify when an employee is physically prepared to take the FCE. You also schedule FCEs according to local practices and share the results with UnumProvident.

For more information, refer to the work process flow charts for the following:

- Return to work with an FCE — general guidelines
  (*http://hr2.chevrontexaco.com/disabilitymanagement/pdf/RTW_With_FCE.pdf*);

- Return to work with or without restrictions and no FCE
  (*http://hr2.chevrontexaco.com/disabilitymanagement/pdf/RTW_No_FCE.pdf*).

CHEVRON/PANDE06831

**Using Nucleus Pro*mis* system, as needed**

From time to time, you may have a need to track employee absences and trends. ChevronTexaco uses Pro*mis*, a Web-based reporting tool, to track and provide reports about employee absences. Developed by a company called Nucleus Solutions, Pro*mis* (an acronym for Productivity Management Information System) can provide you with quick and targeted information about absences at all levels of the organization — from an operating company level, to a division or department or to an individual.

Refer to the section called "Nucleus Pro*mis* Reporting System" on Page 40 for details about how to access and use the system.

**Help employees return to work after an illness or injury**

You help employees return to work by providing feedback to UnumProvident about employees' abilities to perform their assigned jobs and any information needed to help create and implement a return-to-work plan. You work with your regional disability coordinator and local management to develop and administer return-to-work plans for employees, including cases involving limitations or restrictions. As needed, you also use "work hardening" programs, which are programs that are prescribed by the treating doctor to help the employee meet the physical requirements of his or her job.

You help facilitate an employee's return to work with his or her supervisor, HR Business Partner and local management by outlining the employee's fitness for duty and abilities.

**Provide feedback to regional disability coordinators about the program**

You provide feedback to the regional disability coordinators about any issues or concerns employees and local management may express about the program or the return-to-work processes.

**Provide services and support for local absence control programs**

You provide needed services to support local absence control programs and act as a resource to employees and local management. You work with local HR and supervisors to improve the coordination of any local absence control programs with the Disability Management Program, including helping with the documentation of local programs.

Keep in mind that the Disability Management Program should complement any existing local absence control programs. Employees and supervisors need to comply with any local absence control program agreed upon by management. The Disability Management Program is effective for FMLA-protected absences of any length and for disability-related absences that last more than five workdays in a row. If there is a local absence control program, employees are required to follow the procedures for both local absence control programs and the Disability Management Program.

**Provide medical guidance for chronic medical conditions**

You provide medical guidance to employees and supervisors about managing chronic and short-term medical conditions. As appropriate, you direct employees and supervisors to the assigned occupational physician.

Employees who are at work should not be referred to UnumProvident, since they manage absences only. (This excludes employees who were disabled and have returned to work under the program.)

**Use available resources**

You have a variety of resources to help you, as follows:

| | |
|---|---|
| Educating employees and supervisors about the program | • the employee's supervisor to help direct the employee to the correct resource; |
| | • the local HR Business Partner for questions about leaves of absence; |
| | • your regional disability coordinator for questions the program; |
| | • the Workers' Compensation group; |
| | • other sections of this guide. |

CHEVRON/PANDE06832

| | |
|---|---|
| Using Nucleus Pro*mis* system as needed | • Pro*mis* system Help feature or your regional disability coordinator for questions about absence and disability reports. |
| Providing information to help UnumProvident manage disability cases | • UnumProvident at 1-888-TALK2HR (1-888-825-5247), option 5, or via email at chevtex@unumprovident.com. |
| Scheduling fitness-for-duty exams and functional capacity evaluations | • the employee's supervisor, HR Business Partner and regional disability coordinator for help as needed with scheduling exams;<br><br>• your regional disability coordinator for input into the employee's readiness to be evaluated and potentially return to work. |
| Helping employees return to work after an illness or injury | • the employee's supervisor for help with detailing the employee's job requirements and the ability to work with limitations or restrictions, or work in a transitional position;<br><br>• your HR Business Partner to help with determining the essential functions of a job, or determining if transitional work is available;<br><br>• medical directors to help with developing a successful return-to-work plan, as needed;<br><br>• regional disability coordinators to assist as needed to coordinate the successful creation and implementation of a return-to-work plan with all stakeholders. |
| Providing feedback to regional disability coordinators about the program | • regional disability coordinators, who will manage feedback about the program to help ensure a successful outcome;<br><br>• ChevronTexaco medical directors who can help with any issues or concerns supervisors, managers or employees may have;<br><br>• HR Business Partners who can proactively work with employees or union representatives to help ensure a successful outcome;<br><br>• supervisors who can help with issues or concerns employees may have about the program. |
| Providing services and support for local absence control programs | • HR Business Partners who proactively work to integrate local absence control processes with the Disability Management Program, and revise any local procedures as needed;<br><br>• regional disability coordinators, who can help with the understanding the Disability Management Program and providing feedback on integrating local absence controls processes into the program;<br><br>• other personnel in the medical clinics and the medical directors who can help with issues or concerns about coordinating local absence control programs and the Disability Management Program;<br><br>• supervisors who can help with issues or concerns employees may have about local absence control programs and the Disability Management Program. |
| Providing medical guidance for chronic medical conditions | • ChevronTexaco medical directors who can help with any employee medical condition or accommodation to maintain the employee's ability to continue to work;<br><br>• Employee Assistance and WorkLife Services (1-800-860-8205), which can provide advice on mental health issues and substance abuse problems;<br><br>• online resources for health. |

CHEVRON/PANDE06833

## Key responsibilities and steps for Payroll Operations

As a person who works in Payroll Operations, you play an important role in managing disabilities. You process payroll checks, ensuring that employees who are unable to work are paid appropriately. You audit disability exception time that is reported by time administrators, time data recorders and supervisors. You track benefits and other pay-related data, and keep others informed about an employee's pay status.

Your responsibilities under the program are to:

* review lost time reports for certain employee absences;

* discontinue benefits if instructed by the employee's supervisor or TA/TDR;

* monitor disability information in SAP HR for continuation of disability insurance;

* track disability information and keep others informed;

* use available resources.

### Review lost time reports for certain employee absences
In reviewing lost time reports, you need to:

* For the for California Disability Insurance Plan, review reports for employees who have an absence related to a disability that lasts seven or more days or who are hospitalized for one or more days.

* Determine if the employee works in a state that requires disability insurance payments. If so, apply payments and offsets as required based on the state's rules for disability insurance. Check with your supervisor if you have any questions about the employee's eligibility for payments, or when payments should begin and end.

* If the absence is reported as an occupational disability, verify that you have received notice from the Workers' Compensation group approving the claim and advising the appropriate legal compensation rate to apply. (Notice from the Worker's Compensation group can be sent via email in California, or a faxed confirmation in all other states.) See the Workers' Compensation responsibilities on Page 38 for more information.

* If you do not have verification and the time administrator has coded the claim as nonoccupational, do not pay legal compensation. Treat the absence as a non-industrial disability until instructed otherwise by Workers' Compensation. If you are later advised by Workers' Compensation, or the time administrator or time data recorder to change the disability from a non-industrial to an industrial, make adjustments (remember to adjust California Disability Insurance) and advise a UnumProvident Customer Care Specialist, the employee's supervisor and the time administrator or time data recorder via email. You can contact UnumProvident by calling the HR Service Center at 1-888-TALK2HR (1-888-825-5247) and selecting option 5 or you can email them at *chevtex@unumprovident.com*.

### Discontinue benefits if instructed
Sometimes it's appropriate to discontinue Short-Term Disability Plan (STD) benefits. Based on a supervisor's decision, a time administrator or time data recorder may contact Payroll Operations to discontinue the payment of STD benefits and provide the appropriate code. When you've received this notice, go ahead and stop the benefit payments and make certain that an effective date is provided.

If there is any doubt about whether to discontinue benefits, be sure to check with the supervisor or time administrator.

### Monitor disability information in SAP HR for continuation of disability insurance
You need to monitor disability information reported in SAP HR according to specific state rules. You should continue to pay disability insurance until the employee is no longer disabled or has received the maximum allowable insurance in that state and exhausted all allowable benefits.

CHEVRON/PANDE06834

**Track disability information and keep others informed**
You're responsible for tracking data and keeping others informed about an employee's pay status. You should do the following:

- Track data and verify that an employee on disability who passes his or her service date does not inadvertently have his or her STD quota reinstated.

- Use form CP-419 to advise UnumProvident, the TA/TDR, supervisor and the Workers' Compensation group (if applicable) when an employee's STD and vacation time are at 480 hours (about three months for most employees, but you may need to send it immediately for short-term employees with limited STD banks). Provide UnumProvident with the expected date of the last payment for STD and vacation, as indicated on the form. Also verify the number of days of the current year's vacation still remaining. The current year's unused vacation entitlement may need to be paid out at the end of the year. Contact your HR Business Partner to determine how your organization handles vacation payoff at the end of the year. Note: STD and vacation time must be used up before Long-Term Disability Plan payments can start.

- Calculate payment for any accrued but unused vacation after the employee has been on a leave of absence without pay for six months.

- Notify the UnumProvident Customer Care Specialist via email at *chevtex@unumprovident.com* whenever there is a change in payroll. This includes changes in workers' compensation payments, STD expiration, DIP and vacation pay. Also, if applicable, notify UnumProvident and the employee's TA/TDR with the final payday date as soon as it is determined. And, verify that the employee's status has been changed in SAP HR from active to inactive.

- Stop half-pay benefits if UnumProvident notifies you that a former Texaco employee has elected to waive half-pay STD benefits and begin LTD benefits when full-pay benefits end. This is an option that former Texaco employees have.

**Use available resources**
You have a variety of resources to help you with each of your responsibilities, as follows:

| | |
|---|---|
| Review lost time reports for certain employee absences | • the time administrator or time data recorder (TA/TDR) for questions about coding;<br><br>• supervisors for final approval for time coding and adjustments, if they need to be made;<br><br>• Workers' Compensation (email at *workcomp@chevrontexaco.com*) for help with compensation issues related to occupational injuries and illnesses. |
| Discontinue benefits if instructed | • the supervisor or the TA/TDR. |
| Monitor disability information in SAP HR for continuation of disability insurance | • the supervisor or the TA/TDR;<br><br>• appropriate state rules. |
| Track disability information and keep others informed | • the TA/TDR or PDM;<br><br>• the employee's supervisor;<br><br>• HR Business Partner;<br><br>• UnumProvident via the HR Service Center at 1-888-TALK2HR (1-888-825-5247), option 5, or via email at *chevtex@unumprovident.com* |

CHEVRON/PANDE06835

## Key responsibilities and steps for personnel data maintainers

As a personnel data maintainer, you have an important role in managing employee absences under the program. How you enter a leave of absence into the SAP HR computer system will affect an employee's pay, benefits and employment status. You'll receive direction from the absent employee's supervisor to enter the employee's leave into SAP HR. But, you should be sure you understand the eligibility rules for leaves.

You're responsible for:

- accurate entry of an employee's leave into SAP HR;
- ensuring that time administrators properly record data before entering the leave in SAP HR;
- using available resources.

### Accurate entry of absent employee's leave into SAP HR

You'll receive instructions from an employee's supervisor via a Personnel Action Form (PAF) from Manager's Desktop (MDT) or a helpline telephone request to change an employee's status and place the employee on leave. It's very important for you to accurately make these changes since they affect an employee's pay, benefits and employment status.

You should continue to remind managers and supervisors that they must seek counsel from their HR Business Partner before submitting a PAF via MDT before you process the leave transaction in SAP HR.

If a leave date or reason code needs to be changed per a supervisor's request, you should ensure that SAP HR is updated accurately and that the appropriate persons are made aware of the change.

The employee's supervisor will notify you via a PAF from MDT when an employee needs to be returned to work.

If you have concerns about the leave an employee has been placed on, you can call the regional disability coordinator in your region.

### Ensuring that time administrators properly record data before entering the leave in SAP HR

You must ensure that time administrators have worked with the employee's supervisor or manager to code all STD and vacation, and that they have removed all future exception time before the leave is processed in SAP HR. You need to call the TA/TDR and ask him or her to make sure all appropriate exception time is recorded up to the leave date and that all future exception time is removed from the time sheet beyond the leave date.

If a TA/TDR, HR Business Partner, supervisor or manager calls you with questions, refer him or her to the section in this area of the Disability Management guide that discusses his or her roles. Don't provide counsel; just point them in the right direction on this site or other resources such as their own "help" screens.

### Using available resources

You have a variety of resources to help you with each of your responsibilities, as follows:

| | |
|---|---|
| Accurate entry of an absent employee's leave into SAP HR | • time administrator or time data recorder (TA/TDR) for information about proper coding or any adjustments; |
| | • supervisors for approval of a leave of absence and appropriate coding of the leave; |
| | • HR Business Partners for counsel about leave policy and administration; |
| | • Payroll Operations (*payroll@chevrontexaco.com*) for payroll discrepancy issues; |

CHEVRON/PANDE06836

| | |
|---|---|
| | • HR Guidelines 111, 112 and 114 for policy and procedure questions; |
| | • regional disability coordinators for questions about leaves employees have been placed on; |
| | • the "Leave of Absence Checklist" on Your "I" drive. |
| Ensuring that time administrators properly record data before entering the leave in SAP HR | • time administrator or time data recorder (TA/TDR) for questions about proper coding and adjustments; |
| | • employee's supervisor. |

## Key responsibilities and steps for supervisors and managers

When an employee who reports to you is absent from work, you're the main link between that employee and the company. The Disability Management Program can help you connect with an absent employee and, when possible, return him or her to work quickly and safely.

UnumProvident manages and administers the Disability Management Program. They provide individual medical case management for nonoccupational claims and any employee absence covered under the Family and Medical Leave Act (FMLA) or the ChevronTexaco disability plans. You can contact UnumProvident by calling the HR Service Center at 1-888-TALK2HR (1-888-825-5247) and selecting option 5.

ChevronTexaco's Workers' Compensation group administers benefits for employees who have an occupational illness or injury, and provides medical case management for these employees, as appropriate. If an employee calls UnumProvident to report an occupational illness or injury, UnumProvident notifies the Workers' Compensation group. Even though an absence is related to an occupational disability, UnumProvident still administers legal documents and tracks absences protected under the Family and Medical Leave Act (FMLA). Also, if an occupational absence becomes long-term, the employee will work with UnumProvident as he or she transitions into the Long-Term Disability Plan.

As a supervisor, your responsibilities under the program are to:

• oversee absence reporting and time tracking within SAP HR to assure accuracy;

• support your employee's reporting and compliance with the program;

• provide UnumProvident with necessary information, as requested;

• use Nucleus Pro*mis* system, as needed, to track employee absences and trends;

• help return the employee to work when appropriate;

• use SAP HR to record and update an employee's status;

• use available resources.

**Oversee absence reporting and time tracking within SAP HR to assure accuracy**
When an employee calls you to report an absence, follow these important steps:

• Find out the general reason for the absence without asking for a specific diagnosis or description of the medical condition. You should determine if the absence is for a personal injury, a personal illness (again, you only need to know that it is an illness; do not ask for any particulars about the diagnosis), or for a reason that may be covered under the Family and Medical Leave Act (FMLA), such as the

CHEVRON/PANDE06837

employee's own serious health condition, or caring for a family member who is seriously ill, or for an absence related to a newborn or a newly placed adopted or foster child.

- If the employee indicates that the absence is due to an on-the-job injury or illness, and the employee works in California, give the employee form DWC-1 Employee Claim Workers Comp Supervisors Only and form GO-42D If You Are Injured (also available in Spanish as GO-42-DS). Both forms are available from the Dublin Warehouse. By law, the DWC-1 must be provided within 24 hours of your knowledge of an injury. These forms may also be available from your local medical clinic, or Safety group. Complete any other required Workers' Compensation procedures.

- In other states, follow your local reporting procedures, complete required forms and provide the employee with required state forms.

- Complete any other forms required by the Safety group.

- Notify the person who codes the employee's time records (the time data recorder, timekeeper or time administrator) to code payroll and be sure the information is accurately coded. This is especially important to do for people who typically code their own time. In most injury or illness cases, the code in SAP HR will be sick-full or half pay. Consult the person who codes your employee's time records if you have a question about which codes to use. Unless you are sure that an absence is related to an on-the-job illness or injury, absences of five or more consecutive days should be coded as "non-industrial disability" until officially classified as a Workers' Compensation disability. (If you're planning to be absent for several days, inform the TA/TDR of your upcoming absence and provide the name of the person filling in for you. When the TA/TDR receives a copy of UnumProvident's e-mail to you, the TA/TDR can contact your substitute to ensure proper coding.)

  Note: UnumProvident will email you and the employee's TA/TDR an "advice-to-pay" notice. This notice includes all of the information needed to code the employee's time appropriately. The absence dates indicated are the calendar days, including work and nonwork days, that the absence is expected to last. You and the TA/TDR should access the employee's work schedule and use these blocks of time to identify what work days in the system should be coded as qualifying for STD, FMLA or both. Ultimately, as a supervisor, you make the decision about whether to pay STD benefits, based on these advice-to-pay notices. (Remember: UnumProvident does not have access to SAP HR.)

- For California employees only, track and record AB109 absences locally, since UnumProvident is not responsible for these absences and does not provide advice-to-pay information. See the online benefits summary plan description for the Short-Term Disability Plan for more information about AB109.

**Support your employee's reporting and compliance with the program**
Advise your employee that he or she must work within the Disability Management Program, as well as within the requirements of any local absence control programs. Ensure these steps are taken:

- Your ongoing responsibility is to inform the employees you supervise of any applicable local absence control policies.

- If an employee is absent for more than five workdays in a row due to personal illness or injury or he or she is absent for any length of time and you think that the absence is protected under FMLA, direct the employee to contact UnumProvident by calling the HR Service Center at 1-888-TALK2HR (1-888-825-5247) option 5. If the employee is unable to call UnumProvident, request that a family member or caregiver call UnumProvident and also maintain contact with you. In cases of severe injury or trauma, you can call UnumProvident on behalf of the employee.

- Always keep confidentiality in mind when you are speaking or corresponding with an employee or a UnumProvident representative. You should not ask for details about an illness, diagnosis or injury; nor should you share with anyone else any confidential information that the employee has disclosed.

- Remind the employee that failure to cooperate with UnumProvident may affect his or her eligibility to continue to receive disability benefits and protection under FMLA.

CHEVRON/PANDE06838

- If you do not receive a follow-up email message from a UnumProvident representative within two business days after the employee has missed five days and the employee is still absent, contact UnumProvident by calling the HR Service Center at 1-888-TALK2HR (1-888-825-5247) and selecting option 5 to check on the employee's status.

- If you receive word that the employee is not complying with the program or UnumProvident's requests, you need to take the following action immediately:

  — Contact your regional disability coordinator, who will work with you and your HR Business Partner to determine appropriate action. The Short-Term Disability and Long-Term Disability plans state that employees who do not comply with the program may no longer be eligible to receive benefits.

  — If the non-compliant employee is a former Texaco employee, review the case with your regional disability coordinator, who will work with you and other appropriate parties before taking any action to discontinue benefits.

  — After consulting with your regional disability coordinator and HR Business Partner, if applicable, work with the person coding the employee's time to change the disability coding to a no-pay code. If an employee is already on a no-pay status, consult your regional disability coordinator regarding the appropriate action required.

**Provide UnumProvident with necessary information, as requested**
To ensure accurate case management, UnumProvident may ask you to confirm or supply the following information:

- detailed requirements of the employee's job such as a copy of the Physical Requirements and Working Conditions form (GO-308), or Position Summary form (GO-400), or a current, validated functional job description;

- information about past absences or work-related issues as they might relate to the current absence;

- any other information that may pertain to or affect the current absence.

**Use Nucleus Pro*mis* system as needed**
From time to time, you may have a need to track employee absences and trends. ChevronTexaco uses Pro*mis*, a Web-based reporting tool, to track and provide reports about employee absences. Developed by a company called Nucleus Solutions, Pro*mis* (an acronym for Productivity Management Information System) can provide you with quick and targeted information about absences at all levels of the organization — from an operating company level, to a division or department or to an individual.

Refer to the section called Nucleus Pro*mis* Reporting System on Page 40 for details about how to access and use the system.

**Help return the employee to work when appropriate**
Early in the disability management process, UnumProvident will ask you for information about the physical or other requirements of the employee's job. This information is crucial to effectively managing the employee's disability and helping define in what capacity he or she will be able to return to work. Be sure you:

- answer UnumProvident requests promptly;

- are thorough in your description of the job requirements;

- consider related provisions of your local absence control program, if any.

Note: When an employee is absent, how long his or her position must remain available depends on the type and duration of the disability. Discuss replacement options with your HR Business Partner before you fill a position vacated by a disabled employee.

CHEVRON/PANDE06839

If the employee is released to return to work, the UnumProvident Customer Care Specialist or your ChevronTexaco regional disability coordinator will contact you. You will need to:

- Discuss the proposed return-to-work plan, including date of return, restrictions or limitations, with UnumProvident and the regional disability coordinator (and HR Business Partner as needed).

- Determine if a functional capacity evaluation (FCE) or fit-for-duty exam is required. If so, work directly with your local FCE scheduler or administrator, and UnumProvident as needed, to schedule an FCE according to local practices within two business days, if possible. If you or the administrator or scheduler doesn't know who your FCE administrator is, refer the administrator or scheduler to Medical@chevrontexaco.com.

  — If the employee's doctor (based on the FCE results) finds the employee "able to work without restrictions," return the employee to regular full-time work according to local practices.

  — If the employee's doctor (based on the FCE results) does not find the employee "able to work without restrictions," discuss next steps according to local practices with UnumProvident, your regional disability coordinator, your HR Business Partner and the employee.

  For more information, refer to the work process flow charts for the following:

  — Return to work with an FCE — general guidelines (http://hr2.chevrontexaco.com/disabilitymanagement/pdf/RTW_With_FCE.pdf);

  — Return to work with or without restrictions and no FCE (http://hr2.chevrontexaco.com/disabilitymanagement/pdf/RTW_No_FCE.pdf).

- If an FCE is not required, discuss the employee's abilities with UnumProvident, your regional disability coordinator and the employee to determine his or her ability to return to full-time work or modified work (assuming that modified work is available). This process may include a job search, which is conducted by your HR Business Partner. If you're able to place the employee in your department, your HR Business Partner may assist you in the job placement process, with input from the regional disability coordinator. ChevronTexaco has a duty to initiate an interactive process to accommodate employees with disabilities. Your regional disability coordinator will take the lead on this process with your input.

- When the employee returns to work, put him or her on the applicable schedule and advise the time administrator that the employee has returned to work. If the employee has been placed on a leave during his or her absence and returns to work, complete the "return from leave" form in Manager's Desktop and notify the time administrator that the employee has returned.

- UnumProvident will also notify you if an employee's LTD benefits stop because he or she doesn't pass the "any occupation test" in the LTD Plan. This test occurs after an employee has been receiving plan benefits for 24 months (18 months, if the disability started before July 1,2002). If an employee is still disabled from performing his or her former job, but is not totally disabled from performing any occupation, LTD Plan benefits end. In this case, your HR Business Partner should conduct a job search, unless you can return the employee to your department. ChevronTexaco has a duty to initiate an interactive process to accommodate employees with disabilities.

- When a position is not available for an employee who has been released to return to work or whose LTD benefits are ending because of not passing the "any occupation" test, you should terminate employment using Manager's Desktop in SAP HR or via the MDT Personnel Actions Help Line (SAP HR). Be sure to consult with your HR Business Partner about the termination. Those whose employment is ending because of not passing the "any occupation" test may be eligible for a Special Disability Benefit from the LTD Plan. Your HR Business Partner handles the process for this benefit.

- If an employee's LTD benefits are ending because he or she has reached age 65 (or has received benefits for five years if disability started after age 60), a job search is not needed, but you should terminate employment using Manager's Desktop in SAP HR. This is important because an employee

CHEVRON/PANDE06840

can't receive his or her benefits from the Retirement Plan or the Employee Savings Investment Plan (ESIP) until employment is terminated in SAP HR.

- Any time an employee's employment is ending, advise the employee to contact the HR Service Center at 1-888-TALK2HR (1-888-825-5247), option 2, for specifics about how his or her benefits will be handled.

**Use SAP HR to record and update an employee's status**
You're responsible for recording an employee's status in Manager's Desktop or via the MDT Personnel Actions Help Line (SAP HR) when he or she goes on or returns from leave, or is terminated.

An employee will need to be placed on a leave of absence if he or she:

- requests and is eligible for a Family Leave greater than 30 days;

- is eligible for the LTD Plan and runs out of STD benefits and vacation (Disability Leave);

- is not eligible for the LTD Plan and is absent due to a non-industrial illness or injury (Personal Leave).

For Family Leave or Personal Leave, the employee must complete a request form. Forms are available from the HR Service Center or from the Leave of Absence section on the Disability Management Web site. Direct the employee to the Leave of Absence section on the Web site and to the online summary plan descriptions. If the employee can't access the Web site, direct him or her to contact the HR Service Center at 1-888-TALK2HR (1-888-825-5247), option 2 to obtain forms and ask questions about how the leave of absence will affect his or her benefits. Contact your HR Business Partner for counsel on which leave is appropriate. Regardless of the reason, the process for placing an employee on leave in Manager's Desktop is basically the same:

- Contact your HR Business Partner for counsel on which leave the employee should be put on or the employee's employment status. Contact your regional disability coordinator if you have questions regarding the disability management process.

- Place the employee on leave of absence in the SAP HR system or contact your HR Business Partner for instructions on your local practice for placing employees on leave in Manager's Desktop. If necessary, advise the person who codes the employee's time records that the employee is on leave.

- When an employee on leave returns to work, be sure to record the return in Manager's Desktop or via the MDT Personnel Actions Help Line (SAP HR).

**Use available resources**
You have a variety of resources to help you with each of your responsibilities, as follows:

| | |
|---|---|
| Oversee absence reporting and time tracking within SAP HR to assure accuracy | • time administrator or time data recorder (TA/TDR) for questions about accurate time coding. |
| Support your employee's reporting and compliance with the program | • other sections in this guide;<br><br>• HR Guidelines 111, 112 and 114 for policy and procedure questions;<br><br>• UnumProvident via the HR Service Center at 1-888-TALK2HR (1-888-825-5247), option 5, to report an absence if needed;<br><br>• HR Service Center at 1-888-TALK2HR (1-888-825-5247), option 2, for information about benefit eligibility and benefits during leaves of absence; |

CHEVRON/PANDE06841

| | |
|---|---|
| | • regional disability coordinator for help with a return to work plan; |
| | • HR Business Partner for general consultation as needed and specific counsel on eligibility for leaves of absence and AB109. |
| Use Nucleus Pro*mis* system as needed | • Pro*mis* system help feature or your regional disability coordinator for questions about absence and disability reports. |
| Provide UnumProvident with necessary information as requested | • UnumProvident via HR Service Center at 1-888-TALK2HR (1-888-825-5247), option 5, or via email at *chevtex@unumprovident.com* for all questions. |
| Help return the employee to work when appropriate | • time administrator or time data recorder (TA/TDR) for appropriate time coding in the SAP HR system; |
| | • HR Business Partner for help with developing a return-to-work plan after a short-or long-term disability, or for termination or retirements; |
| | • UnumProvident via the HR Service Center at 1-888-TALK2HR (1-888-825-5247), option 5, or via email at *chevtex@unumprovident.com,* and regional disability coordinators for help with a return-to-work plan; |
| | • your local FCE administrator |
| Place an employee on a leave of absence in Manager's Desktop (SAP HR) | • HR Guidelines 111, 112 and 114 for policy and procedure questions; |
| | • HR Service Center at 1-888-TALK2HR (1-888-825-5247), option 2, for information about benefits while on a leave of absence; |
| | • MDT Personnel Actions Help Line; |
| | • HR Business Partner for counsel about eligibility for leave. |

## Key responsibilities and steps for time administrators, time data recorders and timekeepers

You have an important role in handling employee absences under the program. How you code an employee's time will affect his or her continued eligibility for payments under the Short-Term Disability (STD) Plan.

You'll receive direction from the absent employee's supervisor to enter the employee's time into the SAP HR computer system. UnumProvident will send you and the employee's supervisor ATP (Advice to Pay) emails when there are status changes. The emails will include information about the employee's absence that will help you properly code an individual's time.

Under the program, you're responsible for:

• accurate entry of an absent employee's time into SAP HR;

• time entry for absences protected under the Family and Medical Leave Act (FMLA);

• time entry coding for AB109 time (California employees only);

• time entry coding for workers' compensation absences;

• use Nucleus Pro*mis* system, as needed, to track employee absences and trends;

• keeping others informed;

• using available resources.

CHEVRON/PANDE06842

**Accurate entry of an absent employee's time into SAP HR**

You'll receive instructions from an absent employee's supervisor about how to code the absent employee's time. It's very important for you to accurately code the time in the pay period in which the absence occurs. Refer to the employee's supervisor and your SAP Quick Help for time coding instructions, as appropriate.

When an employee is ill, you should code the time as "sick time/FMLA" in SAP HR, not just sick time. This is because supervisors and others want reports that show how much FMLA time a person takes on a certain day or week.

Also, an employee can take vacation time when he or she is off for a FMLA-protected reason. In this case, be sure to code the time as FMLA-qualifying vacation time off.

You may receive information directly from UnumProvident about a case being approved or denied for coverage under the Short-Term Disability Plan. Speak to the employee's direct supervisor before entering the employee's time into SAP HR to ensure you have the proper coding. Note: If a supervisor plans to be absent for several days, he or she will inform you and provide the name of the person filling in, and you can ensure proper coding with the supervisor's substitute.

In cases where the supervisor isn't able to assist you with coding an employee's sick time, please refer to your SAP Quick Help job aides.

Note: UnumProvident will email you and the employee's supervisor an advice-to-pay notice. This notice includes all of the information needed to code the employee's time appropriately. The absence dates that are indicated are the calendar days, including work and nonwork days, that the absence is expected to last. You and the employee's supervisor should access the employee's work schedule and use these blocks of time to identify what work days in the system should be coded as qualifying for STD, FMLA or both. (Remember: UnumProvident does not have access to SAP HR.)

You should not code any time after the return-to-work date as disability or sick time. When an employee returns to work, return to coding his or her time as before the absence.

If the absent employee does not return to work before STD and vacation have been exhausted, he or she should transition to an unpaid leave. The employee's supervisor will notify you when he or she puts an employee on leave in SAP HR. Follow the SAP Quick Help prompts to help you with how to code a leave and coordinate with the personnel data maintainer. You can also talk with your HR Business Partner if you need more information about the leave.

**Time entry for absences protected under the Family and Medical Leave Act (FMLA)**

An employee may be eligible for specific job protections under FMLA if he or she is absent from work for his or her own serious health condition, to provide care for an ill or injured family member, or for a reason related to a newborn, newly adopted child or newly placed foster child. Generally, unless an employee is absent due to his or her own serious health condition, FMLA time is unpaid time off. Often, FMLA time runs concurrently with a disability or with a leave of absence.

FMLA time is tracked by UnumProvident, but you should also code it in SAP HR. Follow your local practice for coding absences that have been approved by UnumProvident as FMLA-qualifying. Consider a case as conditionally approved for FMLA while UnumProvident is gathering information and the approval is in pending status. You'll receive an email from UnumProvident that FMLA status is "pending." This is a conditional approval, and you can enter the time as FMLA. In the majority of the cases, you will later get an email from UnumProvident that FMLA was formally approved. In that case, you don't need to make any changes. However, if you later receive an email that FMLA was denied, you will have to go back and re-code the time.

As noted above, UnumProvident will email you and the employee's supervisor an advice-to-pay notice. This notice includes all of the information needed to code the employee's time appropriately. The absence dates that are indicated are the calendar days, including work and nonwork days, that the absence is expected to last. You and the employee's supervisor should access the employee's work

CHEVRON/PANDE06843

schedule and use these blocks of time to identify what workdays in the system should be coded as qualifying for FMLA. (Remember: UnumProvident does not have access to SAP HR.)

If you receive a request for FMLA time to be coded and you do not receive an email from UnumProvident regarding the absence, instruct the employee or supervisor to call UnumProvident immediately. FMLA time will not be properly managed unless UnumProvident is involved. When you have questions, contact the employee's direct supervisor. If you still need assistance, contact one of the regional disability coordinators.

### Time entry coding for AB109 (California only) time
California law allows that employees take paid sick time to care for an ill family member. UnumProvident does not manage this time off, unless it also qualifies as FMLA-protected time. See SAP Quick Help for assistance on how to code this time. The employee's supervisor and HR Business Partner decide whether or not to approve AB109 time. UnumProvident does not provide advice-to-pay information about AB109 time. But they do administer the FMLA, STD (nonoccupational) and LTD portions of an employee's absence. For more information about AB109, refer to the online summary plan descriptions.

### Time entry coding for workers' compensation absences
In many cases, it's clear to the supervisor when an absence is caused by an occupational illness or injury. In these cases, time should be coded as occupational. If there is some question about whether the disability will be accepted as a workers' compensation injury due to the type of claim (such as a stress claim), employee absences of five or more consecutive workdays should be coded as nonoccupational Short-Term Disability until you hear otherwise from the Workers' Compensation group.

For absences of less than five days, you need to do the appropriate coding, since you get information from UnumProvident only for absences that result form a disability that lasts five or more consecutive days or are approved as FMLA-protected.

The Workers' Compensation group or the employee's supervisor may inform you later that the employee's absence is due to an occupational illness or injury. In this instance, you will need to recode the entire absence in SAP HR. Payroll Operations and Workers' Compensation can help you correct the previous time entries. Please note that an occupational disability and a FMLA-protected absence will run concurrently in the majority of the cases. In these situations, UnumProvident will give you the information for the FMLA protection and the supervisor or the Workers' Compensation group will give you the information on whether or not the disability is occupational. For more information, see the Workers' Compensation group's responsibilities on Page 38.

### Using Nucleus Pro*mis* system as needed
From time to time, you may have a need to track employee absences and trends. ChevronTexaco uses Pro*mis*, a Web-based reporting tool, to track and provide reports about employee absences. Developed by a company called Nucleus Solutions, Pro*mis* (an acronym for Productivity Management Information System) can provide you with quick and targeted information about absences at all levels of the organization — from an operating company level, to a division or department or to an individual.

Refer to the section called "Nucleus Pro*mis* Reporting System" on Page 40 for details about how to access and use the system.

### Keeping others informed
To assure that others who are involved in disability management are kept informed, you need to forward all emails you receive from UnumProvident about an employee's case to the HR Business Partner and, if applicable, the medical clinic.

### Using available resources
You have a variety of resources to help you with each of your responsibilities, as follows:

| | |
|---|---|
| Accurate entry of an absent employee's time into SAP HR | • UnumProvident via the HR Service Center at 1-888-TALK2HR (1-888-825-5247), option 5, or via email at *chevtex@unumprovident.com*, for questions about the approval or denial of disability time off; |

CHEVRON/PANDE06844

| | |
|---|---|
| | • supervisors for questions about time coding and discontinuation of benefit issues (particularly with former Texaco employees) or payroll discrepancy issues; |
| | • HR Business Partners for discontinuation of benefit issues (particularly with former Texaco employees) or discrepancy issues; |
| | • Payroll Operations (email at *payroll@chevrontexaco.com*) for questions about coding. |
| Time entry for absences protected under the Family and Medical Leave Act (FMLA) | • UnumProvident via the HR Service Center at 1-888-TALK2HR (1-888-825-5247), option 5 or via email at *chevtex@unumprovident.com* for approval or denial of FMLA-protected time; <br><br> • supervisors for time coding questions. |
| Time entry coding for workers' compensation absences | • UnumProvident via the HR Service Center at 1-888-TALK2HR (1-888-825-5247), option 5 or via email at *chevtex@unumprovident.com* for approval or denial of FMLA-protected time; <br><br> • supervisors for time coding questions; <br><br> • Workers' Compensation (email at *workcomp@chevrontexaco.com*) for coding for occupational injury illness or injury. |
| Using Nucleus Pro*mis* system as needed | • Pro*mis* system help feature or your regional disability coordinator for questions about absence and disability reports. |

## Key responsibilities and steps for UnumProvident

UnumProvident is the company ChevronTexaco has hired to help and support employees covered under Short-Term Disability (STD) and Long-Term Disability (LTD) plans, and those with absences protected under the Family and Medical Leave Act (FMLA). With UnumProvident, employees have one point of contact who coordinates the various aspects of a disability or FMLA-protected absence with his or her supervisor and health care providers. UnumProvident manages the authorizations and paperwork, and expedites the many processes involved in absences covered by STD, LTD and FMLA.

You can read more about UnumProvident, including why the company selected them, in the section called "What Is Disability Management?" on Page 2. You can also visit their Web site at *www.unumprovident.com* for more information.

ChevronTexaco's Workers' Compensation group administers benefits for employees who have an occupational illness or injury, and provides medical case management for these employees, as appropriate. If an employee calls UnumProvident to report an occupational illness or injury, UnumProvident notifies the Workers' Compensation group. Even though an absence is related to an occupational disability, UnumProvident still administers legal documents and tracks absences protected under the Family and Medical Leave Act (FMLA). Also, if an occupational absence becomes long-term, the employee will work with UnumProvident as he or she transitions into the Long-Term Disability Plan.

UnumProvident's roles and responsibilities in the program are to:

• manage disability claims;

• confirm eligibility for Short-Term Disability Plan (STD) benefits and time off under FMLA;

• review disability claims and estimate the duration of absences;

• develop return-to-work (RTW) plans for employees;

CHEVRON/PANDE06845

- confirm eligibility for Long-Term Disability Plan (LTD) benefits and handle the transition from STD to LTD;

- manage Long-Term Disability Plan (LTD) claims;

- use available resources.

**Manage disability claims**

UnumProvident is the main point of contact between an absent employee and ChevronTexaco. They manage issues for employees who are absent from work due to their own illness or injury, or because they are caring for a family member or bonding with a newborn or a newly placed adopted or foster child. The company's Workers' Compensation group handles occupational illnesses and injuries. For more information, see the Workers' Compensation group's responsibilities on Page 38.

UnumProvident coordinates with an employee and his or her supervisor and health care providers to help the employee with filing claims, managing authorizations and paperwork from providers, and managing the employee's return to work. Throughout the process, UnumProvident maintains the confidentiality of the employee's records to protect the employee's privacy. *No confidential medical information is shared with the employee's supervisor or other local management.*

**Confirm eligibility for Short-Term Disability Plan (STD) benefits and time off under FMLA**

UnumProvident gathers information from an employee and other sources that is needed to determine the employee's eligibility for disability benefits and for the protection offered under FMLA and similar state laws. This includes the employee's length of service and status of employment, as well as the circumstances for the claim for disability benefits or protection under FMLA.

For FMLA-related situations, UnumProvident verifies eligibility within two business days of first receiving a call from the employee, and notifies the employee directly of his or her status.

If an employee is eligible for benefits, UnumProvident begins managing the absence and contacts the employee to obtain further medical authorizations.

UnumProvident provides ChevronTexaco supervisors and TA/TDRs with advice-to-pay notices that include all of the information needed to code an absent employee's time appropriately in terms of qualifying for STD benefits, FMLA-protected time, or both. UnumProvident does not provide advice-to-pay information about AB109 time.

**Review disability claims and estimate the duration of absences**

As a part of working with an employee during his or her absence due to personal illness or injury, UnumProvident reviews the medical diagnosis and estimates how long the employee will likely be absent from work. This helps the employee communicate with health care providers and gain a better understanding of his or her condition, and it helps the company manage the employee's work while he or she is absent.

When the absence is estimated to be of long duration, UnumProvident starts special case management that anticipates the employee's transition from a short- term disability to long-term disability.

**Develop a return-to-work (RTW) plan for employees**

UnumProvident determines when it's appropriate to develop a formal return-to-work plan. Generally, these are situations when an employee has been absent and receiving STD benefits for a long duration. UnumProvident works with the employee's supervisor to determine the circumstances in which the employee will return to work. This includes whether he or she will be able to work full time or will need a part-time schedule, whether the return will be permanent or temporary, and if the employee will need special accommodations.

UnumProvident coordinates the RTW plan with input from the employee, his or her supervisor and with the ChevronTexaco regional disability coordinator. UnumProvident also explores whether the employee needs a functional capacity exam (FCE) or fit-for-duty exam before returning to work and coordinates with

CHEVRON/PANDE06846

the treating physician and supervisor to prepare the employee for the exam. ChevronTexaco handles the arrangements for the exam. For more information, refer to the work process flow charts for the following:

- Return to work with an FCE — general guidelines (*http://hr2.chevrontexaco.com/disabilitymanagement/pdf/RTW_With_FCE.pdf*);

- Return to work with or without restrictions and no FCE (*http://hr2.chevrontexaco.com/disabilitymanagement/pdf/RTW_No_FCE.pdf*).

When it's necessary to conduct a job search, UnumProvident identifies, confirms and documents an employee's training, experience, education and transferable skills, as well as identifies and documents any ongoing restrictions or limitations that the employee may have. They also identify the types of jobs that a person would be capable of performing, review any job opportunities, and communicate and consult with the employee and company about possible job opportunities. Job searches conducted by UnumProvident concentrate on opportunities outside ChevronTexaco and are initiated only after consultation with ChevronTexaco. HR Business Partners conduct the internal job searches, and if needed, consult with UnumProvident on matters such as transferable skills.

**Confirm eligibility for Long-Term Disability Plan (LTD) benefits and handle the transition from STD to LTD**
The Payroll group notifies UnumProvident when an employee's STD benefits and vacation time are within 480 hours (about three months) of running out. UnumProvident then confirms if the employee is eligible for LTD Plan benefits and whether the employee meets the plan's definition of disability. UnumProvident manages LTD benefits for employees who have been absent due to an occupational illness or injury and who are transitioning from STD benefits to LTD benefits. The Workers' Compensation group manages the occupational aspect of the employee's absence.

**Manage Long-Term Disability Plan (LTD) claims**
UnumProvident maintains contact with employees who are on a disability leave and receiving LTD benefits, and will request regular medical updates to certify ongoing disability.

UnumProvident assists eligible employees in applying for Social Security disability benefits. And they notify an employee of any changes that may occur in monthly payments.

If the employee no longer meets the definition of disability as defined by the LTD Plan, reaches age 65 (unless plan benefits began on or after the employee's 60th birthday), retires, becomes ineligible for benefits, or dies, UnumProvident will notify the employee's supervisor, HR Business Partner or the ChevronTexaco regional disability coordinator, and the employee or his or her family member, if appropriate, by letter.

**Use available resources**
You have a variety of resources to help you with each of your responsibilities, as follows:

| | |
|---|---|
| Manage disability claims | • other sections in this guide for details about the program, including information an employee needs when he or she contacts UnumProvident to report an absence; |
| | • employees and their doctors for information about an absence; |
| | • the HR Service Center at 1-888-TALK2HR (1-888-825-5247), option 2, to refer employees who have questions about benefits during leaves of absence or benefits other than disability plans; |
| | • the HR Business Partner for eligibility for the various leaves of absence; |
| | • supervisors to refer expatriate employees for all questions related to all STD benefits or leave policies; |

CHEVRON/PANDE06847

| | |
|---|---|
| | • regional disability coordinators for help with managing absences and return-to-work planning, as needed;<br>• EAP and WorkLife Services advisor (1-800-860-8205), as requested by an employee. |
| Confirm eligibility for Short-Term Disability Plan (STD) benefits and time off under FMLA | • supervisors and regional disability coordinators for help in locating accurate eligibility information if required;<br>• employees and their doctors for information about an absence. |
| Review disability claims and estimate the duration of absences | • employees and their doctors for information about an absence;<br>• regional disability coordinators for progress of employees with long-term disabilities and any difficult cases that require special handling. |
| Develop a return-to-work (RTW) plan for employees | • regional disability coordinators to determine the return-to-work plan and negotiate return to work with local management;<br>• supervisors and HR Business Partner for help with return-to-work planning, local practices and job placement;<br>• employees and their doctors |
| Confirm eligibility for Long-Term Disability Plan (LTD) benefits and handle the transition from STD to LTD | • Payroll Operations for questions about available STD benefits;<br>• employee and his or her doctor for information about the absence;<br>• Benefits Planning and Administration for interpretation of the STD and LTD summary plan descriptions (SPDS) or plan texts;<br>• Workers' Compensation for information about claim files for those who have been absent due to an occupational disability;<br>• regional disability coordinators for help with the job analysis process, as needed;<br>• supervisors for help with providing a job analysis, (such as a GO-308) as needed. |
| Manage Long-Term Disability Plan (LTD) claims | • employees and their doctors for information about an absence;<br>• for closures of LTD claims and confirmation of LTD benefit termination and action to be taken: regional disability coordinators, supervisors and HR Business Partners. |

## Key responsibilities and steps for Workers' Compensation

ChevronTexaco's Workers' Compensation group administers workers' compensation benefits for employees who have an occupational illness or injury. They also provide medical case management for claims, as appropriate, for occupational illnesses and injuries.

UnumProvident administers legal documents and tracks absences protected under the Family and Medical Leave Act (FMLA) for occupational illness and injuries. When an employee calls to report an absence that's related to an occupational injury or illness, UnumProvident advises the Workers' Compensation group, who then manages the claim for benefits.

If an employee absence becomes long-term and the employee will be applying for Long-Term Disability benefits, their file is sent to UnumProvident for further handling of the LTD claim.

CHEVRON/PANDE06848

ChevronTexaco's Workers' Compensation group has the following responsibilities under the Disability Management Program:

- review claims to determine if they are occupational or nonoccupational;

- accept occupational disability reports from UnumProvident;

- administer workers' compensation benefits;

- advise UnumProvident of changes in claims designation;

- share files with UnumProvident when occupational STD benefits are exhausted;

- manage occupational disability cases through to completion;

- use available resources.

**Review claims to determine if they are occupational or nonoccupational**
The Workers' Compensation group has the sole authority to determine if a disability is occupational or nonoccupational. If the claim is in question, the case will be treated as nonoccupational during further investigation and until a determination is made. During this time, UnumProvident will provide case management, and the employee will receive any Short-Term Disability Plan benefits for which he or she is eligible.

**Accept occupational disability reports from UnumProvident**
When UnumProvident determines that an employee's claim may be occupational, they will send that claim to Workers' Compensation for review and classification. If Workers' Compensation determines the claim to be occupational, UnumProvident will transfer the case to the Workers' Compensation unit for ongoing case management.

UnumProvident will deliver an absence report daily to Workers' Compensation that includes classification of all absences as workers compensation, Short-Term Disability and FMLA.

**Administer workers' compensation benefits**
Workers' Compensation will administer benefits under federal and state laws to ensure compliance with reporting, salary protection, medical treatment and maintaining appropriate records.

**Advise UnumProvident of changes in claims designation**
When an employee's claim, which was originally sent through Workers' Compensation, is later designated nonoccupational, Workers' Compensation notifies UnumProvident by email or fax of the decision and transfers the case, with all relevant information and documentation, to UnumProvident for further handling. In cases where an injury or illness appears to be work-related but the employee refuses to file a workers' compensation claim, the Workers' Compensation group notifies UnumProvident, who then manages the claim.

**Share files with UnumProvident when occupational STD benefits are exhausted**
When an employee has used all of his or her full occupational STD benefits, Workers' Compensation will share the employee's file, including medical information, with UnumProvident who will then manage the Long-Term Disability Plan aspect of the claim.

**Manage occupational disability cases through to completion**
Workers' Compensation will manage cases of occupational disability. Once a claim for LTD benefits is accepted by UnumProvident, Workers' Compensation will provide UnumProvident with:

- copies of all medical reports;

- notification of change in compensation;

- return-to-work status.

CHEVRON/PANDE06849

**Use available resources**

| | |
|---|---|
| Review claims to determine if they are occupational or nonoccupational | • appropriate State Workers' Compensation claims form and form GO-42 — *Employer's Report of Occupational Injury or Illness*;<br><br>• UnumProvident via the HR Service Center at 1-888-TALK2HR (1-888-825-5247), option 5, or via email at *chevtex@unumprovident.com*, or regional disability coordinator for information about occupational or nonoccupational status. |
| Accept occupational disability reports from UnumProvident | • UnumProvident via the HR Service Center at 1-888-TALK2HR (1-888-825-5247), option 5 or via email at *chevtex@unumprovident.com*. |
| Administer workers' compensation benefits | • applicable federal and state laws |
| Advise UnumProvident of changes in claims designation | • UnumProvident via the HR Service Center at 1-888-TALK2HR (1-888-825-5247), option 5 or via email at *chevtex@unumprovident.com*. |
| Share files with UnumProvident when occupational STD benefits are exhausted | • UnumProvident via the HR Service Center at 1-888-TALK2HR (1-888-825-5247), option 5 or via email at *chevtex@unumprovident.com* |
| Manage occupational disability cases through to completion | • Payroll Operations for questions about coding if the employee's status changes (Payroll Operations will be notified by UnumProvident and Workers' Compensation.);<br><br>• UnumProvident via the HR Service Center at 1-888-TALK2HR (1-888-825-5247), option 5, or via email at *chevtex@unumprovident.com* for questions and coordination of transition to LTD. |

## Nucleus Pro*mis* Reporting System

ChevronTexaco uses Pro*mis*, a Web-based reporting tool, to track and provide reports about employee absences. Developed by a company called Nucleus Solutions, Pro*mis* (an acronym for Productivity Management Information System) can provide you with quick and targeted information about absences at all levels of the organization — from an operating company level, to a division or department or to an individual.

Pro*mis* integrates data about absences at ChevronTexaco from various sources and enables you to create customized reports that meet your needs for attendance information. For example, Pro*mis* can help you:

• identify areas of the business with high levels of absence;

• determine individual employee absence trends by month;

• track how organizational efforts, such as attendance management initiatives, affect absences;

• identify seasonal trends in absence;

• assess group attendance results as compared to a specific target.

Among the types of absences included in the system are those related to short- and long-term disabilities and absences protected under the Family and Medical Leave Act (FMLA).

CHEVRON/PANDE06850

All data is carefully maintained to assure confidentiality, and you need a username and password to access Promis. If you have a business need to track and run reports on employee absences, you can request training or run reports through the following links:

To request access and complete training for how to use Promis, go to http://chevrontexaco_support.promisweb.com/training/index.cfm;

To access and run reports using Promis, go to https://chevrontexaco.promisweb.com/.

You should complete the online training before you use the system. After you've completed training, you can send an email to corpidm@chevrontexaco.com to obtain a password so you can access the system and run reports.

Please note that the Promis Web site has a link for downloading a tool called the "Webex player." You won't be able to do this from the Promis Web site, but you can download the Webex player from your ChevronTexaco GIL Options Panel. Once at the GIL Options Panel, enter "webex" and click the search button. You will then see a line that reads, "Media Player - version 4.0 (53762)." This is the application software that you need to view the training sessions. Install the software on your computer. After installing and downloading the training sessions, you'll be able to review the training at your convenience.

If you need help with the Promis system, contact your regional disability coordinator.

If you want to provide feedback or suggested enhancements to the Promis system, send an email to corpidm@chevrontexaco.com

CHEVRON/PANDE06851

# When You're Ready To Return To Work

If you've been off due to an illness or injury, you want to be able to perform and contribute when you return to work. Sometimes, though, if you've been seriously sick or injured, you can't just return and perform at the same level you used to. You need some help to return safely and at the appropriate level of effort.

Disability Management is designed to help you do just that — in a way that fits your needs as well as the company's needs. That's because when it's time to return to work, the program focuses on your abilities — not your *disabilities*. That means that you, your doctor, your Customer Care Specialist at UnumProvident, your regional disability coordinator at ChevronTexaco and your supervisor work together as a team to create a return-to-work plan that assures your work is appropriate, and that you can manage it safely without jeopardizing your health or the health of others, such as your coworkers or the public.

For example, a safe and successful early return to work may include:

• temporarily reduced or changed work hours;

• temporary limited duty;

• a temporary or transitional assignment to a job that's not your regular job.

The goal is for you to succeed at returning to work safely as soon as possible.

Keep in mind that as you get ready to return to work after a disability, you need to notify UnumProvident as soon as you're released to return and, of course, notify your supervisor before your first day back. You may also be required to complete a functional capacity evaluation (FCE) or a fitness-for-duty evaluation and provide additional documentation related to work restrictions or limitations. In addition, if there's an absence control program where you work, you'll have to follow any return-to-work provisions of that program. Your supervisor can provide you with more information.

**Success Stories**
If you want to read about some people who have successfully returned to work after a disability, check out Stories of Courage on UnumProvident's Web site at *www.unumprovident.com*.

CHEVRON/PANDE06852

# Disability Benefits

When you become disabled, you may be eligible to receive benefits from several different sources, including the ChevronTexaco disability plans, state disability programs and Social Security.

## ChevronTexaco's Disability Benefits

ChevronTexaco's disability benefits can help provide income replacement if you're disabled and absent from work due to an illness or injury:

- The Short-Term Disability (STD) Plan can provide full-pay and half-pay benefits when you're absent due to a qualifying disability, if you have benefits available in your STD benefit account. See the online summary plan descriptions for the amount of benefits you may be eligible for, based on your service. The benefits shown are the maximum amounts you can accumulate. Each time you receive benefits from the plan, your account is reduced by the benefits used.

- The Long-Term Disability (LTD) Plan can pay a portion of your income if your disability lasts a longer time.

See ChevronTexaco's online summary plan descriptions (SPDs) for complete details about these plans, including how to apply for disability benefits, the amount of benefits available and information about appealing decisions related to your disability benefits.

If you think you will be disabled for a long time, you may want more information about how your other company benefits will be handled while you're disabled and on a disability leave. You can refer to the Time Off SPD, which discusses Disability Leaves, including eligibility, pay and how your benefits will be handled while you are on leave.

**Former Texaco employees**
If you're a former Texaco employee, you're covered under the ChevronTexaco Short-Term Disability Plan that went into effect July 1, 2002, except that your benefits cannot be less than they were under the former Texaco plans. Your coverage under the ChevronTexaco Long-Term Disability Plan is identical to coverage under the former Long-Term Disability Plan of Texaco, Inc.

For more details about your disability benefits, refer to the online summary plan descriptions and the information called "Special Plan Terms for Former Texaco Employees."

## State Disability Insurance Programs

Several states also provide disability insurance programs if you can't work because of an off-the-job illness or injury. Eligibility for state disability benefits varies from state to state, as does the definition of what is a "disability." In addition, the definitions used by the states may not be the same as those used in the ChevronTexaco disability plans.

The following is a summary of the programs provided by the following states:

- California;
- Hawaii;
- New Jersey;
- New York.

**California**
If you're a California employee, you must have state disability insurance coverage. Your options for coverage are as follows:

CHEVRON/PANDE06853

- Unless you're a former Texaco employee, you can participate in either the ChevronTexaco Voluntary Disability Insurance Plan or the California State Disability Insurance Program. If you don't elect to enroll in the state program, you automatically participate in the Voluntary Disability Insurance Plan.

- If you're a former Texaco employee, you participate in the State Disability Insurance Program, since the Voluntary Disability Insurance Plan is currently not an option for you.

Benefits from the voluntary plan and the state program combine with Short-Term Disability Plan benefits, so that disability income from all sources doesn't exceed your full regular-pay benefits.

You can find more information about these plans on form GO-1449. And, you can refer to California's Web site at: _www.edd.ca.gov_ for more information about the state plan.

If you're unsure of which plan you're in, take a look at the lower left hand corner of your paycheck stub or direct deposit statement. If you're in the company plan, your statement or stub will show "CA EE Voluntary Disability." If you're in the state program, your statement or stub will show "DIP CA State MM BB."

### Hawaii
If you're a Hawaii employee, you must have State Temporary Disability Insurance (TDI) coverage. ChevronTexaco provides coverage that meets the state requirement through your benefits from the Short-Term Disability Plan. If necessary, your Short-Term Disability benefits will be increased so that you receive the benefits required by the state.

### New Jersey
If you're a New Jersey employee, you must have state disability insurance coverage. You're covered under the state program or a company-sponsored private disability insurance plan administered by UnumProvident. You cannot change from one plan to the other.

Benefits from the private plan and the state program combine with Short-Term Disability Plan benefits, so that disability income from all sources doesn't exceed your full regular-pay benefits. The summary below compares the features of the private plan and the state program. You can find more information on New Jersey's Web site at: _www.state.nj.us/labor/tdi/tdiindex.html_.

**New Jersey State Disability Insurance**
**Comparison of Company-Sponsored Private Plan and State Program**

|  |  |  |
|---|---|---|
| Cost | For 2003, the cost is 0.5 percent of the first $23,900 of your annual earnings, a maximum of $119.50 per year. | Same as the company-sponsored plan. |
| Filing a claim | UnumProvident handles your claim. A state claim form is not required. | You handle your claim directly with the state. A state claim form signed by your doctor is required. |
| Coverage amount | You can receive up to 66 2/3 percent of your average weekly wage, subject to a maximum of 53 percent of the average statewide pay. The maximum benefit is $450 per week in 2003. | Same as the company-sponsored plan. |
| Benefit payments | UnumProvident will mail benefit payments directly to you, and the amount of the benefit will be deducted from your paycheck. | Expected benefits are deducted from your paycheck on a current basis. The state mails benefit payments to you after your claim is approved. A delay could result in a lesser income until payment is received. |

CHEVRON/PANDE06854

| How long benefits are paid | Benefits are paid for a maximum of 26 weeks for any one period of disability. | Same as the company-sponsored plan. |
| Taxability of contributions | Your contributions are not deductible on federal income tax. | Your contributions are deductible on federal income tax as state taxes. |

**New York**

If you're a New York employee, you must have state disability insurance coverage, and you're covered under a company-sponsored private disability insurance plan administered by UnumProvident. Benefits from the private plan combine with Short-Term Disability Plan benefits, so that disability income from all sources doesn't exceed your full regular-pay benefits.

UnumProvident handles your claim. A separate state claim form is not required. For 2003, the cost is 0.5 percent of your weekly wages, up to a maximum of $.60 per week. Your contributions are not deductible on federal income tax. You can receive benefit payments of up to 50 percent of your weekly wage, subject to a maximum of $170 per week. Benefits are paid for a maximum of 26 weeks in a 52-week period for any one period of disability. Benefit payments are included in your paycheck as a part of your benefits from the company's Short-Term Disability Plan. If necessary, you'll receive payments from Unum Provident so that you receive the benefits required by the state.

## Social Security benefits

If you're disabled for an extended period of time, you should also familiarize yourself with the disability benefits provided by the Social Security program, since the Long-Term Disability Plan coordinates benefits with Social Security. The online summary plan descriptions include more information about how LTD benefits work with Social Security benefits.

You can also learn more about Social Security online at _www.ssa.gov_. The site includes information about how to apply, the benefits you can receive and how the process works. In addition, your Customer Care Specialist at UnumProvident can provide you with information about Social Security benefits.

CHEVRON/PANDE06855

# Family and Medical Leave Act (FMLA)

## Overview

The Family and Medical Leave Act of 1993 (FMLA), often referred to by the letters F M L A (or spoken as "fem-la"), is a federal law that provides you with job protection for certain family and medical reasons. Job protection means that when you return from an absence covered under FMLA, you must be restored to your original job, or to an equivalent job with equivalent pay and benefits. In addition, your use of time off under FMLA cannot result in the loss of any employment benefit that you earned or were entitled to before you used the time off.

For complete details about FMLA, including definitions of terms, refer to the form called "Family and Medical Leave Act – Rights and Obligations" located on the Disability Management Web site at: *http://hr2.chevrontexaco.com/disabilitymanagement/pdf/N-5 .pdf*. You can also contact UnumProvident for information about the law.

### What absences can qualify under FMLA

If you're eligible, you can take up to 12 weeks of time off during a 12-month period for any of the following reasons:

- the birth or placement of a child for adoption or foster care;

- to care for an immediate family member (spouse, child or parent) with a serious health condition;

- for medical reasons when you are unable to work because of your own serious health condition. (For more information about what qualifies as a serious health condition, including how intermittent absences are covered, refer to the form called "Family and Medical Leave Act – Rights and Obligations" on the Disability Management Web site located at: *http://hr2.chevrontexaco.com/disabilitymanagement/pdf/N-5 .pdf*. See Page 3 of that form for a definition of a serious health condition.)

If you take time off for a birth or placement for adoption or foster care, the time taken must end within 12 months of the birth or placement. Also, under some circumstances, you may take time off intermittently when it's medically necessary to care for a seriously ill family member or because you are seriously ill and unable to work. Intermittent time off may be taken in blocks of time down to one hour, or by reducing your normal weekly or daily work schedule.

### Your health benefits

When you take a leave covered by the law, the company has to continue your group health coverage as if you were still working. You must continue to pay your share of health care contributions while you're absent.

### Your job is restored

When you return from an absence that's protected under FMLA, you must be restored to your original job, or to an equivalent job in the same general geographical work location with equivalent pay, benefits, and other employment terms and conditions.

## FMLA and ChevronTexaco Family Leave

ChevronTexaco provides employees with an unpaid Family Leave of absence that offers the same job protection as FMLA does. Moreover, the company's Family Leave provides more time off for family reasons than the federal law, and it includes a broader definition of a family member.

For example, under the company's Family Leave policy, you can take a leave for up to six months in any 12-month period, while under FMLA, your protected time is up to 12 weeks in a 12-month period. The company's Family Leave policy includes as family members: spouses, domestic partners registered with ChevronTexaco, children, parents, grandparents, parents-in-law and siblings. FMLA includes only parents, spouse and children as "family."

CHEVRON/PANDE06856

Sometimes, ChevronTexaco Family Leave is also FMLA-protected time. For example, say you take a Family Leave for five months to care for your spouse who is seriously ill. The first three months (12 weeks) of Family Leave would be protected under both FMLA and the company's Family Leave policy. The last two months of the leave wouldn't be protected under FMLA, but would be protected under the Family Leave policy. (This example assumes that you have not had any time off that was protected under FMLA for the past 12 months.)

Other times, though, you may take a ChevronTexaco Family Leave that is not eligible for protection under FMLA, since it's not an absence that's covered under FMLA. For example, suppose you go on a Family Leave for three months to care for a seriously ill sister. None of the time on leave is protected under FMLA because sisters are not considered family members under FMLA. However, the entire three months on Family Leave is protected under the provisions of the company's Family Leave policy.

The rules about what time qualifies as Family Leave and FMLA are complex. If you have questions how your time off may be counted, contact your HR Business Partner. See the overview chart on Page 48 for a quick look at the provisions of FMLA and Family Leave, as well as several California laws that apply to time off.

## State law

Depending on where you work, you may be covered under a state law that governs absences and provides job protection and other benefits. If that's the case and the laws in your state provide more generous provisions than federal law or company policy, you'll be eligible for the more generous provisions. Please check with your HR Business Partner for information about applicable state laws.

### California laws

If you work in California, you're also covered under several state laws, as follows:

- AB109 — This law permits you to take a certain amount of your available sick-pay benefits if you can't work because you have to care for an ill family member. The illness can be relatively minor, such as the cold or flu. Your job is protected when you take time off under AB109, and the time off cannot be counted as an absence under an absence control program. If you take time off to care for a family member with a serious illness, the absence may also count as protected time under FMLA.

  Under AB109, you report the time off to your supervisor just as you do when you're sick. However, you report that the time off is to care for a sick family member. The same rules that apply when you're ill apply to an ill family member. For example, if your management requires documentation, such as a doctor's certification for an illness, the same information may be required for your family member's illness. Your supervisor is responsible for tracking and recording absences under AB109.

  UnumProvident does not handle absences under AB109, unless the absence also qualifies as a FMLA-protected absence. So, if you think your absence may qualify for protection under FMLA, you should also report it to UnumProvident so that you're eligible for any job protection that may be available under FMLA. See "How To Report An Absence" on Page 8 for more details. You may have to provide details about the absence so that it can be certified as FMLA-protected time off.

  Please refer to the online summary plan descriptions or contact your supervisor or HR Business Partner for more information.

- California Family Rights Act (CFRA) — Under this law, you're entitled to a leave of absence for up to 12 work weeks in a 12-month period for:

  — bonding with a child after birth;

  — placement of a child in your family for adoption or foster care;

  — a serious health condition of your child, parent or spouse;

  — your own serious health condition.

  The leave can be taken intermittently, and the time off may also count as protected time under FMLA.

  You can find out more about this law on California's Web site at *www.dfeh.ca.gov/Statutes/cfra.asp*.

CHEVRON/PANDE06857

- California Pregnancy Disability Leave Law (PDLL) — This law provides you with certain job guarantees if you take a medically necessary leave of absence for up to four months as a result of pregnancy. You can find out more about this law at *www.caag.state.ca.us/publications/womansrights/ch1.htm#4e*.

## At a glance — Time off for family reasons
Review this chart for a quick look at the provisions for FMLA, Family Leave, AB109, CFRA and PDLL.

| | | | | |
|---|---|---|---|---|
| **FMLA**<br><br>Federal law | When you need time off to care for yourself or a family member with a serious illness. Family member means a spouse, parent or child. Also applies for time to bond with new family member, such as newborn, newly adopted child or newly placed foster child. | Up to 12 weeks in a rolling 12-month period. | Job and service is protected.<br><br>May be on a ChevronTexaco Family Leave at the same time or receiving STD benefits under California's AB 109 law. | UnumProvident tracks and administers FMLA-protected absences for ChevronTexaco. Contact them through the HR Service Center at 1-888-TALK2HR (1-888-825-5247) and select option 5.<br><br>Also refer to the section on FMLA on Page 46. |
| **Family Leave**<br><br>Company policy | When you need time off to care for a family member with a serious illness. Family member means spouse, domestic partner registered with ChevronTexaco, child, parents, grandparents, parents-in-law and siblings. Also applies for time to bond with new family member, such as a newborn, newly adopted child or newly placed foster child. | Up to six months in a rolling 12-month period. | Job and service is protected.<br><br>Time on leave may be also protected under FMLA. | ChevronTexaco HR Business Partners and company supervisors manage time off under Family Leave.<br><br>For information about benefits on leave or an application form, contact the HR Service Center at 1-888-TALK2HR (1-888-825-5247) and select option 2.<br><br>Also refer to the section on "Leaves Of Absence" on Page 49.<br><br>Note: UnumProvident cannot help you with Family Leave. |
| **AB 109**<br><br>California state law | California employees only – for time off to care for an ill family member, including spouse or domestic partner registered with ChevronTexaco, child or parents. This can include time off for minor illnesses, which are not protected under FMLA. | Depends on amount of health and welfare eligibility service and amount of AB 109 time remaining in STD bank. AB 109 time is updated yearly according to the law. | The law prohibits an employer from discharging, threatening to discharge, demoting, suspending or otherwise discriminating against you for using such sick leave for family illness. Time on leave may also be protected under FMLA. | ChevronTexaco HR Business Partners and company supervisors manage time off AB 109.<br><br>You can also refer to the online summary plan descriptions at *http://hr2.chevrontexaco.com/spd/disabilityBenefits/std_specialcircumstances.asp* |
| **CFRA**<br><br>California state law | California employees only – for time off to bond with a child after birth; for placement of a child for adoption or foster care; for serious health conditions. | Up to 12 work weeks in a 12-month period. | Reinstatement to same or comparable position; time off may also count as protected time under FMLA. | ChevronTexaco HR Business Partners<br><br>California's Web site at *www.dfeh.ca.gov/statutes/cfra.asp* |
| **PDLL**<br><br>California state law | California employees only – for time for pregnancy-related disabilities. | Up to four months. | Reinstatement to same or comparable position; time off may also count as protected time under FMLA. | ChevronTexaco HR Business Partners<br><br>On the Web at *www.caag.state.ca.us/publications/womansrights/ch1.htm#4e* |

CHEVRON/PANDE06858

# Leaves Of Absence

ChevronTexaco provides several types of unpaid leaves of absence when you need time off for disability or family reasons. These leaves may or may not be protected under the Family and Medical Leave Act of 1993 (FMLA), depending on the reason for the leave and whether you're eligible for FMLA.

Below is a chart that summarizes the main provisions of these leaves. If you want more details about Family or Personal leave, including information about eligibility and how your benefits are affected if you take a leave, refer to one of the following leave forms:

- Family Leave;
- Personal Leave Without Pay.

Note: There is no form for a Disability Leave.

You can also consult your Human Resources Business Partner for information about eligibility for the leaves. And, be sure to talk to your supervisor about your plans and get his or her signature on the leave form, as needed.

If you want to request a leave form and obtain information regarding your benefits while on leave, you should contact the HR Service Center at 1-888-TALK2HR (1-888-825-5247) and select option 2.

You can also find information about leaves in the HR guidelines for Disability Leave and Family Leave, and the online summary plan descriptions, which summarize the company's leave of absence provisions.

## Leave Summary Chart

Here's an overview of the different types of leaves available for disability and family reasons. All of these leaves are unpaid leaves.

### Eligibility

| You're eligible if you meet both of the following: | You're eligible if you meet either of the following: | You're eligible if you meet either of the following: |
|---|---|---|
| • You're a full-time or part-time employee who is eligible for the company's health and welfare benefits.<br><br>• You're eligible for the Long-Term Disability Plan.<br><br>For an off-the-job disability, you're eligible for the Long-Term Disability Plan when you have six months of health and welfare eligibility service. For an on-the-job disability, you're eligible for the plan from your first day of work. | • You're a full-time or part-time employee who is eligible for the company's health and welfare benefits, and you have six months of health and welfare eligibility service.<br><br>• You're a full-time or part-time employee who is not eligible for the company's health and welfare benefits, but you've been employed for the past six consecutive months. | • You're a full-time or part-time employee who is eligible for the company's health and welfare benefits.<br><br>• You're a full-time or part-time employee who is not eligible for the company's health and welfare benefits, but you've been employed for the past six consecutive months. |

### Length of leave

| Your leave can last as long as you are disabled according to the Long-Term Disability (LTD) Plan. | You can take a leave for up to six months in any rolling 12-month period. | If your leave is approved by management, the leave can last for a year and may be renewed after that. |
|---|---|---|

CHEVRON/PANDE06859

## Reasons for Leave

| You are placed on a disability leave while you're: | You can take a leave for reasons related to: | The disability-related and family-related reasons why you might take a personal leave are: |
| --- | --- | --- |
| • waiting to receive benefits (in the elimination period) under the Long-Term Disability Plan after your paid benefits, such as Short-Term Disability and vacation, have run out.<br><br>• receiving benefits from the LTD plan. | • birth, adoption or foster care of a child;<br><br>• serious illness of a family member, including your spouse or domestic partner registered with ChevronTexaco, child, parents, parents-in-law, grandparent, brother or sister. | • You have an off-the-job disability and you're expected to return to work within a reasonable time, and you're a full-time or part-time employee eligible for the company's health and welfare benefits, but you aren't eligible for the Long-Term Disability Plan. (This could occur because you have less than six months of health and welfare eligibility service, or you are a former Texaco employee enrolled in the Former Texaco Term Life Insurance Plan and you do not have contributory term life.)<br><br>• You're a full-time or part-time employee eligible for the company's health and welfare benefits, you've already been on a Family Leave for six months in the last 12-month period and you need to take a leave for reasons related to:<br><br>— the birth, adoption or foster care of a child;<br>— the serious illness of a family member, including your spouse or domestic partner registered with ChevronTexaco, child, parents, parents-in-law, grandparent, brother or sister.<br><br>• You have a disability that's protected under FMLA, you're a full-time or part-time employee and not eligible for the company's health and welfare benefits, but you've been employed for the past six consecutive months.<br><br>• Your disability is not covered under the Long-Term Disability Plan, even though you're eligible for that plan. |

CHEVRON/PANDE06860

**Returning to Work**

| | | |
|---|---|---|
| If you return within 31 days, you will be reinstated. After that, the company will try to find a position for you, but there's no guarantee that a position will be available, unless your absence is protected under FMLA. | You must apply to return before the end of the leave. You'll be reinstated to the same job or a job in the same general geographic location that company deems is of equivalent level and pay. | If you return within 31 days, you will be reinstated. After that, the company will try to find a position for you, but there's no guarantee that a position will be available, unless your absence is protected under FMLA. |

CHEVRON/PANDE06861

# Frequently Asked Questions

## Questions about the program

### Can UnumProvident tell ChevronTexaco to stop my Short-Term Disability benefits?
No, but they can make a recommendation about whether you qualify for benefits from the plan. Their recommendation is based on reviewing the medical information you and your doctor provide to certify your disability, as defined by the plan. If your absence cannot be certified, UnumProvident lets ChevronTexaco know. ChevronTexaco then decides whether you'll be paid Short-Term Disability benefits. If you don't qualify for benefits, you won't receive them.

### Does the program limit the amount of benefits available to me from the Short-Term Disability Plan?
No. The program does not affect the amount of benefits available to you. It just requires that you certify your absence to demonstrate that you are eligible to receive those benefits, based on your illness or injury. In other words, the certification part of the program is the company's way of managing the plan according to the plan's rules for documenting a disability.

### Why does UnumProvident need information from a government agency?
ChevronTexaco's disability plans generally reduce the amount of your benefit payments by any other disability income you're receiving, for example, Social Security disability benefits. UnumProvident needs information about those other benefits so that it can accurately pay your claim under the company's plans.

### Who manages workers' compensation claims?
Workers' compensation claims are managed by ChevronTexaco's Workers' Compensation group. In states other than California, the Workers' Compensation group uses an outside administrator. A claims examiner is responsible for managing all aspects of workers' compensation claims. In some states, the law requires that examiners be licensed by the state. A nurse case manager can be assigned to assist with the medical aspect of a claim, depending on the nature and or severity of the injury.

If you call UnumProvident to report an on-the-job illness or injury, UnumProvident will notify ChevronTexaco's Workers' Compensation group. Refer to the responsibilities section on Page 38 for more information about the Workers' Compensation group's role in the Disability Management Program.

### In California, when I need to take AB109 time off, do I need to call UnumProvident?
It depends on the situation. If your family member has a serious health condition, you should call UnumProvident because you may also qualify for protection under FMLA to care for him or her. In this case, the time off would be covered under both California's AB109 and count as protected time off under FMLA. Under FMLA, you have job protection for up to 12 weeks, although your benefits under AB109 do not last that long. Absences that are short-term, such as a child with a cold or a sore stomach, qualify for AB109 benefits but generally not for FMLA-protected time off. If you have any doubt, check with UnumProvident about whether your absence could be FMLA-qualifying.

### Can UnumProvident tell me what treatment to get if I'm ill or injured?
No. UnumProvident does not tell you what your treatment should be. They do, however, review your doctor's treatment plan for you and compare it with generally accepted medical guidelines for your condition. If there's a discrepancy between what your doctor is doing, and what is normally done, they will ask your doctor to explain the discrepancy. If a discrepancy in diagnosis or treatment cannot be explained reasonably, UnumProvident may request an independent medical examination.

### Can the company force me to return to work if my doctor says I can do "light-duty" work?
If your doctor releases you for light-duty work, and work is available, you may be required to return to work and perform that job.

CHEVRON/PANDE06862

**As a former Texaco employee, should I use the program?**
Yes. As with all other employees, you're expected to report and certify your absence. This is not a change since you were also required to report and certify your disability under the former Texaco disability plans. The difference is that you now use the Disability Management Program to report and certify your absence. However, at the present time, no failure to comply with the requirements of the Disability Management program will result in a loss of benefits where you would have received a benefit under the provision of the former Texaco disability plans.

**If I return to work with certain restrictions, how will I be monitored?**
UnumProvident and your regional disability coordinator will work with you, your supervisor and HR Business Partner to develop an appropriate return-to-work plan, which includes monitoring how you're doing when you return. Once you're back to work full-time, UnumProvident is usually no longer involved.

**What is a functional capacity exam (FCE)?**
A functional capacity exam (FCE) is required in some cases to assure that you're able to safely and effectively perform the physical functions required for your job. Many of the jobs in the company's Gulf of Mexico operations and in several refineries require employees to have an FCE before returning to work after they're off for certain medical conditions or off for 30 days or longer due to an illness or injury.

When you call to report your absence, the Customer Care Specialist at UnumProvident will ask whether your management requires such an exam. If you're not sure, check with your supervisor. UnumProvident will then let your doctor know about the exam and send him or her the needed information about your job and the exam. Once your doctor releases you to have an FCE, you will be scheduled for the exam, which is conducted by a ChevronTexaco-approved facility or an authorized provider in your area. When you doctor receives the results of the exam, he or she can then make a recommendation about your ability to return to work. UnumProvident will keep in touch with you and your supervisor to assure that the exam is complete by the time you are ready to return to work.

**How can someone else notify UnumProvident without my personal identification number (PIN)?**
You don't need a PIN to call. When you call, the representative at UnumProvident will ask for your personnel ID number (PERNR) or Social Security number. If someone else calls for you and he or she doesn't know either of these, the representative will ask other identifiable questions, such as your name and address, to figure out who you are.

**If I'm absent for more than five days because of a work-related injury, do I have to call UnumProvident?**
Yes. If your absence is work-related, UnumProvident will inform the company's Workers' Compensation group, who will work with you to pay any benefits for which you are eligible. UnumProvident will also track your time off to assure it's recorded as protected under FMLA.

**I had an injury and need to have regular physical therapy. How is this time off handled?**
You need to check with your supervisor or your time administrator to see how they will be coding your time off.

**Can UnumProvident send me to see a doctor that they recommend?**
If there is a concern about the information your doctor has provided, UnumProvident may make a recommendation that you see an independent medical provider. If you choose not to go to the doctor they recommend, your absence may not be certified, and you may not receive sick pay benefits.

**If I'm out sick, can UnumProvident directly stop my Short-Term Disability (STD) benefits?**
No, UnumProvident does not have access to ChevronTexaco's pay system and cannot directly stop your benefits. However, UnumProvident provides regular updates to your supervisor and time administrator about whether you continue to be disabled according to the rules of the STD plan. Your supervisor uses these updates to make decisions about how to code your time in the system, and whether you are paid STD benefits.

CHEVRON/PANDE06883

**Can I appeal UnumProvident's decision about my eligibility for benefits?**
Yes. If your claim is denied or if you're dissatisfied with a decision, you should let UnumProvident know. They will give you more details about the appeals process. You should also refer to the benefits online summary plan descriptions for complete details about the claims and appeals process.

**How will UnumProvident know I've been out for more than five days unless I call them?**
Your absence is recorded and tracked in the company's computer system. If you're out for more than five workdays in a row and you haven't contacted UnumProvident, your supervisor or someone else from the company, such as a disability coordinator from the Health and Medical Services department, will likely contact you to remind you to call UnumProvident.

**Should I call UnumProvident any time I'm absent from work?**
No. You should call them only when you have been or are expecting to be absent more than five workdays in a row because of a disability or for a reason that may otherwise qualify for protection under FMLA or applicable state law. For other absences, such as a Personal Leave Without Pay or to attend college or serve in the military, you should talk to your supervisor and your HR Business Partner for counsel. You can also contact the HR Service Center at 1-888-TALK2HR (1-888-825-5247) and select option 2 to get forms and other information.

**Where can I get the forms to release medical information?**
The forms are printed at the end of this guide, or you can call UnumProvident through the HR Service Center at 1-888-TALK2HR (1-888-825-5247) and select option 5. Representatives are available to help you from 8 a.m. to 8 p.m., Eastern time (5 a.m. to 5 p.m. Pacific time) Monday through Friday.

**What if my doctor is unavailable to see me?**
You'll need to tell your provider that you have to go to the doctor in order to receive benefits and that you need to have a doctor's certification of your condition right away.

## Questions about leaves and policy

**What types of leaves are available for disabilities?**
Several types of leave are available. See the leave summary chart on Page 48 for more details.

**Who should I contact to get information about leaves of absence?**
You should contact the HR Service Center at1-888-TALK2HR (1-888-825-5247), option 2, to request the leave form and information about benefits. You can also refer to the online summary plan descriptions and the Leave of Absence page in this site. Your supervisor and HR Business Partner can give you information about eligibility for a leave of absence.

UnumProvident does not manage ChevronTexaco's leave policy. However, if your time off is for a reason that is also covered by FMLA, you should inform UnumProvident by calling the HR Service Center and selecting option 5. If you're not sure whether the time off qualifies for FMLA, go ahead and call UnumProvident

**What is AB109?**
This refers to Assembly Bill 109, a California law that applies only to employees who work in California. It permits you to take a certain amount of your available sick pay benefits if you can't work because you have to care for an ill family member. Please contact your supervisor or HR Business Partner for more information.

**Do states other than California permit employees to use their sick pay benefits to care for family members?**
California is the only state that allows this. But state laws change frequently. To keep up to date, you may want to check your state's official Web site. You should know that many states do have laws that are variations on the federal FMLA.

CHEVRON/PANDE06864

**When can I take Family Leave?**
Family Leaves are available for up to six months in a rolling 12-month period for childbirth, adoption, adding a new foster child or to care for a member of your immediate family who's seriously ill or injured. ChevronTexaco's Family Leave policy provides more time off from work than is required by FMLA.

## Questions about disability benefits

**What happens to my other benefits, such as medical and dental, if I'm disabled for a long time and start receiving LTD benefits?**
Generally, you can continue to participate in your other benefit plans. Refer to the Time Off summary plan description (SPD), which discusses Disability Leaves of Absence, including eligibility, pay and how your benefits will be handled while you are on leave.

**Why did I receive state disability benefits when I was out for cosmetic surgery but not Short-Term Disability Plan benefits?**
The definitions of "disability" are not the same in the state plans and the company plans. So, you can be considered "disabled" under one plan and not another. In addition, under the company's Short-Term Disability Plan, as requested, you have to provide medical documentation to certify your "disability." A note from your doctor stating that you shouldn't work isn't enough to qualify for benefits from the plan, but it may be enough to qualify you for state disability benefits. If possible, you should talk to a representative at UnumProvident about whether your time off qualifies for STD benefits before you take the time off.

## Questions about the Family and Medical Leave Act (FMLA)

**I received Short-Term Disability Plan (STD) benefits after having my baby. Was I also covered under the Family and Medical Leave Act (FMLA)?**
Yes, most likely. In this case, you probably received STD benefits because you were disabled, and that time is also considered protected time under FMLA. If you decided to take additional time off to care for your baby after you were no longer considered disabled, you could have requested a Family Leave. In this case, the time off for Family Leave would have also been considered protected time under FMLA, up to the maximum time allowed under FMLA – 12 weeks in a rolling 12-month period.

**Who do I contact if I need to take a Family Leave to care for my ill brother?**
You should contact the HR Service Center at 1-888-TALK2HR (1-888-825-5247), option 2 for the leave form and information about your benefits while on leave. You can also download the form from the Disability Management Web site. Ask your supervisor or HR Business Partner for information about eligibility. The company's Family Leave policy permits time off to care for your brother, but time off to care for a brother or sister is not covered under FMLA. That's why there's no need to contact UnumProvident.

**How will I know if my absence is covered under FMLA or state law?**
UnumProvident will let you know after the required documentation is provided.

**Do workers' compensation absences count toward my entitlement to FMLA-protected absence?**
Generally, yes. If the reason for the absence qualifies as a serious health condition under FMLA, the time you are absent as a result of an on-the-job illness or injury will count toward the time and benefits you are entitled to under FMLA. That means you should also promptly notify UnumProvident of a worker's compensation absence.

**Can the company require me to return to work before I've used up all the time available to me under FMLA?**
The start of an absence for a FMLA-related reason may be delayed or the continuation of absence may be denied if you don't provide timely, complete and qualifying certification that supports your need to be off. The company cannot, however, require you to return to work early by offering you a "light duty" assignment in the case of an absence taken for your own serious health condition, provided that adequate certification is received. You're required, though, to participate in any vocational rehabilitation program that may be available.

CHEVRON/PANDE06865

**If I need time off for a reason that qualifies under FMLA, can the company refuse to grant the time off?**
No. If you're eligible and you meet the certification requirements, the time off must be granted.

**Can my employment be terminated for taking time off for a FMLA-qualifying reason?**
Generally, no. It's unlawful for a company to interfere with or restrain or deny the exercise of any right provided under FMLA. The company cannot use the taking of FMLA-qualifying time off as a negative factor in employment actions, such as hiring, promotions or disciplinary actions.

**Are there any circumstances in which a company can deny me time off under FMLA or reinstatement to the same job?**
Companies are not required to continue the benefits provided under FMLA or reinstate you if you would have been laid off or otherwise had your employment terminated if you had continued to work during the leave period (for example, a workforce reduction or expiration of a specific job). In addition, if you give clear notice that you do not intend to return to work, you no longer have the protection of the leave or job restoration. Also, if you're advised that you need to provide a fitness-for-duty certification upon return to work and you don't submit it, your reinstatement may be denied or delayed until you provide the certification.

**What happens if my absence is not certified as protected under FMLA?**
Your absence will be treated according to the company's practices and attendance policies. Also, depending on the reason you need time off, you may be able to take a Family Leave under the company's policies even though the reason for your absence doesn't qualify as FMLA-related.

**Can I appeal UnumProvident's decision about whether an absence qualifies for FMLA?**
Yes. If you think UnumProvident's has made an incorrect determination about whether your absence qualifies under FMLA or a state law, you should let UnumProvident know. They will give you more information about the appeals process. Keep in mind that you can also use the company's Steps to Employee Problem Solution (STEPS) process when you have a problem.

**Who's responsible for reporting time that may qualify for protection under FMLA?**
Employees are responsible for both reporting the time and providing any needed information to support the reason for the request for FMLA-protected time. Someone else can call for the employee to request the protection if needed, for example, if the employee is in the hospital or unable to call.

Employers are responsible for reminding employees that their absence may be FMLA-protected if they follow the correct process.

**Who determines whether an absence is FMLA-qualifying?**
UnumProvident's FMLA division determines if an absence qualifies for protection under FMLA, based on the law. UnumProvident then advises ChevronTexaco supervisors and time administrators of their determination so that an employee's time can be correctly coded into the pay system. Company supervisors make the final decisions about how to code an employee's absence in the system.

**When I take time off to have a baby, is it FMLA-protected time?**
Yes, time off for the birth of a child is considered protected time under FMLA. In your case, some of your time off may be paid time off and some unpaid. For example, if you're disabled and unable to work because of your pregnancy, you'll qualify for available benefits from the Short-Term Disability Plan, which is paid time off. Then, if you decide to take time off under the company's Family Leave policy, your time on leave would not be paid. However, all of the time off would be considered protected time under FMLA, up to the limits provided under FMLA. You might also qualify for job protection in addition to the FMLA period in certain states. Check with your HR Business Partner for more information about state laws.

CHEVRON/PANDE06866

# Who Can Help You

You can get help with questions as follows:

| | |
|---|---|
| • reporting an absence;<br>• certifying a disability;<br>• status of a claim or certification of a claim for Short-Term Disability Plan benefits;<br>• status of a claim for Long-Term Disability Plan benefits;<br>• returning to work;<br>• designation of time off as qualifying under FMLA or state law. | • a representative at UnumProvident by calling the HR Service Center at 1-888-TALK2HR (1-888-825-5247) and selecting option 5. |
| • determining your eligibility for a Family Leave, Disability Leave or a Personal Leave Without Pay | • your supervisor or your HR Business Partner. |
| • how your benefits and service are affected while you're on a leave;<br>• a leave application form;<br>• the benefits provided by the disability plans;<br>• enrolling in Optional Coverage in the LTD Plan;<br>• general benefits issues. | • a representative at the HR Service Center at 1-888-TALK2HR (1-888-825-5247) and selecting option 2.<br>• Family Leave or Personal Leave forms;<br>• the online summary plan descriptions. |
| • planning a safe and healthy return to work;<br>• situations when coverage has been denied. | • a representative at UnumProvident by calling the HR Service Center at 1-888-TALK2HR (1-888-825-5247) and selecting option 5;<br>• your ChevronTexaco Regional Disability Coordinator:<br><br>Western Region:<br>Renata Renneke<br>Tel: 925-842-3141<br>6001 Bollinger Canyon Road, Room E1046<br>San Ramon, CA 94583-2324<br>Email: rrenneke@chevrontexaco.com<br><br>Eastern Region:<br>Claudia Woods<br>Tel: 713-752-6548<br>1111 Bagby Street, Room 4216<br>Houston, TX 77002-2543<br>Email: cwoods@chevrontexaco.com |

CHEVRON/PANDE06867

| | |
|---|---|
| • reporting an occupational injury or illness | • California:<br>Nancy Bircher<br>Tel: 925-842-8162<br>Email:*NBircher@chevrontexaco.com*<br><br>• All other states:<br>Kelly George<br>Tel: 925-842-8164<br>Email: *Kelly.George@chevrontexaco.com* |
| • filing a claim for an occupational disability<br><br>• questions about Workers' Compensation | • Kelly George<br>Tel: 925-842-8164<br>Email: *Kelly.George@chevrontexaco.com*<br><br>• Also see the Workers' Compensation Web site. Or, send an email to *workcomp@chevrontexaco.com* |
| • emotional issues related to a disability or a family situation. | • Employee Assistance and WorkLife Services at 1-800-860-8205 or 1-925-842-3333 (call collect) or see the Web page. |
| • general information about managing your work and personal life, as well as handling disabilities. | • LifeWorks or call 1-800-635-0606<br>Use this information to log in:<br>Company name: chevrontexaco<br>Password: 022900 |
| • managing your health. | • WellMed's *Personal Health Manager*. |
| • information about the company's medical plans, and doctors in those plans. | • Health Pages |

To give feedback about the Disability Management Program, send an email to *corpidm@chevrontexaco.com*, or call CTN 842-3026 (1-925-842-3026). To provide feedback or ask questions about information in this guide, send an email to *9HRCOMM@chevrontexaco.com*.

CHEVRON/PANDE06868

# Release and Authorization Forms

As part of certifying your absence, you'll need to sign a form that authorizes the release of certain medical and other information about you or your family members depending on the type of absence. UnumProvident can then discuss the illness or injury with your doctor or your family member's doctor, as appropriate. You'll also need to have the appropriate doctor complete a medical certification form that supports your absence. For example, when you're absent because of your own illness or injury, you'll be required to have your doctor complete a medical certification form that supports your absence under the Short-Term Disability Plan.

UnumProvident will let you know which forms to complete and will send you the forms.

The following forms are used to authorize the release of information for absences under the program:

- **FMLA Medical Release (Personal)** – Use this form when you're requesting a FMLA-protected absence that is five days or less or for intermittent absences that are related to your own serious health condition. If you are incapacitated, a legal guardian should complete the form.

- **FMLA Medical Release (Family Member)** – Use this form when you're requesting time off under FMLA to care for a seriously ill family member. The family member for whom you're providing care should complete the form. If he or she is a minor, a parent or legal guardian should complete the form. If he or she is incapacitated, a legal guardian should complete the form.

- **Short-Term Disability Authorization for Release of Medical and Other Information** – Use this form when you're absent for more than five consecutive workdays because of your own illness or injury. You may also be required to complete the FMLA Medical Release (Personal) form under certain situations, such as when your STD benefits end but you continue to take time off that is covered under FMLA.

- **Long-Term Disability Authorization for Release of Medical and Other Information** – If you're disabled for a long period of time and are applying for benefits from the Long-Term Disability Plan, you'll have to complete this form, which authorizes the release of information to help certify your disability.

CHEVRON/PANDE06869

# Disability Management Program

## FMLA Medical Release (Personal)

**ChevronTexaco**

**This form should be completed by the ChevronTexaco employee requesting an FMLA protected absence that is five days or less or for intermittent absences that are related to their own serious health condition. If the person is incapacitated, a legal guardian should complete the form.**

To assist UnumProvident Corporation, its subsidiaries and affiliates, on behalf of ChevronTexaco, in the determination of whether my request for absence protection is covered by the Family and Medical Leave Act (FMLA), the California Family Rights Act (CFRA), or other applicable state law, and to clarify and authenticate information presented on the Certification of Health Care Provider or other medical certification submitted, I hereby agree to allow a health care provider representing UnumProvident to contact my health care provider or his or her representative, at the following address and telephone number:

Name of Person Completing Form/Requiring Care _____

Health Care Provider Name _____

Health Care Provider Address _____

Health Care Provider Phone Number _____

I further authorize my health care provider or his or her representative, to release the medical information described below to a health care provider representing UnumProvident.

This Authorization is limited to information related to my request for leave under the FMLA, CFRA, or applicable state law. This information may be used only to the extent necessary to clarify and authenticate information presented on the Certification of Health Care Provider or other medical certification submitted.

This Authorization shall remain valid through the duration of the my protected absence, 30 days after my return to work with the company, or 30 days after receipt by UnumProvident of the Certification of Health Care Provider or other medical certification submitted, whichever is longer.

**For California leaves: This Authorization for Release of Medical Information is made pursuant to the terms of the Confidentiality of Medical Information Act of 1980, Section 56 et seq. of the Cal. Civil Code.**

I have carefully read and understand the foregoing. I understand that I have the right to receive a true copy of this Authorization. Copies of this Authorization, if used, shall have the same force and effect as the original.

Employee Signature _____    Date Signed _____

Print Name _____    Employee ID Number (PERNR)
or Social Security Number _____

I signed on behalf of the person as _____ (indicate relationship). If Power of Attorney, Guardian, or Conservator, please attach a copy of the document granting authority.

**Please return this form within 15 days of the absence request to the following address, or, you may fax it to: 423-755-1285:**

> **UnumProvident Corporation**
> **FMLA Unit, 1-W**
> **1 Fountain Square**
> **Chattanooga, TN 37402**

*GC-1708 (9-03)*
*Word Electronic Version*

CHEVRON/PANDE06870

# ChevronTexaco

## HOW THE DISABILITY MANAGEMENT PROGRAM WORKS

### WHAT TO DO IF YOU'RE ABSENT FROM WORK

As a ChevronTexaco employee, you need to be aware that the company has a Disability Management Program. The program is designed to help you:

- Return to work quickly and safely after an illness or injury;
- Get the benefits you're eligible for from the Short-Term Disability and Long-Term Disability plans;
- Get legal benefits, such as job protection, that are provided for under the Family and Medical Leave Act (FMLA). See below for more information about FMLA.

### REPORTING AN ABSENCE – WHAT YOU NEED TO KNOW

Anytime you're absent from work, you need to immediately contact your supervisor. And you have to report your absence to an outside company called UnumProvident by calling the HR Service Center when either of the following occurs:

- You are or know you will be absent for more than five workdays in a row for an illness or injury — whether it occurs on the job or off the job.
- You are or know you will be absent for any period of time that may be covered under the Family and Medical Leave Act, such as when you need time off to care for a seriously ill family member, or for the birth, adoption or foster care placement of a child.

To report your absence, call the HR Service Center at 1-888-TALK2HR (1-888-825-5247) and select option 5. You'll be connected to a Customer Care Specialist at UnumProvident who can help you. If you're not sure whether you should report your absence, go ahead and call. The Customer Care Specialist will help determine what you need to do.

### MEDICAL RELEASE FORM

In the case of an illness or injury, you'll need to complete the attached *Medical Release* form that allows UnumProvident to obtain medical records and talk with your doctor.

### FAMILY AND MEDICAL LEAVE ACT (FMLA)

The Family and Medical Leave Act (FMLA) is a federal law that provides you with job protection for certain family and medical reasons. Job protection means that when you return from an absence covered under FMLA, you must be restored to your original job, or to an equivalent job with equivalent pay and benefits. In addition, your use of time off under FMLA cannot result in the loss of any employment benefit that you earned or were entitled to *before* you used the time off.

For more information about FMLA, including definitions of terms, contact the HR Service Center at 1-888-TALK2HR (1-888-825-5247) and select option 2. Ask for a form called *Family and Medical Leave Act – Rights and Obligations* (N-5). You can also contact UnumProvident for information about the law, or your Human Resources Business Partner for details about ChevronTexaco's Family Leave or Disability Leave policies.

CHEVRON/PANDE06871

# Disability Management Program
**FMLA Medical Release (Family Member)**

# ChevronTexaco

**This form should be completed when a ChevronTexaco employee is requesting an FMLA protected absence related to a family member's serious health condition. The form should be completed by the family member of the ChevronTexaco employee requiring care. If that person is a minor, a parent or legal guardian should complete this form. If the person is incapacitated, a legal guardian should complete the form.**

To assist UnumProvident Corporation, its subsidiaries and affiliates, on behalf of ChevronTexaco, in the determination of whether the ChevronTexaco employee's request for absence protection is covered by the Family and Medical Leave Act (FMLA), the California Family Rights Act (CFRA), or other applicable state law, and to clarify and authenticate information presented on the Certification of Health Care Provider or other medical certification submitted, I hereby agree to allow a health care provider representing UnumProvident to contact my health care provider or his or her representative, at the following address and telephone number:

Name of Person Completing Form/Requiring Care    _____

Health Care Provider Name    _____

Health Care Provider Address    _____

Health Care Provider Phone Number    _____

I further authorize my health care provider or his or her representative, to release the medical information described below to a health care provider representing UnumProvident.

This Authorization is limited to information related to the below named ChevronTexaco employee's request for leave under the FMLA, CFRA, or applicable state law. This information may be used only to the extent necessary to clarify and authenticate information presented on the Certification of Health Care Provider or other medical certification submitted.

This Authorization shall remain valid through the duration of the protected absence for the ChevronTexaco employee named below, 30 days after his/her return to work with the company, or 30 days after receipt by UnumProvident of the Certification of Health Care Provider or other medical certification submitted, whichever is longer.

**For California leaves: This Authorization for Release of Medical Information is made pursuant to the terms of the Confidentiality of Medical Information Act of 1980, Section 56 et seq. of the Cal. Civil Code.**

I have carefully read and understand the foregoing. I understand that I have the right to receive a true copy of this Authorization. Copies of this Authorization, if used, shall have the same force and effect as the original.

Family Member's Signature   _____    Date Signed   _____

Print Name   _____

Employee Name   _____    Employee ID Number (PERNR)
or Social Security Number   _____

I signed on behalf of the person as _____ (indicate relationship). If Power of Attorney, Guardian, or Conservator, please attach a copy of the document granting authority.

**Please return this form within 15 days of the absence request to the following address, or, you may fax it to: 423-755-1285:**
**UnumProvident Corporation, FMLA Unit, 1-W, 1 Fountain Square, Chattanooga, TN 37402**

*GO-1709 (9-02)*
*Word Electronic Version*

CHEVRON/PANDE06872

# ChevronTexaco

## HOW THE DISABILITY MANAGEMENT PROGRAM WORKS

### WHAT TO DO IF YOU'RE ABSENT FROM WORK

As a ChevronTexaco employee, you need to be aware that the company has a Disability Management Program. The program is designed to help you:

- Return to work quickly and safely after an illness or injury;

- Get the benefits you're eligible for from the Short-Term Disability and Long-Term Disability plans;

- Get legal benefits, such as job protection, that are provided for under the Family and Medical Leave Act (FMLA). See below for more information about FMLA.

### REPORTING AN ABSENCE – WHAT YOU NEED TO KNOW

Anytime you're absent from work, you need to immediately contact your supervisor. And you have to report your absence to an outside company called UnumProvident by calling the HR Service Center when either of the following occurs:

- You are or know you will be absent for more than five workdays in a row for an illness or injury — whether it occurs on the job or off the job.

- You are or know you will be absent for any period of time that may be covered under the Family     and Medical Leave Act, such as when you need time off to care for a seriously ill family member, or for the birth, adoption or foster care placement of a child.

To report your absence, call the HR Service Center at 1-888-TALK2HR (1-888-825-5247) and select option 5. You'll be connected to a Customer Care Specialist at UnumProvident who can help you. If you're not sure whether you should report your absence, go ahead and call. The Customer Care Specialist will help determine what you need to do.

### MEDICAL RELEASE FORM

In the case of an illness or injury, you'll need to complete the attached *Medical Release* form that allows UnumProvident to obtain medical records and talk with your doctor.

### FAMILY AND MEDICAL LEAVE ACT (FMLA)

The Family and Medical Leave Act (FMLA) is a federal law that provides you with job protection for certain family and medical reasons. Job protection means that when you return from an absence covered under FMLA, you must be restored to your original job, or to an equivalent job with equivalent pay and benefits. In addition, your use of time off under FMLA cannot result in the loss of any employment benefit that you earned or were entitled to *before* you used the time off.

For more information about FMLA, including definitions of terms, contact the HR Service Center at 1-888-TALK2HR (1-888-825-5247) and select option 2. Ask for a form called *Family and Medical Leave Act – Rights and Obligations* (N-5). You can also contact UnumProvident for information about the law, or your Human Resources Business Partner for details about ChevronTexaco's Family Leave or Disability Leave policies.

# Disability Management Program    **ChevronTexaco**

## Short-Term Disability Authorization for Release
## of Medical and Other Information

To be completed by the ChevronTexaco employee for absences of more than 5 consecutive workdays.

I authorize any licensed physician, medical practitioner, hospital, clinic, pharmacy or other medically related facility, insurance company, third party administrator, government organization, employer and any of their agents performing services relating to any employee benefits or workers compensation, other organization, institution, or person that has any records or knowledge of my current disability (including any disorder of the immune system including HIV or AIDS, any information relating to the use of drugs and alcohol, and any information relating to mental and physical history, condition, advice or treatment), to release this information to the administrators of the ChevronTexaco Disability Plans including any of the UnumProvident Corporation subsidiaries or their duly authorized representatives.

I further authorize the UnumProvident Corporation subsidiaries or other authorized representatives to release all information (including information pertaining to HIV or AIDS, mental illness, and drug and alcohol abuse) related to my current disability claim to insurance companies, third party administrators, physicians, rehabilitation professionals, vocational evaluators, employers, my insurance agent, and any institution or person on a need to know basis for the sole purpose of verifying, evaluating, or negotiating my claim for disability benefits or services.

This authorization is valid for one year from the date signed below, unless it is revoked in writing.

I understand that in signing this authorization, any information obtained by UnumProvident Corporation, its subsidiaries or other authorized representatives will be used exclusively for the evaluation and administration of my current claim for disability benefits or services.

I know that I or my authorized representative has a right to request a copy of this authorization. A copy of this authorization shall be as valid as the original.

I, or my authorized representative, may revoke this authorization at any time except to the extent to which it has been relied on prior to the notice of revocation by providing written notice to the address below.

The statements made by me on this authorization are true and complete. I am the individual to whom this release/request applies or that person's legal Guardian, Power of Attorney, or Conservator.

| Employee Signature | _____ | Date Signed | _____ |

| Print Name | _____ | Employee ID Number (PERNR) or Social Security Number | _____ |

I signed on behalf of the person as _____ (indicate relationship). If Power of Attorney, Guardian, or Conservator, please attach a copy of the document granting authority.

**Send this completed authorization to the following address, or, you may fax it to: 423-755-3009:**

**UnumProvident Corporation
Chattanooga Customer Care Center
P.O. Box 12030
Chattanooga, TN 37401-3030**

GO-1710 (12-02)
Word Electronic Version

CHEVRON/PANDE06874

**ChevronTexaco**

## CLAIM FRAUD WARNING STATEMENTS

For your protection, the laws of several states, including Alaska, Arizona, Arkansas, Delaware, Idaho, Indiana, Kentucky, Louisiana, Minnesota, New Hampshire, Ohio, Oklahoma and others require the following statement to appear:

## FRAUD WARNING

Any person who knowingly, and with intent to injure, defraud, or deceive any insurance company, files a statement of claim containing any false, incomplete, or misleading information is guilty of insurance fraud, which is a felony.

## FRAUD WARNING FOR CALIFORNIA RESIDENTS

For your protection, California law requires the following to appear: Any person who knowingly, presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

## FRAUD WARNING FOR COLORADO RESIDENTS

It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

## FRAUD WARNING FOR FLORIDA RESIDENTS

Any person who knowingly and with intent to injure, defraud or deceive any insurance company, files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

## FRAUD WARNING FOR MAINE AND VIRGINIA RESIDENTS

It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

## FRAUD WARNING FOR NEW JERSEY RESIDENTS

Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

## FRAUD WARNING FOR NEW MEXICO AND PENNSYLVANIA RESIDENTS

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

## FRAUD WARNING FOR NEW YORK RESIDENTS

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of each such violation.

*GO-1710 (9-02)*
*Word Electronic Version*

CHEVRON/PANDE06875

# ChevronTexaco

## HOW THE DISABILITY MANAGEMENT PROGRAM WORKS

### WHAT TO DO IF YOU'RE ABSENT FROM WORK

As a ChevronTexaco employee, you need to be aware that the company has a Disability Management Program. The program is designed to help you:

- Return to work quickly and safely after an illness or injury;

- Get the benefits you're eligible for from the Short-Term Disability and Long-Term Disability plans;

- Get legal benefits, such as job protection, that are provided for under the Family and Medical Leave Act (FMLA). See below for more information about FMLA.

### REPORTING AN ABSENCE – WHAT YOU NEED TO KNOW

Anytime you're absent from work, you need to immediately contact your supervisor. And you have to report your absence to an outside company called UnumProvident by calling the HR Service Center when either of the following occurs:

- You are or know you will be absent for more than five workdays in a row for an illness or injury — whether it occurs on the job or off the job.

- You are or know you will be absent for any period of time that may be covered under the Family and Medical Leave Act, such as when you need time off to care for a seriously ill family member, or for the birth, adoption or foster care placement of a child.

To report your absence, call the HR Service Center at 1-888-TALK2HR (1-888-825-5247) and select option 5. You'll be connected to a Customer Care Specialist at UnumProvident who can help you. If you're not sure whether you should report your absence, go ahead and call. The Customer Care Specialist will help determine what you need to do.

### MEDICAL RELEASE FORM

In the case of an illness or injury, you'll need to complete the attached medical release form that allows UnumProvident to contact your doctor to clarify and authenticate medical information pertaining to your current disability claim.

### FAMILY AND MEDICAL LEAVE ACT (FMLA)

The Family and Medical Leave Act (FMLA) is a federal law that provides you with job protection for certain family and medical reasons. Job protection means that when you return from an absence covered under FMLA, you must be restored to your original job, or to an equivalent job with equivalent pay and benefits. In addition, your use of time off under FMLA cannot result in the loss of any employment benefit that you earned or were entitled to *before* you used the time off.

For more information about FMLA, including definitions of terms, contact the HR Service Center at 1-888-TALK2HR (1-888-825-5247) and select option 2. Ask for a form called *Family and Medical Leave Act – Rights and Obligations* (N-5). You can also contact UnumProvident for information about the law, or your Human Resources Business Partner for details about ChevronTexaco's Family Leave or Disability Leave policies.



**DISABILITY CLAIM**
**CLAIMANT'S AUTHORIZATION**
Mail to: UnumProvident, Chattanooga Customer Care Center, P.O. Box 12030,
Chattanooga, TN 37401-3090
Claim Questions: 800.633.7479   Fax To: 423.755.3009

**FOR CLAIMANT TO COMPLETE**

### CLAIM FRAUD WARNING STATEMENTS

For your protection, the laws of several states, including Alaska, Arizona, Arkansas, Delaware, Idaho, Indiana, Kentucky, Louisiana, Minnesota, New Hampshire, Ohio and Oklahoma, and others require the following statement to appear:

**Fraud Warning**

## Any person who knowingly, and with intent to injure, defraud, or deceive an insurance company, files a statement of claim containing any false, incomplete, or misleading information is guilty of insurance fraud, which is a felony.

**Fraud Warning for California Residents**
For your protection, California law requires the following to appear:
Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Fraud Warning for Colorado Residents**
It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Fraud Warning for District of Columbia, Maine, Tennessee and Virginia Residents**
It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purposes of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Fraud Warning for Florida Residents**
Any person who knowingly and with intent to injure, defraud or deceive any insurance company, files a statement of claim or an application containing false, incomplete or misleading information is guilty of a felony of the third degree.

**Fraud Statement for New Jersey, New Mexico and Pennsylvania Residents**
Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Fraud Statement for New York Residents**
Any person who knowingly and with the intent to defraud any insurance company or other person files an application for insurance or statement of claim containing materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

### AUTHORIZATION

I authorize any licensed physician, medical practitioner, hospital, clinic, pharmacy or other medically related facility, insurance company, third party administrator, government organization, employer and any of their agents performing services relating to any employee benefits or workers compensation, other organization, institution, or person that has any records or knowledge of me, my health (including any disorder of the immune system including HIV or AIDS, any information relating to the use of drugs and alcohol, and any information relating to mental and physical history, condition, advice or treatment), financial or credit information, earnings, employment history or other insurance benefits, to release this information to any of the UnumProvident Corporation subsidiaries or their duly authorized representatives. I also authorize the UnumProvident Corporation subsidiaries to request a report from the Medical Information Bureau (MIB), and the association of life insurance companies which operates the Health Claims Index (HCI) and the Disability Income Record System (DIRS). I understand that the dates of my past and present claims with any of the UnumProvident Corporation subsidiaries, excluding medical or personal information, may be reported to MIB and that an HCI or DIRS report may reflect this information including the identity of other insurance companies to which I have submitted claims. I further understand that in executing this authorization, information obtained by it will be used for evaluating and administering a claim for benefits.

This authorization is valid for the duration of my claim. I know that I or my authorized representative has a right to request a copy of this authorization. A copy of this authorization shall be as valid as the original.

I further authorize the UnumProvident Corporation subsidiaries or other authorized representatives to release all information (including information pertaining to HIV or AIDS, mental illness, and drug and alcohol abuse) related to this insurance claim to insurance companies, third party administrators, physicians, rehabilitation professionals, vocational evaluators, employers, my insurance agent, and any institution or person on a need to know basis for the purpose of verifying, evaluating, negotiating, or other pertinent uses with respect to my claim for benefits or service.

The statements made by me on this claim are true and complete.

I further authorize the UnumProvident Corporation subsidiaries or its authorized representatives or agents to request reports and information from the Social Security Administration regarding benefits, earnings and employer information, and any award, disallowance or termination relating to benefits.

I am the individual to whom this release/request applies or that person's legal Guardian, Power of Attorney, or Conservator. I know that if I make any representation which I know is false to obtain information from federal records, I could be punished by fine or imprisonment or both.

Signature of Claimant  **X** _____

Please Print Name _____

| Date Signed | Social Security Number |
|---|---|
| | |

I signed on behalf of the claimant, as _____(indicate relationship). If Power of Attorney, Guardian, or Conservator, please attach a copy of the document granting authority.
1322-99 (11/01)

CHEVRON/PANDE06877

# Welcome to UnumProvident



**UNUMPROVIDENT**

**The Leader in Income Protection**

- Providing more than $3.6 billion in disability benefits last year alone...
- Helping more than half a million individuals and their families...
- Supporting our customers as they return to work.



*Our commitment to high quality service when our customers file a claim* ▶ **More**



Update on Financial Strength

▶ More



*Learn more about our solutions for Employers*
▶ More

UnumProvident offers a range of benefits and service solutions designed to help people balance their work and personal lives, return to work after absence, and protect their incomes and assets from the financial effects of illness or injury.

Marketing under the UnumProvident brand, we combine the income protection resources of insuring companies with more than a century of expertise.

*Learn more about our solutions for Individuals & Families*
▶ More

- Provident Life and Accident Insurance Company
- Unum Life Insurance Company of America
- The Paul Revere Life Insurance Company
- Provident Life and Casualty Insurance Company (in NY only)
- First Unum Life Insurance Company (in NY only)



## What's New

**Updated Policy on Military Duty & Insurance:** Employers    Individuals

**UnumProvident Announces Medical Cost Research Results**

**UnumProvident again among Fortune "Most Admired Companies"**

**Response to Recent Media Coverage**

## Featured Websites

**Corporate Return-to-Work Program Development** Tools to help any business manage lost time.

**Integrated Disability Management (IDM)** Learn about IDM and your corporation's readiness for integration.



Copyright © 2002 UnumProvident Corporation
Important Legal Notice

CHEVRON/PANDE06878