Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (SBN 184764)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON
CORPORATION (f/k/a CHEVRONTEXACO
CORPORATION), a Delaware corporation,
and CHEVRON INTERNATIONAL EXPLORATION
& PRODUCTION (f/k/a CHEVRONTEXACO
OVERSEAS PETROLEUM COMPANY),
a division of Chevron U.S.A. Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>              Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc.,<br><br>              Defendants. | Case No. 04-5107 CW<br><br>**DECLARATION OF KATHERINE RICHARDSON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Date:     January 5, 2007<br>Time:    10:00 a.m.<br>Courtroom: 2<br><br>Complaint filed: December 2, 2004<br><br>Trial Date: April 16, 2007<br><br>Honorable Claudia Wilken |

I, KATHERINE RICHARDSON, declare:

1.      I am employed by UnumProvident Corporation ("UnumProvident") as the STD Claims Director for UnumProvident's Short Term Disability ("STD") Unit, based in Glendale, California. I have been employed in this position, managing the STD claims team

1  responsible for overseeing Chevron's short-term disability claims, as well as managing other
2  STD teams, since January 2006.  All told, I have been employed by UnumProvident as an
3  STD claims manager or director since 1998, overseeing the operations of different STD
4  teams.  I have over 20 years' experience in the field of STD claims handling, and over 30
5  years' experience in general insurance.  As the STD Claims Director, my responsibilities
6  include supervising, managing and guiding the activities of my team of 12 disability benefits
7  specialists, two operations consultants and one claim assistant.  I have personal knowledge
8  of the matters set forth herein, except those stated on information and belief.  If called as a
9  witness I could competently testify thereto.

11       2.    UnumProvident is organized into three separate units or "teams."  My
12  team is charged with administering STD benefits for UnumProvident customers (including
13  Chevron) pursuant to each customer's particular STD benefit plan, another unit is charged
14  with administering LTD benefits, and the third unit, the FMLA Unit, is responsible for
15  administering any FMLA (or state leave law) aspects of an absence.

17       3.    I have reviewed the STD Unit's file pertaining to Ms. Kiran Pande's
18  claim for short-term disability benefits.  It is my understanding from having reviewed
19  UnumProvident's business records kept in the ordinary course of business, that Ms.
20  Pande's claim for short-term disability benefits was made in or around October 2003.  In
21  connection with Ms. Pande's claim, UnumProvident received a copy of a ChevronTexaco
22  "Short-Term Disability Authorization for Release of Medical and Other Information" which
23  appears to bear the signature of claimant Kiran K. Pande, and is dated October 21, 2003.  A
24  true and correct copy of this Authorization is attached to this Declaration as Exhibit A.  Also
25  in connection with Ms. Pande's claim, UnumProvident received a copy of an UnumProvident
26  "Authorization" which appears to bear the signature of claimant Kiran K. Pande, and is
27  dated October 21, 2003.  A true and correct copy of this Authorization is attached to this
28  Declaration as Exhibit B.

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

4. The STD Unit's file pertaining to Ms. Pande's claim for short-term disability benefits does not reflect any disclosure of Ms. Pande's private medical information to any Chevron employee.

5. Maintaining the confidentiality of private medical information is a paramount value for UnumProvident and for the STD Unit. UnumProvident maintains the confidentiality of employee records to protect the employee's privacy. Accordingly, all medical information received from employees or their health care providers is treated as highly confidential, is used only for purposes of determining eligibility for and administering STD benefits, and no confidential medical information is shared with the employee's supervisor, with co-workers or with local management under any circumstances. Indeed, medical information received by the STD Unit pertaining to a particular employee is not even shared with the FMLA Unit. It is my understanding that if the FMLA Unit is also assessing an employee's requested time off for purposes of determining whether a particular leave qualifies for FMLA (or state law) protections, the FMLA Unit relies upon the STD Unit's determination without independently reviewing any medical information.

6. Chevron employees are not required to apply for short-term disability benefits for absences exceeding five days. Rather, employees are encouraged to apply for such benefits in order to receive pay for their time away from work, but if they so elect, employees can forego STD benefits and, if eligible, use accrued vacation time or take unpaid leave pursuant to the FMLA or applicable state law.

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /

3
**DECLARATION OF KATHERINE RICHARDSON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**
Case No. 04-5107 CW

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct. Executed on this 30 day of November,
3  2006 in Glendale, California.

*Katherine Richardson*
Katherine Richardson

**EXHIBIT A**

## Disability Management Program            ChevronTexaco

### Short-Term Disability Authorization for Release of Medical and Other Information

To be completed by the ChevronTexaco employee for absences of more than 5 consecutive workdays.

I authorize any licensed physician, medical practitioner, hospital, clinic, pharmacy or other medically related facility, insurance company, third party administrator, government organization, employer and any of their agents performing services relating to any employee benefits or workers compensation, other organization, institution, or person that has any records or knowledge of my current disability (including any disorder of the immune system including HIV or AIDS, any information relating to the use of drugs and alcohol, and any information relating to mental and physical history, condition, advice or treatment), to release this information to the administrators of the ChevronTexaco Disability Plans including any of the UnumProvident Corporation subsidiaries or their duly authorized representatives.

I further authorize the UnumProvident Corporation subsidiaries or other authorized representatives to release all information (including information pertaining to HIV or AIDS, mental illness, and drug and alcohol abuse) related to my current disability claim to insurance companies, third party administrators, physicians, rehabilitation professionals, vocational evaluators, employers, my insurance agent, and any institution or person on a need to know basis for the sole purpose of verifying, evaluating, or negotiating my claim for disability benefits or services.

This authorization is valid for one year from the date signed below, unless it is revoked in writing.

I understand that in signing this authorization, any information obtained by UnumProvident Corporation, its subsidiaries or other authorized representatives will be used exclusively for the evaluation and administration of my current claim for disability benefits or services.

I know that I or my authorized representative has a right to request a copy of this authorization. A copy of this authorization shall be as valid as the original.

I, or my authorized representative, may revoke this authorization at any time except to the extent to which it has been relied on prior to the notice of revocation by providing written notice to the address below.

The statements made by me on this authorization are true and complete. I am the individual to whom this release/request applies or that person's legal Guardian, Power of Attorney, or Conservator.

Employee Signature: *K— K. Pd—*          Date Signed: 10-21-2003

Print Name: KIRAN K. PANDE          Employee ID Number (PERNR) or Social Security Number: 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

I signed on behalf of the person as _____ (indicate relationship). If Power of Attorney, Guardian, or Conservator, please attach a copy of the document granting authority.

Send this completed authorization to the following address, or, you may fax it to: 423-755-3009:

UnumProvident Corporation
Chattanooga Customer Care Center
P.O. Box 12030
Chattanooga, TN 37401-3030

GO-1T10 (12-02)
Word Electronic Version

1181

**EXHIBIT B**



NOTE: Federal law requires that we obtain this authorization from you. You are not required to sign the authorization, but if you do not, UnumProvident may not be able to evaluate or administer your claim(s). Please sign and return this authorization to: Chattanooga Customer Care Center, P.O. Box 12030, Chattanooga, TN 37401-3030. Toll-free 1-800-633-7479; Fax 1-423-755-3009.

## Authorization

I authorize any health care provider including, but not limited to, any health care professional, hospital, clinic, laboratory, pharmacy or other medically related facility or service; health plan; rehabilitation professional; vocational evaluator; insurance company; reinsurer; insurance service provider; third party administrator; producer; the Medical Information Bureau; the Association of Life Insurance Companies, which operates the Health Claims Index and the Disability Income Record System; government organization; and employer that has information about my health, financial or credit history, earnings, employment history, or other insurance claims and benefits to disclose any and all of this information to persons who administer claims for UnumProvident Corporation, its insurance subsidiaries* and duly authorized representatives ("UnumProvident"). Information about my health may relate to any disorder of the immune system including, but not limited to, HIV and AIDS; use of drugs and alcohol; and mental and physical history, condition, advice or treatment, but does not include psychotherapy notes.

I understand that any information UnumProvident obtains pursuant to this authorization will be used for evaluating and administering my claim(s) for benefits, which may include assisting me in returning to work. I further understand that the information is subject to redisclosure and might not be protected by certain federal regulations governing the privacy of health information.

This authorization is valid for two (2) years from the date below, or the duration of my claim, whichever period is shorter. A photographic or electronic copy of this authorization is as valid as the original. I understand I am entitled to receive a copy of this authorization.

I may revoke this authorization in writing at any time except to the extent UnumProvident has relied on the authorization prior to notice of revocation or has a legal right to contest a claim under the policy or the policy itself. I understand if I revoke this authorization, UnumProvident may not be able to evaluate or administer my claim(s) and this may be the basis for denying my claim(s). I may revoke this authorization by sending written notice to the address above.

I understand if I do not sign this authorization or if I alter its content in any way, UnumProvident may not be able to evaluate or administer my claim(s) and this may be the basis for denying my claim(s).

_Kiran K. P_____   _10-21-2003_
(Claimant Signature)                                      (Date Signed)

_KIRAN K. PANDE_     _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_
(Print Name)                                              (Social Security Number)

I signed on behalf of the claimant as _____ (indicate relationship). If Power of Attorney Designee, Guardian, or Conservator, please attach a copy of the document granting authority.

* This authorization is valid for the following UnumProvident insurance subsidiaries: Unum Life Insurance Company of America, Provident Life and Accident Insurance Company, The Paul Revere Life Insurance Company.

1200-02-CHAT-AUTH

1182