Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (SBN 184764)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>    Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc.,<br><br>    Defendants. | Case No. 04-5107 CW<br><br>**DECLARATION OF BRIAN TAYLOR IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Date:    January 5, 2007<br>Time:    10:00 a.m.<br>Courtroom:  2<br><br>Complaint filed:  December 2, 2004<br><br>Trial Date:  April 16, 2007<br><br>Honorable Claudia Wilken |

I, BRIAN TAYLOR, declare:

1.    I am employed by UnumProvident Corporation ("UnumProvident") as the Manager for UnumProvident's Family Medical Leave Act ("FMLA") Unit, which is based in Chattanooga, Tennessee. I have been employed in this position for approximately four years. As the Manager for UnumProvident's FMLA Unit, my responsibilities include

1
**DECLARATION OF BRIAN TAYLOR IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**
**Case No. 04-5107 CW**

managing the FMLA Unit to ensure that team performance meets the expectations for service standards for timeliness, accuracy and compliance for FMLA and state leaves.  I have personal knowledge of the matters set forth herein, except those stated on information and belief.  If called as a witness I could competently testify thereto.

2. UnumProvident serves as the administrator for Chevron's Disability Management Program and served in that capacity throughout 2003.  As the administrator for Chevron's Disability Management Program, UnumProvident is responsible, among other things, for communicating with Chevron and with Chevron employees who request leave in order to determine an employee's right to leave and/or Short Term Disability ("STD") or Long Term Disability ("LTD") benefits.  As such UnumProvident analyzes each request for leave and/or STD or LTD benefits, provides notice to the relevant employee of his or her rights and the status of his or her claim, collects information necessary to analyze and investigate each request or claim, and makes a determination as to the relevant employee's eligibility for leave and/or STD or LTD benefits.

3. UnumProvident is organized into three separate units or "teams."  One team is charged with administering STD benefits for UnumProvident customers, another is charged with administering LTD benefits, and the third unit – the FMLA Unit – is responsible for administering any FMLA (or state leave law) aspects of an absence.  The FMLA Unit, in conjunction with Chevron, is ultimately responsible for determining whether an employee is eligible for protected leave under the FMLA or similar state laws including the California Family Rights Act ("CFRA").

4. In the FMLA Unit, the amount and type of information obtained from an employee requesting FMLA or state protected leave, depends upon whether the employee is also requesting benefits under the STD or LTD benefit plans.  If an employee is not

seeking STD or LTD benefits, but has requested a leave that may be covered by either the FMLA or a state law such as the CFRA, employees are asked to submit a Certification of Health Care Provider.  In October 2003, when employees were asked to complete authorizations for the release of medical information, such authorizations were limited to information related to the employee's request for leave under the FMLA, CFRA or other applicable state laws, and the form explicitly stated that any information obtained by UnumProvident may be used only to the extent necessary to clarify and authenticate information presented in the Certification of Health Care Provider or other medical certification submitted.

5.   In circumstances where an employee seeks both STD benefits and FMLA/CFRA leave protection, the FMLA Unit does not require the submission of any medical information for purposes of determining FMLA/CFRA eligibility.  Instead, FMLA/CFRA leave is granted as a matter of course once UnumProvident's STD Unit has approved STD benefits.  Accordingly, in such cases, the FMLA Unit does not review any medical documentation, does not make inquiries of the employee's health care provider, does not require the submission of a Certification of Health Care Provider or the execution of an authorization for the release of medical records, and does not discuss medical information with the members of the STD Unit.  Instead, as was done with Ms. Pande, the employee is granted FMLA/CFRA benefits as a matter of course for the period of time approved by the STD Unit for STD benefits.

6.   In such cases, the FMLA Unit grants FMLA/CFRA leave for the entire approved period of the employee's STD benefits, and extends FMLA/CFRA as STD benefits are extended.  Provided that the employee continues to receive STD benefits, the FMLA Unit does not seek recertification or submission of any medical information to substantiate extending FMLA and/or CFRA leave.

7. I have reviewed the FMLA Unit's electronic file pertaining to the leave of absence requested by Ms. Kiran Pande in or about October 2003. It is my understanding from having reviewed these UnumProvident business records kept in the ordinary course of business, that Ms. Pande's request to be absent from work was received by the FMLA Unit on or about October 28, 2003. On October 29, 2003, the FMLA Unit of UnumProvident sent Ms. Pande a letter addressing her request and setting forth her rights and responsibilities pursuant to the FMLA and the CFRA. A true and correct copy of that October 29, 2003 letter is attached and incorporated as Exhibit A. My review of the FMLA Unit's file further confirms that UnumProvident's FMLA Unit did not contact Ms. Pande's health care provider or seek medical information from or related to Ms. Pande. Rather, approval of Ms. Pande's FMLA/CFRA leave was granted based upon the STD Unit's approval of Ms. Pande's STD benefits.

8. Maintaining the confidentiality of private medical information is a paramount value for UnumProvident and for the FMLA Unit. UnumProvident maintains the confidentiality of employee records to protect the employee's privacy and no confidential medical information is shared with the employee's supervisor or other local management.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 22 day of November, 2006 in Chattanooga, Tennessee.

_____
Brian Taylor

**EXHIBIT A**



10/29/2003

KIRAN PANDE
7195 LAMAR LOOP
CASTRO VALLEY, CA  94552

Dear KIRAN PANDE:

## Disability Claim

Recently, we received a disability claim from you, which is currently being reviewed. Every claim is unique, so the time needed to complete a review varies from claim to claim. While we will try to reach a determination on your claim as soon as possible, you can help expedite the process by promptly providing any additional information requested and encouraging your doctor(s) to respond to requests quickly.

Additionally, UnumProvident helps ChevronTexaco track time off that's protected under the Family & Medical Leave Act of 1993 (FMLA). Please note that if your disability claim is approved and if you are eligible for FMLA (or a similar state law), the length of your absence will be considered an FMLA-protected absence from work.

We will continue to update you on the status of your disability claim.

If you need more information about ChevronTexaco's Short-Term Disability Plan or have a question about the status of your claim, contact ChevronTexaco's HR Service Center at 1-888-TALK2HR (1-888-825-5247). Select option 5.

Please keep in mind that you may be eligible for time off for situations other than your own disability under ChevronTexaco's Family Leave or another leave of absence. For more information about all of ChevronTexaco's leaves, Please refer to the Summary Plan Description (SPD), which is available on the intranet (under the North America homepage at https://hr.chevrontexaco.com/northamerica) or the Internet at http://hr2.chevrontexaco.com/plansummaries or contact the HR Service Center Center at 1-888-TALK2HR (1-888-825-5247) and select option 2.

## FMLA-Protected Absence

On 10/28/2003, the ChevronTexaco Corporation FMLA Unit at UnumProvident was notified of your request to be absent from work due to a serious health condition that makes you unable to perform one or more of the essential functions of your job. You notified us that you need this leave beginning on 11/10/2003 and that you expect this leave to continue until on or about an unknown date. This letter explains how your request coordinates with the Family & Medical Leave Act (FMLA) and how your ChevronTexaco benefits may be affected.

CHEVRON/PANDE02428

For your information, the Family & Medical Leave Act was enacted in 1993. Under this law and/or the Californial Family Rights Act (CFRA), ChevronTexaco is required to grant you an unpaid leave of absence to handle family matters, including your own serious illness, and to protect your job while you are gone. Eligible employees may take up to 12 weeks of FMLA absence during a 12-month period. The 12-month period used by ChevronTexaco is measured backward from the date that you take any FMLA-protected absence. Under the California Fair Employment and Housing Act's Pregnancy Disability Leave Law (PDLL), if you are disabled due to pregnancy, childbirth or related medical conditions, you also may be eligible for an unpaid pregnancy disability leave for your period of actual disability up to a maximum of 4 months. Generally, FMLA leave and CFRA leave will run at the same time. However, PDLL is separate and distinct from CFRA leave, such that a pregnant employee who is eligible for CFRA will be entitled to take both a PDLL and a CFRA leave for the birth of her child. Any leave taken in excess of these amounts is not protected by the FMLA, CFRA, or PDLL. In addition, ChevronTexaco is require to continue your health care coverage while you are on FMLA-protected absence. **ChevronTexaco's Family Leave and disability plans meet or exceed the requirements of this law.**

Please Note: Eligibility for FMLA leave law may be re-evaluated at the first absence after the conclusion of the 12-month period applicable to your leave. The applicable 12-month period continues for 12 months from the date of the first FMLA approved absence for a particular reason/serious health condition. Therefore, please be advised that if your leave extends beyond this 12-month period, your eligibility for FMLA leave law, if applicable, may be redetermined. If you do not meet the eligibility requirements of the FMLA leave law at that time, your request for leave beyond that date may be denied.

Additional information about your rights, responsibilities and eligibility under FMLA and/or state law(s) is outlined in this letter and in the enclosed document entitled *Family and Medical Leave Act – Rights and Obligations*.

On behalf of ChevronTexaco Corporation ("company") we are providing you with specific notice of the conditions of your protected absence.

## ELIGIBILITY AND DESIGNATION

- ☑ You are eligible for protected absence under the ☑ FMLA ☑ CFRA ☐ PDLL.

- ☑ If you have a disability claim approved for the same period of time as your ☑ FMLA ☑ CFRA ☐ PDLL absence, you will not be required to furnish additional medical certification about your serious health condition. If your disability claim is not approved, you will be required to provide medical certification. If your absence extends beyond your approved disability period, you will be required to provide medical certification for any additional period of the serious health condition. If you do not a have a disability claim associated with this absence, this absence will be designated as an approved protected absence and counted against your ☑ FMLA ☑ CFRA ☐ PDLL entitlement if (1) you return a timely medical certification as required below, and (2) such certification verifies that the condition qualifies under the FMLA, CFRA or PDLL. If UnumProvident does not receive a timely certification or if the certification does not confirm that the condition qualifies under the FMLA, CFRA or PDLL, your absences may be treated according to your local attendance policy.

**CONDITIONS OF YOUR ABSENCE**

☑ You may be required to provide periodic medical re-certification of the serious health condition if you request an extension of your absence or as otherwise permitted by law.

☑ During your protected absence, you will be required to furnish the FMLA Unit at UnumProvident with periodic reports once every 30 days of your status and intent to return to work. If the circumstances of your absence change and you will be able to return to work earlier than the date indicated on this form, you will be required to notify the UnumProvident FMLA Unit at least two business days prior to the date you intend to report for work, if possible. If you need to extend your original protected absence, you must request such an extension prior to the end of your original absence.

☑☑ Continuation of health care coverage: When you take a leave covered by the law, ChevronTexaco is required to offer you group health coverage as if you had continued to work. ChevronTexaco will pay the company portion of your health coverage contributions and you must pay you share of the contributions. While you are receiving Short-Term Disability benefits or vacation pay, your share of the contributions will be paid through deductions from your paychecks. During unpaid leave, arrangements will be made for you to pay your share of health care contributions. You will receive information from ADP COBRA Service, the company that handles ChevronTexaco's billing and COBRA administration, about how to make contribution payments during your leave. If you do not pay your share of the health care contributions on a timely basis, your coverage for yourself and/or your dependents may be terminated for the remainder of your leave. Please contact the Human Resources Service Center, 1-888-825-5247, option 2, if you have questions about continuing your benefits while on leave.

☑☑ Paid leave can count: Accrued paid leave, such as Short-Term Disability benefits or vacation, may be used to cover some or all of the leave you are entitled to under this law. Please contact your supervisor if you want to use all or part of your accrued vacation during your leave, and he or she will have your vacation coded in the payroll system. ChevronTexaco is responsible for notifying you if your use of paid or unpaid leave counts as a leave covered under law based on information you provide.

After a leave has ended, the absence cannot be credited as leave covered by the law unless one of the following occurs:

- The company knows why you were absent but is waiting for medical certification (or is in the process of obtaining a second or third medical opinion) to confirm whether the absence qualifies as a leave under the law.
- You are absent for a brief period (four to six work days, typically) for a reason that qualifies under the law, and the company is unaware of the reason. In this case, you must notify the company within two business days of returning to work that the absence was for a reason that is covered by the law. If you don't do this, you may not later assert that you are eligible for the protection granted by the law.

CHEVRON/PANDE02430

☑   You may be required by your local practice to present the company with a fitness-for-duty certificate as a condition of being restored to employment. If such certification is not received, your return to work may be delayed by local practice until the certification is received. Please consult your Supervisor if you have any questions about your local practice.

☑   If the need for an intermittent absence is certified by the health care provide and protected, you must notify the FMLA Unit through the HR Service Center at 1-888-TALK2HR (1-888-825-5247) select option 5 then option 4. You must also notify your Supervisor each time you need to take an intermittent absence for the certified reason.

If you have any questions about this letter or FMLA, please contact the FMLA Unit through the HR Service Center at 1-888-TALK2HR (1-888-825-5247). Select option 5 then option 4.

Sincerely,

UnumProvident Corporation
FMLA Unit, 3-W
1 Fountain Square
Chattanooga, TN 37402
866-249-3831 (fax)

Enclosures
LA1 6269201 V2

Re: Request for leave #65939

CHEVRON/PANDE02431