Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (SBN 184764)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>            Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc.<br><br>            Defendants. | Case No. 04-5107 CW<br><br>**DECLARATION OF ALLAN VANCE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Date:    January 5, 2007<br>Time:    10:00 a.m.<br>Courtroom:  2<br><br>Complaint filed:  December 2, 2004<br><br>Trial Date:  April 16, 2007<br><br>Honorable Claudia Wilken |

I, ALLAN VANCE, declare:

1.     I began working with Chevron and various Chevron-related entities in May, 1976. My current job title is Vice President-Heavy Oil Operating Unit PT Chevron

1  Pacific Indonesia. I have personal knowledge of the matters set forth herein, except those
2  stated on information and belief. If called as a witness, I could competently testify thereto.

4      2.    In the fall of 2003, I was the position owner for the International
5  Business Unit Manager position in EMC (Job No. 50076974) and was therefore involved in
6  the selection process for that position. Although Kiran Pande was a candidate for that
7  position, she was not selected for the position because another candidate was better
8  qualified for the position.

10      3.    I do not recall being aware of any conflicts or problems between Ms.
11  Pande and her former supervisors at the time of the selection process. Additionally, neither
12  Ms. Pande's national origin/race nor her gender was consideration or a factor in the
13  decision to select a different candidate for that position.

15      I declare under penalty of perjury under the laws of the United States of
16  America that the foregoing is true and correct. Executed on this 29 day of November, 2006
17  in Duri, Sumatra, Indonesia.

_/s/ Allan Vance_
ALLAN VANCE