Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (SBN 184764)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM and improperly sued as CHEVRONTEXACO OVERSEAS PETROLEUM PACIFIC COMPANY) AND CHEVRON CORPORATION (formerly known as CHEVRONTEXACO CORPORATION)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc.<br><br>　　　　Defendants. | Case No. 04-5107 CW<br><br>**DEFENDANTS' [PROPOSED] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Date:　January 5, 2007<br>Time:　10:00 a.m.<br>Courtroom:　2<br><br>Complaint filed: December 2, 2004<br><br>Trial Date: April 16, 2007<br><br>Honorable Claudia Wilken |

Defendants CHEVRON CORPORATION (formerly known as CHEVRONTEXACO CORPORATION) and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM), a division of Chevron U.S.A. Inc., (hereinafter "Defendants") filed a Motion For Summary Judgment or, Alternatively, Partial Summary Judgment (the "Motion"). Defendants' Motion

1  came on regularly for hearing before this Court on January 5, 2007 at 10:00 a.m., in
2  Courtroom 2, the Honorable Claudia Wilken presiding. Michele Ballard Miller of Miller Law
3  Group, Professional Corporation, appeared on behalf of Defendants. Noah Lebowitz of
4  McGuinn, Hillsman & Palefsky, appeared on behalf of Plaintiff Kiran Pande.
5
6  After full consideration of all papers submitted by the parties both in support of
7  and in opposition to the Motion, and all evidence submitted by the parties, the arguments of
8  counsel, and all other matters presented to this Court, and good cause appearing therefore,
9  Summary Judgment is hereby **GRANTED** in favor of Defendants CHEVRON
10 CORPORATION and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION, a
11 division of Chevron U.S.A. Inc., on the grounds that Plaintiff failed to produce evidence
12 sufficient to state a claim on any cause of action and that Defendants presented credible
13 evidence supporting the reasons for all of their actions vis-à-vis Plaintiff. Defendants'
14 evidence proved that Plaintiff was terminated for legitimate and lawful business reasons,
15 consistent with their policies and practices and that Plaintiff was not the subject of any
16 discrimination, retaliation, harassment or other unlawful conduct on the part of Defendants.
17 Defendants' evidence further established that Defendants provided Plaintiff with all leave
18 and/or protections to which she was entitled under the Family Medical Leave Act and the
19 California Family Rights Act and that Defendants' policies and procedures with respect to the
20 administration of leave comply with those laws. Further, Plaintiff's evidence fails to support
21 her claims of invasion of privacy and violation of the California Confidentiality of Medical
22 Information Act.
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

**IT IS HEREBY ORDERED**, that Defendants' Motion for Summary Judgment is **GRANTED**, and Plaintiff's entire action is **DISMISSED WITH PREJUDICE**.

Dated: _____, 2007

_____
UNITED STATES DISTRICT JUDGE

Z:\Chevron\Pande\Pleadings\Summary Judgment\019.[Proposed] Order Granting Motion for Summary Judgment.DOC