John A. McGuinn, Esq. SBN 36047
Noah D. Lebowitz, Esq. SBN 194982
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

Attorneys for Plaintiff
KIRAN PANDE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>    Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation,<br>CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc,<br><br>    Defendants. | NO.   04-5107 CW<br><br>DECLARATION OF NOAH D. LEBOWITZ IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT<br><br>Date: January 5, 2007<br>Time: 10:00 a.m.<br>Crtrm: 2 |

I, NOAH D. LEBOWITZ, declare:

1. I am an attorney with the law firm of McGuinn, Hillsman & Palefsky, attorneys of record for the plaintiff, Kiran Pande, in this case. I am duly admitted to practice in front of all courts in the State of California, including the US District Court for the Northern District of California. The following is based upon my personal knowledge, and if called, I could testify competently thereto.

2. I have reviewed what is attached hereto as **Exhibit A** and can attest that it is

1  a true and correct copy of Defendants' Initial Disclosures, served on December 9, 2005.

2      3.    I have reviewed what is attached hereto as **Exhibit B** and can attest that it is
3  a true and correct copy of Defendants' Supplemental Initial Disclosures, served November
4  29, 2006. At no time before the October 30 fact discovery cut-off did Chevron serve
5  supplemental disclosures of any kind.

6      4.    After receiving and reviewing Exhibit B on November 30, I immediately
7  served an Objection to that supplemental disclosure. I have reviewed what is attached
8  hereto as **Exhibit C** and can attest that it is a true and correct copy of Plaintiff Kiran
9  Pande's Objection to Defendants' Supplemental Initial Disclosures, Served November 29,
10  2006, which I caused to be served on November 30, 2006. The parties two mediations in
11  which the parties participated prior to the original Initial Disclosure deadline. Chevron
12  completed three full days of Pande's deposition in March 2006. The parties also
13  participated in yet another mediation session in August 2006.

14      5.    I have reviewed the Defendants' moving papers on this motion for summary
15  judgment. In so doing, I have identified parts of the Defendant's memorandum of points
16  and authorities to determine which parts of the motion are based upon the declarations of
17  the Defendants' witnesses who were either disclosed for the first time in the November 29
18  Supplemental Initial Disclosures or who were previously disclosed, but the subject matter
19  of their testimony was substantially enhanced by the supplemental disclosures. The
20  following chart lists all areas of the Defendants' brief which is supported by these
21  witnesses, improperly disclosed:

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133
415/421-9292

| Witness Name | Page:Line Reference to Memo of Points and Authorities Where Cited |
|---|---|
| Rex Mitchell | 4:1-11<br>6:11-12<br>6: fn.7<br>7:3-5<br>9: fn.12 |
| James Johnson | 6:2-8<br>6:19-23 |
| Brian Smith | 7:7-12<br>17:21-18:2<br>21:16-22 |
| Brian Taylor | 14:12-15:2 |
| Katherine Richardson | 14:12-17<br>17:21-18:2<br>21:16-23:3<br>22:23-25<br>23:10-14<br>23: fn. 27<br>24: fn. 28<br>25:7-8 |
| Jean Pierre Camy | 20: fn. 23<br>21:16-22 |
| Iris Owens | 19: fn. 22 |
| Renata Renneke | 23: fn. 26 |

6. On March 20, 21, and 22, 2006 and November 27, 2006, I attended the deposition of Kiran Pande. Attached hereto as **Exhibit D** is a true and correct copy of excerpts and deposition exhibits from Pande's deposition transcripts from March 20, 21, and 22 and November 27, 2006.

7. On October 19, 2006, I took the deposition of Jack Dunn. Attached hereto as **Exhibit E** is a true and correct copy of excerpts and deposition exhibits from Mr. Dunn's deposition transcript.

8. On August 10, 2006, I took the deposition of Jalaleddin Afifi. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from Mr. Afifi's deposition

DECLARATION OF NOAH D. LEBOWITZ IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

3

McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133
415/421-9292

1 transcript.

2    9. On August 24, 2006, I took the deposition of Robert Burkes. Attached hereto as **Exhibit G** is a true and correct copy of excerpts and a deposition exhibit from Mr. Burkes deposition transcript.

   10. On October 26, 2006, I took the deposition of Tayo Feyijimi. Attached hereto as **Exhibit H** is a true and correct copy of an excerpt from Mr. Feyijimi's deposition transcript.

   11. On August 24, 2006, I took the deposition of Graham Housen. Attached hereto as **Exhibit I** is a true and correct copy of excerpts from Mr. Housen's deposition transcript.

   12. On October 18, 2006, I took the deposition of Kathy Mabe. Attached hereto as **Exhibit J** is a true and correct copy of excerpts from Ms. Mabe's deposition transcript.

   13. On April 6, 2006, I took the deposition of Zuwa Omoregie. Attached hereto as **Exhibit K** is a true and correct copy of excerpts and deposition exhibits from Mr. Omoregie's deposition transcript.

   14. On November 17, 2006, I took the deposition of Paul J. Vita. Attached hereto as **Exhibit L** is a true and correct copy of excerpts and deposition exhibits from Mr. Vita's deposition transcript.

   15. On November 7, 2006, I took the deposition of Gary Yamashita. Attached hereto as **Exhibit M** is a true and correct copy of excerpts and a deposition exhibit from Mr. Yamashita's deposition transcript.

   16. Attached hereto as **Exhibit N** is a true and correct copy of the executed Declaration of Guadalupe, also known as Lupe, DeJong.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed this 15th day of December, 2006 at San Francisco, California

                                                    /s/
                                     Noah D. Lebowitz

McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133
415/421-9292