EXHIBIT A

1 | Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (184764)
2 | MILLER LAW GROUP
A Professional Corporation
3 | 60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
4 | Tel. (415) 464-4300
Fax (415) 464-4336
5 |
Attorneys for Defendants CHEVRON
6 | CORPORATION (f/k/a ChevronTexaco
Corporation) and CHEVRON INTERNATIONAL
7 | EXPLORATION & PRODUCTION
(f/k/a ChevronTexaco Overseas Petroleum),
8 | a division of Chevron U.S.A. Inc.

Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (184764)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>          Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.<br><br>          Defendants. | Case No. 04-5107 CW<br><br>**DEFENDANTS' INITIAL DISCLOSURES**<br><br>Complaint filed:    December 2, 2004 |

Defendants CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc. ("Defendants") make this initial disclosure, identifying witnesses and disclosing unprivileged documents which it may use to support its claims or defenses, unless solely for impeachment, pursuant to Federal Rule of Civil Procedure 26(a).

EXHIBIT ___A___

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

## DISCLOSURE OF WITNESSES

1.     Kiran Pande, Plaintiff.  Ms. Pande has knowledge regarding her employment and/or prospective employment with Defendants.

2.     Jack Dunn, Manager of New Field Development in CTOP's South Africa SBU, Angola Block 14, and Ms. Pande's supervisor while Ms. Pande was employed as a Simulation Engineer in Block 14.  Mr. Dunn has information regarding Ms. Pande's performance and conduct while he supervised her, as well as her decision to decline the Company's offer to transfer her to Houston with the rest of her department.

3.     Kelly Hartshorn, a CTOP employee responsible for "Opportunity Assessment" while Ms. Pande was searching for positions within the Company.  Ms. Hartshorn has knowledge regarding Ms. Pande's search.

4.     Taryn Shawstad, Human Resources General Manager during (at least) Ms. Pande's last two positions with the Company.  Ms. Shawstad has information regarding human resources issues that arose during Ms. Pande's employment, including issues surrounding the end of Ms. Pande's employment and Ms. Pande's efforts to find an alternative position.

5.     Individuals involved in the selection decision for position number 50048079, analyst with the Corporate Strategic Planning Department:  Corla Davis, Rene Dautel and Des King.

6.     Individuals involved in the selection decision for position number 50076677, Market Screening Consultant in London for CTBD:  Sam Laidlaw, Steven Lambert, Richard Mew and Patrick Taylor.

7.     Individuals involved in the selection decision for position number 50076683, Technical Support Manager in London for CTBD:  Rene Dautel, Kelly Hartshorn, Sam Laidlaw, James Lejeune, Taryn Shawstad and Jim Simpson.

**DEFENDANTS' INITIAL DISCLOSURES**
Case No. C 04 4606 MMC

1    8.    Individuals involved in the decision not to fill position number 50076685,

2    Petroleum Engineer in London for CTBD:   George Alameda, Carlos Aguilera, Roger

3    Benedict, Mike Birchfield, Mike Carroll, Clement Chou, Chris Cox, Gerry Flaherty, Gary

4    Greaser, Buster Hines, Neil Jones,    Mike Koch, Miran Kozeljh, Sam Laidlaw, Bob

5    McElrath, Tim Miller, Tim Nagy, TV Viswanathan, Dave Wagner and Les Wood

6    9.    Individuals involved in the selection decision for position number 50076782,

7    Reservoir Engineer-1 in London for CTOP:   George Alameda, Carlos Aguilera, Roger

8    Benedict, Mike Birchfield, Mike Carroll, Clement Chou, Chris Cox, Gerry Flaherty, Gary

9    Greaser, Buster Hines, Neil Jones, Mike Koch, Miran Kozeljh, Bob McElrath, Tim Miller,

10    Tim Nagy, TV Viswanathan, Dave Wagner and Les Wood.

11    10.    Individuals involved in the selection decision for position number 50076782 ,

12    Reservoir Engineer-2 in London for CTOP:    George Alameda, Carlos Aguilra, Roger

13    Benedict, Mike Birchfield, Mike Carroll, Clement Chou, Chris Cox, Gerry Flaherty, Gary

14    Greaser, Buster Hines, Neil Jones, Mike Koch, Miran Kozeljh, Bob McElrath, Tim Miller,

15    Tim Nagy, TV Viswanathan, Dave Wagner and Les Wood.

16    11.    Individuals involved in the decision not to fill position number 50076940,

17    Business Unit Advisor for CTOP in San Ramon:  Jim Blackwell.

18    12.    Individuals involved in the selection decision for position number 50076974,

19    International Business Unit Manager for EMC in San Ramon:  Peter Kump, John Ladd,

20    Kerry Linn, Charles E. Morris, Norm Szydlowski and Alan Vance.

21    13.    Individuals involved in the selection decision for position number 50077210,

22    Strategic & Business Planning Manager for ETC/EPTC in Houston:  James Bates, Bruce

23    Johnson, Cary Mrzowski, Fred Nelson and Chuck Taylor.

24    14.    Individuals involved in the selection decision for position number 50077211,

25    Knowledge Management and Technical Training Manager for EPTC in Houston and/or

26    San Ramon:  James Bates, Bruce Johnson, Cary Mrzowski, Fred Nelson, Mark Puckett,

27    Brian Smith and TV Viswanathan.

28

**DEFENDANTS' INITIAL DISCLOSURES**
Case No. C 04 4606 MMC

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

1    15.    Individuals involved in the selection decision for position number 50077441,

2  Focus Area Manager-Reservoir Management for EPTC in Houston and/or San Ramon:

3  Paul Allinson, James Bates, Bruce Johnson, Janeen Judah, Dave Koning, Kevin Lacy,

4  Mark Puckett, Joseph Naylor and Linda Raedeke,

5    16.    Individuals involved in the selection decision for position number 50077444,

6  Business Planning Coordinator for ETC in San Ramon:  June Gidman, Janeen Judah,

7  Cary Mrozowski, Bruce Reynolds, Carole Rock and Nicola Woods.

8    17.    Individuals involved in the selection decision for position number 50077445/

9  50077446(1), Business Planning Coordinator for ETC in Houston:  June Gidman, Janeen

10  Judah, Cary Mrozowski, Bruce Reynolds, Carole Rock and Nicola Woods.

11    18.    Individuals involved in the selection decision for position number

12  50077446(2), Business Development Coordinator for ETC/EPTC in San Ramon or

13  Richmond:  Bruce Reynolds.

14    19.    Individuals involved in the selection decision for position number 50077447,

15  Business Development Coordinator for ETC in Houston:  June Gidman, Janeen Judah,

16  Cary Mrozowski, Bruce Reynolds, Carole Rock and Nicola Woods.

17    20.    Individuals involved in the selection decision for position number 50077718,

18  Senior/Staff Business Analyst for CTGG in San Ramon: Joe Naylor.

19    21.    Individuals involved in the selection decision for position number 50077721,

20  Business Planning Analyst for CTGG in San Ramon: Joe Naylor.

21    22.    Individuals involved in the selection decision for position number 50077873,

22  Petroleum Engineer (Reservoir Asset Management Consultant) for EPTC in Houston:

23  James Bates, Andrew Latham, Ian Partridge, T. Viswanathan and Paul Vita.

24

25    With the exception of Plaintiff, the aforementioned individuals should be

26  contacted through Defendants' counsel, Kerry McInerney Freeman, Miller Law Group,

27  Wood Island Center, 60 E. Sir Francis Drake Blvd., Suite 302, Larkspur, CA 94939, (415)

28

**DEFENDANTS' INITIAL DISCLOSURES**
Case No. C 04 4606 MMC

1  464-4300.

2

3  ## IDENTIFICATION OF DOCUMENTS

4

5      1.      Non-privileged personnel documents maintained by Defendant regarding
6  Plaintiff Kiran Pande.

7      2.      Non-privileged documents regarding Ms. Pande's decision to turn down the
8  Company's offer to transfer with her unit to Houston.

9      3.      Non-privileged documents regarding the selection processes for positions
10 sought by Ms. Pande.

11

12      All non-privileged documents identified in this Initial Disclosure that are
13 within the custody and control of Defendant are being produced herewith, or have already
14 been produced to Plaintiff (Bates Nos. Chevron/Pande 00001-06520).

15

16      I certify that to the best of my knowledge, information and belief, formed after
17 an inquiry that is reasonable under the circumstances, that this disclosure is complete and
18 correct as of the time it is made.

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

DEFENDANTS' INITIAL DISCLOSURES
Case No. C 04 4606 MMC

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

1  Dated:  December 9, 2005

2

3

4

5

6

7

8

9

MILLER LAW GROUP
Professional Corporation


By: _____
Kerry McInerney Freeman
Attorneys for Defendants
CHEVRON CORPORATION (f/k/a
ChevronTexaco Corporation) and
CHEVRON INTERNATIONAL
EXPLORATION & PRODUCTION (f/k/a
ChevronTexaco Overseas Petroleum), a
division of Chevron U.S.A. Inc.

Z:\Chevron\Pande\Discovery\06

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANTS' INITIAL DISCLOSURES**
Case No. C 04 4606 MMC

1

## PROOF OF SERVICE

2

I, Tracy Wilson, declare that I am employed at Miller Law Group, A Professional Corporation, whose address is 60 E. Sir Francis Drake Blvd., Suite 302, Larkspur, California 94939; I am over the age of eighteen (18) years and am not a party to this action. On the below date, by the method noted below, I served the following document(s):

3

4

5

### DEFENDANTS' INITIAL DISCLOSURES and Documents
### Bates Numbered CHEVRON/PANDE 3016-3018 and 3037- 06520

6

on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope addressed as follows:

7

8

Noah Lebowitz, Esq.                    Attorney for Plaintiff: KIRAN PANDE
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133
Tel: (415) 421-9292
Fax: (415) 403-0202

9

10

11

12

☒  **BY MAIL:**  By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the ordinary course of business for collection and mailing on this date at Miller Law Group, 60 E. Sir Francis Drake Blvd., Larkspur, California. I declare that I am readily familiar with the business practice of Miller Law Group for collection and processing of correspondence for mailing with the United States Postal Service and that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

13

14

15

16

☐  **BY HAND DELIVERY:**  By placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth above.

17

18

☐  **BY FACSIMILE:** I served the foregoing documents on the interested party/parties in this action by facsimile transmission from fax number 415-464-4336 and the transmission was reported as completed without error before 5:00 p.m. to the office(s) with the aforementioned fax number(s). I attached to this proof of service the transmission report that was properly issued by the transmitting facsimile machine maintained by Miller Law Group, 60 E. Sir Francis Drake Blvd., Larkspur, California.

19

20

21

22

23  ☒  [Federal] I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

24

Executed on December 9, 2005 at Larkspur, California.

25

26

27                                Tracy Wilson

28

PROOF OF SERVICE