# EXHIBIT B

1 | Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (SBN 184764)
2 | Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
3 | A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
4 | Larkspur, CA 94939
Tel. (415) 464-4300
5 | Fax (415) 464-4336

6 | Attorneys for Defendants CHEVRON
CORPORATION (f/k/a ChevronTexaco
7 | Corporation) and CHEVRON INTERNATIONAL
EXPLORATION & PRODUCTION
8 | (f/k/a ChevronTexaco Overseas Petroleum),
a division of Chevron U.S.A. Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KIRAN PANDE, | Case No. 04-5107 CW |
|---|---|
| Plaintiff, | **DEFENDANTS' SUPPLEMENTAL INITIAL DISCLOSURES** |
| v. | |
| CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc. | Complaint filed:   December 2, 2004 |
| Defendants. | |

Defendants CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc. ("Defendants") hereby supplement their initial disclosures exchanged on December 9, 2005 and identify the following additional witnesses which they may use to support their claims or defenses, unless solely for impeachment, pursuant to Federal Rule of Civil Procedure 26(a).

---

DEFENDANTS' INITIAL DISCLOSURES
Case No. 04-5107 CW

**EXHIBIT B**

## DISCLOSURE OF WITNESSES

1.  UnumProvident Claims Agents and/or Case Representatives. Members of UnumProvident who worked on Plaintiff's FMLA and/or short term disability claims or who have knowledge of same, and/or knowledge pertaining to the Defendants' Disability Management Program in effect during the fall and winter of 2003, including but not limited to Natalie Kern, Norma Contreras, Brian Taylor and Kathy Richardson. Such individuals may have information relating to Plaintiff's file maintained by UnumProvident and Plaintiff's request for leave made in or about October 2003. Such individuals may also have information about Defendants' policies and practices relating to leave and disability benefits administration. The address of UnumProvident is 1 Fountain Square, Chattanooga, Tennessee 37402.

2.  James ("Jay") Johnson, Director of Business Development and Planning for CTOP from approximately February 2002 until March 2003, and Rex Mitchell's supervisor during that period of time. Mr. Johnson has information regarding Plaintiff's performance and conduct while employed in Business Development and Planning, including issues relating to Plaintiff's allegations concerning her relationship and treatment by Mr. Rex Mitchell and the investigation of same. Mr. Johnson also has information regarding Plaintiff's efforts to find alternate positions in 2002.

3.  Rex Mitchell, the Manager of Business and Strategic Planning for CTOP and Plaintiff's supervisor during her employment in that group. Mr. Mitchell has information regarding Plaintiff's performance and conduct while employed in the Business Development and Planning Group.

4. Tayo Feyijimi, Petroleum Engineer, Plot 14, New Field Development for CTOP's South African Strategic Business Unit from February 2002 through the SASBU transfer to Houston, Texas. Mr. Feyijimi has knowledge concerning Ms. Pande's job performance and conduct while employed by SASBU in or about 2002 to late 2003. Mr. Feyijimi also has information relating to Ms. Pande's rapport with her former supervisor, Jack Dunn, and information relating to Mr. Dunn's performance and conduct.

5. Kathy Mabe, employed CTOP's South Africa Strategic Business Unit in Block 14 Angola from 2000 until after the Houston relocation in December 2003. Ms. Mabe has information concerning Ms. Pande's job performance and conduct while employed by SASBU. Ms. Mabe also has information relating to Ms. Pande's rapport with her former supervisor, Jack Dunn, and information relating to Mr. Dunn's performance and conduct.

6. Renata Renneke, Advisor Disability Management, Health and Medical Services, Chevron Corporation. Ms. Renneke has information concerning the Defendants' Disability Management Program and applicable leave policies and practices in place during 2003 as well as information relating to Plaintiff's request for leave and short term disability benefits.

7. Iris Owens, Administrator in Business Development and Planning in or about 2002. Ms. Owens has information concerning Ms. Pande's performance and conduct while employed in the Business Development and Planning Group and about Plaintiff's allegations and assertions regarding Mr. Rex Mitchell.

8. Brian Smith, Petroleum Engineering Sponsor in 2002 through late 2003. Mr. Smith has information concerning Ms. Pande's job performance, about her job

history, and about her efforts to find employment positions within Chevron in and about 2002 and 2003.

9.  Jean Pierre Camy, Technical Manager for Chevron Business Development, Inc. Mr. Camy has information concerning Ms. Pande's job performance and conduct in and about 1998 and 1999 and about her subsequent efforts to find employment positions with Chevron in and about 2003 and early 2004.

10. Zuwa Omoregie, Team leader, Petroleum Engineering Consulting Services in Chevron's Energy Technology Company. Mr. Omoregie has information concerning Ms. Pande's performance and conduct and her efforts to find employment positions with Chevron in and about 2003 and early 2004.

With the exceptions of the individuals listed in item number 1, above, the aforementioned individuals should be contacted through Defendants' counsel, Lisa C. Hamasaki, Miller Law Group, Wood Island Center, 60 E. Sir Francis Drake Blvd., Suite 302, Larkspur, CA 94939, (415) 464-4300.

I certify that to the best of my knowledge, information and belief, formed after an inquiry that is reasonable under the circumstances, that this disclosure is complete and correct as of the time it is made.

Dated: November 29, 2006

MILLER LAW GROUP
Professional Corporation

By: *[signature]*
Lisa C. Hamasaki
Attorneys for Defendants

PROOF OF SERVICE

I, Tracy Wilson, declare that I am employed at Miller Law Group, A Professional Corporation, whose address is 60 E. Sir Francis Drake Blvd., Suite 302, Larkspur, California 94939; I am over the age of eighteen (18) years and am not a party to this action. On the below date, by the method noted below, I served the following document(s):

**DEFENDANTS' SUPPLEMENTAL INITIAL DISCLOSURES**

on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope addressed as follows:

Noah Lebowitz, Esq.        Attorney for Plaintiff: KIRAN PANDE
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133
Tel: (415) 421-9292
Fax: (415) 403-0202

☒ **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the ordinary course of business for collection and mailing on this date at Miller Law Group, 60 E. Sir Francis Drake Blvd., Larkspur, California. I declare that I am readily familiar with the business practice of Miller Law Group for collection and processing of correspondence for mailing with the United States Postal Service and that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ **BY HAND DELIVERY:** By placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth above.

☐ **BY FACSIMILE:** I served the foregoing documents on the interested party/parties in this action by facsimile transmission from fax number 415-464-4336 and the transmission was reported as completed without error before 5:00 p.m. to the office(s) with the aforementioned fax number(s). I attached to this proof of service the transmission report that was properly issued by the transmitting facsimile machine maintained by Miller Law Group, 60 E. Sir Francis Drake Blvd., Larkspur, California.

☒ [Federal] I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 29, 2006 at Larkspur, California.

_____
Tracy Wilson

PROOF OF SERVICE