# EXHIBIT C

1  John A. McGuinn, Esq. (SBN 36047)
   Noah D. Lebowitz, Esq. (SBN 194982)
2  McGUINN, HILLSMAN & PALEFSKY
   535 Pacific Avenue
3  San Francisco, CA  94133
4  Telephone:   415/421-9292
   Facsimile:    415/403-0202
5
   Attorneys for Plaintiff
6  KIRAN PANDE

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11  KIRAN PANDE,                        )
                                        )   Case No. 04-5107 CW
12                                      )
                  Plaintiff,            )   **PLAINTIFF KIRAN PANDE'S**
13                                      )   **OBJECTION TO DEFENDANTS'**
    vs.                                 )   **SUPPLEMENTAL INITIAL**
14                                      )   **DISCLOSURES, SERVED**
    CHEVRON CORPORATION (f/k/a          )   **NOVEMBER 29, 2006**
15  CHEVRONTEXACO CORPORATION),         )
                                        )
16  a Delaware corporation, CHEVRON     )
    INTERNATIONAL EXPLORATION &         )
17  PRODUCTION (f/k/a                   )
    CHEVRONTEXACO OVERSEAS              )
18  PETROLEUM COMPANY), a division of   )
19  Chevron U.S.A. Inc.,                )
                                        )
20                Defendants.           )
                                        )
21  _____

22

23      Plaintiff Kiran Pande hereby objects to Defendants' Supplemental Initial

24  Disclosures, served November 29, 2006 and will file a motion *in limine* requesting that

25  the Court preclude the Defendants' from calling any of the witnesses listed in that

26  Supplemental Initial Disclosure or using any information gleaned from said witnesses in

27  support of their claims or defenses at trial.  This objection is based on the following

28

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

PLAINTIFF KIRAN PANDE'S OBJECTION TO DEFENDANTS' SUPPLEMENTAL
INITIAL DISCLOSURES, SERVED NOVEMBER 29, 2006

EXHIBIT   C    1

1  factors:

2  The last day to serve Initial Disclosures in this case was December 9, 2005,
3  nearly one year ago. Fact discovery cut-off was October 30, 2006, almost one entire
4  month prior to service of the Supplemental Initial Disclosures. The Supplemental Initial
5  Disclosures was served two days after Plaintiff completed her final fact deposition[1] in
6  
7  the case and after she had exhausted her allotment of depositions for the case. The
8  Supplemental Initial Disclosures was served only nine days before the Defendants'
9  Motion for Summary Judgment is due to be filed. All of the information contained in the
10 Supplemental Initial Disclosures was known to the Defendants long before this
11 document was served and there is no feasible basis for contending that they were not
12 in possession of sufficient information during the fact discovery stage of the case.
13 Based on, *inter alia*, the above factors, Plaintiff will be prejudiced if the Defendants are
14 
15 permitted to call the witnesses listed in the Supplemental Initial Disclosure or rely on
16 information gleaned from said witnesses at trial in this matter.

17

18 Dated: November 30, 2006                     McGUINN, HILLSMAN & PALEFSKY
19                                              Attorneys for Plaintiff
20
21                                              By: _____
22                                                  Noah D. Lebowitz
23
24
25
26
27  [1] The deposition was taken after the fact discovery cut-off by stipulation of the
28  parties as a result of difficulties with witness availability.

McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

PLAINTIFF KIRAN PANDE'S OBJECTION TO DEFENDANTS' SUPPLEMENTAL
INITIAL DISCLOSURES, SERVED NOVEMBER 29, 2006                           2

## PROOF OF SERVICE

CASE NAME: *Pande v. Chevron Corp., et al.*
CASE NO.: C-04-5107-CW
COURT: United States District Court, Northern District of California

I am employed in the City and County of San Francisco, California; I am over the age of eighteen years and not a party to the within action; my business address is 535 Pacific Avenue, San Francisco, California 94133. On the date last written below, I served the following documents:

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S
SUPPLEMENTAL INITIAL DISCLOSURES**

on the parties, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below for service as designated below:

(A)   <u>By First Class Mail</u> - I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U. S. mail in San Francisco, California, for collection and mailing to the office of the addressee on the date shown herein following ordinary business practices.

(B)   <u>By Personal Service</u> - I caused each such envelope to be personally delivered to the office of the addressee by a member of the staff of this law firm on the date last written below.

(C)   <u>By Federal Express</u> - I caused each such envelope to be delivered to the Federal Express Corporation at San Francisco, California, with whom we have a direct billing account, to be delivered to the office of the addressee on the next business day.

(D)   <u>By Facsimile</u> - I caused a copy of this document to be faxed to the parties noted at the fax numbers stated below. Attached hereto is a verification of reception.

| Type of Service | Addressee | Party |
|---|---|---|
| A | Michelle Ballard Miller, Esq.<br>Miller Law Group<br>60 East Sir Francis Drake Blvd., Suite 302<br>Larkspur, CA 94939 | Defendants |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of November, 2006, at San Francisco, California.

*Teresa McLoughlin*
Teresa McLoughlin

McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

PLAINTIFF KIRAN PANDE'S OBJECTION TO DEFENDANTS' SUPPLEMENTAL
INITIAL DISCLOSURES, SERVED NOVEMBER 29, 2006                           3