# EXHIBIT H

COPY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

```
KIRAN PANDE,                        )  CASE NO. 04-5107 CW
                                    )
            Plaintiff(s),           )
                                    )
VS.                                 )
                                    )
CHEVRON CORPORATION (f/k/a          )
CHEVRONTEXACO CORPORATION),         )
a Delaware corporation,             )
CHEVRON INTERNATIONAL               )
EXPLORATION & PRODUCTION,           )
(f/k/a CHEVRONTEXACO                )
OVERSEAS PETROLEUM COMPANY),        )
a division of Chevron U.S.A.        )
Inc.,                               )
                                    )
            Defendant(s).           )
```
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF
TAYO FEYIJIMI
OCTOBER 26, 2006
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION of TAYO FEYIJIMI, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on the 26th of October, 2006, from 3:01 p.m. to 4:10 p.m., via telephone, before Wendy J. Lege', CSR in and for the State of Texas, reported by machine shorthand, at the offices of Bayou City Reporting, Inc., 1135 East 11th Street, Houston, Texas 77009, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached herein.



**Bayou City Reporting inc.**

1135 East 11th Street • Houston, TX 77009
Phone: (713) 861-8589 • Toll Free: (888) 577-5048 • Fax: (713) 861-1729 • Email: bcrdepo@sbcglobal.net

EXHIBIT ___H___

1    Q.    Do you recall Mr. Dunn raising his voice
2    during that meeting?
3    A.    Yes, I recall that.
4    Q.    What was he talking about when he raised his
5    voice?
6    A.    He wanted to know about the progress -- or
7    more the lack of progress on the modeling work on
8    Tombua Landana -- on Tombua Field.
9    Q.    And was he directing his comments at
10   Ms. Pande?
11             MS. HAMASAKI:  Objection.  Calls for
12   speculation.
13   A.    Yes, he was.
14   Q.    (BY MR. LEBOWITZ)  Was he yelling at her?
15             MS. HAMASAKI:  Objection.  Vague and
16   ambiguous.
17   A.    I can't remember him yelling at Ms. Pande.
18   Q.    (BY MR. LEBOWITZ)  Was he pointing his finger
19   at Ms. Pande?
20   A.    Yes, he was.
21   Q.    And at any time during this meeting do you
22   recall Mr. Dunn referring to the fact that Ms. Pande
23   was going on a leave?
24             MS. HAMASAKI:  Objection.  Asked and
25   answered.

1  THE STATE OF TEXAS
2
3        I, WENDY J. LEGE', the undersigned Certified
   Shorthand Reporter, in the State of Texas, do hereby
4  certify that the facts as stated by me in the caption
   hereto are true; that the above and foregoing answers
5  of the witness,
                    TAYO FEYIJIMI,
6  stated in the caption hereto, to the deposition as
   indicated, were made before me by the said witness
7  after being duly cautioned and sworn to testify the
   truth, the whole truth and nothing but the truth, and
8  the same were thereafter reduced to typewriting under
   my direction; that the above and foregoing deposition
9  as set forth is a full, true, and correct transcript of
   the proceedings had at the time of taking said
10 deposition.
          I further certify that I was neither attorney
11 nor counsel for, or related to, nor employed by any of
   the parties to the action in which this deposition is
12 taken, and further that I am not a relative or employee
   of any counsel employed by the parties hereto, or
13 financially interested in this action.
          GIVEN UNDER MY HAND AND SEAL OF OFFICE this
14     _____ day of _____, 2006
15
                    _____
16                  WENDY J. LEGE', CSR
                    Certificate No.:  3744
17                  Expiration Date:  12-31-06
18 BAYOU CITY REPORTING, INC.
   Firm No.: 295
19 1135 East 11th Street
   Houston, Texas  77009
20 713.861.8589
21
22
23
24
25