# EXHIBIT I

DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---


KIRAN PANDE,                               )
                                           )
          Plaintiff,                       )
                                           )
     vs.                                   )    NO. 04-5107CW
                                           )
CHEVRON CORPORATION (f/k/a                 )
CHEVRONTEXACO CORPORATION), a              )
Delaware corporation, CHEVRON              )
INTERNATIONAL EXPLORATION &                )
PRODUCTION (k/k/a                          )
CHEVRONTEXACO OVERSEAS                      )
PETROLEUM COMPANY), a division             )
of Chevron U.S.A., Inc.,                   )
                                           )
          Defendants.                      )
                                           )
_____)


---oOo---

DEPOSITION OF GRAHAM HOUSEN

Thursday, August 24, 2006

---oOo---

*Certified Copy*


REPORTED BY:   LISA P. GALLI, CSR NO. 12351


**EXHIBIT** _____I_____

PROFESSIONAL REPORTING SERVICES (800) 261-4814

1              And, otherwise, is there any reason why we

2    cannot go forward with your deposition today?

3         A.    No.  No reason not to.

4         Q.    Have you ingested anything in, say, the past

5    24 or 48 hours that would impair your ability to testify

6    today or to recall events?

7         A.    No.

8         Q.    Who is your current employer?

9         A.    Chevron Corporation.

10        Q.    And how long have you been employed by Chevron

11   or some entity?

12        A.    Approximately 21 years.

13        Q.    And are you a U.S. citizen?

14        A.    No.

15        Q.    What is your citizenship?

16        A.    Canada.

17        Q.    And have you always worked for Chevron within

18   the United States, or have you worked within Canada?

19        A.    Started in Canada.

20        Q.    And for how long did you work for Chevron in

21   the United States?

22        A.    Fourteen years.

23        Q.    Within Chevron, are you considered the

24   Canadian payroll, or however that is done?

25        A.    Canadian payroll.  That is correct.

1          MR. LEBOWITZ:  Q.  What position is that?

2     A.    I believe the group she is in is in

3 environmental safety and health group.  That's either in

4 corporation or in Chevron International.

5     Q.    Do you know when she found that new job?

6     A.    I don't.

7     Q.    Did you accept the offer to move to Houston

8 op?

9     A.    Yes.

10     Q.    And did you actually go with the group to

11 Houston?

12          MS. HAMASAKI:  Objection.  Calls for

13 speculation.  Vague and ambiguous.

14          You can answer to the extent you know.

15          THE WITNESS:  I moved to Houston on the date I

16 was told to.

17          MR. LEBOWITZ:  Q.  And what date was that?

18     A.    The first week of January 2004.

19     Q.    Did you actually move your residence to

20 Houston?

21     A.    No.

22     Q.    Why not?

23     A.    My family and -- my spouse works in the Bay

24 Area.

25     Q.    When you were offered the position in Houston,

DEPOSITION OF GRAHAM HOUSEN                    19

1     group within that company.

2         Q.    And your supervisor in that job was who?

3         A.    Zuwa Omoregie.

4         Q.    When did you post for that job?

5         A.    It was around mid-December of 2003.

6         Q.    Let me back up for a second.

7         When was it that you accepted the offer that

8     we -- the move to Houston?

9         A.    It would have been in June 2003.

10         Q.    So the job in Mr. Omoregie's group you posted

11     for sometime in mid-December 2003?

12         A.    (Nonverbal response.)

13         Q.    When were you notified that you were being

14     offered the job?

15         A.    It was probably late January 2004.

16         Q.    Was that after your job position had

17     officially moved to Houston?

18         A.    Yes.

19         Q.    So the point you received the job offer from

20     Mr. Omoregie, you were working in Houston?

21         A.    That's correct.

22         Q.    Although your official residence remained in

23     California?

24         A.    Correct.

25         Q.    Did you ask Mr. Riccobono to assist you in

1          STATE OF CALIFORNIA    )    ss.

2          I, the undersigned, a Certified Shorthand

3     Reporter of the State of California, hereby certify that

4     the witness in the foregoing deposition was by me duly

5     sworn to testify to the truth, the whole truth, and

6     nothing but the truth in the within-entitled cause; the

7     said deposition was taken at the time and place therein

8     stated; that the testimony of said witness was reported

9     by me, a Certified Shorthand Reporter and a

10    disinterested person, and was thereafter transcribed

11    under my direction into typewriting; that the foregoing

12    is a full, complete and true record of said testimony;

13    and that the witness was given an opportunity to read

14    and, if necessary, correct said deposition and to

15    subscribe the same.

16          I further certify that I am not of counsel or

17    attorney for either or any of the parties in the

18    foregoing deposition and caption named, nor in any way

19    interested in the outcome of the cause named in said

20    action.

21          IN WITNESS WHEREOF, I have hereunto set my

22    hand this 11th day of September, 2006.

23

24    _____
      CERTIFIED SHORTHAND REPORTER

25