# EXHIBIT K

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--oOo--

KIRAN PANDE,                      )
                                  )
            Plaintiff,            )
                                  )
      vs.                         )  Case No. 04-5107 CW
                                  )
CHEVRON CORPORATION(f/k/a         )
Chevron Texaco Corporation/, a)
Delaware corporation, et al., )
                                  )
            Defendants.           )
_____    )


DEPOSITION OF ZUWA OMOREGIE

Thursday, April 6, 2006


# CERTIFIED COPY


REPORTED BY: DENISE A. FORD, CSR 7525 (380011)


**EXHIBIT** ___K___



**LEGALINK**
A **WORDWAVE** COMPANY

LegaLink San Francisco          tel (415) 357-4300    www.legalink.com
575 Market Street, 11th Floor   tel (800) 869-9132
San Francisco, CA 94105         fax (415) 357-4301

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

ZUWA OMOREGIE  April 6, 2006

```
 1            A.    Okay.

 2            Q.    Is there any reason why we cannot go

 3     forward with your deposition today?...

 4            A.    No.

 5            Q.    Have you ingested anything in the past,

 6     say, 24 or 48 hours that would impede or impair your

 7     ability to recall events or testify truthfully?

 8            A.    No.

 9            Q.    I have never gotten a "yes" answer to that

10     question.

11            Who is your current employer?

12            A.    Chevron.

13            Q.    How long have you worked for Chevron?

14            A.    Since '81.

15            Q.    I would like to short-cut some things.   If

16     you can just give me your educational background

17     starting with undergraduate.

18            A. .  Bachelor's, master's and Ph.D. in

19     petroleum engineering at U.S.C. in Los Angeles.

20            Q.    When did you receive your BA, what year?

21            A.    BS, 1978.

22            Q.    And your master's?

23            A.    The same year, 1978.

24            Q.    And your doctorate?

25            A.    1981.
```

8

ZUWA OMOREGIE  April 6, 2006

1    Q.    And from what I can see already you went

2    to work immediately for Chevron?

3    A.    Yes, I did.

4    Q.    And you have been with Chevron ever since?

5    A.    Yes.

6    Q.    That is unique for any company.

7    I know people at Chevron move around a lot and

8    have a lot of different jobs.  If you can run down for

9    me at least in broad strokes what positions you have

10   held at Chevron since you started.

11   A.    Positions or work locations?

12   Q.    Positions, titles, and if you would like

13   to include in that work locations, that's fine.

14   A.    Being a research engineer, team leader,

15   reservoir supervisor, petroleum engineering manager,

16   subsurface manager, petroleum engineering sponsor, asset

17   manager, manager international relations, and team

18   leader.

19   Q.    And what is your current job?

20   A.    Team leader, petroleum engineering

21   consulting services in Chevron's Energy Technology

22   Company.

23   Q.    Is that more commonly known as ETC?

24   A.    Yes.

25   Q.    Is that the same group that at one point

9

1    expressed an interest.  You are not required to guess.

2    It is only if you actually remember.

3                THE WITNESS:  No, I don't remember what

4    my response was.

5                MR. LEBOWITZ:  Q.  Do you have any

6    recollection other than she probably asked about or you

7    and she probably had a discussion about her returning to

8    ETC, do you have any other details or any other

9    recollection of any conversation like that?

10           A.    No.

11           Q.    And just to be clear, when you say you

12    don't recall, does that mean that you are sure it didn't

13    happen, or you just don't know one way or another?

14           A.    I just don't remember.

15           Q.    So then we come to late 2003.

16           At that point there were at least two petroleum

17    engineer positions in ETC which were posted.

18           Do you recall that?

19           A.    Jobs in my group?

20           Q.    Yes.

21           A.    Yes.

22    (Whereupon Exhibit 1 was marked for identification.)

23           Q.    Mr. Omoregie, the Court Reporter has just

24    handed you what has been marked Exhibit 1 for this

25    deposition.  I would like you to take a look at it and

15

1    familiarize yourself with the document.

2         Let me explain to you, we have marked these as

3    exhibits for the deposition.  If you look in the lower

4    right-hand corner of these pages, there is a stamp,

5    something called Chevron/Pande with a number next to it.

6    We call those Bates stamps.  Those are things that were

7    not on the document when it was originally produced, but

8    we use that for simply keeping track of documents during

9    litigation.

10        I may refer to those numbers.  If I am referring

11   to numbers, that's what it is.  If you can just take a

12   second and familiarize yourself with the document and

13   let me know when you are ready to proceed.

14        A.    I am reading.

15        Q.    Have you ever seen this document before?

16        A.    Yes.

17        Q.    And what is it?

18        A.    It is what we call an OJ1.  It is a

19   document that details the selection criteria for a

20   position that you are trying to fill.

21        Q.    What particular position is that Exhibit 1

22   for?

23        A.    It is one of the two petroleum engineering

24   positions in my team.

25        Q.    This is something that was -- well, let me

16

ZUWA OMOREGIE  April 6, 2006

1        A.    It is just used to advertise the position

2   internally or externally.

3        Q.    Is this something that is handled by human

4   resources as far as the advertising?

5        A.    Yes.

6        Q.    And the person who fills it out, is the

7   only role they have is just filling out the information?

8        A.    Yes.

9        Q.    And is this open position requisition for

10  the same job that is referred to in these first two

11  pages in the OJ1?

12       A.    Yes.

13       Q.    So this job is a petroleum engineering job

14  in ETC; is that correct?

15       A.    Yes.

16       Q.    And it is based in San Ramon?

17       A.    Yes.

18       Q.    With an expected start date of January 1,

19  2004?

20       A.    Yes.

21       Q.    And an expected duration of three to four

22  years; is that correct?

23       A.    Yes.

24       Q.    And near the top where it says Grade, TCL

25  23 to 26, can you tell me what that refers to?

20

ZUWA OMOREGIE  April 6, 2006

1          A.     That's correct.

2          Q.     Describe for me, please, what the

3    selection process is.

4                    MS. MILLER:  For this particular job?

5                    MR. LEBOWITZ:  Q.  Yes.

6          A.     The selection team rates the candidates

7    based on the criteria, and then there is a vote for

8    selection.

9          Q.     And what information is used to rate the

10   candidates?

11         A.     Their personnel knowledge of the

12   candidates as well as information from -- feedback from

13   their supervisors.

14         Q.     And how is the feedback from the

15   supervisors solicited?

16         A.     The process varies.  In this case I asked

17   for comments on the candidates from the supervisors if I

18   could reach them.

19         Q.     And did you speak with Jack Dunn in regard

20   to Kiran Pande's application for this job?

21                   MS. MILLER:  I am going to object as to

22   relevance.

23                   MR. LEBOWITZ:  It is not a deposition

24   objection.

25                   MS. MILLER:  Sure it is, this whole line

24

1    of questioning.

2         You can answer.

3              THE WITNESS:  Yes.

4              MR. LEBOWITZ:  Q.  And when did you speak

5    with Mr. Dunn about Kiran Pande's application?

6         A.    Sometime before the selection meeting, so

7    late 2003.

8         Q.    Did you speak with Mr. Dunn in person or

9    on the phone?

10        A.    In person.

11        Q.    Where did you meet with him?

12        A.    In his office.

13        Q.    And how long did you speak about Ms. Pande

14   with Mr. Dunn?

15        A.    I don't recall.

16        Q.    Was it an hour?

17        A.    I don't recall.

18        Q.    You don't have any recollection?

19        A.    No.

20        Q.    And what did Mr. Dunn say about Ms. Pande?

21        A.    Just overall feedback on her.

22        Q.      I would like you to be as specific as

23   possible and to whatever extent your memory has of the

24   conversation, just relate to me what it is that Jack

25   Dunn said about Ms. Pande.

1    A.    I don't recall his words, but what he said

2  was she has strong technical skills, that she couldn't

3  move or didn't want to move to Houston when the team was

4  being moved to Houston, and that her performance on the

5  job suffered when the Houston move was announced, but

6  also that there was a job in Houston if she wanted to

7  move.  She still would have been -- the job was there in

8  Houston for her.

9    Q.    Anything else that Mr. Dunn said about

10  Ms. Pande during this conversation?

11    A.    No.

12    Q.    At the time you had this conversation with

13  Mr. Dunn, did you know whether or not Ms. Pande was out

14  on a medical leave?

15    A.    I believe I did.

16    Q.    Did you and Mr. Dunn speak about that at

17  all?

18    A.    I don't recall how I heard, but I knew,

19  yes.

20    Q.    Regardless of how you first learned, did

21  you and Mr. Dunn have any conversation that in any way

22  referenced the fact that Ms. Pande was on medical leave?

23    A.    Not that I can recall.

24    Q.    Did you ask Mr. Dunn for any detail on

25  what he meant when he said that Ms. Pande's performance

ZUWA OMOREGIE  April 6, 2006

1    suffered after the Houston moved was announced?

2        A.    No.

3        Q.    Did he explain what he meant by that?

4        A.    No.

5        Q.    Did you have an impression as to what he

6    meant by that?

7        A.    No.    What I try to get from supervisors is

8    their rating of employee performance.

9        Q.    Did Mr. Dunn give you any sort of official

10   rating, something that would -- similar to a PMP rating?

11       A.    No.

12       Q.    Have you now told me everything you can

13   recall from your conversation with Jack Dunn about Kiran

14   Pande?

15       A.    Yes.

16       Q.    When you left Mr. Dunn's office after that

17   conversation, what was your impression of Ms. Pande's

18   performance?

19       A.    Well, what Mr. Dunn said was her

20   performance suffered.  I think an expression he used was

21   she was one of the more least performing members of the

22   team, but still capable to do the job.

23       That was my impression after that conversation.

24       Q.    And did you report the contents of this

25   conversation back to the selection committee?

27

ZUWA OMOREGIE  April 6, 2006

1    A.    Yes.

2    Q.    And how did you do that?

3    A.    At the one meeting.  We go through all the
4    comments.

5    Q.    So is there a selection committee meeting?

6    A.    Yes.

7    Q.    And what did you tell the committee in
8    regard to your conversation with Jack Dunn?

9    A.    What I just told you.

10    Q.    You told them everything that you have
11    told me?

12    A.    I would have.

13    Q.    Do you have any actual recollection of
14    doing so?

15    A.    No.

16    Q.    Tell me about these meetings, the
17    committee meetings.

18    Is anyone there other than members of the
19    committee?

20    A.    No.

21    Q.    Is anybody, to your knowledge, taking
22    notes of what goes on at committee meetings?

23    A.    No.  I took notes on this form.

24    Q.    And is that what eventually became the
25    selection record?

28

1    had regarding Kiran Pande?

2         A.    Those meetings, I don't recall.  It is a

3    dynamic meeting.  I am sure I would say what I knew

4    about everyone I knew there, but I don't recall what I

5    said specifically.

6         Q.    Did you have any personal knowledge

7    regarding Ms. Pande prior to the committee meeting?

8         A.    Her reputation.

9         Q.    What was that?

10        A.    Strong technical skills.

11        Q.    And how did you come to learn that

12    reputation of strong technical skills?

13        A.    Feedback from colleagues and others who

14    have worked with her or seen her work.

15     (Whereupon Exhibit 2 was marked for identification.)

16        Q.    Mr. Omoregie, you have been handed what

17    has been marked Exhibit 2 for this deposition, which is

18    another Summary of Open Job and Open Position

19    Requisition Form.

20        Have you seen these documents before?

21        A.    Yes.

22        Q.    And what is this?

23        A.    It is the same as the previous one.

24        Q.    It is for a different job; is that

25    correct?

35

ZUWA OMOREGIE  April 6, 2006

1      A.      Essentially the same job.

2      Q.      There were two openings at the same time?

3      A.      Yes.

4      Q.      Were candidates considered for both of

5   these jobs simultaneously?

6      A.      Yes, one meeting.

7      Q.      They were considered from the same pool of

8   applicants?

9      A.      Yes.

10     Q.      So at the same meeting that you consider

11  people for the job that's got a job number of 50046185,

12  folks were considered also for the job number 50054160?

13     A.      Yes.

14     Q.      Now the 54160 job has a residence located

15  as San Ramon or Houston?

16     A.      Yes.

17     Q.      Which is different than the first job we

18  looked at?

19     A.      Yes.

20     Q.      Can you explain to me what the difference

21  is?

22     A.      There is no difference.  The flexibility

23  on location was to allow us to attract a larger pool of

24  internal candidates.

25     Q.      So if I understand, the point of having

36

1    San Ramon or Houston as the potential location, it is to

2    be more convenient for the applicants?

3          A.    Yes.

4          Q.    So the applicant would work or the ones

5    that got the job could work from either San Ramon or

6    Houston?

7          A.    Yes.

8          Q.    At any point did you learn or hear of any

9    reputation regarding Ms. Pande on the topic of teamwork?

10         A.    Yes.    That was some of the comments I just

11   mentioned earlier about from her former supervisors.

12         Q.    So from Jean Camy and Dave Kennedy?

13         A.    Yes.

14         Q.    And how would you characterize those

15   comments regarding teamwork?

16         A.    They were poor ratings.

17         Q.    And did you consider -- strike that.

18         Did the committee consider teamwork to be an

19   important aspect of both of these jobs?

20         A.    Yes.

21         Q.    And do you recall how Ms. Pande was

22   actually rated in regards to teamwork in the selection

23   committee process?

24         A.    Below the selected candidates.

25         Q.    So who were the two selected candidates

37

ZUWA OMOREGIE  April 6, 2006

```
 1    for these jobs?

 2             A.     Their names?

 3             Q.     Yes.

 4             A.     Jalal Afifi and Graham Housen.

 5             Q.     Where was Mr. Afifi working prior to

 6    taking this job?

 7             A.     San Ramon.

 8             Q.     In what position?

 9             A.     Southern Africa business unit in San

10    Ramon.

11             Q.     Do you know who Mr. Afifi's supervisor

12    was?

13             A.     Yes.

14             Q.     Who was it?

15             A.     Tim Magner.

16             Q.     And how about Graham Housen, where was he

17    working prior to taking the petroleum engineer job in

18    ETC?

19             A.     Southern Africa business unit.

20             Q.     Who was his supervisor?

21             A.     Chris Riccobbono.

22             Q.     Do you know if either Mr. Afifi or

23    Mr. Housen reported in any way to Jack Dunn in their

24    positions with the Southern Africa business unit?

25             A.     No.   That means they didn't.   I don't know
```

38

Job No:   (50046185)

PLAINTIFF'S
EXHIBIT
[ ] 4/15/02

# Energy Technology Company
## Summary Of Open Job

| | |
|---|---|
| JOB TITLE: | Petroleum Engineer |
| GRADE: | TCL 23-26 |
| SBU: | RPO/PEO |
| | Asset Eval & Ops Support |
| RESIDENCE LOCATION: | San Ramon |
| INCUMBENT: | n/a |
| EXPECTED EFFECTIVE DATE: | 1-Jan-04 |
| EXPECTED DURATION: | 3-4 years |
| REPORTS TO          TITLE: | Team Leader |
| NAME: | Zuwa Omoregie |
| Direct Reports: | 0 |
| Total Nationals: | n/a |
| Total Expats: | n/a |

CANDIDATES:

HIGH LEVEL JOB SUMMARY/SCOPE:

Petroleum Engineer who will provide asset evaluation and operations support to one or more CVX upstream business units. Engineer will likely lead teams of technical staff on projects that support asset transaction initiatives by the business units. The focus of the work is generally to assist in framing development scenarios for oil and gas fields and generating production forecasts and reserves for them from data provided in data rooms or gathered from other external sources. Some domestic and international travel to visit data rooms will be required. For some projects, the work is done at the SBU location, which will also require travel.

| Selection Criteria | Candidate | Candidate | Candidate | Candidate | Candidate | Candidate |
|---|---|---|---|---|---|---|
| Available Date | | | | | | |
| **Critical Criteria (maximum 4)** | | | | | | |
| Conceptual reservoir/field development planning | | | | | | |
| Production/Exploration asset portfolio management | | | | | | |
| Reservoir Engineering, production forecasting, & reserves expertise for a wide range of reservoir types and depletion schemes | | | | | | |
| Data room, DA & economic analysis experience | | | | | | |
| **Behavioral/Organizational Competencies** | | | | | | |
| Teamwork skills.  Must be capable of integrating work with all disciplines and contributing to team dynamics.  Demonstrated ability to work in diverse and dispersed team structures. | | | | | | |
| Ability to focus on key business and technical issues and achieve alignment between Operating company, owners and government.  Requires excellent interpersonal skills.  Proven ability to work within complex JV governance structures to deliver results. | | | | | | |
| Excellent verbal and written communication skills | | | | | | |
| Project management skills. Solid understanding of project management tools including CSOC principles (should be CSOC certified), CPDEP (including subsurface CPDEP/VIPs/best practices/lessons learned) and project-execution planning | | | | | | |

**[!] CONFIDENTIAL**

CHEVRON/PANDE03512

| Final Selection Details | |
|---|---|
| Comments and Other Considerations as appropriate: (e.g., selected candidate was surplus) | |
| Selection Team Members: | |
| Selected Candidate: | |
| Reason for Selection: | |

CONFIDENTIAL

CHEVRON/PANDE03513

# ChevronTexaco Open Position Requisition                **ChevronTexaco**

post an open position to ChevronTexaco's SAP Recruitment system and/or have an open position posted externally, complete the following form and email it to EMPLYMNT@chevrontexaco.com. If you have questions regarding this form, contact your HR Employment Counselor directly.

## GENERAL INFORMATION

Position Title    Petroleum Engineer

Open Date    12/08/2003

Company Name    EPTC

Company Code    0334

Work Location City    San Ramon

Employee Group    1 Exempt salaried

Number of Vacancies    1

SAP Position ID    50046185

Close Date    12/23/2003

Department/Division    RPO/PEO

Category to Describe Position    054 Engineering - Petroleum

Work Location State (or Country, if international)    CA

Pay Scale Group    (low) 23    (high) 26

Target Fill Date    01/01/2004

## CONTACT INFORMATION AND MISCELLANEOUS

Position Owner Name    David Wagner

Position Owner Phone No.    713-954-6283    Position Owner E-mail Address    djwagner@chevrontexaco.com

Alternate Contact Name    Zuwa Omoregie

Alternate Contact Phone No.    925-842-4132    Alternate E-mail Address    zsom@chevrontexaco.com

HR Business Partner Name    Sherry Marshall

Employment Selection Counselor Name    Linda Johnson

Post to    Internal only. Exception form required for "external only" option.    SAP Charge Code    TCP71310

Is this a safety sensitive position?    No        Are you willing to pay relocation?    Yes

## SITION DETAILS

Overview of Position:

Petroleum Engineer who will provide asset evaluation and operations support to one or more CVX upstream business units. Engineer will likely lead teams of technical staff on projects that support asset transaction initiatives by the business units. The focus of the work is generally to assist in framing development scenarios for oil and gas fields and generating production forecasts and reserves for them from data provided in data rooms or gathered from other external sources. Some domestic and international travel to visit data rooms will be required. For some projects, the work is done at the SBU location, which will also require travel.

Key Job Responsibilities (essential position functions):

- Exploration Prospect Evaluation
- Field Development Planning
- Production Forecasting/Reserves
- Economic Analysis
- Data Room Visits
- Recommendations/Presentations to Management

**CONFIDENTIAL**

## EDUCATION, CERTIFICATION, TESTING

Bachelor's degree?    ☒ Required        Master's degree?    ☐ Required
                     ☐ Preferred                              ☐ Preferred
                     ☐ Not applicable                         ☒ Not applicable

If degree is specified, please designate major/discipline(s)    Petroleum Engineering

If you will accept work experience in lieu of academic preparation, summarize minimum acceptable work experience

Identify any other academic or certification requirements

Testing Requirements (CT-SAT, RBH, etc.) Please Specify

## FOR EXTERNAL POSTINGS

CHEVRON/PANDE03514

Zip code where position is located _____    Area code where position is located _____

Should the external posting show the ideal salary range?    No

If yes, provide the **salary range** you wish to advertise *(refer to salary structure tables, or contact your counselor for assistance).*
$ _____   to   $ _____

Would you like to accept employee referrals, following the guidelines of the program? (This means that you are willing to pay $1,000 from your budget to a ChevronTexaco employee who makes an eligible referral to this job IF you subsequently hire that referral.)    No

---

**Please submit this completed form and the Selection Skills Assessment (GO-1646) to** emplymnt@chevrontexaco.com    GO-1640 (1-03)
Word Electronic Version

⚟ CONFIDENTIAL

CHEVRON/PANDE03515

Job No:   (50054160)

PLAINTIFF'S EXHIBIT

## Energy Technology Company
## Summary Of Open Job

| | | CANDIDATES: |
|---|---|---|
| JOB TITLE: | Petroleum Engineer | |
| GRADE: | TCL 23-26 | |
| SBU: | RPO/PEO | |
| | Asset Eval & Ops Support | |
| RESIDENCE LOCATION: | San Ramon or Houston | |
| INCUMBENT: | n/a | |
| EXPECTED EFFECTIVE DATE: | 1-Jan-04 | |
| EXPECTED DURATION: | 3-4 years | |
| REPORTS TO            TITLE: | Team Leader | |
| NAME: | Zuwa Omoregie | |
| Direct Reports: | 0 | |
| Total Nationals: | n/a | |
| Total Expats: | n/a | |

HIGH LEVEL JOB SUMMARY/SCOPE:

Petroleum Engineer who will provide asset evaluation and operations support to one or more CVX upstream business units. Engineer will likely lead teams of technical staff on projects that support asset transaction initiatives by the business units. The focus of the work is generally to assist in framing development scenarios for oil and gas fields and generating production forecasts and reserves for them from data provided in data rooms or gathered from other external sources. Some domestic and international travel to visit data rooms will be required. For some projects, the work is done at the SBU location, which will also require travel.

| Selection Criteria | Candidate | Candidate | Candidate | Candidate | Candidate | Candidate | Candidate |
|---|---|---|---|---|---|---|---|
| Available Date | | | | | | | |
| **Critical Criteria (maximum 4)** | | | | | | | |
| Conceptual reservoir/field development planning | | | | | | | |
| Production/Exploration asset portfolio management | | | | | | | |
| Reservoir Engineering, production forecasting, & reserves expertise for a wide range of reservoir types and depletion schemes | | | | | | | |
| Data room, DA & economic analysis experience | | | | | | | |
| **Behavioral/Organizational Competencies** | | | | | | | |
| Teamwork skills.  Must be capable of integrating work with all disciplines and contributing to team dynamics.  Demonstrated ability to work in diverse and dispersed team structures. | | | | | | | |
| Ability to focus on key business and technical issues and achieve alignment between Operating company, owners and government.  Requires excellent interpersonal skills.  Proven ability to work within complex JV governance structures to deliver results. | | | | | | | |
| Excellent verbal and written communication skills | | | | | | | |
| Project management skills.  Solid understanding of project management tools including CSOC principles (should be CSOC certified), CPDEP (including subsurface CPDEP/VIPs/best practices/lessons learned) and project-execution planning | | | | | | | |

CONFIDENTIAL

**Final Selection Details**

| | |
|---|---|
| Comments and Other Considerations as appropriate: (e.g., selected candidate was surplus) | |
| Selection Team Members: | |
| Selected Candidate: | |
| Reason for Selection: | |

☐ CONFIDENTIAL

CHEVRON/PANDE03517

# ChevronTexaco Open Position Requisition      **ChevronTexaco**

post an open position to ChevronTexaco's SAP Recruitment system and/or have an open position posted externally, complete the following form and email it to EMPLYMNT@chevrontexaco.com. If you have questions regarding this form, contact your HR Employment Counselor directly.

## GENERAL INFORMATION

Position Title    Petroleum Engineer
Open Date    12/08/2003
Company Name    EPTC
Company Code    0334
Work Location City    San Ramon or Houston
Employee Group    1 Exempt salaried
Number of Vacancies    1

SAP Position ID    50054160
Close Date    12/23/2003
Department/Division    RPO/PEO
Category to Describe Position    054 Engineering - Petroleum
Work Location State (or Country, if international)    CAor TX
Pay Scale Group    (low) 23    (high) 26
Target Fill Date    01/01/2004

## CONTACT INFORMATION AND MISCELLANEOUS

Position Owner Name    David Wagner
Position Owner Phone No.    713-954-6283
Alternate Contact Name    Zuwa Omoregie
Alternate Contact Phone No.    925-842-4132
HR Business Partner Name    Sherry Marshall
Employment Selection Counselor Name    Linda Johnson
Post to    Internal only  Exception form required for "external only" option.

Position Owner E-mail Address    djwagner@chevrontexaco.com

Alternate E-mail Address    zsom@chevrontexaco.com

SAP Charge Code    TCP71310

Is this a safety sensitive position?    No      Are you willing to pay relocation?    Yes

## SITION DETAILS

Overview of Position:
Petroleum Engineer who will provide asset evaluation and operations support to one or more CVX upstream business units. Engineer will likely lead teams of technical staff on projects that support asset transaction initiatives by the business units. The focus of the work is generally to assist in framing development scenarios for oil and gas fields and generating production forecasts and reserves for them from data provided in data rooms or gathered from other external sources. Some domestic and international travel to visit data rooms will be required. For some projects, the work is done at the SBU location, which will also require travel.
Key Job Responsibilities (essential position functions):

- Exploration Prospect Evaluation
- Field Development Planning
- Production Forecasting/Reserves
- Economic Analysis
- Data Room Visits
- Recommendations/Presentations to Management

## EDUCATION, CERTIFICATION, TESTING

Bachelor's degree?  ☒ Required / ☐ Preferred / ☐ Not applicable
Master's degree?  ☐ Required / ☐ Preferred / ☒ Not applicable

If degree is specified, please designate major/discipline(s)    Petroleum Engineering
If you will accept work experience in lieu of academic preparation, summarize minimum acceptable work experience

Identify any other academic or certification requirements
Testing Requirements (CT-SAT, RBH, etc.) Please Specify

## FOR EXTERNAL POSTINGS

Zip code where position is located _____     Area code where position is located _____

Should the external posting show the ideal salary range?   No

If yes, provide the **salary range** you wish to advertise *(refer to salary structure tables, or contact your counselor for assistance).*
$ _____ *to* $ _____

**Would you like to accept employee referrals, following the guidelines of the program?** (This means that you are willing to pay $1,000 from your budget to a ChevronTexaco employee who makes an eligible referral to this job IF you subsequently hire that referral.)   No

Please submit this completed form and the Selection Skills Assessment (GO-1646) to emplymnt@chevrontexaco.com

GO-1640 (1-03)
Word Electronic Version

[] CONFIDENTIAL

CHEVRON/PANDE03519

1          **CERTIFICATE OF REPORTER**

2

3          I, DENISE A. FORD, a Certified Shorthand

4    Reporter, hereby certify that the witness in the

5    foregoing deposition was by me duly sworn to tell the

6    truth, the whole truth, and nothing but the truth in the

7    within-entitled cause;

8          That said deposition was taken down in

9    shorthand by me, a disinterested person, at the time and

10   place therein stated, and that the testimony of the said

11   witness was thereafter reduced to typewriting, by

12   computer, under my direction and supervision;

13         I further certify that I am not of counsel or

14   attorney for either or any of the parties to the said

15   deposition, nor in any way interested in the event of

16   this cause, and that I am not related to any of the

17   parties thereto.

18

19         DATED:  April 18, 2006.

20

21

22
     _____
23   DENISE A. FORD, CSR No. 7525

24

25