EXHIBIT L

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--oOo--


KIRAN PANDE,                          )
                                      )
              Plaintiff,              )
                                      )
         vs.                          )    CASE NO. 04-5107 CW
                                      )
CHEVRON CORPORATION (f/k/a            )
CHEVRONTEXACO CORPORATION), a         )
Delaware corporation, CHEVRON         )
INTERNATIONAL EXPLORATION &           )
PRODUCTION (f/k/a CHEVRONTEXACO       )
OVERSEAS PETROLEUM COMPANY), a        )
division of Chevron U.S.A., Inc.,     )
                                      )
              Defendants.             )
_____)


VIDEOTAPED DEPOSITION:

PAUL J. VITA

FRIDAY, NOVEMBER 17, 2006

BAKERSFIELD, CALIFORNIA

10:02 A.M.




Reported by:  Timothy Scott, CSR No. 8517

# CERTIFIED COPY

## BAKERSFIELD COURT REPORTING
A DIVISION OF STONER & SCHLENKER CERTIFIED SHORTHAND REPORTERS
1227 CALIFORNIA AVENUE
BAKERSFIELD, CALIFORNIA 93304
TOLL FREE:  (888) 840-7775
(661) 633-2106  FAX: (661) 323-3804

EXHIBIT _____ L

```
 1    and we'll stop and allow you to take a break.  I really
 2    don't expect to be here very long, much more than an
 3    hour, even if that.  So just keep that in mind.
 4         If Miss Hamasaki makes objections, understand,
 5    further awkward part of this proceeding is, you still
 6    have to -- unless instructed not to, you still have to
 7    answer the question.
 8    A    Okay.
 9    Q    Is there any reason why we can't go forward
10    with your deposition today?
11    A    No.
12    Q    Have you ingested anything in the past 24 or 48
13    hours that would in any way hamper your ability to
14    recall events or in any way impair your memory?
15    A    No.
16    Q    Who is your current employer?
17    A    Chevron North America Exploration & Production
18    Company.
19    Q    What's your title?
20    A    Area operations manager, Lost Hills/Cymric.
21    Q    How long have you worked for Chevron or any of
22    its entities in total?
23    A    Approximately 27-and-a-half years.
24    Q    And we're going to be focusing today on the
25    falls and winter, starting fall of 2003 into, perhaps,
```

1    possible, with the company.

2        Q    And what, if anything, did you do to help her

3    find a position?

4        A    When the positions for ETC became open later in

5    the year, I made her aware of those positions.

6        Q    Any other positions that you made Miss Pande

7    aware of?

8        A    I can't recollect any at this time.

9        Q    Prior to notifying Miss Pande of the ETC

10   openings, had you had a conversation with Miss Pande?

11       A    Yes, I would say I did.

12       Q    What was that conversation?

13       A    I can't recollect the details of that

14   conversation, but I believe I had a conversation with

15   her on a phone conversation.

16       Q    Do you recall when that was?

17       A    No.

18       Q    It was sometime before you learned of the ETC

19   openings?

20       A    I would -- again, I'm not sure of the timing;

21   so --

22       Q    What was the purpose of your conversation with

23   Miss Pande?

24       A    I can't recollect.  What I can recollect, I

25   believe she called me.

1    BY MR. LEBOWITZ:

2        Q    You can go ahead and answer, Mr. Vita.

3        A    Restate the question, please.

4             (Record read.)

5             THE WITNESS:  No.

6    BY MR. LEBOWITZ:

7        Q    So let's turn to the two ETC jobs that you

8    mentioned earlier.

9             How is it that you learned of the opening?

10       A    I can't recollect on that other than I would

11   have probably been advised by Zuwa Omoregie.

12       Q    Mr. Omoregie was the job owner for those two

13   positions?

14       A    Correct.

15       Q    And when you learned of the two openings in

16   Mr. Omoregie's group, what, if anything, did you do in

17   regard to notifying Miss Pande of the opening?

18       A    I believe I advised her that these two jobs

19   were open.

20       Q    Do you recall how you advised her that these

21   two jobs were open?

22       A    I believe I made a phone call to her.

23       Q    Did you make a phone call to her at work or at

24   home?

25       A    I can't recollect that.

1   that's what is in this email, that may be true.  I can't

2   recollect actually being aware of it at that time.

3   BY MR. LEBOWITZ:

4        Q    So for instance, you don't have any

5   recollection or memory that contradicts what Miss Pande

6   says here; is that right?

7        A    That's correct.

8        Q    The next sentence says "Paul indicated that I

9   could still be considered for the position in Zuwa's

10  group since I was on the slate prior to being

11  terminated."  The next sentence, "He indicated that if I

12  was selected for the position, that they would

13  retroactively reinstate me."

14            Do you recall making any of these statements to

15  Miss Pande?

16       A    No, I don't.

17       Q    Do you recall holding this opinion that's

18  reflected in this email?

19       A    In this particular situation, yes, I would have

20  checked with Human Resources regarding the -- you know,

21  the -- how things would have worked if she had been

22  selected for the position.

23       Q    But it's your recollection today that you just

24  don't recall doing or having any such conversation?

25       A    All I can -- again, other than this email, I

1    don't recollect having those conversations.

2        Q    That's simply my question, you just don't have

3    any independent recall of what Miss Pande is referencing

4    here; is that right?

5        A    What I would have done when I found out if she

6    was being terminated on 12/31, and the job selection was

7    going to be a week or two later, I would have followed

8    up with HR as to what her status would be.  That would

9    be my normal course of action.

10       Q    Okay.  And I fully understand that.  I just

11   want to make sure that we have a clear record.  And that

12   is that whatever your normal practice is, sitting here

13   today, you just don't have any clear recollection of

14   actually doing that in regards to Miss Pande; is that

15   correct?

16       A    Yes.

17       Q    Okay.  Do you recall what the outcome of the

18   ETC openings was?

19       A    Yes.

20       Q    What was the outcome?

21       A    They selected two individuals.  I believe one

22   was Jalal Afifi and the other was Graham Housen for the

23   positions.

24       Q    How did you learn that information?

25       A    I participated in the selection meeting.  I sat

1    in on the selection meeting.

2        Q    Did you say anything during the selection

3    meeting?

4        A    Not that I can recollect.

5        Q    Was your purpose there to talk about any

6    particular individual?

7        A    No.

8        Q    What was your purpose of being at the meeting?

9        A    I wanted to ensure the candidates were all

10   properly evaluated against the criteria.

11       Q    Did you have any reason to suspect that the

12   candidates would not be appropriately compared to the

13   criteria?

14       A    No.

15       Q    Was it your practice to sit in on all such

16   selection meetings for all open jobs for Petroleum

17   Engineers?

18       A    If they were Petroleum Engineers from CTOP

19   involved, yes, I would participate in those selection

20   meetings, or at the time ChevronTexaco Overseas

21   Petroleum.

22       Q    Who else was present for the selection of the

23   ETC jobs?

24       A    Zuwa Omoregie was there and Peter Hartshorn was

25   there, that I can recollect.  There were probably other

1    people there, but I can't recollect who they were.

2        Q    And what was discussed in regards to

3    Miss Pande's candidacy during this meeting?

4        A    They evaluated her along with the other

5    candidates against the criteria.

6        Q    Okay.  My question is:  What specifically do

7    you recall being said in regards to Miss Pande's

8    candidacy?

9        A    The one thing I can recollect on that is that

10   there was a concern that she -- there was a concern by

11   the job owner that she might not have the same passion

12   for the job as the other two candidates.

13       Q    Did Mr. Omoregie explain what he meant by that?

14       A    What I can recollect on that is that he had a

15   concern that she didn't have as strong an interest in

16   going back into the technical function as --

17       Q    Anything else Mr. Omoregie said?

18       A    Not that I can recollect.

19       Q    Did anyone else say anything in regards to

20   Miss Pande's candidacy?

21       A    Again, I can't recollect.

22       Q    Did you take any notes during this meeting?

23       A    No, I didn't.

24       Q    Is there any reason why not?

25       A    I wasn't the job owner of this job.  It wasn't

CERTIFICATE

OF

CERTIFIED SHORTHAND REPORTER

I, TIMOTHY SCOTT, CSR NO. 8517, CERTIFIED SHORTHAND REPORTER, DO HEREBY CERTIFY:

THAT PRIOR TO BEING EXAMINED, THE WITNESS IN THE FOREGOING PROCEEDINGS WAS BY ME DULY SWORN TO TESTIFY TO THE TRUTH, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH.

THAT SAID PROCEEDINGS WERE TAKEN BEFORE ME AT THE TIME AND PLACE THEREIN SET FORTH AND WERE TAKEN DOWN BY ME IN SHORTHAND AND THEREAFTER TRANSCRIBED, SAID TRANSCRIPT BEING A TRUE COPY OF MY SHORTHAND NOTES THEREOF.

I FURTHER CERTIFY THAT I AM NEITHER COUNSEL FOR, NOR RELATED TO, ANY PARTY TO SAID PROCEEDINGS, NOR IN ANYWISE INTERESTED IN THE OUTCOME THEREOF.

IN WITNESS WHEREOF, I HAVE HEREUNTO SUBSCRIBED MY NAME THIS DATE:  DECEMBER 11, 2006.


CERTIFICATE NUMBER 8517

BAKERSFIELD COURT REPORTING
(661) 633-2106   TOLL FREE (888) 840-7775
