# EXHIBIT N

# MERCURY INVESTIGATIONS

Email: mercury@mercuryinvestigations.com
License No.: PI 012115
349 Fifteenth Street
Oakland, CA 94612
Phone: (510) 268-9810
Fax: (510) 268-9806

RE:  KIRAN PANDE v. CHEVRON/TEXACO

## EXECUTED DECLARATION OF GUADALUPE AKA LUPE DEJONG

**GUADALUPE AKA LUPE DEJONG**

Residence:      3140 Montevideo Drive
                San Ramon, CA 94583

Telephone:      925-829-2471 (residence)
California ID:  C 6680957

CONFIDENTIAL            EXHIBIT ___N___  1248

## DECLARATION OF GUADALUPE AKA LUPE DEJONG

I, Guadalupe aka Lupe DeJong declare that:

1) My date of birth id December 16, 1947. I am a Mexican American woman.

2) I have been employed by CHEVRON/TEXACO, hereinafter "CT" since approximately September 16, 1991 and have continuously worked for CT since my hire date. From 1991 through approximately 1996/1997 I was a Records Clerk for CT. After being a Records Clerk, I worked on a project for CT regarding the building of a ship. In that job, I handled records and administrative work. I then worked for a brief time for the business and real estate area of CT in San Francisco, California. In approximately 1999, I started to work for CT in their South African Strategic Business Unit, hereinafter "SASBU" as an Administrative Assistant at 6001 Bollinger Canyon, San Ramon, California. In April of 2004, I transferred out of the SASBU division and started to work for CT's Shipping Company where I am currently working as an Administrative Assistant.

3) As an Administrative Assistant with SASBU and the Shipping Company, my job duties were to do everything that management ask me to do, such as travel arrangements, catering, making sure visitors are taken care of in the hotels, arranging for limousine service and whatever else the visitors needed. I was also in charge of the arrangements for moving people in and out of their offices, ordering and obtaining whatever personnel needed to do their jobs. I would order, stationary supplies, computers, color copies and black and white copies, furniture and whatever else was needed. In addition I also took care of VIP visitors. When I was working

DATED: 12/17/04

GUADALUPE DEJONG

Page one of seven

1249

in the SASBU, I dealt mostly with visitors from Angola and Congo, which at times included dignitaries and their wives. It was my responsibility to make sure that their visit was comfortable and enjoyable.

4) When I worked in the SASBU, my direct boss was Mark Dando, Managing Director for various blocks which were designated areas where there was oil drilling rigs in Angola. I also reported to Ricky Lamb, who was the Advisor who worked under Mark Dando. Ricky Lamb also took care of the Administrative Assistants and paperwork in CT's Angola operation. Mark Dando was one of the managers that I reported to until he moved to Houston in the summer of 2003. Ricky Lamb, an Advisor was my supervisor for the last two years I worked at SASBU. Prior to Ricky Lamb, Evan Simmons was my supervisor who has since retired. While working in SASBU, it was my understanding that Mark Dando and Ricky Lamb reported to John Gass who was living in Angola.

5) In my current department at CT in the Shipping Company, I worked for Mark Ross, Managing Director for LNG (Liquid Nitrogen Gas) Shipping and John Baltz, Managing Director for Marine Services Group.

6) In my current position in the Shipping Company I work a 9-80 schedule which is nine hours a day with every other Friday off. My hours are from 8:00 a.m. to approximately 6:00 p.m. With SASBU my working hours were basically 8:00 a.m. to 7:00 p.m

7) While working in SASBU, approximately in 2001 or 2002, I met Kiran Pande, who also worked in SASBU. In SASBU, Kiran was an engineer in the field of oil drilling and

DATED: 12/17/04                                     *signature*
                                                    GUADALUPE DEJONG

Page two of seven

1250

exploration. It was my understanding when Kiran arrived at SASBU, her previous employment at CT was in the Planning Department. Kiran also worked at 6001 Bollinger Canyon Road, San Ramon, California when she worked in SASBU.

8) When Kiran worked in SASBU, it was my job as an Administrative Assistant to make sure Kiran had an office, computer, supplies and everything that was needed for Kiran to do her job. It was also my job to make sure that everything such as computers and office machines were working properly for Kiran

9) During the time that Kiran was in SASBU, I would see her in the coffee area, by the copier, passing each other in the hallway, going to her office, passing by her office and also in my office. Kiran and I worked a day schedule.

10) Whenever I had contact with Kiran whether it was in person, over the phone or by email, Kiran was always pleasant and thoughtful to me and other people. I never saw or heard Kiran being rude or unprofessional to anyone. I never saw or heard Kiran angry or raise her voice. Kiran is a nice person and was always considerate of me, even inquiring about how my family members were doing when they were sick. On one occasion when Kiran and I attended an office luncheon together, Kiran brought back a lunch bag from the luncheon for a couple of employees that were working and could not attend. I never heard anybody including employees and clients complain about Kiran in any way.

DATED: 12/17/04

_Guadalupe DeJong_
GUADALUPE DEJONG

Page three of seven

1251

11) Jack Dunn was manager for Block 14 in SASBU who I came to know while working in SASBU. On one occasion in the late afternoon in October of 2003 Kiran was sitting in my office. Jack Dunn saw Kiran in my office and came in and started to talk to Kiran. I clearly heard Jack Dunn tell Kiran that he needed her to work on a project for him. It was my understanding at the time that it was some kind of engineering project because Kiran and Jack began to discuss the project using technical terms that I did not understand. When Jack first asked Kiran to work on this project, Kiran's reaction appeared to me that she was surprised that Jack wanted her to work on the project for him. However, Kiran told Jack words to the effect that she would be happy to work on the project for him. Kiran's reaction to Jack's request was positive, pleasant and willing to do the job. I clearly heard Kiran tell Jack that she would be glad to help him. The conversation between Jack Dunn and Kiran lasted a few minutes and then Jack left my office. No one else was in my office at the time.

12) On one occasion, Kiran confided in me about how shocked she was about Jack Dunn's behavior in a meeting in either Spain or Italy. She said that Jack Dunn went crazy while in a meeting in Europe on a job for the company sometime in the summer of 2003. Kiran told me that Jack scolded Kiran and other members of his group in front of partners and other people at the meeting. It was my understanding from Kiran and other employees that not only was Kiran upset at how Jack Dunn treated them in that meeting, but other people who attended the meeting were also upset at how Jack Dunn treated his people. Kiran told me this shortly after she got back form the trip to Europe with Jack Dunn.

DATED: 12/17/04                              _Guadalupe M DeJong_
                                              GUADALUPE DEJONG

Page four of seven

1252

13) In 2003, management at CT announced that SASBU was moving to Houston, Texas. As an Administrative Assistant for SASBU, I was responsible for moving SASBU employees and their departments to Houston. When SASBU was in San Ramon, California, the department included about 70 people, including the Congo group which was in the building next to my office in San Ramon. Of the approximately 70 people in SASBU about 8 or 9 people did not move with SASBU to Houston. To the best of my knowledge, the SASBU employees that did not move to Houston were: Graham Housen, Bob Burkes, Jalal Afifi, Gordon Seto, Steven Zalen, Mike Clark, Natalie Talbert, Tom Millette, Randy Dahlman and Kiran Pande. To my knowledge, all of the above named employees who did not go to Houston obtained other jobs with CT except Kiran Pande. To my knowledge, the last SASBU unit moved to Houston in approximately December 12, 2003.

14) Sometime after CT management decided to move the SASBU to Houston and before the completion of that move, I noticed that Kiran Pande was not around at work. I heard through office conversation that Kiran was sick. Some time passed and it was as if Kiran just disappeared. Later on, I heard from office conversation that Kiran was let go from CT.

15) When SASBU moved to Houston, Jim Blackwell, Managing Director for Angola, allowed me to continue as an Administrative Assistant supporting SASBU while working out of my office in San Ramon, California. However, I felt that SASBU would eventually let me go because I did not move to Houston and it was just a matter of time. So approximately in

DATED: 12/17/04

GUADALUPE DEJONG

Page five of seven

1253

February of 2004, I started to look for another position within CT. In April of 2004, I was hired as an Administrative Assistant for CT's Shipping Company at their offices in San Ramon. This is my current position with CT.

16) Over the years, CT has provided me with harassment and discrimination training. However in the last several years, CT has provided training and education about safety. It has been several years since CT has provided me with any harassment and discrimination training and education.

17) It is my understanding that if a CT employee has a complaint to make about any kind of harassment, discrimination or any other issue, the procedure to follow first is to contact the Ombuds person who works for the company. Although I have not used the complaint procedure at CT, my husband Gary DeJong who started working for CT in December 1989 has used this process.

18) Through my conversation with my husband, I became aware of my husband's complaint that he could not properly do his job without access to two databases. It was my understanding that the company would only provide one database to my husband to do his job. After my husband asked for the second database numerous times and did not receive it, my husband took his complaint and request for the second database to Gary Yamashita, CT's Ombuds. Through my husband and also by talking with other employees who dealt with Gary Yamashita in the complaint process, it was my understanding that Gary Yamashita held no power or authority to

DATED: 12/17/04                                   _____
                                                  GUADALUPE DEJONG

Page six of seven

**1254**

change or enforce anything regarding an employee's complaint. It also became my understanding that complaining to Gary Yamashita as the Ombuds was futile and useless because all Gary could do was to talk to the people involved in the complaint, and if a person did not want to change there was nothing that Gary could do.

19) I have never been a part of any investigation regarding any kind of harassment or any kind of discrimination complaints at CT involving Kiran Pande or anybody else. I have no knowledge if any investigation was ever conducted regarding Kiran Pande and her managers and bosses at CT.

20) I have read the foregoing Declaration. I have personal knowledge of the matters stated herein, and if called as a witness I would competently testify to such matters under oath.

21) I have given this 7 page declaration to Private Investigator Anne Vode of my own free will, without promise of reward or force of any kind. I have had the chance to read and revise this Declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed at San Ramon, California on 12/17/, 2004.

GUADALUPE DEJONG

Page seven of seven

1255