# EXHIBIT A

# Annual Performance Management Worksheet

For instructions on how to complete this worksheet, refer to your PMP manual (Redbook).

| Name | | Social Security/Employee No. |
|---|---|---|
| Kiran K. Pande | | 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 |
| Company | Department | Location |
| Chevron Overseas Petroleum Inc. | New Ventures SBU/Petroleum Eng | San Ramon |
| Position | Salary Group | Service Date |
| Advisor, Petroleum Engineering | Group 1C | 12/19/88 |
| Time in Present Position | Period Covered From: | To: |
| 3 years | January 1, 1999 | December 31, 1999 |

### Section 1 - Key Job Responsibilities

| Key Job Responsibilities | Efforts and Results |
|---|---|
| • **Support of NVBU:** Provide support to NVBU organizations and actively participate in evaluation of new opportunities including developing development plan, conduct business analysis/evaluation, etc. | • Completed technical evaluation of onshore Kazakhstan, Kalamkas and Zhetybai fields for Eurasia Business Unit. Worked as part of multi-functional team to provide rigorous technical evaluation in a short time period to support economic evaluation and negotiations efforts.<br><br>• Performed technical evaluation of offshore Caspian, Kazakhstan exploration prospects – Kurmangazy and Karogly as part of multi-functional team. Chevron is negotiating to obtain seismic data for further evaluation.<br><br>• Team leader of evaluation of Hassi Messaoud field, Algeria for Africa-Middle East unit of NVSBU. Performed analysis of over 30 reservoir compartments and integrated results to come up with coherent future development plan for this 40 billion-bbl field. Performed black oil and compositional simulation to evaluate miscible gas-flood and water-flood performance in this heterogeneous reservoir. Coordinated effort to put together development plan, investment schedule, and production profile as input for economic evaluation by Africa Middle-East personnel. Attended meetings in London and Paris and presented results and evaluation methodology.<br><br>• Co-Team Leader (with Jim Baranowski) of simulation study for CACT HZ32-3-2 K22-106 reservoir. This field accounts for over half of CACT's oil production. Performed simulation history match and forecast runs, presented results to CACT and Nanhai East in China, wrote final report, finalized conversion of CHEARS deck to ECLIPSE 100 and transferred ECLIPSE deck to CACT for future work. In addition, trained new hire engineer on use of Chevron simulation tools (GOCAD, Scale-Up, CHEARS, GRAF, ...) and on simulation methodology during the course of this project. |

Copies to: Employee and Supervisor
Original to: Human Resources

Exempt

22

GO-1426-S (1-93)
Word electronic version (4-13-94)
Page 1


EXHIBIT A

| Section 1 - Key Job Responsibilities (continued) | |
|---|---|
| **Key Job Responsibilities** | **Efforts and Results** |
| | |

Copies to: Employee and Supervisor
Original to: Human Resources

Exempt

23

GO-1426-S (1-93)
Word electronic version (4-13-94)
Page 2

## Section 2 - Performance Dimensions

| Importance (Circle) | Dimension | Comments |
|---|---|---|
| **Critical**<br><br>Applies | **Managing Performance**<br>Supervisor: Effectively plans, coaches, reviews, and gives feedback to employees about performance and development. Recognizes and utilizes employees' differences as strengths. Actively seeks opportunities for all employees.<br><br>Employee: Effectively ties individual goals and major responsibilities to work unit objectives. | Strengths: Clearly understands COPI's business plan and business drivers as they pertain to her and directs her activities accordingly. Keeps supervisor informed of project developments to ensure alignment.<br><br>Development Needs: Kiran and I both need to make an effort to have more frequent communications regarding project status to ensure workloads in the group are balanced. |
| Critical<br><br>**Applies**<br><br>Not Critical | **Leadership**<br>Establishes direction. Leads by example. Creates an atmosphere where all employees can apply their skills, backgrounds and experience to accomplish business objectives and can gain personal satisfaction. | Strengths: She is not in an official leadership role, but she has done a very good job in mentoring a new engineer. This investment in time helped greatly in developing that engineer and increasing job satisfaction and productivity. She is also recognized as a technical leader in the group. I rely on her for technical guidance from time to time as do her other coworkers.<br><br>Development Needs: |
| **Critical**<br><br>Applies<br><br>Not Critical | **Teamwork**<br>Works effectively and cooperatively with others, valuing each person's skills, experiences and perspectives. Volunteers time and knowledge to assist co-workers. | Strengths: She gets high marks for her teamwork from those who have worked with her this past year. She is considerate of other team members and takes her individual responsibilities very seriously. Voluntarily mentored a new engineer in the group this past year and had a very positive impact in doing so.<br><br>Development Needs: |
| **Critical**<br><br>Applies<br><br>Not Critical | **Creativity/Innovation**<br>Originates and adapts new ideas to achieve business objectives and goals. | Strengths: : She willingly adopted new tools and concepts (Frontsim and assisted history matching) to allow her to do obtain better history match for CACT simulation study. Her excellent technical background allows her to tackle difficult problems from a number of different angles.<br><br>Development Needs: |
| **Critical**<br><br>Applies<br><br>Not Critical | **Communication**<br>Clearly, concisely and accurately expresses thoughts, both in writing and orally. | Strengths: Very articulate. Writes and speaks very clearly and concisely. Very effective in giving technical presentations. Is able to tailor the presentation to the appropriate technical level for the audience and explain things in simple terms when needed.<br><br>Development Needs: |
| Critical<br><br>**Applies**<br><br>Not Critical | **Planning and Organizing**<br>Sets goals and priorities to accomplish results. Efficiently uses resources of people, money, and time. Integrates health, safety and environmental requirements in all activities. | Strengths: Consistently delivers a very good quality product. Has maintained very good network of technical contacts in CPTC and other SBUs.<br><br>Development Needs: May tend to underestimate the time required to do involved, complex projects. Is capably of working at a very high level of productivity under the pressure of tight deadlines, but may be better served to pace herself a little better to avoid 11th hour crises. |

Copies to: Employee and Supervisor
Original to: Human Resources

Exempt

**24**

GO-1426-S (1-93)
Word electronic version (4-13-94)
Page 3

| | | | |
|---|---|---|---|
| Critical<br><br>Applies<br><br>Not Critical | **Job Knowledge and Problem Solving**<br>Demonstrates expertise required to do the job. Makes timely and accurate decisions. Applies knowledge of health, safety and environmental regulations to effectively manage risk. | | Strengths: Kiran is a very versatile and highly competent petroleum engineer. She has very strong analytical skills and business acumen. She makes good and timely decisions and recommendations based on data and experience. She has a great deal of technical credibility with her peers and customers. |
| | | | Development Needs: |
| Critical<br><br>Applies | **Quality Improvement**<br>Works to continuously improve products, services, and work processes. Strives to meet or exceed customer expectations. | | Strengths: She is very quality conscious. The CACT technical staff and management were very complimentary of the work done by Kiran and Jim Baranowski on the study. Their finished product and efforts in presenting the study to partners in China in October served to enhance Chevron's reputation with partners. |
| | | | Development Needs: A possible area for improvement is in estimating schedules and costs for projects to ensure they can be completed on time, on budget and with appropriate cost recovery for TEPS. |

Copies to: Employee and Supervisor
Original to: Human Resources

Exempt

25

GO-1426-S (1-93)
Word electronic version (4-13-94)
Page 4

## Section 3A - Stretch Goals and Results

| Emphasis E, V, or I | Stretch Goals | Efforts and Results |
|---|---|---|
| E, V or I | | |
| E, V or I | | |
| E, V, or I | | |
| E, V, or I | | |

## Section 3B - Additional Achievements

| Additional Achievements | Impact |
|---|---|
| • Tech PDC representative. | • Led group in development of job description for engineering technician position in our group. |

26

Copies to: Employee and Supervisor
Original to: Human Resources

Exempt

GO-1426-S (1-93)
Word electronic version (4-13-94)
Page 5

**Section 4 - Interim Progress Reviews:** Interim progress reviews can be initiated by the supervisor or employee at any time during the process. Date and initial when interim reviews are held. One interim review is required. More frequent coaching and counseling sessions are suggested and can be noted. Add more pages, if required.

| Date | Initials Supervisor | Employee | Comments (Optional) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Section 5 - Performance Improvement Summary** How has the employee improved performance or failed to improve during this period? What are the key areas for growth for the next period?

Kiran has had a very solid year highlighted by several high profile new ventures evaluations for the Eurasia and New Ventures SBUs and a very well done and well-received reservoir simulation study for CACT. Kiran has demonstrated a high level of technical proficiency. She has excellent reservoir engineering skills, which coupled with her strong business sense, make her a very valuable addition to any new ventures project. She is very practical and shows good engineering judgment and decision making skills. Her communication skills are excellent. She has shown the capacity to work at a very high level of productivity to meet deadlines. In addition to her significant technical contributions to COPI, Kiran had a very positive impact on the group this year by taking an interest in mentoring a new engineer in the group who was needing a project to work on and some work direction. This engineer has begun to flourish as a result of the opportunity and training Kiran has provided. Additionally, she has served on the PDC for technicians and has played a role in helping develop a clearer definition of roles and rsponsibilities for techs in TEPS.

Kiran is a valued member of the TEPS engineering team and she is a technical resource for others in the group as well as peers in other SBUs. Kiran is currently working on her MBA from U.C. Berkeley and expects to finish in December 2000. She clearly has very good business skills to complement her technical abilities. Her career interests would be better served if she were given an opportunity to work in a Commercial, Planning or Corp. Finance assignment. She would be available for reassignment to a suitable challenging position in mid-late 2nd quarter.

**Section 6 - Employee Comments:** To be completed by the employee.

| KKP | 1-26-2000 |
|---|---|
| Employee Initial | Date |

**Section 7 - Supervisor Signature and Next Higher Level Review**

| Type Name | Initial | Position | Date | Type Name | Initial | Position | Date |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |