# EXHIBIT C



**NOTE:** Federal law requires that we obtain this authorization from you. You are not required to sign the authorization, but if you do not, UnumProvident may not be able to evaluate or administer your claim(s). Please sign and return this authorization to: Chattanooga Customer Care Center, P.O. Box 12030, Chattanooga, TN 37401-3030. Toll-free 1-800-633-7479; Fax 1-423-755-3009.

## Authorization

I authorize any health care provider including, but not limited to, any health care professional, hospital, clinic, laboratory, pharmacy or other medically related facility or service; health plan; rehabilitation professional; vocational evaluator; insurance company; reinsurer; insurance service provider; third party administrator; producer; the Medical Information Bureau; the Association of Life Insurance Companies, which operates the Health Claims Index and the Disability Income Record System; government organization; and employer that has information about my health, financial or credit history, earnings, employment history, or other insurance claims and benefits to disclose any and all of this information to persons who administer claims for UnumProvident Corporation, its insurance subsidiaries* and duly authorized representatives ("UnumProvident"). Information about my health may relate to any disorder of the immune system including, but not limited to, HIV and AIDS; use of drugs and alcohol; and mental and physical history, condition, advice or treatment, but does not include psychotherapy notes.

I understand that any information UnumProvident obtains pursuant to this authorization will be used for evaluating and administering my claim(s) for benefits, which may include assisting me in returning to work. I further understand that the information is subject to redisclosure and might not be protected by certain federal regulations governing the privacy of health information.

This authorization is valid for two (2) years from the date below, or the duration of my claim, whichever period is shorter. A photographic or electronic copy of this authorization is as valid as the original. I understand I am entitled to receive a copy of this authorization.

I may revoke this authorization in writing at any time except to the extent UnumProvident has relied on the authorization prior to notice of revocation or has a legal right to contest a claim under the policy or the policy itself. I understand if I revoke this authorization, UnumProvident may not be able to evaluate or administer my claim(s) and this may be the basis for denying my claim(s). I may revoke this authorization by sending written notice to the address above.

I understand if I do not sign this authorization or if I alter its content in any way, UnumProvident may not be able to evaluate or administer my claim(s) and this may be the basis for denying my claim(s).

_Kiran K. Pande_  
(Claimant Signature)

_10-21-2003_  
(Date Signed)

_KIRAN K. PANDE_  
(Print Name)

_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_  
(Social Security Number)

I signed on behalf of the claimant as _____ (indicate relationship). If Power of Attorney Designee, Guardian, or Conservator, please attach a copy of the document granting authority.

* This authorization is valid for the following UnumProvident insurance subsidiaries: Unum Life Insurance Company of America, Provident Life and Accident Insurance Company, The Paul Revere Life Insurance Company.

1200-02-CHAT-AUTH

1182

**EXHIBIT _C_**

## Disability Management Program          ChevronTexaco

### Short-Term Disability Authorization for Release of Medical and Other Information

To be completed by the ChevronTexaco employee for absences of more than 5 consecutive workdays.

I authorize any licensed physician, medical practitioner, hospital, clinic, pharmacy or other medically related facility, insurance company, third party administrator, government organization, employer and any of their agents performing services relating to any employee benefits or workers compensation, other organization, institution, or person that has any records or knowledge of my current disability (including any disorder of the immune system including HIV or AIDS, any information relating to the use of drugs and alcohol, and any information relating to mental and physical history, condition, advice or treatment), to release this information to the administrators of the ChevronTexaco Disability Plans including any of the UnumProvident Corporation subsidiaries or their duly authorized representatives.

I further authorize the UnumProvident Corporation subsidiaries or other authorized representatives to release all information (including information pertaining to HIV or AIDS, mental illness, and drug and alcohol abuse) related to my current disability claim to insurance companies, third party administrators, physicians, rehabilitation professionals, vocational evaluators, employers, my insurance agent, and any institution or person on a need to know basis for the sole purpose of verifying, evaluating, or negotiating my claim for disability benefits or services.

This authorization is valid for one year from the date signed below, unless it is revoked in writing.

I understand that in signing this authorization, any information obtained by UnumProvident Corporation, its subsidiaries or other authorized representatives will be used exclusively for the evaluation and administration of my current claim for disability benefits or services.

I know that I or my authorized representative has a right to request a copy of this authorization. A copy of this authorization shall be as valid as the original.

I, or my authorized representative, may revoke this authorization at any time except to the extent to which it has been relied on prior to the notice of revocation by providing written notice to the address below.

The statements made by me on this authorization are true and complete. I am the individual to whom this release/request applies or that person's legal Guardian, Power of Attorney, or Conservator.

Employee Signature: _Kiran K. Pande_    Date Signed: _10-21-2003_

Print Name: _KIRAN K. PANDE_    Employee ID Number (PERNR) or Social Security Number: _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_

I signed on behalf of the person as _____ (indicate relationship). If Power of Attorney, Guardian, or Conservator, please attach a copy of the document granting authority.

Send this completed authorization to the following address, or, you may fax it to: 423-755-3009:

UnumProvident Corporation
Chattanooga Customer Care Center
P.O. Box 12030
Chattanooga, TN 37401-3030

GO-1T10 (12-02)
Word Electronic Version

1181