# EXHIBIT D

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                    GRAY DAVIS, Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
1515 Clay Street, Suite 701, Oakland, CA 94612-2512
(510) 622-2941  TTY (800) 700-2320  Fax (510) 622-2951
www.dfeh.ca.gov



December 9, 2003

**CONFIDENTIAL**

Taryn Shawstad
General Manager, Human Resources
CHEVRONTEXACO CORPORATION
6001 Bollinger Canyon road
San Ramon, CA  94583-2324

RE:  E200304M0962-00-prsc
     PANDE/CHEVRONTEXACO CORPORATION

Dear Taryn Shawstad:

## NOTICE OF FILING OF DISCRIMINATION COMPLAINT

Enclosed is a copy of a complaint that has been filed with the Department of Fair Employment and Housing (DFEH) in accordance with California Government Code section 12960. This constitutes service of the complaint pursuant to Government Code section 12962.

Complainant has requested an authorization to file a lawsuit. As it is unlikely that DFEH would complete an investigation prior to 150 days from the date of this complaint filing, at which time an authorization to file a lawsuit could be requested, this complaint is being closed immediately based on the complainant's 'Election of Court Action.' A copy of the closing letter is enclosed for your records.

NO RESPONSE FROM YOU TO THE DFEH IS REQUIRED.

Sincerely,

*Judith A. Miller*

Judith Miller
District Administrator

CERTIFIED MAIL: RETURN RECEIPT REQUESTED

DFEH-200-06 (06/98)

EXHIBIT ___D___

CHEVRON/PANDE03792

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                                                GRAY DAVIS, Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
1515 Clay Street, Suite 701, Oakland, CA 94612-2512
(510) 622-2941  TTY (800) 700-2320  Fax (510) 622-2951
www.dfeh.ca.gov



December 9, 2003

**CONFIDENTIAL**

KIRAN KUMARI PANDE
7195 Lamar Loop
Castro Valley, CA 94552

RE:  E200304M0962-00-prsc
     PANDE/CHEVRONTEXACO CORPORATION

Dear KIRAN KUMARI PANDE:

### NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective December 8, 2003 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

CHEVRON/PANDE03793

**CONFIDENTIAL**

Notice of Case Closure
Page Two

The Department of Fair Employment and Housing does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

*[signature]*

Judith Miller
District Administrator

cc:   Case File



Taryn Shawstad
General Manager, Human Resources
CHEVRONTEXACO CORPORATION
6001 Bollinger Canyon road
San Ramon, CA  94583-2324

DFEH-200-43 (06/98)

CHEVRON/PANDE03794

**EMPLOYMENT**

**CONFIDENTIAL**

**COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT**

DFEH # E200304M0962-00-prsc

DFEH USE ONLY

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (indicate Mr. or Ms.)
Ms. KIRAN KUMARI PANDE

TELEPHONE NUMBER (INCLUDE AREA CODE)
925-465-0003

ADDRESS
7195 LAMAR LOOP

CITY/STATE/ZIP
CASTRO VALLEY, CALIFORNIA 94552

COUNTY
ALAMEDA

COUNTY CODE

**NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:**

NAME
CHEVRONTEXACO CORPORATION

TELEPHONE NUMBER (Include Area Code)
(925) 842-3232

ADDRESS
6001 BOLLINGER CANYON ROAD

DFEH USE ONLY

CITY/STATE/ZIP
SAN RAMON, CALIFORNIA, 94583-2324

COUNTY
CONTRA COSTA

COUNTY CODE

NO. OF EMPLOYEES/MEMBERS (if known)
53,000

DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year)
11/18/2003

RESPONDENT CODE

**THE PARTICULARS ARE:**

On ~~04/01/03, 11/04/03, 11/18/03~~
about 9/1/2001 - 11/18/03
KKP

- xx fired
- ___ laid off
- ___ demoted
- XX harassed
- ___ genetic characteristics testing
- ___ forced to quit
- ___ denied employment
- XX denied promotion
- xx denied transfer
- ___ denied accommodation
- ___ impermissible non-job-related inquiry
- xx other (specify) Forced to leave group, Retaliated against for reporting harassment and discrimination, Retaliated against for requesting medical disability leave
- ___ denied family or medical leave
- ___ denied pregnancy leave
- XX denied equal pay
- ___ denied right to wear pants
- ___ denied pregnancy accommodation

by Mr. REX MITCHELL (Manager), Mr. JAMES JOHNSON (Manager), Mr. JOHN F. DUNN (Manager)
Name of Person                    Job Title (supervisor/manager/personnel director/etc.)

because of my:
- xx sex
- ___ age
- ___ religion
- xx race/color
- xx national origin/ancestry
- xx marital status
- ___ sexual orientation
- ___ association
- xx physical disability
- ___ mental disability
- ___ other (specify)
- ___ cancer
- ___ genetic characteristic
- (Circle one) filing; (protesting), participating in investigation (retaliation for)

the reason given by Ms. TARYN SHAWSTAD, GENERAL MANAGER, HUMAN RESOURCES, CHEVRONTEXACO OVERSEAS PETROLEUM INC.
Name of Person and Job Title

Was because of [please state what you believe to be reason(s)]

On-going retaliation for reporting harassment and discrimination based on race, gender, and national origin. Harassment and retaliation for requesting medical leave protected under FMLA and CFRA.

Harassment and discrimination based on marital status.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue notice. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated    December 8, 2003

Oakland, California
City

COMPLAINANT'S SIGNATURE

RECEIVED
DEC 8 2003
Department of Fair Employment and Housing

DATE FILED:

DFEH-300-03 (07/01)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

CHEVRON/PANDE03795

# RIGHT-TO-SUE COMPLAINT INFORMATION SHEET

We need a separate signed complaint for each employer, person, labor organization, employment agency, apprenticeship committee, state or local government agency you wish to file against. If you are filing against both a company and an individual(s), please complete separate complaint forms naming the company or an individual in the appropriate area.

Please complete the following so that we can process your complaint and for DFEH for statistical purposes, and return with your signed complaint(s):

YOUR RACE: (Check one)
__ African-American
xx Asian
__ Caucasian
__ Native American
__ Other (List)_____

YOUR ETHNICITY: (Check one)
__ Hispanic (Other than Mexican or Mexican-American)
__ Mexican-American
__ Mexican National
__ Filipino
__ Polynesian
xx Other (List)_____East Indian_____

IF FILING BECAUSE OF DISABILITY,
YOUR DISABILITY:
__ AIDS
xx Blood/Circulation
__ Brain/Nerves/Muscles
xx Digestive/Urinary/Reproduction
__ Hearing
__ Heart
__ Limbs (Arms/Legs)
__ Mental
__ Sight
__ Speech/Respiratory
__ Spinal/Back

IF FILING BECAUSE OF MARITAL STATUS,
YOUR MARITAL STATUS: (Check one)
__ Cohabitation
__ Divorced
__ Married
xx Single

IF FILING BECAUSE OF RELIGION,
YOUR RELIGION: (Check one)
__ Catholic
__ Jewish
__ Protestant
__ Seventh Day Adventist
__ Other (List)_____

IF FILING BECAUSE OF SEX, THE REASON:
xx Harassment
__ Orientation
__ Pregnancy
__ Denied Right to Wear Pants
__ Other Allegations (List)_____

YOUR AGE: __41__

YOUR GENDER:
xx Female
__ Male

YOUR OCCUPATION:
__ Clerical
__ Craft
__ Equipment Operator
__ Laborer
__ Manager
__ Paraprofessional
xx Professional
__ Sales
__ Service
__ Supervisor
__ Technician

HOW YOU HEARD ABOUT DFEH:
xx Attorney
__ Bus/BART Advertisement
__ Community Organization
__ EEOC
__ EDD
__ Friend
__ Human Relations Commission
__ Labor Standards Enforcement
__ Local Government Agency
__ Poster
__ Prior Contact with DFEH
__ Radio
__ Telephone Book
__ TV
__ DFEH Web Site

DO YOU HAVE AN ATTORNEY?
xx Yes      __ No

**CONFIDENTIAL**

_____K. K. P_____
Your Signature

_____December 8, 2003_____
Date

DFEH-300-03-1 (07/01)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING
STATE OF CALIFORNIA

CHEVRON/PANDE03796