# EXHIBIT A

| | |
|---|---|
| From: | Thompson, Vicki (VLTH) [VLTH@mssite01.ion.chevron.com] |
| Sent: | Tuesday, April 23, 2002 12:20 PM |
| To: | Yamashita, Gary A. (GaryYamashita); Yamashita, Gary A. (GaryYamashita) |
| Cc: | Pande, Kiran (Kiran.Pande); Pande, Kiran (Kiran.Pande) |
| Subject: | Bullet Points |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Gary-- As we discussed last week, Kiran and I have compiled a list of high-level points for Thursday's meeting. As requested, the text has been embedded in this email note rather than included as an attachment. If needed, I have this list as Word Document, too.

Thanks,
Vicki

- **CTOP Planning constitutes a hostile work environment that does not foster productivity or respect amongst the work group**

    -- Adversarial approach
    -- Power and intimidation tactics utilized
    -- Openly slanderous of management, peer group, and team members
    -- Does not foster a spirit of inclusion of all team members

- **Performance evaluations are preferential (biased?)**

    -- Not grounded with customer feedback
    -- Not based upon work product
    -- Not driven by an even distribution of work load amongst the team

- **Unfair yardsticks are used for performance criteria**

    -- Trivialization and lack of interest/support of work processes not directly related to supervisor's skill-set and/or knowledge-base

    -- Scope of positions not relative to salary grade
    -- Personnel issues handled on an ad hoc basis rather than uniformly

- **Retaliatory measures are of immediate concern**

    -- Retaliation already in evidence
    -- Guilt by association?
    -- Seeking insulation from further retaliation



EXHIBIT LP
11
Pande 3-21-06

CHEVRON/PANDE06712

EXHIBIT ___A___