# EXHIBIT B

-----Original Message-----
**From:** Thompson, Vicki (VLTH)
**Sent:** Friday, September 20, 2002 9:12 AM
**To:** Pande, Kiran (Kiran.Pande)
**Subject:** FW: Questions

It looks like Rex is indeed saying some rather bad things about you....

-----Original Message-----
**From:** Magner, Tim (TMagner)
**Sent:** Friday, September 20, 2002 8:23 AM
**To:** Thompson, Vicki (VLTH)
**Subject:** RE: Questions

Yes, it is Sarah's job. She very much wants to get into Business Planning.

Isn't it time they moved Rex on?

-----Original Message-----
**From:** Thompson, Vicki (VLTH)
**Sent:** Friday, September 20, 2002 4:22 PM
**To:** Magner, Tim (TMagner)
**Subject:** RE: Questions

Incidentally, is this opening in Fernando's group, Sarah Saltzer's position? I noted that she interviewed recently with Rex. I do hope that she refrains from accepting a position in the group – as she will definitely regret it.

-----Original Message-----
**From:** Magner, Tim (TMagner)
**Sent:** Friday, September 20, 2002 7:58 AM
**To:** Thompson, Vicki (VLTH)
**Subject:** Questions

Question #1
I see the SASBU RAC meeting is scheduled to run 5 November through 8 November. Do you really think we'll meet on the Friday?

Question #2
What is the problem between Rex and Kiran Pandy? We were considering her for a position that will open up in Fernando Gaggino's group, and Rex told him things like "she's not a team player", "she pouts", etc. Real career killers.