Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (SBN 184764)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc.,<br><br>Defendants. | Case No. 04-5107 CW<br><br>**SUPPLEMENTAL DECLARATION OF KELLY HARTSHORN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Date:    January 5, 2007<br>Time:    10:00 a.m.<br>Courtroom: 2<br><br>Complaint filed: December 2, 2004<br><br>Trial Date: April 16, 2007<br><br>Honorable Claudia Wilken |

I, KELLY HARTSHORN, declare:

1.    I began working with Chevron and various Chevron-related entities in 1979. My current job title is General Manager, Asset Development for the Southern Africa Strategic Business Unit. I have personal knowledge of the matters set forth herein, except

1  those stated on information and belief. If called as a witness, I could competently testify
2  thereto.
3
4       2.    During the fall and winter of 2002, I served as the Personnel
5  Development Representative ("PDR") for the Petroleum Engineering Professional
6  Development Committee ("PE PDC") and in that capacity I represented Ms. Kiran Pande
7  with regard to several positions that she posted for around that time period. I also
8  communicated with Ms. Pande about positions that were available in order to determine
9  which positions Ms. Pande was interested in posting for and to assist in her jobs search
10 process.
11
12      3.    In my capacity as PDR, I became aware in the fall of 2002, that there
13 was an available position in Fernando Gaggino's group – the Congo Group. The position at
14 issue was filled by an individual named Sarah Saltzer, but she was scheduled to transfer
15 into another position. Accordingly, the Congo Group was looking to fill Ms. Saltzer's
16 position. Although there was originally some discussion about Ms. Pande's suitability for
17 this position, when I spoke to Ms. Pande about the position, she informed me that she was
18 not interested in the Congo position. Accordingly, I did not pursue the position on her behalf
19 and Ms. Pande never posted for that position.
20
21      4.    In the fall of 2003, I was involved in the selection process for a
22 Manager, Technical Support position in EVP, Business Development (Job Number
23 50076683). This position was to be located in London, England. Kiran Pande was one of
24 approximately 32 persons considered for that position. The position was listed at grades
25 26/27. Ms. Pande, who was a grade 24, was not selected for the position because she did
26 not meet the selection criteria.
27
28

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

5. To the extent any problems or conflicts may have existed between Ms. Pande and any of her supervisors at or prior to the time of the selection process, they did not play a role in the decision not to select her for the Manager, Technical Support position.

6. Likewise, neither Ms. Pande's national origin/race nor her gender played a role in the decision not to select her for that position.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 18th day of December, 2006 in Luanda, Angola.

_____
KELLY HARTSHORN

3
**SUPPLEMENTAL DECLARATION OF KELLY HARTSHORN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**
Case No. 04-5107 CW