1  Michele Ballard Miller (SBN 104198)
   Kerry McInerney Freeman (SBN 184764)
2  Lisa C. Hamasaki (SBN 197628)
   MILLER LAW GROUP
3  A Professional Corporation
   60 E. Sir Francis Drake Blvd., Ste. 302
4  Larkspur, CA 94939
   Tel. (415) 464-4300
5  Fax (415) 464-4336

6  Attorneys for Defendants CHEVRON INTERNATIONAL
   EXPLORATION AND PRODUCTION (formerly known
7  as CHEVRONTEXACO OVERSEAS PETROLEUM and
   improperly sued as CHEVRONTEXACO OVERSEAS
8  PETROLEUM PACIFIC COMPANY) AND CHEVRON
   CORPORATION (formerly known as CHEVRONTEXACO
9  CORPORATION)

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13  KIRAN PANDE,                          Case No. 04-5107 CW

14              Plaintiff,

15  v.                                    **SUPPLEMENTAL DECLARATION OF REX MITCHELL IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

16
    CHEVRON CORPORATION (f/k/a
17  CHEVRONTEXACO CORPORATION), a         Date:     January 5, 2007
    Delaware corporation, and CHEVRON     Time:     10:00 a.m.
18  INTERNATIONAL EXPLORATION &           Courtroom: 2
    PRODUCTION (f/k/a CHEVRON TEXACO
19  OVERSEAS PETROLEUM COMPANY), a        Complaint filed: December 2, 2004
    division of Chevron U.S.A. Inc.
20                                        Trial Date: April 16, 2007
                Defendants.
21                                        Honorable Claudia Wilken

22

23

24

25

26

27

28

I, REX MITCHELL, declare:

1. I am employed as the Chief Compliance Officer for Chevron Corporation. In 2000 and 2001, I was employed by Chevron Overseas Petroleum ("COP")[1] as the Manager of Business and Strategic Planning. I have personal knowledge of the matters set forth herein, except those stated on information and belief. If called as a witness, I could competently testify thereto.

2. During the 2001 Performance Management Plan ("PMP") process, both Kiran Pande and Vicki Thompson were ranked "2" which corresponds with the designation "Fully Meets Performance Expectations." The vast majority of all employees ranked through the PMP process are ranked as "2's." Further several male employees who worked under me in the Planning Group were also ranked as "2's" during the 2001 PMP process.

3. I have reviewed business records maintained by COP pertaining to the 2001 salary adjustments of the employees who worked under me in the Planning Group at that time. Such records are created contemporaneously with the salary actions and are maintained in the ordinary course of COP's business. Based upon my review of those documents, I now recall that neither Ms. Pande nor Vicki Thompson received the lowest pay increase – in terms of either dollar amount or percentage increase – during the 2001 salary adjustment process. Rather, within my group, the persons who obtained the lowest pay increases – both in terms of dollar amount and percentage increase – were male employees.

---

[1] "COP" has had various names over the years including ChevronTexaco Overseas Petroleum, and now, Chevron International Exploration and Production Company. For ease of reference, however, I will refer to this entity as "COP" throughout my declaration.

1   I declare under penalty of perjury under the laws of the United States of
2   America that the foregoing is true and correct. Executed on this 21 day of December, 2006
3   in Puerto Vallarta, Mexico.

_____
Rex Mitchell