John A. McGuinn, Esq. SBN 36047
Noah D. Lebowitz, Esq. SBN 194982
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

Attorneys for Plaintiff
KIRAN PANDE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation,<br>CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc,<br><br>　　　　　Defendants. | NO.   04-5107 CW<br><br>**PLAINTIFF'S OBJECTIONS TO SUPPLEMENTAL MATERIALS SUBMITTED BY DEFENDANTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Date: January 5, 2007<br>Time: 10:00 a.m.<br>Crtrm: 2 |

　　　Plaintiff hereby objects, and moves to strike, the following materials submitted in Reply to Plaintiff's Opposition to the Defendants' Motion for Summary Judgment, or Alternatively, Partial Summary Judgment:

　　　1.　　Supplemental Declaration of Rex Mitchell

　　　2.　　Supplemental Declaration of Kelly Hartshorn

　　　3.　　Supplemental Declaration of Michele Ballard Miller

PLAINTIFF'S OBJECTIONS TO SUPPLEMENTAL MATERIALS SUBMITTED BY DEFENDANTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

1

1    4.   All references within the Defendants' Reply Memorandum to these
2         supplemental declarations.
3  Each of these items were submitted for the first time in the Defendants' reply papers.
4  Because this drastic motion of summary judgment, it would be a violation of due process
5  to rely on this supplemental evidence when the Plaintiff has no vehicle to respond. N.D.
6  Cal. Civ. Local Rule 7-3(d).
7       Plaintiff further requests that this Court overrule the Defendants' 250 objections, set
8  forth on over 100 pages of pleadings. Without going through each of these objections,
9  Plaintiff simply points the Court to the recent case of *Burch v. Regents of the Univ. of*
10 *Calif.*, 433 F.Supp.2d 1110 (ED Cal. 2006) for a detailed analysis of why this defense
11 exercise is misplaced and an unjustified burden on the Court.

Dated: January 2, 2007

McGUINN, HILLSMAN & PALEFSKY
Attorneys for Plaintiff Kiran Pande

by: _____/s/_____
        NOAH D. LEBOWITZ

McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133
415/421-9292

PLAINTIFF'S OBJECTIONS TO SUPPLEMENTAL MATERIALS SUBMITTED BY DEFENDANTS IN
SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

2