1  Michele Ballard Miller (SBN 104198)
   Kerry McInerney Freeman (SBN 184764)
2  Lisa C. Hamasaki (SBN 197628)
   MILLER LAW GROUP
3  A Professional Corporation
   60 E. Sir Francis Drake Blvd., Ste. 302
4  Larkspur, CA 94939
   Tel. (415) 464-4300
5  Fax (415) 464-4336

6  Attorneys for Defendants CHEVRON INTERNATIONAL
   EXPLORATION AND PRODUCTION (formerly known
7  as CHEVRONTEXACO OVERSEAS PETROLEUM and
   improperly sued as CHEVRONTEXACO OVERSEAS
8  PETROLEUM PACIFIC COMPANY) AND CHEVRON
   CORPORATION (formerly known as CHEVRONTEXACO
9  CORPORATION)

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| 13  KIRAN PANDE, | Case No. 04-5107 CW |
| 14           Plaintiff, | **ERRATA TO REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT** |
| 15  v. | |
| 16  CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, and CHEVRON INTERNATIONAL EXPLORATION and PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc. | |
| 17 | |
| 18 | Date:    January 5, 2007<br>Time:    10:00 a.m. |
| 19 | Courtroom: 2 |
| 20 | Complaint filed: December 2, 2004 |
| 21           Defendants. | Trial Date: April 16, 2007 |
| 22 | Honorable Claudia Wilken |

---

**ERRATA TO REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**
**Case No. 04-5107 CW**

Please take notice that the following sentence contained in Defendants' Reply Memorandum of Points and Authorities in Support of their Motion For Summary Judgment, Or Alternatively, Partial Summary Judgment contains an inadvertent error: "It is undisputed that no one in Block 14 remained in Houston after December 31, 2003." (Reply MPA page 13, lines 4-5). The sentence was intended to read: "It is undisputed that no one in Block 14 remained in **San Ramon** after December 31, 2003."

Dated: January 2, 2007

MILLER LAW GROUP
A Professional Corporation

By: _____/S/_____
Michele Ballard Miller
Attorneys for Defendants