UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PANDE,

      Plaintiff,

  v.

CHEVRONTEXACO CORPORATION, et al,

      Defendant.

NO. C 04-05107 CW

**MINUTE ORDER**
Date: 1/5/07

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**    **Court Reporter:** Raynee Mercado

**Appearances for Plaintiff:**
Noah Lebowitz

**Appearances for Defendant:**
Michele Ballard Miller; Lisa Hamasaki

## Motions:

| | | |
|---|---|---|
| Defendants | Mo. for summary judgment or, alternatively, partial summary judgment | Under submission |

Further briefing due:
Order to be prepared by: Court

**Further Case Management Conference Held?: Yes**

Notes: Motion submitted.  Court will issue order; FMLA claim will proceed.  12 day jury trial currently set for 4/16/07; parties to go back to Mark Rudy for further mediation and split costs.

Copies to:  Chambers