Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (SBN184764)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON
CORPORATION (f/k/a ChevronTexaco
Corporation) and CHEVRON INTERNATIONAL
EXPLORATION & PRODUCTION
(f/k/a ChevronTexaco Overseas Petroleum),
a division of Chevron U.S.A. Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>               Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.<br><br>               Defendants. | Case No. 04-5107 CW<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO BIFURCATE PUNITIVE DAMAGES FROM ANY LIABILITY PHASE OF TRIAL**<br><br>Date:   March 30, 2007<br>Place:  Courtroom 2<br>Time:   1:30 p.m.<br><br>Pretrial Conference:  March 30, 2007<br>Trial Date:           April 16, 2007<br>Complaint filed:     December 2, 2004 |

**TO PLAINTIFF KIRAN PANDE AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 30, 2007, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 2 of this Court, located at 1031 Clay Street, Suite 400S, Oakland, California 94612, Defendants CHEVRON INTERNATIONAL

1
**DEFENDANTS' NOTICE OF MOTION AND MOTION TO BIFURCATE PUNITIVE DAMAGES**
Case No. 04-5107 CW

EXPLORATION AND PRODUCTION, a division of Chevron U.S.A., Inc. and CHEVRON CORPORATION ("Defendants") will, and hereby do, move this Court for an order bifurcating punitive damages from the liability phase of trial. Specifically, Defendants request that the Court issue an order:

1. Prohibiting the attorneys, parties and witnesses from offering evidence or making any reference in the presence of the jurors and/or prospective jurors relating to (a) the net worth, profits or financial condition of Defendants or any Chevron-related entities or to (b) Plaintiff's prayer for punitive damages, unless and until Plaintiff obtains a favorable verdict entitling her to actual damages <u>and</u> proves Defendants are guilty of malice, oppression, or fraud; and

2. Requiring that the trial attorneys instruct their witnesses not to offer any evidence or make reference in the presence of jurors and/or prospective jurors relating to (a) the net worth, profits or financial condition of Defendants or any Chevron-related entities or to (b) Plaintiff's prayer for punitive damages, unless and until Plaintiff obtains a favorable verdict entitling her to actual damages <u>and</u> proves Defendants are guilty of malice, oppression, or fraud.

This motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, the papers on file in this action, and on such further evidence as may be presented prior to or at the hearing on this Motion.

/ / /

/ / /

Dated: February 23, 2007

MILLER LAW GROUP
A Professional Corporation

By: _____/S/_____
Michele Ballard Miller
Attorneys for Defendants CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.