1  Michele Ballard Miller (SBN 104198)
   Kerry McInerney Freeman (SBN184764)
2  Lisa C. Hamasaki (SBN 197628)
   MILLER LAW GROUP
3  A Professional Corporation
   60 E. Sir Francis Drake Blvd., Ste. 302
4  Larkspur, CA 94939
   Tel. (415) 464-4300
5  Fax (415) 464-4336

6  Attorneys for Defendants CHEVRON
   CORPORATION (f/k/a ChevronTexaco
7  Corporation) and CHEVRON INTERNATIONAL
   EXPLORATION & PRODUCTION
8  (f/k/a ChevronTexaco Overseas Petroleum),
   a division of Chevron U.S.A. Inc.

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13
   KIRAN PANDE,                          Case No. 04-5107 CW
14
              Plaintiff,
15                                        **[PROPOSED] ORDER GRANTING**
                                          **DEFENDANTS' NOTICE OF MOTION AND**
16  v.                                    **MOTION TO BIFURCATE  PUNITIVE**
                                          **DAMAGES FROM ANY LIABILITY PHASE**
17                                        **OF TRIAL**
   CHEVRON CORPORATION (f/k/a
18  ChevronTexaco Corporation) and CHEVRON
   INTERNATIONAL EXPLORATION &
19  PRODUCTION (f/k/a ChevronTexaco          Date:   March 30, 2007
   Overseas Petroleum), a division of Chevron Place:  Courtroom 2
20  U.S.A. Inc.                             Time:   1:30 p.m.

21             Defendants.                  Pretrial Conference:  March 30, 2007
                                            Trial Date:            April 16, 2007
22                                          Complaint filed:    December 2, 2004

23

24      Defendants CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION, a

25  division of Chevron U.S.A., Inc. and CHEVRON CORPORATION ("Defendants") brought

26  this Motion to Bifurcate Punitive Damages From Any Liability Phase of Trial which came on

27  for hearing on March 30, 2007 at 1:30 p.m. in Courtroom 2, of this Court, the Honorable

28  Claudia Wilken presiding.   Michele Ballard Miller of the Miller Law Group, Professional

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

Corporation, appeared on behalf of Defendants.  Noah D. Lebowitz of McGuinn, Hillsman & Palefsky appeared on behalf of Plaintiff Kiran Pande.

Having considered the papers and arguments of counsel and good cause appearing, Defendants' Motion to Bifurcate Punitive Damages From Any Liability Phase of Trial Damages is granted.

It is hereby ordered that:

1.    The attorneys, parties and witnesses in this matter are prohibited from offering evidence or making any reference in the presence of the jurors and/or prospective jurors relating to (a) the net worth, profits or financial condition of Defendants or any Chevron-related entities or to (b) Plaintiff's prayer for punitive damages, unless and until Plaintiff obtains a favorable verdict entitling her to actual damages _and_ proves Defendants are guilty of malice, oppression, or fraud; and

2.    The trial attorneys in this matter must instruct their witnesses not to offer any evidence or make reference in the presence of jurors and/or prospective jurors relating to (a) the net worth, profits or financial condition of Defendants or any Chevron-related entities or to (b) Plaintiff's prayer for punitive damages, unless and until Plaintiff obtains a favorable verdict entitling her to actual damages _and_ proves Defendants are guilty of malice, oppression, or fraud.

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO BIFURCATE PUNITIVE DAMAGES**
Case No. 04-5107 CW

1    **IT IS SO ORDERED.**

2

3    Dated: _____, 2007

4

5                                   _____
                                    The Honorable Claudia Wilken
6                                   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO BIFURCATE PUNITIVE DAMAGES
Case No. 04-5107 CW