John A. McGuinn, Esq. SBN 36047
Noah D. Lebowitz, Esq. SBN 194982
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

Attorneys for Plaintiff
KIRAN PANDE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>           Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc,<br><br>           Defendants. | NO.   04-5107 CW<br><br>STIPULATION AND [PROPOSED] ORDER SHORTENING TIME TO FILE MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF AND CONTINUE TRIAL |

WHEREAS, trial in this case is set for April 16, 2007, and the Pretrial Conference is set for March 30, 2007;

WHEREAS, counsel for the Plaintiff has informed counsel for the Defendants of the necessity to file a Motion to Withdraw as Counsel of Record for Plaintiff and Continue Trial ("Motion to Withdraw");

WHEREAS, the parties have met and conferred, and pursuant to Civil Local Rule 6-

2, agree that any Motion to Withdraw can and should be heard on an expedited basis in order to avoid prejudice to the parties;

WHEREAS, given the current pretrial schedule, it would be impracticable to have the Motion to Withdraw heard on a regular 35-day briefing schedule;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES, that the Motion to Withdraw be heard on the following schedule:

| | |
|---|---|
| Last Day to File Moving Papers: | March 2, 2007 |
| Last Day to File Opposing Papers: | March 7, 2007 |
| No Reply Papers will be Permitted. | |
| Hearing on the Motion: | March 9, 2007 AT 9:00 a.m. |

Dated: February 28, 2007

McGUINN, HILLSMAN & PALEFSKY
Attorneys for Plaintiff


By: _____/S/_____
         John A. McGuinn

Dated: February 28, 2007

MILLER LAW GROUP
Attorneys for Defendants


By: _____/S/_____
         Lisa Hamasaki

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
HON. CLAUDIA WILKEN
JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA