John A. McGuinn, Esq. SBN 36047
Noah D. Lebowitz, Esq. SBN 194982
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

Attorneys for Plaintiff
KIRAN PANDE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc,<br><br>　　　　　　Defendants. | NO.   04-5107 CW<br><br>STIPULATION AND [PROPOSED] ORDER SHORTENING TIME TO FILE MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF AND CONTINUE TRIAL |

　　　WHEREAS, trial in this case is set for April 16, 2007, and the Pretrial Conference is set for March 30, 2007;

　　　WHEREAS, counsel for the Plaintiff has informed counsel for the Defendants of the necessity to file a Motion to Withdraw as Counsel of Record for Plaintiff and Continue Trial ("Motion to Withdraw");

　　　WHEREAS, the parties have met and conferred, and pursuant to Civil Local Rule 6-

1  2, agree that any Motion to Withdraw can and should be heard on an expedited basis in
2  order to avoid prejudice to the parties;
3  WHEREAS, given the current pretrial schedule, it would be impracticable to have the
4  Motion to Withdraw heard on a regular 35-day briefing schedule;
5
6  THEREFORE, IT IS HEREBY STIPULATED AND AGREED BETWEEN THE
7  PARTIES, that the Motion to Withdraw be heard on the following schedule:
8      Last Day to File Moving Papers:    March 2, 2007
9      Last Day to File Opposing Papers:    March 7, 2007
10     No Reply Papers will be Permitted.
11                                                         10:00 a.m.
12     Hearing on the Motion:    March 9, 2007 AT ~~9:00 a.m.~~

13 Dated: February 28, 2007    McGUINN, HILLSMAN & PALEFSKY
14     Attorneys for Plaintiff
15
16     By: _____/S/_____
17     John A. McGuinn

18 Dated: February 28, 2007    MILLER LAW GROUP
19     Attorneys for Defendants
20
21     By: _____/S/_____
22     Lisa Hamasaki

23 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
24
25     3/2/07
26 Dated: _____    _____
27     HON. CLAUDIA WILKEN
       JUDGE, U.S. DISTRICT COURT
28     NORTHERN DISTRICT OF CALIFORNIA

McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133
415/421-9292