John A. McGuinn, Esq. SBN 36047
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

Attorneys for Plaintiff
KIRAN PANDE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation,<br>CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY),<br>a division of Chevron U.S.A. Inc,<br><br>　　　　　Defendants. | NO.   04-5107 CW<br><br>DECLARATION OF JOHN A. McGUINN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF AND TO CONTINUE TRIAL<br><br>Date:            March 9, 2007<br>Time:           10:00 a.m.<br>Courtroom:   2 |

I, JOHN A. McGUINN declare:

　　　1.　　　I am a partner in the law firm of McGuinn, Hillsman & Palefsky ("MHP") and I am licensed to practice before all of the courts of the State of California. I am admitted also to practice before this Court. My law firm is counsel of record for the Plaintiff, Kiran Pande, in this case. The following is based on my personal knowledge and if called as a witness I could and would testify competently thereto.

2.MHP was retained to represent Ms. Pande in this case. Throughout the pendency of this case Noah D. Lebowitz, an attorney with MHP was responsible for all aspects of the case. As of February 16, 2007, Mr. Lebowitz ceased to be associated with MHP and established the law firm know as Duckworth · Peters · Lebowitz LLP. When Mr. Lebowitz left the firm, the intent was that he would continue working on the case and his new firm would associate in as co-counsel with MHP. Ms. Pande, however, rejected this arrangement. As a result of the discussions surrounding this decision, the attorney-client relationship between Ms. Pande and MHP broke down materially and irreparably. In particular, over the last several weeks there have been numerous communications between MHP and the plaintiff which have resulted in irreconcilable differences regarding general litigation strategy and trial strategy. In addition, the plaintiff has given firm instructions to MHP which interfere and conflict with MHP's professional judgments as to how this action ought to proceed. The Attorney Representation Agreement signed by Ms. Pande explicitly provides that MHP "may withdraw at any time, upon giving reasonable notice."

3.MHP is compelled to withdraw their services as counsel of record for the Plaintiff based upon irreconcilable differences between MHP and the plaintiff. Accordingly, MHP is herewith submitting a Motion for Leave to Withdraw as Counsel.

4.The California Rule of Professional Conduct 3-700(A) requires, as a condition precedent to attorneys withdrawal from employment, that reasonable steps be taken to avoid reasonably foreseeable prejudice to the rights of the client, including giving notice to the client providing sufficient time for client to employ other counsel. By email dated February 22, 2007, I advised Ms. Pande that she should begin the process of

DECLARATION OF JOHN A. McGUINN IN SUPPORT OF MOTION TO WITHDRAW
AS COUNSEL OF RECORD FOR PLAINTIFF AND TO CONTINUE TRIAL

2

procuring new counsel. By emails dated February 22 and 26, 2007 I officially notified Ms. Pande of our desire to withdraw as counsel of record. By email dated February 27, 2007 Ms. Pande informed me that she would only consent to the withdrawal of counsel upon certain conditions. By email dated February 28, 2007, I advised Ms. Pande that we intended to file a Motion to Withdraw as Counsel this week. I also told her that we would request a trial continuance.

5. The current trial date is the original date set in this case. No prior requests for continuance (either by stipulation or motion) have been made. Ms. Pande has requested that we ask for a continuance of six months. In a telephone call with Michele Ballard Miller, counsel for the Defendants, Ms. Miller indicated to me that the Defendants would not oppose the request for a continuance, in principle, however they may wish to be heard on the length of any such continuance.

6. California Rule of Professional Conduct 3-700 (C)(1)(d) and (6) together permit counsel to withdraw with the Court's permission where a client has made it unreasonably difficult for counsel to effectively carry out the employment or where counsel believes that the Court will find existence of other good cause for withdrawal. Over recent weeks there have been numerous communications between MHP and the Plaintiff which have resulted in irreconcilable differences regarding general litigation and trial strategy. In addition, the plaintiff has given firm instructions to MHP which interferes and conflicts with our professional judgment as to how this action ought to proceed.

7. I am reluctant to provide more detail as to the differences which have arisen between MHP and Ms. Pande, including a more detailed recitation of the facts relating to the points mentioned in Paragraph 6. To do so could compromise the attorney-client

DECLARATION OF JOHN A. McGUINN IN SUPPORT OF MOTION TO WITHDRAW
AS COUNSEL OF RECORD FOR PLAINTIFF AND TO CONTINUE TRIAL

3

1  privilege and/or work product doctrine and could seriously prejudice the interests of the
2  Ms. Pande if such information was published to other parties.  However, I am prepared to
3  share such information with the Court in chambers, upon approval of Ms. Pande, should
4  the Court deem it necessary for the resolution of this Motion.

   8.     By electronic mail communication to Ms. Pande, on February 28, 2007, I notified her that we would be filing a motion to withdraw as counsel on an expedited basis. We are serving this motion on Ms. Pande by both email and U.S. Mail.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California this 2nd day of March, 2007.

                                   /s/
                            John A. McGuinn

McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133
415/421-9292

DECLARATION OF JOHN A. McGUINN IN SUPPORT OF MOTION TO WITHDRAW
AS COUNSEL OF RECORD FOR PLAINTIFF AND TO CONTINUE TRIAL                    4