John A. McGuinn, Esq. SBN 36047
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

Attorneys for Plaintiff
KIRAN PANDE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| KIRAN PANDE, | NO.  04-5107 CW |
|---|---|
| Plaintiff, | **DECLARATION OF NOAH D. LEBOWITZ IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF AND TO CONTINUE TRIAL** |
| vs. | |
| CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc, | Date: March 9, 2007<br>Time: 10:00 a.m.<br>Courtroom: 2 |
| Defendants. | |

I, NOAH D. LEBOWITZ declare:

1.      I am a partner in the law firm of Duckworth · Peters · Lebowitz LLP and I am licensed to practice before all of the courts of the State of California. I am admitted also to practice before this Court.  Prior to February 20, 2007, I was employed as an associate with the law firm of McGuinn, Hillsman & Palefsky ("MHP"), counsel of record for the plaintiff in this case. The following is based on my personal knowledge and if called as a

witness I could and would testify competently thereto.

2. MHP was retained to represent Ms. Pande in this case. Throughout the pendency of this case I was responsible for all aspects of the case. As of February 16, 2007, I ceased to be associated with MHP and established my current firm. When I left the firm, the intent was that I would continue working on the case and my new firm would associate in as co-counsel with MHP. Ms. Pande, however, rejected this arrangement.

3. Although I am not part of this case any longer, I will attend any hearing on this Motion to Withdraw and be happy to respond to any questions or concerns of the Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California this 2nd day of March, 2007.

/s/
Noah D. Lebowitz

McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133
415/421-9292

DECLARATION OF NOAH D. LEBOWITZ IN SUPPORT OF MOTION TO WITHDRAW
AS COUNSEL OF RECORD FOR PLAINTIFF AND TO CONTINUE TRIAL

2