1  John A. McGuinn, Esq. SBN 36047
   McGUINN, HILLSMAN & PALEFSKY
2  535 Pacific Avenue
3  San Francisco, CA 94133
   Telephone: (415) 421-9292
4  Facsimile: (415) 403-0202

5  Attorneys for Plaintiff
   KIRAN PANDE
6

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| KIRAN PANDE, | NO.   04-5107 CW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF AND CONTINUE TRIAL |
| vs. | |
| CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc, | Date:   March 9, 2007<br>Time:   10:00 a.m.<br>Courtroom:   2 |
| Defendants. | |

The Motion to Withdraw as Counsel of Record for the Plaintiff came on for hearing on March 9, 2007 at 10:00 a.m. in this Court. GOOD CAUSE APPEARING, the Court hereby GRANTS the motion. The law firm McGuinn, Hillsman & Palefsky is hereby relieved of their obligations as counsel of record for the Plaintiff, Kiran Pande. The trial date of April 16, 2007, and all other pretrial dates are hereby VACATED. Trial is set for _____, 2007.

---

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS
COUNSEL OF RECORD FOR PLAINTIFF AND CONTINUE TRIAL                     1

1  IT IS SO ORDERED.

2

3  Dated: _____

4

HON. CLAUDIA WILKEN
U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133
415/421-9292

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS
COUNSEL OF RECORD FOR PLAINTIFF AND CONTINUE TRIAL