UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PANDE,

    Plaintiff,

v.

CHEVRONTEXACO CORPORATION ET AL,

    Defendant.

NO. C 04-05107 CW

**MINUTE ORDER**
Date: 3/9/07

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill   Court Reporter:** Diane Skillman

**Appearances for Plaintiff:**
John McGuinn by phone; Noah Lebowitz spec. app.; Kiran Pande, pro per

**Appearances for Defendant:**
Michele Ballard Miller; Lisa C. Hamasaki

**Motions:**

| Plaintiff's counsel | Mo. to withdraw as counsel of record for plaintiff and continue trial | Continued to 3/16/07 by phone |

Further briefing due:
Order to be prepared by:

Notes: **Portion of hearing sealed in which defendants were not present.** Motion continued to 3/16/07 at 10:00 a.m. by phone. Parties to provide phone numbers to CRD. Parties to further explore settlement with Mr. Rudy; each party to pay for length of own phone call. Further discussions to take place between lawyers and plaintiff on how case can be tried in the future and agreement on workable dates.

Copies to: Chambers