Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (SBN184764)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE, <br><br> Plaintiff, <br><br> v. <br><br> CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc. <br><br> Defendants. | Case No. 04-5107 CW <br><br> **DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION TO BIFURCATE PUNITIVE DAMAGES FROM ANY LIABILITY PHASE OF TRIAL** <br><br> Date:  March 30, 2007 <br> Place: Courtroom 2 <br> Time:  1:30 p.m. <br><br> Pretrial Conference:  March 30, 2007 <br> Trial Date:  April 16, 2007 <br> Complaint filed:  December 2, 2004 |

On February 23, 2007 Defendants CHEVRON CORPORATION and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION COMPANY, a division of Chevron U.S.A., Inc. (collectively "Defendants") filed their Motion to Bifurcate Punitive Damages From Any Liability Phase of Trial (the "Motion"). Defendants' Motion is set for hearing on March 30, 2007 – the time scheduled for the Parties' Pre-Trial Conference.

1

**DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION TO BIFURCATE PUNITIVE DAMAGES**
Case No. 04-5107 CW

Prior to filing the Motion, defense counsel met-and-conferred with Plaintiff's counsel – at the time Noah Lebowitz – and informed him of Defendants' intent to file such a Motion. Plaintiff's counsel indicated that he did not anticipate opposing Defendants' Motion but that he would need to see the Motion before making any final determination in that regard. *See* Declaration of Michele Ballard Miller, at ¶ 3. Pursuant to Civil Local Rule 7-3, the deadline for filing any opposition to Defendants' Motion has now come and gone, and Plaintiff has neither filed an opposition nor indicated any intent to do so.

As set forth in Defendants' Motion and in order to promote a fair and impartial trial of this matter, Defendants respectfully request that the Court bifurcate punitive damages from any liability phase of trial. Specifically, Defendants' ask that all parties and all counsel be prohibited from commenting on or presenting evidence or testimony relating to Plaintiff's claim for punitive damages, including any reference to Chevron's financial worth, profits or condition unless and until a jury finds in Plaintiff's favor, awards actual damages, **and** determines that Defendants are guilty of malice, oppression or fraud. Good cause exists for such bifurcation on the grounds that evidence relating to punitive damages and Defendants' financial condition is irrelevant to this action prior to establishing liability and creates a substantial risk of prejudice to Defendants which cannot be mitigated by any other means.

Dated: March 14, 2007

MILLER LAW GROUP
A Professional Corporation

By: _____/S/_____
Michele Ballard Miller
Attorneys for Defendants CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.