Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (SBN184764)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.<br><br>　　　　　Defendants. | Case No. 04-5107 CW<br><br>**DECLARATION OF MICHELE BALLARD MILLER IN SUPPORT OF MOTION TO BIFURCATE PUNITIVE DAMAGES FROM ANY LIABILITY PHASE OF TRIAL**<br><br>Date:　March 30, 2007<br>Place:　Courtroom 2<br>Time:　1:30 p.m.<br><br>Pretrial Conference:　March 30, 2007<br>Trial Date:　April 16, 2007<br>Complaint filed:　December 2, 2004 |

I, MICHELE BALLARD MILLER, declare:

1.　　　I am an attorney at law licensed to practice before the Courts of the State of California and before this Court. I am a shareholder in the law firm of MILLER LAW GROUP, Professional Corporation, and am the attorney of record for Defendants

1

**DECLARATION OF MICHELE BALLARD MILLER IN SUPPORT OF MOTION TO BIFURCATE PUNITIVE DAMAGES**
Case No. 04-5107 CW

1  CHEVRON CORPORATION (formerly known as CHEVRONTEXACO CORPORATION), a
2  Delaware corporation, and CHEVRON INTERNATIONAL EXPLORATION AND
3  PRODUCTION COMPANY, a division of Chevron U.S.A. Inc., (formerly known as
4  ChevronTexaco Overseas Petroleum) ("Defendants") in the above-captioned matter. I am
5  also lead trial counsel for Defendants in this case.

7  2. I have personal knowledge of the matters set forth herein, except
8  those stated on information and belief. If called as a witness I could competently testify
9  thereto.

11  3. Prior to filing Defendants' Motion To Bifurcate Punitive Damages From
12  Any Liability Phase of Trial, I had a telephone conversation with Plaintiff's counsel, Noah
13  Lebowitz, during which I informed him of Defendants' intent to file such a Motion. At the
14  time, I had no knowledge of Plaintiff's counsel's intent to file a Motion to Withdraw or that
15  Mr. Lebowitz would not continue to serve as counsel to the Plaintiff. During that call, Mr.
16  Lebowitz indicated that he did not anticipate opposing Defendants' Motion. When I asked
17  whether we could include such a statement in Defendants' Motion, Mr. Lebowitz indicated
18  that he would need to see the Motion before making any final determination in that regard.
19  Accordingly, after confirming with the Court that we could schedule the motion to be heard
20  at the same time as the Pre-Trial Conference, our office filed the pending motion.

22  I declare under penalty of perjury under the laws of the United States of
23  America that the foregoing is true and correct. Executed on this 14th day of March, 2007 in
24  Larkspur, California.

26  /S/
27  Michele Ballard Miller

2
**DECLARATION OF MICHELE BALLARD MILLER IN SUPPORT OF MOTION TO BIFURCATE PUNITIVE DAMAGES**
Case No. 04-5107 CW