UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Pande,

       Plaintiff,

v.

Chevron,

       Defendant,
_____/

NO. C-04-5107-CW

**MINUTE ORDER**
Date: March 16, 2007

**The Honorable Claudia Wilken, Presiding**
**Clerk: Ivy Garcia for Sheilah Cahill**
**Court Reporter:** David Disbrow

**Appearances for Plaintiff:**
Kiran Pande
John McQuinn
Noah Lebowitz

**Appearances for Defendant:**
Michele Miller

**Motions:**

| Plaintiff | Continued hearing by telephone re: motion to withdraw as counsel of record for plaintiff and continue trial | Under Submission |

Further briefing due:
Order to be prepared by: Court

Notes:   Pltf. said she has been actively seeking for new attorneys and contacted about 11 law firms.  Plaintiff, Attys. John McQuinn and Noah Lebowitz will meet and confer re: issue of pltf's representation on 3/20/07 at 4:00 p.m.  By 3/21/07 morning, pltf. must inform the Court if Attys. John McQuinn and Noah Lebowitz will continue as pltf's counsel of record in this case.  **Case matter next set before Judge Wilken on 5/8/07 at 2:00 p.m. for Status/Trial Setting Conf.**

Copies to: Chambers