UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Pande,

        Plaintiff,

v.

Chevron,

        Defendant,
_____/

NO.  C-04-5107-CW

**MINUTE ORDER**
Date: March 23, 2007

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter:** Diane Skillman

**Appearances for Plaintiff:**
Susan Harriman and Krista Anderson by phone

**Appearances for Defendant:**
Michele Miller and Bill Rogers by phone

### Motions:

| | | |
|---|---|---|
| Plaintiff | Continued hearing by telephone re: motion to withdraw as counsel of record for plaintiff and continue trial | Granted |

Notes:  Telephone status conference re trial date held.  Court will grant motion to withdraw as counsel of record for plaintiff. Ms. Harriman will file substitution as counsel for plaintiff. Court would prefer to keep 4/16 trial date.  Plaintiff willing to drop claims 3, 4 and 5 and proceed on claims 1, 2 and 6. Pretrial Conference continued to 4/10/07 at 2:00 p.m.; pretrial filings due 4/5/07. Defense to check on availability of witnesses and know by Monday their availability.  **Further telephone status conference set for 3/26/07 at 2:00 p.m.**

Copies to:  Chambers