IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>    Plaintiff,<br><br>   v.<br><br>CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, and CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION (f/k/a CHERVONTEACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc.,<br><br>    Defendants.<br>_____/ | No. C 04-5107 CW<br><br>ORDER DENYING DEFENDANTS' MOTION FOR BIFURCATION |

    Defendants Chevron Corporation (f/k/a ChevronTexaco Corporation) and Chevron International Exploration & Production (f/k/a ChevronTexaco Overseas Petroleum Company) (collectively Defendants) move to bifurcate punitive damages from the liability phase of the trial.  Specifically, they request that the Court issue an order prohibiting counsel from commenting on or presenting evidence or testimony relating to Plaintiff's claim for punitive damages, including any reference to Defendants' financial worth,

until a jury finds in Plaintiff's favor, awards actual damages and determines that Defendants are guilty of malice, oppression or fraud.

This request is denied. Plaintiff will present her case to the jury without making any reference to Defendants' profits or financial condition or to punitive damages. After Plaintiff has rested, and out of the jury's presence, Defendants may move for judgment as a matter of law that Plaintiff has not provided evidence sufficient to show that punitive damages are warranted. If the Court denies Defendants' motion, then Plaintiff may present evidence, preferably by stipulated admission of a document containing Defendants' financial worth that will be presented to the jury at the close of the trial.

Defendants' motion to bifurcate punitive damages from any liability phase of the trial (Docket No. 71) is DENIED.

IT IS SO ORDERED.

Dated: 3/26/07

CLAUDIA WILKEN
United States District Judge

2

1  Copy mailed to:

2  Susan Harriman
   Keker & Van Nest
3  710 Sansome Street
   San Francisco, Ca 94111