UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PANDE,

        Plaintiff,

v.

CHEVRONTEXACO CORPORATION ET AL,

        Defendant.

NO. 04-05107CW

**MINUTE ORDER**
Date: 3/26/07

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**     **Court Reporter:**  Diane Skillman

**Appearances for Plaintiff:**
Susan Harriman; Chris Anderson

**Appearances for Defendant:**
Michele Miller; Lisa Hamasaki

**Further Telephone Status Conference Held?: Yes**

Notes:  Plaintiff previously stated she would only be going forward with claims 1, 2 and 6.  Defense checked with witnesses and they are available on 4/16 and 4/23.  Plaintiff now also wants to proceed on 5th cause of action re retaliation.  Defense needs to check and see if retaliation witnesses are available on 4/16 or request continuation of trial date.  **Further telephone conference set for Wednesday, 3/28/07, at 2:00 p.m.**

Copies to:  Chambers