1  KEKER & VAN NEST, LLP
   SUSAN J. HARRIMAN - #111703
2  CHRISTA M. ANDERSON - #184325
   710 Sansome Street
3  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
4  Facsimile: (415) 397-7188

5  Attorneys for Plaintiff
   KIRAN PANDE

6

7

8

9           UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11

12

13 | KIRAN PANDE,                              | Case No. 04-5107 CW
14 |                         Plaintiff,        |
15 |    v.                                     | **SUBSTITUTION OF COUNSEL**
16 | CHEVRON CORPORATION (f/k/a                |
   | CHEVRONTEXACO CORPORATION), a             |
17 | Delaware corporation,                     |
   | CHEVRON INTERNATIONAL                     |
18 | EXPLORATION & PRODUCTION (f/k/a           |
   | CHEVRONTEXACO OVERSEAS                    |
19 | PETROLEUM COMPANY),                       |
   | a division of Chevron U.S.A., Inc.,       |
20 |                                           |
   |                         Defendants.       |
21

22      Plaintiff KIRAN PANDE hereby substitutes as her counsel of record the firm of Keker &

23 Van Nest, L.L.P., 710 Sansome Street, San Francisco, California 94111-1704.

24 ///

25 ///

26

27

28

                                   1
392371.01                  SUBSTITUTION OF COUNSEL
                             CASE NO. 04-5107 CW

1  McGuinn, Hillsman & Palefsky agrees to the above substitution of attorneys.

2

3  Dated: March 26, 2007                                    McGUINN, HILLSMAN & PALEFSKY

4

5

6  By: _____
    JOHN A. McGUINN

7

8  The undersigned accepts the above substitution of attorneys.

9

10 Dated: March 26, 2007                                    KEKER & VAN NEST, LLP

11

12 By: _____
    SUSAN J. HARRIMAN
13  CHRISTA M. ANDERSON
    Attorneys for Plaintiff
14  KIRAN PANDE

15

16

17     I, Kiran Pande, accept and agree to the substitution of
   Keker & Van Nest, LLP as my attorneys in this matter in
18 place of McGuinn, Hillsman & Palefsky.

19
                                             _____
Dated: March 27, 2007                              Kiran Pande
20

21

22

23

24

25

26

27

28

2
SUBSTITUTION OF COUNSEL
CASE NO. 04-5107 CW

392371.01