UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PANDE,

       Plaintiff,

  v.

CHEVRONTEXACO CORPORATION ET AL,

       Defendant.

NO. 04-05107CW

**MINUTE ORDER**
Date: 3/28/07

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**    **Court Reporter:**  Diane Skillman

**Appearances for Plaintiff:**
Susan Harriman

**Appearances for Defendant:**
Michele Miller; Lisa Hamasaki

              **Telephone Status Conference Held?:  Yes**

Pretrial Conference Date: 5/22/07  Time: 2:00 pm
Trial to Jury on: 10/9/07 at 8:30 am for: 10 days

Notes:  Defense counsel cannot have all retaliation witnesses here on 4/16.  Defense counsel thinks there may be a conflict with plaintiff's attorney; defense counsel to contact plaintiff's counsel and provide her with more information re conflict. Plaintiff is willing to consent to trial by Magistrate Judge; Defense needs to consult with client.  Counsel to notify CRD by 4/4/07 if consenting.  **Jury Trial continued to 10/9/07 at 8:30 a.m. for 10 days; pretrial conference continued to 5/22/07 at 2:00 p.m.**  (if defense counsel is in trial, pretrial conference will be put over).

Copies to:  Chambers