
# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANDE | CASE NO.: C-04-5107 GW |
| Plaintiff(s), | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| v. | |
| CHEVRON | |
| Defendant(s). | |

In accordance with the provisions of 28 U.S.C. Section 636(c), the below-named party(ies) to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Dated: _____    Attorney for _____

## DECLINATION

The below-named party(ies) decline to consent at this time to reference of the above-captioned matter to a United States Magistrte Judge for trial

Dated: 4/3/07    _____

Attorney for Defendants CHEVRON CORPORATION (f/k/a CHEVRON TEXACO CORPORATION), a Delaware corporation, and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc.