UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PANDE )
)  CASE NO.: C-04-5107 CW
)
Plaintiff(s),  )  CONSENT TO PROCEED
)  BEFORE A UNITED STATES
)  MAGISTRATE JUDGE
v. )
)
CHEVRON )
)
Defendant(s). )
)

In accordance with the provisions of 28 U.S.C. Section 636(c), the below-named party(ies) to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Dated: 4-4-07         Attorney for KIRAN PANDE

DECLINATION

The below-named party(ies) decline to consent at this time to reference of the above-captioned matter to a United States Magistrte Judge for trial

Dated: _____      Attorney for _____