1  Michele Ballard Miller (SBN 104198)
   Kerry McInerney Freeman (SBN184764)
2  Lisa C. Hamasaki (SBN 197628)
   MILLER LAW GROUP
3  A Professional Corporation
   60 E. Sir Francis Drake Blvd., Ste. 302
4  Larkspur, CA 94939
   Tel. (415) 464-4300
5  Fax (415) 464-4336

6  Attorneys for Defendants CHEVRON
   CORPORATION (f/k/a ChevronTexaco
7  Corporation) and CHEVRON INTERNATIONAL
   EXPLORATION & PRODUCTION
8  (f/k/a ChevronTexaco Overseas Petroleum),
   a division of Chevron U.S.A. Inc.
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13

14  KIRAN PANDE,                              Case No. C 04-5107 CW

15          Plaintiff,                        **DEFENDANTS' EXHIBIT LIST**

16  v.

17  CHEVRON CORPORATION (f/k/a               Trial Date:      October 9, 2007
    ChevronTexaco Corporation) and CHEVRON   Time:            8:30 a.m.
18  INTERNATIONAL EXPLORATION &              Place:           Courtroom 2
    PRODUCTION (f/k/a ChevronTexaco          Pre-Trial Conf.: May 22, 2007
19  Overseas Petroleum), a division of Chevron
20  U.S.A. Inc.                               Complaint filed: December 2, 2004

21          Defendants.

22

23

24

25

26

27

28

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

UNITED STATES DISTRICT COURT
For the Northern District of California

Case No. _____C-04-5107 CW_____    Date _____May 8, 2007_____

_____KIRAN PANDE_____    vs. _____CHEVRON CORP., et al.____

| EXIBIT LIST | | | | |
|---|---|---|---|---|
| ☐ Plaintiff | | | ☒ Defendants | |
| EXHIBIT NUMBER[1] | DESCRIPTION | SPONSORING WITNESS(ES) | DATE | |
| | | | Marked for Identification | Admitted in Evidence |
| 200 | 1/5/2001 Email from Rex Mitchell to Kiran Pande and David Kennedy, Subject: FW:2000 PMP and attached email trail with Annual Performance Management Worksheet attached (Bates Nos. 15-21) | Rex Mitchell; Kiran Pande; David Kennedy | | |
| 201 | 9/4/2003 Email from Jack Dunn, Subject: RE: Bk 14 VC new employees & updated org chart and attached email trail and attached Value Creation, Block 14 org chart (Bates Nos. 41-43) | Jack Dunn; Kiran Pande Kathleen Mabe; Tayo Feyijimi | | |
| 202 | PE Career History and Development Summary, Personal Experience Record GO-400-2, ChevronTexaco Open | Kiran Pande; Zuwa Omoregie; Jean Pierrer Camy | | |

[1] Certain documents within Defendants' Exhibit List have been designated "Confidential" and were produced pursuant to the Stipulated Protecive Order entered in this action. Defendants reserve the right to redact certain confidential information, including the social security numbers of Defendants' current and/or former employees other than the Plaintiff Kiran Pande, prior to the trial of this action.

- 1 -

|  | Position Requisition, Energy Technology Company Summary of Open Job for job number 50046185, ChevronTexaco Selection Skills Assessment (Bates Nos. 100-117) |  |  |  |
|---|---|---|---|---|
| 203 | 9/12/2003 Email from Jack Dunn to Kiran Pande, Subject: RE: Open Position Posting: KIRAN K PANDE Applied and attached email trail (Bates No. 119) | Jack Dunn; Kiran Pande |  |  |
| 204 | Emails dated 11/12/2003 from Jack Dunn to Kiran Pande, Subject: FW: Open Position Posting: KIRAN K PANDE Unsuccessful (Bates Nos. 120-122) | Jack Dunn; Kiran Pande |  |  |
| 205 | 9/12/2003 Email from Jack Dunn to Kiran Pande, Subject: RE: SASBU Business Advisor Application (Bates No. 123) | Jack Dunn; Kiran Pande |  |  |
| 206 | 11/21/2003 Email from Allan Vance to Kiran Pande, Jack Dunn, John Ladd, Buzz Morris, Norm Szydlowski, Peter Kump, and Kerry Linn, subject: EMC International Business Unit Manager Position (Bates No. 124) | Allan Vance; Kiran Pande; Jack Dunn; John Ladd; Charles E. Morris; Norm Szydlowski; Peter Kump; Kerry Linn |  |  |
| 207 | ChevronTexaco Selection Skills Assessment for position numbers 50076782 and 50076783 (Bates Nos. 125-130) | Kiran Pande; George Alameda; Carlos Aguilra; Roger Benedict; Mike Birchfield; Mike Carroll; Clement Chou; Chris Cox; Gerry Flaherty; Gary Greaser; Buster Hines; Neil Jones; Mike Koch; |  |  |

| | | | |
|---|---|---|---|
| | | Miran Kozeljh;<br>Bob McElrath;<br>Tim Miller;<br>Tim Nagy;<br>TV Viswanathan;<br>Dave Wagner;<br>Les Wood | |
| 208 | ChevronTexaco Selection Skills Assessment for position number 50076683, CTOP on behalf of CT Business Development Company Summary of Open Job, Position Summary GO-400 (Bates Nos. 157-166) | Kiran Pande;<br>Rene Dautel;<br>Kelly Hartshorn;<br>Sam Laidlaw;<br>James Lejeune;<br>Taryn Shawstad;<br>Jim Simpson | |
| 209 | Guideline 112 Family Leave (Bates Nos. 588-593) | Taryn Shawstad;<br>Jack Dunn;<br>Kiran Pande | |
| 210 | Guideline 400 Equal Employment Opportunity (Bates Nos. 608-610) | Taryn Shawstad;<br>Jack Dunn;<br>Kiran Pande | |
| 211 | 11/19/2003 Email from Jack Dunn to Kiran Pande and Sheree Lomax, Subject: End employment date (Bates No. 724) | Jack Dunn;<br>Kiran Pande | |
| 212 | SASBU Houston Relocation Communication Timeline (Bates No. 728) | Jack Dunn;<br>Kiran Pande;<br>Taryn Shawstad;<br>Kathy Mabe;<br>Tayo Feyijimi | |
| 213 | SASBU Move FAQ's (Bates Nos. 729-735) | Jack Dunn;<br>Kiran Pande;<br>Taryn Shawstad;<br>Kathy Mabe;<br>Tayo Feyijimi | |
| 214 | 5/22/2003 Powerpoint Presentation on Houston Move (Bates Nos. 736-747) | Jack Dunn;<br>Kiran Pande;<br>Taryn Shawstad;<br>Kathy Mabe;<br>Tayo Feyijimi | |

| 215 | 11/18/2003 Letter from T.L. Shawstad to Kiran Pande, Subject: Voluntary Termination (Bates No. 801) | Taryn Shawstad; Kiran Pande; Jack Dunn | | |
|---|---|---|---|---|
| 216 | 12/8/2003 Letter from Kiran Pande to Taryn Shawstad, Subject: Unlawful Termination (Bates No. 802-803) | Kiran Pande; Taryn Shawstad | | |
| 217 | 12/16/2003 Letter from T.L. Shawstad to Kiran Pande, Subject: Voluntary Termination (Bates No. 804) | Taryn Shawstad; Kiran Pande | | |
| 218 | Kiran Pande Performance and Salary History at Chevron (12/19/1988-10/10/2001) and ChevronTexaco (10/11/2001-12/31/2003) (Bates Nos. 805-806) | Kiran Pande | | |
| 219 | 2/24/2004 Letter from Kiran Pande to State Disability Insurance Coordinator, Subject: Disability Benefits (Bates Nos. 892-893) | Kiran Pande | | |
| 220 | 12/9/2003 DFEH Notices of Case Closure (Bates Nos. 920-931) | Kiran Pande; Taryn Shawstad | | |
| 221 | Fixed Duration Assignment Offer, Job Title Staff Analyst (Bates No. 1020) | Kiran Pande; Rex Mitchell | | |
| 222 | Guideline 111 Leave of Absence – Disability (Bates Nos. 1134-1137) | Taryn Shawstad; Jack Dunn; Kiran Pande | | |
| 223 | April 2003 ChevronTexaco U.S. Benefits Update (Bates Nos. 1138-1146) | Taryn Shawstad; Kiran Pande | | |
| 224 | Paystubs (Bates Nos. 1149-1155) | Kiran Pande | | |
| 225 | 5/13/2003 Email from Guadalupe Dejong to Jack Dunn, Fiona Young, Taryn Shawstad, Tim Manger, et al., Subject: SASBU San | Jack Dunn; Taryn Shawstad; Kiran Pande; Tayo Feyijimi; Kathy Mabe | | |

| | Ramon Relocation to Houston (Bates No. 1208) | | | |
|---|---|---|---|---|
| 226 | 6/5/2003 Email from SASBU Houston Move to Kiran Pande and Fiona Young, Subject: FW: SASBU Houston Relocation Offer and attached email trail (Bates Nos. 1209-1210) | Kiran Pande; Taryn Shawstad | | |
| 227 | 6/13/2003 Email from Jack Dunn to Fiona Young, Kiran Pande, Mark Krolow, Mark Dando and Brian Smith, Subject: RE: Offer to Move to Houston – K. Pande and attached email (Bates No. 1211) | Jack Dunn; Kiran Pande; Brian Smith | | |
| 228 | 10/21/2003 Email from Kiran Pande to Fiona Young and Taryn Shawstad, Subject: RE: Severance Package and attached email trail (Bates Nos. 1212-1213) | Kiran Pande; Taryn Shawstad | | |
| 229 | 10/10/2003 Email from Jack Dunn to Kiran Pande, Subject: RE: DA Modeling Course and attached email trail (Bates No. 1214) | Jack Dunn; Kiran Pande | | |
| 230 | Mitigation Log (1/1/04-9/26/05) (Bates No. 1415-1420) | Kiran Pande | | |
| 231 | Kiran K. Pande's Resumes (Bates Nos. 1421-1431) | Kiran Pande | | |
| 232 | Document List Related to Earnings since 1/1/2004 and attached documents (Bates Nos. 1432-1442) | Kiran Pande | | |
| 233 | 11/7/2003 Email from Jack Dunn to Kiran Pande, Jason Ewles, Kathleen Mabe, Tayo Feyijimi, Dale Beeson, Michael Clark, Alexandre Castellini, John Fryters, Pradeep Kumar, | Jack Dunn; Kiran Pande; Kathleen Mabe; Tayo Feyijimi | | |

| | | | |
|---|---|---|---|
| | Subject: RE: Tombua F1 Transition Notes and attached email trail (Bates No. 1449) | | | |
| 234 | 11/6/2003 Email from Kiran Pande to Jason Ewles, Kathleen Mabe, Tayo Feyijimi, Dale Beeson, Michael Clark, Jack Dunn, Alexandre Castellini, Subject: Tombua F1 Transition Notes and attached Block 14: Tombua F1 Transition Notes – November 6, 2003 – by Kiran Pande and Experimental Design Parameters document (Bates Nos. 1450-1455) | Kiran Pande; Kathleen Mabe; Tayo Feyijimi; Jack Dunn | | |
| 235 | 10/1/2002 Email from Rex Mitchell to Kiran Pande, Nicola Woods, Kelly Hartshorn and Jay Johnson, Subject: RE: Results of BD&C PDC and attached email trail (Bates No. 1857) | Rex Mitchell; Kiran Pande; Nicola Woods; Kelly Hartshorn; Jay Johnson | | |
| 236 | 10/1/2002 Email from Kiran Pande to Kelly Hartshorn, subject: RE: PDC Jobs and attached email trail (Bates No. 1858) | Kiran Pande; Kelly Hartshorn | | |
| 237 | 1/15/2004 Letter from Sheri Task, MD to Unum Life Insurance Company of America, Subject: Pande, Kiran (Bates No. 000018-000019) | Kiran Pande; Renata Renneke; Natalie Kern; Norma Contreras; Brian Taylor; Kathy Richardson | | |
| 238 | Year End Forms W-2 Status, Print-a-Person Report (Bates Nos. 000001-000006) | Kiran Pande | | |
| 239 | Salary Information File relating to Kiran Pande (Bates Nos. Chevron/Pande 01917- | Kiran Pande; Taryn Shawstad | | |

|  | 01980) |  |  |  |
|---|---|---|---|---|
| 240 | HR Policy 1020 for U.S.-Payroll Employees Performance Management Process (Bates Nos. Chevron/Pande 02155-02159) | Taryn Shawstad; Jack Dunn; Kiran Pande; Rex Mitchell; Jay Johnson |  |  |
| 241 | HR Policy 112 for U.S.-Payroll Employees Family Leave (Bates Nos. Chevron/Pande 02272-02277) | Taryn Shawstad; Jack Dunn; Kiran Pande |  |  |
| 242 | Disability Management Program Inrormation (Bates Nos. Chevron/Pande 02278-02369) | Taryn Shawstad; Jack Dunn; Kiran Pande |  |  |
| 243 | 10/29/2003 Letter from UnumProvident to Kiran Pande (Bates Nos. Chevron/Pande 02428-02431) | Kiran Pande; Jack Dunn; Natalie Kern; Norma Contreras; Brian Taylor; Kathy Richardson |  |  |
| 244 | Qualification Record Re Kiran Pande (Bates Nos. Chevron/Pande 02415-02416) | Kiran Pande; Taryn Shawstad |  |  |
| 245 | Fax from Bay Valley Medical Group to UnumProvident including UnumProvident Income Protection Claim Form and 10/29/2003 letter from Natalie Kern to Dr. Julianna Wong (Bates Nos. Chevron/Pande 02493-02496) | Kiran Pande; Renata Renneke; Natalie Kern; Norma Contreras; Brian Taylor; Kathy Richardson |  |  |
| 246 | Bay Valley Medical Group patient certification (Bates No. Chevron/Pande 02534) | Kiran Pande; Renata Renneke; Natalie Kern; Norma Contreras; Brian Taylor; Kathy Richardson |  |  |

| 247 | 4/2/2004 Letter from UnumProvident to Kiran Pande Re Long Term Disability (Bates Nos. Chevron/Pande 02745-02748) | Kiran Pande; Renata Renneke; Natalie Kern; Norma Contreras; Brian Taylor; Kathy Richardson | | |
|-----|------|------|---|---|
| 248 | 6/2/2004 Letter from UnumProvident to Kiran Pande Re Long Term Disability (Bates Nos. Chevron/Pande 02839-02841) | Kiran Pande; Renata Renneke; Natalie Kern; Norma Contreras; Brian Taylor; Kathy Richardson | | |
| 249 | 6/23/2004 Letter from UnumProvident to Kiran Pande Re Long Term Disability (Bates Nos. Chevron/Pande 02852-02853) | Kiran Pande; Renata Renneke; Natalie Kern; Norma Contreras; Brian Taylor; Kathy Richardson | | |
| 250 | 9/12/2002 Email from Jay Johnson to Rex Mitchell, Subject: RE: Pande History and attached email trail (Bates Nos. Chevron/Pande 02976-02979) | Jay Johnson; Rex Mitchell; Kelly Hartshorn | | |
| 251 | Emails and Documents containing annotations of Rex Mitchell concerning Kiran Pande's job performance (including documents entitled Kiran Pande – 2001 PMP Review – Performance Feedback; Assignments not Completed; 1/10/2002 Email from Rex Mitchell to Kiran Pande, Subject: FW: Request for Competitor Strategic Information for February 5-6 Strategy & Planning Committee Meeting; 1/11/2002 Email from Rex Mitchell to Kiran Pande, Subject: RE: intl_production.xls; 1/22/2002 Email from Rex | Rex Mitchell; Jay Johnson; Kiran Pande | | |

| | | | |
|---|---|---|---|
| | Mitchell to Kiran Pande, Subject: eQuest Publisher and Data Access; 2/6/2002 Email from Rex Mitchell to Kiran Pande, subject: FW: Shel Crude Pricing; 2/12/2002 Email from Rex Mitchell to Kiran Pande, Subject: FW: SAM model) (Bates Nos. Chevron/Pande 02980-02987) | | |
| 252 | Employee Salary Change Report for Kiran Pande, dated 3/29/2002(Bates No. Chevron/Pande 02988) | Kiran Pande; Taryn Shawstad; Rex Mitchell | |
| 253 | Fixed Duration Assignment Offer for Reservoir Simulation Engineer Position (Bates No. Chevron/Pande 02989) | Kiran Pande; Jack Dunn; Brian Smith | |
| 254 | 10/11/2002 Email from Kelly Hartshorn to Jay Johnson and Rex Mitchell, Subject: FW: Kiran K. Pande – CTOP JOB OFFER and attached email trail (Bates Nos. Chevron/Pande 02990-02991) | Kelly Hartshorn; Jay Johnson; Rex Mitchell; Brian Smith | |
| 255 | Annual Performance Management – PMP-2001 for Kiran Pande (Bates Nos. Chevron/Pande 02992-03000) | Kiran Pande; Rex Mitchell; Jay Johnson | |
| 256 | Annual Performance Management – PMP-2001 for Kiran Pande with handwritten annotations (Bates Nos. Chevron/Pande 03001-03006) | Kiran Pande; Rex Mitchell | |
| 257 | 10/7/2002 Email from Audie Setters to Rex Mitchell, Subject: FW: Feedback with attached email trail (Bates | Rex Mitchell; Kiran Pande | |

| | | | |
|---|---|---|---|
| | Nos. Chevron/Pande 03012-03013) | | |
| 258 | 9/20/2002 Email from Kelly Hartshorn to Rex Mitchell and Jay Johnson, Subject: FW: P.E. Job nominations with attached email trail (Bates Nos. Chevron/Pande 03014-03015) | Kelly Hartshorn; Rex Mitchell; Jay Johnson | |
| 259 | Employee Salary Change Report for Kiran Pande dated 3/27/2001 (Bates No. Chevron/Pande 03022) | Kiran Pande; Taryn Shawstad; Rex Mitchell | |
| 260 | 2010 Study – Request for Analytical Support – Kiran Pande (Bates No. Chevron/Pande 03035) | Rex Mitchell | |
| 261 | Handwritten notes (Bates No. Chevron/Pande 03036) | Rex Mitchell | |
| 262 | Selection Record GO-1036 for position 0208-50066236, Open Jobs re same position (Bates Nos. Chevron/Pande 03039-03045) | Jack Dunn; Brian Smith; Kelly Hartshorn | |
| 263 | ChevronTexaco Open Position Requisition for position number 50066236 (Bates Nos. Chevron/Pande 03051-03054) | Jack Dunn; Brian Smith; Kelly Hartshorn | |
| 264 | ChevronTexaco Summary of Open Job for position number SAF-02-44 (Bates Nos. Chevron/Pande 03059-03060) | Jack Dunn; Brian Smith; Kelly Hartshorn | |
| 265 | 11/7/2003 Email from Kiran Pande to Paul Vita, Andrew Latham, Gary Greaser, and James Bates, Subject: Open Job: Reservoir Asset Mgmt Consultant (ETC-03-55; 50046189) (Bates No.Chevron/Pande 03497) | Kiran Pande; Paul Vita; Andrew Latham; Gary Greaser; James Bates | |
| 266 | 12/18/2003 Email from | Kiran Pande; | | |

| | | | | |
|---|---|---|---|---|
| | Kiran Pande to Debi Olson and Paul Vita, Subject: RE: ETC-50046185 & 50054160 (Bates No. Chevron/Pande 03551) | Paul Vita | | |
| 267 | 6/2/2003 Letter from Mark Dando to Kiran Pande, Subject: SASBU Houston Relocation Offer and attached Impact of Employee Choice on Relocation Benefits and Fixed Duration Assignment Offer (Bates Nos. Chevron/Pande 03621-03631) | Kiran Pande; Jack Dunn | | |
| 268 | 5/23/2003 Email from SASBU Houston Move to Kiran Pande, et al. Subject: SASBU Houston Move Communication (Bates Nos. Chevron/Pande 03632-03634) | Kiran Pande Jack Dunn; Kathleen Mabe; Tayo Feyijimi; Taryn Shawstad | | |
| 269 | 10/29/2003 Email from Corp – Integrated Disability Management to Jack Dunn, Subject: RE: Kiran Pande, PERNR #10769 (Bates Nos. Chevron/Pande 03655-03657) | Jack Dunn; Renata Renneke; Natalie Kern; Norma Contreras; Brian Taylor; Kathy Richardson | | |
| 270 | 12/3/2002 Email from Kelly Hartshorn to Kiran Pande, Jack Dunn, George Alameda, Debi Olson, Brian Smith and Rex Mitchell, Subject: FW: Kiran K. Pande – CTOP JOB OFFER, attached email trail and attached Fixed Duration Assignment Offer (Bates Nos. Chevron/Pande 03708-03710) | Kelly Hartshorn; Kiran Pande; Jack Dunn; George Alameda; Brian Smith; Rex Mitchell | | |
| 271 | 1/27/2003 Email from Jack Dunn to Mark Krolow and Kelly Hartshorn, Subject: | Jack Dunn; Kelly Hartshorn | | |

| | | | |
|---|---|---|---|
| | Kiran Pande 2002 Performance (Bates No. Chevron/Pande 03711) | | |
| 272 | 12/4/2002 Email from Kiran Pande to Kelly Hartshorn, Subject: RE: Kiran K. Pande – CTOP JOB OFFER and attached email trail (Bates Nos. Chevron/Pande 03715-03717) | Kiran Pande; Kelly Hartshorn | |
| 273 | 9/10/2002 Email from David Kennedy to Kelly Hartshorn, Subject: RE: Pande History and attached email trail (Bates Nos. Chevron/Pande 03718-03719) | Kelly Hartshorn | |
| 274 | 6/12/2003 Email from Fiona Young to Kiran Pande and Jack Dunn, Subject: Offer to Move to Houston – K. Pande (Bates No. Chevron/Pande 03782) | Fiona Young; Kiran Pande; Jack Dunn | |
| 275 | 11/11/2003 Email from Fiona Young to Sheree Lomax, Subject: FW: Severance Package and attached email trail (Bates Nos. Chevron/Pande 03786-03787) | Kiran Pande; Taryn Shawstad | |
| 276 | DFEH Documents (including 12/9/2003 Notice of Filing of Discrimination Complaint; Notice of Case Closure, Complaint of Discrimination, Right-to-Sue Complaint Information Sheet) (Bates Nos. Chevron/Pande 03797-03801) | Taryn Shawstad; Kiran Pande | |
| 277 | Guideline 420 Harassment in the Workplace (Bates Nos. Chevron/Pande 06484-06489) | Taryn Shawstad; Jack Dunn; Rex Mitchell; Jay Johnson; Kiran Pande | |

| | | | |
|---|---|---|---|
| 278 | 10/23/2003 Email from Jack Dunn to Kiran Pande, Subject: RE: Phone message and attached email trail (Bates Nos. Chevron/Pande 06542-06543) | Jack Dunn; Kiran Pande | |
| 279 | 11/7/2003 Email from Jack Dunn to Kiran Pande, Jason Ewles, Kathleen Mabe, Tayo Feyijimi, Dale Beeson, Michael Clark, Alexandre Castellini, John Fryters, and Pradeep Kumar, subject: RE: Tombua F1 Transition Notes and attached email trail (Bates No. Chevron/Pande 06602) | Jack Dunn; Kiran Pande; Kathleen Mabe; Tayo Feyijimi | |
| 280 | 10/3/2002 Email from Kelly Hartshorn to Jay Johnson and Rex Mitchell, Subject: Kiran selected for SASBU Job (Bates No. Chevron/Pande 06642) | Kelly Hartshorn; Jay Johnson; Rex Mitchell | |
| 281 | 10/15/2002 Email from R. Dautel to Jay Johnson, Subject: M&A Finance Job (Bates No. Chevron/Pande 06643) | Rene Dautel; Jay Johnson | |
| 282 | 10/1/2002 Email from Rex Mitchell to Kiran Pande, Nicola Woods, Kelly Hartshorn and Jay Johnson, Subject: RE: Results of BD&C PDC and attached email trail (Bates Nos. Chevron/Pande 06656-06657) | Rex Mitchell; Kiran Pande; Nicola Woods; Kelly Hartshorn; Jay Johnson | |
| 283 | 8/23/2002 Email from Dave O'Reilly to US Payroll Employees, Subject: Notice of Equal Employment Opportunity Policy Statement (Bates Nos. Chevron/Pande 06885- | Taryn Shawstad; Jack Dunn; Rex Mitchell; Jay Johnson; Kiran Pande | |

| | | | |
|---|---|---|---|
| | 06886) | | |
| 284 | 10/13/2003 Email from Thomas McMillen to Gary Greaser, subject: RE: PE PDC Recap and attached email trail (Bates Nos. Chevron/Pande 06710-06711) | Thomas McMillen; Gary Greaser; Jack Dunn | |
| 285 | Business Development and Commercial Career History and Development Summary, Personal Experience Record GO-400-2 (Bates Nos. Chevron/Pande 06774-06777) | Kiran Pande | |
| 286 | Office of Ombuds Information Packet (Bates Nos. Chevron/Pande 06803-06804) | Kiran Pande; Taryn Shawstad; Rex Mitchell; Jay Johnson | |
| 287 | ChevronTexaco Disability Management Program, dated March 2003 (Bates Nos. Chevron/Pande 06808-06876) | Taryn Shawstad; Renata Renneke; Kiran Pande; Jack Dunn | |
| 288 | 1999-2003 W-2's (Bates Nos. Chevron/Pande 006941-006948) | Kiran Pande | |
| 289 | Documents pertaining to job number 50048079 and selection process for same (Bates Nos. Chevron/Pande 04023-04029, 04105-04018, 04042-04060, 04062, 04064-04082, 04088-04127, 04135-04139) | Corla Davis; Rene Dautel; Des King | |
| 290 | Documents pertaining to job number 50077873 and selection process for same (Bates Nos. Chevron/Pande 06450-06453) | James Bates; Andrew Latham; Ian Partridge; T. Viswanathan; Paul Vita | |
| 291 | Documents pertaining to job numbers 50046185/5004160 and | Zuwa Omoregie; Paul Vita; Jean Pierre Camy | |

| | selection process for same (Bates Nos. Chevron/Pande 03551, 03512-03515, 03523-03525, 03516-03522) | | | |
|---|---|---|---|---|
| 292 | Documents pertaining to job number 50077441 and selection process for same (Bates Nos. Chevron/Pande 05858-05865, 05873-05876) | Paul Allinson; James Bates; Bruce Johnson; Janeen Judah; Dave Koning; Kevin Lacy; Mark Puckett; Joseph Naylor; Linda Raedeke | | |
| 293 | Documents pertaining to job number 50070803 and selection process for same (Bates Nos. Chevron/Pande 03331-03334) | Buster Hines; Ed Sauve; Ted Kosierowski; Chris Knaus | | |
| 294 | Documents pertaining to job number BD-03-17/50076782 & 50076783 and selection process for same (Bates Nos. Chevron/Pande 03122-03124, 03127-03134, 03147-03158) | George Alameda; Carlos Aguilera; Roger Benedict; Mike Birchfield; Mike Carroll; Clement Chou; Chris Cox; Gerry Flaherty; Gary Greaser; Buster Hines; Neil Jones; Mike Koch; Miran Kozeljh; Bob McElrath; Tim Miller; Tim Nagy; TV Viswanathan; Dave Wagner; Les Wood | | |
| 295 | Documents pertaining to job number GG-03-44/50077721 and selection process for same (Bates Nos. Chevron/Pande 06447-06448, 06336-06371, 06377-06381, 06387-06402, 06410-06432) | Joe Naylor | | |
| 296 | Documents pertaining to | Chris Cox; | | |

| | | | |
|---|---|---|---|
| | job number BD-03-18/500766685 and selection process for same (Bates Nos. Chevron/Pande 03164-03169, 05188, 05076-05078, 05189-05191, 05091-05094, 05107-05112, 05154-05160, 05167-05186, 03223-03237) | Bob McElrath; Roger Benedict; TV Viswanathan; Miran Kozeljh; Dave Wagner; Gary Greaser; Mike Koch; Les Wood; Neil Jones; Mike Birchfield; Mike Carrell; Clement Chou; Tim Nagy; Carlos Aguilera; Gerry Flaherty; Tim Miller; Buster Hines; George Alameda | | |
| 297 | Documents pertaining to job number SA-03-138/50076940 and decision to withdraw same (Bates No. Chevron/Pande 03306, 05314-05364) | Jim Blackwell | | |
| 298 | Documents pertaining to job number 50076974 and selection process for same (Bates Nos. Chevron/Pande 05399-05405, 05421-05426, 05438-05442, 05459-05461, 05464-05467, 05475-05479, 05488-05515, 05524-05528, 05728-05732, 05756A, 05754-05755) | Peter Kump; John Ladd; Kerry Linn; Charles E. Morris; Norm Szydlowski; Allan Vance | | |
| 299 | Documents pertaining to job number 50077211 and selection decision for same (Bates Nos. Chevron/Pande 05853-05857, 05835-05850) | James Bates; Bruce Johnson; Cary Mrzowski; Fred Nelson; Mark Puckett; Brian Smith; TV Viswanathan | | |
| 300 | Documents pertaining to job number ETC-03-47/50077210 and selection | James Bates; Bruce Johnson; Cary Mrzowski; Fred Nelson; | | |

| | | | |
|---|---|---|---|
| | decision for same (Bates Nos. Chevron/Pande 05819-05820, 05822-05823, 05757-05808 | Chuck Taylor | |
| 301 | Documents pertaining to job numbers 50077444 & 50077445 and selection decision for same (Bates Nos.  Chevron/Pande 05881-05884, 05917-06003) | June Gidman; Janeen Judah; Cary Mrozowski; Bruce Reynolds; Carole Rock; Nicola Woods | |
| 302 | Documents pertaining to job number 50077446 and selection decision for same (Bates Nos. Chevron/Pande 06020-06079) | June Gidman; Janeen Judah; Cary Mrozowski; Bruce Reynolds; Carole Rock; Nicola Woods | |
| 303 | Documents pertaining to job number 50077447 and selection decision for same (Bates Nos. Chevron/Pande 06110-06115, 06087-06094, 06102-06109) | June Gidman; Janeen Judah; Cary Mrozowski; Bruce Reynolds; Carole Rock; Nicola Woods | |
| 304 | Documents pertaining to job number GG-03-45/50077718  and selection decision for same (Bates Nos. Chevron/Pande 03418-03419, 06205-06206, 03327-03328, 06302, 0612406127, 06134-06163, 06165-06183, 06190-06204, 06207-06210, 06218-06221) | Joe Naylor | |
| 305 | Documents pertaining to job number BD-03-07/50076683 and selection decision for same (Bates Nos. Chevron/Pande 04563-04567, 04492-04496, 05037-05040, 05059-05060, 04497-04500, 04570-04669, 04671-04686, 04670, | Rene Dautel; Kelly Hartshorn; Sam Laidlaw; James Lejeune; Taryn Shawstad; Jim Simpson; Jean Pierre Camy | |

| | 04687-04775, 04788-04818, 04787, 04819-04886) | | | |
|---|---|---|---|---|
| 306 | Documents pertaining to job number BD-03-04/50076677 and selection decision for same (Bates Nos. Chevron/Pande 04149-04157, 04238A, 04141-04148, 04161-04168, 04202-04206, 04230-04234, 04241-04316, 04318-04327, 04333-04411, 04422-04464, 04470-04475) | Sam Laidlaw; Steven Lambert; Richard Mew; Patrick Taylor | | |
| 307 | Earned Income Worksheets for Periods 01/01/2001-12/31/2001, 01/01/2002-12/31/2002, 01/01/2003-12/31/2003 for Kiran Pande (Bates Nos. Chevron/Pande 006949-006951) | Taryn Shawstad, Margo Ogus | | |
| 308 | Expert Report of Andrew M. O'Brien, M.S., C.R.C., dated April 9, 2007 | Andrew M. O'Brien | | |
| 309 | Rebuttal Expert Report of Margo Rich Ogus, Ph.D., dated April 10, 2007 | Margo R. Ogus | | |