Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (SBN184764)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.

KEKER & VAN NEST, LLP
SUSAN J. HARRIMAN (SBN 111703)
CHRISTA M. ANDERSON (SBN 184325)
710 Sansome Street
San Francisco, CA 94111-1704
Tel. (415) 391-5400
Fax (415) 397-7188

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.<br><br>Defendants. | Case No. C 04-5107 CW<br><br>**JOINT [PROPOSED] VOIR DIRE QUESTIONS AND [PROPOSED] PRETRIAL JUROR QUESTIONNAIRE**<br><br>Trial Date:       October 9, 2007<br>Time:              8:30 a.m.<br>Place:             Courtroom 2<br>Pre-Trial Conf.:  May 22, 2007<br><br>Complaint filed:  December 2, 2004 |

Pursuant to the Court's Case Management and Pretrial Preparation Orders, Plaintiff Kiran Pande and Defendants Chevron Corporation (formerly known as ChevronTexaco Corporation) and Chevron International Exploration & Production Company (formerly known as ChevronTexaco Overseas Petroleum (formerly known as ChevronTexaco Overseas Petroleum Company), a division of Chevron U.S.A. Inc. (collectively "Defendants") jointly submit the following:

Proposed Voir Dire Questions, attached hereto as Exhibit A;

Proposed Pretrial Juror Questionnaire, attached hereto as Exhibit B.

Dated: May 8, 2007

MILLER LAW GROUP
A Professional Corporation

By: _____/S/_____
Michele Ballard Miller
Attorneys for Defendants CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION COMPANY (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.

Dated: May 8, 2007

KEKER & VAN NEST, LLP

By: _____/S/_____
SUSAN J. HARRIMAN
CHRISTA M. ANDERSON
Attorneys for Plaintiff KIRAN PANDE

**EXHIBIT A**

**PROPOSED VOIR DIRE QUESTIONS**

**Pande v. Chevron Corporation et. al.**

1. In what city and county do you reside?

2. What is your marital status?
   [If married or living with a partner]: What is that person's occupation?

3. What is your occupation, including employer, length of employment, job title and major duties?
   [If in current position less than 10 years]: What was your previous job?

4. Do you supervise people on your job? Have you ever? How many?
   [If yes]: Have you ever terminated or disciplined anybody?
   [If yes]: Please give details.

5. Have you or any of your immediate family members ever had any education, special training or work experience in any aspect of engineering?
   [If yes]: What type of engineering, positions and industry?

6. Have you ever been denied a promotion you felt you should have received?
   [If yes]: Explain what action, if any, you took or considered taking.

7. Have you, a family member or close friend ever been, either in your opinion or their opinion, wrongfully or unfairly discharged from employment?
   [If yes]: Explain who was discharged, the reason stated for the discharge, when it occurred, how you/they felt about it and what you/they did about it.

8. Have you, a family member or close friend ever felt you or they were discriminated against or harassed by an employer because of age, gender, race, sexual orientation, ethnicity or for any other reason?
   [If yes]: Explain who was discriminated against or harassed, what happened, when it occurred, how you/they felt about it and what you/they did about it.

9. Have you ever believed that someone with whom you worked was discriminated against or harassed because of age, gender, race, sexual orientation, ethnicity or for any other reason?
   [If yes]: Explain who was discriminated against or harassed, what happened, when it occurred, how you/they felt about it and what you/they did about it.

10. Have you ever suffered from racial discrimination?
    [If yes]: Please explain.

11.  Has anyone ever accused you of discriminating against him/her?
     [If yes]: Please explain.

12.  Do you have an opinion about whether complaints of discrimination in the workplace are usually truthful or untruthful?
     [If yes]: Please explain what your opinion is and the basis for it.

13.  Have you, a family member or close friend ever taken a medical leave of absence from work, either under the Family Medical Leave Act (FMLA) or otherwise?
     [If yes]: How did you feel about how your/their employer handled the medical leave? Did you or they feel that the employer discriminated or retaliated against them in any way for requesting and/or taking that leave of absence?

14.  Have you, an immediate family member or close friend ever felt retaliated against by an employer by being terminated, disciplined, denied a promotion or denied a pay raise for any complaints you or they had lodged with supervisors or human resources personnel?
     [If yes]: Explain who was retaliated against, what form the retaliation took, when it occurred, how you/they felt about it and what action, if any, they took in response.

15.  Have you, a member of your family, or a close friend ever filed an employment discrimination claim?
     [If yes]: Please give details.

16.  Other than what we have previously discussed, have you, an immediate family member or close friend ever made any type of claim against an employer, for example a workers' compensation claim, grievance or lawsuit?
     [If yes]: Explain the type of claim, its outcome and how you/they felt about it.

17.  How many of you would say you really don't trust large corporations?
     [If yes]: Why do you feel this way? How strongly do you hold this belief about corporations?
     [If expresses anti-corporate attitudes]: Do you have any hesitations that, given your attitudes towards large corporations, you might tend to favor the individual employee who is suing the corporation?

18.  Do any of you have negative opinions about large oil companies, including the Chevron Corporation, the defendant in this case?
     [If yes]: What are your views about Chevron? Is there any chance that these views would cause you, before you have heard any evidence, to favor the individual plaintiff in this case?

19.  Have you ever worked for Chevron Corporation, or any Chevron-related entity?
     [If yes]: Please give details.

20. Has any member of your family or close friend ever worked for Chevron Corporation or any Chevron-related entity?
    [If yes]: Please give details.

21. Have you or anyone you know had a negative experience with Chevron Corporation?
    [If yes]: Explain what occurred and how that experience might affect your ability to place Chevron Corporation on an equal footing with the plaintiff before you hear any evidence in this case.

22. Would you refuse to own stock in Chevron Corporation for any personal, philosophical or political reason?

23. Do you believe that people of Indian descent are less credible or trustworthy than other people?

24. What is your number one source of news?

25. What is your favorite television show?

**EXHIBIT B**

**PROPOSED PRETRIAL JUROR QUESTIONNAIRE**

<u>**Pande v. Chevron Corporation, et. al.**</u>

TO THE JUROR:

Please answer each question below as completely and accurately as you can. Your complete written answers will save a great deal of time for the judge, the lawyers, and you.

You are expected to sign your questionnaire, and your answers will have the effect of a statement given to the court under oath. What is needed is your very best, honest effort to answer the questions contained in this booklet.

The sole purpose of the questionnaire is to encourage your full expression and candor so that both the plaintiff and the defendants will have a meaningful opportunity to select a fair and impartial jury to try the issues of the case. Your full cooperation is of vital importance.

If you feel that any question requires an answer which is too sensitive (personal or private) to be included in a public record or discussed in open court, simply write "private" in the left margin next to your answer and the questioning on that topic will be held in private, out of the presence of the other prospective jurors. However, one of the benefits of a written questionnaire is that you need not answer the questions in front of the entire jury panel, as would otherwise be the case, although follow-up questions to specific answers will be asked in open court.

Thank you in advance for your careful and honest response to the questionnaire. Please write legibly.

_____
PLEASE PRINT YOUR LAST NAME

JUROR QUESTIONNAIRE

1. Name_____ Age:_____

2. Gender: _____Male _____Female

3. Where were you born and raised?

   Born:_____ Raised:_____

4. Where do you reside (which county, city and neighborhood or area)?
   (Do not list your street address)

   _____

5. Marital Status: (if divorced, please check divorced, not single)

   _____ Single _____ Married _____ Divorced _____ Widowed

   _____ Living with non-marital partner

6. Do you have any children? _____Yes _____No

   If yes, please complete the following for children you are currently raising or have raised even if they are not your biological children.

   | Sex | Age | Child living with you? | Level of Education | Occupation |
   |---|---|---|---|---|
   |  |  |  |  |  |
   |  |  |  |  |  |
   |  |  |  |  |  |

7. What is the last level of education you completed?

   ____ Grade school or less          ____ Some college
   ____ Some high school              ____ 2-Yr. college graduate
   ____ High school graduate          ____ 4-Yr. college graduate
   ____ Technical or business school  ____ Post-graduate work

Please list the degrees (if any) you have, the schools and colleges you attended and your major area of study:

8. Are you currently?

   _____ Employed full-time       _____ Student
   _____ Employed part-time       _____ Disabled
   _____ Homemaker                _____ Unemployed (looking for work)
   _____ Retired                  _____ Unemployed (not looking for work)

   If you are now employed:

   Name and location of employer: _____

   Job title and duties: _____

   How long have you worked at your current job? _____

9. If (1) you have been in your current job less than ten years, or (2) you checked unemployed, retired, disabled, homemaker or student, please answer the following questions about your last position:

   How long were you at this job? _____ Termination date: _____

   Name of employer and location of employment: _____

   Job title and duties: _____

10. Is your job considered management?     _____ Yes    _____ No

    If yes, how many people do you manage or supervise? _____

11. Do you supervise or manage people in your job?     _____ Yes    _____ No

    Have you ever supervised or managed employees?     _____ Yes    _____ No

    If so, when? _____

    Have you ever terminated or disciplined anybody? _____

    If so, please give details: _____

3

12. If you are married or living with a non-marital partner, please supply the following information about that person.

    Are they:

    |         |                    |         |                                  |
    |---------|--------------------|---------|----------------------------------|
    | _____   | Employed full-time | _____   | Student                          |
    | _____   | Employed part-time | _____   | Disabled                         |
    | _____   | Homemaker          | _____   | Unemployed (looking for work)    |
    | _____   | Retired            | _____   | Unemployed (not looking for work)|

    Highest grade completed:_____

    If employed, job title and duties:_____

    If employed, name and location of employer:_____

    If not currently working, name of most recent employer, job title and date of termination:

    _____

13. Have you ever had any previous experience as a juror?        ____Yes ____No

    Were the case(s) civil or criminal?_____

    Briefly describe the case(s) involved:_____

    _____

    Did the jury reach a verdict?                                 ____Yes ____No

    Were you the foreperson on any of these jury panels?          ____Yes ____No

14. Have you or anyone in your family ever sued anyone or been sued?

    ____Sued              ____Was sued              ____No

    Please explain, including the nature and outcome of the case:_____

    _____

    _____

    Were you/they satisfied with the outcome?                     ____Yes ____No

4

15. Have you, any of your <u>immediate</u> family members or close friends ever had any education, special training or work experience in any aspect of engineering?

    ____Yes (self)      ____Yes (family)         ____Yes (friend)        ____No

    If yes, please explain: _____
    _____

16. Have you ever had any training, education or employment in any aspect of Human Resources?

    ____Yes               ____No

    If yes, please explain: _____
    _____

17. Have you ever been active in, employed by or held any type of office in a trade union or work-related organization?

    ____Yes               ____No

    If yes, please explain: _____
    _____

18. Do you receive regular performance evaluations at your place of employment?

    ____Yes               ____No

    If yes, have you ever received what you considered to be an unfair performance review?

    ____Yes               ____No

    If yes, please explain: _____
    _____

5

19. Have you ever been denied a promotion that you felt you should have received?

 _____Yes              _____No

 If yes, please explain: _____

 _____

20. Have you, a member of your family, or a close friend, ever filed an employment discrimination claim?

 _____Yes              _____No

 If yes, please explain: _____

 _____

21. Have you ever made any type of claim against an employer, for example a worker's compensation claim, grievance or lawsuit?

 _____Yes              _____No

 If yes, please explain: _____

 _____

22. Have you, an <u>immediate</u> family member or close friend ever been, either in your opinion or their opinion, wrongfully or unfairly discharged from employment?

 _____Yes (self)        _____Yes (other)        _____No

 If yes (other), who (relationship to you)? _____

 If yes, please explain: _____

 _____

6

23. Have you, an <u>immediate</u> family member or close friend ever felt you/they were discriminated against or harassed by an employer because of age, gender, race, sexual orientation, ethnicity, or for any other reason?

    _____Yes (self)     _____Yes (family)     _____Yes (friend)     _____No

    If yes to #21, was it because of:

    _____Age            _____Sexual orientation
    _____Gender         _____Ethnicity
    _____Race           _____Disability

    Other_____

    Please explain:_____
    _____

24. Have you ever reported a supervisor for discrimination or harassment?

    _____Yes     _____No

    If yes, please explain:_____
    _____

25. Have you ever believed that someone with whom you worked was discriminated against or harassed because of age, gender, race, sexual orientation, ethnicity or for any other reason?

    _____Yes     _____No

    If yes, please explain:_____
    _____

26. Have you ever suffered from racial discrimination?

    _____Yes     _____No

    If yes, please explain:_____
    _____

7

27. Has anyone ever accused you of discriminating against him/her?

    \_\_\_\_Yes          \_\_\_\_No

    If yes, please explain: _____

    _____

28. Have you, an <u>immediate</u> family member or close friend ever felt retaliated against by an employer by being terminated, disciplined, denied a promotion or denied a pay raise for any complaint you/they had lodged with supervisors or human resources personnel?

    \_\_\_\_Yes (self)     \_\_\_\_Yes (family)     \_\_\_\_Yes (friend)     \_\_\_\_No

    If yes, please explain: _____

    _____

29. Have you, an <u>immediate</u> family member or close friend ever taken a medical leave of absence from work, either under the Family Medical Leave Act (FMLA) or otherwise?

    \_\_\_\_Yes (self)     \_\_\_\_Yes (family)     \_\_\_\_Yes (friend)     \_\_\_\_No

    If yes, please explain: _____

    _____

30. Were you, your family member or friend satisfied with how your/their employer handled the request for a medical leave of absence?

    \_\_\_\_Yes          \_\_\_\_No

    If no, please explain: _____

    _____

31. Have you, an <u>immediate</u> family member or close friend ever felt retaliated against because you/they took a medical leave of absence?

    \_\_\_\_Yes (self)     \_\_\_\_Yes (family)     \_\_\_\_Yes (friend)     \_\_\_\_No

    If yes, please explain: _____

    _____

32. Do you have an opinion about whether complaints of discrimination in the workplace are usually truthful or untruthful?

    _____ Yes          _____ No

    If yes, please explain your opinion and the basis for it: _____
    _____

33. What is your opinion of Chevron? (circle one)

    _____ Very good          _____ Poor
    _____ Good               _____ Very poor
    _____ Average            _____ Don't know

    Please explain: _____
    _____

34. Have you, any member of your family, or a close friend ever worked for Chevron or any Chevron-related entity?

    _____ Yes          _____ No

    If yes, please give details: _____
    _____

35. Have you or anyone close to you ever had a negative experience with Chevron?

    _____ Yes (self)      _____ Yes (other)      _____ No

    If yes, please state who in relation to you and explain: _____
    _____

36. Would you refuse to own stock in Chevron because it is an oil company?

    _____ Yes          _____ No

37. Do you have a different opinion of oil companies than you do of other large corporations?

    _____ Yes          _____ No

    If yes, would you say your opinion is:

9

    ____Much more positive    ____Much more negative
    ____More positive      ____More negative

38. Do you agree or disagree with the statement, "*I don't really trust large corporations.*"

    ____Strongly agree     ____Strongly disagree
    ____Somewhat agree    ____No opinion/Don't know
    ____Somewhat disagree

39. Do you believe that people of Indian descent are less credible or trustworthy than other people?

    ____Yes        ____No

40. What is your number one source of news? _____

_____

41. What is your favorite television show? _____

_____

42. Is there anything that has come up in this questionnaire that creates a doubt in your mind as to whether you could be a fair, objective and impartial juror in this particular case?

    ____Yes        ____No

If yes, please explain:_____

_____

_____

I declare under penalty of perjury that the foregoing information is true and correct:

Date:_____   _____
                       SIGNATURE