1  Michele Ballard Miller (SBN 104198)
   Kerry McInerney Freeman (SBN184764)
2  Lisa C. Hamasaki (SBN 197628)
   MILLER LAW GROUP
3  A Professional Corporation
   60 E. Sir Francis Drake Blvd., Ste. 302
4  Larkspur, CA 94939
   Tel. (415) 464-4300
5  Fax (415) 464-4336

6  Attorneys for Defendants CHEVRON
   CORPORATION (f/k/a ChevronTexaco
7  Corporation) and CHEVRON INTERNATIONAL
   EXPLORATION & PRODUCTION
8  (f/k/a ChevronTexaco Overseas Petroleum),
   a division of Chevron U.S.A. Inc.
9
   KEKER & VAN NEST, LLP
10 SUSAN J. HARRIMAN (SBN 111703)
   CHRISTA M. ANDERSON (SBN 184325)
11 710 Sansome Street
   San Francisco, CA 94111-1704
12 Tel. (415) 391-5400
   Fax (415) 397-7188
13
   Attorneys for Plaintiff KIRAN PANDE
14

15              UNITED STATES DISTRICT COURT
16             NORTHERN DISTRICT OF CALIFORNIA
17

18 KIRAN PANDE,                          Case No. C 04-5107 CW
19         Plaintiff,                     JOINT STATEMENT REGARDING THE
20                                        PARTIES' VERDICT FORMS / REQUESTS
   v.                                     FOR SPECIAL FINDINGS
21
   CHEVRON CORPORATION (f/k/a
22 ChevronTexaco Corporation) and CHEVRON  Trial Date:      October 9, 2007
   INTERNATIONAL EXPLORATION &             Time:           8:30 a.m.
23 PRODUCTION (f/k/a ChevronTexaco         Place:          Courtroom 2
   Overseas Petroleum), a division of Chevron  Pre-Trial Conf.:  May 22, 2007
24 U.S.A. Inc.
25         Defendants.                     Complaint filed:  December 2, 2004
26

27

28

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

1    Pursuant to the Court's Case Management and Pretrial Preparation Orders,

2  Plaintiff Kiran Pande and Defendants Chevron Corporation (formerly known as

3  ChevronTexaco Corporation) and Chevron International Exploration & Production Company

4  (formerly known as ChevronTexaco Overseas Petroleum (formerly known as

5  ChevronTexaco Overseas Petroleum Company), a division of Chevron U.S.A. Inc.

6  (collectively "Defendants") have met-and-conferred in an effort to agree upon a verdict form

7  (or special findings form) for this matter.  Given the number of motions *in limine* and trial

8  issues that remain to be decided by the Court and the impact that the resolution of these

9  issues will have upon the verdict / special findings form, the parties submit that the parties

10  should meet and confer further after the Court's rulings on jury instructions and then submit

11  revised verdict forms that conform to the Court's rulings.

12

13    The parties submit the separate verdict / special findings forms that they

14  exchanged (but which do not yet reflect the resolution by the Court on various issues to be

15  resolved in the jury instructions):

16

17    Exhibit A:    DEFENDANTS' REQUEST FOR SPECIAL FINDINGS;
                     SPECIAL FINDINGS
18
19    Exhibit B:    PLAINTIFF'S PROPOSED VERDICT FORM

20

21  Dated:  May 8, 2007                    MILLER LAW GROUP
                                           A Professional Corporation
22
23                                         By: _____/S/_____
                                               Michele Ballard Miller
24                                             Attorneys for Defendants CHEVRON
                                               CORPORATION (f/k/a ChevronTexaco
25                                             Corporation) and CHEVRON
                                               INTERNATIONAL EXPLORATION &
26                                             PRODUCTION COMPANY (f/k/a
                                               ChevronTexaco Overseas Petroleum), a
27                                             division of Chevron U.S.A. Inc.

28

2

1  Dated: May 8, 2007                          KEKER & VAN NEST, LLP

2                                               By: _____/S/_____

3                                                   SUSAN J. HARRIMAN
                                                    CHRISTA M. ANDERSON
4                                                   Attorneys for Plaintiff KIRAN PANDE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

**JOINT STATEMENT REGARDING THE PARTIES' VERDICT FORMS / REQUESTS FOR SPECIAL FINDINGS**
Case No. C 04-5107 CW

**EXHIBIT A**

1 | Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (SBN184764)
2 | Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
3 | A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
4 | Larkspur, CA 94939
Tel. (415) 464-4300
5 | Fax (415) 464-4336

6 | Attorneys for Defendants CHEVRON
CORPORATION (f/k/a ChevronTexaco
7 | Corporation) and CHEVRON INTERNATIONAL
EXPLORATION & PRODUCTION
8 | (f/k/a ChevronTexaco Overseas Petroleum),
a division of Chevron U.S.A. Inc.
9 |

10 |

11 | UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

12 |

13 |

KIRAN PANDE,                                Case No. C 04-5107 CW

14 |
         Plaintiff,                         **DEFENDANTS' REQUEST FOR SPECIAL
15 |                                         FINDINGS**

v.
16 |
CHEVRON CORPORATION (f/k/a                  Trial Date:      October 9, 2007
17 | ChevronTexaco Corporation) and CHEVRON   Time:            8:30 a.m.
INTERNATIONAL EXPLORATION &                 Place:           Courtroom 2
18 | PRODUCTION (f/k/a ChevronTexaco          Pre-Trial Conf.:  May 22, 2007
Overseas Petroleum), a division of Chevron
19 | U.S.A. Inc.
                                            Complaint filed:  December 2, 2004
20 |          Defendants.

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

---

1    Pursuant to Federal Rules of Civil Procedure 49(a) Defendants request that

2    the Court require the jury to deliberate upon and respond to specific questions of fact in the

3    form attached hereto.  Defendants reserve the right to request additional special findings, or

4    delete some of those shown below, depending on the course of proceedings at trial.

5

6    Dated:  May 8, 2007                        MILLER LAW GROUP
                                                A Professional Corporation
7

8                                               By:  _____/S/_____

9                                               Michele Ballard Miller
                                                Attorneys for Defendants CHEVRON
10                                              CORPORATION (f/k/a ChevronTexaco
                                                Corporation) and CHEVRON
11                                              INTERNATIONAL EXPLORATION &
                                                PRODUCTION (f/k/a ChevronTexaco
12                                              Overseas Petroleum), a division of
                                                Chevron U.S.A. Inc.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANTS' REQUEST FOR SPECIAL FINDINGS**
Case No. C 04-5107 CW

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (SBN184764)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON
CORPORATION (f/k/a ChevronTexaco
Corporation) and CHEVRON INTERNATIONAL
EXPLORATION & PRODUCTION
(f/k/a ChevronTexaco Overseas Petroleum),
a division of Chevron U.S.A. Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE, | Case No. C 04-5107 CW |
| Plaintiff, | **SPECIAL FINDINGS** |
| v. | |
| CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc. | Trial Date:    October 9, 2007<br>Time:    8:30 a.m.<br>Place:    Courtroom 2<br>Pre-Trial Conf.:    May 22, 2007 |
| Defendants. | Complaint filed:    December 2, 2004 |

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

We the jury, make the following special findings on the questions submitted to us:

## EMPLOYMENT RELATIONSHIP

(1)   Was Plaintiff employed by Defendant Chevron International Exploration and Production Company, a division of Chevron U.S.A. Inc., at any time between 2001 and December 31, 2003?

_____ Yes           _____ No

Proceed to question 2.

(2)   Was Plaintiff employed by Defendant Chevron Corporation at any time between 2001 and December 31, 2003?

_____ Yes           _____ No

If your answer to question 2 is yes and your answer to question 1 is no, proceed to question 3.  If your answer to question 2 is no and your answer to question 1 is yes, proceed to question 5.  If your answer to question 2 is yes and your answer to question 1 is yes, proceed to question 5.  If your answer to question 1 is no and your answer to question 2 is no, stop here, answer no further questions, and have the presiding juror sign and date this form.

(3)   Has Plaintiff proven that Defendant Chevron Corporation made the final decisions regarding the employment matters at issue in this lawsuit?

_____ Yes           _____ No

Proceed to question 4.

/ / /
/ / /
/ / /
/ / /

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

1       (4)     Has Plaintiff proven that Defendant Chevron Corporation controlled the

2 day-to-day employment decisions of Chevron International Exploration and Production

3 Company?

4           _____ Yes       _____ No

5           Proceed to the question 5.

6

7
### LIABILITY QUESTIONS

8

9
### VIOLATION OF THE FAMILY MEDICAL LEAVE ACT/

10
### CALIFORNIA FAMILY RIGHTS ACT

11

12       (5)     Was Plaintiff's medical leave or request for medical leave a motivating

13 factor in Defendants' decision to terminate her employment?

14           _____ Yes       _____ No

15           If your answer to question 5 is yes, proceed to question 6.  If your

16 answer to question 5 is no, proceed to question 10.

17

18       (6)     Was Defendants' conduct a substantial factor in causing harm to

19 Plaintiff?

20           _____ Yes       _____ No

21           If your answer to question 6 is yes, proceed to question 7.  If your

22 answer to question 6 is no, proceed to question 10.

23

24       (7)     Has Plaintiff proven that she was medically able to return to work within

25 12 weeks from the date she went out on leave?

26           _____ Yes       _____ No

27           If your answer to question 7 is yes, proceed to question 8.  If your

28 answer to question 7 is no, proceed to question 10.

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

(8)    Did Defendants' conduct legally cause Plaintiff to suffer economic damages?

_____ Yes          _____No

If your answer to question 8 is yes, proceed to question 9.  If your answer to question 8 is no, proceed to question 10.

(9)    Have Defendants proven by a preponderance of the evidence that they acted in good faith and had reasonable grounds for believing their conduct was not in violation of these laws?

_____ Yes          _____ No

Proceed to question 10.

## GENDER DISCRIMINATION

(10)    Did Rex Mitchell cause Plaintiff to suffer an adverse employment action?

_____ Yes          _____ No

If your answer to question 10 is yes, proceed to question 11.  If your answer to question 10 is no, proceed to question 15.

(11)    Was Plaintiff's gender a motivating reason for Rex Mitchell's conduct?

_____ Yes          _____No

If your answer to question 11 is yes, proceed to question 12.  If your answer to question 11 is no, proceed to question 15.

(12)    Did Plaintiff suffer any harm as a result of Rex Mitchell's conduct?

_____ Yes          _____No

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

4

If your answer to question 12 is yes, proceed to question 13.  If your answer to question 12 is no, proceed to question 15.

      (13)   Was Rex Mitchell's conduct a substantial factor in causing harm to Plaintiff?

      _____ Yes      _____ No

If your answer to question 13 is yes, proceed to question 14.  If your answer to question 13 is no, proceed to question 15.

      (14)   Did Defendants' conduct legally cause Plaintiff to suffer economic damages?

      _____Yes      _____ No

Proceed to question 15.

## RACE/NATIONAL ORIGIN DISCRIMINATION

      (15)   Did Rex Mitchell cause Plaintiff to suffer an adverse employment action?

      _____ Yes      _____ No

If your answer to question 15 is yes, proceed to question 16.  If your answer to question 15 is no, proceed to question 20.

      (16)   Was Plaintiff's race/national origin a motivating reason for Rex Mitchell's conduct?

      _____ Yes      _____No

If your answer to question 16 is yes, proceed to question 17.  If your answer to question 16 is no, proceed to question 20.

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

1    (17)   Did Plaintiff suffer any harm as a result of Rex Mitchell's conduct?

2    _____ Yes          _____No

3    If your answer to question 17 is yes, proceed to question 18.  If your

4    answer to question 17 is no, proceed to question 20.

5

6    (18)   Was Rex Mitchell's conduct a substantial factor in causing harm to

7    Plaintiff?

8    _____ Yes          _____ No

9    If your answer to question 18 is yes, proceed to question 19. If your

10   answer to question 18 is no, proceed to question 20.

11

12   (19)   Did Defendants' conduct legally cause Plaintiff to suffer economic

13   damages?

14   _____ Yes          _____No

15   Proceed to question 20.

16

17   **RETALIATION**

18

19   (20)   Did Plaintiff complain of gender discrimination and/or harassment by

20   Rex Mitchell?

21   _____ Yes          _____ No

22   If your answer to question 20 is yes, proceed to question 21.  If your

23   answer to question 20 is no, proceed to question 24.

24

25   (21)   Did Defendants cause Plaintiff to suffer an adverse employment action?

26   _____ Yes          _____ No

27   If your answer to question 21 is yes, proceed to question 22.  If your

28   answer to question 21 is no, proceed to question 24.

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

1            (22)    Was Plaintiff's complaint(s) against Rex Mitchell a motivating reason for

2    the adverse employment action?

3            \_\_\_\_\_ Yes       \_\_\_\_\_ No

4            If your answer to question 22 is yes, proceed to question 23.  If your

5    answer to question 22 is no, proceed to question 24.

6

7            (23)    Did Defendants' conduct legally cause Plaintiff to suffer economic

8    damages?

9            _____ Yes     _____No

10           Proceed to question 24.

11

12   **<u>WRONGFUL DISCHARGE IN VIOLATION OF PUBIC POLICY</u>**

13

14           (24)    Did Defendants discharge Plaintiff in violation of public policy?

15           _____ Yes     _____ No

16           If your answer to question 24 is yes, proceed to question 25.  If your

17   answer to questions 24 is no, but your answer to question 9 is no **or** your answer to

18   questions 14, 19 or 23 is yes, proceed to question 26.  If your answer to question 9 is yes

19   **and** your answers to questions 14, 19, 23 and 25 are **all** no, stop here, answer no further

20   questions and have the presiding juror sign and date the form.

21

22           (25)    Did Defendants' conduct legally cause Plaintiff to suffer economic

23   damages?

24           _____ Yes     _____ No

25           If your answer to question 25 is yes, proceed to question 26.  If your

26   answer to questions 25 is no, but your answer to question 9 is no **or** your answer to

27   questions 14, 19 or 23 is yes, proceed to question 26.  If your answer to question 9 is yes

28

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

DEFENDANTS' SPECIAL FINDINGS
Case No. C 04-5107 CW

1 **and** your answers to questions 14, 19, 23 and 25 are **all** no, stop here, answer no further

2 questions and have the presiding juror sign and date the form.

3

4 ## **DAMAGES QUESTIONS**

5

6         (26)    Did the Plaintiff make reasonable efforts to mitigate her damages?

7         _____ Yes       _____ No

8         Proceed to question 27.

9

10         In answering the following questions, you should make sure that you do not

11 count the same damages or loss to Plaintiff more than once.

12

13         (27)    What do you find to be the total economic damages, if any, suffered by

14 Plaintiff Kiran Pande and legally caused by Defendants?

15

16         ANSWER: Economic damages   $_____

17         Proceed to question 28.

18

19         (28)    What amount do you find Plaintiff Kiran Pande would have earned had

20 she made reasonable efforts to mitigate her damages?

21         ANSWER: Mitigation Sum     $_____

22         Proceed to question 29.

23

24         (29)    Was Defendants' conduct malicious, oppressive or in reckless

25 disregard of Plaintiff's rights?

26         _____ Yes      _____ No

27

28

**MILLER LAW GROUP**
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

1            If your answer to question 29 is yes, proceed to question 30.  If your

2    answer to question 29 is no, stop here, answer no further questions and have the presiding

3    juror sign and date the form.

4

5            (30)    What amount, if any, of punitive damages is Plaintiff due?

6

7            ANSWER:  Punitive damages    $_____

8

9    Signed: _____

10            Presiding Juror

11    Dated: _____

12

13    After the verdict form has been signed, deliver this verdict form to the [clerk/bailiff/judge].

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

**DEFENDANTS' SPECIAL FINDINGS**
Case No. C 04-5107 CW

**EXHIBIT B**

1  KEKER & VAN NEST, LLP
   SUSAN J. HARRIMAN - #111703
2  CHRISTA M. ANDERSON - #184325
   710 Sansome Street
3  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
4  Facsimile:  (415) 397-7188

5  Attorneys for Plaintiff
   KIRAN PANDE

6

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12

13  KIRAN PANDE,                          Case No. 04-5107 CW

14                         Plaintiff,     **PLAINTIFF'S PROPOSED VERDICT
                                          FORM**
15        v.

16  CHEVRON CORPORATION (f/k/a
    CHEVRONTEXACO CORPORATION), a
17  Delaware corporation,                 Date Comp. Filed:   December 2, 2004
    CHEVRON INTERNATIONAL
18  EXPLORATION & PRODUCTION (f/k/a       Trial Date:         April 16, 2007
    CHEVRONTEXACO OVERSEAS
19  PETROLEUM COMPANY),
    a division of Chevron U.S.A., Inc.,
20
                           Defendants.
21

22

23

24

25

26

27

28

# VERDICT FORM

## Claim for Violation of FMLA

We answer the questions submitted to us as follows:

1)      Did Chevron terminate Ms. Pande's employment?

               Yes \_\_\_\_\_          No \_\_\_\_\_

**If your answer to question 1 is yes, then answer question 2. If you answered no, please turn the page and go onto the next claim.**


2)      Was Ms. Pande's taking of medical leave a motivating reason for Chevron's termination of her employment?

               Yes \_\_\_\_\_          No \_\_\_\_\_

**If your answer to question 2 is yes, then answer question 3. If you answered no, please turn the page and go onto the next claim.**


3)      What are Ms. Pande's damages?

        a.  Past economic loss                          $ _____

        b.  Future economic loss                        $ _____

                                        TOTAL $_____


**Please turn the page and go onto the next claim.**

1

**Claim for Violation of CFRA**

We answer the questions submitted to us as follows:

4)    Did Chevron terminate Ms. Pande's employment in part because she exercised her right
to take medical leave?

        Yes _____        No _____

**If your answer to question 4 is yes, then answer question 5.  If you answered no,
please turn the page and go onto the next claim.**


5)    Was Chevron's conduct a substantial factor in causing harm to Ms. Pande?

        Yes _____        No _____

**If your answer to question 5 is yes, then answer question 6. If you answered no,
please turn the page and go onto the next claim.**


6)    What are Ms. Pande's damages?

        a.  Past economic loss              $ _____

        b.  Future economic loss            $ _____

                                TOTAL $ _____


7)    Did Chevron engage in the conduct with malice, oppression, or fraud?

        Yes _____        No _____

**If your answer to question 7 is yes, then answer question 8. If you answered no,
please turn the page and go onto the next claim.**


8)    What amount of punitive damages, if any, do you award Ms. Pande?

                                        $ _____


**Please turn the page and go onto the next claim.**

2

**Claim for Gender Discrimination – Disparate Treatment**

We answer the questions submitted to us as follows:

9)    Did Chevron terminate Ms. Pande's employment?

Yes _____         No _____

**If your answer to question 9 is yes, then answer question 10. If you answered no, please turn the page and go onto the next claim.**

10)    Was Ms. Pande's status as a female a motivating reason for Chevron's termination of her employment?

Yes _____         No _____

**If your answer to question 10 is yes, then answer question 11. If you answered no, please turn the page and go onto the next claim.**

11)    Was Chevron's termination of Ms. Pande a substantial factor in causing her harm?

Yes _____         No _____

**If your answer to question 11 is yes, then answer question 12. If you answered no, please turn the page and go onto the next claim.**

12)    What are Ms. Pande's damages?

a.  Past economic loss                          $ _____

b.  Future economic loss                        $ _____

TOTAL $_____

13)    Did Chevron or its supervisors or agents engage in the conduct with malice, oppression, or fraud?

Yes _____         No _____

3

**If your answer to question 13 is yes, then answer question 14. If you answered no, please turn the page and go onto the next claim.**

14)    What amount of punitive damages, if any, do you award Ms. Pande?

$ _____

**Please go onto the next claim.**

394044.02

**Claim for Gender Discrimination--**

**Hostile Work Environment Harassment**

We answer the questions submitted to us as follows:

15)     Was Ms. Pande subjected to unwanted harassing conduct at Chevron because she is
female?

Yes _____          No _____

**If your answer to question 15 is yes, then answer question 16. If you answered no,
please turn the page and go onto the next claim.**

16)     Was the harassment so severe, widespread, or persistent that a reasonable woman in Ms.
Pande's circumstances would have considered the work environment to be hostile or
abusive?

Yes _____          No _____

**If your answer to question 16 is yes, then answer question 17. If you answered no,
please turn the page and go onto the next claim.**

17)     Did Ms. Pande consider the work environment to be hostile or abusive?

Yes _____          No _____

**If your answer to question 17 is yes, then answer question 18. If you answered no,
please turn the page and go onto the next claim.**

18)     Did Chevron or its supervisors know or should have known of the conduct?

Yes _____          No _____

**If your answer to question 18 is yes, then answer question 19. If you answered no,
please turn the page and go onto the next claim.**

394044.02

19)    Did Chevron or its supervisors or agents fail to take immediate and appropriate corrective action?

Yes _____            No _____

**If your answer to question 19 is yes, then answer question 20. If you answered no, please turn the page and go onto the next claim.**

20)    Was the harassing conduct a substantial factor in causing harm to Ms. Pande?

Yes _____            No _____

**If your answer to question 20 is yes, then answer question 21. If you answered no, please turn the page and go onto the next claim.**

21)    What are Ms. Pande's damages?

a.  Past economic loss                        $ _____

b.  Future economic loss                      $ _____

TOTAL $ _____

22)    Did Chevron or its supervisors or agents engage in the conduct with malice, oppression, or fraud?

Yes _____            No _____

**If your answer to question 22 is yes, then answer question 23. If you answered no, please turn the page and go onto the next claim.**

23)    What amount of punitive damages, if any, do you award Ms. Pande?

$ _____

**Please go onto the next claim.**

6

**Claim for Race/National Origin Discrimination – Disparate Treatment**

We answer the questions submitted to us as follows:

24)    Did Chevron terminate Ms. Pande's employment?

           Yes \_\_\_\_\_            No \_\_\_\_\_

**If your answer to question 24 is yes, then answer question 25. If you answered no, please turn the page and go onto the next page.**

25)    Was Ms. Pande's status as a person of Indian descent a motivating reason for Chevron's termination of her employment?

           Yes \_\_\_\_\_            No \_\_\_\_\_

**If your answer to question 25 is yes, then answer question 26. If you answered no, please turn the page and go onto the next page.**

26)    Was Chevron's termination of Ms. Pande a substantial factor in causing her harm?

           Yes \_\_\_\_\_            No \_\_\_\_\_

**If your answer to question 26 is yes, then answer question 27. If you answered no, please turn the page and go onto the next page.**

27)    What are Ms. Pande's damages?

    a.  Past economic loss                    $ _____

    b.  Future economic loss                $ _____

                           TOTAL $_____

28)    Did Chevron or its supervisors or agents engage in the conduct with malice, oppression, or fraud?

           Yes \_\_\_\_\_            No \_\_\_\_\_

394044.02

**If your answer to question 28 is yes, then answer question 29. If you answered no, please turn the page and go onto the next claim.**

29)     What amount of punitive damages, if any, do you award Ms. Pande?

$ _____

**Please go onto the next claim.**

394044.02

**Claim for Race/National Origin Discrimination--**

**Hostile Work Environment Harassment**

We answer the questions submitted to us as follows:

30) Was Ms. Pande subjected to unwanted harassing conduct at Chevron because she was a person of Indian descent?

Yes _____          No _____

**If your answer to question 30 is yes, then answer question 31. If you answered no, please turn the page and go onto the next claim.**

31) Was the harassment so severe, widespread, or persistent that a reasonable person in Ms. Pande's circumstances would have considered the work environment to be hostile or abusive?

Yes _____          No _____

**If your answer to question 31 is yes, then answer question 32. If you answered no, please turn the page and go onto the next claim.**

32) Did Ms. Pande consider the work environment to be hostile or abusive?

Yes _____          No _____

**If your answer to question 32 is yes, then answer question 33. If you answered no, please turn the page and go onto the next claim.**

33) Did Chevron or its supervisors know or should they have known of the conduct?

Yes _____          No _____

**If your answer to question 33 is yes, then answer question 34. If you answered no, please turn the page and go onto the next claim.**

34) Did Chevron or its supervisors or agents fail to take immediate and appropriate corrective action?

Yes _____          No _____

9

394044.02

**If your answer to question 34 is yes, then answer question 35. If you answered no, please turn the page and go onto the next claim.**

35)    Was the harassing conduct a substantial factor in causing harm to Ms. Pande?

Yes _____          No _____

**If your answer to question 35 is yes, then answer question 36. If you answered no, please turn the page and go onto the next claim.**

36)    What are Ms. Pande's damages?

a.  Past economic loss                              $ _____

b.  Future economic loss                            $ _____

TOTAL $ _____

37)    Did Chevron or its supervisors or agents engage in the conduct with malice, oppression, or fraud?

Yes _____          No _____

**If your answer to question 37 is yes, then answer question 38. If you answered no, please turn the page and go onto the next claim.**

38)    What amount of punitive damages, if any, do you award Ms. Pande?

$ _____

**Please go onto the next claim.**

### Claim for Retaliation

We answer the questions submitted to us as follows:

39)   Did Ms. Pande complain to Chevron supervisors, employees or agents about gender discrimination and/or discrimination on the basis of race or national origin?

Yes _____          No _____

**If your answer to question 39 is yes, then answer question 40. If you answered no, please turn the page and go onto the next claim.**

40)   Did Chevron terminate Ms. Pande's employment?

Yes _____          No _____

**If your answer to question 40 is yes, then answer question 41. If you answered no, please turn the page and go onto the next claim.**

41)   Was Ms. Pande's making of the complaints of gender or race discrimination a motivating reason for Chevron's decision to terminate Ms. Pande's employment?

Yes _____          No _____

**If your answer to question 41 is yes, then answer question 42. If you answered no, please turn the page and go onto the next claim.**

42)   Was Chevron's retaliatory conduct a substantial factor in causing harm to Ms. Pande?

Yes _____          No _____

**If your answer to question 42 is yes, then answer question 43. If you answered no, please turn the page and go onto the next claim.**

43)   What are Ms. Pande's damages?

a.  Past economic loss                    $ _____

b.  Future economic loss                  $ _____

11

394044.02

TOTAL $_____

44)    Did Chevron engage in the conduct with malice, oppression, or fraud?

                    Yes _____           No _____

**If your answer to question 44 is yes, then answer question 45. If you answered no, please turn the page and go onto the next claim.**

45)    What amount of punitive damages, if any, do you award Ms. Pande?

                                                    $ _____

**Please go onto the next claim.**

12

**Claim for Wrongful Discharge in Violation of Public Policy**

We answer the questions submitted to us as follows:

46)     Was Ms. Pande terminated from her employment?

Yes _____          No _____

**If your answer to question 46 is yes, then answer question 47. If you answered no, please go to the end of this form and sign and date it.**

47)     Was any one of the following factors a motivating reason for Chevron's decision to terminate Ms. Pande's employment?  (a) Ms. Pande's complaints to Chevron supervisors or agents about gender and/or race discrimination; (b) Ms. Pande's request for medical leave; (c) Ms. Pande's status as a female; and/or (d) Ms. Pande's status as a person of Indian descent.

Yes _____          No _____

**If your answer to question 47 is yes, then answer question 48. If you answered no, please go to the end of this form and sign and date it.**

48)     Did the termination cause Ms. Pande harm?

Yes _____          No _____

**If your answer to question 48 is yes, then answer question 49. If you answered no, please go to the end of this form and sign and date it.**

49)     What are Ms. Pande's damages?

a.  Past economic loss                                    $ _____

b.  Future economic loss                                  $ _____

TOTAL $_____

50)     Did Chevron engage in the conduct with malice, oppression, or fraud?

Yes _____          No _____

13

394044.02

**If your answer to question 50 is yes, then answer question 51. If you answered no, please go to the end of this form and sign and date it.**

51)     What amount of punitive damages, if any, do you award Ms. Pande?

$ _____

**Signed:** _____

**Presiding Juror:** _____

**Dated:** _____

**After it has been signed, deliver this verdict form to the [clerk/bailiff/judge].**

14