# EXHIBIT A

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT COURT

# KIRAN PANDE v. CHEVRON CORP., et al.
# CASE NO. C-04-05107 CW
# PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EXHIBIT LIST

(May 8, 2007)

| DEFENDANTS' TRIAL EXHIBIT NO. | DESCRIPTION | SPONSORING WITNESS(ES) | PLAINTIFF'S OBJECTION |
|---|---|---|---|
| 237 | 1/15/2004 Letter from Sheri Task, MD to Unum Life Insurance Company of America, Subject: Pande, Kiran (Bates No. 000018-000019) | Kiran Pande; Renata Renneke; Natalie Kern; Norma Contreras; Brian Taylor; Kathy Richardson | Hearsay; no foundation |
| 244 | Qualification Record Re Kiran Pande (Bates Nos. Chevron/Pande 02415-02416) | Kiran Pande; Taryn Shawstad | Irrelevant |
| 245 | Fax from Bay Valley Medical Group to UnumProvident including UnumProvident Income Protection Claim Form and 10/29/2003 letter from Natalie Kern to Dr. Julianna Wong (Bates Nos. Chevron/Pande 02493-02496) | Kiran Pande; Renata Renneke; Natalie Kern; Norma Contreras; Brian Taylor | Hearsay; no foundation |

1

394977.01

| DEFENDANTS' TRIAL EXHIBIT NO. | DESCRIPTION | SPONSORING WITNESS(ES) | PLAINTIFF'S OBJECTION |
|---|---|---|---|
| 246 | Bay Valley Medical Group patient certification (Bates No. Chevron/Pande 02534) | Kiran Pande; Renata Renneke; Natalie Kern; Norma Contreras; Brian Taylor; Kathy Richardson | Hearsay; no foundation |
| 247 | 4/2/2004 Letter from UnumProvident to Kiran Pande Re Long Term Disability (Bates Nos. Chevron/Pande 02745-02748) | Kiran Pande; Renata Renneke; Natalie Kern; Norma Contreras; Brian Taylor; Kathy Richardson | Irrelevant |
| 249 | 6/23/2004 Letter from UnumProvident to Kiran Pande Re Long Term Disability (Bates Nos. Chevron/Pande 02852-02853) | Kiran Pande; Renata Renneke; Natalie Kern; Norma Contreras; Brian Taylor; Kathy Richardson | Irrelevant |
| 250 | 9/12/2002 Email from Jay Johnson to Rex Mitchell, Subject: RE: Pande History and attached email trial (Bates Nos. Chevron/Pande 02976-02979) | Jay Johnson; Rex Mitchell; Kelly Hartshorn | Hearsay |

| DEFENDANTS' TRIAL EXHIBIT NO. | DESCRIPTION | SPONSORING WITNESS(ES) | PLAINTIFF'S OBJECTION |
|---|---|---|---|
| 251 | Emails and Documents containing annotations of Rex Mitchell concerning Kiran Pande's job performance (including documents entitled Kiran Pande – 2001 PMP Review – Performance Feedback; Assignments not Completed; 1/10/2002 Email from Rex Mitchell to Kiran Pande, Subject: FW: Request for Competitor Strategic Information for February 5-6 Strategy & Planning Committee Meeting; 1/11/2002 Email from Rex Mitchell to Kiran Pande, Subject: RE: intl_production.xls; 1/22/2002 Email from Rex Mitchell to Kiran Pande, Subject: eQuest Publisher and Data Access; 2/6/2002 Email from Rex Mitchell to Kiran Pande, subject: FW: Shel Crude Pricing; 2/12/2002 Email from Rex Mitchell to Kiran Pande, Subject: FW: SAM model) (Bates Nos. Chevron/Pande 02980-02987) | Rex Mitchell; Jay Johnson; Kiran Pande | Hearsay |
| 253 | Fixed Duration Assignment Offer for Reservoir Simulation Engineer Position (Bates No. Chevron/Pande 02989) | Kiran Pande; Jack Dunn; Brian Smith | Redundant; irrelevant |
| 256 | Annual Performance Management – PMP-2001 for Kiran Pande with handwritten annotations (Bates Nos. Chevron/Pande 03001-03006) | Kiran Pande; Rex Mitchell | This copy has hearsay comments; see our copy |

394977.01

| DEFENDANTS' TRIAL EXHIBIT NO. | DESCRIPTION | SPONSORING WITNESS(ES) | PLAINTIFF'S OBJECTION |
|---|---|---|---|
| 260 | 2010 Study – Request for Analytical Support – Kiran Pande (Bates No. Chevron/Pande 03035) | Rex Mitchell | Hearsay |
| 261 | Handwritten notes (Bates No. Chevron/Pande 03036) | Rex Mitchell | Hearsay |
| 268 | 5/23/2003 Email from SASBU Houston Move to Kiran Pande, et al. Subject: SASBU Houston Move Communication (Bates Nos. Chevron/Pande 03632-03634) | Kiran Pande; Jack Dunn; Kathleen Mabe; Tayo Feyijimi; Taryn Shawstad | Redundant |
| 275 | 11/11/2003 Email from Fiona Young to Sheree Lomax, Subject: FW: Severance Package and attached email trail (Bates Nos. Chevron/Pande 03786-03787) | Kiran Pande; Taryn Shawstad | Top email is hearsay; see our copy |
| 281 | 10/15/2002 Email from R. Dautel to Jay Johnson, Subject: M&A Finance Job (Bates No. Chevron/Pande 06643) | Rene Dautel; Jay Johnson | Hearsay |
| 283 | 8/23/2002 Email from Dave O'Reilly to US Payroll Employees, Subject: Notice of Equal Employment Opportunity Policy Statement (Bates Nos. Chevron/Pande 06885-06886) | Taryn Shawstad; Jack Dunn; Rex Mitchell; Jay Johnson; Kiran Pande | Hearsay |
| 289 | Documents pertaining to job number 50048079 and selection process for same (Bates Nos. Chevron/Pande 04023-04029, 04105-04018, 04042-04060, 04062, 04064-04082, 04088-04127, 04135-04139) | Corla Davis; Rene Dautel; Des King | Irrelevant; hearsay |

394977.01

| DEFENDANTS' TRIAL EXHIBIT NO. | DESCRIPTION | SPONSORING WITNESS(ES) | PLAINTIFF'S OBJECTION |
|---|---|---|---|
| 307 | Earned Income Worksheets for Periods 01/01/2001-12/31/2001, 01/01/2002-12/31/2002, 01/01/2003-12/31/2003 for Kiran Pande (Bates Nos. Chevron/Pande 006949-006951) | Taryn Shawstad; Margo Ogus | Defendants have not provided Plaintiff documents to review |

394977.01