# EXHIBIT B

PANDE v. CHEVRONTEXACO CORP., et al.
CASE NO. C-04-05107 CW
DEFENDANTS' OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST[1]

| TRIAL EXH. NO. | DATE | DESCRIPTION | BEGINNING BATES NO. | ENDING BATES NO. | OBJECTION |
|---|---|---|---|---|---|
| | Undated | "CHEVRON – A GLOBAL PRESENCE" | Not bates labeled. | Not bates labeled. | Irrelevant; No foundation; Not produced. |
| | November 2003 (not indicated on the excerpted pages) | Excerpted Sections of the Disability Management Program, ChevronTexaco Corporation, November 2003 entitled "At a glance – Time off for family reasons," page 53 | 690 | 690 | No foundation; Redundant; Incomplete exhibit. |
| | Undated | Chevron's Leave of Absence Policy from U.S. Human Resources tab of website | CHEVRON/PANDE02345 | CHEVRON/PANDE02347 | Irrelevant; No foundation. |
| | 12/19/1988-10/10/2001 and 10/11/2001-12/31/2003 | Kiran Pande Performance and Salary History at Chevron and Chevron Texaco | 805 | 805 | No foundation; hearsay. |

---

[1] Defendants Chevron Corporation and Chevron International Exploration and Production Company, a division of Chevron U.S.A., Inc. (collectively "Defendants") hereby submit the following objections to certain of Plaintiff's proposed trial exhibits. Defendants reserve the right to make additional objections at the time of trial. Additionally, although Defendants do not presently object to the proposed trial exhibits which are not listed herein, Defendants are not stipulating to admissibility of Plaintiff's exhibits. Rather, Defendants understanding is that Plaintiff will be required to lay a proper foundation for each and every exhibit which she seeks to enter into evidence.

| TRIAL EXH. NO. | DATE | DESCRIPTION | BEGINNING BATES NO. | ENDING BATES NO. | OBJECTION |
|---|---|---|---|---|---|
| | 05/28/1991 | "Recognition Awards" by Chevron Petroleum Technology Company | CHEVRON/PANDE01872 | CHEVRON/PANDE01872 | Irrelevant; Redundant. |
| | August 1994 | "Recognition Awards" by Chevron Petroleum Technology Company | CHEVRON/PANDE01870 | CHEVRON/PANDE01870 | Irrelevant. |
| | June 1996 | Article entitled "Chevron Corp.: New Skills Equal New Opportunities" from the Personnel Journal, June 1996, Vol. 75, No. 6, pp. 77-79 | Not bates labeled. | Not bates labeled. | Irrelevant; No foundation; Hearsay; Not produced during discovery. |
| | 02/26/2002 | Email from Kiran Pande to Bob Dorrough dated February 26, 2002 Re: DRAFT COPI 2001 Long-range Crude & LPG Price Forecast | 1512 | 1512 | Hearsay; Incomplete exhibit; Irrelevant. |
| | 03/24/2002 | Email from Neil Brodie to Kiran Pande dated March 24, 2002 Re: Performance Feedback | 1219 | 1219 | Hearsay. |
| | 04/23/2002 | Email from Vicki Thompson to Gary Yamashita, cc'ing Kiran Pande, Subject "Bullet Points" | CHEVRON/PANDE06712 | CHEVRON/PANDE06714 | Hearsay. |
| | July 2002 | HR Policy 112 for U.S.-Payroll Employees re. Family Leave | CHEVRON/PANDE02272 | CHEVRON/PANDE02277 | Irrelevant. |
| | 9/24/2002 | Email from Kiran Pande to Alireza Moshiri Re: Questions with attached emails | 1217 | 1218 | Irrelevant; Hearsay. |

- 2 -

| TRIAL EXH. NO. | DATE | DESCRIPTION | BEGINNING BATES NO. | ENDING BATES NO. | OBJECTION |
|---|---|---|---|---|---|
| | 10/13/2003 | Email from Thomas McMillen to Gary Greaser re: PE PDC Recap | CHEVRON/PANDE06710 | CHEVRON/PANDE06711 | Hearsay. |
| | 10/29/2003 | Email from John Ladd to Thomas McMillen re: EMC International Business Unit Manager | CHEVRON/PANDE05747 | CHEVRON/PANDE05749 | No foundation; Hearsay. |
| | 10/29/2003 | Email from John Ladd to Alireza Moshiri re: EMC International Business Unit Manager | CHEVRON/PANDE05744 | CHEVRON/PANDE05746 | No foundation; Hearsay. |
| | 10/29/2003 | Email from John Ladd to Peter Robertson re: EMC International Business Unit | CHEVRON/PANDE05741 | CHEVRON/PANDE05743 | No foundation; Hearsay. |
| | 10/29/2003 | Email from Jack Dunn to Kiran Pande re: Kiran Pande, PERNR #10769 | CHEVRON/PANDE03655 | CHEVRON/PANDE03657 | No foundation; Hearsay. |
| | 10/29/2003 | Email from Allan Vance to Peter Kump, Norm Szydlowski, Charles Morris and John Ladd, cc: Kerry Linn re: International Business Unit Manager – Candidate Information | CHEVRON/PANDE05714 | CHEVRON/PANDE05715 | No foundation; Hearsay; Irrelevant. |
| | 01/15/2004 | Email from Linda Johnson to Angela Spinelli Re: OK TO DELIMIT IN SAPHR - #50077873 | CHEVRON/PANDE06454 | CHEVRON/PANDE06455 | Hearsay; Irrelevant. |
| | February 2004 | HR Policy 420 for U.S.-Payroll Employees Harassment in the Workplace | CHEVRON/PANDE06490 | CHEVRON/PANDE06495 | Irrelevant. |

- 3 -

| TRIAL EXH. NO. | DATE | DESCRIPTION | BEGINNING BATES NO. | ENDING BATES NO. | OBJECTION |
|---|---|---|---|---|---|
| | 01/01/2004 | Summary Plan Descriptions | CHEVRON01427 | CHEVRON01787 | Irrelevant. |
| | February 2004 | HR Policy 420 for U.S. --Payroll Employees Harassment in the Workplace | CHEVRON/PANDE06490 | CHEVRON/PANDE06495 | Irrelevant. |
| | 2005 | U.S. Income Tax Return for an S Corporation (Petro Assets) | 1917 | 1918 | Lacks foundation; Incomplete Exhibit. |
| | 09/02/2005 | U.S. Human Resources, Welcome to the Disability Management Program and associated documents | CHEVRON/PANDE02278 | CHEVRON/PANDE02282 | Irrelevant. |
| | 2006 | U.S. Income Tax Return for an S Corporation (Petro Assets) | 1919 | 1920 | Lacks foundation; Incomplete exhibit. |

- 4 -