1  KEKER & VAN NEST, LLP
   SUSAN J. HARRIMAN - #111703
2  CHRISTA M. ANDERSON - #184325
   710 Sansome Street
3  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
4  Facsimile: (415) 397-7188

5  Attorneys for Plaintiff
   KIRAN PANDE

6

7

8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE, | Case No. 04-5107 CW |
| Plaintiff, | **PLAINTIFF'S EXHIBIT LIST** |
| v. | |
| CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A., Inc., | Date Comp. Filed: December 2, 2004 |
| | Trial Date: April 16, 2007 |
| Defendants. | |

Plaintiff hereby submits her exhibit list. Plaintiff reserves the right to supplement her exhibit list depending upon the outcome of pre-trial proceedings. Plaintiff further reserves the right to withdraw exhibits from her exhibit list.

Dated: May 8, 2007                                    KEKER & VAN NEST, LLP

                                        By: /s/ Susan J. Harriman
                                            SUSAN J. HARRIMAN
                                            CHRISTA M. ANDERSON
                                            Attorneys for Plaintiff
                                            KIRAN PANDE

1
PLAINTIFF'S WITNESS LIST
CASE NO. 04-5107 CW

395019.01

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT COURT

# KIRAN PANDE v. CHEVRON CORP., et al.
# CASE NO. C-04-05107 CW
# PLAINTIFF'S EXHIBIT LIST

(May 8, 2007)

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | SPONSORING WITNESS(ES) | DATE MARKED FOR ID | ADMITTED |
|---|---|---|---|---|---|
| 1 | N/A | Kiran Pande's Resume<br><br>Bates Nos. 1421 – 1423 | Pande | | |
| 2 | N/A | "Chevron-A Global Presence"<br><br>Bates Nos. N/A | Pande | | |
| 3 | N/A | Chart-Chevron's provisions for time off for family reasons<br><br>Bates No. 690 | Shawstad | | |
| 4 | N/A | Chevron's U.S. Human Resources "Leaves of Absence"<br><br>Bates Nos. Chevron/Pande02345 - 02347 | Shawstad | | |
| 5 | N/A | Job Summary-G0-400<br><br>Bates Nos. 1562 – 1563 | Pande | | |
| 6 | 12/19/88-10/10/01<br><br>and<br><br>10/11/01-12/31/03 | Kiran Pande Performance and Salary History at Chevron and Chevron Texaco<br><br>Bates No. 805 | Pande | | |

1

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | SPONSORING WITNESS(ES) | DATE MARKED FOR ID | ADMITTED |
|---|---|---|---|---|---|
| 7 | 05/28/91 | "Recognition Awards" by Chevron Petroleum Technology Company<br><br>Bates No. Chevron/Pande01872 | Pande | | |
| 8 | 08/94 | "Recognition Awards" by Chevron Petroleum Technology Company<br><br>Bates No. Chevron/Pande01870 | Pande | | |
| 9 | 06/96 | "Chevron Corp.: New Skills Equal New Opportunities," by Gillian Flynn<br><br>Bates Nos. N/A | Shawstad | | |
| 10 | 1998-2003 | W-2 Wage and Tax Statement for Kiran Pande from Chevron Corporation<br><br>Bates Nos. Chevron/Pande006941 – 006948 | Pande | | |
| 11 | 03/23/98 | Annual Performance Management Worksheet for period from 01/01/97 through 12/31/97<br><br>Bates Nos. Chevron/Pande01982 - 01986 | Pande | | |
| 12 | 12/21/00 | Annual Performance Management Worksheet from period 01/01/00 through 12/31/00<br><br>Bates Nos. Chevron/Pande03024 - 03028 | Pande | | |

394968.01

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | SPONSORING WITNESS(ES) | DATE MARKED FOR ID | ADMITTED |
|---|---|---|---|---|---|
| 13 | 01/26/00 | Annual Performance Management Worksheet for period from 01/01/99 through 12/31/99<br><br>Bates Nos. Chevron/Pande03029 - 03034 | Pande | | |
| 14 | 01/05/01 | E-mail from Rex Mitchell to Pande, cc: David Kennedy re: FW: 2000 PMP<br><br>Bates Nos. 15 - 21 | Pande | | |
| 15 | 02/14/02 | E-mail from Pande to Iris Owens re: FW: SAM model<br><br>Bates No. 1483 | Pande | | |
| 16 | 02/26/02 | E-mail from Pande to Bob Dorrough re: Draft COPI 2001 Long-range Crude & LPG Price Forecast<br><br>Bates No. 1512 | Pande | | |
| 17 | 03/24/02 | E-mail from Neil Brodie to Pande re: Performance Feedback<br><br>Bates No. 1219 | Pande | | |
| 18 | 03/29/02 | Pande's Salary Change Report<br><br>Bates No. Chevron/Pande02988 | Pande | | |
| 19 | 04/22/02 | Annual Performance Management Worksheet from period 01/01/01 through 12/31/01<br><br>Bates Nos. Chevron/Pande02992 - 03000 | Pande | | |

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | SPONSORING WITNESS(ES) | DATE MARKED FOR ID | ADMITTED |
|---|---|---|---|---|---|
| 20 | 04/23/02 | E-mail from Vicki Thompson to Gary Yamashita, cc: Pande re: high-level points for Thursday's meeting<br><br>Bates Nos. Chevron/Pande06712 - 06714 | Thompson | | |
| 21 | 05/08/02 | E-mail from Rex Mitchell to Iris Owens, Anthony Kenck, Kevin Connelly, Kemai Anbarci, Matthew Palmer, and Alexandre Chmatok re: Conference call- Action Plan to Assemble Strategic Plan<br><br>Bates Nos. 1477 - 1478 | Pande | | |
| 22 | 07/2002 | HR Policy 112 for U.S.-Payroll Employees<br><br>Family Leave<br><br>Bates Nos. Chevron/Pande02272 - 02277 | Shawstad | | |
| 23 | 09/03/02 | E-mail from Thomas McMillen to Kelly Hartshorn re: 3x3 Placement History<br><br>Bates Nos. Chevron/Pande03712 - 03714 | Hartshorn | | |
| 24 | 09/12/02 | E-mail from Jay Johnson to Rex Mitchell re: Pande History<br><br>Bates Nos. Chevron/Pande02976 - 02979 | Johnson / Mitchell | | |

394968.01

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | SPONSORING WITNESS(ES) | DATE | |
|---|---|---|---|---|---|
| | | | | MARKED FOR ID | ADMITTED |
| 25 | 09/24/02 | E-mail from Pande to Alireza Moshiri re: Questions<br><br>Bates Nos. 1217 - 1218 | Pande | | |
| 26 | 10/01/02 | E-mail from Rex Mitchell to Pande re: Results of BD&C PDC<br><br>Bates No. 1857 | Pande | | |
| 27 | 10/07/02 | E-mail from Audie Setters to Rex Mitchell re: Feedback<br><br>Bates Nos. Chevron/Pande03012 - 03013 | Pande / Mitchell | | |
| 28 | 12/04/02 | E-mail from Pande to Kelly Hartshorn re: Pande-CTOP Job Offer<br><br>Bates Nos. Chevron/Pande03715 - 03716 | Pande | | |
| 29 | 12/24/03 | ChevronTexaco Paystub for Kiran Pande for pay period 12/16/03-12/31/03<br><br>Bates No. 1153 | Pande | | |
| 30 | 01/27/03 | E-mail from Jack Dunn to Mark Krolow re: Pande 2002 performance<br><br>Bates No. Chevron/Pande03711 | Dunn / Hartshorn | | |
| 31 | 02/19/03 | E-mail from Guadalupe Dejong to Otilia Vieira, et al. re: Potential Houston Move<br><br>Bates No. 1207 | Pande | | |

5

394968.01

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | SPONSORING WITNESS(ES) | DATE | |
|---|---|---|---|---|---|
| | | | | MARKED FOR ID | ADMITTED |
| 32 | 02/03-12/03 | ChevronTexaco Paystubs for Kiran Pande for pay periods 02/03-12/03<br><br>Bates Nos. 1891 - 1911 | Pande | | |
| 33 | 03/05/03 | E-mail from Kelly Hartshorn to Mark Krolow, cc: Jack Dunn and Brian Smith re: Karin Pande 2002 Performance<br><br>Bates Nos. Chevron/Pande03692 - 03693 | Hartshorn / Dunn | | |
| 34 | 04/19/04 | Retirement Plan Estimate of Benefits for Chevron Texaco Retirement Plan<br><br>Bates No. 1912 | Pande | | |
| 35 | 4/22/03 | E-mail from Pande to Jack Dunn, cc: Michael Clark, Tayo Feyijimi, John Moore, Roger Severson, Dale Beeson, Robert Koches, and Christopher Burnside re: Forward Schedule after WS#8<br><br>Bates No. 1443 | Pande | | |
| 36 | 05/12/03 | E-mail from Jack Dunn to Pande, John Moore, Tayo Feyijimi, Michael Clark and Dale Beeson, cc: Susan Hennigh re: S3 Conceptual Development Plan Document<br><br>Bates Nos. Chevron/Pande06617 - 06618 | Dunn / Pande | | |

394968.01

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | SPONSORING WITNESS(ES) | DATE | |
|---|---|---|---|---|---|
| | | | | MARKED FOR ID | ADMITTED |
| 37 | 05/13/03 | E-mail from Guadalupe Dejong to Sharon Unser, et al. re: SASBU San Ramon Relocation to Houston<br><br>Bates No. 1208 | Pande | | |
| 38 | 05/20/03 | SASBU Houston Relocation Communication Timeline<br><br>Bates No. 728 | Pande | | |
| 39 | 05/22/03 | Presentation-"Houston Move"<br><br>Bates Nos. 736 - 747 | Pande / Dunn | | |
| 40 | 06/2/03 | Letter from Mark Dando to Pande re: SASBU Houston Relocation Offer<br><br>Bates Nos. 726 - 727 | Pande | | |
| 41 | 06/05/03 | E-mail from SASBU Houston Move to Pande, cc: Fiona Young re: SASBU Houston Relocation Offer<br><br>Bates Nos. 1209 - 1210 | Pande | | |
| 42 | 08/06/03 | E-mail from Pande to Tayo Feyijimi re: Project Schedule for 3D Geological Models for Tombua F1 and Landana Z1A<br><br>Bates Nos. Chevron/Pande06625 - 06627 | Pande | | |
| 43 | 09/04/03 | E-mail from Jack Dunn to Mark Krolow, et al. re: Bk 14 VC new employees & updated org chart<br><br>Bates Nos. 41 - 43 | Pande / Ewles | | |

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | SPONSORING WITNESS(ES) | DATE MARKED FOR ID | ADMITTED |
|---|---|---|---|---|---|
| 44 | 09/12/03 | E-mail from Jack Dunn to Pande re: Open Position Posting: Kiran Pande Applied<br><br>Bates No. 119 | Pande / Dunn | | |
| 45 | 09/29/03 | E-mail from Debi Olson to Pande re: Application for Jobs: Petroleum Engineer (BD-03-18 50076685), Reservoir Engineer (BD-03-17 50076782 & 50076783)<br><br>Bates Nos. Chevron/Pande03248 - 03249 | Pande | | |
| 46 | 10/10/03 | E-mail from Jack Dunn to Pande re: DA Modeling Course<br><br>Bates No. 1214 | Pande / Dunn | | |
| 47 | 10/13/03 | E-mail from Thomas McMillen to Gary Greaser re: PE PDC Recap<br><br>Bates Nos. Chevron/Pande06710 - 06711 | McMiller / Greaser | | |
| 48 | 10/20/03 | E-mail from Brian Smith to Paul Vita re: Planning Analyst (GG-03-44) SAP ID 50077721 Application for Pande<br><br>Bates Nos. Chevron/Pande03471 - 03483 | Pande | | |
| 49 | 10/20/03 | E-mail from Brian Smith to Pande re: Sr./Staff Business Analyst (GG 03-45) SAP ID 50077718 Application for Kiran Pande<br><br>Bates No. Chevron/Pande03496 | Pande | | |

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | SPONSORING WITNESS(ES) | DATE MARKED FOR ID | ADMITTED |
|---|---|---|---|---|---|
| 50 | 10/21/03 | E-mail from Pande to Fiona Young, cc: Taryn Shawstad re: Severance Package  Bates Nos. 1212 - 1213 | Pande | | |
| 51 | 10/23/03 | E-mail from Jack Dunn to Pande re: Phone Message  Bates Nos. Chevron/Pande06542 - 06543 | Pande | | |
| 52 | 10/29/03 | Letter from UnumProvident Corporation to Kiran Pande re: Disability Claim and FMLA  Bates Nos. 1184 - 1187 | Pande | | |
| 53 | 10/29/03 | E-mail from John Ladd to Thomas McMillen re: EMC International Business Unit Manager  Bates Nos. Chevron/Pande05747 - 05749 | Ladd / McMiller | | |
| 54 | 10/29/03 | E-mail from John Ladd to Alireza Moshiri re: EMC International business Unit Manager  Bates Nos. Chevron/Pande05744 - 05746 | Ladd | | |
| 55 | 10/29/03 | E-mail from John Ladd to Peter Robertson re: EMC International Business Unit  Bates Nos. Chevron/Pande05741 - 05743 | Ladd | | |

9

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | SPONSORING WITNESS(ES) | DATE | |
|---|---|---|---|---|---|
| | | | | MARKED FOR ID | ADMITTED |
| 56 | 10/29/03 | E-mail from Don Paul to John Ladd, cc: Allan Vance re: EMC International Business Unit Manager<br><br>Bates Nos. Chevron/Pande05712 - 05713 | Ladd / Paul | | |
| 57 | 10/29/03 | E-mail from Jack Dunn to Kiran Pande re: Kiran Pande, PERNR #10769<br><br>Bates Nos. Chevron/Pande03653 - 03654 | Pande / Dunn | | |
| 58 | 10/29/03 | E-mail from Corp-Integrated Disability Management to Jack Dunn re: Kiran Pande, PERNR #10769<br><br>Bates Nos. Chevron/Pande03655 - 03657 | Dunn | | |
| 59 | 10/29/03 | E-mail from Allan Vance to Peter Kump, Norm Szydlowski, Charles Morris, Buzz Morris and John Ladd, cc: Kerry Linn re: International Business Unit Manager-Candidate Information<br><br>Bates Nos. Chevron/Pande05714 - 05715 | Ladd | | |

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | SPONSORING WITNESS(ES) | DATE MARKED FOR ID | ADMITTED |
|---|---|---|---|---|---|
| 60 | 11/07/03 | E-mail from Jack Dunn to Pande, Jason Ewles and Kathleen Mabe, cc: Tayo Feyijimi, Dale Beeson, Michael Clark, Alexandre Castellini, John Fryters and Pradeep Kumar re: Tombua F1 Transition Notes<br><br>Bates No. Chevron/Pande06602 | Pande | | |
| 61 | 11/07/03 | E-mail from Pande to Paul Vita, cc: Andrew Latham, Gary Greaser and James Bates re: Open Job: Reservoir Asset Mgmt Consultant (ETC-03-55 50046189)<br><br>Bates No. Chevron/Pande03497 | Pande | | |
| 62 | 11/07/03 | E-mail from Jack Dunn to Pande, cc: Giannina Horna re: 2003Vacat_carryover_doc<br><br>Bates Nos. 1215 - 1216 | Pande / Dunn | | |
| 63 | 11/10/03 | "Selection Record GO-1036"<br><br>Bates Nos. Chevron/Pande06450 - 06452 | Pande | | |
| 64 | 11/18/03 | Letter from Taryn Shawstad to Kiran Pande re: Voluntary Termination<br><br>Bates No. 1201 | Pande / Shawstad | | |
| 65 | 11/19/03 | E-mail from Jack Dunn to Pande, cc: Sheree Lomax re: End employment date<br><br>Bates No. 1205 | Dunn / Pande | | |

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | SPONSORING WITNESS(ES) | DATE MARKED FOR ID | ADMITTED |
|---|---|---|---|---|---|
| 66 | 11/24/03 | E-mail from Jack Dunn to Pande re: Weekly STD/FMLA Absence Report<br><br>Bates Nos. Chevron/Pande03666 - 03668 | Dunn / Pande | | |
| 67 | 11/27/03 | E-mail from Brian Smith to Pande re: Feedback<br><br>Bates Nos. 1221 - 1222 | Pande | | |
| 68 | 12/08/03 | Certified Mail Receipt to Taryn Shawstad<br><br>Bates Nos. N/A | Pande | | |
| 69 | 12/08/03 | Letter from Pande to Taryn Shawstad re: Unlawful Termination<br><br>Bates Nos. 1202 – 1203 | Pande / Shawstad | | |
| 70 | 12/09/03 | Domestic Return Receipt from Pande to Shawstad<br><br>Bates Nos. N/A | Pande | | |
| 71 | 12/09/03 | Notice of Filing of Discrimination Complaint from Judith Miller to Taryn Shawstad<br><br>Bates Nos. Chevron/Pande03797 - 03831 | Shawstad | | |
| 72 | 12/16/03 | Letter from Taryn Shawstad to Pande re: Voluntary Termination<br><br>Bates No. 1204 | Shawstad / Pande | | |

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | SPONSORING WITNESS(ES) | DATE MARKED FOR ID | ADMITTED |
|---|---|---|---|---|---|
| 73 | 12/18/03 | E-mail from Pande to Debi Olson, cc: Paul Vita re: ETC-50046185 & 50054160<br><br>Bates No. Chevron/Pande03551 | Pande | | |
| 74 | 12/23/03 | E-mail from Pande to Debi Olson, cc: Paul Vita, Zuwa Omoregie re: ETC-50046185 & 50054160<br><br>Bates Nos. Chevron/Pande03552 - 03573 | Pande | | |
| 75 | 12/26/03 | E-mail from Pande to Zuwa Omoregie re: Application for position in your group<br><br>Bates No. 82 | Pande | | |
| 76 | 12/30/03 | E-mail from Pande to Thomas McMillen re: Application for Position in Zuwa's group<br><br>Bates Nos. 83 - 84 | Pande | | |
| 77 | 2004 | Stanford University W-2 for Kiran Pande<br><br>Bates No. 1433 | Pande | | |
| 78 | 2004 | Chevron USA, Inc. W-2 for Kiran Pande<br><br>Bates No. 1155 | Pande | | |
| 79 | 2004 | Wachovia Bank, 1099-R, 2004<br><br>Bates No. 1914 | Pande | | |
| 80 | 01/01/04- 09/26/05 | Mitigation Log<br><br>Bates Nos. 1415 – 1420 | Pande | | |

13

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | SPONSORING WITNESS(ES) | DATE MARKED FOR ID | ADMITTED |
|---|---|---|---|---|---|
| 81 | 01/01/04 | Summary Plan Descriptions  Bates Nos. Chevron1427 - 1787 | Shawstad / Pande | | |
| 82 | 01/05/04 | HIPAA Certificate, Certification of Group Health Coverage  Bates No. 1888 | Pande | | |
| 83 | 01/15/04 | E-mail from Linda Johnson to Angela Spinelli re: Ok To Delimit In SAPHR - #50077873  Bates Nos. Chevron/Pande06454 - 06455 | Johnson / Bates / Vita / Spinelli | | |
| 84 | 02/2004 | HR Policy 420 for U.S.-Payroll Employees  Harassment in the Workplace  Bates Nos. Chevron/Pande06490 - 06495 | Shawstad | | |
| 85 | 02/28/04 | COBRA Beneficiary General Information  Bates Nos. 1889 - 1890 | Pande | | |
| 86 | 03/02/04 | Letter from Elizabeth Boehm to Pande re: Short-Term Disability  Bates No. Chevron/Pande03913 | Pande | | |
| 87 | 03/23/04 | Letter from Pande to Renata Renneke re: Disability Benefits  Bates Nos. 1179 – 1180 | Pande | | |
| 88 | 2005 | U.S. Income Tax Return for an S Corporation (PetroAssets)  Bates Nos. 1917 – 1918 | Pande | | |

14

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | SPONSORING WITNESS(ES) | DATE MARKED FOR ID | ADMITTED |
|---|---|---|---|---|---|
| 89 | 2005 | 1099 for PetroAssets from Landmark Graphics Corporation<br><br>Bates No. 1436 | Pande | | |
| 90 | 09/02/05 | Printout of Chevron's Disability Management Program<br><br>Bates Nos. Chevron/Pande02278 - 02282 | Pande | | |
| 91 | 2006 | U.S. Income Tax Return for an S Corporation (PetroAssets)<br><br>Bates Nos. 1919 – 1920 | Pande | | |
| 92 | 2006 | Stanford University, W-2 for Kiran Pande<br><br>Bates No. 1915 | Pande | | |
| 93 | 2006 | Form 1099-MISC for PetroAssets from Landmark Graphics Corporation<br><br>Bates No. 1913 | Pande | | |
| 94 | 02/21/07 | Pay stub for Kiran Pande from Stanford University for pay period 02/01/07 through 02/15/07<br><br>Bates No. 1916 | Pande | | |
| 95 | 04/09/07 | Expert Report of Charles R. Mahla, PH.D.<br><br>Bates Nos. N/A | Mahla | | |

394968.01