1  KEKER & VAN NEST, LLP
   SUSAN J. HARRIMAN - #111703
2  CHRISTA M. ANDERSON - #184325
   710 Sansome Street
3  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
4  Facsimile:  (415) 397-7188

5  Attorneys for Plaintiff
   KIRAN PANDE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KIRAN PANDE, | Case No. 04-5107 CW |
|---|---|
| Plaintiff, | **PLAINTIFF'S WITNESS LIST** |
| v. | |
| CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A., Inc., | Date Comp. Filed:   December 2, 2004<br>Trial Date:   April 16, 2007 |
| Defendants. | |

394947.01

PLAINTIFF'S WITNESS LIST
CASE NO. 04-5107 CW

Plaintiff, KIRAN PANDE, intends to call the following persons to testify during her case in chief:

1. <u>Jalaleddin Afifi</u>:  Mr. Afifi was a coworker of Ms. Pande who similarly turned down the offer to move to Houston.  He will testify about his decisions regarding the move to Houston and his subsequent reemployment in a different position with Chevron.  He will also testify about his personal perceptions regarding Ms. Pande's job-related abilities.

2. <u>Robert Burkes</u>:  Mr. Burkes will testify about his decision to turn down the offer to Houston and his subsequent re-employment in a different position within Chevron.  He will also testify about his personal perceptions regarding Ms. Pande's job-related abilities.

3. <u>Guadalupe DeJong</u>:  Ms. DeJong will testify about the move to Houston and conversations between Dunn and Ms. Pande.

4. <u>Jason Ewles</u>:  Mr. Ewles will testify about Mr. Dunn's inappropriate conduct towards Ms. Pande and Ms. Pande's workload and its quality.

5. <u>Tayo Feyijimi</u>:  (by videotape)  Mr. Feyijimi attended the November 4, 2003 telephone conference and has testified about Mr. Dunn's inappropriate conduct towards Ms. Pande and Ms. Pande's work performance.

6. <u>John Ladd</u>:  Mr. Ladd will be asked to authenticate various e-mails that he wrote and received, unless Chevron stipulates to the admissibility of the e-mails.

7. <u>Kathy Mabe</u>:  (by videotape) Ms. Mabe has testified about Mr. Dunn's inappropriate conduct towards Ms. Pande and her conversations with Ms. Pande concerning the November 4 conference call.

8. <u>Charles Mahla</u>:  EconOne, 555 University Ave., Sacramento, CA  95825, (916) 576-0366.  Mr. Mahla will testify as an expert witness as to plaintiff's economic damages.

9. <u>Kiran Pande</u>:  Ms. Pande will testify as to the allegations supporting each of her causes of action, her damages, and her efforts to mitigate those damages.

10. <u>Don Paul</u>:  Mr. Paul will be asked about an e-mail that he wrote, unless Chevron stipulates to the admissibility of that e-mail.

11. <u>Taryn Shawstad</u>: Ms. Shawstad will testify about correspondence that she had

1  with Ms. Pande, her investigation of Ms. Pande's claims, and Chevron's adherence or lack
2  thereof to its policies.
3      12.   <u>Victoria Thompson</u>: Ms. Thompson will testify about retaliation at Chevron and
4  her views of Ms. Pande's job performance.

6  Dated: May 8, 2007                    KEKER & VAN NEST, LLP

9                          By:   /s/ Susan J. Harriman
                                SUSAN J. HARRIMAN
                                CHRISTA M. ANDERSON
10                              Attorneys for Plaintiff
                                KIRAN PANDE