Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (SBN184764)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.

KEKER & VAN NEST, LLP
SUSAN J. HARRIMAN (SBN 111703)
CHRISTA M. ANDERSON (SBN 184325)
710 Sansome Street
San Francisco, CA 94111-1704
Tel. (415) 391-5400
Fax (415) 397-7188

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.<br><br>Defendants. | Case No. C 04-5107 CW<br><br>**STIPULATED REQUEST TO FILE JOINT PROPOSED JURY INSTRUCTIONS ON MAY 9, 2007 AND [PROPOSED] ORDER**<br><br>Trial Date:       October 9, 2007<br>Time:              8:30 a.m.<br>Place:             Courtroom 2<br>Pre-Trial Conf.:  May 22, 2007<br><br>Complaint filed:  December 2, 2004 |

**STIPULATED REQUEST TO FILE JOINT PROPOSED JURY INSTRUCTIONS ON MAY 9; [PROPOSED] ORDER**
Case No. C 04-5107 CW

Plaintiff Kiran Pande and Defendants CHEVRON CORPORATION (formerly known as ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION COMPANY (formerly known as ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc. (hereinafter "Defendants") hereby stipulate and request an Order permitting the parties to file their Joint [Proposed] Jury Instructions, including instructions in dispute, in this matter on May 9, 2007, rather than May 8.

WHEREAS, the trial of this case is currently set for October 9, 2007 at 8:30 a.m. and the Pretrial Conference is set for May 22, 2007;

WHEREAS, the parties have been working together to reach agreement on as many jury instructions as possible and have additional instructions which they believe can be worked out given additional time;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES**, that the parties Joint [Proposed] Jury Instructions be filed on Wednesday, May 9, 2007, rather than Tuesday, May 8, 2007 in order to afford them additional time to work out and finalize the proposed set of jury instructions.

**SO STIPULATED.**

Dated: May 8, 2007

MILLER LAW GROUP
A Professional Corporation

By: <u>Concurrence obtained General Order 45X.B.</u>
Michele Ballard Miller
Attorneys for Defendants CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION COMPANY (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.

---

**STIPULATED REQUEST TO FILE JOINT PROPOSED JURY INSTRUCTIONS ON MAY 9; [PROPOSED] ORDER**
Case No. C 04-5107 CW

| | |
|---|---|
| Dated: May 8, 2007 | KEKER & VAN NEST, LLP |
| | By: _____/S/_____ |
| | SUSAN J. HARRIMAN |
| | CHRISTA M. ANDERSON |
| | Attorneys for Plaintiff KIRAN PANDE |

**IT IS SO ORDERED:**

Dated: _____       _____
                                                                  UNITED STATES DISTRICT JUDGE

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

**STIPULATED REQUEST TO FILE JOINT PROPOSED JURY INSTRUCTIONS ON MAY 9; [PROPOSED] ORDER**
Case No. C 04-5107 CW