1  Michele Ballard Miller (SBN 104198)
   Kerry McInerney Freeman (SBN 184764)
2  Lisa C. Hamasaki (SBN 197628)
   MILLER LAW GROUP
3  A Professional Corporation
   60 E. Sir Francis Drake Blvd., Ste. 302
4  Larkspur, CA 94939
   Tel. (415) 464-4300
5  Fax (415) 464-4336

6  Attorneys for Defendants CHEVRON INTERNATIONAL
   EXPLORATION AND PRODUCTION (formerly known
7  as CHEVRONTEXACO OVERSEAS PETROLEUM and
   improperly sued as CHEVRONTEXACO OVERSEAS
8  PETROLEUM PACIFIC COMPANY) AND CHEVRON
   CORPORATION (formerly known as CHEVRONTEXACO
9  CORPORATION)

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13 | KIRAN PANDE,                                  | Case No. C 04-5107 CW
14 |                                               |
15 |          Plaintiff,                           | **DEFENDANTS' AMENDED WITNESS LIST**
16 | v.                                            | Trial Date:     October 9, 2007
17 | CHEVRON CORPORATION (f/k/a                    | Time:           8:30 a.m.
   | CHEVRONTEXACO CORPORATION), a                 | Place:          Courtroom: 2
18 | Delaware corporation, and CHEVRON              | Pre-Trial Conf.: May 22, 2007
   | INTERNATIONAL EXPLORATION and                 |
19 | PRODUCTION (f/k/a CHEVRONTEXACO                | Complaint filed: December 2, 2004
   | OVERSEAS PETROLEUM COMPANY), a                |
20 | division of Chevron U.S.A. Inc.                | Honorable Claudia Wilken
21 |                                               |
22 |          Defendants.                          |

23
24
25
26
27
28

---

**DEFENDANTS' AMENDED WITNESS LIST**
Case No. C 04-5107 CW

Pursuant to the Court's Order for Pretrial Preparation, Defendants Chevron Corporation (formerly known as ChevronTexaco Corporation) and Chevron International Exploration & Production Company ("CIEP" – formerly known as ChevronTexaco Overseas Petroleum – "CTOP"), a division of Chevron U.S.A., Inc., (collectively "Defendants") hereby submit and file the following amended list of witnesses who may be called in support of Defendants case in chief.  Defendants inadvertently filed a draft of their witness list yesterday which failed to include Defendants' expert witnesses – one of whom may testify in Defendants' case-in-chief and the other who will testify in rebuttal to Plaintiff's expert witness.  Some of the witnesses listed below may appear via deposition, video-conference, videotape or other means.

1. **Kiran Pande**, Plaintiff.  Ms. Pande may be called to testify concerning her employment and/or prospective employment with Defendants, her claims against Defendants and the facts purportedly supporting those claims, and any efforts to seek comparable employment since the date of her termination from December 31, 2003 to the present.

2. **Jean Pierre Camy**, Technical Manager for Chevron Business Development, Inc.  Mr. Camy may be called to testify concerning Ms. Pande's job performance and conduct in and about 1998 and 1999 and about her subsequent efforts to find employment positions with Chevron in and about 2003 and early 2004.

3. **Jack Dunn**, former Manager of New Field Development in CTOP's Southern Africa Strategic Business Unit ("SASBU"), Angola Block 14, and Ms. Pande's supervisor while Ms. Pande was employed as a Simulation Engineer in Block 14.  Mr. Dunn may be called to testify regarding Ms. Pande's performance and conduct while he supervised her, as well as her decision to decline the Company's offer to transfer her to Houston with the rest of her department, and the effect of that decision.

4.	**Tayo Feyijimi**, Petroleum Engineer, Plot 14, New Field Development with SASBU from February 2002 through the SASBU transfer to Houston, Texas.  Mr. Feyijimi may be called to testify concerning Ms. Pande's job performance and conduct while employed by SASBU in or about 2002 to late 2003.  Mr. Feyijimi may also be called to testify about Ms. Pande's rapport with her former supervisor, Jack Dunn, and information relating to Mr. Dunn's performance and conduct.

5.	**Kelly Hartshorn**, a CTOP employee responsible for "Opportunity Assessment" while Ms. Pande was searching for positions within various Chevron-related entities.  Ms. Hartshorn may be called to testify regarding Ms. Pande's search for alternate positions within CIEP and other Chevron-related entities.  She may also be called to testify about Ms. Pande's salary action in April 2003.

6.	**James ("Jay") Johnson**, Director of Business Development and Planning for CTOP from approximately February 2002 until March 2003, and Rex Mitchell's supervisor during that period of time.   Mr. Johnson may be called to testify regarding Plaintiff's performance and conduct while employed in Business Development and Planning, including issues relating to Plaintiff's allegations concerning her relationship and treatment by Mr. Rex Mitchell and the investigation of same.  Mr. Johnson may also be called to testify regarding Plaintiff's efforts to find alternate positions within Chevron-related entities in 2002.

7.	**Kathleen Mabe**, with SASBU, Block 14, from 2000 until after the Houston relocation in December 2003.  Ms. Mabe may be called to testify concerning Ms. Pande's job performance and conduct while working with SASBU.  Ms. Mabe may also be called to testify regarding Ms. Pande's rapport with her former supervisor, Jack Dunn, and information relating to Mr. Dunn's performance and conduct.

8. **Rex Mitchell**, the Manager of Business and Strategic Planning for CTOP and Plaintiff's supervisor during her employment in that group. Mr. Mitchell may be called to testify regarding Plaintiff's performance and conduct while employed in the Business Development and Planning Group. Mr. Mitchell may also be called to testify regarding Plaintiff's efforts to find alternate positions with Chevron–related entities in 2002 and 2003 and any role he may have played in any job selection decisions.

9. **Zuwa Omoregie**, Team leader, Petroleum Engineering Consulting Services in Chevron's Energy Technology Company in and about 2003-2004. Mr. Omoregie may be called to testify concerning Ms. Pande's performance and conduct and her efforts to find employment positions with Chevron in and about 2003 and early 2004.

10. **Iris Owens**, Administrator in Business Development and Planning in or about 2002. Ms. Owens may be called to testify concerning Ms. Pande's performance and conduct while employed in the Business Development and Planning Group and about Plaintiff's allegations and assertions regarding Mr. Rex Mitchell.

11. **Renata Renneke**, Advisor Disability Management, Health and Medical Services, Chevron Corporation. Ms. Renneke may be called to testify concerning the Defendants' Disability Management Program and applicable leave policies and practices in place during 2003 as well as information relating to Plaintiff's request for leave and short term disability benefits.

12. **Brian Smith**, Petroleum Engineering Sponsor in 2002 through late 2003. Mr. Smith may be called to testify concerning Ms. Pande's job performance, about her job history, and about her efforts to find employment positions within Chevron-related entities in and about 2002 and 2003.

13. **Taryn Shawstad**, Human Resources General Manager during (at least) Ms. Pande's last two positions with CIEP. Ms. Shawstad may be called to testify regarding human resources issues that arose during Ms. Pande's employment, including issues surrounding the end of Ms. Pande's employment and Ms. Pande's efforts to find an alternative position. Ms. Shawstad may also testify about the existence and applicability of certain policies and guidelines applicable to Defendants.

14. Defendants may call UnumProvident Claims Agents and/or Case Representatives who worked on Plaintiff's FMLA and/or short term disability claims or who have knowledge of same, and/or knowledge pertaining to the Defendants' Disability Management Program in effect during the fall and winter of 2003, including but not limited to: **Natalie Kern, Norma Contreras, Brian Taylor** and/or **Kathy Richardson**. Such individuals may be asked to testify relating to Plaintiff's file maintained by UnumProvident and Plaintiff's request for leave made in or about October 2003. Such individuals may also be called to testify about Defendants' policies and practices relating to leave and disability benefits administration. The address of UnumProvident is 1 Fountain Square, Chattanooga, Tennessee 37402.

15. One or more of the following individuals may be called to testify about the selection process and selection decision for position number 50048079, analyst with the Corporate Strategic Planning Department: **Corla Davis, Rene Dautel** and/or **Des King**. In light of the uncertainty of the trial date in this matter, combined with the fact that some of these individuals may be overseas at the time of trial, Defendants are unable at this early date to ascertain with certainty which of these individuals may be called to testify with regard to this subject.

16. One or more of the following individuals may be called to testify about the selection process and selection decision for position number 50076677, Market

4

**DEFENDANTS' AMENDED WITNESS LIST**
Case No. C 04-5107 CW

Screening Consultant in London for CTBD: **Sam Laidlaw, Steven Lambert, Richard Mew** and/or **Patrick Taylor**. In light of the uncertainty of the trial date in this matter, combined with the fact that some of these individuals may be overseas at the time of trial, Defendants are unable at this early date to ascertain with certainty which of these individuals may be called to testify with regard to this subject.

17. One or more of the following individuals may be called to testify about the selection process and selection decision for position number 50076683, Technical Support Manager in London for CTBD: **Rene Dautel, Kelly Hartshorn, Sam Laidlaw, James Lejeune, Taryn Shawstad** and/or **Jim Simpson**. In light of the uncertainty of the trial date in this matter, combined with the fact that some of these individuals may be overseas at the time of trial, Defendants are unable at this early date to ascertain with certainty which of these individuals may be called to testify with regard to this subject.

18. One or more of the following individuals may be called to testify about the decision not to fill position number 50076685, Petroleum Engineer in London for CTBD: **George Alameda, Carlos Aguilera, Roger Benedict, Mike Birchfield, Mike Carroll, Clement Chou, Chris Cox, Gerry Flaherty, Gary Greaser, Buster Hines, Neil Jones, Mike Koch, Miran Kozeljh, Sam Laidlaw, Bob McElrath, Tim Miller, Tim Nagy, TV Viswanathan, Dave Wagner** and/or **Les Wood**. In light of the uncertainty of the trial date in this matter, combined with the fact that some of these individuals may be overseas at the time of trial, Defendants are unable at this early date to ascertain with certainty which of these individuals may be called to testify with regard to this subject.

19. One or more of the following individuals may be called to testify about the selection process and selection decision for position number 50076782, Reservoir Engineer-1 in London for CTOP: **George Alameda, Carlos Aguilera, Roger Benedict, Mike Birchfield, Mike Carroll, Clement Chou, Chris Cox, Gerry Flaherty, Gary**

1 **Greaser, Buster Hines, Neil Jones, Mike Koch, Miran Kozeljh, Bob McElrath, Tim Miller, Tim Nagy, TV Viswanathan, Dave Wagner** and/or **Les Wood**. In light of the uncertainty of the trial date in this matter, combined with the fact that some of these individuals may be overseas at the time of trial, Defendants are unable at this early date to ascertain with certainty which of these individuals may be called to testify with regard to this subject.

20.     One or more of the following individuals may be called to testify about the selection process and selection decision for position number 50076783, Reservoir Engineer-2 in London for CTOP:  **George Alameda, Carlos Aguilra, Roger Benedict, Mike Birchfield, Mike Carroll, Clement Chou, Chris Cox, Gerry Flaherty, Gary Greaser, Buster Hines, Neil Jones, Mike Koch, Miran Kozeljh, Bob McElrath, Tim Miller, Tim Nagy, TV Viswanathan, Dave Wagner** and/or **Les Wood**. In light of the uncertainty of the trial date in this matter, combined with the fact that some of these individuals may be overseas at the time of trial, Defendants are unable at this early date to ascertain with certainty which of these individuals may be called to testify with regard to this subject.

21.     The following individual may be called to testify about the decision not to fill position number 50076940, Business Unit Advisor for CTOP in San Ramon:  **Jim Blackwell**.

22.     One or more of the following individuals may be called to testify about the selection process and selection decision for position number 50076974, International Business Unit Manager for EMC in San Ramon:  **Peter Kump, John Ladd, Kerry Linn, Charles E. Morris, Norm Szydlowski** and/or **Allan Vance**. In light of the uncertainty of the trial date in this matter, combined with the fact that some of these individuals may be

overseas at the time of trial, Defendants are unable at this early date to ascertain with certainty which of these individuals may be called to testify with regard to this subject.

23. One or more of the following individuals may be called to testify about the selection process and selection decision for position number 50077210, Strategic & Business Planning Manager for ETC/EPTC in Houston: **James Bates, Bruce Johnson, Cary Mrzowski, Fred Nelson** and/or **Chuck Taylor**. In light of the uncertainty of the trial date in this matter, combined with the fact that some of these individuals may be overseas at the time of trial, Defendants are unable at this early date to ascertain with certainty which of these individuals may be called to testify with regard to this subject.

24. One or more of the following individuals may be called to testify about the selection process and selection decision for position number 50077211, Knowledge Management and Technical Training Manager for EPTC in Houston and/or San Ramon: **James Bates, Bruce Johnson, Cary Mrzowski, Fred Nelson, Mark Puckett, Brian Smith** and/or **TV Viswanathan**. In light of the uncertainty of the trial date in this matter, combined with the fact that some of these individuals may be overseas at the time of trial, Defendants are unable at this early date to ascertain with certainty which of these individuals may be called to testify with regard to this subject.

25. One or more of the following individuals may be called to testify about the selection process and selection decision for position number 50077441, Focus Area Manager-Reservoir Management for EPTC in Houston and/or San Ramon: **Paul Allinson, James Bates, Bruce Johnson, Janeen Judah, Dave Koning, Kevin Lacy, Mark Puckett, Joseph Naylor** and/or **Linda Raedeke**. In light of the uncertainty of the trial date in this matter, combined with the fact that some of these individuals may be overseas at the time of trial, Defendants are unable at this early date to ascertain with certainty which of these individuals may be called to testify with regard to this subject.

26. One or more of the following individuals may be called to testify about the selection process and selection decision for position number 50077444, Business Planning Coordinator for ETC in San Ramon: **June Gidman, Janeen Judah, Cary Mrozowski, Bruce Reynolds, Carole Rock** and/or **Nicola Woods**. In light of the uncertainty of the trial date in this matter, combined with the fact that some of these individuals may be overseas at the time of trial, Defendants are unable at this early date to ascertain with certainty which of these individuals may be called to testify with regard to this subject.

27. One or more of the following individuals may be called to testify about the selection process and selection decision for position numbers 50077445/50077446(1), Business Planning Coordinator for ETC in Houston: **June Gidman, Janeen Judah, Cary Mrozowski, Bruce Reynolds, Carole Rock** and/or **Nicola Woods**. In light of the uncertainty of the trial date in this matter, combined with the fact that some of these individuals may be overseas at the time of trial, Defendants are unable at this early date to ascertain with certainty which of these individuals may be called to testify with regard to this subject.

28. The following individual may be called to testify about the selection process and selection decision for position number 50077446(2), Business Development Coordinator for ETC/EPTC in San Ramon or Richmond: **Bruce Reynolds**.

29. One or more of the following individuals may be called to testify about the selection process and selection decision for position number 50077447, Business Development Coordinator for ETC in Houston: **June Gidman, Janeen Judah, Cary Mrozowski, Bruce Reynolds, Carole Rock** and/or **Nicola Woods**. In light of the uncertainty of the trial date in this matter, combined with the fact that some of these

1 individuals may be overseas at the time of trial, Defendants are unable at this early date to
2 ascertain with certainty which of these individuals may be called to testify with regard to
3 this subject.

5    30.   One or more of the following individuals may be called to testify about
6 the selection process and selection decision for position number 50070803, Asset
7 Consultant for PRC in San Ramon or Houston: **Buster Hines, Ed Sauve, Ted**
8 **Kosierowski** and/or **Chris Knaus**. In light of the uncertainty of the trial date in this matter,
9 combined with the fact that some of these individuals may be overseas at the time of trial,
10 Defendants are unable at this early date to ascertain with certainty which of these
11 individuals may be called to testify with regard to this subject.

13    31.   One or more of the following individuals may be called to testify about
14 the selection process and selection decision for position number BD-03-18/500766685,
15 Petroleum Engineer in London: **Chris Cox, Bob McElrath, Roger Benedict, TV**
16 **Viswanathan, Miran Kozeljh, Dave Wagner, Gary Greaser, Mike Koch, Les Wood,**
17 **Neil Jones, Mike Birchfield, Mike Carrell, Clement Chou, Tim Nagy, Carlos Aguilera,**
18 **Gerry Flaherty, Tim Miller, Buster Hines** and/or **George Alameda**. In light of the
19 uncertainty of the trial date in this matter, combined with the fact that some of these
20 individuals may be overseas at the time of trial, Defendants are unable at this early date to
21 ascertain with certainty which of these individuals may be called to testify with regard to
22 this subject.

24    32.   The following individual may be called to testify about the selection
25 process and selection decision for position number 50077718, Senior/Staff Business
26 Analyst for CTGG in San Ramon: **Joe Naylor**.

33. The following individual may be called to testify about the selection process and selection decision for position number 50077721, Business Planning Analyst for CTGG in San Ramon: **Joe Naylor**.

34. One or more of the following individuals may be called to testify about the selection process and selection decision for position number 50077873, Petroleum Engineer (Reservoir Asset Management Consultant) for EPTC in Houston: **James Bates, Andrew Latham, Ian Partridge, T. Viswanathan** and/or **Paul Vita**. In light of the uncertainty of the trial date in this matter, combined with the fact that some of these individuals may be overseas at the time of trial, Defendants are unable at this early date to ascertain with certainty which of these individuals may be called to testify with regard to this subject.

35. **Andrew Michael O'Brien, M.S., C.R.C.** Mr. O'Brian may testify about his expert opinion as to Plaintiff Kiran Pande's job qualifications; about his expert opinion as to the availability of positions in the oil and gas industry for which Plaintiff was qualified from the date she was released to return to work to the present; about his expert opinions as to the efforts made by Plaintiff to obtain comparable employment in the oil and gas industry and whether such efforts were reasonable under the circumstances; about his expert opinion as to what efforts would have been reasonable for Plaintiff, or someone in her situation, to seek out or find comparable employment following separation from employment; about his expert opinion as to whether Plaintiff impeded or otherwise compromised her ability to find comparable employment following her separation from employment; and about his expert opinion concerning whether Plaintiff would, or should have found employment comparable to her employment with Defendants had she reasonably sought out or pursued such positions. Mr. O'Brien may be contacted at: 2609 Capitol Avenue, Suite 5, Sacramento, CA 95816, (916) 444-5933.

36.    **Margo Rich Ogus, Ph.D.** Dr. Ogus may testify about Plaintiff's alleged economic damages in rebuttal to Plaintiff's expert witness, Charles R. Mahla.  Dr. Ogus may be contacted at: Spectrum Economics, 201 San Antonio Circle, Suite A-105, Mountain View, CA 94040, (650) 949-9590.

With the exceptions of the Plaintiff, and the individuals listed in paragraphs 14, 35, and 36 above, the aforementioned individuals should be contacted through Defendants' counsel, Miller Law Group, Wood Island Center, 60 E. Sir Francis Drake Blvd., Suite 302, Larkspur, CA 94939, (415) 464-4300.

Depending upon the evidence presented by Plaintiff in her case-in-chief, Defendants anticipate that they may need to call additional witnesses, not listed herein, for purposes of impeachment or rebuttal.  Accordingly, Defendants expressly reserve the right to call such witnesses, not in support of their case-in-chief, but rather for purposes of impeachment or rebuttal.

Dated:  May 9, 2007                              MILLER LAW GROUP
                                                 A Professional Corporation


                                                 By: _____/S/_____
                                                 Michele Ballard Miller
                                                 Attorneys for Defendants CHEVRON
                                                 CORPORATION (f/k/a ChevronTexaco
                                                 Corporation) and CHEVRON
                                                 INTERNATIONAL EXPLORATION &
                                                 PRODUCTION (f/k/a ChevronTexaco
                                                 Overseas Petroleum), a division of
                                                 Chevron U.S.A. Inc.