1  KEKER & VAN NEST, LLP
   SUSAN J. HARRIMAN - #111703
2  CHRISTA M. ANDERSON - #184325
   710 Sansome Street
3  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
4  Facsimile: (415) 397-7188

5  Attorneys for Plaintiff
   KIRAN PANDE

6

7

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 | KIRAN PANDE,                                  | Case No. 04-5107 CW
13 |                    Plaintiff,                 | **NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS IN SUPPORT OF PLAINTIFF KIRAN PANDE'S OPPOSITION TO MOTIONS IN LIMINE**
14 | v.                                            |
15 | CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a
16 | Delaware corporation,
   | CHEVRON INTERNATIONAL
17 | EXPLORATION & PRODUCTION (f/k/a               | Pretrial Conference Date: May 22, 2007
   | CHEVRONTEXACO OVERSEAS                        | Time: 2:00 p.m.
18 | PETROLEUM COMPANY),
   | a division of Chevron U.S.A., Inc.,           | Date Comp. Filed:   December 2, 2004
19 |                                               | Trial Date:         October 9, 2007
   |                    Defendants.
20

21

22

23

24

25

26

27

28

---

NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER
SEALING DOCUMENTS IN SUPPORT OF PLAINTIFF KIRAN PANDE'S OPPOSITION
TO MOTIONS IN LIMINE
CASE NO. 04-5107 CW

## NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEALING DOCUMENTS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Northern District Civil Local Rules 79-5(c) and 7-11(a), Plaintiff Kiran Pande ("Pande") hereby gives notice to all counsel of record of her Motion for Administrative Relief Seeking An Order Sealing Documents in Support of Plaintiff Kiran Pande's Opposition to Motions In Limine ("Administrative Motion"). By way of this Administrative Motion, Pande requests an order sealing portions of her Memorandum of Points and Authorities in Opposition to Chevron's Motions In Limine ("Opposition Brief") and portions of the Declaration of Kiran Pande in Support of Opposition to Motions In Limine ("Pande Declaration").

Certain portions of the Opposition Brief and the Pande Declaration contain Pande's confidential medical information. For this reason, pursuant to Local Rule 79-5(c), Pande now requests permission to file under seal those confidential portions of the Opposition Brief and Pande Declaration.

Pursuant to Local Rule 79-5(c), the following documents are lodged with the Clerk concurrently with this Administrative Motion: (1) the Declaration of Susan J. Harriman in support of this Administrative Motion; (2) a Proposed Order granting this Administrative Motion; (3) sealed, unredacted versions of the Opposition Brief and the Pande Declaration; (4) sealed, unredacted chambers copies of the Opposition Brief and the Pande Declaration; and (5) redacted versions of the Opposition Brief and the Pande Declaration, to be filed in the public

///

///

///

1
NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING IN SUPPORT OF PLAINTIFF KIRAN PANDE'S OPPOSITION TO MOTIONS IN LIMINE
CASE NO. 04-5107 CW

395394.01

1  record if the Court grants this Administrative Motion.

2

3                                              Respectfully submitted,

4  Dated: May 15, 2007                         KEKER & VAN NEST, LLP

5

6

7                                      By:    /s/ Susan J. Harriman
                                               SUSAN J. HARRIMAN
                                               CHRISTA M. ANDERSON
8                                              Attorneys for Plaintiff
                                               KIRAN PANDE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              2
        NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER
        SEALING DOCUMENTS FOR FILING IN SUPPORT OF PLAINTIFF KIRAN PANDE'S OPPOSITION
                                    TO MOTIONS IN LIMINE
                                   CASE NO. 04-5107 CW

395394.01