KEKER & VAN NEST, LLP
SUSAN J. HARRIMAN - #111703
CHRISTA M. ANDERSON - #184325
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
KIRAN PANDE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation,<br>CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY),<br>a division of Chevron U.S.A., Inc.,<br><br>　　　　　　　Defendants. | Case No. 04-5107 CW<br><br>**DECLARATION OF SUSAN J. HARRIMAN IN SUPPORT OF KIRAN PANDE'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS**<br><br>Pretrial Conference Date: May 22, 2007<br>Time: 2:00 p.m.<br><br>Date Comp. Filed:　December 2, 2004<br>Trial Date:　　　　October 9, 2007 |

395395.01

DECLARATION OF SUSAN J. HARRIMAN IN SUPPORT OF KIRAN PANDE'S MOTION FOR
ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS
CASE NO. 04-5107 CW

I, Susan J. Harriman, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am a member of Keker & Van Nest, LLP, counsel for plaintiff in the above-captioned action.

2. I make this declaration in support of Pande's Motion For Administrative Relief Seeking An Order Sealing Documents in Support of Plaintiff Kiran Pande's Opposition to Motions In Limine. I know the facts stated herein of my personal knowledge and if called as a witness, I would testify competently thereto.

3. Portions of Pande's Memorandum of Points and Authorities in Opposition to Chevron's Motions In Limine and the Declaration of Kiran Pande in Support of Opposition to Motions In Limine contain Pande's confidential medical information, in which the public has no legitimate interest.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on May 15, 2007, in San Francisco, California.

By: _____
Susan J. Harriman

---

1

DECLARATION OF SUSAN J. HARRIMAN IN SUPPORT OF KIRAN PANDE'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS
CASE NO. 04-5107 CW

395395.01