1  KEKER & VAN NEST, LLP
   SUSAN J. HARRIMAN - #111703
2  CHRISTA M. ANDERSON - #184325
   710 Sansome Street
3  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
4  Facsimile: (415) 397-7188

5  Attorneys for Plaintiff
   KIRAN PANDE

6

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 KIRAN PANDE,                          Case No. 04-5107 CW

13                 Plaintiff,            **[PROPOSED] SEALING ORDER**

14      v.

15 CHEVRON CORPORATION (f/k/a            Pretrial Conference Date: May 22, 2007
   CHEVRONTEXACO CORPORATION), a         Time: 2:00 p.m.
16 Delaware corporation,
   CHEVRON INTERNATIONAL                 Date Comp. Filed:   December 2, 2004
17 EXPLORATION & PRODUCTION (f/k/a       Trial Date:         October 9, 2007
   CHEVRONTEXACO OVERSEAS
18 PETROLEUM COMPANY),
   a division of Chevron U.S.A., Inc.,
19
                   Defendants.
20

21

22

23

24

25

26

27

28

1   Pursuant to Northern District Civil Local Rule 79-5(c), on May 15, 2007, Plaintiff Kiran
2   Pande filed a Motion for Administrative Relief Seeking An Order Sealing Documents and the
3   Declaration of Susan J. Harriman in Support of Pande's Motion for Administrative Relief
4   Seeking An Order Sealing Documents.

5   GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that
6   portions of Pande's Memorandum of Points and Authorities in Opposition to Chevron's Motions
7   In Limine and portions of the Declaration of Kiran Pande in Support of Opposition to Motions In
8   Limine shall be filed under seal pursuant to Local Rule 79-5(c) because those portions disclose
9   Pande's private medical information. Those portions of the documents pertaining to Pande's
10  private medical information are to be filed under seal pursuant to this Order.

11  **IT IS SO ORDERED.**

13  Dated: May ____, 2007

15  By: _____
16      HONORABLE CLAUDIA WILKEN
        United States District Judge

---

1
[PROPOSED] SEALING ORDER
CASE NO. 04-5107 CW

395396.01