1  KEKER & VAN NEST, LLP
   SUSAN J. HARRIMAN - #111703
2  CHRISTA M. ANDERSON - #184325
   710 Sansome Street
3  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
4  Facsimile: (415) 397-7188

5  Attorneys for Plaintiff
   KIRAN PANDE

            UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE, | Case No. 04-5107 CW |
| Plaintiff, | **DECLARATION OF KIRAN PANDE IN SUPPORT OF OPPOSITION TO MOTIONS IN LIMINE** |
| v. | |
| CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A., Inc., | Pretrial Conference Date: May 22, 2007 Time: 2:00 pm<br><br>Date Comp. Filed: December 2, 2004 Trial Date: October 9, 2007 |
| Defendants. | **REDACTED VERSION** |

DECLARATION OF KIRAN PANDE IN SUPPORT OF OPPOSITION TO MOTIONS IN LIMINE
CASE NO. 04-5107 CW

I, KIRAN PANDE, declare and say that:

1. I am the plaintiff in the above-entitled action.

2. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

3. In July of 2001, I learned that I was very anemic and that my hematocrit levels were quite low (i.e., the ratio of red blood cells to my blood as a whole was lower than it should have been). The underlying cause of my being anemic was                                                                                                 which in turn was causing the anemia. I had an emergency blood transfusion at Stanford Hospital in July of 2001, which temporarily improved my anemia.

4.

After the emergency blood transfusion, I went back to work at Chevron. Although the anemia was temporarily improved,

5. Throughout late 2002 and early 2003, I began feeling increasingly tired and exhausted. In mid-May of 2003, while attending a Chevron workshop that included a field trip, I realized that I could not keep up walking with my colleagues. As a result, in early July of 2003, I went to see Juliana Wong, M.D., of the Bay Valley Medical Group. She ran blood tests on me, and my blood work showed that I was severely anemic. I began taking iron supplements to address the anemia.

6. Throughout the Summer and Fall of 2003, I had blood tests to monitor the anemia, and they showed that I was suffering from chronic anemia. By October of 2003, my medical problems were exacerbating. I was tiring easily, feeling completely exhausted by the end of the work day, enduring frequent and persistent headaches, and                                                    I felt that I had to do

1

DECLARATION OF KIRAN PANDE IN SUPPORT OF OPPOSITION TO MOTIONS IN LIMINE
CASE NO. 04-5107 CW

394439.01

1  something about my medical problems and decided

3  7. On November 7, 2003, I saw the surgeon, Sheri Task, M.D., to discuss my
4  options. She gave me two options:

8  8.

12  She turned out to be correct.
13  9.

15  10.

16  By December, however, Chevron had
17  already terminated me. It is difficult for me to put myself in the position of what I would have
18  done had I not been terminated. Being terminated and losing my health coverage while sick
19  caused me additional stress. Had I not been terminated and had Chevron offered me another
20  position in 2003, I might have been capable of returning to work prior to the surgery. I had been
21  working while suffering from anemia for more than two years before I started my leave. I was
22  well enough to teach at Stanford from mid-January through mid-March 2004, although
23  admittedly the teaching was non-stressful and was only on Mondays from 2-5 p.m. In fact, I
24  delayed my surgery in order to co-teach the class in Petroleum Engineering that I had taught for
25  the first time in the Winter quarter of 2002.
26  11. The surgery was thus scheduled for March 15, 2004. My recovery from surgery
27  took relatively little time. By the end of April, 2004, I was back to 100% and ended my
28  disability in May.

12.     Prior to the end of my 12 week FMLA leave, Chevron terminated my employment and ceased paying for all my benefits, including my health insurance, dental insurance, company-paid life insurance, disability insurance, sick leave, pension, and 401K profit sharing and savings plan.  Attached hereto as **Exhibit A** is a true and correct copy of the Certification of Group Health Coverage that ChevronTexaco sent me on January 5, 2004, making plain that I had "lost health care coverage under ChevronTexaco."  On January 19, 2004, I was sent COBRA Election Information.  Attached hereto as **Exhibit B** is a true and correct copy of the forms regarding COBRA that I received and completed.  I made my first COBRA payment in March 2004 to cover retroactively the months of January and February as well as March and April.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in Houston, Texas on April 30, 2007.

_____
KIRAN PANDE

# EXHIBIT A

**ChevronTexaco Corporation**
Human Resources Service Center
P.O. Box 436
Little Falls, NJ 07424

1-888-TALK2HR (1-888-825-5247)

HIPAA Certificate

1540
KIRAN K PANDE

**ChevronTexaco**

January 5, 2004

## CERTIFICATION OF GROUP HEALTH COVERAGE

We are sending this certificate to you because you or your dependent lost health care coverage under ChevronTexaco. This form documents your or your dependent's insurability, particularly with respect to any health conditions you or your dependent was diagnosed with or received treatment for, prior to gaining coverage under another health plan or policy.

The Health Insurance Portability and Accountability Act of 1996 (HIPAA) limits the circumstances under which health coverage may be excluded for medical conditions present before you enroll. Under the law, a pre-existing condition exclusion generally may not be imposed for more than 12 months (18 months for a late enrollee). The 12-month (or 18-month) exclusion period is reduced by your prior health coverage. If you buy health insurance other than through an employer group health plan, this certificate of prior coverage may help you obtain coverage without a pre-existing condition exclusion. If you become eligible under a group health plan that excludes coverage for certain medical conditions that you have before you enroll, this certificate may need to be provided if medical advice, diagnosis, care or treatment was recommended or received for the condition within the six-month period prior to your enrollment in the new plan. If you become covered under another group health plan, check with the plan administrator to see if you need to provide this certificate. You may also need this certificate to buy, for yourself or your family, an insurance policy that does not exclude coverage for medical conditions that are present before you enroll.

For more information, contact your state insurance department or:

    ChevronTexaco Corporation
    Human Resources Service Center
    P.O. Box 436
    Little Falls, NJ 07424

The following participants were covered under a group health plan for the periods of time listed below.

| Plan Name | Waiting Period Begin | Effective Date | Expiration Date |
|---|---|---|---|
| PANDE, KIRAN K | Date of Birth: | | |
| 028 - Health Net HMO | N/A | 11/01/1997 | 12/31/2003 |

1888

Human Resources Service Center
Phone: 1-888-825-5247 • Fax: 1-888-329-8647 • https://www2.benefitsweb.com/chevrontexaco.html
Customer Service Representatives: 9 a.m. to 8 p.m., Eastern time
(6 a.m. to 5 p.m., Pacific time); Monday thru Friday
Automated Telephone System and Benefits Connection Web site: 24 hours a day, 7 days a week
(HIP) 7/02                                                                                           1540

p.4    9259443500    BB PANDE    APR 29 2007 2:55PM

# EXHIBIT B

**ADP Benefit Services**
P.O. Box 2968
Alpharetta, GA 30023-2968

EF-4480312-1  Sec:1, Pg:1

**COBRA Election Information**
Retain this page for your records
01/19/2004

To:
    KIRAN K. PANDE

### COBRA Beneficiary General Information

**A. QUALIFIED BENEFICIARY INFORMATION**

Beneficiary Name: KIRAN K. PANDE
Soc. Sec. #:
Qualifying Event: Termination
Qualifying Event Date: 12/31/2003

Employer Name: ChevronTexaco
Policy #: 12016

Date of Coverage Termination: 12/31/2003

If COBRA continuation is elected, initial coverage will expire no later than 06/30/2005 except as provided in the following sentence.
NOTE: If COBRA coverage is continued for 18 months, coverage may be extended if there is a second qualifying event or Social Security qualifying disability.
    Please refer to your COBRA Notification Letter for complete information on your COBRA continuation rights.

THE ATTACHED COBRA ELECTION FORM MUST BE RETURNED TO ADP Benefit Services BY 03/19/2004. ELECTION FORMS POSTMARKED PAST THIS DATE WILL NOT BE ACCEPTED AND WILL RESULT IN THE LOSS OF COVERAGE CONTINUATION RIGHTS.

**B. NAME OF PERSON(S) QUALIFIED FOR CONTINUATION OF COVERAGE:**

KIRAN K. PANDE

**C. COVERAGE(S) AND STANDARD MONTHLY RATES:**

| | 001 Mental Hlth Substnce Abse (53766) | 004 Concordia Plus (53770) | 028 Health Net HMO CA (53534) |
|---|---|---|---|
| Beneficiary Only (*) | $10.93 | $23.70 | $303.96 |

1889

Page 1 of 2

## COBRA Election Information

EF-4480312-1  Sec:1, Pg:2
01/19/2004
PANDE

**THIS FORM MUST BE RETURNED TO ADP Benefit Services BY 03/19/2004. ELECTION FORMS POSTMARKED PAST THIS DATE WILL NOT BE ACCEPTED AND WILL RESULT IN LOSS OF COVERAGE CONTINUATION RIGHTS.**

Please read each Section carefully. The following must be completed by all Qualified Beneficiaries:

144397B

### Section A. Election or Waiver of COBRA Continuation

1. **ELECTION OF COBRA COVERAGE:** You must check the 'election' box next to your name to continue your health coverage. If you are the employee or spouse you can elect on behalf of your dependents.
2. **TO 'WAIVE' YOUR COBRA RIGHTS:** All individuals 'waiving' COBRA must sign and check the 'waive' box. Refer to the COBRA Notification Letter for implications on waiving COBRA coverage.

KIRAN K. PANDE          I hereby ELECT COBRA [X]          I hereby WAIVE COBRA [ ]

### Section B. COVERAGE(S) TO SELECT: All qualified beneficiaries have separate election rights.

1. If you have "WAIVED" your right to COBRA in Section A, do not complete this Section.
2. For individuals ELECTING COBRA in Section A, indicate with a check mark the coverages that you wish to continue under COBRA.
3. If you have indicated election of COBRA in Section A, and have failed to check any health plans, all health plans will be provided under COBRA.
4. Please correct any dependent names that are misspelled or missing. Include the Social Security number and date of birth for each dependent added. (You cannot add dependents who were not covered under the group health plan on the day before the qualifying event).

|  | KIRAN K. PANDE |  |
|---|---|---|
| ✓ 001 Mental Hlth Subsince Abse (53766) | 1 ✓ | I would like all health plans |
| ✓ 004 Concordia Plus (53770) | 1 ✓ |  |
| ✓ 028 Health Net HMO CA (53534) | 1 ✓ |  |

### C. OTHER COVERAGE INFORMATION:

I acknowledge that I have read the attached COBRA Notification Letter, COBRA Beneficiary General Information Sheet and this COBRA Election Form. I certify that I (and dependents, if applicable) am/are electing only those coverages that were in effect on the day before the qualifying event. I understand that I will no longer be eligible for COBRA continuation coverage, if I (or dependents) become entitled to Medicare or become covered under another group health plan that does not contain limitations or exclusions due to pre-existing condition(s). It is my responsibility to notify ADP Benefit Services immediately, in writing, if I do become covered under another group health plan that does not contain limitations or exclusions due to a pre-existing condition. I understand ADP Benefit Services will bill me monthly from the Date of Coverage Termination (see previous page, Section A). I also understand that I am responsible for timely payments, whether or not I am billed. If payment is not received within the time periods specified by the COBRA Notification Letter or the plan, my coverage will be terminated. The first premium payment is due within 45 days of the postmark date of this Election Form. You may remit payment with this election. Claims will not be honored unless payment is received for all periods up to and including the period for which the claim is incurred.

The Plan Administrator reserves the right to terminate coverage retroactively if you or your covered dependents have provided inaccurate or false information.

Please send form to: ADP Benefit Services          P.O. Box 2968
For questions call: 1-888-825-5247                 Alpharetta, GA 30023-2968

I hereby elect or waive COBRA as indicated in Section A for myself and my dependents and I certify that I have accurately completed this form to the best of my knowledge.

Signature of KIRAN K. PANDE (REQUIRED): _Kiran K. Pande_          Date 2-28-04

*COBRA ELECTION form must be signed by all parties Electing or Waiving COBRA or the form will be returned.*
*NOTE: After completing this form it must be postmarked by 03/19/2004 or coverage will be denied.*

[ ] Address Change:

1890