KEKER & VAN NEST, LLP
SUSAN J. HARRIMAN - #111703
CHRISTA M. ANDERSON - #184325
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
KIRAN PANDE

FILED
2007 MAY 15 PM 3:09

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE, | Case No. 04-5107 CW |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A., Inc., | Pretrial Conference Date: May 22, 2007<br>Time: 2:00 p.m.<br><br>Date Comp. Filed:  December 2, 2004<br>Trial Date:  October 9, 2007 |
| Defendants. | |

BeginTypingHere

392370.01

1
PROOF OF SERVICE
CASE NO. 04-5107 CW

## PROOF OF SERVICE

1

2  I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to this action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

3

4

5  On May 15, 2007, I served the following document(s):

6  **PLAINTIFF KIRAN PANDE'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO CHEVRON'S MOTIONS IN LIMINE [SUBMITTED UNDER SEAL]; and**

7

8  **DECLARATION OF KIRAN PANDE IN SUPPORT OF OPPOSITION TO MOTIONS IN LIMINE [SUBMITTED UNDER SEAL]**

9

10  by Courier, by placing a true and correct copy in a sealed envelope addressed as shown below, and dispatching a messenger from **Worldwide Network, Inc.**, whose address is **520 Townsend, San Francisco, CA 94103**, with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee.

11

12

13  Michele Miller                                Attorneys for Defendants
    MILLER LAW GROUP
14  Wood Island Center
    60 E. Sir Francis Drake Blvd., Ste. 302
15  Larkspur, CA  94939

16

17  Executed on May 15, 2007, at San Francisco, California.

18  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

19

20                                              _____
21                                              JACQUELYNN SMITH

22

23

24

25

26

27

28

393247.01

PROOF OF SERVICE
CASE NO. 04-5107 CW