1  KEKER & VAN NEST, LLP
   SUSAN J. HARRIMAN - #111703
2  CHRISTA M. ANDERSON - #184325
   710 Sansome Street
3  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
4  Facsimile: (415) 397-7188

5  Attorneys for Plaintiff
   KIRAN PANDE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KIRAN PANDE, | Case No. 04-5107 CW |
|---|---|
| Plaintiff, | ~~[PROPOSED]~~ SEALING ORDER |
| v. | |
| CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A., Inc., | Pretrial Conference Date: May 22, 2007 Time: 2:00 p.m. |
| | Date Comp. Filed: December 2, 2004 Trial Date: October 9, 2007 |
| Defendants. | |

395396.01

[PROPOSED] SEALING ORDER
CASE NO. 04-5107 CW

1   Pursuant to Northern District Civil Local Rule 79-5(c), on May 15, 2007, Plaintiff Kiran
2   Pande filed a Motion for Administrative Relief Seeking An Order Sealing Documents and the
3   Declaration of Susan J. Harriman in Support of Pande's Motion for Administrative Relief
4   Seeking An Order Sealing Documents.

5   GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that
6   portions of Pande's Memorandum of Points and Authorities in Opposition to Chevron's Motions
7   In Limine and portions of the Declaration of Kiran Pande in Support of Opposition to Motions In
8   Limine shall be filed under seal pursuant to Local Rule 79-5(c) because those portions disclose
9   Pande's private medical information. Those portions of the documents pertaining to Pande's
10  private medical information are to be filed under seal pursuant to this Order.

11  **IT IS SO ORDERED.**

13  Dated: May 21, 2007

By: *Claudia Wilken* (signature)
HONORABLE CLAUDIA WILKEN
United States District Judge

395396.01

1
[PROPOSED] SEALING ORDER
CASE NO. 04-5107 CW