UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PANDE,

    Plaintiff,

v.

CHEVRONTEXACO CORPORATION ET AL,

    Defendant.

NO. 04-05107CW

**MINUTE ORDER**
Date: 5/22/07

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill     Court Reporter:** Starr Wilson, pro tem

**Appearances for Plaintiff:**
Susan Harriman; Christa Anderson

**Appearances for Defendant:**
Michele Miller; Lisa Hamasaki

**Pretrial Conference Held?:** Yes

Notes:  Defense counsel to try again and see if client will consent to Magistrate Judge.  Witnesses should not be called more than once with the possible exception of lead witness.  Counsel to provide court with deposition excerpts.  Counsel to give transcript of testimony highlighted to opposing counsel.  Opposing counsel to highlight in different color any additional testimony with any objections noted in margin and return to submitting counsel to highlight any rebuttal and objections.  Counsel shall need to either stipulate or file a motion to present any unavailable witness by video link-up.  Counsel to resubmit verdict.  Extension of time given to Plaintiff's counsel to submit trial brief within one week; defendant can submit reply one week later; trial brief should not include anything the Court has already ruled on in summary judgment.  Counsel to meet and confer and stipulate to authenticity of documents.  Counsel to agree on who defendant is and stipulate that anything anyone did can be attributable to that entity; whatever jury finds against one applies to other.  Plaintiff to decide what causes of action she will be pursuing and submit stipulation.  Counsel to have everything wrapped up and submitted to court within next 4 weeks.  Motions in limine granted in part and denied in part.

Copies to:   Chambers