Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (SBN184764)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>             Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.<br><br>             Defendants. | Case No. C 04-5107 CW<br><br>**SUPPLEMENTAL DECLARATION OF MICHELE B. MILLER IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* NUMBER ONE AND IN RESPONSE TO PLAINTIFF'S TRIAL BRIEF**<br><br>Trial Date:         October 9, 2007<br>Time:               8:30 a.m.<br>Place:              Courtroom 2<br>Pre-Trial Conf.:  May 22, 2007<br><br>Complaint filed:  December 2, 2004 |

I, MICHELE BALLARD MILLER, declare:

1.  I am an attorney at law licensed to practice before the Courts of the State of California and before this Court. I am a partner in the law firm of MILLER LAW

1

**SUPPLEMENTAL DECLARATION OF MICHELE B. MILLER IN SUPPORT OF DEFENDANTS' MOTIONS *IN LIMINE* NUMBER ONE AND IN REPLY TO PLAINTIFF'S TRIAL BRIEF**
Case No. C 04-5107 CW

1  GROUP, Professional Corporation, and am the attorney of record for Defendants
2  CHEVRON CORPORATION (formerly known as CHEVRONTEXACO CORPORATION),
3  a Delaware corporation, and CHEVRON INTERNATIONAL EXPLORATION AND
4  PRODUCTION COMPANY ("CIEP"), a division of Chevron U.S.A. Inc., (formerly known
5  as ChevronTexaco Overseas Petroleum) ("Defendants") in the above-captioned matter. I
6  am also lead trial counsel for Defendants in this case.

8      2.   I have personal knowledge of the matters set forth herein, except
9  those stated on information and belief. If called as a witness I could competently testify
10 thereto.

12     3.   I conducted the deposition of Plaintiff, Kiran Pande over the course of
13 four days, March 20, 21, 22 and November 27, 2006. The deposition was transcribed by
14 a certified Shorthand Reporter. True and correct copies of excerpted portions of
15 Plaintiff's deposition transcripts and exhibits are attached hereto and incorporated as
16 Exhibit A. The excerpted portions of the deposition transcripts and the exhibits accurately
17 reflect the testimony given at the deposition.

19     4.   On January 5, 2007, a hearing was held on Defendants' Motion For
20 Summary Judgment, Or Alternatively, Partial Summary Judgment. I was present at that
21 hearing as counsel of record for the Defendants in this action. A true and correct copy of
22 excerpted portions of the Transcript of Proceedings is attached hereto and incorporated
23 as Exhibit B.

25     5.   During the course of pre-trial preparations for this matter, the parties
26 exchanged proposed Motions *in Limine*. One such motion prepared by the Defendants
27 sought to exclude any testimony of Plaintiff Kiran Pande's treating physicians, Dr. Sheri

Task and Dr. Juliana Wong. After receiving and reviewing that motion, Ms. Pande's attorneys informed me that they would not be calling either of these doctors as witnesses in this action. As a result of that representation, Defendants withdrew their motion to exclude the doctors' testimony.

6. On May 22, 2007, the Pretrial Conference for this case was held in Courtroom 2 of this Court, the Honorable Claudia Wilken presiding. A true and correct copy of excerpted portions of the Reporter's Transcript of Proceedings is attached hereto and incorporated as Exhibit C.

7. During the course of discovery in this action, the parties exchanged numerous documents. Included within the documents produced by Defendants were several medical certifications which had been provided by Kiran Pande to UnumProvident in support of Ms. Pande's leave of absence. Attached hereto and incorporated as Exhibit D is a true and correct copy of a medical certification signed by Ms. Pande's physician, Dr. Juliana Wong, on November 13, 2003.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 5th day of June, 2007 in San Francisco, California.

/S/
Michele Ballard Miller

3
**SUPPLEMENTAL DECLARATION OF MICHELE B. MILLER IN SUPPORT OF DEFENDANTS' MOTIONS *IN LIMINE* NUMBER ONE AND IN REPLY TO PLAINTIFF'S TRIAL BRIEF**
Case No. C 04-5107 CW