| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
|   | SUSAN J. HARRIMAN - #111703 |
| 2 | CHRISTA M. ANDERSON - #184325 |
|   | 710 Sansome Street |
| 3 | San Francisco, CA  94111-1704 |
|   | Telephone:  (415) 391-5400 |
| 4 | Facsimile:  (415) 397-7188 |
| 5 | Attorneys for Plaintiff |
|   | KIRAN PANDE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KIRAN PANDE, | Case No. 04-5107 CW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A., Inc., | Date Comp. Filed:   December 2, 2004 |
| | Trial Date:   October 9, 2007 |
| Defendants. | |

1  Plaintiff Kiran Pande and defendants Chevron Corporation (f/k/a ChevronTexaco
2  Corporation) and Chevron International Exploration & Production Company (f/k/a
3  ChevronTexaco Overseas Petroleum) (collectively "Defendants") hereby stipulate that Plaintiff's
4  Third Cause of Action (Gender Discrimination) and Fourth Cause of Action (Race/National
5  Origin Discrimination) will be dismissed without prejudice. Plaintiff further stipulates to the
6  deletion of the word "gender" from paragraph 75 of her Second Amended Complaint. Finally,
7  Plaintiff agrees not to seek damages for emotional distress in this case.

9  IT IS SO STIPULATED.
10  Dated: June 14, 2007                                    KEKER & VAN NEST, LLP

13  By: /s/ Christa M. Anderson
     SUSAN J. HARRIMAN
     CHRISTA M. ANDERSON
14   Attorneys for Plaintiff
     KIRAN PANDE

16  Dated: June 14, 2007                                    MILLER LAW GROUP

19  By: Concurrence obtained General Order 45X.B
    LISA C. HAMASAKI
    Attorneys for Defendants
20  CHEVRON CORPORATION (f/k/a
    CHEVRONTEXACO CORPORATION)
21  and CHEVRON INTERNATIONAL
    EXPLORATION & PRODUCTION
22  COMPANY (f/k/a CHEVRONTEXACO
    OVERSEAS PETROLEUM), a division of
23  Chevron U.S.A., Inc.

24  **[PROPOSED] ORDER**

25  PURSUANT TO STIPULATION, IT IS SO ORDERED.

1  Dated:

3                                      By: _____
4                                           HONORABLE CLAUDIA WILKEN
                                             United States District Court Judge