1  KEKER & VAN NEST, LLP
   SUSAN J. HARRIMAN - #111703
2  CHRISTA M. ANDERSON - #184325
   710 Sansome Street
3  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
4  Facsimile: (415) 397-7188

5  Attorneys for Plaintiff
   KIRAN PANDE

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

12  KIRAN PANDE,                                    Case No. 04-5107 CW

13           Plaintiff,                             **STIPULATION AND ORDER**

14      v.

15  CHEVRON CORPORATION (f/k/a
    CHEVRONTEXACO CORPORATION), a               Date Comp. Filed:   December 2, 2004
16  Delaware corporation,
    CHEVRON INTERNATIONAL                        Trial Date:         October 9, 2007
17  EXPLORATION & PRODUCTION (f/k/a
    CHEVRONTEXACO OVERSEAS
18  PETROLEUM COMPANY),
    a division of Chevron U.S.A., Inc.,

            Defendants.

1  Plaintiff Kiran Pande and defendants Chevron Corporation (f/k/a ChevronTexaco
2  Corporation) and Chevron International Exploration & Production Company (f/k/a
3  ChevronTexaco Overseas Petroleum) (collectively "Defendants") hereby stipulate that Plaintiff's
4  Third Cause of Action (Gender Discrimination) and Fourth Cause of Action (Race/National
5  Origin Discrimination) will be dismissed without prejudice.  Plaintiff further stipulates to the
6  deletion of the word "gender" from paragraph 75 of her Second Amended Complaint.  Finally,
7  Plaintiff agrees not to seek damages for emotional distress in this case.

9  IT IS SO STIPULATED.
10 Dated:  June 14, 2007                             KEKER & VAN NEST, LLP

13 By: /s/ Christa M. Anderson
    SUSAN J. HARRIMAN
    CHRISTA M. ANDERSON
14  Attorneys for Plaintiff
    KIRAN PANDE

16 Dated:  June 14, 2007                             MILLER LAW GROUP

19 By: Concurrence obtained General Order 45X.B
    LISA C. HAMASAKI
    Attorneys for Defendants
20  CHEVRON CORPORATION (f/k/a
    CHEVRONTEXACO CORPORATION)
21  and CHEVRON INTERNATIONAL
    EXPLORATION & PRODUCTION
22  COMPANY (f/k/a CHEVRONTEXACO
    OVERSEAS PETROLEUM), a division of
23  Chevron U.S.A., Inc.

24 **ORDER**

25 PURSUANT TO STIPULATION, IT IS SO ORDERED.

1   Dated:  6/18/07

    By: _____
    HONORABLE CLAUDIA WILKEN
    United States District Court Judge