1  Michele Ballard Miller (SBN 104198)
   Kerry McInerney Freeman (SBN184764)
2  Lisa C. Hamasaki (SBN 197628)
   MILLER LAW GROUP
3  A Professional Corporation
   60 E. Sir Francis Drake Blvd., Ste. 302
4  Larkspur, CA 94939
   Tel. (415) 464-4300
5  Fax (415) 464-4336

6  Attorneys for Defendants CHEVRON
   CORPORATION (f/k/a ChevronTexaco
7  Corporation) and CHEVRON INTERNATIONAL
   EXPLORATION & PRODUCTION
8  (f/k/a ChevronTexaco Overseas Petroleum),
   a division of Chevron U.S.A. Inc.

9
   KEKER & VAN NEST, LLP
10 SUSAN J. HARRIMAN (SBN 111703)
   CHRISTA M. ANDERSON (SBN 184325)
11 710 Sansome Street
   San Francisco, CA 94111-1704
12 Tel. (415) 391-5400
   Fax (415) 397-7188
13
   Attorneys for Plaintiff KIRAN PANDE
14
                       UNITED STATES DISTRICT COURT
15
                      NORTHERN DISTRICT OF CALIFORNIA
16

17
18 | KIRAN PANDE,                                    | Case No. C 04-5107 CW
19 |         Plaintiff,                              | **STIPULATED REQUEST TO FILE JOINT PROPOSED JURY INSTRUCTIONS AND PROPOSED VERDICT FORMS ON JUNE 21, 2007 AND [PROPOSED] ORDER**
20 | v.                                              |
21 |                                                 |
22 | CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc. | Trial Date:       October 9, 2007
23 |                                                 | Time:             8:30 a.m.
   |                                                 | Place:            Courtroom 2
   |                                                 | Pre-Trial Conf.:  May 22, 2007
24 |                                                 |
   |                                                 | Complaint filed:  December 2, 2004
25 |                                                 |
26 |         Defendants.                             |

27
28 **STIPULATED REQUEST TO FILE JOINT PROPOSED JURY INSTRUCTIONS AND PROPOSED VERDICT FORMS
   ON JUNE 21, 2007 AND [PROPOSED] ORDER**
   Case No. C 04-5107 CW

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

1  Plaintiff Kiran Pande and Defendants CHEVRON CORPORATION (formerly
2 known as ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION
3 & PRODUCTION COMPANY (formerly known as ChevronTexaco Overseas Petroleum), a
4 division of Chevron U.S.A. Inc. (hereinafter "Defendants") hereby stipulate and request an
5 Order permitting the parties to file their Proposed Verdict Forms and Joint [Proposed] Jury
6 Instructions, including instructions in dispute, in this matter on June 21, 2007, rather than
7 June 19.

9  WHEREAS, the trial of this case is currently set for October 9, 2007 at 8:30
10 a.m. and the Pretrial Conference took place on May 22, 2007;

12  WHEREAS, the Court ordered that the parties file their proposed verdict forms
13 and proposed jury instructions on June 19, 2007, four weeks from the pretrial conference;

15  WHEREAS, the parties have been working together to reach agreement on as
16 many jury instructions as possible and have additional instructions which they believe can
17 be worked out given additional time, which instructions will in turn affect the verdict forms;

19  **THEREFORE, IT IS HEREBY STIPULATED AND AGREED BETWEEN THE**
20 **PARTIES**, that the parties' Proposed Verdict Forms and Joint [Proposed] Jury Instructions
21 be filed on Thursday, June 21, 2007, rather than Tuesday, June 19, 2007, in order to afford
22 them additional time to work out and finalize those documents.
23 ///
24 ///
25 ///
26 ///

**STIPULATED REQUEST TO FILE JOINT PROPOSED JURY INSTRUCTIONS AND PROPOSED VERDICT FORMS ON JUNE 21, 2007 AND [PROPOSED] ORDER**
Case No. C 04-5107 CW

**SO STIPULATED.**

Dated:  June 19, 2007

MILLER LAW GROUP
A Professional Corporation

By:   /s/
Michele Ballard Miller
Attorneys for Defendants CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION COMPANY (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.

Dated:  June 19, 2007

KEKER & VAN NEST, LLP

By:   /s/
SUSAN J. HARRIMAN
CHRISTA M. ANDERSON
Attorneys for Plaintiff KIRAN PANDE

**IT IS SO ORDERED:**

Dated: _____    _____
UNITED STATES DISTRICT JUDGE

Z:\Chevron\Pande\Pleadings\062.

**STIPULATED REQUEST TO FILE JOINT PROPOSED JURY INSTRUCTIONS AND PROPOSED VERDICT FORMS ON JUNE 21, 2007 AND [PROPOSED] ORDER**
Case No. C 04-5107 CW

**STIPULATED REQUEST TO FILE JOINT PROPOSED JURY INSTRUCTIONS AND PROPOSED VERDICT FORMS
ON JUNE 21, 2007 AND [PROPOSED] ORDER**
Case No. C 04-5107 CW