Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (SBN184764)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.

KEKER & VAN NEST, LLP
SUSAN J. HARRIMAN (SBN 111703)
CHRISTA M. ANDERSON (SBN 184325)
710 Sansome Street
San Francisco, CA 94111-1704
Tel. (415) 391-5400
Fax (415) 397-7188

Attorneys for Plaintiff KIRAN PANDE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>        Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.<br><br>        Defendants. | Case No. C 04-5107 CW<br><br>**STIPULATED REQUEST TO FILE JOINT PROPOSED JURY INSTRUCTIONS AND PROPOSED VERDICT FORMS ON JUNE 21, 2007 AND [PROPOSED] ORDER**<br><br>Trial Date:    October 9, 2007<br>Time:    8:30 a.m.<br>Place:    Courtroom 2<br>Pre-Trial Conf.:    May 22, 2007<br><br>Complaint filed:    December 2, 2004 |

1   Plaintiff Kiran Pande and Defendants CHEVRON CORPORATION (formerly known as ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION COMPANY (formerly known as ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc. (hereinafter "Defendants") hereby stipulate and request an Order permitting the parties to file their Proposed Verdict Forms and Joint [Proposed] Jury Instructions, including instructions in dispute, in this matter on June 21, 2007, rather than June 19.

WHEREAS, the trial of this case is currently set for October 9, 2007 at 8:30 a.m. and the Pretrial Conference took place on May 22, 2007;

WHEREAS, the Court ordered that the parties file their proposed verdict forms and proposed jury instructions on June 19, 2007, four weeks from the pretrial conference;

WHEREAS, the parties have been working together to reach agreement on as many jury instructions as possible and have additional instructions which they believe can be worked out given additional time, which instructions will in turn affect the verdict forms;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES**, that the parties' Proposed Verdict Forms and Joint [Proposed] Jury Instructions be filed on Thursday, June 21, 2007, rather than Tuesday, June 19, 2007, in order to afford them additional time to work out and finalize those documents.

///
///
///
///

**STIPULATED REQUEST TO FILE JOINT PROPOSED JURY INSTRUCTIONS AND PROPOSED VERDICT FORMS ON JUNE 21, 2007 AND [PROPOSED] ORDER**
Case No. C 04-5107 CW

**SO STIPULATED.**

Dated: June 19, 2007

MILLER LAW GROUP
A Professional Corporation

By: ___/s/_____
Michele Ballard Miller
Attorneys for Defendants CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION COMPANY (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.

Dated: June 19, 2007

KEKER & VAN NEST, LLP

By: ___/s/_____
SUSAN J. HARRIMAN
CHRISTA M. ANDERSON
Attorneys for Plaintiff KIRAN PANDE

**IT IS SO ORDERED:**

Dated: __6/20/07_____       _____
                                       UNITED STATES DISTRICT JUDGE

Z:\Chevron\Pande\Pleadings\062.

---

**STIPULATED REQUEST TO FILE JOINT PROPOSED JURY INSTRUCTIONS AND PROPOSED VERDICT FORMS ON JUNE 21, 2007 AND [PROPOSED] ORDER**
Case No. C 04-5107 CW

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA