Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (SBN184764)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant CHEVRON INTERNATIONAL
EXPLORATION & PRODUCTION
(f/k/a ChevronTexaco Overseas Petroleum),
a division of Chevron U.S.A. Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.<br><br>　　　　Defendants. | Case No. C 04-5107 CW<br><br>**DEFENDANT'S REVISED REQUEST FOR SPECIAL FINDINGS**<br><br>Trial Date:　　　　October 9, 2007<br>Time:　　　　　　8:30 a.m.<br>Place:　　　　　　Courtroom 2<br>Pre-Trial Conf.:　　May 22, 2007<br><br>Complaint filed:　December 2, 2004 |

Pursuant to Federal Rules of Civil Procedure 49(a) Defendant requests that the Court require the jury to deliberate upon and respond to specific questions of fact in the form attached hereto. Defendant reserves the right to request additional special findings, or delete some of those shown below, depending on the course of proceedings at trial.

Dated: June 21, 2007

MILLER LAW GROUP
A Professional Corporation

By: _____/S/_____
Michele Ballard Miller
Attorneys for Defendant CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.

Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (SBN184764)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant CHEVRON INTERNATIONAL
EXPLORATION & PRODUCTION
(f/k/a ChevronTexaco Overseas Petroleum),
a division of Chevron U.S.A. Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE, <br><br> Plaintiff, <br><br> v. <br><br> CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc. <br><br> Defendants. | Case No. C 04-5107 CW <br><br> **REVISED SPECIAL FINDINGS** <br><br> Trial Date:  October 9, 2007 <br> Time:  8:30 a.m. <br> Place:  Courtroom 2 <br> Pre-Trial Conf.:  May 22, 2007 <br><br> Complaint filed:  December 2, 2004 |

We the jury, make the following special findings on the questions submitted to us:

## LIABILITY QUESTIONS

## VIOLATION OF THE FAMILY MEDICAL LEAVE ACT/
## CALIFORNIA FAMILY RIGHTS ACT

(1) Was Plaintiff's medical leave or request for medical leave a motivating factor in Defendant's decision to terminate her employment?

_____ Yes          _____ No

If your answer to question 1 is yes, proceed to question 2. If your answer to question 1 is no, proceed to question 6.

(2) Was Defendant's conduct a substantial factor in causing harm to Plaintiff?

_____ Yes          _____ No

If your answer to question 2 is yes, proceed to question 3. If your answer to question 2 is no, proceed to question 6.

(3) Has Plaintiff proven that she was medically able to return to work within 12 weeks from the date she went out on leave?

_____ Yes          _____ No

If your answer to question 3 is yes, proceed to question 4. If your answer to question 3 is no, proceed to question 6.

(4) Did Defendant's conduct legally cause Plaintiff to suffer economic damages?

_____ Yes          _____ No

If your answer to question 4 is yes, proceed to question 5.  If your answer to question 4 is no, proceed to question 6.

(5) Did Defendant act in good faith and had reasonable grounds for believing its conduct was not in violation of these laws?

_____ Yes          _____ No

Proceed to question 6.

## RETALIATION

(6) Did Plaintiff suffer an adverse employment action because of her complaint(s) against Rex Mitchell?

_____ Yes          _____ No

If your answer to question 6 is yes, proceed to question 7.  If your answer to question 6 is no, proceed to question 8.

(7) Did Defendant's conduct legally cause Plaintiff to suffer economic damages?

_____ Yes          _____No

Proceed to question 8.

## WRONGFUL DISCHARGE IN VIOLATION OF PUBLIC POLICY

(8) Did Defendant discharge Plaintiff in violation of public policy?

_____ Yes          _____ No

If your answer to question 8 is yes, proceed to question 9.

If your answer to questions 8 is no, but your answer to question 5 is no **or** your answer to question 7 is yes, proceed to question 10.

3

**DEFENDANTS' REVISED SPECIAL FINDINGS**
Case No. C 04-5107 CW

If your answer to question 5 is yes **and** your answers to questions 7 and 8 are **all** no, stop here, answer no further questions and have the presiding juror sign and date the form.

(9) Did Defendant's conduct legally cause Plaintiff to suffer economic damages?

_____ Yes          _____ No

If your answer to question 9 is yes, proceed to question 10.

If your answer to question 9 is no, but your answer to question 5 is no **or** your answers to questions 7 and 8 are yes, proceed to question 10.

If your answer to question 5 is yes **and** your answers to questions 7 and 9 are **all** no, stop here, answer no further questions and have the presiding juror sign and date the form.

## DAMAGES QUESTIONS

In answering the following questions, you should make sure that you do not count the same damages or loss to Plaintiff more than once.

(10) What do you find to be the total economic damages, if any, suffered by Plaintiff Kiran Pande and legally caused by Defendant?

ANSWER: Economic damages   $_____

Proceed to question 11.

(11) Did the Plaintiff make reasonable efforts to mitigate her damages?

_____ Yes        _____ No

Proceed to question 12.

(12) What amount do you find Plaintiff Kiran Pande would have earned had she made reasonable efforts to mitigate her damages?

ANSWER: Mitigation Sum        $_____

Proceed to question 13.

(13) Was Defendant's conduct malicious, oppressive or in reckless disregard of Plaintiff's rights?

_____ Yes        _____ No

If your answer to question 13 is yes, proceed to question 14. If your answer to question 13 is no, stop here, answer no further questions and have the presiding juror sign and date the form.

(14) What amount, if any, of punitive damages is Plaintiff due?

ANSWER: Punitive damages        $_____

Signed: _____
            Presiding Juror

Dated: _____

After the verdict form has been signed, deliver this verdict form to the [clerk/bailiff/judge].