1   KEKER & VAN NEST, LLP
    SUSAN J. HARRIMAN - #111703
2   CHRISTA M. ANDERSON - #184325
    710 Sansome Street
3   San Francisco, CA  94111-1704
    Telephone:  (415) 391-5400
4   Facsimile:  (415) 397-7188

5   Attorneys for Plaintiff
    KIRAN PANDE
6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10  KIRAN PANDE,                          Case No. C 04-5107 CW

11                        Plaintiff,      **PLAINTIFF'S PROPOSED VERDICT
                                          FORM**
12          v.

13  CHEVRON CORPORATION (f/k/a            Complaint Filed:    December 2, 2004
    CHEVRONTEXACO CORPORATION), a
14  Delaware corporation,                 Trial Date:         October 9, 2007
    CHEVRON INTERNATIONAL
15  EXPLORATION & PRODUCTION (f/k/a
    CHEVRONTEXACO OVERSEAS
16  PETROLEUM COMPANY),
    a division of Chevron U.S.A., Inc.,
17
                          Defendants.
18

19

20

21

22

23

24

25

26

27

28

                                     1

397787.01

1    Plaintiff Kiran Pande respectfully submits the following proposed verdict form.  Plaintiff

2  reserves the right to amend this proposed verdict form in light of the Court's rulings on jury

3  instructions in this matter.

4                                                 Respectfully submitted,

5  Dated:  June 21, 2007                          KEKER & VAN NEST, LLP

6                                          By:  /s/ Christa M. Anderson
                                               SUSAN J. HARRIMAN
7                                              CHRISTA M. ANDERSON
                                               Attorneys for Plaintiff KIRAN PANDE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
PLAINTIFF'S PROPOSED VERDICT FORM
CASE NO.  04-5107 CW

**VERDICT FORM**

**Claim for Violation of FMLA**

Based on the Court's instructions about the law that applies to Ms. Pande's claims, we answer the questions submitted to us as follows:

1) Did Chevron take one or more of the following actions?:

       (a) deny Ms. Pande her full twelve week medical leave; and/or

       (b) deny Ms. Pande health benefits during part of her full twelve week medical leave; and/or

       (c) consider Ms. Pande's taking of medical leave as a negative factor in deciding not to hire her for alternative positions; and/or

       (d) consider Ms. Pande's taking of medical leave as a negative factor in deciding to terminate Ms. Pande's employment.

       Yes _____          No _____

**If your answer to question 1 is yes, then answer question 2. If you answered no, please turn the page and go on to the next claim.**

2) Were one or more of the above actions a substantial factor in causing harm to Ms. Pande?

       Yes _____          No _____

**Please turn the page and go on to the next claim.**

1

**Claim for Violation of CFRA**

Based on the Court's instructions about the law that applies to Ms. Pande's claims, we answer the questions submitted to us as follows:

3)      Did Chevron take one or more of the following actions?:

(a)     deny Ms. Pande her full twelve week medical leave; and/or

(b)     deny Ms. Pande health benefits during part of her full twelve week medical leave; and/or

(c)     consider Ms. Pande's taking of medical leave as a negative factor in deciding not to hire her for alternative positions; and/or

(d)     consider Ms. Pande's taking of medical leave as a negative factor in deciding to terminate Ms. Pande's employment.

Yes _____            No _____

**If your answer to question 3 is yes, then answer question 4. If you answered no, please turn the page and go on to the next claim.**

4)      Were one or more of the above actions a substantial factor in causing harm to Ms. Pande?

Yes _____            No _____

**Please turn the page and go on to the next claim.**

2

**Claim for Retaliation**

Based on the Court's instructions about the law that applies to Ms. Pande's claims, we answer the questions submitted to us as follows:

5)     Did Ms. Pande complain to Chevron supervisors, employees or agents about gender discrimination and/or discrimination on the basis of race or national origin?

Yes _____          No _____

**If your answer to question 5 is yes, then answer question 6. If you answered no, please turn the page and go on to the next claim.**

6)     Did Chevron retaliate against Ms. Pande for her complaints about discrimination?

Yes _____          No _____

**If your answer to question 6 is yes, then answer question 7. If you answered no, please turn the page and go on to the next claim.**

7)     Was Chevron's retaliatory conduct a substantial factor in causing harm to Ms. Pande?

Yes _____          No _____

**Please turn the page and go on to the next claim.**

3

**Claim for Wrongful Discharge in Violation of Public Policy**

Based on the Court's instructions about the law that applies to Ms. Pande's claims, we answer the questions submitted to us as follows:

8)    Did Chevron terminate Ms. Pande's employment, with one or both of the following factors as a motivating reason for the termination?:

(a)  Ms. Pande's complaints to Chevron supervisors or agents about gender and/or race discrimination; and/or

(b)  Ms. Pande's taking medical leave.

Yes _____        No _____

**If your answer to question 8 is yes, then answer question 9. If you answered no, please go on to the next page.**

9)    Did the termination cause Ms. Pande harm?

Yes _____        No _____

**Please go on to the next page.**

4

**Damages and Punitive Damages**


**Please answer question 10 if you answered yes to at least one of the following questions: question 2, question 4, question 7, and/or question 9.  If you did not answer yes to one or more of those questions (questions 2, 4, 7 or 9), please go to the end of this form and sign and date it.**

10)    What are Ms. Pande's damages?

    a.  Past economic loss                      $ _____

    b.  Future economic loss                  $ _____

                                       TOTAL $_____

**Please go on to the next question.**


11)    Did Chevron engage in its conduct towards Ms. Pande with malice, oppression, or fraud?

                  Yes _____              No _____

**If your answer to question 11 is yes, then answer question 12. If you answered no, please go to the end of this form and sign and date it.**


12)    What amount of punitive damages, if any, do you award Ms. Pande?

                                             $ _____


**Signed:**    _____

**Presiding Juror:**    _____

**Dated:**    _____

**After it has been signed, deliver this verdict form to the [clerk/bailiff/judge].**

397471.01