Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (SBN184764)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON
CORPORATION (f/k/a ChevronTexaco
Corporation) and CHEVRON INTERNATIONAL
EXPLORATION & PRODUCTION
(f/k/a ChevronTexaco Overseas Petroleum),
a division of Chevron U.S.A. Inc.

KEKER & VAN NEST, LLP
SUSAN J. HARRIMAN (SBN 111703)
CHRISTA M. ANDERSON (SBN 184325)
710 Sansome Street
San Francisco, CA 94111-1704
Tel. (415) 391-5400
Fax (415) 397-7188

Attorneys for Plaintiff KIRAN PANDE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>              Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.<br><br>              Defendants. | Case No. C 04-5107 CW<br><br>**STIPULATED REQUEST FOR ASSIGNMENT TO A UNITED STATES MAGISTRATE JUDGE**<br><br>Trial Date:      October 9, 2007<br>Time:            8:30 a.m.<br>Place:           Courtroom 2<br>Pre-Trial Conf.:  May 22, 2007<br><br>Complaint filed:   December 2, 2004 |

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

STIPULATED REQUEST FOR ASSIGNMENT TO A UNITED STATES MAGISTRATE JUDGE;
AND [PROPOSED] ORDER
Case No. C 04-5107 CW

1    Plaintiff Kiran Pande and Defendants CHEVRON CORPORATION (formerly

2 known as ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION

3 & PRODUCTION COMPANY (formerly known as ChevronTexaco Overseas Petroleum), a

4 division of Chevron U.S.A. Inc. (hereinafter "Defendants") hereby stipulate and request an

5 Order assigning this case to one of the three United States Magistrate Judges listed below

6 for further proceedings in this case, including trial and the entry of final judgment.  Appeal

7 from the judgment shall be taken directly to the United States Court of Appeals for the Ninth

8 Circuit.

9

10    Specifically, the parties stipulate and agree as follows:

11

12 1.    That this matter may be assigned to either Magistrate Judge Joseph C. Spero,

13    Chief Magistrate Judge James Larson, or Magistrate Judge Maria-Elena

14    James for all further proceedings including trial, except as set forth in

15    paragraph 2 below; and

16

17 2.    That Defendants' Motion *In Limine* To Exclude Testimony And Evidence

18    Suggesting Plaintiff Is Entitled To Relief On Her FMLA and CFRA Claims

19    (Motion *In Limine* Number One) be excluded from any such reassignment to

20    permit Judge Wilken the authority and opportunity to issue a ruling on the

21    Motion *In Limine.*  This Motion *In Limine* is currently under submission, and all

22    briefing and oral argument on such motion has been completed; and

23

24 3.    The parties further agree to vacate the current trial date and that following

25    assignment to a Magistrate Judge, this matter shall be set for trial on a date

26    and time on or after October 9, 2007 that is agreeable to the Court and to all

27    parties.

28

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

1

**SO STIPULATED.**

2

3   Dated: September 6, 2007

MILLER LAW GROUP
A Professional Corporation

4

5   By:  _____/S/_____

Michele Ballard Miller
Attorneys for Defendants CHEVRON
6   CORPORATION (f/k/a ChevronTexaco
Corporation) and CHEVRON
7   INTERNATIONAL EXPLORATION &
PRODUCTION COMPANY (f/k/a
8   ChevronTexaco Overseas Petroleum), a
division of Chevron U.S.A. Inc.

9

10

11   Dated: September 6, 2007

KEKER & VAN NEST, LLP

12   By:  _____/S/_____

SUSAN J. HARRIMAN
13   CHRISTA M. ANDERSON
Attorneys for Plaintiff KIRAN PANDE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED THAT:**

1.  The trial date of October 9, 2007 is hereby vacated.

2.  This case is assigned to Magistrate Judge _____ for all further proceedings and for trial, except as set forth below.

3.  That The Honorable Claudia Wilken shall retain the authority to rule on Defendants' Motion In Limine Number One (To Exclude Testimony and Evidence Suggesting Plaintiff is Entitled to Relief on Her FMLA and CFRA Claims) as such motion is currently under submission, and all briefing and oral argument on such motion has been completed.

4.  The parties, in conjunction with the assigned Magistrate Judge shall set a trial date for this matter on or after October 9, 2007 that is agreeable to the Court and the parties.

Dated: _____        _____
                                                          UNITED STATES DISTRICT JUDGE

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA