1  Michele Ballard Miller (SBN 104198)
   Kerry McInerney Freeman (SBN184764)
2  Lisa C. Hamasaki (SBN 197628)
   MILLER LAW GROUP
3  A Professional Corporation
   60 E. Sir Francis Drake Blvd., Ste. 302
4  Larkspur, CA 94939
   Tel. (415) 464-4300
5  Fax (415) 464-4336

6  Attorneys for Defendants CHEVRON
   CORPORATION (f/k/a ChevronTexaco
7  Corporation) and CHEVRON INTERNATIONAL
   EXPLORATION & PRODUCTION
8  (f/k/a ChevronTexaco Overseas Petroleum),
   a division of Chevron U.S.A. Inc.

9
   KEKER & VAN NEST, LLP
10 SUSAN J. HARRIMAN (SBN 111703)
   CHRISTA M. ANDERSON (SBN 184325)
11 710 Sansome Street
   San Francisco, CA 94111-1704
12 Tel. (415) 391-5400
   Fax (415) 397-7188
13
   Attorneys for Plaintiff KIRAN PANDE
14
                UNITED STATES DISTRICT COURT
15
              NORTHERN DISTRICT OF CALIFORNIA
16

17
   KIRAN PANDE,                          Case No. C 04-5107 CW
18
                                         **ORDER GRANTING**
19          Plaintiff,                   **STIPULATED REQUEST FOR**
                                         **ASSIGNMENT TO A UNITED STATES**
20 v.                                    **MAGISTRATE JUDGE**

21                                       Trial Date:      October 9, 2007
   CHEVRON CORPORATION (f/k/a            Time:            8:30 a.m.
22 ChevronTexaco Corporation) and CHEVRON Place:          Courtroom 2
   INTERNATIONAL EXPLORATION &           Pre-Trial Conf.: May 22, 2007
23 PRODUCTION (f/k/a ChevronTexaco
   Overseas Petroleum), a division of Chevron   Complaint filed:  December 2, 2004
24 U.S.A. Inc.

25
            Defendants.
26

27

28
   STIPULATED REQUEST FOR ASSIGNMENT TO A UNITED STATES MAGISTRATE JUDGE;
                       AND [PROPOSED] ORDER
                        Case No. C 04-5107 CW

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

Plaintiff Kiran Pande and Defendants CHEVRON CORPORATION (formerly known as ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION COMPANY (formerly known as ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc. (hereinafter "Defendants") hereby stipulate and request an Order assigning this case to one of the three United States Magistrate Judges listed below for further proceedings in this case, including trial and the entry of final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Specifically, the parties stipulate and agree as follows:

1.    That this matter may be assigned to either Magistrate Judge Joseph C. Spero, Chief Magistrate Judge James Larson, or Magistrate Judge Maria-Elena James for all further proceedings including trial, except as set forth in paragraph 2 below; and

2.    That Defendants' Motion *In Limine* To Exclude Testimony And Evidence Suggesting Plaintiff Is Entitled To Relief On Her FMLA and CFRA Claims (Motion *In Limine* Number One) be excluded from any such reassignment to permit Judge Wilken the authority and opportunity to issue a ruling on the Motion *In Limine.*  This Motion *In Limine* is currently under submission, and all briefing and oral argument on such motion has been completed; and

3.    The parties further agree to vacate the current trial date and that following assignment to a Magistrate Judge, this matter shall be set for trial on a date and time on or after October 9, 2007 that is agreeable to the Court and to all parties.

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

1    **SO STIPULATED.**

2

3    Dated:  September 6, 2007                    MILLER LAW GROUP
                                                A Professional Corporation
4
                                                By:  _____/S/_____
5                                                   Michele Ballard Miller
                                                Attorneys for Defendants CHEVRON
6                                                CORPORATION (f/k/a ChevronTexaco
                                                Corporation) and CHEVRON
7                                                INTERNATIONAL EXPLORATION &
                                                PRODUCTION COMPANY (f/k/a
8                                                ChevronTexaco Overseas Petroleum), a
                                                division of Chevron U.S.A. Inc.
9

10

11   Dated:  September 6, 2007                    KEKER & VAN NEST, LLP

12                                               By:  _____/S/_____
                                                    SUSAN J. HARRIMAN
13                                                  CHRISTA M. ANDERSON
                                                Attorneys for Plaintiff KIRAN PANDE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

1

## ~~[PROPOSED]~~ ORDER

2

3

**IT IS HEREBY ORDERED THAT:**

4

5

     1.     The trial date of October 9, 2007 is ~~hereby vacated.~~  **maintained**

6

     2.     This case is assigned to Magistrate Judge ____**Spero**____ for all further

7

     proceedings and for trial, except as set forth below.

8

     3.     That The Honorable Claudia Wilken shall retain the authority to rule on

9

     Defendants' Motion In Limine Number One (To Exclude Testimony and

10

     Evidence Suggesting Plaintiff is Entitled to Relief on Her FMLA and

11

     CFRA Claims) as such motion is currently under submission, and all

12

     briefing and oral argument on such motion has been completed.

13

     4.     The parties, in conjunction with the assigned Magistrate Judge shall set

14

     **any needed pretrial proceedings.**

~~a trial date for this matter on or after October 9, 2007 that is agreeable~~

15

~~to the Court and the parties.~~

16

17

Dated: _____    9/11/07       _____

18

                                 UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA