**United States District Court**

For the Northern District of California

1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7   KIRAN PANDE,                          No. C 04-5107 (JCS)
8              Plaintiff(s),
                                          CLERK'S NOTICE
9        v.
10   CHEVRONTEXACO CORPORATION,  ET
    AL,
11
12              Defendant(s).
13   _____/
14   TO ALL PARTIES AND COUNSEL OF RECORD:
15
16       YOU ARE NOTIFIED THAT a Final Pretrial Conference, before Magistrate Judge Spero,
17   has been set for **Friday, September 28, 2007, at 1:30 p.m.,** Courtroom A, 15th Floor, 450 Golden
18   Gate Avenue, San Francisco, California.
19
20   Dated:  September 17, 2007
21                                        FOR THE COURT,
                                          Richard W. Wieking, Clerk
22
23                                   by:  _____
                                          Karen L. Hom
24                                        Courtroom Deputy
25
26
27
28