KEKER & VAN NEST, LLP
SUSAN J. HARRIMAN - #111703
CHRISTA M. ANDERSON - #184325
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
KIRAN PANDE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE, | Case No. 04-5107 CW |
| Plaintiff, | **NOTICE OF ERRATA** |
| v. | |
| CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A., Inc., | Date Comp. Filed:  December 2, 2004  Trial Date:  October 9, 2007 |
| Defendants. | |

403055.01

NOTICE OF ERRATA
CASE NO. 04-5107 CW

1  Plaintiff Kiran Pande submits this Notice of Errata regarding two corrections to previous
2 trial pleadings:

3  First, Pande hereby withdraws Exhibit 24 from her Exhibit List filed on May 8, 2007.
4 This exhibit will not be included in Pande's final set of exhibits filed on September 24, 2007.

5  Second, Pande submits a correction to Proposed Jury Instruction No. 2 in the Revised
6 Joint Proposed Jury Instructions filed June 21, 2007.  In a continued effort to resolve the parties'
7 dispute over part of this instruction, Pande hereby corrects (and offers as a compromise) the
8 current disputed language "denying her health benefits during the same time period" to read
9 instead "cancelling her health insurance."

Respectfully submitted,

Dated:  September 20, 2007  KEKER & VAN NEST, LLP

By:  /s/ Susan J. Harriman
SUSAN J. HARRIMAN
CHRISTA M. ANDERSON
Attorneys for Plaintiff
KIRAN PANDE