Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (SBN 184764)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>    Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.<br><br>    Defendants. | Case No. 04-5107 JCS<br><br>**DECLARATION OF CHERYL BOWER REGARDING FAILED ATTEMPTS TO FILE DEFENDANTS' FINAL WITNESS LIST, OBJECTIONS TO PLAINTIFF'S DEPOSITION EXCERPTS AND REQUEST FOR VIDEO OR TELEPHONIC TESTIMONY ELECTRONICALLY**<br><br>Trial Date:       October 9, 2007<br>Time:             8:30 a.m.<br>Place:            Courtroom A, 15th Floor<br>Pre-Trial Conf.:  September 28, 2007<br><br>Complaint filed: December 2, 2004<br><br>Honorable Joseph C. Spero |

I, Cheryl Bower, declare:

1. I am an employee at the law firm of Miller Law Group, 60 E. Sir Francis Drake Blvd., Suite 302, Larkspur, CA 94939. As such, I have the ability to electronically file documents as requested by accessing the Internet via my web browser.

2. On Monday, September 24, 2007, I attempted to electronically file the following three documents using the Court's Electronic Case Filing System: (1) Defendants' Final Witness List; (2) Defendants' Objections To The Deposition Excerpts Of Kathy Mabe And Tayo Feyijimi As Designated By Plaintiff Kiran Pande; and (3) Defendants' Request To Put On Trial Testimony Via Video Or Telephone. I attempted to file these documents on at least three separate occasions on September 24 – once at approximately 2:20 p.m., again at 3:30 p.m. and a third time just after 4:00 p.m. I was unable to file these three documents on September 24, 2007 since the Electronic Case Filing System for the United States District Court, Northern District of California was OFFLINE.

3. On Tuesday, September 25, 2007, I again attempted to file these three documents on several occasions including at 8:30 a.m., 11:00 a.m., 12:10 p.m. and 1:10 p.m. Again, I was unable to file these documents since the Electronic Case Filing System for the United States District Court, Northern District of California remained OFFLINE.

4. Pursuant to the Court's General Order No. 45.VI.E., I am filing this Declaration attesting to my failed attempts to file electronically.

///

///

///

1

DECLARATION OF CHERYL BOWER REGARDING FAILED ATTEMPTS TO FILE ELECTRONICALLY
Case No. 04-5107 JCS

1    I declare under penalty of perjury under the laws of the United States and the
2  state of California that the foregoing is true and correct. Executed September 25, 2007, at
3  Larkspur, California.

_____
Cheryl Bower