Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (SBN184764)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.<br><br>　　　　Defendants. | Case No. 04-5107 JCS<br><br>**DEFENDANTS' REQUEST TO PUT ON TRIAL TESTIMONY VIA VIDEO OR TELEPHONE**<br><br>Trial Date:　　　October 9, 2007<br>Time:　　　　　 8:30 a.m.<br>Place:　　　　　Courtroom A, 15th Floor<br>Pre-Trial Conf.:　September 28, 2007<br><br>Complaint filed: December 2, 2004<br><br>Honorable Joseph C. Spero |

Defendants CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY and CHEVRON CORPORATION (collectively "Defendants") anticipate the need to call certain witnesses during trial to testify about specific job selection decisions and the reasons that Ms. Pande was not selected for the various positions in and around 2003.  These witnesses are listed generally on Defendants' Final Witness List, paragraphs 13-31.

As made clear by Defendants' Final Witness List, certain witnesses may be able to testify about more than one job selection decision.  However, to the extent such testimony is necessary, numerous witnesses will be required to obtain testimony about the various selection decisions.  In light of the fact that the need for such testimony is tenuous, that the amount of anticipated testimony from each such witness is minimal, and because these witnesses are located around the country and around the world – in locations including Australia, Indonesia, Canada, Angola and England – Defendants respectfully request the Court's permission to have such witnesses testify via either telephone or, where availabe, via video link.

Dated:  September 24, 2007

MILLER LAW GROUP
A Professional Corporation

By: _____/S/_____
Michele Ballard Miller
Attorneys for Defendants CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.