1  KEKER & VAN NEST, LLP
   SUSAN J. HARRIMAN - #111703
2  CHRISTA M. ANDERSON - #184325
   710 Sansome Street
3  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
4  Facsimile: (415) 397-7188

5  Attorneys for Plaintiff
   KIRAN PANDE

6

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | KIRAN PANDE,                          | Case No. 04-5107 CW
13 |                    Plaintiff,          | **PLAINTIFF'S DESIGNATION OF DEPOSITION EXCERPTS TO BE OFFERED AT TRIAL**
14 |        v.                              |
15 | CHEVRON CORPORATION (f/k/a             |
   | CHEVRONTEXACO CORPORATION), a          |
16 | Delaware corporation,                  |
   | CHEVRON INTERNATIONAL                  | Date Comp. Filed:   December 2, 2004
17 | EXPLORATION & PRODUCTION (f/k/a        |
   | CHEVRONTEXACO OVERSEAS                 | Trial Date:         October 9, 2007
18 | PETROLEUM COMPANY),                    |
   | a division of Chevron U.S.A., Inc.,    |
19 |                                        |
   |                    Defendants.         |
20

403275.01

PLAINTIFF'S DESIGNATION OF DEPOSITION EXCERPTS TO BE OFFERED AT TRIAL
CASE NO. 04-5107 CW

Plaintiff Kiran Pande hereby designates the attached deposition testimony for potential use in her case in chief, pursuant to the Court's standard order governing pretrial submissions. Plaintiff understands that Defendants intend to produce these witnesses at trial; however, in an abundance of caution, Plaintiff designates these deposition excerpts. Defendants have declined to provide specific objections to each of Plaintiff's designations, and have instead submitted the attached general statement entitled Defendants' Objections To The Deposition Excerpts Of Kathy Mabe And Tayo Feyijimi As Designated By Plaintiff Kiran Pande (Exhibit C hereto). Attached as Exhibit A are true and correct copies of Plaintiff's designated excerpts from the deposition of Tayo Feyijimi, dated October 26, 2006. Attached as Exhibit B are true and correct copies of Plaintiff's designated excerpts from the deposition of Kathy Mabe, dated October 18, 2006. Plaintiff reserves the right to offer other deposition testimony at trial for impeachment or rebuttal.

Dated: September 24, 2007

Respectfully submitted,

KEKER & VAN NEST, LLP

By: _____
SUSAN J. HARRIMAN
CHRISTA M. ANDERSON
Attorneys for Plaintiff
KIRAN PANDE