1  KEKER & VAN NEST, LLP
   SUSAN J. HARRIMAN - #111703
2  CHRISTA M. ANDERSON - #184325
   710 Sansome Street
3  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
4  Facsimile: (415) 397-7188

5  Attorneys for Plaintiff
   KIRAN PANDE

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12 | KIRAN PANDE,                              | Case No.: 04-5107 JCS
13 |                          Plaintiff,       |
14 |    v.                                     | DECLARATION OF BRYANT CAVERS
                                                 REGARDING FAILED ATTEMPTS TO
15 | CHEVRON CORPORATION (f/k/a                 | FILE PLAINTIFF'S DESIGNATION OF
   | CHEVRONTEXACO CORPORATION), a              | DEPOSITION EXCERPTS TO BE
16 | Delaware corporation,                      | OFFERED AT TRIAL
   | CHEVRON INTERNATIONAL
17 | EXPLORATION & PRODUCTION (f/k/a
   | CHEVRONTEXACO OVERSEAS
18 | PETROLEUM COMPANY),                        | Date Comp. Filed:  December 4, 2004
   | a division of Chevron U.S.A., Inc.,
19 |                                            | Trial Date: October 9, 2007
   |                          Defendants.
20

21

22

23       I, Bryant Cavers, declare:

24       1.     I am an employee of Keker & Van Nest, LLP, 710 Sansome Street, San

25 Francisco, CA 94111. As such, I have the ability to electronically file documents as requested

26 by accessing the Internet via my web browser.

27       2.     On Monday, September 24, 2007, I attempted to electronically file the following

28 document using the Court's Electronic Case Filing System: PLAINTIFF'S DESIGNATION

                                          1
403409.01
                                        CASE NO.

1  OF DEPOSITION EXCERPTS TO BE OFFERED AT TRIAL. I attempted to file this
2  document on at least three separate occasions on September 24 -- once at approximately 2:00
3  p.m., again at 3:30 p.m. and a third time just after 4:00 after calling and speaking with Judge
4  Wilken's clerk. I was unable to file this document on September 24, 2007 since the
5  Electronic Case Filing System for the United States District Court, Northern District of
6  California was OFFLINE and remained so the until the afternoon of September 25, 2007.
7        3.    Pursuant to the Court's General Order No. 45 V.I.E., I am filing this
8  Declaration attesting to my failed attempts to file electronically.
9        I declare under penalty of perjury under the laws of the United States and the state of
10 California that the foregoing is true and correct. Executed September 25, 2007 at San
11 Francisco, California.

_____
BRYANT CAVERS

403409.01

2

CASE NO.