1  KEKER & VAN NEST, LLP
   SUSAN J. HARRIMAN - #111703
2  CHRISTA M. ANDERSON - #184325
   710 Sansome Street
3  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
4  Facsimile: (415) 397-7188

5  Attorneys for Plaintiff
   KIRAN PANDE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KIRAN PANDE, | Case No. 04-5107 CW |
|---|---|
| Plaintiff, | **PLAINTIFF'S FINAL WITNESS LIST** |
| v. | |
| CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A., Inc., | Date Comp. Filed: December 2, 2004<br>Trial Date: October 9, 2007 |
| Defendants. | |

403048.01

PLAINTIFF'S FINAL WITNESS LIST
CASE NO. 04-5107 CW

Plaintiff, KIRAN PANDE, intends to call the following persons to testify during her case in chief:

| Name | Subject Matter | Estimated Time |
|---|---|---|
| 1. Jalaleddin Afifi | Mr. Afifi was a coworker of Ms. Pande who similarly turned down the offer to move to Houston. He will testify about his decisions regarding the move to Houston and his subsequent re-employment in a different position with Chevron. He will also testify about his personal perceptions regarding Ms. Pande's job-related abilities. | 30 minutes |
| 2. Robert Burkes | Mr. Burkes will testify about his decision to turn down the offer to move to Houston and his subsequent re-employment in a different position within Chevron. He will also testify about his personal perceptions regarding Ms. Pande's job-related abilities, and his conversations with Ms. Pande concerning the November 4 conference call. | 30 minutes |
| 3. Guadalupe DeJong | Ms. DeJong will testify about the move to Houston and conversations between Mr. Dunn and Ms. Pande. | 30 minutes |
| 4. Tayo Feyijimi | Mr. Feyijimi attended the November 4, 2003 telephone conference and will testify about Mr. Dunn's inappropriate conduct towards Ms. Pande and Ms. Pande's work performance. | 30 minutes |

| Name | Subject Matter | Estimated Time |
|---|---|---|
| 5. Kathy Mabe | Ms. Mabe will testify about Mr. Dunn's inappropriate conduct towards Ms. Pande, her conversations with Ms. Pande concerning the November 4 conference call, and Ms. Pande's work performance. | 30 minutes |
| 6. Charles Mahla | EconOne, 555 University Ave., Sacramento, CA 95825, (916) 576-0366. Mr. Mahla will testify as an expert witness as to plaintiff's economic damages. | 1 hour |
| 7. Kiran Pande | Ms. Pande will testify as to the allegations supporting each of her causes of action, her damages, and her efforts to mitigate those damages. | 6 hours |
| 8. Don Paul | Mr. Paul will be asked about an e-mail that he wrote, unless Chevron stipulates to the admissibility of that e-mail. | 15 minutes |
| 9. Taryn Shawstad | Ms. Shawstad will testify about correspondence that she had with Ms. Pande, her investigation of Ms. Pande's claims, and Chevron's adherence or lack thereof to its policies. | 30 minutes |
| 10. Victoria Thompson | Ms. Thompson will testify about retaliation at Chevron and her views of Ms. Pande's job performance. | 30 minutes |

| | | |
|---|---|---|
| 1 | Dated: September 24, 2007 | KEKER & VAN NEST, LLP |

By:  /s/ Susan J. Harriman
SUSAN J. HARRIMAN
CHRISTA M. ANDERSON
Attorneys for Plaintiff
KIRAN PANDE