1   KEKER & VAN NEST, LLP
    SUSAN J. HARRIMAN - #111703
2   CHRISTA M. ANDERSON - #184325
    710 Sansome Street
3   San Francisco, CA 94111-1704
    Telephone: (415) 391-5400
4   Facsimile: (415) 397-7188

5   Attorneys for Plaintiff
    KIRAN PANDE

6

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11

12  KIRAN PANDE,                              Case No.: 04-5107 JCS

13                        Plaintiff,

14          v.                                DECLARATION OF BRYANT CAVERS
                                              REGARDING FAILED ATTEMPTS TO
15  CHEVRON CORPORATION (f/k/a                FILE PLAINTIFF'S FINAL WITNESS
    CHEVRONTEXACO CORPORATION), a             LIST
16  Delaware corporation,
    CHEVRON INTERNATIONAL
17  EXPLORATION & PRODUCTION (f/k/a           Date Comp. Filed:    December 4, 2004
    CHEVRONTEXACO OVERSEAS
18  PETROLEUM COMPANY),                       Trial Date: October 9, 2007
    a division of Chevron U.S.A., Inc.,
19
                          Defendants.
20

21

22

23          I, Bryant Cavers, declare:

24          1.      I am an employee of Keker & Van Nest, LLP, 710 Sansome Street, San

25  Francisco, CA 94111. As such, I have the ability to electronically file documents as requested

26  by accessing the Internet via my web browser.

27          2.      On Monday, September 24, 2007, using the Court's Electronic Case Filing

28
                                            1
    ──────────────────────────────────────────────────────────
    DECLARATION OF BRYANT CAVERS REGARDING FAILED ATTEMPTS TO FILE PLAINTIFF'S FINAL
                                       WITNESS LIST
                                  CASE NO. 04-5107 JCS

403409.01

1 System, I was unable to file PLAINTIFF'S FINAL WITNESS LIST. I attempted to file other

2 documents on at least three separate occasions on September 24 – once at approximately

3 2:00 p.m., again at 3:30 p.m. and a third time just after 4:00. I was unable to file any

4 document on September 24, 2007 since the Electronic Case Filing System for the United

5 States District Court, Northern District of California was OFFLINE and remained so the until

6 the afternoon of September 25, 2007.

7     3.     Pursuant to the Court's General Order No. 45 V.I.E., I am filing this

8 Declaration attesting to my failed attempts to file electronically.

9     I declare under penalty of perjury under the laws of the United States and the state of

10 California that the foregoing is true and correct. Executed September 25, 2007 at San

11 Francisco, California.

12

13

14

15

16                           BRYANT CAVERS

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF BRYANT CAVERS REGARDING FAILED ATTEMPTS TO FILE PLAINTIFF'S FINAL
WITNESS LIST
CASE NO. 04-5107 JCS

403409.01