Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (SBN 184764)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM and improperly sued as CHEVRONTEXACO OVERSEAS PETROLEUM PACIFIC COMPANY) AND CHEVRON CORPORATION (formerly known as CHEVRONTEXACO CORPORATION)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, and CHEVRON INTERNATIONAL EXPLORATION and PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc.<br><br>Defendants. | Case No. C 04-5107 CW<br><br>**DEFENDANTS' FINAL WITNESS LIST**<br><br>Trial Date:      October 9, 2007<br>Time:            8:30 a.m.<br>Place:           Courtroom A, 15th Floor<br>Pre-Trial Conf.: September 28, 2007<br><br>Complaint filed: December 2, 2004<br><br>Honorable Joseph C. Spero |

Pursuant to the Court's Order for Pretrial Preparation, Defendants Chevron Corporation (formerly known as ChevronTexaco Corporation) and Chevron International Exploration & Production Company ("CIEP" – formerly known as ChevronTexaco Overseas Petroleum – "CTOP"), a division of Chevron U.S.A., Inc., (collectively "Defendants") hereby submit and file the following amended list of witnesses who may be called in support of Defendants case in chief.  Defendants have requested that some of the witnesses listed below be allowed to appear via deposition, video-conference, videotape or other means.

1.   **Jean Pierre Camy**, Technical Manager for Chevron Business Development, Inc.  Mr. Camy may be called to testify concerning Ms. Pande's job performance and conduct in and about 1998 and 1999 and about her subsequent efforts to find employment positions with Chevron in and about 2003 and early 2004.  [Estimated time of direct examination:  30 minutes]

2.   **Jack Dunn**, former Manager of New Field Development in CTOP's Southern Africa Strategic Business Unit ("SASBU"), Angola Block 14, and Ms. Pande's supervisor while Ms. Pande was employed as a Simulation Engineer in Block 14.  Mr. Dunn may be called to testify regarding Ms. Pande's performance and conduct while he supervised her, as well as her decision to decline the Company's offer to transfer her to Houston with the rest of her department, and the effect of that decision.  [Estimated time of direct examination:  6 hours]

3.   **Tayo Feyijimi**, Petroleum Engineer, Plot 14, New Field Development with SASBU from February 2002 through the SASBU transfer to Houston, Texas.  Mr. Feyijimi may be called to testify concerning Ms. Pande's job performance and conduct while employed by SASBU in or about 2002 to late 2003.  Mr. Feyijimi may also be called to testify about Ms. Pande's rapport with her former supervisor, Jack Dunn, and

1  information relating to Mr. Dunn's performance and conduct.  [Estimated time of direct
2  examination:  one hour 30 minutes]

4      4.    **Kelly Hartshorn**, a CTOP employee responsible for "Opportunity
5  Assessment" while Ms. Pande was searching for positions within various Chevron-related
6  entities.  Ms. Hartshorn may be called to testify regarding Ms. Pande's search for alternate
7  positions within CIEP and other Chevron-related entities.  She may also be called to testify
8  about Ms. Pande's salary action in April 2003.  She may also be called to testify about the
9  selection process and the selection decisions for a number of positions that Plaintiff claims
10 she was unlawfully denied. [Estimated time of direct examination:  two hours 30 minutes]

12     5.    **James ("Jay") Johnson**, Director of Business Development and
13 Planning for CTOP from approximately February 2002 until March 2003, and Rex
14 Mitchell's supervisor during that period of time.  Mr. Johnson may be called to testify
15 regarding Plaintiff's performance and conduct while employed in Business Development
16 and Planning, including issues relating to Plaintiff's allegations concerning her relationship
17 and treatment by Mr. Rex Mitchell and the investigation of same.  Mr. Johnson may also
18 be called to testify regarding Plaintiff's efforts to find alternate positions within Chevron-
19 related entities in 2002.  [Estimated time of direct examination:  two hours]

21     6.    **Kathleen Mabe**, with SASBU, Block 14, from 2000 until after the
22 Houston relocation in December 2003.  Ms. Mabe may be called to testify concerning Ms.
23 Pande's job performance and conduct while working with SASBU.  Ms. Mabe may also be
24 called to testify regarding Ms. Pande's rapport with her former supervisor, Jack Dunn, and
25 information relating to Mr. Dunn's performance and conduct. [Estimated time of direct
26 examination:  two hours 30 minutes]

27
28

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

7.     **Rex Mitchell**, the Manager of Business and Strategic Planning for CTOP and Plaintiff's supervisor during her employment in that group.  Mr. Mitchell may be called to testify regarding Plaintiff's performance and conduct while employed in the Business Development and Planning Group.  Mr. Mitchell may also be called to testify regarding Plaintiff's efforts to find alternate positions with Chevron–related entities in 2002 and 2003 and any role he may have played in any job selection decisions.  [Estimated time of direct examination:  five hours]

8.     **Zuwa Omoregie**, Team leader, Petroleum Engineering Consulting Services in Chevron's Energy Technology Company in and about 2003-2004.  Mr. Omoregie may be called to testify concerning Ms. Pande's performance and conduct and her efforts to find employment positions with Chevron in and about 2003 and early 2004. [Estimated time of direct examination:  one hour]

9.     **Iris Owens**, Administrator in Business Development and Planning in or about 2002.  Ms. Owens may be called to testify concerning Ms. Pande's performance and conduct while employed in the Business Development and Planning Group and about Plaintiff's allegations and assertions regarding Mr. Rex Mitchell.  [Estimated time of direct examination:  30 minutes]

10.    **Brian Smith**, Petroleum Engineering Sponsor in 2002 through late 2003.  Mr. Smith may be called to testify concerning Ms. Pande's job performance, about her job history, and about her efforts to find employment positions within Chevron-related entities in and about 2002 and 2003.  [Estimated time of direct examination:  two hours]

11.    **Taryn Shawstad**, Human Resources General Manager during (at least) Ms. Pande's last two positions with CIEP.  Ms. Shawstad may be called to testify regarding human resources issues that arose during Ms. Pande's employment, including

issues surrounding the end of Ms. Pande's employment and Ms. Pande's efforts to find an alternative position.  Ms. Shawstad may also testify about the existence and applicability of certain policies and guidelines applicable to Defendants, and the selection process and the selection decisions for a number of positions that Plaintiff claims she was unlawfully denied.   [Estimated time of direct examination:  three hours]

12. **Des King**, Chief Executive Officer of Caltex Australia, may be called to testify about the selection process and selection decision for position number 50048079, analyst with the Corporate Strategic Planning Department and his communications with Rex Mitchell concerning Ms. Pande.  [Estimated time of direct examination:  45 minutes]

13. **Steven Lambert** may be called to testify about the selection process and selection decision for a number of positions that Plaintiff claims she was unlawfully denied.   [Estimated time of direct examination:  20 minutes]

14. **Buster Hines** may be called to testify about the selection process and selection decision for a number of positions that Plaintiff claims she was unlawfully denied. [Estimated time of direct examination:  40 minutes]

15. **TV Viswanathan** may be called to testify about the selection process and selection decision for a number of positions that Plaintiff claims she was unlawfully denied.   [Estimated time of direct examination:  40 minutes]

16. **John Ladd** may be called to testify about the selection process and selection decision for a number of positions that Plaintiff claims she was unlawfully denied. [Estimated time of direct examination:  30 minutes]

17.  **James Bates** may be called to testify about the selection process and selection decision for a number of positions that Plaintiff claims she was unlawfully denied. [Estimated time of direct examination: 30 minutes]

18.  **George Alameda** may be called to testify about the selection process and selection decision for a number of positions that Plaintiff claims she was unlawfully denied.   [Estimated time of direct examination: 30 minutes]

19.  **Patrick Taylor** may be called to testify about the selection process and selection decision for a number of positions that Plaintiff claims she was unlawfully denied.   [Estimated time of direct examination: 30 minutes]

20.  **Cary Mrozowski** may be called to testify about the selection process and selection decision for a number of positions that Plaintiff claims she was unlawfully denied.   [Estimated time of direct examination: 30 minutes]

21.  **Janeen Judah** may be called to testify about the selection process and selection decision for a number of positions that Plaintiff claims she was unlawfully denied.   [Estimated time of direct examination: 20 minutes]

22.  **Nicola Woods** may be called to testify about the selection process and selection decision for a number of positions that Plaintiff claims she was unlawfully denied.   [Estimated time of direct examination: 20 minutes]

23.  **Bruce Reynolds** may be called to testify about the selection process and selection decision for a number of positions that Plaintiff claims she was unlawfully denied.   [Estimated time of direct examination: 20 minutes]

24.     **Chris Knaus** may be called to testify about the selection process and selection decision for a number of positions that Plaintiff claims she was unlawfully denied. [Estimated time of direct examination:  20 minutes]

25.     **Joe Naylor** may be called to testify about the selection process and selection decision for a number of positions that Plaintiff claims she was unlawfully denied. [Estimated time of direct examination:  40 minutes]

26.     **Paul Vita** may be called to testify about the selection process and selection decision for a number of positions that Plaintiff claims she was unlawfully denied. [Estimated time of direct examination:  20 minutes]

27.     **Andrew Michael O'Brien, M.S., C.R.C.** Mr. O'Brian may testify about his expert opinion as to Plaintiff Kiran Pande's job qualifications; about his expert opinion as to the availability of positions in the oil and gas industry for which Plaintiff was qualified from the date she was released to return to work to the present; about his expert opinions as to the efforts made by Plaintiff to obtain comparable employment in the oil and gas industry and whether such efforts were reasonable under the circumstances; about his expert opinion as to what efforts would have been reasonable for Plaintiff, or someone in her situation, to seek out or find comparable employment following separation from employment; about his expert opinion as to whether Plaintiff impeded or otherwise compromised her ability to find comparable employment following her separation from employment; and about his expert opinion concerning whether Plaintiff would, or should have found employment comparable to her employment with Defendants had she reasonably sought out or pursued such positions.  Mr. O'Brien may be contacted at: 2609 Capitol Avenue, Suite 5, Sacramento, CA  95816, (916) 444-5933.  [Estimated time of direct examination:  2 hours]

28.     **Margo Rich Ogus, Ph.D.** Dr. Ogus may testify about Plaintiff's alleged economic damages in rebuttal to Plaintiff's expert witness, Charles R. Mahla.  Dr. Ogus may be contacted at: Economic Solutions, Inc. 438 Cambridge Avenue, Suite 225, Palo Alto, CA 94306 (650)330-0345 [Estimated time of direct examination:  2 hours]

With the exceptions of the individuals listed in paragraphs 27 and 28 above, the aforementioned individuals should be contacted through Defendants' counsel, Miller Law Group, Wood Island Center, 60 E. Sir Francis Drake Blvd., Suite 302, Larkspur, CA 94939, (415) 464-4300.

Depending upon the evidence presented by Plaintiff in her case-in-chief, Defendants anticipate that they may need to call additional witnesses, not listed herein, for purposes of impeachment or rebuttal.  Accordingly, Defendants expressly reserve the right to call such witnesses, not in support of their case-in-chief, but rather for purposes of impeachment or rebuttal.

Dated:  September 28, 2007                    MILLER LAW GROUP
                                              A Professional Corporation

                                              By: _____/S/_____
                                                  Michele Ballard Miller
                                                  Attorneys for Defendants CHEVRON
                                                  CORPORATION (f/k/a ChevronTexaco
                                                  Corporation) and CHEVRON
                                                  INTERNATIONAL EXPLORATION &
                                                  PRODUCTION (f/k/a ChevronTexaco
                                                  Overseas Petroleum), a division of
                                                  Chevron U.S.A. Inc.