# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.  C 04-05107 JCS**

**CASE NAME: KIRAN PANDE v. CHEVRONTEXACO CORPORATION ET AL**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: Sept. 28, 2007    **TIME**: 42 mins | **COURT REPORTER**: Kathy Wyatt |
| **COUNSEL FOR PLAINTIFF:**<br>Susan J. Harriman<br>Audrey Walton-Hadlock | **COUNSEL FOR DEFENDANT:**<br>Janine S. Simerly<br>Michelle B. Miller<br>Lisa C. Hamasaki |

| PROCEEDINGS: | RULING: |
|---|---|
| 1. Final Pretrial Conference | Held. |
| 2. Dfts' Motion To Put on Trial Testimony Via Video or Telephone [docket no. 135] | Denied. |
| 3. Pla's Motion to Strike Dfts' Final Witness List [docket no. 138] | Granted in part, denied in part. |

**ORDERED AFTER HEARING:**
8 jurors will be selected.
Each side will have 3 pre-emptory challenges.
Total trial hours will be 20 hours.
Each side has 45 minutes for opening statements.
Trial schedule will be 8:30 a.m., to 2:00 p.m., with 2 breaks (15 mins and 30 mins).
By 10/5/7, the parties shall submit a joint one paragraph agreed upon statement about the case.
By 10/5/7, the parties shall submit a stipulation regarding the Corporate entity.
Parties stipulate that trial exhibits are authentic.
Parties shall submit a stip re: evidence on net worth.
Parties shall resubmit a joint agreed upon verdict form by 10/9/7.
Parties have agreed to use Courtroom D for the trial.

**ORDER TO BE PREPARED BY:**     () Plaintiff     () Defendant     () Court

**CASE CONTINUED TO:**   10/09/07 at 8:00 a.m., for Jury Trial.

**cc:**     Chambers; Karen
* (T) = Telephonic Appearance