```
 1  KEKER & VAN NEST, LLP
    SUSAN J. HARRIMAN - #111703
 2  CHRISTA M. ANDERSON - #184325
    710 Sansome Street
 3  San Francisco, CA  94111-1704
    Telephone:  (415) 391-5400
 4  Facsimile:  (415) 397-7188
 5  Attorneys for Plaintiff
    KIRAN PANDE
```

FILED

SEP 2 8 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation,<br>CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY),<br>a division of Chevron U.S.A., Inc.,<br><br>　　　　　　　Defendants. | Case No. 04-5107 JCS<br><br>[PROPOSED] ORDER GRANTING ACCESS TO COURTROOM<br><br><br>Date Comp. Filed:　December 2, 2004<br>Judge:　Hon. Joseph C. Spero<br>Trial Date:　October 9, 2007 |

---

[PROPOSED] ORDER GRANTING ACCESS TO COURTROOM
CASE NO. 04-5107 CW

403555.01

1  IT IS HEREBY ORDERED that, beginning October 4, 2007, counsel for plaintiff Kiran
2  Pande and their technical assistants shall be permitted to bring electronic equipment, exhibits,
3  and demonstrative objects into the courtroom of the Honorable Joseph C. Spero, located at 450
4  Golden Gate Avenue, San Francisco, California, Courtroom D, 15th Floor.

5  This permission shall extend to Susan J. Harriman, Christa M. Anderson, and Audrey
6  Walton-Hadlock, from the firm of Keker & Van Nest, LLP, and to any of their employees or
7  agents.

8  Except as otherwise ordered by the Court, these persons shall be allowed access as
9  ordered herein until the hearing in this matter is completed.

10  IT IS SO ORDERED.

12  Dated: September 28, 2007

    _____
    HONORABLE JOSEPH C SPERO
    United States Magistrate Judge

CASE NO. 04-5107 CW