**United States District Court**
For the Northern District of California

1
2
3
4                      UNITED STATES DISTRICT COURT
5                    NORTHERN DISTRICT OF CALIFORNIA
6
7    KIRAN PANDE,                          Case No. C04-5107 JCS
8              Plaintiff(s),
9         v.                              **ORDER**
10   CHEVRONTEXACO CORP., ET AL.,
11             Defendant(s).
12   _____/
13         IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall
14   furnish daily morning refreshments and pastries for the members of the jury in the above-entitled
15   matter beginning **October 10, 2007, at 7:30 a.m.**, for the duration of the trial, and lunch during jury
16   deliberations, at the expense of the United States.  The trial will be held in Courtroom D, 15th Floor,
17   450 Golden Gate Avenue, San Francisco, California 94102.
18         IT IS SO ORDERED.
19
20   Dated: October 1, 2007
21
22                                        _____
                                          JOSEPH C. SPERO
23                                        United States Magistrate Judge
24
25
26
27
28