UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIRAN PANDE,	Case No. C 04-5107 JCS

    Plaintiff(s),

v.	**FINAL PRETRIAL ORDER**

CHEVRONTEXACO CORPORATION, ET AL.,

    Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    On September 28, 2007, the Court held a Final Pretrial Conference in this matter. Susan J. Harriman and Audrey Walton-Hadlock appeared on Plaintiff; Janine S. Simerly, Michelle B. Miller, and Lisa C. Hamasaki appeared on behalf of Defendants. Good cause appearing, IT IS HEREBY ORDERED as follows:

    1.    The Court will have each prospective juror fill out a questionnaire in the form attached hereto as Exhibit A.

    2.    Each side is allocated twenty (20) hours to present its case. Opening statements and closing arguments are not included in the twenty hours. All time when one side is examining a witness, including time spent on objections during that examination, will count against that side's time.

    3.    **On or before October 5, 2007**, the parties shall file a stipulated version of Jury Instruction No. 2.

4. The Court DENIES the motion by Defendants to put on trial testimony via video or telephone.

5. **Not later than October 5, 2007**, the parties shall jointly advise the Court of the status of their negotiations designed to present a stipulation regarding the net worth of the Chevron International Exploration and Production Division as envisioned in the Order Denying Defendants' Motion for Bifurcation dated March 26, 2007.

6. The parties are directed to meet and confer regarding their disparate verdict forms in an effort to come up with a joint verdict form.

7. All parties stipulated to the authenticity of all proposed trial exhibits.

8. The parties shall present to the Court, **not later than October 5, 2007**, a stipulation so that only one Defendant, or one name covering both Defendants, need be used in the trial in this matter.

9. Each side shall have up to 45 minutes to present its opening statement.

10. During the trial, the parties shall comply with the Court's trial procedures as reflected in the standard form of pretrial order, a copy of which is attached hereto as Exhibit B.

IT IS SO ORDERED.

Dated: October 2, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge