Michele Ballard Miller (SBN 104198)
Janine S. Simerly (SBN 102361)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>        Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.<br><br>        Defendants. | Case No. 04-5107 JCS<br><br>**DEFENDANTS' NOTICE OF APPEARANCE OF ATTORNEY JANINE S. SIMERLY ON BEHALF OF DEFENDANTS**<br><br>Trial Date:   October 9, 2007<br>Time:         8:00 a.m.<br>Place:        Courtroom D, 15th Floor<br><br>Complaint filed: December 2, 2004<br><br>Honorable Joseph C. Spero |

Defendants CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY and CHEVRON CORPORATION (collectively "Defendants") hereby notify the Court, the Plaintiff and her counsel of record that attorney, Janine S. Simerly (California State Bar Number 102361), has now joined the Miller Law Group, counsel of record for the Defendants, as a shareholder. Ms. Simerly shall be appearing on behalf of the Defendants in this matter including at trial.

Dated: October 4, 2007

MILLER LAW GROUP
A Professional Corporation

By: /S/
Janine S. Simerly
Attorneys for Defendants CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.

Dated: October 4, 2007

MILLER LAW GROUP
A Professional Corporation

By: /S/
Michele Ballard Miller
Attorneys for Defendants CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.