1  KEKER & VAN NEST, LLP
   SUSAN J. HARRIMAN - #111703
2  CHRISTA M. ANDERSON - #184325
   710 Sansome Street
3  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
4  Facsimile: (415) 397-7188

5  Attorneys for Plaintiff
   KIRAN PANDE

6

7

8

9           UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11

12 | KIRAN PANDE,                                  | Case No. 04-5107 JCS
13 |                          Plaintiff,           | **JOINT STATEMENT OF THE CASE (JURY INSTRUCTION NO. 2)**
14 |       v.                                      |
15 | CHEVRON CORPORATION (f/k/a                    | Judge:            Hon. Joseph C. Spero
   | CHEVRONTEXACO CORPORATION), a
16 | Delaware corporation,                         | Date Comp. Filed: December 2, 2004
   | CHEVRON INTERNATIONAL
17 | EXPLORATION & PRODUCTION (f/k/a               | Trial Date:       October 9, 2007
   | CHEVRONTEXACO OVERSEAS
18 | PETROLEUM COMPANY),
   | a division of Chevron U.S.A., Inc.,
19 |
   |                          Defendants.
20

21

22

23

24

25

26

27

28

404027.01

JOINT STATEMENT OF THE CASE (JURY INSTRUCTION NO. 2)
CASE NO. 04-5107 JCS

As directed in the Court's Final Pretrial Order dated October 2, 2007, plaintiff and defendants jointly submit the following stipulated version of Jury Instruction No. 2:

*Plaintiff Kiran Pande claims that defendant Chevron violated both the Family Medical Leave Act ("FMLA") and the California Family Rights Act ("CFRA") by terminating her while she was on medical leave. Ms. Pande further claims that Chevron retaliated against her for complaining about discrimination and that Chevron's termination of her employment violated the public policy of the State of California. Chevron denies these claims and contends that the decision to terminate Ms. Pande's employment was unrelated to her medical leave. Chevron further contends that it did not retaliate against Ms. Pande and that the actions she complains of were taken for legitimate and lawful business reasons unrelated to her complaint of discrimination. Chevron also denies that the termination of Ms. Pande's employment violated any public policy.*

Respectfully submitted,

Dated: October 5, 2007

KEKER & VAN NEST, LLP

By: /s/ Susan J. Harriman
SUSAN J. HARRIMAN
CHRISTA M. ANDERSON
Attorneys for Plaintiff
KIRAN PANDE

Dated: October 5, 2007

MILLER LAW GROUP

By: Concurrence obtained General Order 45X.B
MICHELE BALLARD MILLER
Attorneys for Defendants
CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION COMPANY (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM), a division of Chevron U.S.A., Inc.