1  KEKER & VAN NEST, LLP
   SUSAN J. HARRIMAN - #111703
2  CHRISTA M. ANDERSON - #184325
   710 Sansome Street
3  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
4  Facsimile: (415) 397-7188

5  Attorneys for Plaintiff
   KIRAN PANDE

6

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | KIRAN PANDE,                          | Case No. 04-5107 JCS
13 |                        Plaintiff,     | **STIPULATION AND [PROPOSED] ORDER**
14 |        v.                             |
15 | CHEVRON CORPORATION (f/k/a            | Judge:              Hon. Joseph C. Spero
   | CHEVRONTEXACO CORPORATION), a         |
16 | Delaware corporation,                 | Date Comp. Filed:   December 2, 2004
   | CHEVRON INTERNATIONAL                 |
17 | EXPLORATION & PRODUCTION (f/k/a       | Trial Date:         October 9, 2007
   | CHEVRONTEXACO OVERSEAS                |
18 | PETROLEUM COMPANY),                   |
   | a division of Chevron U.S.A., Inc.,   |
19 |                                       |
   |                        Defendants.    |
20

21

22

23

24

25

26

27

28

403930.02                STIPULATION AND [PROPOSED] ORDER
                              CASE NO. 04-5107 JCS

1   As directed in the Court's Final Pretrial Order dated October 2, 2007, plaintiff Kiran
2  Pande and Defendants Chevron Corporation (f/k/a ChevronTexaco Corporation) and Chevron
3  International Exploration & Production Company (f/k/a ChevronTexaco Overseas Petroleum), a
4  division of Chevron U.S.A. Inc., submit the following stipulations.

5   Plaintiff and Defendants hereby agree and stipulate that both Defendants will remain as
6  parties throughout the trial, and that, in presenting this case before the jury, counsel will not
7  distinguish between the liability of Defendants in any way. The parties further agree and
8  stipulate that they may refer to Defendants collectively as "Chevron." If a verdict is reached
9  against Chevron, the parties agree and stipulate that Chevron U.S.A. Inc. will be the only entity
10 named in the judgment.

11   Subject to the provisions of the Court's March 26, 2007 Order regarding punitive
12 damages, the parties stipulate that Chevron's financial worth may be presented to the jury by
13 reading the following stipulated fact: *Chevron U.S.A., Inc. had a financial net worth of*
14 *approximately $20.8 billion as of December 31, 2006, and that financial net worth remains*
15 *approximately the same today as on that date.* This stipulation is based upon the parties'
16 stipulations that Chevron U.S.A. Inc. had net equity of approximately $20.8 billion as of
17 December 31, 2006, and that Chevron U.S.A. Inc.'s financial condition has not deteriorated in a
18 material amount since that date.

20   IT IS SO STIPULATED.
21 Dated: October 5, 2007                          KEKER & VAN NEST, LLP

                                                  By: /s/ Susan J. Harriman
                                                  SUSAN J. HARRIMAN
                                                  CHRISTA M. ANDERSON
                                                  Attorneys for Plaintiff
                                                  KIRAN PANDE

1  Dated: October 5, 2007                    MILLER LAW GROUP
2
3
                                             By: <u>Concurrence obtained General Order 45X.B</u>
4                                                MICHELE BALLARD MILLER
                                                 Attorneys for Defendants
5                                                CHEVRON CORPORATION (f/k/a
                                                 CHEVRONTEXACO CORPORATION)
6                                                and CHEVRON INTERNATIONAL
                                                 EXPLORATION & PRODUCTION
7                                                COMPANY (f/k/a CHEVRONTEXACO
                                                 OVERSEAS PETROLEUM), a division of
8                                                Chevron U.S.A., Inc.
9
10      PURSUANT TO STIPULATION, IT IS SO ORDERED.
11
12      Dated: October  9 , 2007
                                              _____
13                                            HONORABLE JOSEPH C. SPERO
                                              United States Magistrate Judge
14

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[Signature: Judge Joseph C. Spero]