UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL TRIAL MINUTES

**MAGISTRATE JUDGE JOSEPH C. SPERO**      **COURTROOM DEPUTY: Karen Hom**

**DATE: October 9, 2007**      **COURT REPORTER: Raynee Mercado**

**CASE NO.: C04-5107 JCS**      **TIME: 8:00 am to 2:45 PM**

**CASE NAME: Kiran Pande v. ChevronTexaco, Corp., et al.**

**TRIAL BEGAN: 10/09/07**      **TRIAL ENDED:**

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Susan Harriman | Janine Simerly |
| Christa Anderson | Michelle Ballard Miller |
|  | Lisa Hamasaki |

**PROCEEDINGS:**   Jury Trial - Day 1

Jury of 8 selected & sworn by the Clerk. Plaintiff and Defendants' opening statements. Dfts may not use Exh. No. 245 in their opening statement.  Pla's objection is overruled as to Dfts' Exh. No. 273.

| Trial Motions Heard: | Ruling: |
|---|---|
| 1.  Dfts' Oral Motion to Exclude Witnesses | GRANTED |
| 2.  Pla's Objections to use of Dfts Exh Nos. 245 & 273 | |

**Exhibits:**

**(SEE THE ATTACHED TRIAL WORKSHEET)**