UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C04-05107**  Case Name: **KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.**

**EXHIBIT and WITNESS LIST**

| **JUDGE** JOSEPH C. SPERO | **PLAINTIFF ATTORNEY:** Susan Harriman & Christa Anderson | **DEFENSE ATTORNEY**: Janine Simerly & Michelle Ballard Miller & Lisa Hamasaki |
|---|---|---|
| **TRIAL DATE:** October 9, 2007 | **REPORTER(S):** Raynee Mercado | **CLERK**: KAREN L. HOM |

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 7:45 AM | | | All counsel and parties present. |
| | | 8:10 AM | | | Court convenes. Jury not present. Court approved stipulated statement of the case and stipulation re: corporate entity. |
| | | | | | Court set the schedule for today. Jury panel will be brought down at 9:00 AM. Jury selection will begin at 10:00 AM. Jury will be told that the trial schedule will be from 8:30 AM to 3:00 PM. Court will take two breaks, the first one at 10:30 AM for 15 minutes and the second at Noon for 45 minutes. |
| | | 8:17 AM | | | Dfts' Oral Motion to Exclude Witnesses - GRANTED. |
| | | | | | Dfts' counsel introduced Chevron Corporate Counsel Jack Dunn and Pla introduced Kiran Pande, Plaintiff, to the Court. |
| | | 8:23 AM | | | Court heard oral argument re: protected activity testimony by Ms. Victoria Thompson regarding complaints. Court ruled testimony will be excluded. Court discussed Exhibit 20. Parties to work out a redaction to Exhibit 20 |
| | | 8:36 AM | | | Plaintiff disputed Dfts' Exhibit Nos. 245 and 273 to be used in Dfts' opening statements on hearsay grounds. Court ruled that no reference to Exh. 245 shall be made in Dfts' opening statement until Dfts can lay a foundation. |
| | | | | | Dfts' Exhibit No. 273 - Objection overruled. Exhibit is not hearsay. Dfts may use this exhibit in opening statement. Court will give limiting instruction offered to show what Ms. Hartshorn's state of mind re: recommendation of Ms. Pande & note prove truth as stated in the letter. |
| | | 9:00 AM | | | Court recessed. |
| | | 9:15 AM | | | Jury commissioner informed Court that jury panel is ready. Clerk requested that jury panel be brought to Courtroom D. |

Case No: **C04-05107**  Case Name: **KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.**

Date: 10/09/07

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 9:25 AM | | | Jury panel of 25 jurors present. Jury attendance taken by the clerk. Jurors given questionnaire to complete. Copies of confidential juror questionnaire given to counsel for review. Court will resume session at 10:10 AM. |
| | | 10:11 AM | | | Court resumes. Counsel, parties and jury present. |
| | | 10:15 AM | | | Trial juror voir dire oath administered by the Clerk. Jury selection began. Juror No. 17 - Maciey, excused. |
| | | 10:25 AM | | | Statement of case read to jury panel. Jury panel of 18 seated. |
| | | | | | Juror No. 16 - Lim, excused for hardship. Juror voir dire began. |
| | | 11:45 AM | | | Court recessed. |
| | | 11:55 AM | | | Counsel and parties convened to jury room for pre-emptory challenges. |
| | | 12:16 PM | | | Court reconvened. Counsel, parties, and jury present. |
| | | 12:20 PM | | | 8 trial jurors impaneled. Clerk administered trial juror oath. |
| | | 12:23 PM | | | Court recessed. All counsel, parties and jury instructed to return at 1:10 PM. |
| | | 1:11 PM | | | All counsel and parties present. Jury not present. |
| | | 1:14 PM | | | Jury present and given preliminary jury instructions. |
| | | 1:27 PM | | | Plaintiff's opening statement. |
| | | 2:00 PM | | | Defendants' opening statement |
| | | 2:38 PM | | | Conclusion of opening statements. Jury admonished and excused for the day. Jury instructed to return by 8:30 AM on 10/10/7. |
| | | 2:45 PM | | | Court adjourned for the day. |
| | | | | | |
| | | | | | |