UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL TRIAL MINUTES

**MAGISTRATE JUDGE JOSEPH C. SPERO**     **COURTROOM DEPUTY: Karen Hom**

**DATE:** October 10, 2007     **COURT REPORTER:** Raynee Mercado

**CASE NO.:** C04-5107 JCS     **TIME:** 8:00 AM to 10:30 AM
                                                        10:48 AM to 12:09 PM
                                                        12:53 PM to 2:01 PM
                                        Total: 5 hrs and 20 mins

**CASE NAME:** Kiran Pande v. ChevronTexaco, Corp., et al.

**TRIAL BEGAN:** 10/09/07     **TRIAL ENDED:**

**COUNSEL FOR PLAINTIFF:**     **COUNSEL FOR DEFENDANT:**
Susan Harriman                             Janine Simerly
Christa Anderson                          Michelle Ballard Miller
                                                        Lisa Hamasaki

**PROCEEDINGS:**     Jury Trial - Day 2
Parties stipulate to the redaction of Pla's Exh. #20.
Direct exam and cross-exam of Kiran Pande.
Jurors excused for the day and reminded of admonishment. Jurors instructed to return by 8:15 AM on 10/11/7.

**Trial Motions Heard:**     **Ruling:**

**Exhibits:**
Pla's Exh. Nos. 2, 7, 8, 11, 13, 14, 5, 19, 20, 21, 31, 37, 39, 40, 45, 48, 49, 46, 51, 90, 52, 57, 60, 62, 64, 65, 69, 72, 50, 67, 73, 74, 75, 82, 85, 88, 91, 92, 94, 32, 10.

**(SEE THE ATTACHED TRIAL WORKSHEET)**