UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C04-05107**  Case Name: **KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.**

**EXHIBIT and WITNESS LIST**

| **JUDGE** JOSEPH C. SPERO | **PLAINTIFF ATTORNEY:** Susan Harriman & Christa Anderson | **DEFENSE ATTORNEY**: Janine Simerly & Michelle Ballard Miller & Lisa Hamasaki |
|---|---|---|
| **TRIAL DATE:** October 10, 2007 | **REPORTER(S):** Raynee Mercado | **CLERK**: KAREN L. HOM |

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:00 AM | | | All counsel and parties present. Jury not present. |
| | | 8:13 AM | | | Court convened. Jury not present. Dfts' requested clarification re: Ms. Pande's testimony. |
| | | 8:27 AM | | | Court recessed. |
| | | 8:33 AM | | | Court reconvened. Jury not present. Discussion held regarding Plaintiff's demonstratives. |
| | | 8:34 AM | | | Parties stipulated to the redaction of Exhibit 20. The first two pages will be removed and the last page will be used. |
| | | 8:35 AM | | | Court recessed. Court awaiting arrival of Juror No. 1. |
| | | 8:47 AM | | | Court reconvened. Jury present. Court gave instruction regarding charts and summaries. |
| | | | | | Plaintiff called Kiran Pande to the stand. Clerk administered witness oath. Plaintiff's direct exam of Ms. Pande. |
| 2 | | 8:53 AM | X | X | Pla's Exh. #2 - Chevron Flyer. |
| 7 | | 8:56 AM | X | X | Pla's Exh. #7 - Chevron Recognition Award Flyer. |
| 8 | | 8:57 AM | X | X | Pla's Exh #8 - Chevron Bombay High Recognition Award. |
| 11 | | 9:07 AM | X | X | Pla's Exh #11 - Annual Performance Review for 1997. |
| 13 | | 9:14 AM | X | X | Pla's Exh. #13 - Annual Performance Review for 1999. |
| 14 | | 9:27 AM | X | X | Pla's Exh. #14 - Email from Rex Mitchell to Kiran Pande. |
| 5 | | 9:40 AM | X | X | Pla's Exh. #5 - Chevron Job Summary for Portfolio Analyst. |
| 19 | | 9:59 AM | X | X | Pla's Exh #19 - Annual Performance Review for 2001. |
| 20 | | 10:13 AM | X | X | Pla's Exh #20 - Bullet Points, bates stamp #6714. |

Case No: **C04-05107**   Case Name: **KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.**

Date: 10/10/07

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 21 | | 10:14 AM | X | X | Pla's Exh. #21 - Email from Kevin Connelly, dated 5/9/2. |
| | | 10:27 AM | | | Court recessed.  Jury admonished and retired to jury room. |
| | | 10:48 AM | | | Court resumed session.  All counsel and parties present. Jury not present. Ms. Pande cautioned re: Vicky Thompson complaints during testimony. |
| | | 10:51 AM | | | Jury present.  Continued direct exam of Kiran Pande. |
| 31 | | 10:54 AM | X | X | Pla's Exh. #31 - Email from Guadalupe Dejong re: Potential Houston move. |
| 37 | | 11:00 AM | X | X | Pla's Exh # 37 - Email from Guadalupe Dejong re: SASBU San Ramon Relocation to Houston. |
| 39 | | 11:03 AM | X | X | Pla's Exh #39 - Slides re: Houston move. |
| 40 | | 11:08 AM | X | X | Pla's Exh #40 - 6/2/3 letter from Chevron re: Houston Relocation offer. |
| 45 | | 11:21 AM | X | X | Pla's Exh # 45 - Email from Debi Olson re: Applications for Petroleum and Reservoir Engineering positions. |
| 48 | | 11:23 AM | X | X | Pla's Exh. #48 - Email to Antoinette McClung re: Application for Planning Analyst. |
| 49 | | 11:28 AM | X | X | Pla's Exh. #49 - Email exchange from Fall 2003 re: Sr Staff Business Analyst position. |
| 46 | | 11:30 AM | X | X | Pla's Exh. #46 - Email exchange from Jack Dunn re: DA Modeling Course. |
| 51 | | 11:37 AM | X | X | Pla's Exh. #51 - Email exchange from Jack Dunn, dated 10/23/03. |
| 90 | | 11:46 AM | X | X | Pla's Exh. #90 - Printout of Chevron's Disability Management Program. |
| 52 | | 11:50 AM | X | X | Pla's Exh. #52 - Letter from UNUM Provident, dated 10/29/3. |
| 57 | | 11:53 AM | X | X | Pla's Exh. #57 - Email from Jack Dunn to Kiran Pande. |
| 60 | | 12:03 PM | X | X | Pla's Exh. # 60 - Email from Jack Dunn to Kiran Pande re: Tombua F1 Transition Notes. |
| 62 | | 12:04 PM | X | X | Pla's Exh. #62 - Email from Jack Dunn to Kiran Pande re: 2003 vacation carry over. |

Case No: <u>**C04-05107**</u>  Case Name:  <u>**KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.**</u>

Date: 10/10/07

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
|  |  | <u>12:09 PM</u> |  |  | <u>Jury retired to the jury room for lunch. Jury reminded of admonishment.  Court will resume at 12:50 PM.</u> |
|  |  | <u>12:10 PM</u> |  |  | <u>Outside presence of jury, discussion held regarding schedule for remainder of today.</u> |
|  |  |  |  |  | <u>Court recessed.</u> |
|  |  | <u>12:53 PM</u> |  |  | <u>All counsel and parties present. Jury not present.</u> |
|  |  |  |  |  | <u>Court reconvened.</u> |
|  |  | <u>12:56 PM</u> |  |  | <u>Jury present.  Continued direct exam of Ms. Pande.</u> |
| <u>64</u> |  | <u>1:00 PM</u> | <u>X</u> | <u>X</u> | <u>Pla's Exh No. 64 - Voluntary Termination Letter from T.L. Shawstad.</u> |
| <u>65</u> |  | <u>1:03 PM</u> | <u>X</u> | <u>X</u> | <u>Pla's Exh No. 65 - Email from Jack Dunn dated 11/19/03.</u> |
| <u>69</u> |  | <u>1:05 PM</u> | <u>X</u> | <u>X</u> | <u>Pla's Exh No. 69 - Letter from Kiran Pande to Taryn Shawstad.</u> |
| <u>72</u> |  | <u>1:07 PM</u> | <u>X</u> | <u>X</u> | <u>Pla's Exh. No. 72 Letter from Taryn Shawstad re: Voluntary Termination.</u> |
| <u>50</u> |  | <u>1:09 PM</u> | <u>X</u> | <u>X</u> | <u>Pla's Exh. No. 50 Email from Kiran Pande re: severance package.</u> |
| <u>67</u> |  | <u>1:18 PM</u> | <u>X</u> | <u>X</u> | <u>Pla's Exh. No. 67 - Emails from Brian Smith.</u> |
| <u>73</u> |  | <u>1:23 PM</u> | <u>X</u> | <u>X</u> | <u>Pla's Exh. No. 73 - Email from Kiran Pande to Debi Olson Re: ETC dated 12/18/03.</u> |
| <u>74</u> |  | <u>1:26 PM</u> | <u>X</u> | <u>X</u> | <u>Pla's Exh. No. 74 - Email from Kiran Pande to Debi Olson Re: ETC dated 12/23/03.</u> |
| <u>75</u> |  | <u>1:27 PM</u> | <u>X</u> | <u>X</u> | <u>Pla's Exh. No. 75 - Email from Kiran Pande to Zuwa Omoregie re: Application for position in your group.</u> |
| <u>82</u> |  | <u>1:31 PM</u> | <u>X</u> | <u>X</u> | <u>Pla's Exh. No. 82 - HIPPA Cert. & Cert. Of Group Health Coverage.</u> |
| <u>85</u> |  |  | <u>X</u> | <u>X</u> | <u>Pla's Exh. No. 85 COBRA Information.</u> |
| <u>80</u> |  | <u>1:37 PM</u> | <u>X</u> |  | <u>Pla refers to Exh. No. 80 Mitigation Log.</u> |

Case No: **C04-05107**  Case Name: **KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.**

Date: 10/10/07

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 88 | | 1:40 PM | X | X | Pla's Exh. No. 88 - Income tax return for PetroAssets for 2005 (entire return) |
| 91 | | 1:42 PM | X | X | Pla's Exh. No. 91 - Income tax return for PetroAssets for 2006 (entire return). |
| 92 | | 1:45 PM | X | X | Pla's Exh. No. 92 - Stanford University W-2 for Kiran Pande for 2006. |
| 94 | | | X | X | Pla's Exh. No. 94 - Pay stub for Kiran Pande from Stanford University. |
| 32 | | 1:46 PM | X | X | Pla's Exh. No. 32 - Direct Deposit Statement from Chevron |
| 10 | | 1:48 PM | X | X | Pla's Exh. No. 10 - W-2 Wage & Tax Statement for Kiran Pande from Chevron. |
| | | 1:49 PM | | | Cross-examination of Kiran Pande. |
| | | 2:01 PM | | | Jury excused for the day and reminded of admonishment. Jurors instructed to return by 8:15 AM on 10/11/7. |
| | | | | | Court adjourned for the day. |
| | | | | | |
| | | | | | Time: Pla: 16:14:56.  Dft: 19:48:38 |