UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL TRIAL MINUTES

**MAGISTRATE JUDGE JOSEPH C. SPERO**     **COURTROOM DEPUTY:** <u>Karen Hom</u>

**DATE:** October 11, 2007     **COURT REPORTER:** Raynee Mercado

**CASE NO.:** C04-5107 JCS     **TIME:** 8:27 AM to 10:30 AM
                                10:50 AM to 12:05 PM
                                12:50 PM to 2:07 PM
                                Total time: 5 hrs 27 mins

**CASE NAME:** Kiran Pande v. ChevronTexaco, Corp., et al.

**TRIAL BEGAN:** 10/09/07     **TRIAL ENDED:**

**COUNSEL FOR PLAINTIFF:**     **COUNSEL FOR DEFENDANT:**
Susan Harriman                 Janine Simerly
Christa Anderson               Michelle Ballard Miller
                               Lisa Hamasaki

**PROCEEDINGS:**     Jury Trial - Day 3
Plaintiff's witness Taryn Lee Shawstad, continued cross-exam, re-direct exam, and re-cross-exam of Kiran Pande.

Jury excused, reminded of admonishment, and instructed to return on Monday, Oct. 15, 2007 by 8:15 AM for continued jury trial. Court adjourned for the day

| Trial Motions Heard: | Ruling: |
| --- | --- |
| 1. Proposed Stipulation re: Discrimination Claims. | Denied. |
| Court ruled that there will be no reference to the fact that discrimination claims were filed or dismissed in this case. | |
| 2. Dfts' request to mark Pla Kiran Pande's response to Dfts' ROGS, Set One as new exhibit no. 310 | Granted. |

Exhibits: Dft's Exh. Nos. 242 (only pages 2278 and 2355), 287 (only pages 1, 5, and 56), 286, 257, 268, 219, 276.

**(SEE THE ATTACHED TRIAL WORKSHEET)**