UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C04-05107**  Case Name: **KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.**

### EXHIBIT and WITNESS LIST

| JUDGE | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| JOSEPH C. SPERO | Susan Harriman & Christa Anderson | Janine Simerly & Michelle Ballard Miller & Lisa Hamasaki |

| TRIAL DATE: | REPORTER(S): | CLERK: |
|---|---|---|
| October 11, 2007 | Raynee Mercado | KAREN L. HOM |

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 7:55 AM | | | All counsel and parties present. Jury not present. |
| | | 8:27 AM | | | Court convened. Dft objected to the proposed stipulation regarding dropped discrimination claims. Oral argument heard. |
| | | | | | Court ruled that there will be no reference to the fact that discrimination claims were filed or dismissed in this case. |
| | | 8:35 AM | | | Jury present.  Plaintiff called witness Taryn Lee Shawstad. Clerk administered witness oath.  Pla's direct exam of Ms. Shawstad. |
| 64 | | 8:36 AM | | | Pla refers to Exh #64 Letter from Shawstad to Kiran Pande re: Voluntary Termination. |
| 69 | | 8:47 AM | | | Pla refers to Exh #69 -Letter from Pande to Taryn Shawstad re: unlawful termination. |
| 72 | | 8:49 AM | | | Pla refers to Exh #72 - Letter from Taryn Shawstad to Pande re: Voluntary termination. |
| 50 | | 8:55 AM | | | Pla refers to Exh #50 - Email from Pande to Fiona Young. |
| 81 | | 8:59 AM | | | Pla refers to Exh #81  - Chevron Summary Plan Descriptions. |
| 90 | | 9:02 AM | | | Pla refers to Exh. 90 - Printout of Chevron's Disability Mgmt Program. |
| 64 | | 9:30 AM | | | Pla refers to Exh #64 Letter from Shawstad to Kiran Pande re: Voluntary Termination. |
| | | 9:07 AM | | | Cross-exam of Taryn Shawstad. |
| | 64 | 9:10 AM | | | Dft refers to Exh #64 Letter from Shawstad to Kiran Pande re: Voluntary Termination. |
| | 72 | 9:13 AM | | | Dft refers to Exh. #72 - Letter from Taryn Shawstad to Pande re: Voluntary termination |

Case No: <u>C04-05107</u>  Case Name:  **KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.**

Date: 10/11/07

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | <u>90</u> | <u>9:15 AM</u> | | | <u>Dft refers to Exh. #90 - Printout of Chevron's Disability Mgmt Program.</u> |
| | <u>242</u> | <u>9:17 AM</u> | | | <u>Dft refers to Exh #242 - Chevron Disability Mgmt Program.</u> |
| | <u>242</u> | <u>9:19 AM</u> | <u>X</u> | <u>X</u> | <u>Dfts' Exh #242 - Chevron Disability Mgmt Program Information.  Pages 2278 and  2355.</u> |
| | <u>287</u> | <u>9:23 AM</u> | <u>X</u> | <u>X</u> | <u>Dfts' Exh #287 - ChevronTexaco Disability Mgmt Program Dated March 2003. Pages 1 and 56.</u> |
| | | <u>9:29 AM</u> | | | <u>Redirect exam of Taryn Shawstad.</u> |
| <u>39</u> | | <u>9:29 AM</u> | | | <u>Pla refers to Exh #39, bates stamp #744.</u> |
| | <u>287</u> | <u>9:32 AM</u> | <u>X</u> | <u>X</u> | <u>Pla refers to Dfts' Exh #287- ChevronTexaco Disability Mgmt Program Dated March 2003. Page 5.</u> |
| | | <u>9:33 AM</u> | | | <u>Witness Taryn Shawstad excused.</u> |
| | | <u>9:34 AM</u> | | | <u>Dfts' continued cross-exam of Kiran Pande.</u> |
| <u>2</u> | | <u>10:00 AM</u> | | | <u>Dfts' refer to Pla's Exh #2.</u> |
| <u>7.8</u> | | <u>10:04 AM</u> | | | <u>Dfts' refers to Plas' Exh #'s 7 and 8.</u> |
| <u>13</u> | | <u>10:15 AM</u> | | | <u>Dfts' refer to Plas' Exh #13.</u> |
| | | <u>10:30 AM</u> | | | <u>Court recessed for first break. Jury admonished and retired to jury room. Court to resume at 10:45 AM</u> |
| | | <u>10:50 AM</u> | | | <u>Court reconvened.  All counsel, parties and jury present.</u> |
| | | | | | <u>Dfts' continued cross-exam of Kiran Pande.</u> |
| <u>13</u> | | <u>10:52 AM</u> | | | <u>Dfts' refer to Plas' Exh #13</u> |
| <u>14</u> | | <u>10:55 AM</u> | | | <u>Dfts' refer to Plas' Exh #14</u> |
| | <u>286</u> | <u>11:25 AM</u> | <u>X</u> | <u>X</u> | <u>Dfts' Exh #286 Chevron's Code of Ethics Ombudsman.</u> |
| | <u>287</u> | <u>11:35 AM</u> | <u>X</u> | <u>X</u> | <u>Dfts' Exh #257 - Email exchange dated 10/7/2 from Audie Setters to Rex Mitchell re: Feedback w/ attached email. Dfts' noted for the record that their Exh #257 is the same as Pla's Exh #27.</u> |
| | | 12:05 PM | | | Court recessed for lunch. Jury reminded of admonishment and released.  Court to resume at 12:50 PM. |

Case No: **C04-05107** Case Name: **KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.**

Date: 10/11/07

### EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 12:50 PM | | | All counsel and parties present.  Jury not present. |
| | 310 | | | | Dfts' requested that Pla Kiran Pande's response to Dfts' ROG, Set One be marked as a new Exh #310. - GRANTED. |
| | | 12:55 PM | | | Jury present.  Dfts' continued cross-exam of Kiran Pande. |
| | 268 | 12:56 PM | X | X | Dfts' Exh #268 - 5/23/3 email from SASBU Houston Move to Kiran Pande. |
| | 219 | 1:43 PM | X | X | Dfts' Exh. #219 - 2/24/4 Letter from Kiran Pande to State Disability Insurance Coordinator re: disability benefits. |
| | 276 | 1:46 PM | X | X | Dfts' Exh #276 - CA DFEH Document - Notice of Filing of Discrimination Complaint. |
| | | 1:54 PM | | | Cross-exam of Kiran Pande concluded. |
| | | 1:55 PM | | | Re-direct exam of Kiran Pande. |
| | | 1:58 PM | | | Re-cross-exam of Kiran Pande. |
| | | 2:01 PM | | | Witness Kiran Pande excused. |
| | | | | | Jury excused and instructed to return on Monday, 10/15/7 at 8:15 AM for continued jury trial.  Jurors reminded of admonishment. |
| | | 2:04 PM | | | Jury not present. Discussion held re: Ms. Pande's depo testimony re: UNUM Provident and Ms. Pande's income tax return. |
| | | 2:07 PM | | | Court adjourned.  Jury trial resumes on Monday, 10/15/7 at 8:00 a.m. |
| | | | | | |
| | | | | | Time: Pla: 15:38:12  Dfts': 16:11:44 |
| | | | | | |
| | | | | | |
| | | | | | |

Page No. 3