KEKER & VAN NEST, LLP
SUSAN J. HARRIMAN - #111703
CHRISTA M. ANDERSON - #184325
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
KIRAN PANDE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>                              Plaintiff,<br><br>     v.<br><br>CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation,<br>CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY),<br>a division of Chevron U.S.A., Inc.,<br><br>                              Defendants. | Case No. 04-5107 JCS<br><br>**DECLARATION OF CHRISTA M. ANDERSON IN SUPPORT OF KIRAN PANDE'S MOTION FOR ADVERSE INFERENCE INSTRUCTION**<br><br>Judge:               Hon. Joseph C. Spero<br><br>Date Comp. Filed:   December 2, 2004<br><br>Trial Date:          October 9, 2007 |

DECLARATION OF CHRISTA M. ANDERSON IN SUPPORT OF KIRAN PANDE'S MOTION FOR
ADVERSE INFERENCE INSTRUCTION
CASE NO. 04-5107 JCS

404483.01

1    I, Christa M. Anderson, declare as follows:

2    1.    I am an attorney licensed to practice law in the State of California and am a

3    member of Keker & Van Nest, LLP, counsel for plaintiff Kiran Pande in the above-captioned

4    action.

5    2.    I make this declaration in support of Kiran Pande's Motion For Adverse Inference

6    Instruction.  I know the facts stated herein of my personal knowledge and if called as a witness, I

7    would testify competently thereto.

8    3.    On October 11, 2007, I called defendants' counsel, Michele Miller, to meet and

9    confer regarding this motion.  We did confer by telephone and Chevron declined to agree to the

10   proposed instruction.

11   4.    Attached as Exhibit A hereto is Ms. Pande's proposed adverse inference

12   instruction.

13   5.    Attached as Exhibit B hereto is a true and correct copy of excerpts from Plaintiff

14   Kiran Pande's Request For Production of Documents, Set One.

15   6.    Attached as Exhibit C hereto is a true and correct copy of excerpts from

16   Defendants' Response to Plaintiff Kiran Pande's Request For Production of Documents, Set

17   One.

18   7.    Attached as Exhibit D hereto is a true and correct copy of excerpts from the April

19   6, 2006 deposition of Zuwa Omoregie.

20   8.    Attached as Exhibit E hereto is a true and correct copy of a subpoena served on

21   Zuwa Omoregie, through defendants' counsel, on September 19, 2007.

22   9.    Attached as Exhibit F hereto is a true and correct copy of a letter I wrote to

23   Michele Miller and Lisa Hamasaki regarding the subpoena attached as Exhibit E.

24   10.    Attached as Exhibit G hereto is a true and correct copy of excerpts from the

25   ///

26   ///

27   ///

28   ///

1

404483.01

1    transcript of the October 9, 2007 proceedings in this case.

2         I declare under penalty of perjury under the laws of the United States of America that the

3    foregoing is true and correct and that this declaration was executed on October 12, 2007, in San

4    Francisco, California.

5

6                                        By:    /s/ Christa M. Anderson
                                               Christa M. Anderson

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

                                         1
DECLARATION OF CHRISTA M. ANDERSON IN SUPPORT OF KIRAN PANDE'S MOTION FOR
                        ADVERSE INFERENCE INSTRUCTION
                           CASE NO. 04-5107 JCS