# EXHIBIT A

## PLAINTIFF'S PROPOSED JURY INSTRUCTION

## CHEVRON'S FAILURE TO PRODUCE AVAILABLE EVIDENCE

In this case, Chevron has not provided to Ms. Pande all of the materials that it considered and used to fill the positions Ms. Pande sought in Zuwa Omoregie's group. Specifically, Chevron has not provided Ms. Pande with the selection record forms on which Chevron rated candidates for those positions, and Chevron has not provided Ms. Pande with all of the materials, such as self-evaluations, that other candidates for those positions submitted to Chevron.

Because Chevron failed to produce this evidence that is under Chevron's control and reasonably available to Chevron, and not reasonably available to Ms. Pande, you may infer that the evidence is unfavorable to Chevron, who could have produced it and did not.

**SOURCE:** O'Malley, Grenig, and Lee, Federal Jury Practice and Instructions, § 104.26 (5th ed. 2000); Residential Funding Corp. v. DeGeorge Financial Corp., 306 F.3d 99, 106-08 (2d Cir. 2002).

404216.01