# EXHIBIT B

John A. McGuinn, Esq. (SBN 36047)
Noah D. Lebowitz, Esq. (SBN 194982)
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: 415/421-9292
Facsimile: 415/403-0202

Attorneys for Plaintiff
KIRAN PANDE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc.,<br><br>Defendants. | Case No. 04-5107 CW<br><br>**PLAINTIFF KIRAN PANDE'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE** |

PROPOUNDING PARTY:   Plaintiff, KIRAN PANDE

RESPONDING PARTY:    Defendant, CHEVRON CORP., et al.

SET NUMBER:          ONE

///

///

1  Moshiri and any other CHEVRON employee regarding PANDE.
2  **RESPONSE TO REQUEST FOR PRODUCTION NO. 51:**
3
4
   **REQUEST FOR PRODUCTION NO. 52:**
5
       All DOCUMENTS reflecting or relating to any communication between Taryn
6
7  Shawstad and any other CHEVRON employee regarding PANDE.
8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 52:**
9
10 **REQUEST FOR PRODUCTION NO. 53:**
11
       All DOCUMENTS reflecting or relating to the announcement that PANDE's
12
   business unit was relocating to Houston, Texas.
13
14 **RESPONSE TO REQUEST FOR PRODUCTION NO. 53:**
15
16 **REQUEST FOR PRODUCTION NO. 54:**
17
       All DOCUMENTS reflecting official announcements or communications regarding
18
   the Southern African Strategic Business Unit's move to Houston, Texas from the date
19
   of the original announcement through March 2004.
20
21 **RESPONSE TO REQUEST FOR PRODUCTION NO. 54:**
22
23 **REQUEST FOR PRODUCTION NO. 55:**
24
       All DOCUMENTS reflecting or relating to PANDE's attempts to find a new
25
   position from June 1, 2003 through January 31, 2004.
26
27 **RESPONSE TO REQUEST FOR PRODUCTION NO. 55:**
28

**REQUEST FOR PRODUCTION NO. 56:**

All DOCUMENTS reflecting who was actually selected for each of the job openings for which PANDE applied from June 1, 2003 through January 31, 2004.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 56:**

**REQUEST FOR PRODUCTION NO. 57:**

All DOCUMENTS reflecting who was actually selected for each job opening for which PANDE was considered from June 1, 2003 through January 31, 2004.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 57:**

**REQUEST FOR PRODUCTION NO. 58:**

All DOCUMENTS reflecting or related to PANDE's request for medical leave in 2003.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 58:**

**REQUEST FOR PRODUCTION NO. 59:**

All DOCUMENTS reflecting or relating to any communication between Jack Dunn and anyone at UnumProvident regarding PANDE.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 59:**

**REQUEST FOR PRODUCTION NO. 60:**

All DOCUMENTS reflecting who attended the November 4, 2003 conference call which was attended by PANDE and Jack Dunn.

///

RESPONSE TO REQUEST FOR PRODUCTION NO. 69:

REQUEST FOR PRODUCTION NO. 70:

All DOCUMENTS reflecting the current employment status of any CHEVRON employee who originally agreed to move to Houston, Texas as part of the Southern African Strategic Business Unit, but who has since that time been employed at a different position within CHEVRON.

RESPONSE TO REQUEST FOR PRODUCTION NO. 70:

REQUEST FOR PRODUCTION NO. 71:

All DOCUMENTS reflecting communications between Jack Dunn and David Cover regarding PANDE during the time period of November 1, 2003 through January 31, 2004.

RESPONSE TO REQUEST FOR PRODUCTION NO. 71:

REQUEST FOR PRODUCTION NO. 72:

All DOCUMENTS reflecting communications between Zuwa Omeregie and any other CHEVRON employee regarding the filling of open job positions in Mr. Omeregie's group during the time period September 1, 2003 through January 31, 2004.

RESPONSE TO REQUEST FOR PRODUCTION NO. 72:

REQUEST FOR PRODUCTION NO. 73:

All DOCUMENTS reflecting or relating to the reasons why Graham Housen was selected for a position in the ETC group.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 73:**

**REQUEST FOR PRODUCTION NO. 74:**

All DOCUMENTS reflecting or relating to the reasons why Jalal Afifi was selected for a position in the ETC group.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 74:**

**REQUEST FOR PRODUCTION NO. 75:**

All DOCUMENTS reflecting or relating to the reasons why Bob Burkes was selected for a position in the ETC group.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 75:**

**REQUEST FOR PRODUCTION NO. 76:**

All DOCUMENTS reflecting staffing studies or other analyses regarding the need for Petroleum Engineers at CHEVRON during the time period January 1, 2002 through the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 76:**

**REQUEST FOR PRODUCTION NO. 77:**

All DOCUMENTS compiled by, created by, or at the instruction of, Jack Dunn at any time regarding PANDE's performance in the Southern African Strategic Business Unit.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 77:**