# EXHIBIT D

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--oOo--

KIRAN PANDE,                          )
                                      )
        Plaintiff,                    )
                                      )
   vs.                                ) Case No. 04-5107 CW
                                      )
CHEVRON CORPORATION(f/k/a             )
Chevron Texaco Corporation/, a)
Delaware corporation, et al., )
                                      )
        Defendants.                   )
_____)


DEPOSITION OF ZUWA OMOREGIE

Thursday, April 6, 2006


**CERTIFIED COPY**


REPORTED BY: DENISE A. FORD, CSR 7525 (380011)



LEGALINK
A WORDWAVE COMPANY

LegaLink San Francisco      tel (415) 357-4300      www.legalink.com
575 Market Street, 11th Floor    tel (800) 869-9132
San Francisco, CA 94105     fax (415) 357-4301

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

ZUWA OMOREGIE  April 6, 2006

```
 1
 2
 3                         --oOo--
 4       BE IT REMEMBERED that pursuant to Notice and on
 5  Thursday, April 6, 2006 commencing at 2:00 p.m. thereof,
 6  at the Law Offices of McGUINN, HILLSMAN & PALEFSKY, 535
 7  Pacific Avenue, San Francisco, California 94133, before
 8  me, Denise A. Ford, a Certified Shorthand Reporter,
 9  personally appeared
10                       ZUWA OMOREGIE
11  called as a witness herein, who, having been first duly
12  sworn, was examined and testified as follows:
13                         --oOo--
14
15
16
17
18
19
20
21
22
23
24
25
```

4

```
 1        A.   Jean Camy, Bard Strong, Peter Hartshorn,
 2   Dave Wagner, myself, and that's who I can recall.
 3        Q.   Were there in fact others on the committee
 4   whose name you can just not recall right now?
 5        A.   Could be.
 6        Q.   And you don't know -- you can't remember
 7   one way or another?
 8        A.   No.
 9        Q.   Are there any documents that would reflect
10   who was actually on this committee?
11        A.   Maybe selection record if it is still
12   there.
13        Q.   And what is a selection record?
14        A.   Basically this form that was used.
15        Q.   This form filled out with information
16   where it is blank under candidates listed?
17        A.   Yes.
18        Q.   Do you know if there is such a document
19   for this position?
20        A.   Yes.
21        Q.   Do you know where it is right now?
22        A.   I have a copy in my computer.
23        Q.   Were you asked to produce that document or
24   any documents related to this job as part of this
25   litigation?
```

22

ZUWA OMOREGIE  April 6, 2006

1    A.    Yes.

2         MS. MILLER:  We were asked to produce

3    documents that were responsive to the document request.

4         MR. LEBOWITZ:  I am asking him the

5    question.

6         MS. MILLER:  He did.  He produced them

7    all to legal, and we produced the ones that are

8    responsive to the request.

9         MR. LEBOWITZ:  Well, I will represent to

10   you there was no selection record produced.

11        MS. MILLER:  That's correct.  The

12   selection is not part of this lawsuit.

13        MR. LEBOWITZ:  Well, who said that?

14        MS. MILLER:  I believe it took place

15   after she notified a charge about this particular

16   selection.  So no, it was not produced.

17        MR. LEBOWITZ:  We will have to make a

18   motion on that and bring the witness back to talk about

19   it.

20        This has nothing to do with you.  It is just

21   between lawyers.

22   Q.    So there is a selection -- just to make an

23   absolutely clear record, there is a selection record for

24   this job that exists on your computer at Chevron; is

25   that correct?

23

ZUWA OMOREGIE  April 6, 2006

1    A.    That's correct.

2    Q.    Describe for me, please, what the
3    selection process is.

4         MS. MILLER:  For this particular job?

5         MR. LEBOWITZ:  Q.  Yes.

6    A.    The selection team rates the candidates
7    based on the criteria, and then there is a vote for
8    selection.

9    Q.    And what information is used to rate the
10   candidates?

11   A.    Their personnel knowledge of the
12   candidates as well as information from -- feedback from
13   their supervisors.

14   Q.    And how is the feedback from the
15   supervisors solicited?

16   A.    The process varies.  In this case I asked
17   for comments on the candidates from the supervisors if I
18   could reach them.

19   Q.    And did you speak with Jack Dunn in regard
20   to Kiran Pande's application for this job?

21        MS. MILLER:  I am going to object as to
22   relevance.

23        MR. LEBOWITZ:  It is not a deposition
24   objection.

25        MS. MILLER:  Sure it is, this whole line

24

1  suffered after the Houston moved was announced?
2      A.   No.
3      Q.   Did he explain what he meant by that?
4      A.   No.
5      Q.   Did you have an impression as to what he
6  meant by that?
7      A.   No.  What I try to get from supervisors is
8  their rating of employee performance.
9      Q.   Did Mr. Dunn give you any sort of official
10 rating, something that would -- similar to a PMP rating?
11     A.   No.
12     Q.   Have you now told me everything you can
13 recall from your conversation with Jack Dunn about Kiran
14 Pande?
15     A.   Yes.
16     Q.   When you left Mr. Dunn's office after that
17 conversation, what was your impression of Ms. Pande's
18 performance?
19     A.   Well, what Mr. Dunn said was her
20 performance suffered.  I think an expression he used was
21 she was one of the more least performing members of the
22 team, but still capable to do the job.
23          That was my impression after that conversation.
24     Q.   And did you report the contents of this
25 conversation back to the selection committee?

27

| | | |
|---|---|---|
| 1 | A. | Yes. |
| 2 | Q. | And how did you do that? |
| 3 | A. | At the one meeting. We go through all the comments. |
| 5 | Q. | So is there a selection committee meeting? |
| 6 | A. | Yes. |
| 7 | Q. | And what did you tell the committee in regard to your conversation with Jack Dunn? |
| 9 | A. | What I just told you. |
| 10 | Q. | You told them everything that you have told me? |
| 12 | A. | I would have. |
| 13 | Q. | Do you have any actual recollection of doing so? |
| 15 | A. | No. |
| 16 | Q. | Tell me about these meetings, the committee meetings. |
| 18 | | Is anyone there other than members of the committee? |
| 20 | A. | No. |
| 21 | Q. | Is anybody, to your knowledge, taking notes of what goes on at committee meetings? |
| 23 | A. | No. I took notes on this form. |
| 24 | Q. | And is that what eventually became the selection record? |

1      A.    Yes.

2      Q.    And when you say you took notes, were those handwritten notes or on the computer?

4      A.    On the computer.

5      Q.    Did you take notes in regard to every one of the candidates?

7      A.    Yes.

8      Q.    And so you are --

9      A.    Excuse me, maybe not, but most of the candidates.

11     Q.    Do you recall if you took such notes regarding Ms. Pande?

13     A.    Yes.

14     Q.    And those notes are reflected on this selection record which is still maintained on your computer?

17     A.    Yes.

18     Q.    Do you recall what those notes say?

19     A.    Those notes had comments -- with respect to Ms. Pande you are talking about?

21     Q.    Yes.

22     A.    Comments from Jack Dunn, not all of the details that I just mentioned but some quotes from both Jack and some other former supervisors.

25     Q.    When was the last time you looked at that

29

```
 1   document?
 2        A.    Sometime in the past few months.
 3        Q.    For what reason?
 4        A.    When I was asked to produce these
 5   documents.
 6        Q.    And what other former supervisors were
 7   contacted?
 8        A.    Names?
 9        Q.    Yes.
10        A.    One was June Kim, another one was Dave
11   Kennedy, Jean Camy.
12        Q.    Anyone else?
13        A.    Dave Kennedy.  That was it.
14        Q.    To your knowledge, was Rex Mitchell ever
15   contacted with regard to Kiran Pande's application?
16        A.    No.
17        Q.    And Mr. Camy was also on the committee; is
18   that correct?
19        A.    Yes.
20        Q.    What were Mr. Camy's comments regarding
21   Kiran Pande?
22        A.    To me before the meeting or comments at
23   the meeting?
24        Q.    Any comments that Mr. Camy made regarding
25   Ms. Pande.
```

30