# EXHIBIT F

LAW OFFICES
# KEKER & VAN NEST
LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

CHRISTA MARTINE ANDERSON
CANDERSON@KVN.COM

September 19, 2007

**VIA U.S. MAIL**

Michele Ballard Miller
Miller Law Group
60 E. Sir Francis Drake Blvd., Suite 302
Larkspur, CA 94939

**VIA HAND DELIVERY**

Lisa Hamasaki
Miller Law Group
500 Sansome St., Suite 400
San Francisco, CA 94111

Re:   *Pande v. Chevron, et al.*

Dear Michele and Lisa:

Thank you for accepting service of the enclosed trial subpoenas on behalf of Jalaleddin Afifi, Guadalupe DeJong, Tayo Feyijimi, Kathy Mabe, Don Paul, and Taryn Shawstad. The required witness fees and reasonable estimated mileage are also enclosed for each witness.

Also enclosed is a subpoena to Zuwa Omoregie for documents only. The enclosed subpoena does not require Mr. Omoregie's attendance at the trial. Rather, if Mr. Omoregie does appear, the subpoena requires him to produce at that time a single relevant document he identified at his April 6, 2006 deposition as in his custody: his "selection record" for a petroleum engineering job in ETC with a start date of January 1, 2004, based in San Ramon, California. If Mr. Omoregie does not appear at trial, we will withdraw the subpoena.

I look forward to hearing from you soon.

Very truly yours,

CHRISTA M. ANDERSON

CMA/jas
Enclosures

403027.01