# EXHIBIT G

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE JOSEPH C. SPERO, MAGISTRATE JUDGE, JUDGE

| | |
|---|---|
| KIRAN PANDE, ) | |
| ) | **JURY TRIAL** |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | NO. C 04-5107JCS |
| ) | |
| CHEVRON CORPORATION (F/K/A ) | |
| CHEVRONTEXACO CORPORATION) ) | **VOLUME 1** |
| EXPLORATION & PRODUCTION ) | **PAGES 1 - 189** |
| (F/K/A CHEVRONTEXACO ) | |
| OVERSEAS PETROLEUM), A ) | |
| DIVISION OF CHEVRON U.S.A. ) | |
| INC., ) | SAN FRANCISCO, CALIFORNIA |
| ) | TUESDAY, OCTOBER 9, 2007 |
| DEFENDANTS. ) | |
| ) | |

Certified Copy

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

FOR PLAINTIFF:      KEKER & VAN NEST
                    710 SANSOME STREET
                    SAN FRANCISCO, CALIFORNIA 94111-1704
              BY:   CHRISTA M. ANDERSON,
                    SUSAN J. HARRIMAN, ATTORNEYS AT LAW


FOR DEFENDANTS:     MILLER LAW GROUP, PC
                    500 SANSOME STREET, SUITE 400
                    SAN FRANCISCO, CALIFORNIA 94111
              BY:   LISA HAMASAKI,
                    MICHELE BALLARD MILLER
                    JANINE S. SIMERLY, ATTORNEYS AT LAW


REPORTED BY:        RAYNEE H. MERCADO, CSR NO. 8258

**RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-8404**

1   TALENTED EMPLOYEE WHO DID NOT APPRECIATE CRITICISM.
2   MS. HARRIMAN HAS CONCEDED AND MS. PANDE WILL WHOLEHEARTEDLY
3   AGREE WITH THE FIRST PART OF THAT STATEMENT.  IT IS, IN FACT,
4   ONE OF THE FEW THINGS THAT WE BOTH AGREE ON.  KIRAN PANDE WAS A
5   SOLID PERFORMER, AND SHE WAS A TALENTED EMPLOYEE.
6            SHE WAS A SMART, BRIGHT PETROLEUM ENGINEER WITH
7   EXCELLENT TECHNICAL SKILLS.  OUR WITNESSES AREN'T GOING TO
8   DISPUTE THAT.  THEY GAVE HER VERY FINE EVALUATIONS OVER THE
9   YEARS.  BUT, UNFORTUNATELY, THAT'S REALLY ONLY HALF THE STORY,
10  BECAUSE THE EVIDENCE IS ALSO GOING TO SHOW THAT MS. PANDE IS A
11  PRIDEFUL WOMAN WHO -- WITH A VERY HIGH OPINION OF HERSELF, WHO,
12  FRANKLY, DIDN'T TAKE CRITICISM VERY WELL, AND WHO REACTED BADLY
13  WHEN ANY SUPERVISOR HAD THE AUDACITY TO SUGGEST THAT SHE WAS
14  LESS THAN PERFECT.
15           LET ME GIVE YOU A PERFECT EXAMPLE OF THIS.  WHEN
16  MS. PANDE WAS LOOKING FOR ANOTHER JOB BECAUSE HER JOB WAS MOVING
17  TO HOUSTON AND SHE DIDN'T WANT TO GO AND SHE APPLIED FOR THESE
18  18 OTHER POSITIONS, AS PART OF THE APPLICATION PROCESS, THE
19  APPLICANTS ARE EXPECTED TO SELF-EVALUATE.  AND YOU LOOK THROUGH
20  THESE EVALUATIONS AND PEOPLE EVALUATE THEMSELVES ON A SCALE OF
21  ONE TO TEN, ONE MEANING NOT VERY GOOD, AND TEN MEANING
22  SUPERSTAR.  AND TYPICALLY MOST PEOPLE EVALUATE THEMSELVES WITH
23  SOME TENS, SOME NINE'S, SOME SEVEN'S.
24           EVERY ONE OF KIRAN PANDE'S SELF-EVALUATION FOR EVERY
25  FACET OF EVERY JOB WAS A TEN.  KIND OF LIKE -- NOT JUST MARY

```
 1   FROM OR THEY INVOLVED A GREAT DEAL OF TRAVEL, AND SHE DIDN'T
 2   WANT TO SPEND A LOT OF TIME TRAVELING.  AND YOU'RE GOING TO HEAR
 3   EVIDENCE AND YOU'RE GOING TO SEE DOCUMENTS TO THAT EFFECT.
 4          NOW, THE DECISIONS THAT WERE MADE IN THE FALL PDC --
 5   KEEP IN MIND, THE EVIDENCE WILL SHOW THAT THEY HAPPENED BEFORE
 6   SHE EVER ANNOUNCED HER MEDICAL LEAVE, SO THE MEDICAL LEAVE HAD
 7   NOTHING TO DO WITH THAT.
 8          BUT MORE IMPORTANTLY, WHAT YOU'RE GOING TO LEARN IS
 9   THAT NONE OF THE FALL PDC DECISION MAKERS SPOKE TO REX MITCHELL
10   AT ALL.  NONE OF THE FALL PDC DECISION MAKERS HAD ANY INPUT FROM
11   REX MITCHELL IN REACHING THEIR DECISIONS.
12          AND THERE'S ALEX.  HE DID IT AGAIN.
13          NONE OF THE PDC DECISION MAKERS SPOKE TO REX MITCHELL
14   IN MAKING THEIR DECISIONS.  AND YOU'RE GOING TO HEAR FROM A
15   NUMBER OF WITNESSES WHO WERE ON THE SELECTION COMMITTEES IN
16   THESE PDC MEETINGS.
17          AND WHAT YOU'RE GOING TO HEAR IS THAT IN EACH AND
18   EVERY INSTANCE, THE REASON THAT KIRAN WASN'T SELECTED WAS EITHER
19   BECAUSE SHE WAS APPLYING FOR POSITIONS ABOVE HER LEVEL -- YOU'RE
20   GOING TO HEAR THAT IN ONE POSITION SHE APPLIED FOR A POSITION
21   THAT IT WAS AT THE SAME LEVEL AS JACK DUNN.  JACK DUNN WAS
22   APPLYING FOR THEIR POSITION.  ANOTHER FORMER MANAGER, JEAN CAMY,
23   WAS APPLYING FOR THAT POSITION.  SO IN THAT CASE, THE OTHER
24   CANDIDATES HAD OTHER QUALIFICATIONS, AND THEY WERE SELECTED.
25   NONE OF THESE DECISIONS HAD ANYTHING TO DO WITH REX MITCHELL.
```