UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL TRIAL MINUTES**

**MAGISTRATE JUDGE JOSEPH C. SPERO**     **COURTROOM DEPUTY: Karen Hom**

**DATE:** October 15, 2007                **COURT REPORTER:** Raynee Mercado

**CASE NO.:** C04-5107 JCS                **TIME:** 8:06 AM to 8:24 AM
                                                  8:45 AM to 10:33 AM
                                                  10:58 AM to 12:09 PM
                                                  1:00 PM to 1:56 PM
                                          Total time: 4 hrs 11 mins

**CASE NAME:** Kiran Pande v. ChevronTexaco, Corp., et al.

**TRIAL BEGAN:** 10/09/07                 **TRIAL ENDED:**

**COUNSEL FOR PLAINTIFF:**                **COUNSEL FOR DEFENDANT:**
Susan Harriman                            Janine Simerly
Christa Anderson                          Lisa Hamasaki
                                          Michelle Ballard Miller

**PROCEEDINGS:** Jury Trial - Day 4
Plaintiff's witnesses: Robert Burkes, Tayo Feyijimi, Kathy Mabe, Guadalupe DeJong, & Charles Mahla.
Jury excused and reminded of admonishment. Jury instructed to return on Tues., 10/16/7 by 8:15 AM for continued jury trial. Court adjourned for the day.

**Trial Motions Heard:**                  **Ruling:**


**Exhibits:**

**(SEE THE ATTACHED TRIAL WORKSHEET)**