UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C04-05107**  Case Name: **KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.**

### EXHIBIT and WITNESS LIST

| JUDGE | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| JOSEPH C. SPERO | Susan Harriman & Christa Anderson | Janine Simerly, Michelle Ballard Miller & Lisa Hamasaki |

| TRIAL DATE: | REPORTER(S): | CLERK: |
|---|---|---|
| October 15, 2007 | Raynee Mercado | KAREN L. HOM |

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 7:45 AM | | | All counsel and parties present. Jury not present. |
| | | 8:06 AM | | | Court convened.  Jury not present.  Housekeeping issues re: testimony of Tayo Feyijimi. Dfts' request clarification of x-exam of Dfts' witnesses called by Pla.  Discussion held regarding scheduling for today. |
| | | | | | Subject to stipulation on net worth, when Pla concludes their case in chief, Dfts shall make oral Motions for Punitive Damages. |
| | | | | | Petro Assets Tax Return - Pla shall provide an un-redacted copy of return to Dfts. |
| | | 8:24 AM | | | Court recessed. |
| | | 8:33 AM | | | All counsel and parties present. Jury not present. Court awaiting Pla's witness Robert Burkes. |
| | | 8:45 AM | | | Court reconvened. Jury present. Pla called witness Robert Burkes.  Clerk administered witness oath. |
| | | 8:46 AM | | | Direct exam of Robert Burkes. |
| | | 9:08 AM | | | Cross-exam of Robert Burkes. |
| | | 9:40 AM | | | Robert Burkes excused. |
| | | | | | Pla called witness Tayo Feyijimi. Clerk administered witness oath. |
| | | | | | Direct exam of Tayo Feyijimi. |
| | | 9:56 AM | | | Cross-exam of Tayo Feyijimi. |
| | | 10:18 AM | | | Re-direct exam of Tayo Feyijimi |

Case No: <u>C04-05107</u>   Case Name:   **<u>KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.</u>**

Date: 10/15/07

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---------|---------|--------------|----|----|-------------|
|  |  | 10:33 AM |  |  | Court recessed.  Jury retired to jury room. |
|  |  | 10:55 AM |  |  | All counsel and parties present. Jury not present. |
|  |  | 10:58 AM |  |  | Court reconvened. Jury present. |
|  |  |  |  |  | Continued re-direct exam of Tayo Feyijimi |
|  |  | 11:03 AM |  |  | Re-cross-exam of Tayo Feyijimi.  Witness excused. |
|  |  | 11:05 AM |  |  | Pla called witness Kathy Mabe. Clerk administered witness oath. |
|  |  |  |  |  | Direct exam of Kathy Mabe. |
|  |  | 11:24 AM |  |  | Cross-exam of Kathy Mabe. |
| 39 |  | 11:26 AM |  |  | Dfts' refer to Pla's Exh. #39 |
|  |  | 12:01 PM |  |  | Re-direct exam of Kathy Mabe. |
|  |  | 12:08 PM |  |  | Re-re-cross exam of Kathy Mabe |
|  |  | 12:09 PM |  |  | Re-re-direct exam of Kathy Mabe |
|  |  | 12:09 PM |  |  | Witness Kathy Mabe excused. |
|  |  |  |  |  | Jury reminded of admonishment and released for lunch.. All counsel, parties and jury instructed to return at 12:55 PM. Court recessed. |
|  |  | 12:45 PM |  |  | All parties and counsel present. Jury not present. |
|  |  | 1:00 PM |  |  | Court resumed session. Jury present. |
|  |  | 1:02 PM |  |  | Pla called witness Guadalupe DeJong.  Clerk administered witness oath. |
|  |  |  |  |  | Direct exam of Guadalupe DeJong. |
|  |  | 1:08 PM |  |  | Cross-exam of Guadalupe DeJong. |
|  |  | 1:10 PM |  |  | Guadalupe DeJong excused. |
|  |  |  |  |  | Pla called witness Dr. Charles Mahla. Clerk administered oath. |
|  |  |  |  |  | Direct exam of Charles Mahla. |
|  |  |  |  |  |  |

Case No: **C04-05107** Case Name: **KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.**

Date: 10/15/07

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 1:53 PM | | | Charles Mahla excused and will resume the stand on 10/16/7. |
| | | | | | Jury reminded of admonishment. Jury instructed to return on Tues. 10/16/7 by 8:15 am. Jury excused. |
| | | 1:55 PM | | | Jury not present. Discussion held regarding scheduling for Tuesday, 10/16/7. |
| | | 1:56 PM | | | Court adjourned.  Trial resumes on Tuesday, 10/16/7 at 8:00 AM |
| | | | | | Time: Pla: 13:31:31   Dft: 14:38:21 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page No. 3