UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL TRIAL MINUTES</u>

**MAGISTRATE JUDGE JOSEPH C. SPERO**    **COURTROOM DEPUTY:** <u>Karen Hom</u>

DATE: October 16, 2007    COURT REPORTER: Raynee Mercado

CASE NO.: C04-5107 JCS    TIME: 8:00 am to 10:35 am
                                                    10:53 am to 12:00 pm
                                                  12:50 pm to 2:07 pm
                                                  Total Time: 4 hrs 49 mins

CASE NAME: Kiran Pande v. ChevronTexaco, Corp., et al.

TRIAL BEGAN: 10/09/07    TRIAL ENDED:

**COUNSEL FOR PLAINTIFF:**    **COUNSEL FOR DEFENDANT:**
Susan Harriman    Janine Simerly
Christa Anderson    Michelle Ballard Miller
     Lisa Hamasaki

PROCEEDINGS:    Jury Trial - Day 5
Court ruled on Pla's objections to Dfts' Exh #'s. 250, 251, 260 & 261.
By 10/17/7 at 8:00 AM, Dfts' shall produce performance reviews by Rex Mitchell from the time period of 1/1/2 through 4/15/2.
Cross-exam of Plaintiff's witness Charles Mahla. Plaintiff rests.
Dfts' witnesses: Rex Mitchell,
Jury excused for the day and reminded of admonishment. Jury instructed to return on 10/17/07 at 9:45 AM. Jury trial continued to Wed. 10/17/7.

| Trial Motions Heard: | Ruling: |
|---|---|
| 1. Pla's Motion for Production of Documents Item #10, Set No. 1. | Granted |
| 2. Dfts' Oral Motion for Judgment as Matter of Law on Punitive Damages Issue. | Denied. |
| 3. Dfts' Oral Motion for Judgment as Matter of Law on Claims | Parties to submit briefs. |

<u>Exhibits:</u> Pla's Exh. 56,15, 98, 99. Dfts' Exh. 251, 250, 259, 252, 280, 277

(SEE THE ATTACHED TRIAL WORKSHEET)