UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C04-05107**  Case Name: **KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.**

**EXHIBIT and WITNESS LIST**

| **JUDGE** JOSEPH C. SPERO | **PLAINTIFF ATTORNEY:** Susan Harriman & Christa Anderson | **DEFENSE ATTORNEY**: Janine Simerly & Michelle Ballard Miller & Lisa Hamasaki |
|---|---|---|
| **TRIAL DATE:** October 16, 2007 | **REPORTER(S):** Raynee Mercado | **CLERK**: KAREN L. HOM |

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
|  |  | 7:45 AM |  |  | All counsel and parties present. Jury not present. |
|  |  | 8:00 AM |  |  | Court convened. Jury not present. Discussion held regarding Dfts' Exh. #251. Dfts' propose revising Exh. #251 to create two new exh #s 311 (document Bates stamped 02980 & 02981) and #312 (document Bates stamped 02982). |
|  |  |  |  |  | Court ruled - proposed Exh #311- **Sustained**. Proposed Exh #312 - **Sustained.** |
|  |  |  |  |  | Parties do not object to Exh #251 being redacted with documents Bates stamped 2983 through 2987. |
|  |  |  |  |  | Discussion held re: Exh #250. Pla objected to this exhibit as hearsay. Court ruling - objection is **Overruled.** |
|  |  |  |  |  | Discussion held re: Exh #260. Pla objected to this exhibit as hearsay. Court ruling - objection is **Sustained.** |
|  |  |  |  |  | Discussion held re: Exh #261. Pla objected to this exhibit as hearsay. Court ruling - objection is **Sustained.** |
|  |  | 8:33 AM |  |  | Court ruled that by 8:00 AM on 10/17/7 Dfts' shall produce the following document request from Pla's Motion for Production of Documents, Item #10 from Set No. 1. - All documents reflecting performance reviews by Rex Mitchell from the time period of 1/1/02 through 4/15/02. |
|  |  | 8:35 AM |  |  | By agreement of the parties, the only question on the investigation of Kiran Pande's complaint will be "Was there one?" and no reference to the question of investigation into Kiran Pande's complaint will be mentioned in Pla's closing argument. |
|  |  | 8:43 AM |  |  | Jury present. |
|  |  |  |  |  | Dfts' cross-exam of Charles Mahla. |
| 91 |  | 9:11 AM |  |  | Dft refers to Exh #91. |

Page No. 1

Case No: **C04-05107** Case Name: **KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.**
Date: 10/16/07

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 9:20 AM | | | Re-direct exam of Charles Mahla. |
| | | 9:21 AM | | | Charles Mahla excused. |
| 56 | | 9:22 AM | X | X | Pla's Exh #56 - Email from Don Paul to John Ladd re: International Business Unit Manager. Exh read into the record & to the jury. |
| | | 9:23 AM | | | Stipulated fact from the Joint Pretrial Conference statement (docket no. 99, page 5, lines 23-24) read into the record and to the jury. |
| | | | | | Plaintiff rests. |
| | | 9:27 AM | | | Dfts called witness Rex Mitchell. Clerk administered witness oath. |
| | | | | | Dfts' direct exam of Rex Mitchell. |
| 5 | | 9:45 AM | | | Dfts' refer to Pla's Exh #5. |
| 14 | | 9:56 AM | | | Dfts' refer to Pla's Exh #14. |
| | 260 | 10:00 AM | | | Dfts' refer to their Exh #260 - Summary of 2010 study. |
| | 312 | 10:16 AM | | | Dfts' refer to remarked Exh. #312 - Assignments not completed (Bates stamp #2982 which was originally part of Exh. #251) |
| | | 10:27 AM | | | Jury released for break and reminded of admonishment. Jury instructed that Court will resume at 10:45 AM. |
| | | 10:28 AM | | | Jury not present. |
| | | | | | Dfts' Oral Motion for Judgment as a Matter of Law on Punitive Damages Issue. Dfts' Oral Motion for Judgment as Matter of Law re: Claims. Oral arguments heard on punitive damages issue. |
| | | | | | Motion for JMOL re: Damages. **Denied**. |
| | | | | | Motion for JMOL re: Claims. Parties to submit briefs. |
| | | 10:35 AM | | | Court recessed. |
| | | 10:43 AM | | | All counsel and parties present. Jury not present. |
| | | 10:53 AM | | | Court reconvened. Jury present. |
| | | | | | Continued direct exam of Rex Mitchell. |

Page No. 2

Case No: **C04-05107** Case Name: **KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.**

Date: 10/16/07

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | 251 | 10:57 AM | X | X | Dfts' Exh #251 (Bates stamp pages 2983 through 2987) - Email exchanges from Rex Mitchell to Kiran Pande re: Strategic & Planning Committee Meeting. |
| 19 | | 11:23 AM | | | Dfts refer to Exh #19. |
| | | 11:57 AM | | | Court recessed for lunch. Jury released and reminded of admonishment. Court to resume at 12:45 PM |
| | | 12:46 PM | | | All counsel and parties present. Jury not present. |
| | | 12:50 PM | | | Court resumed session. Jury present. Continued direct exam of Rex Miller. |
| | 250 | 12:51 PM | X | X | Dfts' Exh #250 - Email from Jay Johnson to Rex Mitchell re: Pande History and attached email trail. |
| | 259 | 1:01 PM | X | X | Dfts' Exh #259 - Employee Salary Change Report for Kiran Pande dated 3/27/01. |
| | 252 | 1:03 PM | X | X | Dfts' Exh #252 - Employee Salary Change Report for Kiran Pande dated 3/29/02. |
| | 280 | 1:05 PM | X | X | Dfts' Exh. #280 - 10/3/2 Email from Kelly Harshorn to Jay Johnson & Rex Mitchell re: Kiran selected for SASBU Job. |
| | | 1:07 PM | | | Cross-exam of Rex Mitchell. |
| | 251 | 1:11 PM | | | Pla refers to Dfts' Exh #251 |
| 15 | | 1:26 PM | X | X | Pla's Exh #15 - Email from Pande to Iris Owens FW: SAM Model. |
| 99 | | 1:28 PM | X | X | Pla's Exh #99 - Annual PMP. |
| 98 | | 1:43 PM | | | Pla's introduce new exh marked as 98 - email string between Rex Mitchell and Kiran Pande re: 2001 PMP. |
| 98 | | 1:48 PM | X | X | Pla's Exh #98 - Email string between Rex Mitchell and Kiran Pande re: 2001 PMP. |
| 25 | | 1:52 PM | | | Pla refers to Exh. #25 |
| | 277 | 1:59 PM | X | X | Dfts' Exh. #277 - Guideline 420 Harassment in Workplace. |
| | | 2:02 PM | | | Re-direct exam of Rex Mitchell. |

Case No: **C04-05107**  Case Name: **KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.**

Date: 10/16/07

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 2:05 PM | | | Re-re-cross of Rex Mitchell. |
| | | 2:06 PM | | | Rex Mitchell excused. |
| | | | | | Jury released for the day and reminded of admonishment. Jury asked to remain in jury room so Court can discuss schedule for Wed. 10/17/7. |
| | | 2:07 PM | | | Jury not present. Discussion held about start time for Wed., 10/17/7. Court will resume at 10:00 AM and go until Noon. Court will recess for a 1 hr lunch. The afternoon session will go from 1:00 PM to 3:00 PM. |
| | | | | | Clerk advised jurors about schedule for Wed. 10/17/7. |
| | | 2:08 PM | | | Court adjourned. Jury trial continued to 10/17/7 at 10 a.m. |
| | | | | | |
| | | | | | Time: Pla: 12:33:16 Dft: 11:39:11 |

Page No. 4