UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL TRIAL MINUTES**

**MAGISTRATE JUDGE JOSEPH C. SPERO**     **COURTROOM DEPUTY: Karen Hom**

**DATE: October 17, 2007**     **COURT REPORTER: Raynee Mercado**

**CASE NO.: C04-5107 JCS**     **TIME:** 9:53 am to 9:58 am
                                                    10:28 am to 11:23 am
                                                    11:47 am to 12:45 pm
                                                    1:30 pm to 2:38 pm
                                                    2:50 pm to 3:27 pm
                                                    Total Time: 3 hrs and 43 mins.

**CASE NAME: Kiran Pande v. ChevronTexaco, Corp., et al.**

**TRIAL BEGAN: 10/09/07**     **TRIAL ENDED:**

**COUNSEL FOR PLAINTIFF:**     **COUNSEL FOR DEFENDANT:**
Susan Harriman     Janine Simerly
Christa Anderson     Lisa Hamasaki

**PROCEEDINGS:**  Jury Trial - Day 6
**Dfts' shall provide a status report by the end of today regarding the production of PMP's of the Non-Texaco Legacy Employees reporting to Rex Mitchell.**
**Dfts' have produced 10 PMP's conducted by Rex Mitchell, including some not signed by Rex Mitchell.**
**Dfts' witnesses James "Jay" Johnson, George Alameda, Jack Dunn.**
**Jury released for the day and reminded of admonishment. Jury instructed to return on Thursday, 10/18/7 at 8:15 AM for continued jury trial.**

**Trial Motions Heard:**     **Ruling:**


**Exhibits: Dfts' Exh 213, 254 and Pla's Exh 43.**

**(SEE THE ATTACHED TRIAL WORKSHEET)**

Page 1 of 1