UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C04-05107**  Case Name**: KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.**

**EXHIBIT and WITNESS LIST**

| **JUDGE**<br>JOSEPH C. SPERO | **PLAINTIFF ATTORNEY:**<br>Susan Harriman & Christa Anderson | **DEFENSE ATTORNEY**:<br>Janine Simerly & Lisa Hamasaki |
|---|---|---|
| **TRIAL DATE:**<br>October 17, 2007 | **REPORTER(S):**<br>Raynee Mercado | **CLERK**:<br>KAREN L. HOM |

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 9:45 AM | | | All parties and counsel present. Jury not present. |
| | | 9:53 AM | | | Court convened. Jury not present. Housekeeping issues: |
| | | | | | PMP's done by Rex Mitchell that Court ordered produced by today has not been produced to Pla's. Dfts' stated that they will produce the PMP's that they already have. |
| | | | | | Stipulation re: Chevron's net worth. Pla's counsel shall read the stipulation at the beginning of their rebuttal case. |
| | | | | | Discussion held re: exhibits intended for use during George Alameda's testimony. If any of the exhibits are used or if Plaintiff intends to use any portion of exhibits, the exhibit can be broken down and given a new exhibit number. |
| | | 9:58 AM | | | Court recessed. |
| | | 10:28 AM | | | Court reconvened. Jury present. Court outlined schedule for this morning. Morning session will go from 10:35 a.m., to 11:35 a.m. with a 5 minute break. Resume from 11:40 a.m. to 12:40 a.m., break for 45 minute lunch. |
| | | | | | Dfts' called witness James "Jay" Johnson. Clerk administered witness oath. |
| | | | | | Direct exam of James Johnson. |
| | 250 | | | | Dfts' referred to their Exh #250. |
| | | 11:07 AM | | | Cross-exam of James Johnson. |
| 100 | | 11:11 AM | | | Pla introduced new Exh #100 - Declaration of James Johnson in support of Dfts' Motion for Summary Judgment, or alternatively, Partial Summary Judgment. |
| 98 | | 11:15 AM | | | Pla referred to their Exh. #98. |

Case No: **C04-05107**  Case Name: **KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.**
Date: 10/17/07

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 11:23 AM | | | Pla referred to Dfts' Exh. #251. |
| | | 11:31 AM | | | Jury excused and reminded of admonishment. |
| | | | | | Jury not present. Counsel and parties present. Housekeeping issue re: when James Johnson became aware of Ms. Pande's complaint of discrimination. |
| | | | | | Court ruling: Objection sustained. |
| | | 11:47 AM | | | Court reconvened. Jury present. |
| | | | | | Re-direct exam of James Johnson. |
| | | 11:50 AM | | | Witness James Johnson excused. |
| | | | | | Dfts' called witness George Alameda. Clerk administered witness oath. |
| | | | | | Direct exam of George Alameda. |
| | | 12:02 PM | | | Cross-exam of George Alameda. |
| | 294 | 12:10 PM | | | Pla referred to Dfts' Exh #294. |
| 101 | | 12:13 PM | X | | Pla introduced new Exh. #101 - Sample Temple to Ask Current Supervisors About Candidate Qualifications. |
| | 294 | 12:16 PM | | | Pla referred to Dfts' Exh. #294 |
| 67 | | 12:24 PM | | | Pla referred to their Exh #67. |
| | | 12:27 PM | | | Re-direct exam of George Alameda. |
| | | 12:29 PM | | | Witness George Alameda excused. |
| | | 12:30 PM | | | Dfts' called witness Jack Dunn. Clerk administered witness oath. |
| | | | | | Direct exam of Jack Dunn. |
| | | 12:44 PM | | | Jury released for lunch and reminded of admonishment. Jury instructed that Court will resume at 1:30 p.m. |
| | | | | | |

Case No: **C04-05107**  Case Name: **KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.**

Date: 10/17/07

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
|  |  | 12:45 PM |  |  | Jury not present. Discussion held regarding PMP's of the Non-Texaco Legacy employees reporting to Rex Mitchell who received 1's except for Kiran Pande and Vicky Thompson who received 2's.  Dfts' are still trying to locate PMP's.  Dfts' to provide the Court with a status report at the end of the day. |
|  |  |  |  |  | Court recessed for lunch. |
|  |  | 1:30 PM |  |  | All parties & counsel present. Jury not present. |
|  |  | 1:37 PM |  |  | Court resumed session. Jury present. |
|  |  |  |  |  | Continued direct exam of Jack Dunn. |
| 37 |  |  |  |  | Dfts referred to Pla's Exh #37. |
|  | 213 | 1:46 PM | X | X | Dfts' Exh #213 - SASBU Move FAQ's. |
| 57 |  | 2:12 PM |  |  | Dfts' referred to Pla's Exh # 57. |
|  |  | 2:26 PM |  |  | Dfts' referred to Pla's Exh #64. |
|  |  | 2:38 PM |  |  | Jury excused for break and reminded of admonishment. |
|  |  | 2:39 PM |  |  | Court recessed. |
|  |  | 2:50 PM |  |  | All counsel and parties present.  Court reconvened. Jury present. |
|  |  |  |  |  | Cross-examination of Jack Dunn. |
|  | 263 | 3:00 PM |  |  | Pla referred to Dfts' Exh #263. |
|  | 254 | 3:03 PM | X | X | Dfts' Exh #254 - 10/11/2 Email from Kelly Hartshorn to Jay Johnson & Rex Mitchell re: Kiran Pande CTOP Job Offer. |
| 46 |  | 3:17 PM |  |  | Pla's referred to their Exh #46. |
|  |  | 3:19 PM |  |  | Jury excused for the day. Jury reminded of admonishment. Jury instructed to return on Thursday, 10/18/7 at 8:15 AM |
|  |  | 3:20 PM |  |  | Jury not present.  Dfts' provided status update re: production of PMP's by Rex Mitchell.  Dfts' have produced 10 PMP's, including some not signed by Rex Mitchell. Pla's stated that the produced PMP's contradict Mr. Mitchell's testimony. |

Case No: **C04-05107**  Case Name: **KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.**

Date: 10/17/07

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | | | | Schedule for Thursday, 10/18/7 discussed. |
| | | | | | Court plans to have draft jury instructions by Monday. |
| | | | | | Brief argument heard on Dfts' Oral Motion for JMOL re: Retaliation Claim. |
| | | 3:27 PM | | | Court adjourned for the day. Jury trial continued to Thursday, 10/18/7 at 8:00 AM. |
| | | | | | |
| | | | | | Time: Pla's 11:16:46 and Dfts' 9:44:54 |

Page No. 4