UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CIVIL TRIAL MINUTES

**MAGISTRATE JUDGE JOSEPH C. SPERO**       **COURTROOM DEPUTY: Karen Hom**

**DATE:** October 18, 2007                 **COURT REPORTER:** Raynee Mercado

**CASE NO.:** C04-5107 JCS                 **TIME:** 8:08 am to 8:13 am
                                                     8:47 am to 9:44 am
                                                     9:58 am to 10:58 am
                                                     11:20 am to Noon
                                                     12:50 pm to 2:15 pm
                                           Total Time: 4 hrs 7 mins.

**CASE NAME:** Kiran Pande v. ChevronTexaco, Corp., et al.

**TRIAL BEGAN:** 10/09/07                  **TRIAL ENDED:**

**COUNSEL FOR PLAINTIFF:**                 **COUNSEL FOR DEFENDANT:**
Susan Harriman                             Janine Simerly
Christa Anderson                           Michelle Ballard Miller
                                           Lisa Hamasaki

**PROCEEDINGS:**   Jury Trial - Day 7
**Dfts' have withdrawn the following Exhibit Nos. 235, 239, 258, 282, 273, 204, 292, 301, 302, and 298.**
**Mr. Mitchell will be recalled to the stand on Mon. 10/22/7.  Parties may re-open cross and re-direct exam of Mr. Mitchell regarding the produced PMP's.**
**Continued cross-exam of Jack Dunn.  Dfts' witnesses: Janeen Judah, Jean Pierre Camy, Kelly Gamble Hartshorn, John Ladd. Zuwu Omoregie's deposition read into the record.**
**Discussion held re: impeachment witnesses. Court will allow an Admin. Witness to testify on the 980 B issue re: Dejong. No other witnesses may be called.**
**Jury excused and reminded of admonishment. Jury instructed to return on Monday, 10/22/7 at 8:15 AM for continued jury trial.**

**Trial Motions Heard:**                   **Ruling:**


**Exhibits:** Pla's Exh #'s: 23, 30, 33, 102.  Dfts' Exh #'s: 236, 269, 272.

**(SEE THE ATTACHED TRIAL WORKSHEET)**