UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C04-05107**  Case Name: **KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.**

**EXHIBIT and WITNESS LIST**

| **JUDGE**<br>JOSEPH C. SPERO | **PLAINTIFF ATTORNEY:**<br>Susan Harriman & Christa Anderson | **DEFENSE ATTORNEY**:<br>Janine Simerly & Michelle Ballard Miller & Lisa Hamasaki |
|---|---|---|
| **TRIAL DATE:**<br>October 18, 2007 | **REPORTER(S):**<br>Raynee Mercado | **CLERK**:<br>KAREN L. HOM |

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 7:55 AM | | | Pla's counsel and Plaintiff present. |
| | | 8:02 AM | | | All counsel and parties present. |
| | | 8:08 AM | | | Court convened. Jury not present. Housekeeping issues re: Dfts' use of the following exhibits: |
| | | | | | Dfts' Exh Nos. 235, 239, 258, 282, and 273 during Kelly Hartshorn's testimony are **WITHDRAWN**. Dfts' stated that Exh #273 is also part of Dfts' Exh #250 that has already been admitted. |
| | | | | | Dfts' Exh Nos. 204, 292, 301 and 302 during Janeen Judah's testimony are **WITHDRAWN.** |
| | | | | | Dfts' Exh #298 during John Ladd's testimony is **WITHDRAWN.** |
| | | 8:11 AM | | | PMP update: Pla's intend to put into evidence the produced PMP's by Rex Mitchell and recall Mr. Mitchell to the stand. Pla will re-open cross-exam, and Dfts' may reopen re-direct exam of Mr. Mitchell on Monday, 10/22/7. |
| | | 8:13 AM | | | Court recessed. |
| | | 8:47 AM | | | Court reconvened. Jury present. Continued cross-exam of Jack Dunn |
| 30 | | 8:48 AM | | | Pla's Exh #30 - Email from Jack Dunn to Mark Krolow re: Pande 2002 performance. |
| 33 | | | | | Pla's Exh #33 - Email from Kelly Hartshorn to Mark Krolow, cc: Jack Dunn & Brian Smith re: Kiran Pande 2002 Performance. |
| 57 | | 8:59 AM | | | Pla referred to their Exh #57. |
| | 269 | | X | X | Dfts' Exh #269 - Email dated 10/29/3 re: Integrated Disability Mgmt to Jack Dunn re: Kiran Pande. |

Case No: **C04-05107**  Case Name: **KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.**

Date: 10/18/07

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 65 | | | | | Pla referred to their Exh. #65 |
| | | 9:14 AM | | | Re-direct exam. |
| 46 | | 9:20 AM | | | Dfts' refer to Pla's Exh. #46. |
| | | 9:29 AM | | | Re-cross-exam of Jack Dunn. |
| | | 9:32 AM | | | Dfts' witness Jack Dunn excused. |
| | | 9:33 AM | | | Dfts' called witness Janeen Judah. Clerk administered witness oath.  Direct exam of Janeen Judah. |
| | | 9:44 AM | | | Witness Janeen Judah excused. |
| | | | | | Jury released for break and reminded of admonishment. |
| | | | | | Court recessed. |
| | | 9:58 AM | | | All counsel and parties present.  Court reconvened. Jury present. |
| | | | | | Dfts' called witness Jean Pierre Camy. Clerk administered witness oath.  Direct exam of Jean Camy. |
| | | 10:18 AM | | | Cross-exam of Jean Camy |
| 11, & 13 | | 10:24 AM | | | Pla referred to their Exh #'s 11 & 13. |
| | | 10:33 AM | | | Re-direct exam of Jean Camy. |
| | | 10:35 AM | | | Dfts' witness Jean Camy excused. |
| | | 10:37 AM | | | Dfts' called witness Kelly Gamble Hartshorn. Clerk administered witness oath. |
| | | | | | Direct exam of Kelly Hartshorn. |
| | | 10:58 AM | | | Jury excused and reminded of admonishment.  Jury break for 15 minutes. |
| | | | | | Jury not present. Dfts' counsel brought to Court's attention that observants have made comments to their witnesses. |
| | | | | | Court advised that parties shall ensure that observants in this trial do not speak to any of the witnesses. |
| | | 11:01 AM | | | Court recessed. |

Case No: **C04-05107**  Case Name: **KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.**

Date: 10/18/07

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 11:20 AM | | | All parties and counsel present. Court reconvened. Jury present. Continued direct exam of Kelly Hartshorn. |
| 23 | | 11:25 AM | X | X | Dfts' referred to Pla's Exh #23 -Email from Thomas McMillen to Kelly Hartshorn re: 3x3 Placement History. |
| | 250 | 11:30 AM | | | Dfts' refer to their Exh #250 |
| | | Noon | | | Jury released for lunch and reminded of admonishment. Court to resume at 12:45 pm. |
| | | | | | Jury not present. Plaintiff requested an unredacted copy of email - GRANTED. Dft shall produce the unredacted email on Friday. |
| | | | | | Court adjourned. |
| | | 12:45 PM | | | All parties & counsel present. Jury not present. |
| | | 12:50 PM | | | Jury present. Continued direct exam of Kelly Hartshorn. |
| | 272 | 12:53 PM | | | Dfts' Exh #272 - 12/4/2 Email from Kiran Pande to Kelly Hartshorn Subject: Re: Kiran Pande CTOP Job Offer. |
| 30 | | 1:06 PM | | | Dfts' referred to Pla's Exh #30. |
| 33 | | 1:09 PM | | | Dfts' referred to Pla's Exh #33. |
| | 257 | 1:12 PM | | | Dfts' referred to their Exh #257. |
| | 236 | 1:13 PM | X | X | Dfts' Exh #236 - 10/01/2 - Email from Kiran Pande to Kelly Hartshorn re: PDC Jobs and attached email trail. |
| | 254 | 1:26 PM | | | Dfts' referred to their Exh #254. |
| | | 1:31 PM | | | Cross-examination of Kelly Hartshorn. |
| | | 1:35 PM | | | Dfts' witness Kelly Hartshorn excused. |
| | | | | | Dfts' called witness John Ladd. Clerk administered witness oath. Direct exam of John Ladd. |
| | | 1:43 PM | | | Cross-exam of John Ladd. |
| 56 | | 1:44 PM | | | Pla referred to their Exh. #56. |

Case No: **C04-05107** Case Name: **KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.**

Date: 10/18/07

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 102 | | 1:47 PM | X | X | Pla introduced new Exh #102 - Chevron Texaco Selection Skills Assessment of Kiran Pande re: International Business Unit Mgr Position. |
| | 298 | | | | Pla referred to Dfts' Exh #298. |
| | | 1:50 PM | | | Re-direct exam of John Ladd. |
| | | 1:52 PM | | | Dfts' witness John Ladd excused. |
| | | 1:56 PM | | | Reading of Zuwa Omoregie's deposition read into the record. |
| | | 2:06 PM | | | Zuwa Omoregie's deposition reading concluded. |
| | | | | | Jury excused for the day. Jury reminded of admonishment. Jury instructed to return on Monday, 10/25/7 at 8:15 AM for continued jury trial. |
| | | 2:07 PM | | | Jury not present. Discussion held regarding impeachment witness. Court ruled that an Admin. Witness will be allowed on the 980 b issue re: Dejong. No other witnesses may be called. |
| | | | | | Discussion held re: scheduling for remainder of trial. Dfts' expect their evidence to conclude next week. Jurors instructed by Clerk to return on Mon, 10/22; Tues., 10/23, and Thurs, 10/25. If the jurors are in deliberations, they may continue deliberations on Friday, 10/26. |
| | | 2:15 PM | | | Court adjourned for the day. |
| | | | | | Jury trial continued to Monday, 10/22/7 at 8:00 AM. |
| | | | | | |
| | | | | | Time: Pla: 10:21:38  Dft: 7:05:41. |

Page No. 4