1  KEKER & VAN NEST, LLP
   SUSAN J. HARRIMAN - #111703
2  CHRISTA M. ANDERSON - #184325
   710 Sansome Street
3  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
4  Facsimile:  (415) 397-7188

5  Attorneys for Plaintiff
   KIRAN PANDE

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | KIRAN PANDE,                              | Case No. C 04-5107 JSC
11 |                       Plaintiff,          | **PLAINTIFF'S REVISED PROPOSED VERDICT FORM**
12 |     v.                                    |
13 | CHEVRON CORPORATION (f/k/a                | Complaint Filed:  December 2, 2004
   | CHEVRONTEXACO CORPORATION), a             |
14 | Delaware corporation,                     | Trial Date:       October 9, 2007
   | CHEVRON INTERNATIONAL
15 | EXPLORATION & PRODUCTION (f/k/a
   | CHEVRONTEXACO OVERSEAS
16 | PETROLEUM COMPANY),
   | a division of Chevron U.S.A., Inc.,
17 |
   |                       Defendants.
18

19

20

21

22

23

24

25

26

27

28

                                     1

404781.01

1  In an attempt to resolve some of the disputes with Chevron over the verdict form,
2  plaintiff Kiran Pande respectfully submits the following revised and shortened proposed verdict
3  form, to replace her previous proposed verdict form filed on June 21, 2007 (Docket No. 125).

                                                      Respectfully submitted,

Dated: October 18, 2007

                                           KEKER & VAN NEST, LLP

                                      By: /s/ Christa M. Anderson
                                             SUSAN J. HARRIMAN
                                             CHRISTA M. ANDERSON
                                             Attorneys for Plaintiff KIRAN PANDE

PLAINTIFF'S PROPOSED VERDICT FORM
CASE NO. 04-5107 CW

404781.01

# VERDICT FORM

### Claim for Violation of FMLA/CFRA

Based on the Court's instructions about the law that applies to Ms. Pande's claims, we answer the questions submitted to us as follows:

1) Did Chevron take one or more of the following actions?:

    (a)    deny Ms. Pande her full twelve week protected medical leave; and/or

    (b)    deny Ms. Pande health benefits during part of her full twelve week protected medical leave; and/or

    (c)    consider Ms. Pande's taking of medical leave as a negative factor in deciding not to hire her for alternative positions; and/or

    (d)    consider Ms. Pande's taking of medical leave as a negative factor in deciding to terminate Ms. Pande's employment.

    Yes \_\_\_\_\_        No \_\_\_\_\_

**If your answer to question 1 is yes, then answer question 2. If you answered no, please turn the page and go on to the next claim.**

2) Were one or more of the above actions a substantial factor in causing harm to Ms. Pande?

    Yes \_\_\_\_\_        No \_\_\_\_\_

**Please turn the page and go on to the next claim.**

1

404782.01

## Claim for Retaliation

Based on the Court's instructions about the law that applies to Ms. Pande's claims, we answer the questions submitted to us as follows:

3)  Did Ms. Pande complain to Chevron supervisors, employees or agents about gender discrimination and/or discrimination on the basis of race or national origin?

    Yes _____    No _____

**If your answer to question 3 is yes, then answer question 4. If you answered no, please turn the page and go on to the next claim.**

4)  Did Chevron retaliate against Ms. Pande for her complaints about discrimination?

    Yes _____    No _____

**If your answer to question 4 is yes, then answer question 5. If you answered no, please turn the page and go on to the next claim.**

5)  Was Chevron's retaliatory conduct a substantial factor in causing harm to Ms. Pande?

    Yes _____    No _____

**Please turn the page and go on to the next claim.**

2

404782.01

## Claim for Wrongful Discharge in Violation of Public Policy

Based on the Court's instructions about the law that applies to Ms. Pande's claims, we answer the questions submitted to us as follows:

6) Did Chevron terminate Ms. Pande's employment, with one or both of the following factors as a motivating reason for the termination?:

    (a) Ms. Pande's complaints to Chevron supervisors or agents about gender and/or race discrimination; and/or

    (b) Ms. Pande's taking medical leave.

    Yes _____     No _____

**If your answer to question 6 is yes, then answer question 7. If you answered no, please go on to the next page.**

7) Did the termination cause Ms. Pande harm?

    Yes _____     No _____

**Please go on to the next page.**

3

404782.01

### Damages and Punitive Damages

Please answer question 8 if you answered yes to at least one of the following questions: question 2, question 5, and/or question 7. If you did not answer yes to one or more of those questions (questions 2, 5, or 7), please go to the end of this form and sign and date it.

8) What are Ms. Pande's damages?

$ _____

**Please go on to the next question.**

9) Did Chevron engage in its conduct towards Ms. Pande with malice, oppression, or fraud?

Yes _____     No _____

If your answer to question 9 is yes, then answer question 10. If you answered no, please go to the end of this form and sign and date it.

10) What amount of punitive damages, if any, do you award Ms. Pande?

$ _____

**Signed:** _____

**Presiding Juror:** _____

**Dated:** _____

After it has been signed, deliver this verdict form to the [clerk/bailiff/judge].

4

404782.01