Michele Ballard Miller (SBN 104198)
Janine S. Simerly (SBN102361)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON
CORPORATION (f/k/a ChevronTexaco
Corporation) and CHEVRON INTERNATIONAL
EXPLORATION & PRODUCTION
(f/k/a ChevronTexaco Overseas Petroleum),
a division of Chevron U.S.A. Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>          Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.<br><br>          Defendants. | Case No. C 04-5107 JCS<br><br>**DEFENDANTS' REVISED REQUEST FOR SPECIAL FINDINGS**<br><br>Trial Date:   October 9, 2007<br>Time:         8:30 a.m.<br>Place:        Courtroom D, 15th Fl.<br><br>Complaint filed:   December 2, 2004 |

Pursuant to Federal Rules of Civil Procedure 49(a) Defendants request that the Court require the jury to deliberate upon and respond to specific questions of fact in the form attached hereto. Defendants reserve the right to request additional special findings, or delete some of those shown below, depending on the course of proceedings at trial.

Dated: October 18, 2007

MILLER LAW GROUP
A Professional Corporation

By: _____/S/_____
Michele Ballard Miller
Attorneys for Defendants CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.

Michele Ballard Miller (SBN 104198)
Janine S. Simerly (SBN102361)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>    Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.<br><br>    Defendants. | Case No. C 04-5107 JCS<br><br>**SPECIAL FINDINGS**<br><br>Trial Date:    October 9, 2007<br>Time:    8:30 a.m.<br>Place:    Courtroom D, 15th Fl.<br><br>Complaint filed:    December 2, 2004 |

We the jury, make the following special findings on the questions submitted to us:

## SECTION 1
## LIABILITY QUESTIONS

**A.    VIOLATION OF THE FAMILY MEDICAL LEAVE ACT/ CALIFORNIA FAMILY RIGHTS ACT**

    (1)    Was Ms. Pande's medical leave or request for medical leave a motivating factor in Chevron's decision to terminate her employment?

    _____ Yes          _____ No

If your answer to question 1 is yes, proceed to question 2.  If your answer to question 1 is no, proceed to question 4.

    (2)    Was Chevron's conduct a substantial factor in causing harm to Ms. Pande?

    _____ Yes          _____ No

If your answer to question 2 is yes, proceed to question 3.  If your answer to question 2 is no, proceed to question 4.

    (3)    Did Chevron's conduct legally cause Ms. Pande to suffer economic damages?

    _____ Yes          _____No

Proceed to question 4.

B. **RETALIATION IN VIOLATION OF THE FAIR EMPLOYMENT AND HOUSING ACT**

  (4) Did Ms. Pande suffer an adverse employment action because of her complaint(s) against Rex Mitchell?

  _____ Yes  _____ No

  If your answer to question 4 is yes, proceed to question 5. If your answer to question 4 is no, proceed to question 6.

  (5) Did Chevron's conduct legally cause Ms. Pande to suffer economic damages?

  _____ Yes  _____No

  Proceed to question 6.

C. **WRONGFUL DISCHARGE IN VIOLATION OF PUBLIC POLICY**

  (6) Did Chevron discharge Ms. Pande in violation of public policy?

  _____ Yes  _____ No

  If your answer to question 6 is yes, proceed to question 7.

  If your answer to questions 6 is no, proceed to the next section.

  (7) Did Chevron's conduct legally cause Ms. Pande to suffer economic damages?

  _____ Yes  _____ No

  Proceed to the next section.

## SECTION II

## DAMAGES

Please answer question 8 if you answered yes to at least one of the following questions: question 3, question 5 or question 7. If you did not answer yes to one or more of those questions (questions 3, 5 or 7), please go to the end of this form and sign and date it.

(8)   What are Ms. Pande's damages?

    a.   Past economic loss            $_____

    b.   Future economic loss          $_____

                                 TOTAL   $_____

Please go on to the next question.

(9)   Did Ms. Pande make reasonable efforts to mitigate her damages?

   _____ Yes        _____ No

Proceed to question 10.

(10)   What amount did you find Ms. Pande would have earned had she made reasonable efforts to mitigate her damages?

   ANSWER:  Mitigation Sum           $_____

Proceed to question 11.

(11)   Did Chevron engage in its conduct towards Ms. Pande with malice, oppression, or fraud?

   _____ Yes        _____ No

If your answer to question 11 is yes, then answer question 12. If you answered no, please go to the end of this form and sign and date it.

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

(12)   What amount of punitive damages, if any, do you award Ms. Pande?

$_____

Signed: _____

Presiding Juror: _____

Dated: _____

After it has been signed, deliver this verdict form to the [clerk/bailiff/judge].