United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIRAN PANDE,                                          Case No. C-04-05107 JCS

        Plaintiff(s),

  v.

CHEVRON,

        Defendant(s).
_____/

**COURT'S PROPOSED VERDICT FORM**

DATED: October 19, 2007

_____
Hon. Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE

# JURY VERDICT

We, the jury, unanimously find as follows:

**1. Did Chevron interfere with or deny Ms. Pande her right to medical leave under the FMLA and the CFRA?**

     Yes _____            No_____

Go to Question Number 2.

**2. Did Chevron retaliate against Ms. Pande for her complaints about discrimination?**

     Yes _____            No _____

Go to Question Number 3.

**3. Did Chevron discharge Ms. Pande from employment for reasons that violate a public policy?**

     Yes _____            No _____

If you answered "YES" to Question Number One, Two, or Three, go to Question Number 4.

If you answered "NO" to all three questions do **NOT** answer Questions Number Four, Five and Six. The foreperson of the jury should sign and date this form.

**4. What damage, if any, to Ms. Pande was caused by Chevron?**

Past Economic Loss         $_____

Future Economic Loss      $_____

Go to Question Number 5.

**5.     Was Chevron's conduct malicious, oppressive or fraudulent?**

                Yes _____                    No _____

If you answered "YES" to Question Number Five, go to Question Number 6.

If you answered "NO" to Question Number Five, do **NOT** answer Question Number Six. The foreperson of the jury should sign and date this form.


**6.     What amount of Punitive Damages do you award Ms. Pande?**


        $_____


**Signed:**_____


**Foreperson of the Jury:**_____


**Dated:**_____


        After this verdict form has been signed and dated, please submit a Jury Note to the Court Security Officer notifying the Court that the Jury has reached a verdict.  Please return the verdict form to the Courtroom Deputy.

3