UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL TRIAL MINUTES

**MAGISTRATE JUDGE JOSEPH C. SPERO**     **COURTROOM DEPUTY:** Karen Hom

**DATE:** October 22, 2007     **COURT REPORTER:** Diane Skillman & Kathy Wyatt (PM)

**CASE NO.:** C04-5107 JCS     **TIME:** 8:00 am to 8:26 am
8:33 am to 9:39 am
9:50 am to 10:57 am
11:08 am to 11:43 am
1:00 pm to 1:30 pm
Total Time: 3 hrs 46 mins.

**CASE NAME:** Kiran Pande v. ChevronTexaco, Corp., et al.

**TRIAL BEGAN:** 10/09/07     **TRIAL ENDED:**

**COUNSEL FOR PLAINTIFF:**     **COUNSEL FOR DEFENDANT:**
Susan Harriman     Janine Simerly
Christa Anderson     Michelle Ballard Miller
     Lisa Hamasaki

**PROCEEDINGS:**    Jury Trial - Day 8
Parties stipulated to Dfts' replacing their Exh. #309.
Witness Rex Mitchell recalled to the stand regarding produced 2001 PMP's of Chevron Legacy employees.
Dfts' witnesses: Mark Daniel Farris, Andrew Michael O'Brien, Margo Rich Ogus.
Dfts' rest.
Pla's witness: Kiran Pande.
Jury excused for the day and reminded of admonishment. Jury instructed to return on Tuesday, 10/23/7 at 8:45 AM for closing arguments and jury instructions.
Each side will be given 75 minutes total for closing argument.
Jury instruction conference held.

**Trial Motions Heard:**     **Ruling:**
1. Pla's Motion for Mitigation Instruction     DENIED
[docket no. 165]

2. Pla's Motion for Adverse Inference     DENIED
Instruction [docket no. 156]

**Exhibits:** Pla's Exh #'s 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113.
Dfts' Exh #313, 314.

**(SEE THE ATTACHED TRIAL WORKSHEET)**