UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C04-05107** **JCS** Case Name**: KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.**

**EXHIBIT and WITNESS LIST**

| **JUDGE** JOSEPH C. SPERO | **PLAINTIFF ATTORNEY:** Susan Harriman & Christa Anderson | **DEFENSE ATTORNEY**: Janine Simerly & Michelle Ballard Miller & Lisa Hamasaki |
|---|---|---|
| **TRIAL DATE:** October 22, 2007 | **REPORTER(S):** Diane Skillman & Kathy Wyatt (PM) | **CLERK**: KAREN L. HOM |

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 7:50 AM | | | All counsel present. |
| | | 8:00 AM | | | All parties present. |
| | | 8:04 AM | | | Court convened. Jury not present. Discussion held re: scheduling of recalling Rex Mitchell. Mitchell to be cross-examined first. |
| | | | | | Dfts' expert Mr. O'Brien is blind and will need assistance taking the witness stand. |
| | | | | | Dfts' request no reference be made during cross-exam of Mr. Mitchell re: produced PMP's ordered by the Court. |
| | | | | | Dfts' Exh #309 - parties stipulate to having this exhibit replaced. |
| | | 8:07 AM | | | Discussion held regarding impeachment witness re: working hours on 10/10. |
| | | | | | Court ruling - through no fault of either party no discovery has been taken on the accuracy of this document instruction will be given to the jury during Mark Farris's testimony. |
| | | 8:20 AM | | | Dfts' plan to read portions of Ms. Pande's depo into the record for impeachment purposes. Oral argument heard. Ct will rule on issue later. |
| | | 8:26 AM | | | Court recess. |
| | | 8:33 AM | | | Court reconvened. Jury not present. |
| | | 8:37 AM | | | Jury present. |
| | | 8:38 AM | | | Pla recalled witness Rex Mitchell for testimony on the produced 2001 PMP's of Chevron Legacy employees. Mr. Mitchell reminded that he is still under oath. Pla's direct exam. |
| 104 | | 8:39 AM | X | X | Pla's Exh #104 - PMP 2001 Daniel Wallem |

Case No: **C04-05107**  Case Name: **KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.**

Date: 10/22/07

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 103 | | 8:40 AM | X | X | Pla's Exh #103 - PMP 2001 for Brian Putt |
| 105 | | 8:41 AM | X | X | Pla's Exh #105 - PMP 2001 for Matthew Palmer |
| 106 | | | X | X | Pla's Exh #106 -PMP 2001 for Kernal Anbarci |
| 107 | | | X | X | Pla's Exh #107- PMP 2001 for Iris Q. Owens |
| 108 | | | X | X | Pla's Exh #108 - PMP 2001 for Hardy Leopando |
| 109 | | | X | X | Pla's Exh #109 - PMP 2001 for Robert R. John |
| | | 8:47 AM | | | Dfts' cross-exam of Rex Mitchell |
| 110 | | | X | X | Pla's Exh #110 - PMP 2001 for Kevin M. Connelly |
| 111 | | | X | X | Pla's Exh #111 - PMP 2001 for Vicki L. Thompson |
| | | 8:52 AM | | | Pla's re-direct exam of Rex Mitchell |
| 112 | | 8:54 AM | X | X | Pla's Exh #112 - PMP 2001 for Anthony R. Kenck |
| 113 | | 8:55 AM | X | X | Pla's Exh #113 - PMP 2001 for Alekhandre Chmatok |
| | | 8:59 AM | | | Dfts' re-cross exam of Rex Mitchell |
| | | 9:03 AM | | | Pla's re-re-direct exam of Rex Mitchell |
| | | 9:04 AM | | | Witness Rex Mitchell excused. |
| | | | | | Dfts' called witness Mark Daniel Farris. Clerk administered witness oath. Direct exam of Mark Farris. |
| | | 9:06 AM | | | Dfts' refer to their Exh #314. |
| | 314 | 9:08 AM | | | Pla objected to admission of this exhibit - Sustained. |
| | 314 | 9:10 AM | X | X | Dfts' Exh #314 - Time sheet of Guadalupe Dejong for 10/9/3. |
| | | | | | Court instructed jury that through no fault of either party no discovery was taken about the accuracy of this document. |
| | 313 | 9:14 AM | | | Dfts' refer to their Exh. #313. |

Case No: **C04-05107**  Case Name: **KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.**

Date: 10/22/07

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | 313 | 9:16 AM | X | X | Dft's Exh #313. |
| | | | | | Pla object to exhibit - Overruled.  Court instructed jury that through no fault of either party no discovery was taken about the accuracy of this document. |
| | | 9:18 AM | | | Pla's cross-exam of Mark Farris |
| | | 9:20 AM | | | Witness Mark Farris excused. |
| | | 9:21 AM | | | Dfts' called witness Andrew Michael O'Brien.  Clerk administered witness oath. Direct exam of Andrew O'Brien. |
| | | 9:39 AM | | | Court recessed. |
| | | 9:50 AM | | | All counsel and parties present. Court reconvened. Jury present. |
| | | | | | Cross-exam of Andrew O'Brien. |
| | | 10:03 AM | | | Re-direct exam of Andrew O'Brien. |
| | | 10:08 AM | | | Dfts' witness Andrew O'Brien excused. |
| | | | | | Dfts' called witness Margo Rich Ogus.  Clerk administered witness oath.  Direct exam. |
| | 309 | 10:11 AM | | | Dfts' referred to their Exh #309. |
| | | 10:41 AM | | | Cross-exam of Margo Ogus. |
| | | 10:57 AM | | | Dfts' witness Margo Rich Ogus excused. |
| | | | | | Court recessed. Jury retired to jury room and reminded of admonishment. |
| | | 11:08 AM | | | Court reconvened.  Jury not present. Discussion held regarding use of Ms. Pande's deposition read into the record for impeachment purposes. Court ruled that no readings of Ms. Pande's depositions will be allowed and made rulings on the record. |
| | | | | | Pla will do brief oral argument on Dfts' Motion for JMOL and may file a brief to be due by 7:30 AM on Tuesday, 10/23/7. |

Page No. 3

Case No: **C04-05107** Case Name: **KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.**

Date: 10/22/07

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | | | | Court will hear final argument on Tuesday, 10/23/7 at 9:00 a.m. |
| | | | | | Jury will be released at Noon. Court will reconvene at 1:30 p.m. for jury instruction conference. |
| | | | | | Jury will be instructed to return on Tuesday, 10/23/7 at 9:00 AM for closing arguments, jury instructions and deliberations. |
| | | | | | Time limits for closing arguments - 75 minutes total for each side. |
| | | 11:31 AM | | | Jury present. |
| | | | | | Dfts' rested. |
| | | | | | Pla read stipulation to the jury regarding Chevron's financial net worth. |
| | | 11:31 AM | | | Pla recalled witness Kiran Pande for rebuttal testimony. Ms. Pande reminded she is still under oath. |
| | 251 | | | | Pla referred to Dfts' Exh #251. |
| | | 11:32 AM | | | Pla recalled witness Kiran Pande to the stand for rebuttal testimony. Ms. Pande reminded that she is still under oath. |
| | | | | | Direct exam of Ms. Pande. |
| | | 11:35 AM | | | Cross exam of Ms. Pande |
| | | 11:40 AM | | | Ms. Pande excused. |
| | | | | | Jury excused for the day. Jury reminded of admonishment. Jury instructed to return on Tuesday, 10/23/7 at 8:45 AM for closing arguments and jury instructions. |
| | | 11:43 AM | | | Court recessed. Court to reconvene at 1:00 PM for jury instruction conference. |
| | | 1:00 PM | | | Counsel and parties present. **C/R: Kathy Wyatt** |
| | | 1:07 PM | | | Court convened. Jury not present. |
| | | | | | Court **DENIED** Pla's Motion for Mitigation Instruction. |
| | | | | | Court **DENIED** Pla's Motion for Adverse Inference Instruction. |
| | | | | | Discussion held re: Jury Instruction No. 16. |

Case No: **C04-05107**  Case Name: **KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.**

Date: 10/22/07

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | | | | Discussion held re: Jury Instruction No. 15 |
| | | | | | Discussion held re: Jury Instruction No. 18 |
| | | | | | Discussion held re: Jury Instruction No. 14 |
| | | | | | Discussion held re: proposed verdict form. |
| | | 1:33 PM | | | Court adjourned for the day. Trial to resume on Tuesday, 10/23/7 at 8:30 am for argument on Dfts' Motion for JMOL. |
| | | | | | |
| | | | | | Time: Pla's 7:10:41 Dfts' 5:48:31 |

Page No. 5