UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIRAN PANDE,                                          Case No.  C-04-05107 JCS

        Plaintiff(s),

  v.

CHEVRON,

        Defendant(s).
_____/

**FINAL VERDICT FORM**

DATED: October 22, 2007

_____
Hon. Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE

# JURY VERDICT

We, the jury, unanimously find as follows:

**1.   Did Chevron interfere with or deny Ms. Pande her right to medical leave under the FMLA and the CFRA?**

      Yes _____          No_____

Go to Question Number 2.

**2.   Did Chevron retaliate against Ms. Pande for her complaints about discrimination?**

      Yes _____          No _____

Go to Question Number 3.

**3.   Did Chevron discharge Ms. Pande from employment for reasons that violate a public policy?**

      Yes _____          No _____

If you answered "YES" to Question Number One, Two, or Three, go to Question Number 4.

If you answered "NO" to all three questions do **NOT** answer Questions Number Four, Five and Six. The foreperson of the jury should sign and date this form.

**4.   What damage, if any, to Ms. Pande was caused by Chevron?**

Past Economic Loss          $_____

Future Economic Loss        $_____

Go to Question Number 5.

United States District Court
For the Northern District of California

2

**5.     Was Chevron's conduct malicious, oppressive or fraudulent?**

Yes _____          No _____

If you answered "YES" to Question Number Five, go to Question Number 6.

If you answered "NO" to Question Number Five, do **NOT** answer Question Number Six. The foreperson of the jury should sign and date this form.

**6.     What amount of Punitive Damages do you award Ms. Pande?**

$_____

**Signed:**_____

**Foreperson of the Jury:**_____

**Dated:**_____

After this verdict form has been signed and dated, please submit a Jury Note to the Court Security Officer notifying the Court that the Jury has reached a verdict. Please return the verdict form to the Courtroom Deputy.