UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL TRIAL MINUTES

**MAGISTRATE JUDGE JOSEPH C. SPERO**  **COURTROOM DEPUTY:** <u>Karen Hom</u>

**DATE:** October 23, 2007  **COURT REPORTER:** Diane Skillman & Kathy Wyatt

**CASE NO.:** C04-5107 JCS  **TIME:** 9:04 am to 10:12 am
10:36 am to 11:56 am
12:09 pm to 2:30 pm
Total Time: 4 hrs 49 mins

**CASE NAME:** Kiran Pande v. ChevronTexaco, Corp., et al.

**TRIAL BEGAN:** 10/09/07  **TRIAL ENDED:**

**COUNSEL FOR PLAINTIFF:**
Susan Harriman
Christa Anderson

**COUNSEL FOR DEFENDANT:**
Janine Simerly
Michelle Ballard Miller
Lisa Hamasaki

**PROCEEDINGS:**   Jury Trial - Day 9

Closing arguments. Jury instructions read to jurors. Oath administered to US Marshal Retiring with Jury. Jury instructed that Court will be dark on Wed. 10/24/7 and they should return on Thursday, 10/25/7 at 9:00 AM for deliberations. Jury retired to jury room for deliberations. Jury Note #1 received and filed.

**Trial Motions Heard:**  **Ruling:**
1. Dfts' Motion for Judgment as a  Ruling Reserved
Matter of Law [docket no. 171]

**Exhibits:**

**(SEE THE ATTACHED TRIAL WORKSHEET)**