# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: **C04-05107**  Case Name: **KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.**

### EXHIBIT and WITNESS LIST

| JUDGE | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| JOSEPH C. SPERO | Susan Harriman & Christa Anderson | Janine Simerly & Michelle Ballard Miller & Lisa Hamasaki |

| TRIAL DATE: | REPORTER(S): | CLERK: |
|---|---|---|
| October 23, 2007 | Diane Skillman & Kathy Wyatt | KAREN L. HOM |

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:16 AM | | | Pla's counsel and parties present. |
| | | | | | Plaintiff's counsel advised by clerk that Court will not hear oral argument on Dft's Rule 59 motion. Court reserved ruling. |
| | | 8:20 AM | | | Dfts' counsel present.  Dfts' advised by clerk that Court will not hear oral argument on their Rule 59 motion. |
| | | | | | Parties to exchange all graphics that will be used during closing arguments. |
| | | 9:04 AM | | | Court convened. Jury present. |
| | | | | | Plaintiff's closing argument. |
| | | 10:12 AM | | | Court recessed. Jury reminded of admonishment and retired to jury room. |
| | | 10:36 AM | | | Court reconvened.  Jury present. **Court reporter Kathy Wyatt.** |
| | | | | | Defendants' closing argument. |
| | | 11:50 AM | | | Plaintiff's rebuttal. |
| | | 11:56 AM | | | Court recessed. Jury reminded of admonishment and retired to jury room. |
| | | 12:09 PM | | | Court reconvened. Jury present. |
| | | | | | Jury instructions read to jury.  Copies of instructions given to jurors. |
| | | | | | |

Page No. 1

Case No: <u>C04-05107</u>  Case Name:  <u>**KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.**</u>

Date: 10/23/07

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | <u>12:33 PM</u> | | | <u>Conclude reading of jury instructions.</u> |
| | | | | | <u>Jury instructed to select a jury foreperson and deliberation schedule for today.</u> |
| | | | | | <u>Jury instructed that there will be no deliberations on Wed. 10/24/7 but that they should return on Thursday, 10/25/7 at 9:00 AM to continue deliberations.</u> |
| | | <u>12:35 PM</u> | | | <u>Oath to USM Retiring with Jury administered by the Clerk.</u> |
| | | | | | <u>Jury retired to jury room for deliberations.</u> |
| | | <u>12:40 PM</u> | | | <u>Jury submitted Jury Note #1.</u> |
| | | <u>2:30 PM</u> | | | <u>Jurors left for the day.  Jurors informed the USM that they intend to return around 8:30 AM on Thursday, 10/26/7. Court adjourned for the day.</u> |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page No. 2