## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## AMENDED*
## <u>CIVIL TRIAL MINUTES</u>

**MAGISTRATE JUDGE JOSEPH C. SPERO**    **COURTROOM DEPUTY:** <u>Karen Hom</u>

**DATE: October 17, 2007**                **COURT REPORTER:** Raynee Mercado

**CASE NO.: C04-5107 JCS**                **TIME: 9:53 am to 9:58 am**
                                          **10:28 am to 11:23 am**
                                          **11:47 am to 12:45 pm**
                                          **1:30 pm to 2:38 pm**
                                          **2:50 pm to 3:27 pm**
                                          **Total Time: 3 hrs and 43 mins.**

**CASE NAME: Kiran Pande v. ChevronTexaco, Corp., et al.**

**TRIAL BEGAN: 10/09/07**                 **TRIAL ENDED:**

<u>**COUNSEL FOR PLAINTIFF:**</u>          <u>**COUNSEL FOR DEFENDANT:**</u>
**Susan Harriman**                        **Janine Simerly**
**Christa Anderson**                      **Lisa Hamasaki**

<u>**PROCEEDINGS:**</u>    **Jury Trial - Day 6**
**Dfts' shall provide a status report by the end of today regarding the production of PMP's of the Non-Texaco Legacy Employees reporting to Rex Mitchell.**
**Dfts' have produced 10 PMP's conducted by Rex Mitchell, including some not signed by Rex Mitchell.**
**Dfts' witnesses James "Jay" Johnson, George Alameda, Jack Dunn.**
**Jury released for the day and reminded of admonishment. Jury instructed to return on Thursday, 10/18/7 at 8:15 AM for continued jury trial.**

<u>**Trial Motions Heard:**</u>              <u>**Ruling:**</u>

<u>**Exhibits:**</u> **Dfts' Exh 213, 254 and Pla's Exh 43.**

<u>**(SEE THE ATTACHED TRIAL WORKSHEET)**</u>
**\*Amends the Jury Trial Log to reflect that Pla's Exh #43 was admitted.**