UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL TRIAL MINUTES

**MAGISTRATE JUDGE JOSEPH C. SPERO**     **COURTROOM DEPUTY: Karen Hom**

**DATE: October 25, 2007**     **COURT REPORTER: Starr Wilson (unreported)**

**CASE NO.: C04-5107 JCS**     **TIME: 9:10 am to 2:20 pm**
**Total Time: 5 hrs 10 mins**

**CASE NAME:** Kiran Pande v. ChevronTexaco, Corp., et al.

**TRIAL BEGAN: 10/09/07**     **TRIAL ENDED:**

**COUNSEL FOR PLAINTIFF:**     **COUNSEL FOR DEFENDANT:**
Susan Harriman     Janine Simerly
Christa Anderson     Michelle Ballard Miller
     Lisa Hamasaki

**PROCEEDINGS:**     Jury Trial - Day 10

Continued jury deliberations. Jury Note #2, 3 and 4 received and filed.
Parties identified that Plaintiff's Exhibit #43 is correct and agreed that it may be submitted to the Jury.
Jury to return on Friday, 10/26/7 at 9:30 AM for continued deliberations.

**Trial Motions Heard:**     **Ruling:**


**Exhibits:**

**(SEE THE ATTACHED TRIAL WORKSHEET)**

Page 1 of 1