UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C04-05107**  Case Name**: KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.**

**EXHIBIT and WITNESS LIST**

| **JUDGE**<br>JOSEPH C. SPERO | **PLAINTIFF ATTORNEY:**<br>Susan Harriman & Christa Anderson | **DEFENSE ATTORNEY**:<br>Janine Simerly & Michelle Ballard Miller & Lisa Hamasaki |
|---|---|---|
| **TRIAL DATE:**<br>October 25, 2007 | **REPORTER(S):**<br>Starr Wilson (unreported) | **CLERK**:<br>KAREN L. HOM |

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 9:05 AM | | | All jurors present. Continued jury deliberations. |
| | | 9:10 AM | | | Jury Note #2 received and filed. |
| | | 12:45 PM | | | Jury Note #3 received and filed. |
| | | | | | Parties identified that Plaintiff's Exhibit #43 is correct and agreed that it can be submitted to the jury. |
| | | 1:12 PM | | | Jury Note #4 received and filed. |
| | | 2:20 PM | | | Jurors left for the day. Jurors to return on Friday, 10/26/7 at 9:30 AM for continued deliberations. |

Page No. 1