UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL TRIAL MINUTES

**MAGISTRATE JUDGE JOSEPH C. SPERO**   **COURTROOM DEPUTY: <u>Karen Hom</u>**

**DATE:** October 26, 2007   **COURT REPORTER:** Starr Wilson

**CASE NO.:** C04-5107 JCS   **TIME:** 10:30 am to 3:00 PM
Total Time: 4 ½ hours.

**CASE NAME:** Kiran Pande v. ChevronTexaco, Corp., et al.

**TRIAL BEGAN:** 10/09/07   **TRIAL ENDED:**

**COUNSEL FOR PLAINTIFF:**
Susan Harriman (T)
Christa Anderson (T)

**COUNSEL FOR DEFENDANT:**
Janine Simerly
Michelle Ballard Miller, not present
Lisa Hamasaki

**PROCEEDINGS:**   Jury Trial - Day 11

Continued jury deliberations. Jury Note #5 received and filed. Hearing held with counsel re: Court note to jury regarding deliberations on Monday, 10/29/7. Court's Note to Jury submitted to jury. Jury left for the day. Jury to return on 10/29/7 at 8:30 AM for continued deliberations.

**Trial Motions Heard:**   **Ruling:**

**Exhibits:**

**(SEE THE ATTACHED TRIAL WORKSHEET)**

Page 1 of 1