UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C04-05107**  Case Name**: KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.**

### EXHIBIT and WITNESS LIST

| **JUDGE**<br>JOSEPH C. SPERO | **PLAINTIFF ATTORNEY:**<br>Susan Harriman & Christa Anderson | **DEFENSE ATTORNEY**:<br>Janine Simerly & Michelle Ballard Miller & Lisa Hamasaki |
|---|---|---|
| **TRIAL DATE:**<br>October 26, 2007 | **REPORTER(S):**<br>Starr Wilson | **CLERK**:<br>KAREN L. HOM |

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 10:30 AM | | | All jurors present. Continued jury deliberations. |
| | | 10:35 AM | | | Jury Note #5 received and filed. |
| | | 1:29 PM | | | Outside presence of the jury, Court held a hearing to discuss submission of Court's Note to Jury. Parties agreed that Court can submit a note to the jury regarding deliberations for Monday, 10/29/7. |
| | | 2:00 PM | | | Court's Note To Jury regarding deliberation schedule for Monday, 10/29/7 given to CSO to give to jury. |
| | | 2:05 PM | | | Jury Note #6 received and filed. |
| | | 3:00 PM | | | Jury left for the day. Jurors to return on Monday, 10/29/7, at 8:30 AM for continued jury deliberations. |