UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL TRIAL MINUTES**

**MAGISTRATE JUDGE JOSEPH C. SPERO**     **COURTROOM DEPUTY: Karen Hom**

**DATE:** October 29, 2007     **COURT REPORTER:** Kathy Wyatt

**CASE NO.:** C04-5107 JCS     **TIME:** 8:30 AM to 11:45 AM
Total Time: 2 hrs 15 mins

**CASE NAME:** Kiran Pande v. ChevronTexaco, Corp., et al.

**TRIAL BEGAN:** 10/09/07     **TRIAL ENDED:** 10/29/07

**COUNSEL FOR PLAINTIFF:**     **COUNSEL FOR DEFENDANT:**
Susan Harriman     Janine Simerly
Christa Anderson     Michelle Ballard Miller, not present
     Lisa Hamasaki

**PROCEEDINGS:**     Jury Trial - Day 12

Continued jury deliberations. Jury Note #7 received and filed.
Verdict for Plaintiff. Jurors polled. Verdict is unanimous. Jurors released from jury service.

Dfts' to renew their JMOL Motion re: Punitive Damages & Whether Retaliation Claim Should be Submitted to the Jury.

**Trial Motions Heard:**     **Ruling:**

**(SEE THE ATTACHED TRIAL WORKSHEET)**

Page 1 of 1