UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C04-05107**  Case Name**: KIRAN PANDE V. CHEVRONTEXACO CORP., ET AL.**

**EXHIBIT and WITNESS LIST**

| **JUDGE**<br>JOSEPH C. SPERO | **PLAINTIFF ATTORNEY:**<br>Susan Harriman & Christa Anderson | **DEFENSE ATTORNEY**:<br>Janine Simerly & Michelle Ballard Miller & Lisa Hamasaki |
|---|---|---|
| **TRIAL DATE:**<br>October 29, 2007 | **REPORTER(S):**<br>Kathy Wyatt | **CLERK**:<br>KAREN L. HOM |

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:30 AM | | | All jurors present. Continued jury deliberations. |
| | | 11:18 AM | | | Jury Note #7 - Jury has reached a unanimous verdict. |
| | | 11:30 AM | | | Clerk contacted all counsel regarding jury verdict. |
| | | 11:35 AM | | | All counsel and parties present. |
| | | 11:37 AM | | | Court convened.  Jury not present. |
| | | 11:40 AM | | | Jury present. |
| | | | | | Jury verdict published. |
| | | | | | Verdict for Plaintiff |
| | | | | | Jury polled.  Jury verdict is unanimous. |
| | | 11:44 AM | | | Jurors thanked and released from jury service. |
| | | | | | Outside presence of jury  - Dfts' will renew their Motion for Judgment as a Matter of Law re: Punitive Damages and Whether Retaliation Claim should be submitted to Jury. |
| | | 11:45 AM | | | Court adjourned. |
| | | | | | |
| | | | | | |

Page No. 1