UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIRAN PANDE,

    Plaintiff(s),

v.

CHEVRONTEXACO CORPORATION, ET AL,

    Defendant(s).

Case No. 04-05107 JCS

**VERDICT FORM**

# JURY VERDICT

We, the jury, unanimously find as follows:

1. Did Chevron interfere with or deny Ms. Pande her right to medical leave under the FMLA and the CFRA?

    Yes _____      No __✓__

    Go to Question Number 2.

2. Did Chevron retaliate against Ms. Pande for her complaints about discrimination?

    Yes __✓__      No _____

    Go to Question Number 3.

3. Did Chevron discharge Ms. Pande from employment for reasons that violate a public policy?

    Yes __✓__      No _____

    If you answered "YES" to Question Number One, Two, or Three, go to Question Number 4.

    If you answered "NO" to all three questions do **NOT** answer Questions Number Four, Five and Six. The foreperson of the jury should sign and date this form.

4. What damage, if any, to Ms. Pande was caused by Chevron?

    Past Economic Loss      $ 836,048.50

    Future Economic Loss    $ 2,235,387.00

    Go to Question Number 5.

2

5. Was Chevron's conduct malicious, oppressive or fraudulent?

   Yes __X__        No _____

If you answered "YES" to Question Number Five, go to Question Number 6.

If you answered "NO" to Question Number Five, do **NOT** answer Question Number Six. The foreperson of the jury should sign and date this form.

6. What amount of Punitive Damages do you award Ms. Pande?

$ _2,500,000.00_

Signed: _William E Miller Jr_

Foreperson of the Jury: _William E Miller Jr._

Dated: _October 29, 2007_

After this verdict form has been signed and dated, please submit a Jury Note to the Court Security Officer notifying the Court that the Jury has reached a verdict. Please return the verdict form to the Courtroom Deputy.