Michele Ballard Miller (SBN 104198)
Janine S. Simerly (SBN 102361)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.

KEKER & VAN NEST, LLP
SUSAN J. HARRIMAN (SBN 111703)
CHRISTA M. ANDERSON (SBN 184325)
710 Sansome Street
San Francisco, CA 94111-1704
Tel. (415) 391-5400
Fax (415) 397-7188

Attorneys for Plaintiff KIRAN PANDE

FILED
OCT 23 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.<br><br>Defendants. | Case No. C 04-5107 JCS<br><br>LIST OF TRIAL EXHIBITS ADMITTED INTO EVIDENCE<br><br>Trial Date:    October 9, 2007<br>Time:          8:30 a.m.<br>Place:         Courtroom D, 15th Fl.<br><br>Complaint filed:   December 2, 2004<br><br>Honorable Joseph C. Spero |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT COURT

## KIRAN PANDE v. CHEVRON CORP., et al.
## CASE NO. C-04-05107 JCS

(October 22, 2007)

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | DATE | |
|---|---|---|---|---|
| | | | MARKED FOR ID | ADMITTED INTO EVIDENCE |
| 2 | N/A | "Chevron-A Global Presence"<br><br>Bates Nos. N/A | | 10/10/07 |
| 5 | N/A | Job Summary-G0-400<br><br>Bates Nos. 1562 – 1563 | | 10/10/07 |
| 7 | 05/28/91 | "Recognition Awards" by Chevron Petroleum Technology Company<br><br>Bates No. Chevron/Pande01872 | | 10/10/07 |
| 8 | 08/94 | "Recognition Awards" by Chevron Petroleum Technology Company<br><br>Bates No. Chevron/Pande01870 | | 10/10/07 |
| 10 | 1998-2003 | W-2 Wage and Tax Statement for Kiran Pande from Chevron Corporation<br><br>Bates Nos. Chevron/Pande006941 – 006948 | | 10/10/07 |
| 11 | 03/23/98 | Annual Performance Management Worksheet for period from 01/01/97 through 12/31/97<br><br>Bates Nos. Chevron/Pande01982 - 01986 | | 10/10/07 |

405004.01

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | DATE MARKED FOR ID | DATE ADMITTED INTO EVIDENCE |
|---|---|---|---|---|
| 13 | 01/26/00 | Annual Performance Management Worksheet for period from 01/01/99 through 12/31/99<br><br>Bates Nos. 1921-1926 | | 10/10/07 |
| 14 | 01/05/01 | E-mail from Rex Mitchell to Kiran Pande, cc: David Kennedy re: FW: 2000 PMP<br><br>Bates Nos. 15 - 21 | | 10/10/07 |
| 15 | 02/14/02 | E-mail from Kiran Pande to Iris Owens re: FW: SAM model<br><br>Bates No. 1483 | | 10/16/07 |
| 19 | 04/22/02 | Annual Performance Management Worksheet from period 01/01/01 through 12/31/01<br><br>Bates Nos. Chevron/Pande02992 - 03000 | | 10/10/07 |
| 20 | 04/23/02 | Bullet points for discussion with Jay Johnson<br><br>Bates Nos. Chevron/Pande06714 | | 10/10/07 |
| 21 | 05/08/02 | E-mail from Rex Mitchell to Iris Owens, Anthony Kenck, Kevin Connelly, Kemai Anbarci, Matthew Palmer, and Alexandre Chmatok re: Conference call-Action Plan to Assemble Strategic Plan<br><br>Bates Nos. 1477 - 1478 | | 10/10/07 |
| 23 | 09/03/02 | E-mail from Thomas McMillen to Kelly Hartshorn re: 3x3 Placement History<br><br>Bates Nos. Chevron/Pande03712 - 03714 | | 10/18/07 |
| 27 | 10/07/02 | E-mail from Audie Setters to Rex Mitchell re: Feedback<br><br>Bates Nos. Chevron/Pande03012 - 03013 | | 10/11/07 |

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | DATE MARKED FOR ID | DATE ADMITTED INTO EVIDENCE |
|---|---|---|---|---|
| 30 | 01/27/03 | E-mail from Jack Dunn to Mark Krolow re: Kiran Pande 2002 performance<br><br>Bates No. Chevron/Pande03711 | | 10/18/07 |
| 31 | 02/19/03 | E-mail from Guadalupe Dejong to Otilia Vieira, et al. re: Potential Houston Move<br><br>Bates No. 1207 | | 10/10/07 |
| 32 | 02/03-12/03 | ChevronTexaco Paystubs for Kiran Pande for pay periods 02/03-12/03<br><br>Bates Nos. 1891 - 1911 | | 10/10/07 |
| 33 | 03/05/03 | E-mail from Kelly Hartshorn to Mark Krolow, cc: Jack Dunn and Brian Smith re: Kiran Pande 2002 Performance<br><br>Bates Nos. Chevron/Pande03692 - 03693 | | 10/18/07 |
| 37 | 05/13/03 | E-mail from Guadalupe Dejong to Sharon Unser, et al. re: SASBU San Ramon Relocation to Houston<br><br>Bates No. 1208 | | 10/10/07 |
| 39 | 05/22/03 | Presentation-"Houston Move"<br><br>Bates Nos. 736 - 747 | | 10/10/07 |
| 40 | 06/2/03 | Letter from Mark Dando to Kiran Pande re: SASBU Houston Relocation Offer<br><br>Bates Nos. 726 - 727 | | 10/10/07 |
| 43 | 09/04/03 | E-mail from Jack Dunn to Mark Krolow, et al. re: Bk 14 VC new employees & updated org chart<br><br>Bates Nos. 41 - 43 | | 10/17/07 |

405004.01

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | DATE MARKED FOR ID | DATE ADMITTED INTO EVIDENCE |
|---|---|---|---|---|
| 45 | 09/29/03 | E-mail from Debi Olson to Kiran Pande re: Application for Jobs: Petroleum Engineer (BD-03-18 50076685), Reservoir Engineer (BD-03-17 50076782 & 50076783) Bates Nos. Chevron/Pande03248 - 03249 | | 10/10/07 |
| 46 | 10/10/03 | E-mail from Jack Dunn to Kiran Pande re: DA Modeling Course Bates No. 1214 | | 10/10/07 |
| 48 | 10/20/03 | E-mail from Brian Smith to Paul Vita re: Planning Analyst (GG-03-44) SAP ID 50077721 Application for Kiran Pande Bates Nos. Chevron/Pande03471 - 03483 | | 10/10/07 |
| 49 | 10/20/03 | E-mail from Brian Smith to Kiran Pande re: Sr./Staff Business Analyst (GG 03-45) SAP ID 50077718 Application for Kiran Pande Bates No. Chevron/Pande03496 | | 10/10/07 |
| 50 | 10/21/03 | E-mail from Kiran Pande to Fiona Young, cc: Taryn Shawstad re: Severance Package Bates Nos. 1212 - 1213 | | 10/10/07 |
| 51 | 10/23/03 | E-mail from Jack Dunn to Kiran Pande re: Phone Message Bates Nos. Chevron/Pande06542 - 06543 | | 10/10/07 |
| 52 | 10/29/03 | Letter from UnumProvident Corporation to Kiran Pande re: Disability Claim and FMLA Bates Nos. 1184 - 1187 | | 10/10/07 |

405004.01

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | DATE MARKED FOR ID | DATE ADMITTED INTO EVIDENCE |
|---|---|---|---|---|
| 56 | 10/29/03 | E-mail from Don Paul to John Ladd, cc: Allan Vance re: EMC International Business Unit Manager<br><br>Bates Nos. Chevron/Pande05712 - 05713 | | 10/16/07 |
| 57 | 10/29/03 | E-mail from Jack Dunn to Kiran Pande re: Kiran Pande, PERNR #10769<br><br>Bates Nos. Chevron/Pande03653 - 03654 | | 10/10/07 |
| 60 | 11/07/03 | E-mail from Jack Dunn to Kiran Pande, Jason Ewles and Kathleen Mabe, cc: Tayo Feyijimi, Dale Beeson, Michael Clark, Alexandre Castellini, John Fryters and Pradeep Kumar re: Tombua F1 Transition Notes<br><br>Bates No. Chevron/Pande06602 | | 10/10/07 |
| 62 | 11/07/03 | E-mail from Jack Dunn to Kiran Pande, cc: Giannina Horna re: 2003Vacat_carryover_doc<br><br>Bates Nos. 1215 – 1216 | | 10/10/07 |
| 64 | 11/18/03 | Letter from Taryn Shawstad to Kiran Pande re: Voluntary Termination<br><br>Bates No. 1201 | | 10/10/07 |
| 65 | 11/19/03 | E-mail from Jack Dunn to Kiran Pande, cc: Sheree Lomax re: End employment date<br><br>Bates No. 1205 | | 10/10/07 |
| 67 | 11/27/03 | E-mail from Brian Smith to Kiran Pande re: Feedback<br><br>Bates Nos. 1221 - 1222 | | 10/10/07 |
| 69 | 12/08/03 | Letter from Kiran Pande to Taryn Shawstad re: Unlawful Termination<br><br>Bates Nos. 1202 – 1203 | | 10/10/07 |

5

405004.01

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | DATE MARKED FOR ID | DATE ADMITTED INTO EVIDENCE |
|---|---|---|---|---|
| 72 | 12/16/03 | Letter from Taryn Shawstad to Kiran Pande re: Voluntary Termination<br><br>Bates No. 1204 | | 10/10/07 |
| 73 | 12/18/03 | E-mail from Kiran Pande to Debi Olson, cc: Paul Vita re: ETC-50046185 & 50054160<br><br>Bates No. Chevron/Pande03551 | | 10/10/07 |
| 74 | 12/23/03 | E-mail from Kiran Pande to Debi Olson, cc: Paul Vita, Zuwa Omoregie re: ETC-50046185 & 50054160<br><br>Bates Nos. Chevron/Pande03552 - 03573 | | 10/10/07 |
| 75 | 12/26/03 | E-mail from Kiran Pande to Zuwa Omoregie re: Application for position in your group<br><br>Bates No. 82 | | 10/10/07 |
| 82 | 01/05/04 | HIPAA Certificate, Certification of Group Health Coverage<br><br>Bates No. 1888 | | 10/10/07 |
| 85 | 02/28/04 | COBRA Beneficiary General Information<br><br>Bates Nos. 1889 - 1890 | | 10/10/07 |
| 88 | 2005 | U.S. Income Tax Return for an S Corporation (PetroAssets)<br><br>Bates Nos. 1927-1936 | | 10/10/07 |
| 90 | 09/02/05 | Printout of Chevron's Disability Management Program<br><br>Bates Nos. Chevron/Pande02278 - 02282 | | 10/10/07 |

405004.01

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | DATE | |
| --- | --- | --- | --- | --- |
| | | | MARKED FOR ID | ADMITTED INTO EVIDENCE |
| 91 | 2006 | U.S. Income Tax Return for an S Corporation (PetroAssets)<br><br>Bates Nos. 1937-1948 | | 10/10/07 |
| 92 | 2006 | Stanford University, W-2 for Kiran Pande<br><br>Bates No. 1915 | | 10/10/07 |
| 94 | 02/21/07 | Pay stub for Kiran Pande from Stanford University for pay period 02/01/07 through 02/15/07<br><br>Bates No. 1916 | | 10/10/07 |
| 98 | 04/17/02 | E-mail from Rex Mitchell to Kiran Pande re: Pande_2001PMP<br><br>Bates No. 1550-1560 | | 10/16/07 |
| 99 | N/A | Draft of Kiran Pande's Annual Performance Management-PMP-2001<br><br>Bates No. Chevron/Pande03001-03006 | | 10/16/07 |
| 102 | N/A | ChevronTexaco Selection Skills Assessment, Kiran Pande's Job Application for International Business Unit Manager Position<br><br>Bates No. Chevron/Pande05516-05523 | | 10/18/07 |
| 103 | 02/14/02 | Brian Putt's Annual Performance Management-PMP-2001<br><br>Bates No. N/A | | 10/22/07 |
| 104 | 02/06/02 | Daniel B. Wallem's Annual Performance Management-PMP-2001<br><br>Bates No. N/A | | 10/22/07 |

405004.01

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | DATE MARKED FOR ID | DATE ADMITTED INTO EVIDENCE |
|---|---|---|---|---|
| 105 | 02/12/02 | Matthew D. Palmer's Annual Performance Management-PMP-2001<br><br>Bates No. N/A | | 10/22/07 |
| 106 | 03/12/02 | Kemal Anbarci's Annual Performance Management-PMP-2001<br><br>Bates No. N/A | | 10/22/07 |
| 107 | 03/05/02 | Iris Owen's Annual Performance Management-PMP-2001<br><br>Bates No. N/A | | 10/22/07 |
| 108 | 11/23/01 | Hardy Leopando's Annual Performance Management-PMP-2001<br><br>Bates No. N/A | | 10/22/07 |
| 109 | 02/06/02 | Robert R. John's Annual Performance Management-PMP-2001<br><br>Bates No. N/A | | 10/22/07 |
| 110 | 11/29/01 | Kevin M. Connelly's Annual Performance Management-PMP-2001<br><br>Bates No. N/A | | 10/22/07 |
| 111 | 04/05/02 | Vicki L. Thompson's Annual Performance Management-PMP-2001<br><br>Bates No. N/A | | 10/22/07 |
| 112 | 03/01/99 | Anthony R. Kenck's Performance Management Process-2001<br><br>Bates No. N/A | | 10/22/07 |

405004.01

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | DATE | |
|---|---|---|---|---|
| | | | MARKED FOR ID | ADMITTED INTO EVIDENCE |
| 113 | 04/01/01 | Alekhandre Chmatok's Performance Management Process-2001<br><br>Bates No. N/A | | 10/22/07 |
| 213 | | SASBU Move FAQ's<br><br>Bates Nos. 729-735 | | 10/17/07 |
| 219 | 2/24/04 | Letter from Kiran Pande to State Disability Insurance Coordinator, Subject: Disability Benefits<br><br>Bates Nos. 892-893 | | 10/11/07 |
| 236 | 10/1/2002 | Email from Kiran Pande to Kelly Hartshorn, subject: RE: PDC Jobs and attached email trail<br><br>Bates No. 1858 | | 10/18/07 |
| 242 | | Disability Management Program Information<br><br>Only Bates Nos. Chevron/Pande 02278 & 02355 | | 10/11/07 |
| 250 | 9/12/2002 | Email from Jay Johnson to Rex Mitchell, Subject: RE: Pande History and attached email trail<br><br>Bates Nos. Chevron/Pande 02976-02979 | | 10/16/07 |

9

405004.01

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | DATE MARKED FOR ID | ADMITTED INTO EVIDENCE |
|---|---|---|---|---|
| 251 | | Emails and Documents containing annotations of Rex Mitchell concerning Kiran Pande's job performance (including 1/10/2002 Email from Rex Mitchell to Kiran Pande, Subject: FW: Request for Competitor Strategic Information for February 5-6 Strategy & Planning Committee Meeting; 1/11/2002 Email from Rex Mitchell to Kiran Pande, Subject: RE: intl_production.xls; 1/22/2002 Email from Rex Mitchell to Kiran Pande, Subject: eQuest Publisher and Data Access; 2/6/2002 Email from Rex Mitchell to Kiran Pande, subject: FW: Shel Crude Pricing; 2/12/2002 Email from Rex Mitchell to Kiran Pande, Subject: FW: SAM model)<br><br>Bates Nos. Chevron/Pande 02983-02987 | | 10/16/07 |
| 252 | 3/29/2002 | Employee Salary Change Report for Kiran Pande<br><br>Bates No. Chevron/Pande 02988 | | 10/16/07 |
| 254 | 10/11/2002 | Email from Kelly Hartshorn to Jay Johnson and Rex Mitchell, Subject: FW: Kiran K. Pande – CTOP JOB OFFER and attached email trail<br><br>Bates Nos. Chevron/Pande 02990-02991 | | 10/17/07 |
| 257 | 10/7/2002 | Email from Audie Setters to Rex Mitchell, Subject: FW: Feedback with attached email trail<br><br>Bates Nos. Chevron/Pande 03012-03013 | | 10/11/07 |
| 259 | 3/27/2001 | Employee Salary Change Report for Kiran Pande<br><br>Bates No. Chevron/Pande 03022 | | 10/16/07 |
| 268 | 5/23/2003 | Email from SASBU Houston Move to Kiran Pande, et al. Subject: SASBU Houston Move Communication<br><br>Bates Nos. Chevron/Pande 03632-03634 | | 10/11/07 |

405004.01

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | DATE | |
|---|---|---|---|---|
| | | | MARKED FOR ID | ADMITTED INTO EVIDENCE |
| 269 | 10/29/2003 | Email from Corp – Integrated Disability Management to Jack Dunn, Subject: RE: Kiran Pande, PERNR #10769<br><br>Bates Nos. Chevron/Pande 03655-03657 | | 10/18/07 |
| 272 | 12/4/2002 | Email from Kiran Pande to Kelly Hartshorn, Subject: RE: Kiran K. Pande – CTOP JOB OFFER and attached email trail<br><br>Bates Nos. Chevron/Pande 03715-03717 | | 10/18/07 |
| 276 | | DFEH Documents (including 12/9/2003 Notice of Filing of Discrimination Complaint; Notice of Case Closure, Complaint of Discrimination, Right-to-Sue Complaint Information Sheet)<br><br>Bates Nos. Chevron/Pande 03797-03801 | | 10/11/07 |
| 277 | | Guideline 420 Harassment in the Workplace<br><br>Bates Nos. Chevron/Pande 06484-06489 | | 10/16/07 |
| 280 | 10/3/2002 | Email from Kelly Hartshorn to Jay Johnson and Rex Mitchell, Subject: Kiran selected for SASBU Job<br><br>Bates No. Chevron/Pande 06642 | | 10/16/07 |
| 286 | | Office of Ombuds Information Packet<br><br>Bates Nos. Chevron/Pande 06803-06804 | | 10/11/07 |
| 287 | March 2003 | Excerpts of ChevronTexaco Disability Management Program<br><br>Bates Nos. Chevron/Pande 06808, 06815 & 06866 | | 10/11/07 |
| 313 | | Time Sheet: Data Entry View for Guadalupe M. DeJong, Data Entry Period: 10/01/2003-10/15/2003 | | 10/22/07 |

405004.01

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | DATE | |
|---|---|---|---|---|
| | | | MARKED FOR ID | ADMITTED INTO EVIDENCE |
| 314 | | Display Time Sheet Data Re: Ms. Guadalupe DeJong, Period: 10/03/2003-10/31/2003 | | 10/22/07 |

405004.01