IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE, | No. CV 04-05107 JCS |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| CHEVRONTEXACO CORPORATION, | |
| Defendant. | |

    **(X) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **() Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that verdict is in favor of Plaintiff.

Dated: October 29, 2007

Richard W. Wieking, Clerk
By _Karen L. Hom_____
Karen L. Hom
Deputy Clerk