*JCS*
*Rulings*

Michele Ballard Miller (SBN 104198)
Janine S. Simerly (SBN 102361)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON
CORPORATION (f/k/a ChevronTexaco
Corporation) and CHEVRON INTERNATIONAL
EXPLORATION & PRODUCTION
(f/k/a ChevronTexaco Overseas Petroleum),
a division of Chevron U.S.A. Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>       Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.<br><br>       Defendants. | Case No. C 04-5107 JCS<br><br>**DEFENDANTS' DESIGNATION OF DEPOSITION EXCERPTS OF ZUWA OMOREGIE; PLAINTIFF'S OBJECTIONS TO SAME AND THE PARTIES' COUNTER DESIGNATIONS**<br><br>Trial Date:    October 9, 2007<br>Time:        8:30 a.m.<br>Place:       Courtroom D<br><br>Complaint filed:   December 2, 2004 |

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

1      Enclosed please find the attached Exhibits.

2

3      Exhibit 1.      Defendants' designated excerpts of the Deposition of Zuwa Omoregie,

4   including objections made by Plaintiff Kiran Pande;

5

6      Exhibit 2.      Counter-designated excerpts of the Deposition of Zuwa Omoregie,

7   made by Plaintiff Kiran Pande, including additional excerpts counter-designated by

8   Defendants for inclusion if Plaintiff's counter-designations are accepted and read into the

9   record.

10

11

12   Dated:  October 15, 2007                    MILLER LAW GROUP
                                                 A Professional Corporation
13

14                                              By:  _____/S/_____
15                                                   Lisa C. Hamasaki
                                                     Attorneys for Defendants CHEVRON
16                                                   CORPORATION (f/k/a ChevronTexaco
                                                     Corporation) and CHEVRON
17                                                   INTERNATIONAL EXPLORATION &
                                                     PRODUCTION (f/k/a ChevronTexaco
18                                                   Overseas Petroleum), a division of
                                                     Chevron U.S.A. Inc.
19

20

21

22

23

24

25

26

27

28
      **DEFENDANTS' DESIGNATION OF DEPOSITION EXCERPTS OF ZUWA OMOREGIE; PLAINTIFF'S OBJECTIONS
      TO SAME; AND PARTIES' COUNTER DESIGNATIONS**
      Case No. C 04-5107 JCS

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

# EXHIBIT 1

ZUWA OMOREGIE  April 6, 2006

```
 1
 2
 3                            --oOo--
 4         BE IT REMEMBERED that pursuant to Notice and on
 5   Thursday, April 6, 2006 commencing at 2:00 p.m. thereof,
 6   at the Law Offices of McGUINN, HILLSMAN & PALEFSKY, 535
 7   Pacific Avenue, San Francisco, California 94133, before
 8   me, Denise A. Ford, a Certified Shorthand Reporter,
 9   personally appeared
10                       ZUWA OMOREGIE
11   called as a witness herein, who, having been first duly
12   sworn, was examined and testified as follows:
13                            --oOo--
14
15
16
17
18
19
20
21
22
23
24
25
```

4

ZUWA OMOREGIE April 6, 2006

```
 1          A.   Okay.

 2          Q.   Is there any reason why we cannot go

 3   forward with your deposition today?

 4          A.   No.

 5          Q.   Have you ingested anything in the past,

 6   say, 24 or 48 hours that would impede or impair your

 7   ability to recall events or testify truthfully?

 8          A.   No.

 9          Q.   I have never gotten a "yes" answer to that

10   question.

11          Who is your current employer?

12          A.   Chevron.

13          Q.   How long have you worked for Chevron?

14          A.   Since '81.

15          Q.   I would like to short-cut some things.   If

16   you can just give me your educational background

17   starting with undergraduate.

18          A.   Bachelor's, master's and Ph.D. in

19   petroleum engineering at U.S.C. in Los Angeles

20          Q.   When did you receive your BA, what year?

21          A.   BS, 1978.

22          Q.   And your master's?

23          A.   The same year, 1978.

24          Q.   And your doctorate?

25          A.   1981.
```

8

ZUWA OMOREGIE  April 6, 2006

```
 1            Q.    And from what I can see already you went
 2     to work immediately for Chevron?
 3            A.    Yes, I did.
 4            Q.    And you have been with Chevron ever since?
 5            A.    Yes.
 6            Q.    That is unique for any company.
 7            I know people at Chevron move around a lot and
 8     have a lot of different jobs.  If you can run down for
 9     me at least in broad strokes what positions you have
10     held at Chevron since you started.
11            A.    Positions or work locations?
12            Q.    Positions, titles, and if you would like
13     to include in that work locations, that's fine.
14            A.    Being a research engineer, team leader,
15     reservoir supervisor, petroleum engineering manager,
16     subsurface manager, petroleum engineering sponsor, asset
17     manager, manager international relations, and team
18     leader.
19            Q.    And what is your current job?
20            A.    Team leader, petroleum engineering
21     consulting services in Chevron's Energy Technology
22     Company.
23            Q.    Is that more commonly known as ETC?
24            A.    Yes.
25            Q.    Is that the same group that at one point
```

9

ZUWA OMOREGIE  April 6, 2006

| | |
|---|---|
| 1 | was known as EPTC? |
| 2 | A.    That's correct. |
| 3 | Q.    And how long have you been with -- strike |
| 4 | that. |
| 5 | I am going to refer to it as ETC, and that, as |
| 6 | far as I am concerned, will refer to that group and |
| 7 | whatever form it was called at any time. |
| 8 | A.    That's fine. |
| 9 | Q.    So how long have you worked in ETC? |
| 10 | A.    Well, I worked for them twice.  Started |
| 11 | with them at the time it was called Chevron Oil Field |
| 12 | Research Company; that was from '81 to '85, so four |
| 13 | years.  Then from late 2000 to current. |
| 14 | Q.    And where have you been located as far as |
| 15 | where your job was located since 2001? |
| 16 | A.    San Ramon |
| 17 | Q.    Immediately prior to coming back to ETC in |
| 18 | 2001, what job were you doing for Chevron? |
| 19 | A.    International relations manager in |
| 20 | Washington, DC. |
| 21 | Q.    How long did you hold that position? |
| 22 | A.    A year and a half. |
| 23 | Q.    In the time period of, say, mid-2003, what |
| 24 | was your job, say, June or July? |
| 25 | A.    The same job. |

10

ZUWA OMOREGIE  April 6, 2006

```
 1          Q.    ETC job?

 2          A     Yes.

 3          Q     And as the team leader?

 4          A.    Yes.

 5          Q.    And you held that title and that position

 6    continuously through 2004?

 7          A.    Until now.

 8          Q.    When did you first have any interaction

 9    with Kiran Pande?

10          A.    I don't recall the exact year, but

11    pre-2001 when I was first in San Ramon.

12          Q.    It was prior to you first coming to San

13    Ramon?

14          A.    No, prior to this last assignment in ETC.

15          Q.    Do you remember working on a project with

16    Ms. Pande in the early '90s?

17          A.    Not a project together, no.

18          Q.    Did you have interactions with her where

19    Ms. Pande was working on a project and you were

20    considered a customer to that project?

21          A.    I don't recall.  Maybe she can remind me.

22          Q.    Let me see if I can help you.

23          You were at one point working in Scotland, I

24    believe?

25          A.    Yes.
```

                                                    11

LegaLink San Francisco  (800) 869-9132

ZUWA OMOREGIE  April 6, 2006

1    expressed an interest. You are not required to guess.

2    It is only if you actually remember.

3               THE WITNESS: No, I don't remember what

4    my response was.

5               MR. LEBOWITZ: Q. Do you have any

6    recollection other than she probably asked about or you

7    and she probably had a discussion about her returning to

8    ETC, do you have any other details or any other

9    recollection of any conversation like that?

10        A.    No.

11        Q.    And just to be clear, when you say you

12   don't recall, does that mean that you are sure it didn't

13   happen, or you just don't know one way or another?

14        A.    I just don't remember.

15        Q.    So then we come to late 2003.

16        At that point there were at least two petroleum

17   engineer positions in ETC which were posted.

18        Do you recall that?

19        A.    Jobs in my group?

20        Q.    Yes.

21        A.    Yes.

22   (Whereupon Exhibit 1 was marked for identification.)

23        Q.    Mr. Omoregie, the Court Reporter has just

24   handed you what has been marked Exhibit 1 for this

25   deposition. I would like you to take a look at it and

15

ZUWA OMOREGIE  April 6, 2006

1        A.    Technical career ladder.  23 to 26, it is
2    a multiple-grade position.
3        Q.    What does that mean, multiple-grade
4    position?
5        A.    You can have an engineer at different
6    grade levels be selected to the same position, pay grade
7    levels.
8        Q.    So does that mean anybody who was within
9    the 23 to 26 pay grade can apply for this job?
10        A.    That's what it means, yes.
11        Q.    And is the expectation that they will
12    remain at the same pay grade level when they enter this
13    job?
14        A.    Not necessarily.
15        Q.    They could go up?
16        A.    Yes.
17        Q.    Could they go down?
18        A.    Yes.
19        Q.    Who was on the selection committee for
20    this particular job?
21        A.    A number of senior petroleum engineering
22    managers in Chevron.
23        Q.    Who were they?
24        A.    I will just tell you the ones I remember
25        Q.    Okay.

                                                     21

ZUWA OMOREGIE  April 6, 2006

```
 1              A.    Jean Camy, Bard Strong, Peter Hartshorn,
 2     Dave Wagner, myself, and that's who I can recall.
 3              Q.    Were there in fact others on the committee
 4     whose name you can just not recall right now?
 5              A.    Could be.
 6              Q.    And you don't know -- you can't remember
 7     one way or another?
 8              A.    No.
 9              Q.    Are there any documents that would reflect
10     who was actually on this committee?
11              A.    Maybe selection record if it is still
12     there.
13              Q.    And what is a selection record?
14              A.    Basically this form that was used.
15              Q.    This form filled out with information
16     where it is blank under candidates listed?
17              A.    Yes.
18              Q.    Do you know if there is such a document
19     for this position?
20              A.    Yes.
21              Q.    Do you know where it is right now?
22              A.    I have a copy in my computer.
23              Q.    Were you asked to produce that document or
24     any documents related to this job as part of this
25     litigation?
```

                                                                22

ZUWA OMOREGIE April 6, 2006

```
 1            A.    That's correct.

 2            Q.    Describe for me, please, what the

 3      selection process is.

 4                  MS. MILLER:  For this particular job?

 5                  MR  LEBOWITZ:  Q.  Yes.

 6            A.    The selection team rates the candidates

 7      based on the criteria, and then there is a vote for

 8      selection.

 9            Q.    And what information is used to rate the

10      candidates?

11            A.    Their personnel knowledge of the

12      candidates as well as information from -- feedback from

13      their supervisors.

14            Q.    And how is the feedback from the

15      supervisors solicited?

16            A.    The process varies.  In this case I asked

17      for comments on the candidates from the supervisors if I

18      could reach them.

19            Q.    And did you speak with Jack Dunn in regard

20      to Kiran Pande's application for this job?

21                  MS. MILLER:  I am going to object as to

22      relevance.

23                  MR. LEBOWITZ:  It is not a deposition

24      objection.

25                  MS. MILLER:  Sure it is, this whole line
```

24

ZUWA OMOREGIE April 6, 2006

1    ~~of questioning.~~

2         ~~You can answer.~~

3              THE WITNESS:  Yes.

4              MR. LEBOWITZ:  Q.  And when did you speak

5    with Mr. Dunn about Kiran Pande's application?

6         A.    Sometime before the selection meeting, so

7    late 2003.

8         Q.    Did you speak with Mr. Dunn in person or

9    on the phone?

10        A.    In person.

11        Q.    Where did you meet with him?

12        A.    In his office.

13        ~~Q.    And how long did you speak about Ms. Pande~~

14   ~~with Mr. Dunn?~~

15        ~~A.    I don't recall.~~

16        ~~Q.    Was it an hour?~~

17        ~~A.    I don't recall.~~

18        ~~Q.    You don't have any recollection?~~

19        ~~A.    No.~~

20        Q.    And what did Mr. Dunn say about Ms. Pande?

21        A.    Just overall feedback on her.

22        Q.     I would like you to be as specific as

23   possible and to whatever extent your memory has of the

24   conversation, just relate to me what it is that Jack

25   Dunn said about Ms. Pande.

*Overruled*

Objection:
admissible
provided
not offered
for truth
(otherwise
hearsay)

25

LegaLink San Francisco (800) 869-9132

*Overlt* [handwritten annotation, circled]

ZUWA OMOREGIE  April 6, 2006

*Objection.* [handwritten]

*Admissible provided not offered for truth (otherwise hearsay)* [handwritten, right margin]

1    A.    I don't recall his words, but what he said

2    was she has strong technical skills, that she couldn't

3    move or didn't want to move to Houston when the team was

4    being moved to Houston, and that her performance on the

5    job suffered when the Houston move was announced, but

6    also that there was a job in Houston if she wanted to

7    move.  She still would have been -- the job was there in

8    Houston for her.

9    Q.    Anything else that Mr. Dunn said about

10   Ms. Pande during this conversation?

11   A.    No.

12   Q.    At the time you had this conversation with

13   Mr. Dunn, did you know whether or not Ms Pande was out

14   on a medical leave?

15   A.    I believe I did

16   Q.    Did you and Mr. Dunn speak about that at

17   all?

18   A    I don't recall how I heard, but I knew,

19   yes.

20   Q.    Regardless of how you first learned, did

21   you and Mr. Dunn have any conversation that in any way

22   referenced the fact that Ms. Pande was on medical leave?

23   A.    Not that I can recall.

24   Q.    Did you ask Mr. Dunn for any detail on

25   what he meant when he said that Ms. Pande's performance

*Overld* [handwritten, circled]

*Same as above* [handwritten, right margin]

26

ZUWA OMOREGIE  April 6, 2006

*Objection Sustained*

Admissible
provided
not offered
for truth
(otherwise
hearsay)

1    suffered after the Houston moved was announced?

2        A.    No.

3        Q.    Did he explain what he meant by that?

4        A.    No.

5        Q.    Did you have an impression as to what he

6    meant by that?

7        A.    No.  What I try to get from supervisors is

8    their rating of employee performance.

9        Q.    Did Mr. Dunn give you any sort of official

10   rating, something that would --- similar to a PMP rating?

11       A.    No.

12       Q.    Have you now told me everything you can

13   recall from your conversation with Jack Dunn about Kiran

14   Pande?

15       A.    Yes.

16       Q.    When you left Mr. Dunn's office after that

17   conversation, what was your impression of Ms. Pande's

18   performance?

19       A.    Well, what Mr. Dunn said was her

20   performance suffered.  I think an expression he used was

21   she was one of the more least performing members of the

22   team, but still capable to do the job.

23            That was my impression after that conversation.

24       Q.    And did you report the contents of this

25   conversation back to the selection committee?

                                                          27

ZUWA OMOREGIE April 6, 2006

1        A.    Yes.

2        Q.    And how did you do that?

3        A.    At the one meeting.  We go through all the

4   comments.

5        Q.    So is there a selection committee meeting?

6        A.    Yes.

7        Q.    And what did you tell the committee in

8   regard to your conversation with Jack Dunn?

9        A.    What I just told you.

10       Q.    You told them everything that you have

11  told me?

12       A.    I would have.

13       Q.    Do you have any actual recollection of

14  doing so?

15       A.    No.

16       Q.    Tell me about these meetings, the

17  committee meetings.

18             Is anyone there other than members of the

19  committee?

20       A.    No

21       Q.    Is anybody, to your knowledge, taking

22  notes of what goes on at committee meetings?

23       A.    No.  I took notes on this form.

24       Q.    And is that what eventually became the

25  selection record?

28

LegaLink San Francisco (800) 869-9132

ZUWA OMOREGIE April 6, 2006

1    document?

2    A.    Sometime in the past few months.

3    Q.    For what reason?

4    A.    When I was asked to produce these

5    documents.

6    Q.    And what other former supervisors were

7    contacted?

8    A.    Names?

9    Q.    Yes.

10    A.    One was June Kim, another one was Dave

11    Kennedy, Jean Camy.

12    Q.    Anyone else?

13    A.    Dave Kennedy.  That was it.

14    Q.    To your knowledge, was Rex Mitchell ever

15    contacted with regard to Kiran Pande's application?

16    A.    No.

17    Q.    And Mr. Camy was also on the committee; is

18    that correct?

19    A.    Yes.

20    Q.    What were Mr. Camy's comments regarding

21    Kiran Pande?

22    A.    To me before the meeting or comments at

23    the meeting?

24    Q.    Any comments that Mr. Camy made regarding

25    Ms. Pande.

*overruled*

Objection: Admissible provided not offered for truth (otherwise hearsay)

30

LegaLink San Francisco (800) 869-9132

ZUWA OMOREGIE April 6, 2006

1      A.    I don't recall comments each member of the

2   selection team makes at the meeting.  Comments he made

3   prior to the meeting were that Ms. Pande was a

4   disruptive element in his team when she was there.  I

5   don't have details on all of the details, but that was

6   the gist of it.

7      Q.    When was it, if you know, that Ms  Pande

8   worked for Mr  Camy?

9      A.    I don't know.

10     Q.    And do you know -- strike that.

11     Mr. Camy said that Ms. Pande actually worked for

12  him?

13     A.    Yes.

14     Q.    And comments from Dave Kennedy, what were

15  those?

16     A.    Similar lines.  The comment -- one comment

17  was that when Ms. Pande didn't get a promotion, I

18  believe, or maybe the promotion and ranking were not

19  what she expected and that her attitude changed for the

20  worse.

21     Q    And did you speak with Mr. Kennedy

22  personally?

23     A.    Yes.

24     Q.    Is this in person or on the phone?

25     A.    In person.

31

LegaLink San Francisco (800) 869-9132

*(Handwritten margin notes:)*
*Objection. Overruled*
*Admissible provided not offered for truth (otherwise hearsay)*
*Overruled Same as above*

ZUWA OMOREGIE  April 6, 2006

```
 1              Q.    When was it?

 2              A.    Sometime in 2003.

 3              Q.    Was it before or after your meeting with

 4       Mr. Dunn?

 5              A.    Before.

 6              Q.    And the promotion and ranking that Mr.

 7       Kennedy was referring to, is that something that

 8       happened when Ms. Pande actually worked for Mr. Kennedy

 9       or working for somebody else?

10              A.    I don't know.  I assumed it was, but I

11       don't know.     .

12              Q.    You assumed it was when she was working

13       directly with Mr. Kennedy?

14              A.    Yes.

15              Q.    Did you speak with anyone else other than

16       Mr. Camy, Mr. Dunn and Mr. Kennedy regarding Kiran

17       Pande's application for the petroleum engineer position?

18              A.    With respect to getting feedback on her

19       performance?

20              Q.    Yes.

21              A.    No.

22              Q.    And other than the committee members and

23       the other individuals I just named, did you speak with

24       anybody else regarding Ms. Pande's application for the

25       petroleum engineer position for any reason, not just for
```

32

ZUWA OMOREGIE  April 6, 2006

1     Q.    You don't delete your e-mails?

2     A.    I delete some; that's why I am not sure.

3     Q.    But if you were to go back and return to

4  your computer and do a search, you might be able to find

5  the e-mail exchange?

6     A.    Yes.

7              MR. LEBOWITZ:   Counsel, I would ask that

8  that be done.

9              MS. MILLER:   It has been.

10             MR. LEBOWITZ:   And has a document been

11  generated from that search?

12             MS. MILLER:   I don't recall off the top

13  of my head.

14             MR. LEBOWITZ:   I have never seen a

15  document that reflects anything like that, what

16  Mr. Omoregie has just testified to.

17             MS. MILLER:   Does it matter?  She was

18  considered, but sure.  I mean, if there is a document,

19  if there is an e-mail, sure.

20             MR. LEBOWITZ:   Q.   Mr. Omoregie, I would

21  just ask that if such an e-mail does still exist

22  electronically, that you not destroy it.

23     A.    Yes.

24     Q.    So who was -- did you say anything at the

25  committee meeting regarding any personal knowledge you

34

ZUWA OMOREGIE  April 6, 2006

1    had regarding Kiran Pande?

2         A.    Those meetings, I don't recall.  It is a

3    dynamic meeting.  I am sure I would say what I knew

4    about everyone I knew there, but I don't recall what I

5    said specifically

6         Q     Did you have any personal knowledge

7    regarding Ms  Pande prior to the committee meeting?

8         A     Her reputation.

9         Q     What was that?

10        A.    Strong technical skills.

11        Q.    And how did you come to learn that

12   reputation of strong technical skills?

13        A.    Feedback from colleagues and others who

14   have worked with her or seen her work.

15        (Whereupon Exhibit 2 was marked for identification.)

16        Q.    Mr. Omoregie, you have been handed what

17   has been marked Exhibit 2 for this deposition, which is

18   another Summary of Open Job and Open Position

19   Requisition Form

20        Have you seen these documents before?

21        A.    Yes.

22        Q.    And what is this?

23        A.    It is the same as the previous one.

24        Q.    It is for a different job; is that

25   correct?

35

ZUWA OMOREGIE April 6, 2006

```
 1              A.     Essentially the same job
 2              Q.     There were two openings at the same time?
 3              A.     Yes.
 4              Q.     Were candidates considered for both of
 5     these jobs simultaneously?
 6              A      Yes, one meeting.
 7              Q.     They were considered from the same pool of
 8     applicants?
 9              A.     Yes.
10              Q.     So at the same meeting that you consider
11     people for the job that's got a job number of 50046185,
12     folks were considered also for the job number 50054160?
13              A.     Yes.
14              Q.     Now the 54160 job has a residence located
15     as San Ramon or Houston?
16              A.     Yes.
17              Q.     Which is different than the first job we
18     looked at?
19              A.     Yes.
20              Q.     Can you explain to me what the difference
21     is?
22              A.     There is no difference.  The flexibility
23     on location was to allow us to attract a larger pool of
24     internal candidates.
25              Q.     So if I understand, the point of having
```

36

ZUWA OMOREGIE  April 6, 2006

1    ~~San Ramon or Houston as the potential location, it is to~~
2    ~~be more convenient for the applicants?~~
3        A.    Yes.
4        ~~Q.    So the applicant would work or the ones~~
5    ~~that got the job could work from either San Ramon or~~
6    ~~Houston?~~
7        A.    Yes.
8        Q.    At any point did you learn or hear of any
9    reputation regarding Ms. Pande on the topic of teamwork?
10       A.    Yes.   That was some of the comments I just
11   mentioned earlier about from her former supervisors.
12       Q.    So from Jean Camy and Dave Kennedy?
13       A.    Yes.
14       Q.    And how would you characterize those
15   comments regarding teamwork?
16       A.    They were poor ratings.
17       Q.    And did you consider -- strike that
18       Did the committee consider teamwork to be an
19   important aspect of both of these jobs?
20       A.    Yes.
21       Q.    And do you recall how Ms. Pande was
22   actually rated in regards to teamwork in the selection
23   committee process?
24       A.    Below the selected candidates.
25       Q.    So who were the two selected candidates

*opened*

Objection:
Admissible
provided
not offered
for truth
(otherwise
hearsay)

37

ZUWA OMOREGIE  April 6, 2006

1    for these jobs?

2         A.    Their names?

3         Q.    Yes.

4         A.    Jalal Afifi and Graham Housen.

5         Q.    Where was Mr. Afifi working prior to

6    taking this job?

7         A.    San Ramon.

8         Q.    In what position?

9         A.    Southern Africa business unit in San

10   Ramon.

11        Q.    Do you know who Mr. Afifi's supervisor

12   was?

13        A.    Yes.

14        Q.    Who was it?

15        A.    Tim Magner.

16        Q.    And how about Graham Housen, where was he

17   working prior to taking the petroleum engineer job in

18   ETC?

19        A.    Southern Africa business unit.

20        Q.    Who was his supervisor?

21        A.    Chris Riccobbono.

22        Q.    Do you know if either Mr. Afifi or

23   Mr. Housen reported in any way to Jack Dunn in their

24   positions with the Southern Africa business unit?

25        A.    No.  That means they didn't.  I don't know

38

ZUWA OMOREGIE  April 6, 2006

1        Q.    Was there actually a numerical assessment
2   of Ms. Pande's teamwork done or reached by the
3   committee?
4        A.    It is not numerical, but we rate by
5   category.
6        Q.    What kind of rating system?
7        A.    It will be things like very proficient for
8   criteria, proficient, somewhat proficient and not
9   proficient.
10        Q.    And do you recall what Ms. Pande's rating
11   was on this scale in regard to teamwork?
12        A.    No.
13        Q.    Is there any other part of Ms. Pande's
14   self-assessment in her job application that you don't
15   believe is accurate?
16             MS. MILLER:  Do you want him to read the
17   whole thing?  I don't think he has read it since 2003.
18             MR. LEBOWITZ:  Take all the time you
19   need.
20             MS. MILLER:  Why don't we take about a
21   ten-minute break or so.
22             THE WITNESS:  We didn't use the numerical
23   self-ratings.
24             MR. LEBOWITZ:  Q.  I am really asking
25   about the narrative more than the self-ratings.

46

ZUWA OMOREGIE  April 6, 2006

```
 1            The narrative that Ms. Pande wrote on the
 2    right-hand column under Candidate Comments, whether they
 3    amount to a 10 or not I am not really concerned with,
 4    but my question is, reading those comments is there
 5    anything that you learned during the selection process
 6    to contradict or minimize or in any way negate the
 7    comments that Ms. Pande was making about herself?
 8         A.    The comments I gave you earlier, the
 9    supervisor feedback on Kiran negated what she wrote on
10    what we call soft skills.  When you look in the
11    selection in this OJ1, the behavior organizational
12    skills, the criteria below that line, that's where her
13    rating was less than of the two people selected.
14         Q.    Did you actually - did you or anybody
15    interview Ms. Pande for this job?
16         A.    No.
17         Q.    Did you or anybody attempt to get feedback
18    from Ms. Pande on her reaction to the comments from her
19    supervisors?
20         A.    No.
21         Q.    Why not?
22         A.    Those were comments in confidence.
23         Q.    So do so I understand what you are saying,
24    the committee does not feel it is important to give the
25    job applicant an opportunity to respond to comments made
```

                                                            47

1                    CERTIFICATE OF REPORTER

2

3            I, DENISE A. FORD, a Certified Shorthand

4    Reporter, hereby certify that the witness in the

5    foregoing deposition was by me duly sworn to tell the

6    truth, the whole truth, and nothing but the truth in the

7    within-entitled cause;

8            That said deposition was taken down in

9    shorthand by me, a disinterested person, at the time and

10   place therein stated, and that the testimony of the said

11   witness was thereafter reduced to typewriting, by

12   computer, under my direction and supervision;

13           I further certify that I am not of counsel or

14   attorney for either or any of the parties to the said

15   deposition, nor in any way interested in the event of

16   this cause, and that I am not related to any of the

17   parties thereto.

18

19           DATED:  April 18, 2006.

20

21

22           _____
             DENISE A. FORD, CSR No. 7525
23

24

25

Job No:   (50054160)

**Energy Technology Company**
**Summary Of Open Job**

PLAINTIFF'S EXHIBIT

| | |
|---|---|
| JOB TITLE: | Petroleum Engineer |
| GRADE: | TCL 23-26 |
| SBU: | RPO/PEO |
| | Asset Eval & Ops Support |
| RESIDENCE LOCATION: | San Ramon or Houston |
| INCUMBENT: | n/a |
| EXPECTED EFFECTIVE DATE: | 1-Jan-04 |
| EXPECTED DURATION: | 3-4 years |
| REPORTS TO          TITLE: | Team Leader |
| NAME: | Zuwa Omoregie |

CANDIDATES:

| | |
|---|---|
| Direct Reports: | 0 |
| Total Nationals: | n/a |
| Total Expats: | n/a |

HIGH LEVEL JOB SUMMARY/SCOPE:

Petroleum Engineer who will provide asset evaluation and operations support to one or more CVX upstream business units. Engineer will likely lead teams of technical staff on projects that support asset transaction initiatives by the business units. The focus of the work is generally to assist in framing development scenarios for oil and gas fields and generating production forecasts and reserves for them from data provided in data rooms or gathered from other external sources. Some domestic and international travel to visit data rooms will be required. For some projects, the work is done at the SBU location, which will also require travel.

| Selection Criteria | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Available Date** | | | | | | | |
| **Critical Criteria (maximum 4)** | | | | | | | |
| Conceptual reservoir/field development planning | | | | | | | |
| Production/Exploration asset portfolio management | | | | | | | |
| Reservoir Engineering, production forecasting, & reserves expertise for a wide range of reservoir types and depletion schemes | | | | | | | |
| Data room, DA & economic analysis experience | | | | | | | |
| **Behavioral/Organizational Competencies** | | | | | | | |
| Teamwork skills.  Must be capable of integrating work with all disciplines and contributing to team dynamics.  Demonstrated ability to work in diverse and dispersed team structures. | | | | | | | |
| Ability to focus on key business and technical issues and achieve alignment between Operating company, owners and government.  Requires excellent interpersonal skills.  Proven ability to work within complex JV governance structures to deliver results. | | | | | | | |
| Excellent verbal and written communication skills | | | | | | | |
| Project management skills: Solid understanding of project management tools including CSOC principles (should be CSOC certified), CPDEP (including subsurface CPDEP/VIPs/best practices/lessons learned) and project-execution planning | | | | | | | |

CONFIDENTIAL

CHEVRON/PANDE03516

| Final Selection Details | |
|---|---|
| Comments and Other Considerations as appropriate: (e.g., selected candidate was surplus) | |
| Selection Team Members: | |
| Selected Candidate: | |
| Reason for Selection: | |

CONFIDENTIAL

CHEVRON/PANDE03517

# ChevronTexaco Open Position Requisition                  **ChevronTexaco**

post an open position to ChevronTexaco's SAP Recruitment system and/or have an open position posted externally, complete the following form
.d email it to EMPLYMNT@chevrontexaco.com. If you have questions regarding this form, contact your HR Employment Counselor directly

## GENERAL INFORMATION

| | |
|---|---|
| Position Title   Petroleum Engineer | SAP Position ID   50054160 |
| Open Date   12/08/2003 | Close Date   12/23/2003 |
| Company Name   EPTC | Department/Division   RPO/PEO |
| Company Code   0334 | Category to Describe Position   054 Engineering - Petroleum |
| Work Location City   San Ramon or Houston | Work Location State (or Country, if international)   CA or TX |
| Employee Group   1 Exempt salaried | Pay Scale Group   (low) 23   (high) 26 |
| Number of Vacancies   1 | Target Fill Date   01/01/2004 |

## CONTACT INFORMATION AND MISCELLANEOUS

Position Owner Name   David Wagner

Position Owner Phone No.   713-954-6283                 Position Owner E-mail Address   djwagner@chevrontexaco.com

Alternate Contact Name   Zuwa Omoregie

Alternate Contact Phone No.   925-842-4132              Alternate E-mail Address   zsom@chevrontexaco.com

HR Business Partner Name   Sherry Marshall

Employment Selection Counselor Name   Linda Johnson

Post to   Internal only Exception form required for "external only" option      SAP Charge Code   TCP71310

Is this a safety sensitive position?   No          Are you willing to pay relocation?   Yes

## SITION DETAILS

Overview of Position:
Petroleum Engineer who will provide asset evaluation and operations support to one or more CVX upstream business units. Engineer will likely lead teams of technical staff on projects that support asset transaction initiatives by the business units. The focus of the work is generally to assist in framing development scenarios for oil and gas fields and generating production forecasts and reserves for them from data provided in data rooms or gathered from other external sources. Some domestic and international travel to visit data rooms will be required. For some projects, the work is done at the SBU location, which will also require travel.
Key Job Responsibilities (essential position functions):

- Exploration Prospect Evaluation
- Field Development Planning
- Production Forecasting/Reserves
- Economic Analysis
- Data Room Visits
- Recommendations/Presentations to Management

## EDUCATION, CERTIFICATION, TESTING

Bachelor's degree?   ☒ Required               Master's degree?   ☐ Required
                     ☐ Preferred                                  ☐ Preferred
                     ☐ Not applicable                             ☒ Not applicable

If degree is specified, please designate major/discipline(s)   Petroleum Engineering

If you will accept work experience in lieu of academic preparation, summarize minimum acceptable work experience

Identify any other academic or certification requirements

Testing Requirements (CT-SAT, RBH, etc.) Please Specify

## FOR EXTERNAL POSTINGS

CHEVRON/PANDE03518

Zip code where position is located _____    Area code where position is located _____

Should the external posting show the ideal salary range?    No

If yes, provide the salary range you wish to advertise *(refer to salary structure tables, or contact your counselor for assistance).*

` _____ to  $ _____`

.ould you like to accept employee referrals, following the guidelines of the program?  (This means that you are willing to pay $1,000 from your budget to a ChevronTexaco employee who makes an eligible referral to this job IF you subsequently hire that referral.)    No

Please submit this completed form and the Selection Skills Assessment (GO-1646) to emplymnt@chevrontexaco.com     GO-1640 (1-03)
                                                                                                                  Word Electronic Version

□! CONFIDENTIAL

CHEVRON/PANDE03519

EXHIBIT 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--oOo--

KIRAN PANDE,                          )
                                      )
          Plaintiff,                  )
                                      )
     vs.                              ) Case No. 04-5107 CW
                                      )
CHEVRON CORPORATION(f/k/a             )
Chevron Texaco Corporation/, a)
Delaware corporation, et al., )
                                      )
          Defendants.                 )
_____)


DEPOSITION OF ZUWA OMOREGIE

Thursday, April 6, 2006


# CERTIFIED COPY


REPORTED BY: DENISE A. FORD, CSR 7525 (380011)



**LEGALINK**
A WORDWAVE COMPANY

LegaLink San Francisco
575 Market Street, 11th Floor
San Francisco, CA 94105

tel (415) 357-4300
tel (800) 869-9132
fax (415) 357-4301

www.legalink.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

ZUWA OMOREGIE  April 6, 2006

```
 1
 2
 3                          --oOo--
 4         BE IT REMEMBERED that pursuant to Notice and on
 5   Thursday, April 6, 2006 commencing at 2:00 p.m. thereof,
 6   at the Law Offices of McGUINN, HILLSMAN & PALEFSKY, 535
 7   Pacific Avenue, San Francisco, California 94133, before
 8   me, Denise A. Ford, a Certified Shorthand Reporter,
 9   personally appeared
10                       ZUWA OMOREGIE
11   called as a witness herein, who, having been first duly
12   sworn, was examined and testified as follows:
13                          --oOo--
14
15
16
17
18
19
20
21
22
23
24
25
```

4

ZUWA OMOREGIE  April 6, 2006

1          A.     Jean Camy, Bard Strong, Peter Hartshorn,

2    Dave Wagner, myself, and that's who I can recall.

3          Q.     Were there in fact others on the committee

4    whose name you can just not recall right now?

5          A.     Could be.

6          Q.     And you don't know — you can't remember

7    one way or another?

8          A.     No.

9          Q.     Are there any documents that would reflect

10   who was actually on this committee?

11         A.     Maybe selection record if it is still

12   there.

13         Q.     And what is a selection record?

14         A.     Basically this form that was used.

15         Q.     This form filled out with information

16   where it is blank under candidates listed?

17         A.     Yes.

18         Q.     Do you know if there is such a document

19   for this position?

20         A.     Yes.

21         Q.     Do you know where it is right now?

22         A.     I have a copy in my computer.

23         Q.     Were you asked to produce that document or

24   any documents related to this job as part of this

25   litigation?

*[Handwritten marginal notes:]* sustained. OBjection, Relevance, Argumentative, Not A complete Response, FRE 403

*[Handwritten marginal notes:]* sustained. OBjection — Argumentative, Not A complete Response, FRE 403

22

ZUWA OMOREGIE  April 6, 2006

1          A.    Yes.

2                MS. MILLER:  We were asked to produce

3     documents that were responsive to the document request.

4                MR. LEBOWITZ:  I am asking him the

5     question.

6                MS. MILLER:  He did.  He produced them

7     all to legal, and we produced the ones that are

8     responsive to the request.

9                MR. LEBOWITZ:  Well, I will represent to

10    you there was no selection record produced.

11               MS. MILLER:  That's correct.  The

12    selection is not part of this lawsuit.

13               MR. LEBOWITZ:  Well, who said that?

14               MS. MILLER:  I believe it took place

15    after she notified a charge about this particular

16    selection.  So no, it was not produced.

17               MR. LEBOWITZ:  We will have to make a

18    motion on that and bring the witness back to talk about

19    it.

20         This has nothing to do with you.  It is just

21    between lawyers.

22         Q.    So there is a selection -- just to make an

23    absolutely clear record, there is a selection record for

24    this job that exists on your computer at Chevron; is

25    that correct?

Counter-
Designation:
Include
for
Completness
And
for
users
Consideratn
if
PLAINTIFF
counter
designation
is
Admitted.

sustained

Objection -
relevance,
argumentative
misleading
FRE 403

23

ZUWA OMOREGIE  April 6, 2006

```
1          A.    That's correct.

2          ~~Q.    Describe for me, please, what the~~

3   ~~selection process is.~~

4               ~~MS. MILLER:  For this particular job?~~

5               ~~MR. LEBOWITZ:  Q.  Yes.~~

6          ~~A.    The selection team rates the candidates~~

7   ~~based on the criteria, and then there is a vote for~~

8   ~~selection.~~

9          ~~Q.    And what information is used to rate the~~

10  ~~candidates?~~

11         ~~A.    Their personnel knowledge of the~~

12  ~~candidates as well as information from -- feedback from~~

13  ~~their supervisors.~~

14         ~~Q.    And how is the feedback from the~~

15  ~~supervisors solicited?~~

16         ~~A.    The process varies.  In this case i asked~~

17  ~~for comments on the candidates from the supervisors if I~~

18  ~~could reach them.~~

19         ~~Q.    And did you speak with Jack Dunn in regard~~

20  ~~to Kiran Pande's application for this job?~~

21               ~~MS. MILLER:  I am going to object as to~~

22  ~~relevance.~~

23               ~~MR. LEBOWITZ:  It is not a deposition~~

24  ~~objection.~~

25               ~~MS. MILLER:  Sure it is, this whole line~~
```

                                                    24