1  KEKER & VAN NEST, LLP
   SUSAN J. HARRIMAN - #111703
2  CHRISTA M. ANDERSON - #184325
   710 Sansome Street
3  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
4  Facsimile: (415) 397-7188

5  Attorneys for Plaintiff
   KIRAN PANDE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation,<br>CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY),<br>a division of Chevron U.S.A., Inc.,<br><br>Defendants. | Case No. 04-5107 JCS<br><br>**PLAINTIFF KIRAN PANDE'S BILL OF COSTS**<br><br>Judge:           Hon. Joseph C. Spero<br>Date Comp. Filed:  December 2, 2004<br>Judgment Entered:  October 29, 2007 |

1   Plaintiff Kiran Pande hereby asks the Clerk to enter this bill of costs and tax costs as set forth herein. On October 29, 2007, the Court entered judgment in favor of Ms. Pande. <u>See</u> Judgment, Docket No. 192. As the prevailing party, Ms. Pande is entitled to recover the costs that she incurred in this action.

Pursuant to 28 U.S.C. § 1920, the Clerk may tax as costs any of the following categories of costs: (1) Fees of the clerk and marshal; (2) Fees of the court reporter for all or any part of the stenographic transcript necessarily obtained for use in the case; (3) Fees and disbursements for printing and witnesses; (4) Fees for exemplification and copies of papers necessarily obtained for use in the case; (5) Docket fees under section 1923 of this title; and (6) Compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of this title. As shown below, Pande incurred and paid costs in four of these categories. The costs set forth and detailed below are accurate, were actually and necessarily incurred, and are taxable pursuant to the provisions of 28 U.S.C. § 1920, Federal Rule of Civil Procedure 54, and Local Rule 54-3. <u>See</u> Declaration of Susan J. Harriman.

**A.  Fees of the Clerk**

Ms. Pande seeks the filing fees for commencing this action. She also seeks the costs of service of process in connection with this litigation. Fees for service of process are "allowable to the extent reasonably required and actually incurred," under Local Rule 54-3. Ms. Pande incurred such allowable costs for serving her Complaint on Chevron. <u>See</u> Harriman Decl. Exh. A. Accordingly, Ms. Pande requests that the Court tax costs as follows:

**FEES OF THE CLERK – 28 U.S.C. § 1920(1)**

| **FEES OF THE CLERK** | | |
|---|---|---|
| **DATE** | **DESCRIPTION** | **AMOUNT** |
| 12/2/2004 | File Complaint | $150.00 |
| 04/05/2005 | Service of Summons and Complaint | $85.13 |
|  | **Total for filing fees** | **$235.13** |
|  | **TOTAL FOR CATEGORY 1** | **$235.13** |

**B.  Fees of the Court Reporter**

Ms. Pande seeks costs of the court reporter fees actually and necessarily incurred in

1

1  obtaining the deposition transcripts of witnesses important to the litigation and the hearing
2  transcript of the May 22, 2007 pretrial conference. See Harriman Decl. Exh. B. Local Rule 54-3
3  expressly permits recovery of the "cost of the original and one copy of any deposition (including
4  video taped depositions) taken for any purpose in connection with the case," as well as the "cost
5  of reproducing exhibits to depositions" where the deposition cost is allowable. L.R. 54-3(c).
6  Local Rule 54-3 also permits recovery of the cost of a transcript of a statement by a Judge from
7  the bench which is to be reduced to a formal order prepared by counsel. L.R. 54-3(b). Here,
8  Judge Wilken ruled on Chevron's motions in limine at the May 22, 2007 pretrial conference, but
9  did not reduce her rulings to a detailed formal order. Transcription of this conference was
10 necessary to allow the parties and the Court to memorialize and implement Judge Wilken's
11 rulings, especially after the case was transferred to Judge Spero for trial. Accordingly, Ms.
12 Pande requests that the Court tax the following costs of the court reporter:

| **FEES OF THE COURT REPORTER – 28 U.S.C. § 1920(2)** | | |
|---|---|---|
| | **DEPOSITION TRANSCRIPTS** | |
| **DATE** | **DESCRIPTION** | **AMOUNT** |
| 04/24/2006 | Legalink-Deposition of Zuwa Omoregie (4/6/2006) | $440.00 |
| 04/30/2006 | Patricia Callahan & Associates, Inc.-Deposition of Kiran Pande, Vol. I (3/20/2006) | $388.15 |
| 04/30/2006 | Patricia Callahan & Associates, Inc.-Deposition of Kiran Pande, Vol. II (3/21/2006) | $459.62 |
| 04/30/2006 | Patricia Callahan & Associates, Inc.-Deposition of Kiran Pande, Vol. III (3/22/2006) | $503.20 |
| 09/5/2006 | Professional Reporting Services, Inc.-Deposition of Jalaleddin Afifii (8/10/2006) | $359.35 |
| 09/12/2006 | Professional Reporting Services, Inc.-Deposition of Robert Burkes & Graham Housen (8/24/2006) | $705.40 |
| 11/9/2006 | Bayou City Reporting, Inc.-Deposition of Kathy Mabe (10/18/2006) | $410.80 |
| | Digital Video | $390.00 |
| 11/9/2006 | Bayou City Reporting, Inc.-Deposition of John (Jack) Dunn (10/19/2006) | $674.00 |
| | Digital Video | $645.00 |
| 11/9/2006 | Bayou City Reporting, Inc.-Deposition of Tayo Feyijimi (10/25/2006) | $315.10 |
| | Digital Video | $315.00 |
| 11/10/2006 | Legalink-Deposition of Rex Mitchell (10/30/2006) | $633.60 |
| | Exhibits | $15.00 |
| | Reporter Certification | $14.00 |

| Date | Description | Amount |
|---|---|---|
| | Production and Code Comp | $25.00 |
| | TotalTranscript | $40.00 |
| | Process/Delivery | $30.00 |
| 11/15/2006 | Professional Reporting Services, Inc.-Deposition of Gary Yamashita (11/7/2006) | $364.95 |
| 10/31/2005 | Bakersfield Court Reporting-Deposition of Paul J. Vita (11/17/06) | $210.00 |
| | Exhibits | $3.00 |
| | Procurement of signature | $27.50 |
| | Processing & delivery charge | $35.00 |
| | DVD | $265.00 |
| 11/28/2006 | Legalink-Deposition of Kiran Pande, Vol. 4 (11/27/2006) | $96.75 |
| | Exhibits | $14.50 |
| | TotalTranscript | $40.00 |
| | Process/Delivery | $30.00 |
| 11/30/2006 | Legalink-Deposition of Taryn Shawstad (11/27/2006) | $316.80 |
| | Exhibits | $8.00 |
| | Reporter Certification | $14.00 |
| 11/18/2005 | Production and Code Comp | $25.00 |
| | TotalTranscript | $40.00 |
| | Process/Delivery | $30.00 |
| 05/31/2007 | Patricia Callahan & Associates, Inc.-Deposition of Charles Mahla, Ph.D. (5/2/2007) | $238.40 |
| | **Total for deposition transcripts** | **$8,122.12** |
| | **HEARING TRANSCRIPTS** | |
| 05/22/2007 | Transcript of Pretrial and Motion Hearing before Honorable Claudia Wilkens | $228.80 |
| | **Total for hearing transcripts** | **$228.80** |
| | **TOTAL FOR CATEGORY 2** | **$8,350.92** |

**C.     Fees for Witnesses**

Local Rule 54-3 expressly permits recovery of witness expenses including <u>per diem</u> and mileage payments, to the extent reasonably necessary. L.R. 54-3(e). Ms. Pande issued subpoenas requiring certain witnesses to attend trial in this case, and paid the statutorily required witness fees. <u>See</u> Harriman Decl. Exh. C. Accordingly, Ms. Pande requests that the Court tax the following costs of witness fees:

| **WITNESS FEES – 28 U.S.C. § 1920(3)** | | |
|---|---|---|
| **DATE** | **WITNESS FEES DESCRIPTION** | **AMOUNT** |
| 09/19/2007 | Jalaleddin Afifi | $73.95 |
| 09/19/2007 | Robert Burkes | $52.61 |
| 09/19/2007 | Guadalupe DeJong | $73.95 |
| 09/19/2007 | Tayo Feyijimi | $73.95 |
| 09/19/2007 | Kathy Mabe | $73.95 |
| 09/19/2007 | Don Paul | $73.95 |
| 09/19/2007 | Taryn Shawstad | $73.95 |
| | **Total for witness fees** | $496.31 |
| | **TOTAL FOR CATEGORY 3** | $496.31 |

### D.   Fees for Exemplification and Copies

Ms. Pande also seeks costs incurred for exemplification and copies necessarily obtained for use in this case, including costs incurred in producing documents to meet her discovery obligations, costs of reproducing and preparing exhibits and visual aids for trial, and costs of reproducing other disclosure and discovery documents used in preparing for trial. See Harriman Decl. Exh. D. Section 1920(4) authorizes the awarding of costs for "copies of papers necessarily obtained for use in the case." 28 U.S.C. § 1920(4). Local Rule 54-3 clarifies that this includes the "cost of reproducing disclosure or formal discovery documents when used for any purpose in the case." L.R. 54-3(d). Documents need not be used at trial itself, and courts have found reproduction costs to include all costs involved in copying, not only the copying itself. Haagen-Dazs Co., Inc. v. Double Rainbow Gourmet Ice Creams, Inc., 920 F.2d 587 (9th Cir. 1990) (use at trial not required); BDT Products, Inc. v. Lexmark Intern., Inc., 405 F.3d 415, 420 (6th Cir. 2005) (affirming the taxing of electronic scanning and imaging costs). Pursuant to Local Rule 54-3(d)(5), recoverable costs also include the "cost of preparing charts, diagrams, videotapes and other visual aids to be used as exhibits . . . if such exhibits are reasonably necessary to assist the jury or the Court in understanding the issues at the trial." See also Maxwell v. Hapag-Lloyd Aktiengesellschaft, Hamburg, 862 F.2d 767, 770 (9th Cir. 1988) (finding exemplification and copy expenses can include exhibits and other illustrative materials). Accordingly, Ms. Pande additionally requests costs of preparing demonstrative exhibits for trial, which were necessary in

1  presenting the issues in this case to the jury. Ms. Pande requests that the Court tax the following
2  costs of exemplification and copies:

**FEES FOR EXEMPLIFICATION AND COPIES – 28 U.S.C. § 1920(4)**

|  | Photocopies and Graphics |  |
|---|---|---|
| 3/28/2007 | ALC Legal Technologies-Photocopies | $305.45 |
| 3/29/2007 | ALC Legal Technologies-Photocopies | $129.48 |
| 4/6/2007-5/4/2007 | Aptara—Document/Data scanning, conversion, labeling, production: |  |
|  | • Invoice SF-05575 | $2,421.08 |
|  | • Invoice SF-05585 | $21.75 |
|  | • Invoice SF-05680 | $89.80 |
|  | • Invoice SF-05742 | $6.30 |
| 3/2007-9/2007 | IKON (in-house copy vendor) | $5,330.60 |
| 10/19/2007 | FTI Consulting (graphical presentation) Trial preparation | $3,595.52 |
| 10/19/2007 | FTI Consulting (graphical presentation) Trial preparation | $9,272.20 |
| 10/25/2007 | Advanced Courtroom Technologies (graphical presentation) Trial preparation | $35,000.89 |
|  | **Total for Exemplification and Copying Costs** | $56,173.07 |
|  | **TAXABLE COSTS FOR CATEGORY 4** | $56,173.07 |

For all of the above stated reasons, Ms. Pande requests the Clerk to enter the attached bill of costs and award **$65,255.43** to Ms. Pande for costs actually and necessarily incurred in this litigation.[1]

Respectfully submitted,

Dated: November 5, 2007

KEKER & VAN NEST, LLP


By: /s/ Susan Harriman
SUSAN J. HARRIMAN
CHRISTA M. ANDERSON
Attorneys for Plaintiff
KIRAN PANDE

---

[1] In addition to this Bill of Costs, Ms. Pande will file a separate motion to recover her attorneys' fees and additional expenses allowable under California's Fair Employment and Housing Act (FEHA). Ms. Pande will file the motion as soon as she has completed her efforts to meet and confer with Chevron as required under the Local Rules.