1  KEKER & VAN NEST, LLP
   SUSAN J. HARRIMAN - #111703
2  CHRISTA M. ANDERSON - #184325
   710 Sansome Street
3  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
4  Facsimile: (415) 397-7188

5  Attorneys for Plaintiff
   KIRAN PANDE

6

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | KIRAN PANDE,                        | Case No. 04-5107 JCS
13 |                        Plaintiff,   | **DECLARATION OF SUSAN J. HARRIMAN IN SUPPORT OF KIRAN PANDE'S BILL OF COSTS**
14 |     v.                              |
15 | CHEVRON CORPORATION (f/k/a
     CHEVRONTEXACO CORPORATION), a       | Judge:            Hon. Joseph C. Spero
16 | Delaware corporation,
     CHEVRON INTERNATIONAL               | Date Comp. Filed: December 2, 2004
17 | EXPLORATION & PRODUCTION (f/k/a
     CHEVRONTEXACO OVERSEAS              | Judgment Entered: October 29, 2007
18 | PETROLEUM COMPANY),
     a division of Chevron U.S.A., Inc.,
19 |
   |                        Defendants.
20

21

22

23

24

25

26

27

28

405517.01
DECLARATION OF SUSAN J. HARRIMAN IN SUPPORT OF KIRAN PANDE'S BILL OF COSTS
CASE NO. 04-5107 JCS

I, Susan J. Harriman, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am a member of Keker & Van Nest, LLP, counsel for plaintiff Kiran Pande in the above-captioned action.

2. On December 2, 2004, Ms. Pande filed suit in the above-captioned matter. The case was tried to a jury beginning October 9, 2007, resulting in a verdict and judgment in Ms. Pande's favor on October 29, 2007. See Jury Verdict, Docket No. 190; Judgment, Docket No. 192.

3. In pursuing this litigation and in ultimately prevailing, Ms. Pande necessarily incurred the costs set forth in the Bill of Costs. The costs detailed therein are accurate, and are allowable by law as described in the Bill of Costs.

4. Attached as Exhibit A hereto are true and correct copies of records showing the filing and service fees paid in this action.

5. Attached as Exhibit B hereto are true and correct copies of invoices for costs associated with depositions taken in this action, and for costs of transcribing the pretrial conference to memorialize Judge Wilken's rulings on Chevron's motions in limine.

6. Attached as Exhibit C hereto are true and correct copies of check stubs reflecting the costs of mileage and per diem witness fees necessarily paid to ensure the appearance of witnesses at trial pursuant to subpoena.

7. Attached as Exhibit D hereto are true and correct copies of invoices from outside vendors for exemplification and copies necessarily obtained for use in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on November 5, 2007, in San Francisco, California.

By:   /s/ Susan J. Harriman
      Susan J. Harriman

---

405517.01

1

DECLARATION OF SUSAN J. HARRIMAN IN SUPPORT OF KIRAN PANDE'S BILL OF COSTS
CASE NO. 04-5107 JCS