# Exhibit A

**LAW OFFICES OF**
**MCGUINN, HILLSMAN & PALEFSKY**
A PROFESSIONAL CORPORATION
535 PACIFIC AVENUE
SAN FRANCISCO, CALIFORNIA 94133
(415) 421-9292

CITY NATIONAL BANK
San Francisco Financial Center
415-576-2700
150 California Street
San Francisco, California 94111

212770

16-1606-1220

DATE Dec. 2, 2004

PAY One Hundred Fifty and no/100——————————————————————  DOLLARS $ 150.00

TO THE ORDER OF

United States District Court
Northern District of California

NOT NEGOTIABLE

⑈212770⑈ ⑆12201606⑆

LAW OFFICES OF
MCGUINN, HILLSMAN & PALEFSKY

DELUXE BUSINESS FORMS · 1-800-328-0304 · www.deluxeforms.com
DELUXE - FORM WVCB-3 V-2

212770

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/2/04 | **PANDE v. CHEVRON**<br><br>File Complaint | $150.00 |

V-2

# INVOICE

# RUSH!

**Attorney's Diversified Services**
www.attorneysdiversified.com
IRS NO. 20-0709641

ATTORNEY'S DIVERSIFIED SERVICES
1424 21st. Street
Sacramento, CA 95814
(916) 441-4396  FAX: (916) 443-1162

| Customer | Date | Invoice |
|---|---|---|
| 4154219292A | 04/04/05 | 0S326848-02 |

**Ship To:**

MCGUINN, HILLSMAN & PALEFSKY
A Professional Corp
**ATTN: ROSLYN BEGUN**
535 PACIFIC AVENUE
SAN FRANCISCO, CA 94133
Phone: (415) 421-9292   Client Type: 01
Fax: (415) 403-0202

**Ordered By:**

MCGUINN, HILLSMAN & PALEFSKY
A Professional Corp
**ATTN: ROSLYN BEGUN**
535 PACIFIC AVENUE
SAN FRANCISCO, CA 94133
Phone: (415) 421-9292   Client Type: 01

## CASE INFORMATION
Court: UNITED STATES DISTRICT COURT
Depo Date:
Case #: C04 5107CW
Case Name: KIRAN PANDE vs CHEVRON TEXACO

## VITAL INFORMATION
SERVEE: *CHEVRON TEXACO OVERSE*
ADDRESS: *2730 GATEWAY OAKS DRI\*
*SACARMENTO, CA 95833*
FIRM'S FILE NUMBER: *N/A*
CLAIM NUMBER:
POLICY ID NUMBER:
INSURED:
DATE OF LOSS:

| Description | Units | Rate | Amount | Tax |
|---|---|---|---|---|
| Service Fee A | 1 | 49.50 | 49.50 | N |
| Rush Handling A | 1 | 34.00 | 34.00 | N |
| Fuel Surcharge | 1 | 1.50 | 1.50 | Y |

Regarding: CHEVRON TEXACO OVERSEAS PETROLEUM, INC., A at 2730 GATEWAY OAKS DRIVE STE 100, SACARMENTO CA 958330000. DOCUMENTS: SUMMONS AND COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; ECF REGISTRATION INFORMATION HANDOUT; ADR DISPUTE RESOLUTION PROCEDURES;
REMARKS:

SUBTOTAL        $   85.00
SALES TAX       $    0.13

**TOTAL DUE**   $   85.13

Fee for service:  $ 85.13

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

[X] Registered: SACRAMENTO County,
Number: 2003-19
Attorney's Diversified Services
1424 21st Street
Sacramento, CA 95814   Client File # N/A
(916) 441-4396

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: April 5, 2005
at: SACRAMENTO, California.

Signature: 
Name: ALISHIA SIMON
Title: REGISTERED PROCESS SERVER

PROOF OF SERVICE