# Exhibit B



**LEGALINK**
A MERRILL COMPANY
575 Market St
11th Floor
San Francisco, CA 94105

tel (415) 357-4300
tel (800) 869-9132
fax (415) 357-4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20051134 | 04/24/2006 | 2001-380011 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/06/2006 | FORDDE | |

| CASE CAPTION | | |
|---|---|---|
| Pande vs. Cheveron | | |

| TERMS | | |
|---|---|---|
| Due upon receipt | | |

Noah D. Lebowitz
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Zuwa Omoregie

                                                                440.00

                          TOTAL   DUE   >>>>                     440.00

                          AFTER 5/24/2006 PAY                    462.00

LegaLink can now send your invoices and statements via email in PDF format! If you
would like to receive your invoices and/or statements via email, please contact the
local Billing Coordinator at LegaLink San Francisco, 415-357-4300. Thank you for
your business.

TAX ID NO.: 20-2665382

                                                        (415) 421-9292

*Please detach bottom portion and return with payment.*

McGuinness & Talbot
535 Pacific Avenue
San Francisco, CA 94133

Attn.: Noah D. Lebowitz, Esq.

April 30, 2006

## PATRICIA CALLAHAN & ASSOCIATES, INC.
### Certified Shorthand Reporters
### Federal I.D. No. 94-2573784

3553 Castro Valley Blvd., #G
Castro Valley, CA  94546

(510)885-2371  .  (510) 835-3993  .  (415) 788-3993  .  FAX (510) 247-9775

Re: Kiran Pande vs. Chevron Corporation, et al.


Deposition of Kiran Pande, Volume I

One Copy  $388.15


Reported 3/20/06 by LaRelle Fagundes


IMPORTANT:  PLEASE RETURN A COPY OF THIS INVOICE WITH PAYMENT

PAYMENT DUE WITHIN 30 DAYS

(Delinquent accounts may be subject to a late charge)

McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133

Attn.: Noah D. Lebowitz, Esq.

April 30, 2006

---

## PATRICIA CALLAHAN & ASSOCIATES, INC.
### Certified Shorthand Reporters
### Federal I.D. No. 94-2573784

3553 Castro Valley Blvd., #G
Castro Valley, CA 94546

(510)885-2371  .  (510) 835-3993  .  (415) 788-3993  .  FAX (510) 247-9775

---

Re: Kiran Pande vs. Chevron Corporation, et al.


Deposition of Kiran Pande, Volume II

One Copy   $459.65


Reported 3/21/06 by LaRelle Fagundes


IMPORTANT:   PLEASE RETURN A COPY OF THIS INVOICE WITH PAYMENT

PAYMENT DUE WITHIN 30 DAYS

(Delinquent accounts may be subject to a late charge)

535 Pacific Avenue
San Francisco, CA 94133

Attn.: Noah D. Lebowitz, Esq.

April 30, 2006

---

## PATRICIA CALLAHAN & ASSOCIATES, INC.
### Certified Shorthand Reporters
Federal I.D. No. 94-2573784

3553 Castro Valley Blvd., #G
Castro Valley, CA 94546

(510)885-2371  .  (510) 835-3993  .  (415) 788-3993  .  FAX (510) 247-9775

---

Re: Kiran Pande vs. Chevron Corporation, et al.


Deposition of Kiran Pande, Volume III

One Copy   $503.20


Reported 3/22/06 by LaRelle Fagundes

IMPORTANT:  PLEASE RETURN A COPY OF THIS INVOICE WITH PAYMENT

PAYMENT DUE WITHIN 30 DAYS

(Delinquent accounts may be subject to a late charge)

# Invoice

**Professional Reporting Services, Inc.**
1600 So. Main Street, Suite 125
Walnut Creek, Ca 94596

Phone: (925) 932-5200
Fax:     (925) 939-5524
E-mail: ProRepSvs@sbcglobal.net
URL:    www.ProRepSvs.com

| INVOICE NO. | 9465 |
|---|---|
| INVOICE DATE | 05-Sep-06 |
| TAKEN | 10-Aug-06 |
| CASE # | 04 5107 |

Billed to:

NOAH LEBOWITZ
535 PACIFIC AVENUE
SAN FRANCISCO, CA 94133

Law Offices:
McGUINN, HILLSMAN

| Plaintiff | Deposition Transcript of |
|---|---|
| KIRAN PANDE | JALALEDDIN AFIFII |

| Defendant | |
|---|---|
| CHEVRON CORP, et al | |

| Standard | | |
|---|---|---|
| Original + One Copy | 53 | Pages |
| Exhibits | 0 | Pages |

| Total Due |
|---|
| $359.35 |

Net 30 days

We appreciate your business!

Fed Tax ID# 71-0980784

Sent Via:                    UPS GROUND

* All major credit cards accepted

Broadcast quality videoconferencing now available. Call for a demo!

# Court Reporters        Conference Rooms

# Invoice

**Professional Reporting Services, Inc.**
1600 So. Main Street, Suite 125
Walnut Creek, Ca 94596

Phone: (925) 932-5200
Fax:    (925) 939-5524
E-mail: ProRepSvs@sbcglobal.net
URL:    www.ProRepSvs.com

| | |
|---|---|
| INVOICE NO. | 9485 |
| INVOICE DATE | 12-Sep-06 |
| TAKEN | 24-Aug-06 |
| CASE # | 04-5107 CW |

Billed to:

NOAH D. LEBOWITZ
535 PACIFIC AVENUE
SAN FRANCISCO, CA 94133

Law Offices:
**McGUINN, HILLSMAN & PALEFSKY**

| Plaintiff: | Deposition Transcript of: |
|---|---|
| KIRAN PANDE | ROBERT BURKES & GRAHAM HOUSEN |

Defendant:

CHEVRON CORPORATION, et al.

| Standard | | |
|---|---|---|
| Original + One Copy | 104 | Pages |
| Exhibits | 24 | Pages |

| Total Due |
|---|
| **$705.40** |

Net 30 days

We appreciate your business!

Fed Tax ID# 71-0980784

Sent Via:          UPS GROUND

\* All major credit cards accepted

Broadcast quality videoconferencing now available. Call for a demo!

## Court Reporters          Conference Rooms

Bayou City Reporting, Inc.
1135 E. 11th Street
Houston, TX 77009
(713) 861-8589   Fax (713) 861-1729

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 56119 | 11/09/2006 | 01-9244 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/18/2006 | LUCALO | 04-5107 CW |

| CASE CAPTION |
|---|
| Pande v Chevron Corp, et al |

| TERMS |
|---|
| Due upon receipt |

Noah D. Lebowitz
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133

```
For furnishing the original and a copy of the deposition of:
    Kathy Mabe                                                    410.80
(TAXABLE   $    410.80)


                                    TOTAL   DUE   >>>>          410.80
```

TAX ID NO. :  76-0585469                              (415) 421-9292    Fax  (415) 403-0202

*Please detach bottom portion and return with payment.*

Bayou City Reporting, Inc.
1135 E. 11th Street
Houston, TX 77009
(713) 861-8589   Fax (713) 861-1729

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 56125 | 11/09/2006 | 01-9252 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/18/2006 | STUNNE | 04-5107 CW |
| **CASE CAPTION** | | |
| Pande v Chevron Corp, et al | | |
| **TERMS** | | |
| Due upon receipt | | |

Noah D. Lebowitz
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133

```
Video Services:
    Kathy Mabe (Video)                                          390.00

                         TOTAL   DUE   >>>>                      390.00
```

TAX ID NO.: 76-0585469                           (415) 421-9292    Fax (415) 403-0202

*Please detach bottom portion and return with payment.*

Bayou City Reporting, Inc.
1135 E. 11th Street
Houston, TX 77009
(713) 861-8589   Fax (713) 861-1729

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 56117 | 11/09/2006 | 01-9245 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/19/2006 | LUCALO | 04-5107 CW |

| CASE CAPTION |
|---|
| Pande v Chevron Corp, et al |

| TERMS |
|---|
| Due upon receipt |

Noah D. Lebowitz
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133

For furnishing the original and a copy of the deposition of:
    John (Jack ) Dunn
(TAXABLE    $    674.00)                                          674.00

                                    TOTAL   DUE   >>>>           674.00

TAX ID NO. :  76-0585469                        (415) 421-9292    Fax  (415) 403-0202

*Please detach bottom portion and return with payment.*

Bayou City Reporting, Inc.
1135 E. 11th Street
Houston, TX 77009
(713) 861-8589   Fax (713) 861-1729

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 56123 | 11/09/2006 | 01-9256 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/19/2006 | STUNNE | 04-5107 CW |

| CASE CAPTION |
|---|
| Pande v Chevron Corp, et al |

| TERMS |
|---|
| Due upon receipt |

Noah D. Lebowitz
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133

```
Video Services:
    John (Jack) Dunn  (Video)                                          645.00

                                      TOTAL   DUE   >>>>              645.00
```

TAX ID NO. :  76-0585469                                (415) 421-9292    Fax (415) 403-0202

*Please detach bottom portion and return with payment.*

Bayou City Reporting, Inc.
1135 E. 11th Street
Houston, TX 77009
(713) 861-8589   Fax (713) 861-1729

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 56121 | 11/09/2006 | 01-9253 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/25/2006 | LEGEWE | 04-5107 CW |

| CASE CAPTION |
|---|
| Pande v Chevron Corp, et al |

| TERMS |
|---|
| Due upon receipt |

Noah D. Lebowitz
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133

```
For furnishing the original and a copy of the deposition of:
   Tayo Feyijimi                                                        315.10
(TAXABLE   $   315.10)


                                    TOTAL   DUE   >>>>              315.10
```

TAX ID NO.: 76-0585469                              (415) 421-9292   Fax (415) 403-0202

*Please detach bottom portion and return with payment.*

Bayou City Reporting, Inc.
1135 E. 11th Street
Houston, TX 77009
(713) 861-8589   Fax  (713) 861-1729

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 56124 | 11/09/2006 | 01-9276 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/25/2006 | STUNNE | 04-5107 CW |

| CASE CAPTION |
|---|
| Pande v Chevron Corp, et al |

| TERMS |
|---|
| Due upon receipt |

Noah D. Lebowitz
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133

Video Services:
   Tayo Feyijimi (Video)                                              315.00

                              TOTAL   DUE   >>>>              315.00

**TAX ID NO. :**  76-0585469                    (415) 421-9292    Fax (415) 403-0202

*Please detach bottom portion and return with payment.*



**LEGALINK**
A MERRILL COMPANY
575 Market St          tel (415) 357-4300
11th Floor             tel (800) 869-9132
San Francisco, CA 94105    fax (415) 357-4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20057432 | 11/10/2006 | 2001-387693 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/30/2006 | FORDDE | |

| CASE CAPTION |
|---|
| Pande vs. Chevron |

| TERMS |
|---|
| Immediate |

Noah D. Lebowitz
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Rex Mitchell                    144 Pages @      4.40/Page         633.60
         EXHIBITS                  30 Pages @       .50/Page          15.00
         Reporter Certification                                       14.00
         Production and Code Comp                                     25.00
         TotalTranscript                                              40.00
         Process/Delivery                                             30.00

                                  TOTAL   DUE   >>>>                 757.60

                                  AFTER 12/10/2006 PAY               795.48
```

LegaLink can now send your invoices and statements via email in PDF format! If you
would like to receive your invoices and/or statements via email, please contact the
local Billing Coordinator at LegaLink San Francisco, 415-357-4300. Thank you for
your business.

TAX ID NO. :  20-2665382                                        (415) 421-9292

*Please detach bottom portion and return with payment.*

# Invoice

**Professional Reporting Services, Inc.**

1600 So. Main Street, Suite 125
Walnut Creek, Ca 94596

Phone: (925) 932-5200
Fax:    (925) 939-5524
E-mail: ProRepSvs@sbcglobal.net
URL:    www.ProRepSvs.com

| INVOICE NO. | 9847 |
| --- | --- |
| INVOICE DATE | 15-Nov-06 |
| TAKEN | 07-Nov-06 |
| CASE # | 04 5107 |

Billed to:

NOAH LEBOWITZ
535 PACIFIC AVENUE
SAN FRANCISCO, CA 94133

Law Offices:
McGUIN, HILLSMAN & PALEFSKY

| Plaintiff | Deposition Transcript of |
| --- | --- |
| KIRAN PANDE | GARY YAMASHITA |
| Defendant | |
| CHEVRON CORPORATION, et al | |

| Standard | |
| --- | --- |
| Original + One Copy | 53 Pages |
| Exhibits | 14 Pages |

| Total Due |
| --- |
| **$364.95** |

Net 30 days

We appreciate your business!

Fed Tax ID# 71-0980784

* All major credit cards accepted

Sent Via:                    UPS GROUND

**Broadcast quality videoconferencing now available. Call for a demo!**

Court Reporters          Conference Rooms

# ...u Court Reporting

.227 California Avenue
Bakersfield, California 93304
(661) 633-2106

| Bill To |
| --- |
| McGuinn, Hillsman & Palefsky<br>ATTN: NOAH D. LEBOWITZ, ESQ.<br>535 Pacific Avenue<br>San Francisco, California 94133 |

| Reference Code | Terms |
| --- | --- |
| TS8517 | Due Upon Receipt |

| Description | Amount |
| --- | --- |
| RE:  KIRAN PANDE vs. CHEVRON CORPORATION, ET AL.<br>        UNITED STATES DISTRICT COURT - NORTHERN<br>        DISTRICT OF CALIFORNIA - CASE NO. 04-5107 CW | |
| VIDEOTAPED DEPOSITION of PAUL J. VITA, taken on Friday, November 17, 2006, at the offices of Bakersfield Court Reporting, 1227 California Avenue, Bakersfield, California: | |
| Original & one copy | 210.60 |
| Exhibits; 6 pages @ .50 per page | 3.00 |
| Procurement of signature | 27.50 |
| Processing & delivery charge | 35.00 |

| THANK YOU FOR YOUR BUSINESS<br>TAX ID# 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 | Total | $276.10 |
| --- | --- | --- |

A Late Charge of 1.5% per month will be added to all accounts 30 days past due.
For your convenience, we now accept the following credit cards:

   



# DEPOVISION
## CERTIFIED LEGAL VIDEOGRAPHERS

| INVOICE | |
|---|---|
| Invoice # | 061117-3504 |
| Date: | November 17, 2006 |

| Bill To: | Remit To: |
|---|---|
| Noah D. Lebowitz | Christian Martinez |
| McGuinn, Hillsman & Palefsky | P.O. Box 21244 |
| 535 Pacific Avenue | Santa Barbara, CA 93121-1244 |
| San Francisco, CA 94133 | 805-701-5698 Cell |
| 415-421-9292 | 805-898-1299 Fax |

| Date of Deposition | Terms | Videographer | Deposition of | Case # | Court Reporter |
|---|---|---|---|---|---|
| November 17, 2006 | Net-30 | Keith Hall | Paul Vita | 04-5107-CW | Tim Scott |

| QUANTITY DESCRIPTION | | RATE | AMOUNT |
|---|---|---|---|
| **Labor:** | 3 Hours Minimum        @ | $80.00 | $240.00 |
| **Materials:** | 1 DVD Master        @ | $25.00 | $25.00 |
| **Hotel** / Travel / **Parking:** | | | |
| **S & H:** | | N/C | |
| **Caption:** Pande V. Chevron | | | |
| **Location: Bakersfield Court Reporting, 1227 California Av. Bakersfield, CA** | | | |
| **Client: SAME** | | | |
| **Remarks: Please make check payable to Christian Martinez or DEPOVISION at the Santa Barbara address above not DepoVision or Depovision.** **Thank You for your cooperation.** **A 5% late fee applies to all payments past "30"day's** | | | |

**THANK YOU**
**Tax ID # 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**

| | |
|---|---|
| **Sub-total** | $265.00 |
| **Shipping** | |
| **TOTAL** | **$265.00** |



**LEGALINK**
A MERRILL COMPANY

575 Market St
11th Floor
San Francisco, CA 94105

tel (415) 357-4300
tel (800) 869-9132
fax (415) 357-4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20057960 | 11/28/2006 | 2001-388835 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/27/2006 | FORDDE | |

| CASE CAPTION |
|---|
| Pandy vs. Chevron |

| TERMS |
|---|
| Immediate |

Noah D. Lebowitz
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
  Kiran Pande, Vol. 4
          EXHIBITS              45 Pages @      2.15/Page        96.75
          TotalTranscript       29 Pages @       .50/Page        14.50
          Process/Delivery                                       40.00
                                                                 30.00

                            TOTAL   DUE  >>>>                    181.25

                            AFTER 12/28/2006 PAY                 190.31

LegaLink can now send your invoices and statements via email in PDF format! If you
would like to receive your invoices and/or statements via email, please contact the
local Billing Coordinator at LegaLink San Francisco, 415-357-4300. Thank you for
your business.
```

TAX ID NO. : 20-2665382

(415) 421-9292    Fax (415) 403-0202

*Please detach bottom portion and return with payment.*

 **LEGALINK**
A MERRILL COMPANY

575 Market St     tel (415) 357-4300
11th Floor     tel (800) 869-9132
San Francisco, CA 94105     fax (415) 357-4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20058047 | 11/30/2006 | 2001-388696 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/27/2006 | FORDDE | |

| CASE CAPTION |
|---|
| Pande vs. Chevron |

| TERMS |
|---|
| Immediate |

Noah D. Lebowitz
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Taryn Shawstad                   72 Pages @      4.40/Page      316.80
          EXHIBITS                 16 Pages @       .50/Page        8.00
          Reporter Certification                                  14.00
          Production and Code Comp                                25.00
          TotalTranscript                                         40.00
          Process/Delivery                                        30.00


                                   TOTAL   DUE   >>>>             433.80

                                   AFTER 12/30/2006 PAY           455.49
```

LegaLink can now send your invoices and statements via email in PDF format! If you
would like to receive your invoices and/or statements via email, please contact the
local Billing Coordinator at LegaLink San Francisco, 415-357-4300. Thank you for
your business.

TAX ID NO. :  20-2665382                       (415) 421-9292     Fax (415) 403-0202

*Please detach bottom portion and return with payment.*

Keker & Van Nest
710 Sansome Street
San Francisco, CA 94111-1704

Invoice No. 5164

Attn.: Susan J. Harriman, Esq.

May 31, 2007

---

## PATRICIA CALLAHAN & ASSOCIATES, INC.
### Certified Shorthand Reporters
### Federal I.D. No. 94-2573784

3553 Castro Valley Blvd., #G
Castro Valley, CA  94546

(510)885-2371              (415) 788-3993              FAX (510) 247-9775

---

Re: Kiran Pande vs. Chevron Corporation, et al.


Deposition of Charles R. Mahla, Ph.D.

One Copy   $238.40


Reported 5/2/07 by LaRelle Fagundes


IMPORTANT:   PLEASE RETURN A COPY OF THIS INVOICE WITH PAYMENT

PAYMENT DUE WITHIN 30 DAYS

(Delinquent accounts may be subject to a late charge)

COPY

510

6-27-07

```
 1  STARR A. WILSON
    90 STONEYBROOK AVENUE
 2  SAN FRANCISCO, CALIFORNIA  94112-1649
    (415) 239-8398
 3
    KEKER & VAN NEST, LLP
 4  BY:  SUSAN J. HARRIMAN,
         CHRISTA MARTINE ANDERSON,
 5  ATTORNEYS AT LAW
    710 SANSOME STREET
 6  SAN FRANCISCO, CALIFORNIA  94111-1704
    TEL (415) 391-5400
 7  FAX (415) 397-7188, WWW.KVN.COM, CMA@KVN.COM,
    SHARRIMAN@KVN.COM
 8
 9  RE:  PANDE V. CHEVRON TEXACO, C-04-5107CW
10  TUESDAY, MAY 22, 2007 DEFENDANTS' MOTIONS IN LIMINE
11  REPORTER'S TRANSCRIPT
12  ORIGINAL AND ONE COPY   52 PP. X $4.40 =    $228.80 ✓
13  THANK YOU.
14
15  STARR A. WILSON, CSR 2462
16
17
18
19
20
21
22
23
24
25
```

POSTED
JUN 3 0 2007
KEKER & VAN NEST, LLP

JUN 27 2007