# Exhibit C

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St.   San Francisco, CA 94111-1704

36163

| DATE: 9/19/2007 | PAYEE: Robert Burkes | | | CHECK #: 36163 |
|---|---|---|---|---|
| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
| 3220-001 | 9/18/2007 | 9/18/07 | pande | 52.61 |

TOTAL:   $ 52.61

MSF4001-1   REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422   GWLBWB0010000 M98SF014318
SAFEGUARD.  LITHO USA  SFSL2M  CK7S08112M

---

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St.   San Francisco, CA 94111-1704

36167

| DATE: 9/19/2007 | PAYEE: Jalaleddin Afifi | | | CHECK #: 36167 |
|---|---|---|---|---|
| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
| 3220-001 | 9/19/2007 | 9/19/07 | pande | 73.95 |

TOTAL:   $ 73.95

MSF4001-1   REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422   GWLBWB0010000 M98SF014318
SAFEGUARD.  LITHO USA  SFSL2M  CK7S08112M

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St.   San Francisco, CA 94111-1704

**36168**

| DATE: 9/19/2007 | PAYEE: Guadalupe DeJong | | | CHECK #: 36168 |
|---|---|---|---|---|
| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
| 3220-001 | 9/19/2007 | 9/19/07 | pande | 73.95 |

TOTAL: $ 73.95

---

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St.   San Francisco, CA 94111-1704

**36169**

| DATE: 9/19/2007 | PAYEE: Tayo Feyijimi | | | CHECK #: 36169 |
|---|---|---|---|---|
| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
| 3220-001 | 9/19/2007 | 9/19/07 | pande | 73.95 |

TOTAL: $ 73.95

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St.   San Francisco, CA  94111-1704

36171

| DATE: 9/19/2007 | PAYEE: Kathy Mabe | | | CHECK #: 36171 |
|---|---|---|---|---|
| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
| 3220-001 | 9/19/2007 | 9/19/07 | pande | 73.95 |

TOTAL:   $ 73.95

---

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St.   San Francisco, CA  94111-1704

36172

| DATE: 9/19/2007 | PAYEE: Don Paul | | | CHECK #: 36172 |
|---|---|---|---|---|
| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
| 3220-001 | 9/19/2007 | 9/19/07 | pande | 73.95 |

TOTAL:   $ 73.95

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St.   San Francisco, CA 94111-1704

36173

DATE: 9/19/2007   PAYEE: Taryn Shawstad

CHECK #: 36173

| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 3220-001 | 9/19/2007 | 9/19/07 | pande | 73.95 |

TOTAL:   $ 73.95