# Exhibit D

8'11    *Pande*



**Please Pay From This Invoice**

| DATE | INVOICE NO. |
|---|---|
| 3/28/2007 | 52207 |

| BILL TO |
|---|
| Keker & Van Nest |
| 710 Sansome Street |
| San Francisco, CA 94111 |
| 415-391-5400 |
| Attn: Elenita (A/P) |

| PLEASE PAY |
|---|
| ALC Legal Technologies |
| 333 Bush Street, Suite 400 |
| San Francisco, CA 94104 |
| 415-777-4449 |
| Tax ID # ! |

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|---|---|---|---|---|---|
| 03074158 | Due Upon Receipt | TB | 3/28/2007 | Nancy Dao | PANDE |

| QUANTITY | DESCRIPTION | ITEM | AMOUNT |
|---|---|---|---|
|  | Re: (2 boxes) Copy selected docs x1 (follow start/stop for purple flags & blue flagged docs), Staple per clip for copy set |  |  |
| 1,564 | Heavy Litigation Copy Services with Obstacles Every 9 Pages @ .18 cents |  | 281.52T |
|  | Number of Copy Sets: 1 set (Pick & Choose) |  |  |
|  | Subtotal |  | 281.52 |
|  | **Thank You for Your Business** |  |  |
|  |  | Sales Tax (8.5%) | $23.93 |
| Received & Approved  *Nancy Dao*  Date 03-28-07 | | **TOTAL** | $305.45 |

APR 19 2007
OK 34774

POSTED
MAR 30 2007
KEKER & VAN NEST, LLP

OK NBD

8¹¹                                                                                                                           Pande


**ALC**
LEGAL TECHNOLOGIES

**Please Pay From This Invoice**

| DATE | INVOICE NO. |
|---|---|
| 3/29/2007 | 52231 |

| BILL TO | PLEASE PAY |
|---|---|
| Keker & Van Nest<br>710 Sansome Street<br>San Francisco, CA 94111<br>415-391-5400<br>Attn: Elenita (A/P) | ALC Legal Technologies<br>333 Bush Street, Suite 400<br>San Francisco, CA 94104<br>415-777-4449<br>Tax ID # |

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|---|---|---|---|---|---|
| 03074163 | Due Upon Receipt | TB | 3/29/2007 | Nancy Dao | PANDE |

| QUANTITY | DESCRIPTION | ITEM | AMOUNT |
|---|---|---|---|
|  | Re: (1 box) Copy blue/purple flagged docs x1, Copy in B/W, Staple as original & per clip |  | Ok - NBD |
| 663 | Heavy Litigation Copy Services with Obstacles Every 9 Pages @ .18 cents<br>    Number of Copy Sets: 1 set (Pick & Choose) |  | 119.34T |
|  | Subtotal |  | 119.34 |

APR 19 2007

Ok 34774

**\*\*Thank You for Your Business\*\***

POSTED
MAR 30 2007
KEKER & VAN NEST, LLP

|  |  | Sales Tax (8.5%) | $10.14 |
|---|---|---|---|
| Received & Approved   *Nancy*   Date 03-29-07 |  | **TOTAL** | **$129.48** |

Aptara formerly Whitmont

Pande

# aptara
The Content Transformation Company

REMIT TO:
P. O. Box 71129
Los Angeles, CA 90071-0129

Federal Tax ID No.
San Francisco          (415) 904-4400
Accounts Receivable    (213) 291-3400

| Invoice No. | SF-05575 |
|---|---|
| Date | 4/6/2007 |
| Page No. | 1 |
| Job No. | SF  13902 |
| Loss Date | |
| Soc. Sec. No. | |

**Bill To:**
Keker & Van Nest
710 Sansome Street
San Francisco, CA  94111-1704

Attn.:  Christine Ostergard

**Delivered To:**
Same

| Account Executive | Reference / Case Name or Number | Contact Name | Order Date |
|---|---|---|---|
| Mike C. | Pande | Christine Ostergard | 3/28/2007 |

| Quantity | Description | Extended Price |
|---|---|---|
| 8,390.00 | Images of Heavy Litigation Capture | $1,426.30 |
| 8,390.00 | Images of OCR Processing | $335.60 |
| 2.00 | Master CD(s) Created | $50.00 |
| 8,390.00 | Pages of Logical Unitization | $419.50 |

Ck 35044

OK mo

**PLEASE PAY FROM THIS INVOICE**

| | |
|---|---|
| Subtotal | $2,231.40 |
| Sales Tax | $189.68 |
| Total | $2,421.08 |
| Terms | Net 15 Days |
| Due Date | 4/21/2007 |

We recognize some of our customers may be billing these expenses through to their clients. In any case, the Whitmont customer remains responsible to pay within our terms regardless of their receivables.

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE**

840  Aptara formerly Whitmont                                                        Pande



REMIT TO:
P.O. Box 71129
Los Angeles, CA 90071-0129

Federal Tax ID No.
San Francisco        (415) 904-4400
Accounts Receivable  (213) 291-3400

| Invoice No. | SF-05585 |
|---|---|
| Date | 4/11/2007 |
| Page No. | 1 |
| Job No. | SF   13976 |
| Loss Date | |
| Soc. Sec. No. | |

**Bill To:**
Keker & Van Nest
710 Sansome Street
San Francisco, CA  94111-1704

Attn:  Noah Smithers     NS

**Delivered To:**
Same

| Account Executive | Reference / Case Name or Number | Contact Person | Order Date |
|---|---|---|---|
| Mike C. | Pande | Noah Smithers | 4/10/2007 |

| Quantity | Description | Extended Price |
|---|---|---|
| 24.00 | Images of Heavy Litigation Capture | $4.08 |
| 24.00 | Images of OCR Processing | $0.96 |
| 1.00 | CDs Duplicated | $15.00 |

*Got these late yesterday*

POSTED
APR 3 0 2007
KEKER & VAN NEST, LLP

| | |
|---|---|
| Subtotal | $20.04 |
| Sales Tax | $1.71 |
| **Total** | **$21.75** |
| Terms | Net 15 Days |
| Due Date | 4/26/2007 |

**PLEASE PAY FROM THIS INVOICE**

We recognize some of our customers may be billing these expenses through to their clients. In any case, the Whitmont customer remains responsible to pay within our terms regardless of their receivables.

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE**

840  Aptara  formerly Whitmont                                               Pande



| | REMIT TO: | | Invoice No. | SF-05680 |
|---|---|---|---|---|
| | P. O. Box 71129 | | Date | 4/30/2007 |
| | Los Angeles, CA 90071-0129 | | Page No. | 1 |
| | Federal Tax ID No. | | Job No. | SF 14063 |
| | San Francisco | (415) 904-4400 | Loss Date | |
| | Accounts Receivable | (213) 291-3400 | Soc. Sec. No. | |

**Bill To:**

Keker & Van Nest
710 Sansome Street
San Francisco, CA  94111-1704

Attn.:  Noah Swithers

NS o/c
5/10/07

**Delivered To:**

Same

| Account Executive | Reference / Case Name or Number | Contact Name | Order Date |
|---|---|---|---|
| Mike C. | Pande005  (Pande) | Noah Swithers | 4/26/2007 |

| Quantity | Description | Extended Price |
|---|---|---|
| 361.00 | Images of Light Litigation Capture | $43.32 |
| 361.00 | Images of OCR Processing | $14.44 |
| 1.00 | Master CD(s) Created | $25.00 |

CK 35354

*PLEASE PAY FROM THIS INVOICE*

| | |
|---|---|
| Subtotal | $82.76 |
| Sales Tax | $7.04 |

We recognize some of our customers may be billing these expenses through to their clients. In any case, the Whitmont customer remains responsible to pay within our terms regardless of their receivables.

| | |
|---|---|
| **Total** | **$89.80** ✓ |
| Terms | Net 15 Days |
| Due Date | 5/15/2007 |

*PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE*

Aptara formerly Whitmont



REMIT TO:
P. O. Box 71129
Los Angeles, CA 90071-0129

Federal Tax ID No.
San Francisco        (415) 904-4400
Accounts Receivable  (213) 291-3400

| Invoice No. | SF-05742 |
|---|---|
| Date | 5/4/2007 |
| Page No. | 1 |
| Job No. | SF 14105 |
| Loss Date | |
| Soc. Sec. No. | |

**Bill To:**
Keker & Van Nest
710 Sansome Street
San Francisco, CA  94111-1704

Attn.:  Noah Swithers

**Delivered To:**
Same

| Account Executive | Reference / Case Name or Number | Contact Name | Order Date |
|---|---|---|---|
| Mike C. | Pande | Noah Swithers | 5/3/2007 |

| Quantity | Description | Unit Price | Extended Price |
|---|---|---|---|
| 30.00 | Images of Heavy Litigation Capture | $0.170 | $5.10 |
| 30.00 | Images of OCR Processing | $0.040 | $1.20 |
| 1.00 | Delivery of File(s) Electronically @ N/C | | |

**PLEASE PAY FROM THIS INVOICE**

| Subtotal | $6.30 |
|---|---|
| Sales Tax | $0.00 |
| Total | $6.30 |
| Terms | Net 15 Days |
| Due Date | 5/19/2007 |

We recognize some of our customers may be billing these expenses through to their clients. In any case, the Whitmont customer remains responsible to pay within our terms regardless of their receivables.

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE**

 *400*   *Pande*



*Invoice Summary*

Susan Harriman  
Keker & Van Nest, LLP  
710 Sansome Street  
San Francisco, CA 94111

October 19, 2007  
FTI Invoice No. 7142248  
FTI Job No. 009419.0020  
Terms NET 30  
FEDERAL I.D. NO. 52-1261113

Re: Kiran Pande v. ChevronTexaco Corporation, et al.

Current Invoice Period: Charges Posted through September 30, 2007

## PROFESSIONAL SERVICES

| | |
|---|---|
| Graphics Production | $3,392.00 |
| Total Professional Services | $3,392.00 |

| | |
|---|---|
| Administrative Expense | $203.52 |
| Total Expenses | $203.52 |

| | |
|---|---|
| Total Due This Period | $3,595.52 |

**Total Amount Due**..............................................................................  $3,595.52

*FTI Consulting, Inc.*   *P.O. Box 630391*   *Baltimore, MD 21263-0391*



*Invoice Detail*

## PROFESSIONAL SERVICES

**Graphics Production**
**Craig Veconi**

| Date | Description | Hours | |
|---|---|---|---|
| 09/17/07 | Develop timeline | 2.30 | |
| 09/18/07 | Develop timeline - "cast" | 1.20 | |
| 09/20/07 | Client meeting | 1.00 | |
| 09/20/07 | Read source (opening draft) | 0.50 | |
| 09/24/07 | Revise slide deck / board timelines | 2.70 | |
| 09/25/07 | Client meeting | 0.70 | |
| 09/25/07 | Read file material / opening | 0.50 | |
| 09/26/07 | Revise timelines | 2.80 | |
| 09/27/07 | Edits to timeline | 0.70 | |
| 09/28/07 | Revise timeline | 0.40 | |
| | $265.00 per hour x total hrs of | 12.80 | $3,392.00 |

## *Expenses*

**Administrative Expense**

| Date | Description | Amount |
|---|---|---|
| 09/30/07 | Administrative Expense | $203.52 |
| | Total | $203.52 |



*Invoice Summary*

Susan Harriman
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

October 31, 2007
FTI Invoice No. 7143516
FTI Job No. 009419.0020
Terms NET 30
FEDERAL I.D. NO. 52-1261113

Re: Kiran Pande v. ChevronTexaco Corporation, et al.

Current Invoice Period: Charges Posted through October 30, 2007

## PROFESSIONAL SERVICES

| | |
|---|---|
| Graphics Consulting | $795.00 |
| Graphics Production | $6,211.00 |
| Project Management | $37.00 |
| **Total Professional Services** | **$7,043.00** |

## EXPENSES

| | |
|---|---|
| Administrative Expense | $422.58 |
| Graphics | $1,806.62 |
| Mileage | $46.00 |
| **Total Expenses** | **$2,275.20** |
| **Total Due This Period** | **$9,318.20** |

**Total Amount Due**.................................................................................................... **$9,318.20**



*Invoice Remittance*

Susan Harriman  
Keker & Van Nest, LLP  
710 Sansome Street  
San Francisco, CA 94111

October 31, 2007  
FTI Invoice No. 7143516  
FTI Job No. 009419.0020  
Terms NET 30  
FEDERAL I.D. NO. 52-1261113

Re: Kiran Pande v. ChevronTexaco Corporation, et al.

Current Invoice Period: Charges Posted through October 30, 2007

| | |
|---|---:|
| Professional Services | $7,043.00 |
| Expenses | $2,275.20 |
| Total Amount Due this Period | $9,318.20 |
| Previous Balance Due | $0.00 |
| **Total Amount Due** | **$9,318.20** |

*Please Remit Payment To: FTI Consulting, Inc.*  
*P.O. Box 630391*  
*Baltimore, MD 21263-0391*  
*(800) 334-5701*

*Wire Payment To: Bank of America, NA*           ACH Payments To: Bank of America, NA  
*Rockville, MD 20852*                              Rockville, MD 20852  
*Account #: 002001801422*                          Account #: 002001801422  
*ABA #: 026009593*                                 ABA #: 052001633



*Invoice Detail*

## PROFESSIONAL SERVICES

**Graphics Consulting**
**Craig Veconi**

| Date | Description | Rate | Hours | Total |
|---|---|---|---|---|
| 10/04/07 | Client meeting | | 2.00 | |
| 10/20/07 | Client meeting | | 1.00 | |
| | | $265.00 per hour x total hrs of | 3.00 | $795.00 |

**Graphics Production**
**Craig Veconi**

| Date | Description | Rate | Hours | Total |
|---|---|---|---|---|
| 10/01/07 | Revise timelines | | 0.50 | |
| 10/03/07 | Print production management | | 0.50 | |
| 10/04/07 | Revisions to opening presentation | | 0.70 | |
| 10/20/07 | Produce closing graphics | | 4.20 | |
| 10/21/07 | Develop closing slide deck | | 5.00 | |
| 10/22/07 | Revise PP graphics | | 2.00 | |
| 10/29/07 | Revisions to timelines | | 0.50 | |
| 10/29/07 | Error correction | | -0.50 | |
| | | $265.00 per hour x total hrs of | 12.90 | $3,418.50 |

**Barbara Lucente**

| Date | Description | Rate | Hours | Total |
|---|---|---|---|---|
| 10/17/07 | Conference with S Harriman; produce graphics for Closing | | 4.00 | |
| 10/18/07 | Produce graphics for Closing | | 0.50 | |
| 10/19/07 | Produce graphics for Closing | | 0.50 | |
| 10/22/07 | Produce graphics for Closing | | 3.50 | |
| | | $250.00 per hour x total hrs of | 8.50 | $2,125.00 |

**David Aldridge**

| Date | Description | Rate | Hours | Total |
|---|---|---|---|---|
| 10/17/07 | Development of draft graphics for client review | | 1.50 | |
| | | $235.00 per hour x total hrs of | 1.50 | $352.50 |

**Lin Yip**

| Date | Description | Rate | Hours | Total |
|---|---|---|---|---|
| 10/17/07 | Creation of vector based animated boxer graphics. | | 1.40 | |
| | | $225.00 per hour x total hrs of | 1.40 | $315.00 |

**Project Management**
**Maria Prince**

| Date | Description | Rate | Hours | Total |
|---|---|---|---|---|
| 10/23/07 | Budget review of time and costs; communication with C Veconi regarding same | | 0.20 | |
| | | $185.00 per hour x total hrs of | 0.20 | $37.00 |

## Expenses

**Administrative Expense**

| Date | Description | | | Total |
|---|---|---|---|---|
| 10/30/07 | Administrative Expense | | | $422.58 |
| | | | Total | $422.58 |

**Graphics**

| Date | Description | | | Total |
|---|---|---|---|---|
| 10/08/07 | Oversized magnetic board with magnetic cards - Megapix | | | $1,806.62 |
| | | | Total | $1,806.62 |

FTI File No. 009419.0020                FTI Invoice No: 7143516, Page 3



*Invoice Detail*

**Mileage**

| | | |
|---|---|---:|
| 10/20/07 | Parking - Craig Veconi | $18.00 |
| 10/20/07 | Parking - Craig Veconi Bridge toll | $5.00 |
| 10/21/07 | Parking - Craig Veconi | $18.00 |
| 10/21/07 | Parking - Craig Veconi Bridge toll | $5.00 |
| | Total | $46.00 |

109 second street     tel 415.331.3326     www.advcourttech.com

sausalito, ca 94965     fax 415.331.3328



# Invoice

| DATE | INVOICE # |
|---|---|
| 10/25/2007 | 3050 |

**BILL TO**

Keker & Van Nest
Attention: Susan Harriman
710 Sansome Street
San Francisco, CA 94111

| TERMS | PROJECT |
|---|---|
| Upon Receipt | 2800.38 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | CASE: Pande v Chevron | | | |
| | **VIDEO/EXHIBIT SERVICES** | | | |
| I-CLR | Imaging - Color Documents, 9.25.07, mm | 0.25 | 150.00 | 37.50 |
| I | Imaging - Image B/W documents for discovery or trial. | 3,003 | 0.15 | 450.45T |
| DV-SYNCH | Digital Video - Timestamp to videotape. | 6.37 | 75.00 | 477.75T |
| DV-CMS | Digital Video - Merge time-stamped transcript with digital video. Create cms, mdb, ptf & vid files. | 3 | 100.00 | 300.00T |
| | SUBTOTAL | | | 1,265.70 |
| | **PROJECT MANAGEMENT** | | | |
| PM | Project Management, 9.17.07, ch | 0.5 | 175.00 | 87.50 |
| PM | Project Management, 9.18.07, ch | 0.75 | 175.00 | 131.25 |
| PM | Project Management, 9.24.07, ch | 0.5 | 175.00 | 87.50 |
| PM-COL | Project Management - Collect existing data onto the server, 9.24.07, mm | 0.5 | 175.00 | 87.50 |
| PM | Project Management, 9.25.07, ch | 1.5 | 175.00 | 262.50 |
| PM | Project Management, 9.29.07, ch | 0.5 | 175.00 | 87.50 |
| PM | Project Management, 10.1.07, ch | 0.5 | 175.00 | 87.50 |
| PM | Project Management, 10.2.07, ch | 1 | 175.00 | 175.00 |
| PM | Project Management, 10.3.07, ch | 1.25 | 175.00 | 218.75 |
| PM | Project Management, 10.4.07, ch | 1.75 | 175.00 | 306.25 |
| PM | Project Management, 10.5.07, ch | 0.5 | 175.00 | 87.50 |
| PM | Project Management, 10.6.07, ch | 0.25 | 175.00 | 43.75 |
| PM | Project Management, 10.7.07, ch | 0.5 | 175.00 | 87.50 |
| PM | Project Management, 10.8.07, ch | 0.25 | 175.00 | 43.75 |
| PM | Project Management, 10.9.07, ch | 0.25 | 175.00 | 43.75 |
| PM | Project Management, 10.16.07, ch | 0.25 | 175.00 | 43.75 |
| | SUBTOTAL | | | 1,881.25 |
| | **TRIAL CONSULTANT** | | | |
| TC-HD | Trial Consultant - Organization of hard-drives in preparation for trial, 9.27.07, ch | 0.5 | 195.00 | 97.50 |
| TC | Trial Consultant -- Consulting, 9.27.07, ch | 5.25 | 215.00 | 1,128.75 |

FEIN

**Total**

Page 1

san francisco     los angeles

109 second street  tel 415.331.3326  www.advcourttech.com
sausalito, ca 94965  fax 415.331.3328



# Invoice

| DATE | INVOICE # |
|---|---|
| 10/25/2007 | 3050 |

**BILL TO**

Keker & Van Nest
Attention: Susan Harriman
710 Sansome Street
San Francisco, CA 94111

| TERMS | PROJECT |
|---|---|
| Upon Receipt | 2800.38 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| TC-HD | Trial Consultant - Organization of hard-drives in preparation for trial, 10.2.07, ch | 1 | 195.00 | 195.00 |
| TC-HD | Trial Consultant - Organization of hard-drives in preparation for trial, 10.3.07, ch | 3 | 195.00 | 585.00 |
| TC | Trial Consultant -- Consulting, 10.4.07, ch | 4.5 | 215.00 | 967.50 |
| TC | Trial Consultant -- Consulting, 10.5.07, ch | 0.5 | 215.00 | 107.50 |
| TC | Trial Consultant -- Consulting, 10.7.07, ch | 2.5 | 215.00 | 537.50 |
| TC-HD | Trial Consultant - Organization of hard-drives in preparation for trial, 10.8.07, ch | 5 | 215.00 | 1,075.00 |
| TC | Trial Consultant -- Consulting, 10.8.07, ch | 4.5 | 215.00 | 967.50 |
| TC | Trial Consultant -- Consulting, 10.9.07, ch | 8.5 | 215.00 | 1,827.50 |
| TC | Trial Consultant -- Consulting, 10.10.07, ch | 7.75 | 215.00 | 1,666.25 |
| TC | Trial Consultant -- Consulting, 10.11.07, ch | 7.75 | 215.00 | 1,666.25 |
| TC | Trial Consultant -- Consulting, 10.12.07, ch | 0.5 | 215.00 | 107.50 |
| TC | Trial Consultant -- Consulting, 10.13.07, ch | 0.75 | 215.00 | 161.25 |
| TC-HD | Trial Consultant - Organization of hard-drives in preparation for trial, 10.14.07, ch | 4 | 215.00 | 860.00 |
| TC-DVD | Trial Consultant - Prepare video designations for use in trial, 10.14.07, ch | 2 | 215.00 | 430.00 |
| TC | Trial Consultant -- Consulting, 10.15.07, ch | 8.5 | 215.00 | 1,827.50 |
| TC | Trial Consultant -- Consulting, 10.15.07, ch | 7.75 | 215.00 | 1,666.25 |
| TC-DVD | Trial Consultant - Prepare video designations for use in trial, 10.16.07, ch | 2 | 215.00 | 430.00 |
| TC | Trial Consultant -- Consulting, 10.17.07, ch | 8 | 215.00 | 1,720.00 |
| TC | Trial Consultant -- Consulting, 10.18.07, ch | 7.75 | 215.00 | 1,666.25 |
| TC | Trial Consultant -- Consulting, 10.19.07, ch | 0.5 | 215.00 | 107.50 |
| TC-HD | Trial Consultant - Organization of hard-drives in preparation for trial, 10.21.07, ch | 7.5 | 215.00 | 1,612.50 |
| TC | Trial Consultant -- Consulting, 10.22.07, ch | 13.5 | 215.00 | 2,902.50 |
| TC | Trial Consultant -- Consulting, 10.23.07, ch | 5.5 | 215.00 | 1,182.50 |
| | SUBTOTAL | | | 25,495.00 |
| | **LEASED EQUIPMENT - WAR ROOM ** [LEASE PERIOD: 10.4-24.07] | | | |
| EQPMNT LEASE | Dell Pentium Laptop | 2 | 350.00 | 700.00 |
| | SUBTOTAL | | | 700.00 |
| | **LEASED EQUIPMENT - COURTROOM ** [LEASE PERIOD: 10.4-24.07] | | | |
| EQPMNT LEASE | ELMO HV-5000 | 1 | 1,050.00 | 1,050.00 |

FEIN

**Total**

Page 2

san francisco   los angeles



109 second street    tel 415.331.3326    www.advcourttech.com
sausalito, ca 94965    fax 415.331.3328

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/25/2007 | 3050 |

**BILL TO**
Keker & Van Nest
Attention: Susan Harriman
710 Sansome Street
San Francisco, CA 94111

| TERMS | PROJECT |
|---|---|
| Upon Receipt | 2800.38 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| EQPMNT LEASE | NEC 17" Flatpanel Displays | 5 | 90.00 | 450.00 |
| EQPMNT LEASE | Sanyo 4500 Lumens LCD Projector | 1 | 1,350.00 | 1,350.00 |
| EQPMNT LEASE | Da-lite 8' Projection Screen | 1 | 90.00 | 90.00 |
| EQPMNT LEASE | Extron ADA 6 Distribution Amps | 1 | 150.00 | 150.00 |
| EQPMNT LEASE | Extron 6x1 Switcher | 1 | 150.00 | 150.00 |
| EQPMNT LEASE | Shure Mixer | 1 | 150.00 | 150.00 |
| EQPMNT LEASE | Anchor Powered Speakers | 1 | 150.00 | 150.00 |
| EQPMNT LEASE | Easels | 2 | 60.00 | 120.00 |
| CREDIT 50% | CREDIT - Shared with Miller Law Group | | -50.00% | -60.00 |
| | SUBTOTAL | | | 3,600.00 |
| | ** LOGISTICS ** | | | |
| LG-PUD | Logistic - Pick up DVD, 10.18.07, vb | 1 | 100.00 | 100.00 |
| | SUBTOTAL | | | 100.00 |
| LG-STUPC | Logistic - Courtroom set up, 10.4.07, bs | 3.5 | 215.00 | 752.50 |
| LG-STUPC | Logistic - Courtroom set up, 10.4.07, mm | 8.5 | 150.00 | 1,275.00 |
| LG-STUPC | Logistic - Courtroom set up, 10.9.07, vb | 4 | 150.00 | 600.00 |
| LG-BKDNC | Logistic - Courtroom breakdown, 10.24.07, vb | 2 | 150.00 | 300.00 |
| LG-BKDNC | Logistic - Courtroom breakdown, 10.24.07, mm | 2 | 150.00 | 300.00 |
| | SUBTOTAL | | | 3,227.50 |
| CREDIT 50% | CREDIT - Shared with Miller Law Group | | -50.00% | -1,613.75 |
| | SUBTOTAL | | | 1,613.75 |
| | ** OTHER ** | | | |
| EXPENSE | Parking, 9.27.07, ch | 1 | 20.00 | 20.00 |
| EXPENSE | Toll, 9.27.07, ch | 1 | 5.00 | 5.00 |
| EXPENSE | Parking, 10.4.07, mm | 1 | 42.00 | 42.00 |
| EXPENSE | Parking, 10.4.07, bs | 1 | 12.00 | 12.00 |
| EXPENSE | Parking, 10.4.07, ch | 1 | 27.00 | 27.00 |
| EXPENSE | Fed Ex Bl 799196735567, 10.4.07 | 1 | 11.51 | 11.51 |
| EXPENSE | Parking, 10.8.07, ch | 1 | 17.00 | 17.00 |
| EXPENSE | Parking, 10.9.07, ch | 1 | 17.00 | 17.00 |
| EXPENSE | Parking, 10.9.07, vb | 1 | 24.00 | 24.00 |

FEIN

**Total**



109 second street    tel 415.331.3326    www.advcourttech.com
sausalito, ca 94965    fax 415.331.3328

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/25/2007 | 3050 |

**BILL TO**
Keker & Van Nest
Attention: Susan Harriman
710 Sansome Street
San Francisco, CA 94111

| TERMS | PROJECT |
|---|---|
| Upon Receipt | 2800.38 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| EXPENSE | Parking, 10.10.07, ch | 1 | 17.00 | 17.00 |
| EXPENSE | Parking, 10.11.07, ch | 1 | 27.00 | 27.00 |
| EXPENSE | Parking, 10.15.07, ch | 1 | 17.00 | 17.00 |
| EXPENSE | Parking, 10.16.07, ch | 1 | 17.00 | 17.00 |
| EXPENSE | Parking, 10.17.07, ch | 1 | 12.00 | 12.00 |
| EXPENSE | Parking, 10.18.07, ch | 1 | 12.00 | 12.00 |
| EXPENSE | Parking, 10.22.07, ch | 1 | 12.00 | 12.00 |
| EXPENSE | Parking, 10.22.07, ch | 1 | 20.00 | 20.00 |
| EXPENSE | Parking, 10.23.07, ch | 1 | 12.00 | 12.00 |
|  | SUBTOTAL |  |  | 321.51 |
|  | ** ARCHIVE FEE ** |  |  |  |
| ARC | Archive case data | 1 | 250.00 | 250.00 |
|  | SUBTOTAL |  |  | 250.00 |
|  | Sales Tax [Marin County] |  | 7.75% | 95.19 |

FEIN

**Total**    $35,322.40

Page 4

san francisco    los angeles