

Christa M. Anderson
**Partner**

**Email:** canderson@kvn.com
**Tel:** 415.391.5400

**Education:**
Harvard Law School, 1994
Wellesley College, 1991

Christa Anderson is a partner at Keker & Van Nest and has been with the firm since 1996. Christa specializes in handling complex and high stakes business litigation and was chosen by *The Daily Journal* in 2007 as one of the top 20 lawyers under age 40 in California.

Christa has represented corporations and individuals in cases involving claims of antitrust law violations, patent infringement, trade secret misappropriation, copyright infringement, civil RICO Act violations, fraud, unfair business practices, breaches of contract, securities law violations, professional negligence, wrongful termination of employment, and discrimination. She represents clients in a wide range of industries including semiconductor design and manufacturing, venture capital investment, retail sales, video game design, automobile manufacturing and the practice of law.

Notable cases include: *Bryant v. Mattel*, U.S.D.C., C.D. Cal. (copyright infringement, breach of contract, and employment litigation); *Intel Corp. v. CSIRO*, U.S.D.C., E.D. Tex. (patent litigation); *In Re Napster Copyright Litigation*, U.S.D.C., N.D. Cal. (copyright infringement and antitrust litigation); *Gabana v. Gap, Inc.*, U.S.D.C., N.D. Cal. (breach of contract litigation); *Mitchell v. Intel Corporation*, U.S.D.C., E.D. Tex. (patent litigation); *TSMC v. SMIC,* Cal. Sup. Ct., Alameda County (trade secret litigation); *In Re American Honda Motor Co., Inc. Dealership Relations Litigation*, U.S.D.C., D. Md. (civil RICO litigation).

Christa graduated *summa cum laude* from Wellesley College in 1991 with a mathematics major. She then attended Harvard Law School, graduating *cum laude* in 1994. While a Harvard law student, she was a member of the Harvard Legal Aid Bureau.

Christa is admitted to practice before the California and Massachusetts bars and numerous federal courts.