

**Audrey Walton-Hadlock**
Associate

**Email:** awaltonhadlock@kvn.com
**Tel:** 415.391.5400

**Education:**
Boalt Hall School of Law, University of California at Berkeley, 2004
Swarthmore College, 1999

Audrey Walton-Hadlock graduated Phi Beta Kappa from Swarthmore College in 1999 with a Bachelor of Arts degree in music and political science. She received her J.D. in 2004 from Boalt Hall School of Law, University of California at Berkeley, where she was awarded the Order of the Coif. While at Boalt, Audrey was a member of the *California Law Review* and an associate editor of *Ecology Law Quarterly*. Before joining the firm in 2006, Audrey served as a law clerk to the Honorable Louis H. Pollak of the United States District Court for the Eastern District of Pennsylvania and the Honorable Sidney R. Thomas of the United States Court of Appeals for the Ninth Circuit. Audrey is admitted to practice in California.