# Keker & Van Nest LLP

710 Sansome Street
San Francisco, CA 94111
(415) 391-5400

Our Fed. ID

Invoice No: 200506631

April 9, 2007

Kiran K. Pande, PhD

RE:  Chevron - Wrongful Termination

FOR PROFESSIONAL SERVICES THROUGH  MARCH 31, 2007  AS FOLLOWS:

|  | HOURS |
|---|---|
| Susan J. Harriman | 43.500 |
| Christa M. Anderson | 37.375 |
| Katherine J. Florey | 8.750 |
| Christine Ostergard | 3.250 |
| Nancy B. Dao | 29.750 |
| Case Assistants | 3.500 |

*A detailed description of services rendered is attached.*
*All bills are due and payable upon receipt*
*Payments received after 04/09/2007 will appear on your next statement.*

PANDE                                                                April 9, 2007
Invoice No: 200506631                                                Page:  2

## PROFESSIONAL SERVICES DETAIL

| Date | Atty | Description | Hours |
|---|---|---|---|
| 3/20/2007 | SJH | Telephone call with client                telephone call with McGuin and Lebovitz | 1.000 |
| 3/21/2007 | SJH | Telephone call with Pande                telephone call with Lebowitz                        conference with Judge Wilken re trial date. | 1.000 |
| 3/21/2007 | SJH | Review summary judgment order; telephone call with Pande | 1.000 |
| 3/22/2007 | SJH | Conference with Anderson, client and R. Pande                        research Miller Law group; telephone call to McGuin; telephone call with Lebowitz | 2.500 |
| 3/22/2007 | CMA | Review materials in preparation for meeting with client. | 1.000 |
| 3/22/2007 | CMA | Meeting with client. | 2.250 |
| 3/23/2007 | SJH | Telephone call with Miller re trial date; telephone call with Lebowitz                draft emails to client                telephone call with Mehla re expert report; telephone call with Platt re expert testimony; conference with Anderson            multiple calls with Judge Wilken's deputy; telephone calls to client            telephone call with O'Brien re expert testimony; telephone call with McGuin            telephone call with Pande. | 1.750 |
| 3/23/2007 | SJH | Telephone call with Knight re graphics. | 0.125 |
| 3/23/2007 | SJH | Review complaint and answer; draft timetable for trial date; conference with Anderson            review Pande notes                multiple calls with Miller; telephone call with court re trial; draft and edit substitution of attorneys. | 2.500 |
| 3/23/2007 | SJH | Telephone call with Brad/Mehla's office re timetable. | 0.125 |
| 3/23/2007 | SJH | Telephone call with Lebowitz | 0.250 |
| 3/23/2007 | SJH | Review deposition transcripts. | 1.500 |
| 3/23/2007 | CMA | Conference with Harriman. | 0.500 |
| 3/23/2007 | CMA | Conference call with Judge Wilken. | 0.500 |
| 3/23/2007 | CMA | Conference with Harriman. | 0.250 |
| 3/23/2007 | NBD | Meeting with Anderson | 0.125 |
| 3/23/2007 | NBD | Prepare deposition binders for Anderson and Harriman. | 4.000 |
| 3/23/2007 | NBD | Retrieve complaint and answer for Harriman. | 0.250 |
| 3/23/2007 | NBD | Telephone call to McGuinn's office | 0.250 |
| 3/23/2007 | NBD | Email from Anderson | 0.125 |
| 3/23/2007 | NBD | Create client matter and upload client case materials to KVN system. | 1.000 |
| 3/23/2007 | NBD | Retrieve case materials from messenger and transfer to case room. | 0.250 |
| 3/24/2007 | SJH | Review deposition transcripts. | 2.000 |
| 3/25/2007 | SJH | Review deposition transcripts and declarations. | 2.500 |
| 3/25/2007 | CMA | Review case materials. | 3.000 |
| 3/26/2007 | SJH | Review deposition transcripts; telephone call with Miller re trial dates; conference with Anderson                telephone call with court; conference with client and R. Pande                        draft list of motions in limine. | 6.500 |

PANDE                                                                      April 9, 2007
Invoice No: 200506631                                                      Page: 3

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 3/26/2007 | SJH | Review and respond to Miller emails re retaliatory witnesses. | 0.125 |
| 3/26/2007 | CMA | Review case materials. | 3.000 |
| 3/26/2007 | CMA | Conference with Harriman | 0.375 |
| 3/26/2007 | CMA | Conference call with court. | 0.250 |
| 3/26/2007 | CMA | Meeting with client. | 0.750 |
| 3/26/2007 | KJF | Review complaint and conduct initial research re: jury instructions. | 0.500 |
| 3/26/2007 | NBD | Reviewing document productions for documents relating to chronology. | 2.000 |
| 3/26/2007 | NBD | Retrieve case management conference order for Anderson and Harriman. | 0.250 |
| 3/26/2007 | NBD | Retrieve and distribute copies of Initial Disclosures for Harriman. | 0.250 |
| 3/26/2007 | NBD | Conference with client | 0.125 |
| 3/26/2007 | NBD | Organize document productions. | 4.500 |
| 3/26/2007 | NBD | Retrieve 2nd Amended Complaint for Florey. | 0.125 |
| 3/27/2007 | SJH | Telephone call with Abbott re report and trial date. | 0.125 |
| 3/27/2007 | SJH | Draft and edit list of witnesses; review deposition testimony; draft and edit revised retainer; edit letter re claims; review and respond to Miller email re retaliation claims; multiple calls with Abbott; telephone call with Veconi re graphics; telephone call with Smith re trial work; multiple conferences with client; draft additional voir dire questions; draft outline of opening statement; review summary judgment pleadings. | 7.375 |
| 3/27/2007 | SJH | Conference with client                    draft emails to Anderson and Dao | 0.375 |
| 3/27/2007 | CMA | Review case materials, transcripts, pleadings and notes in preparation for trial. | 7.000 |
| 3/27/2007 | KJF | Legal research re: jury instructions; confer with Anderson | 4.500 |
| 3/27/2007 | NBD | Retrieve pleadings for Anderson. | 0.250 |
| 3/27/2007 | NBD | Review files for medical records for Anderson. | 0.500 |
| 3/27/2007 | NBD | Conference with Anderson | 0.125 |
| 3/27/2007 | NBD | Organize case materials for client's review. | 0.500 |
| 3/27/2007 | NBD | Conference with client | 0.375 |
| 3/27/2007 | NBD | Retrieve witness list for Anderson. | 0.125 |
| 3/27/2007 | NBD | Review and respond to Anderson's email | 0.125 |
| 3/27/2007 | NBD | Draft medical release form for Anderson. | 0.250 |
| 3/27/2007 | NBD | Review and respond to Anderson's email | 0.125 |
| 3/27/2007 | NBD | Update I:drive with deposition transcripts. | 0.250 |
| 3/27/2007 | NBD | Email to practice support re: scanning document productions. | 0.125 |
| 3/27/2007 | NBD | Organize case materials and prepare binders for Harriman and Anderson. | 5.250 |
| 3/28/2007 | SJH | Review additional voir dire questions; review list of motions in limine and draft email re same; telephone call to Ewles; review and flag potential trial exhibits; multiple conferences with client telephone call with court re trial setting; telephone call with Miller re alleged conflict; draft and edit letter to Miller re pre-trial dates; telephone call with Veconi re trial date; telephone call with Smith re same; telephone call with R. Pande                    telephone call with Abbott re expert report. | 6.375 |
| 3/28/2007 | SJH | Draft and edit working group list; edit list of voir dire questions; edit | 0.250 |

PANDE                                                                              April 9, 2007
Invoice No: 200506631                                                              Page:  4

| | | | |
|---|---|---|---|
| | | motions in limine list. | |
| 3/28/2007 | CMA | Review trial preparation materials and use same to prepare pretrial conference statement. | 6.000 |
| 3/28/2007 | CMA | Review and respond to correspondence re: trial preparation issues. | 0.750 |
| 3/28/2007 | KJF | Draft jury instructions; review summary judgment order for clarification of scope of jury instructions; confer with Anderson | 3.750 |
| 3/28/2007 | CMO | Conference with Dao processing; conference with vendor re: document production processing. | 0.500 |
| 3/28/2007 | NBD | Retrieve documents from vendor for Harriman's review. | 0.250 |
| 3/28/2007 | NBD | Coordinate with Practice Support for imaging document productions. | 0.125 |
| 3/28/2007 | NBD | Review and respond to Anderson's email | 0.125 |
| 3/28/2007 | NBD | Telephone call from Anderson | 0.125 |
| 3/28/2007 | NBD | Update I:drive with Pande pleadings and discovery. | 1.000 |
| 3/28/2007 | NBD | Collate and gather trial exhibits for Harriman. | 0.500 |
| 3/28/2007 | NBD | Conference with Pande | 0.125 |
| 3/29/2007 | SJH | Prepare to do task list; review Pande potential trial exhibits; review depositions for trial testimony; conference with Anderson review Wilken minute order. | 1.625 |
| 3/29/2007 | SJH | Conference with client              review consent order form from J. Wilken. | 0.375 |
| 3/29/2007 | SJH | Review Miller letter re timetable; draft and edit response; draft email to Abbott re schedule; select deposition excerpts for trial. | 2.125 |
| 3/29/2007 | SJH | Review Chevron's declarations; review potential trial exhibits. | 0.500 |
| 3/29/2007 | CMA | Meet with Harriman | 0.500 |
| 3/29/2007 | CMA | Review materials for trial preparation. | 1.000 |
| 3/29/2007 | CMA | Review memoranda summarizing various emails. | 1.000 |
| 3/29/2007 | CMA | Update case/ trial calendar. | 0.500 |
| 3/29/2007 | CMO | Prepare documents for vendor processing; conference with vendor re: processing requirements. | 0.500 |
| 3/29/2007 | NBD | Retrieve and prepare document production for Harriman's review. | 0.250 |
| 3/29/2007 | NBD | Retrieve email for Harriman to review. | 0.125 |
| 3/29/2007 | NBD | Retreive declarations and prepare binder for Harriman. | 1.250 |
| 3/29/2007 | NBD | Conference with Harriman | 0.125 |
| 3/29/2007 | NBD | Incorporate potential trial exhibits and remove duplicates for Harriman. | 0.375 |
| 3/29/2007 | NBD | Update I:drive with economic damages spreadsheet. | 0.125 |
| 3/29/2007 | NBD | Retrieve W-2s from client and conference with client | 0.125 |
| 3/29/2007 | NBD | Retrieve "Hot documents" for Harriman. | 0.125 |
| 3/29/2007 | NBD | Prepare and deliver document production to Practice Support for scanning. | 0.250 |
| 3/29/2007 | NBD | Review email re: economic damages. | 0.125 |
| 3/30/2007 | SJH | Conference with Dao              eview discovery responses; conference with Anderson | 1.500 |
| 3/30/2007 | CMA | Review correspondence. | 0.250 |

PANDE                                                                                    April 9, 2007
Invoice No: 200506631                                                                     Page:  5

| 3/30/2007 | CMA | Review exhibits for trial preparation. | 3.000 |
| 3/30/2007 | CMO | Speak with vendor re: documents being processed. | 0.250 |
| 3/30/2007 | CMO | Create and populate new document and image database. | 2.000 |
| 3/30/2007 | NBD | Conference with Harriman | 0.125 |
| 3/30/2007 | NBD | Update I:drive with Hot documents. | 0.250 |
| 3/30/2007 | NBD | Email to Abbott | 0.125 |
| 3/30/2007 | NBD | Incorporate additional trial exhibits and remove duplicates for Harriman. | 0.625 |
| 3/30/2007 | NBD | Prepare deposition files and subject files for case materials. | 2.000 |
| 3/30/2007 | NBD | Review and respond to email from Practice Support | 0.125 |
| 3/30/2007 | NBD | Retrieve discovery responses for Harriman. | 0.125 |
| 3/31/2007 | CMA | Review exhibits and transcripts for trial preparation. | 5.500 |
| 3/31/2007 | CA | March 1 - 31, 2007 --- Review and organize documents. | 3.500 |

# KEKER & VAN NEST, L.L.P.

710 Sansome Street
San Francisco, CA   94111-1704
415-391-5400

Our Fed. ID.

Invoice No: 200506722

May 8, 2007

Kiran K. Pande, PhD

Via Email PDF to

RE:  Chevron – Wrongful Termination

---

For Professional Services Through April 30, 2007 as follows:

|  | HOURS | RATE |
|---|---|---|
| Susan J. Harriman | 22.500 | |
| Christa M. Anderson | 22.500 | |
| Jo F. Weingarten | 4.375 | |
| Christine Ostergard | 1.000 | |
| Nancy B. Dao | 31.375 | |
| Noah M. Swithers | 3.125 | |
| Case Assistants | 3.500 | |

A detailed description of services rendered is attached.
All bills are due and payable upon receipt.
Payments received after 05/08/07 will appear on your next statement

PANDE                                                                                May 8, 2007
Invoice No: 200506722                                                                Page: 2

**PROFESSIONAL SERVICES DETAIL**

| | | | |
|---|---|---|---|
| 4/2/2007 | SJH | Telephone call with Abbott | 0.125 |
| 4/2/2007 | CMO | Update document and image database. | 1.000 |
| 4/3/2007 | SJH | Review evidence re retaliation; telephone call with Abbott re expert report. | 0.250 |
| 4/4/2007 | SJH | Telephone call with Abbott                          review Chevron's notice declining magistrate judge; execute acceptace of magistrate judge. | 0.250 |
| 4/5/2007 | SJH | Telephone calls with Abbott re expert report. | 0.250 |
| 4/6/2007 | SJH | Review and edit expert report; conference with Mehla and Abbott re report; telephone call with Abbott and Mehla re expert report. | 0.625 |
| 4/9/2007 | SJH | Draft and edit expert witness disclosure; conference with Anderson review Mahla's expert report. | 0.500 |
| 4/9/2007 | CMA | Conference with Harriman | 0.250 |
| 4/10/2007 | SJH | Review expert opinion of O'Brien; conference with Dao | 0.250 |
| 4/10/2007 | NBD | Prepare trial exhibit list. | 3.250 |
| 4/10/2007 | NMS | Arrange vendor processing of paper; load media to network; prepare loadfiles; load media to production database and reindex. | 0.500 |
| 4/11/2007 | SJH | Conference with Anderson                          review salary info produced by Chevron and draft email | 0.500 |
| 4/11/2007 | CMA | Review expert report; telephone call with Harriman | 0.500 |
| 4/11/2007 | NBD | Prepare trial exhibit list. | 5.250 |
| 4/12/2007 | SJH | Review Hamasaki letter re interview; draft and edit response; review and respond to Abbott email                          draft emails to Mahla telephone call to Mahla draft email to Miller re Mahla deposition, exhibits, and Benzler. | 0.875 |
| 4/12/2007 | CMA | Telephone call with Harriman | 0.125 |
| 4/13/2007 | SJH | Review and respond to multiple Miller emails re Mahla deposition and meet and confer on pretrial conference. | 0.250 |
| 4/13/2007 | CMA | Attend to trial prep matters. | 0.500 |
| 4/13/2007 | NBD | Update I:drive with efilings; review document productions for missing ranges; review case materials for Chevron article for Harriman. | 3.000 |
| 4/14/2007 | CMA | Research issues re: claims and revise jury instructions re: same. | 2.000 |
| 4/16/2007 | SJH | Review deposition notice to Mahla; review expert rebuttal report re damages. | 0.250 |
| 4/16/2007 | CMA | Prepare pretrial filings; revise jury instructions. | 3.500 |
| 4/16/2007 | NBD | E-mail to client                          e-mail to Practice Support to scan additional document production; retrieve expert report and deliver to Anderson; email to Harriman | 0.625 |
| 4/16/2007 | NMS | Process document for Concordance; prepare loadfiles; load into Production database. | 1.125 |
| 4/17/2007 | SJH | Conference with Dao                          draft email to Abbott re rebuttal report. | 0.250 |
| 4/17/2007 | CMA | Revise jury instructions. | 1.500 |
| 4/17/2007 | NBD | Telephone call to McGuinn's office                          conference with Harriman          update case materials; retrieve Disclosure of Rebuttal Expert Witness from Smith; update I:drive with expert report; telephone call to Lebowitz                          print attachments and | 3.000 |

PANDE                                                                                            May 8, 2007
Invoice No: 200506722                                                                            Page:  3

| Date | | | |
|------|------|---|---|
| | | create witness files for experts; organize additional case materials. | |
| 4/18/2007 | SJH | Draft email to client          edit joint pretrial statement; review and respond to email from client | 0.500 |
| 4/18/2007 | CMA | Research issues re: jury instructions and other pretrial filings. | 3.000 |
| 4/18/2007 | JFW | Legal research re jury instructions; draft and edit jury instruction on damages; meeting with Anderson | 4.375 |
| 4/19/2007 | SJH | Edit jury instructions; review and respond to Anderson email | 0.625 |
| 4/20/2007 | SJH | Review Miller email re expert depositions; draft email to Anderson and review and respond to Anderson views           eview and respond to Dao's emails          edit voir dire questions; edit witness list; draft email letter to Miller re contents of pretrial exchange; review amended deposition notice of Mahla and forward same to Mahla; draft email to Anderson<br>draft email to Miller re expert depo; review and respond to Miller email re rebuttal expert; review Miller email re pretrial exchange; legal research re local rules re pretrial exchange; draft response to Miller. | 1.250 |
| 4/20/2007 | NBD | Email to Miller re: missing bates range documents. | 0.125 |
| 4/23/2007 | SJH | Conference with Anderson<br>                         review Dao/Anderson emails<br>review and approve verdict form; draft email to Anderson | 0.625 |
| 4/23/2007 | CMA | Meet with Harriman          amend verdict forms; prepare pretrial filings. | 3.750 |
| 4/23/2007 | NBD | Review and respond to Anderson's e-mail | 0.125 |
| 4/24/2007 | SJH | Finalize packet for Miller; review Mahla doc requests; telephone call with Mahla          draft and edit letter to Miller re pretrial info; conference with Anderson | 0.750 |
| 4/24/2007 | CMA | Edit pretrial filings; conference with Harriman          telephone call with Harriman | 1.250 |
| 4/24/2007 | NBD | Review and respond to Smith's email re: Mahla's contact information. | 0.125 |
| 4/25/2007 | SJH | Conference with Dao          review Chevron's pretrial submissions and plan opposition; review Chevron's motions in limine; draft email to Anderson          legal research re FMLA for motions in limine opposition. | 2.125 |
| 4/25/2007 | NBD | Retrieve case law for Harriman. | 0.375 |
| 4/26/2007 | SJH | Review Pande medical file; edit declaration; draft email to client review recently-produced missing Chevron documents; legal research re experts; conference with Anderson          items; telephone call with Pande          draft and edit Pande declaration; draft emails to client          review Anderson's revised declaration. | 4.750 |
| 4/26/2007 | CMA | Conference with Harriman | 0.500 |
| 4/26/2007 | NBD | Review task list; scan and update I:drive with trial pleadings; telephone call from Anderson | 0.625 |
| 4/26/2007 | NMS | Send documents out for processing; load media to network; prepare loadfiles; load media to production database. | 0.750 |
| 4/27/2007 | SJH | Draft letter to Miller re trial exhibits; review Pande email          edit declaration; review FMLA provisions; telephone call with Pande | 1.625 |

PANDE                                                                                                    May 8, 2007
Invoice No: 200506722                                                                              Page:  4

|  |  |  |  |
|---|---|---|---|
|  |  | edit declaration; conference with Dao ⵑ draft email to Anderson and Pande ⵑ draft email to Pande and Anderson ⵑ attention to pretrial meeting. |  |
| 4/27/2007 | CMA | Work on responding to pretrial filings re: jury instructions and verdict form; respond to query from Harriman | 3.125 |
| 4/27/2007 | NBD | Meeting with Anderson ⵑ review and compare jury instructions for Anderson; retrieve case law for Harriman; retrieve Defs.'s exhibits from Harriman; telephone call from Harriman ⵑ e-mail verdict form to Anderson. | 6.125 |
| 4/28/2007 | NBD | E-mail to Harriman ⵑ review and respond to Anderson's email ⵑ ; review Anderson's e-mail ⵑ review and compare trial exhibits for Harriman and scan exhibits for Anderson; review and respond to Anderson's additional e-mail | 4.500 |
| 4/29/2007 | SJH | Review Pande's changes to declaration; draft email to client re same; review and respond to Dao email | 0.250 |
| 4/29/2007 | CMA | Prepare for pretrial conference meet and confer. | 0.500 |
| 4/30/2007 | SJH | Conference with Anderson ⵑ review and respond to Mahla email re depo; review Chevron's trial exhibits; review Pande exhibits re benefits; conference with Miller and Hamasaki re pretrial; edit Pande declaration; draft emails to client r ⵑ conference with Dao ⵑ draft opposition to motion in limine I; conference with Pande ⵑ ; legal research re FMLA. | 5.625 |
| 4/30/2007 | CMA | Prepare for meetng with opposing counsel; meet with opposing counsel; meet with Harriman | 2.000 |
| 4/30/2007 | NBD | Telephone call from Harriman ⵑ retrieve case law for Harriman; bates-stamp additional documents and deliver to Harriman; meeting with Harriman and retrieve trial exhibit binders; conference with Anderson ⵑ review Harriman's objections to Defs.' trial exhibits and prepare list for Harriman; scan additional documents for production. | 4.250 |
| 4/30/2007 | NMS | Process documents for Concordance; load documents to production database and reindex. | 0.750 |
| 4/30/2007 | CA | April 1 - 30, 2007 - Review and organize documents. | 2.500 |

# KEKER & VAN NEST, L.L.P.

710 Sansome Street
San Francisco, CA   94111-1704
415-391-5400

Our Fed. ID.

Invoice No: 200507003

June 8, 2007

Kiran K. Pande, PhD

Via Email PDF to

RE:  Chevron – Wrongful Termination

----------------------------------------------------------------------------------------------------

For Professional Services Through May 31, 2007 as follows:

| | HOURS |
|---|---|
| Susan J. Harriman | 31.750 |
| Christa M. Anderson | 44.875 |
| Audrey Walton-Hadlock | 76.875 |
| Christine Ostergard | 0.250 |
| Nancy B. Dao | 49.375 |
| Noah M. Swithers | 2.125 |

A detailed description of services rendered is attached.
All bills are due and payable upon receipt.
Payments received after 06/08/07 will appear on your next statement

PANDE                                                                                      June 8, 2007
Invoice No: 200507003                                                                      Page:  2

## PROFESSIONAL SERVICES DETAIL

| 5/1/2007 | SJH | Telephone call with Anderson                        conference with Mahla re deposition prep; edit opposition to motion in limine I; draft objections to Chevron's exhibits; review potential trial exhibits. | 3.625 |
|---|---|---|---|
| 5/1/2007 | CMA | Attend to pretrial filings, including jury instructions. | 3.000 |
| 5/1/2007 | NBD | Review fax from Pande; assist Harriman with trial exhibits; review and respond to Harriman's email | 3.750 |
| 5/2/2007 | SJH | Conferences with Mahla re deposition and trial testimony; defend Mahla deposition; draft email to client and Anderson                edit opposition to motion in limine I; draft email to Anderson | 4.375 |
| 5/2/2007 | CMA | Attend to pretrial filings. | 1.000 |
| 5/2/2007 | NBD | Review Defendant's withdrawn exhibits and objections for Harriman; assist Harriman with pre-trial filings. | 4.500 |
| 5/2/2007 | NMS | Per Dao's request, search for documents in database to confirm not produced. | 0.375 |
| 5/3/2007 | SJH | Review Hamasaki email re trial exhibits; review and organize trial exhibits; conference with Dao              draft response to Hamasaki; review Chevron's edits of undisputed facts and proposed additional undisputed facts; edit same; telephone call to Anderson              edit opposition to motion in limine; conference with Anderson              telephone calls with conference with Lebowitz              review and respond to Hamasaki emails; edit opposition to motion in limine I. | 2.375 |
| 5/3/2007 | CMA | Meet with Harriman              attend to correspondence; attend to issues re: jury instructions. | 1.500 |
| 5/3/2007 | NBD | Assist Harriman with pre-trial filings. | 6.000 |
| 5/3/2007 | NMS | Send documents to vendor for processing; download processed documents; prepare loadfiles and load into production database; reindex database. | 0.750 |
| 5/4/2007 | SJH | Legal research re equitable estoppel; draft and edit equitable estoppel argument; draft email to Anderson              conference with Anderson | 1.375 |
| 5/4/2007 | AWH | Review proposed joint voir dire questions and questionnaire to ensure our questions included. | 1.375 |
| 5/4/2007 | NBD | Retrieve pleadings and prepare binder for Hadlock. | 1.250 |
| 5/6/2007 | CMA | Attend to research issues and pretrial filings, including jury instructions. | 7.500 |
| 5/7/2007 | SJH | Review and edit exhibit list and witness list; edit pretrial conference statement; conference with Anderson              review Chevron's exhibit list; draft oppositions to motions in limine 6 and 7; edit opposition to motion in limine I; conference with Anderson              review changes to jury questionnaire and voir dire questions. | 2.250 |
| 5/7/2007 | CMA | Conference with Harriman; revise and respond to arguments relating to jury instructions; meet with Audrey Walton | 6.250 |
| 5/7/2007 | AWH | Legal research re, & draft and edit jury instructions. | 14.000 |
| 5/7/2007 | CMO | Database research per Dao. | 0.250 |
| 5/7/2007 | NBD | Review exhibits and Chevron's witness list for Harriman; retrieve e-mail for Harriman; update exhibit list. | 2.375 |
| 5/8/2007 | SJH | Edit oppositions to motions in limine 6 and 7; draft email to client | 3.625 |

PANDE                                                                    June 8, 2007
Invoice No: 200507003                                                    Page:  3

|            |      |                                                                                                                                                                                                                                                                                                                                                                        |       |
|------------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|            |      | legal research re motions in limine; edit objections to evidence; review and approve jury statement; edit jury instructions and conference with Anderson          conference with Dao review motions in limine and conference with Anderson          review Chevron's witness list; review Chevron's new exhibit and email same to Mahla; review Chevron's motions in limine; review and respond to Mahla emails; edit objections to exhibits; draft opposition to motion in limine II; conference with Anderson |       |
| 5/8/2007   | CMA  | Prepare, revise and attend to pretrial filings, including jury instructions.                                                                                                                                                                                                                                                                                            | 9.000 |
| 5/8/2007   | AWH  | Prepare pretrial submissions for filing; check revised voir dire questions / questionnaire.                                                                                                                                                                                                                                                                             | 2.875 |
| 5/8/2007   | NBD  | Review and respond to Anderson's e-mail          assist Harriman with exhibit list; retrieve pleadings for Walden-Hadlock.                                                                                                                                                                                                                                               | 3.375 |
| 5/9/2007   | SJH  | Edit motion in limine II; conference with Walton-Hadlock          edit oppositions to motions in limine.                                                                                                                                                                                                                                                                | 0.625 |
| 5/9/2007   | CMA  | Attend to jury instruction issues.                                                                                                                                                                                                                                                                                                                                      | 3.000 |
| 5/9/2007   | AWH  | Legal research re jury instructions; legal research re opposition to MILs; conference with Harriman                                                                                                                                                                                                                                                                      | 4.375 |
| 5/9/2007   | NBD  | Prepare pre-trial binders for Anderson and Harriman; add additional documents to Pande database; meeting and call with Anderson to clerk's office re: exhibit binders; prepare exhibits for binders.                                                                                                                                                                     | 6.125 |
| 5/9/2007   | NMS  | Scan and OCR document for database; create loadfiles and load document into production database.                                                                                                                                                                                                                                                                        | 0.750 |
| 5/10/2007  | SJH  | Draft emails to Anderson and Walton-Hadlock          review and respond to email          ; legal research re rules of evidence; review deposition testimony and Thompson declaration; edit oppositions to motions in limine; draft opposition to motion in limine no. IV; edit opposition to motion in limine II; draft opposition to motion in limine III.              | 2.750 |
| 5/10/2007  | AWH  | Legal research re opposition to motions in limine.                                                                                                                                                                                                                                                                                                                      | 7.625 |
| 5/10/2007  | NBD  | Continuation of preparation of exhibit binders; review and respond to Anderson's e-mail          review and respond to Anderson's e-mail          update Anderson's pretrial binder; updated Pande database; review and respond to Walden-Hadlock's e-mail          organize case materials.                                                                              | 6.500 |
| 5/11/2007  | SJH  | Edit oppositions to motions in limine; legal research re same; conference with Walton-Hadlock          ; draft email to client                                                                                                                                                                                                                                           | 1.500 |
| 5/11/2007  | AWH  | Research requirements for filing opposition to motion in limine under seal; legal research / draft and edit opposition to motions in limine; conference with Harriman                                                                                                                                                                                                    | 8.125 |
| 5/11/2007  | NBD  | Meeting with Practice Support re: trial exhibit CD for Miller; prepare trial exhibits for court; draft letter to clerk re: trial exhibits; deliver trial exhibit CD to Miller; meeting with Anderson                                                                                                                                                                     | 3.750 |
| 5/11/2007  | NMS  | Prepare Plaintiff's Trial Exhibits media per Dao's request.                                                                                                                                                                                                                                                                                                             | 0.250 |
| 5/13/2007  | SJH  | Review and respond to client emails.                                                                                                                                                                                                                                                                                                                                   | 0.125 |
| 5/14/2007  | SJH  | Review Pande declaration for redaction; conference with Walton-Hadlock          , conference with Dao          edit oppositions.                                                                                                                                                                                                                                         | 0.750 |
| 5/14/2007  | AWH  | Research related rules; draft and edit motion, supporting documents to file                                                                                                                                                                                                                                                                                             | 2.625 |

PANDE                                                                                      June 8, 2007
Invoice No: 200507003                                                                       Page:  4

|            |      | opposition to motions in limine under seal.                                                                                                                                    |       |
|------------|------|-----------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 5/14/2007  | NBD  | Cite and fact check Motions in Limine for Harriman; review and respond to Hadlock's email                                                                    | 3.125 |
| 5/15/2007  | SJH  | Finalize opposition to motions in limine; edit pleadings re filing under seal.                                                                              | 0.500 |
| 5/15/2007  | AWH  | Draft and edit papers supporting motion to seal portions of opposition to motions in limine; related research; attention to filing.                          | 3.500 |
| 5/15/2007  | NBD  | Assist Hadlock and Harriman with filing of Motions in Limine.                                                                                               | 5.000 |
| 5/16/2007  | NBD  | Organize case materials; prepare Motions In Limine binders for Harriman and Anderson; retrieve pleadings for Hadlock; retrieve case law for Harriman and insert in motion in limine binder. | 3.250 |
| 5/17/2007  | SJH  | Conference with Anderson                              onference with Dao                                                                                      | 0.250 |
| 5/17/2007  | CMA  | Telephone call with Audrey Walton-Hadlock.                                                                                                                  | 0.250 |
| 5/17/2007  | AWH  | Prepare jury instructions thematic outline for pretrial conference; conference with Anderson                                                                  | 1.625 |
| 5/18/2007  | AWH  | Prepare jury instruction outline.                                                                                                                           | 0.125 |
| 5/21/2007  | SJH  | Prepare for hearing on motions in limine; conference with Dao                                                                                               | 1.000 |
| 5/21/2007  | AWH  | Prepare jury instruction outline.                                                                                                                           | 2.625 |
| 5/22/2007  | SJH  | Conference with Walton-Hadlock            travel to and from Oakland; court appearance re pretrial conference; prepare for hearing on motions in limine; conference with Anderson         telephone call with client | 6.125 |
| 5/22/2007  | CMA  | Review research results and prepare for pretrial conference; attend pretrial conference.                                                                     | 7.500 |
| 5/22/2007  | AWH  | Attend pretrial conference; travel to and from same.                                                                                                        | 3.125 |
| 5/22/2007  | NBD  | Retrieve pleading for Anderson; retrieve case law for Anderson.                                                                                             | 0.375 |
| 5/23/2007  | SJH  | Draft email to client                    telephone call with Lebovitz                                conference with Anderson                                | 0.500 |
| 5/23/2007  | CMA  | Telephone call with Audrey Walton-Hadlock                                                                                                                   | 0.125 |
| 5/23/2007  | AWH  | Review notes of pretrial conference; prepare trial brief.                                                                                                    | 1.250 |
| 5/24/2007  | AWH  | Draft and edit trial brief.                                                                                                                                 | 5.625 |
| 5/25/2007  | CMA  | Edit trial brief; conference with Walton-Hadlock                                                                                                            | 2.250 |
| 5/25/2007  | AWH  | Draft and edit trial brief.                                                                                                                                 | 5.000 |
| 5/27/2007  | AWH  | Draft and edit trial brief.                                                                                                                                 | 0.375 |
| 5/28/2007  | CMA  | Edit trial brief.                                                                                                                                           | 2.000 |
| 5/28/2007  | AWH  | Draft and edit; legal research re trial brief.                                                                                                              | 9.875 |
| 5/29/2007  | CMA  | Revise trial brief.                                                                                                                                         | 1.500 |
| 5/29/2007  | AWH  | Draft and edit trial brief; filing of same.                                                                                                                 | 2.750 |

PANDE                                                                June 8, 2007
Invoice No:  200507003                                              Page:  5

# KEKER & VAN NEST, L.L.P.

710 Sansome Street
San Francisco, CA  94111-1704
415-391-5400

Our Fed. ID.

Invoice No: 200507231

July 10, 2007

Kiran K. Pande, PhD

Via Email PDF to

RE:  Chevron – Wrongful Termination

----------------------------------------------------------------------------------------------------

For Professional Services Through June 30, 2007 as follows:

| | HOURS | RATE |
|---|---|---|
| Susan J. Harriman | 1.375 | |
| Christa M. Anderson | 7.875 | |
| Audrey Walton-Hadlock | 17.250 | |
| Nancy B. Dao | 1.375 | |
| Case Assistants | 2.375 | |

A detailed description of services rendered is attached.
All bills are due and payable upon receipt.
Payments received after 07/10/07 will appear on your next statement

PANDE                                                                                July 10, 2007
Invoice No: 200507231                                                                Page: 2

## PROFESSIONAL SERVICES DETAIL

| | | | |
|---|---|---|---|
| 6/1/2007 | NBD | Review Anderson's e-mail          update trial binders for Anderson and Harriman. | 0.375 |
| 6/6/2007 | SJH | Conference with Anderson          review Chevron reply to motion in limine and trial brief; review trial brief. | 0.375 |
| 6/6/2007 | CMA | Telephone call with Harriman. | 0.125 |
| 6/8/2007 | NBD | Review and respond to Hadlock's email          telephone call to court reporter re: transcript. | 0.250 |
| 6/11/2007 | SJH | Review stipulation re dismissal of claims and draft email response re same. | 0.125 |
| 6/11/2007 | AWH | Prepare stipulation re dismissal. | 0.875 |
| 6/11/2007 | NBD | Email to secretaries | 0.125 |
| 6/12/2007 | SJH | Review Miller's emails re stipulation; conference with Anderson          review Miller email re 6th cause of action | 0.250 |
| 6/12/2007 | CMA | Correspondence re: stipulation of dismissal. | 0.250 |
| 6/12/2007 | AWH | Conference with Anderson          prepare stipulation re dismissal. | 0.500 |
| 6/12/2007 | NBD | Review email from Anderson | 0.125 |
| 6/13/2007 | AWH | Review correspondence; revise stipulation. | 0.625 |
| 6/13/2007 | NBD | Review Anderson's email | 0.125 |
| 6/14/2007 | AWH | Conference with Anderson          revise jury instructions; revise and file stipulation. | 2.875 |
| 6/15/2007 | CMA | Review and edit jury instructions; edit pretrial filings. | 1.500 |
| 6/15/2007 | AWH | Prepare revised jury instructions, verdict form, stipulation re Chevron finances. | 4.250 |
| 6/15/2007 | NBD | File hearing transcripts and additional client documents; respond to Anderson's email | 0.375 |
| 6/17/2007 | AWH | Prepare revised verdict form & stipulation re Chevron's financial condition. | 1.750 |
| 6/18/2007 | SJH | Review and respond to client email          review and approve stipulation. | 0.250 |
| 6/18/2007 | CMA | Review and respond to correspondence          edit pretrial filings. | 2.000 |
| 6/18/2007 | AWH | Revise verdict form, jury instructions. | 1.250 |
| 6/19/2007 | SJH | Review stipulation re jury instructions. | 0.125 |
| 6/19/2007 | CMA | Conference with Harriman | 0.250 |
| 6/19/2007 | AWH | Review revised jury instructions; prepare stipulation to extend time. | 4.125 |
| 6/20/2007 | CMA | Attend to revisions to pretrial filings. | 0.500 |
| 6/20/2007 | AWH | Prepare jury instructions, etc. | 0.500 |
| 6/21/2007 | SJH | Review Chevron's proposed verdict form. | 0.125 |
| 6/21/2007 | CMA | Attend to pretrial filings and conference with Chevron's counsel re: same. | 3.000 |
| 6/21/2007 | AWH | Prepare jury instructions, etc. | 0.500 |
| 6/27/2007 | SJH | Conference with Anderson | 0.125 |
| 6/27/2007 | CMA | Telephone call with Harriman          telephone call with Pande | 0.250 |

PANDE                                                      July 10, 2007
Invoice No:  200507231                                      Page:  3

6/30/2007     CA      June 1 - 30, 2007 - Review and organize documents.                    2.375

# KEKER & VAN NEST, L.L.P.

710 Sansome Street
San Francisco, CA   94111-1704
415-391-5400

Our Fed. ID.

Invoice No: 200507534

August 14, 2007

Kiran K. Pande, PhD

Via Email PDF to

RE:  Chevron – Wrongful Termination

---

For Professional Services Through July 31, 2007 as follows:

|                        | HOURS  |
|------------------------|--------|
| Susan J. Harriman      | 12.000 |
| Christa M. Anderson    | 0.250  |
| Audrey Walton-Hadlock  | 1.000  |
| Nancy B. Dao           | 1.000  |

A detailed description of services rendered is attached.
All bills are due and payable upon receipt.
Payments received after 08/14/07 will appear on your next statement

PANDE                                                                      August 14, 2007
Invoice No: 200507534                                                          Page: 2

**PROFESSIONAL SERVICES DETAIL**

| | | | |
|---|---|---|---|
| 7/23/2007 | SJH | Review Poland decision re retaliation claims. | 0.500 |
| 7/23/2007 | AWH | Review recent 9th Circuit decision; correspondence re same. | 0.375 |
| 7/24/2007 | SJH | Review trial materials to prepare opening. | 4.000 |
| 7/24/2007 | NBD | Deliver trial exhibit binders to Harriman. | 0.125 |
| 7/25/2007 | SJH | Draft and edit opening statement. | 4.500 |
| 7/25/2007 | NBD | Retrieve Pande declaration for Harriman; email to Harriman | 0.375 |
| 7/26/2007 | SJH | Draft and edit opening statement; draft email to Anderson | 2.750 |
| 7/26/2007 | AWH | Review opening. | 0.500 |
| 7/26/2007 | NBD | Organize case materials. | 0.500 |
| 7/27/2007 | SJH | Plan graphics for opening. | 0.250 |
| 7/27/2007 | AWH | Review correspondence. | 0.125 |
| 7/30/2007 | CMA | Review draft opening. | 0.250 |

# KEKER & VAN NEST, L.L.P.
710 Sansome Street
San Francisco, CA   94111-1704
415-391-5400

Our Fed. ID.

Invoice No: 200507625

September 10, 2007

Kiran K. Pande, PhD

Via Email PDF to

RE:  Chevron – Wrongful Termination

-------------------------------------------------------------------------------------------------------------------

For Professional Services Through August 31, 2007 as follows:

|                        | HOURS |
|------------------------|-------|
| Susan J. Harriman      | 4.625 |
| Christa M. Anderson    | 0.750 |
| Audrey Walton-Hadlock  | 1.500 |
| Nancy B. Dao           | 0.250 |

A detailed description of services rendered is attached.
All bills are due and payable upon receipt.
Payments received after 09/10/07 will appear on your next statement

PANDE                                                        September 10, 2007
Invoice No: 200507625                                                Page:  2

**PROFESSIONAL SERVICES DETAIL**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 8/14/2007 | SJH | Conference with Anderson               edit opening; draft email to Veconi re graphics for opening; draft email to client. | 0.625 |
| 8/15/2007 | SJH | Draft direct exam; review and respond to client email; review Anderson email | 2.125 |
| 8/15/2007 | AWH | Review correspondence. | 0.125 |
| 8/15/2007 | NBD | Retrieve exhibit for Harriman; review email from Anderson | 0.250 |
| 8/20/2007 | SJH | Review and execute agreement with Veconi. | 0.125 |
| 8/21/2007 | SJH | Telephone call with Sheila, Judge Wilken's clerk, re trial dates; draft email               conference with Anderson               review and respond to client email | 0.625 |
| 8/21/2007 | CMA | Meet with Harriman | 0.250 |
| 8/27/2007 | SJH | Telephone call to Miller re trial date; telephone call with Eth re Wilken's schedule; conference with Anderson | 0.375 |
| 8/28/2007 | SJH | Review Miller email re trial dates; draft email to Anderson and Pande               review and respond to Pande email | 0.250 |
| 8/30/2007 | SJH | Telephone call with client and Anderson               telephone call with Mahla               telephone call with client | 0.500 |
| 8/30/2007 | CMA | Call client               meeting with Harriman | 0.500 |
| 8/30/2007 | AWH | Conference with Harriman               research re Miller Law Group. | 1.375 |

# KEKER & VAN NEST, L.L.P.

710 Sansome Street
San Francisco, CA  94111-1704
415-391-5400

Our Fed. ID.

Invoice No: 200507795

October 8, 2007

Kiran K. Pande, PhD

Via Email PDF to

RE:  Chevron – Wrongful Termination

-------------------------------------------------------------------------------------------------------------------------

For Professional Services Through September 30, 2007 as follows:

|                         | HOURS  |
| ----------------------- | ------ |
| Susan J. Harriman       | 61.875 |
| Christa M. Anderson     | 27.375 |
| Audrey Walton-Hadlock   | 55.375 |
| Nancy B. Dao            | 67.625 |
| Noah M. Swithers        | 2.000  |
| Shirin Schokrpur        | 3.500  |
| Case Assistants         | 31.500 |

A detailed description of services rendered is attached.
All bills are due and payable upon receipt.
Payments received after 10/08/07 will appear on your next statement

PANDE                                                                                      October 8, 2007
Invoice No: 200507795                                                                           Page: 2

**PROFESSIONAL SERVICES DETAIL**

| | | | |
|---|---|---|---|
| 9/4/2007 | SJH | Telephone call with Sheila, Judge Wilken's clerk re trial date; draft email to team · review article re Chevron GC. | 0.250 |
| 9/5/2007 | SJH | Conference with Anderson ı draft response to Miller; review and respond to client email r ; review and respond to Miller email re wording of stipulation; review stipulation from Chevron; draft email in response; telephone call with client review Miller email review and respond to Walton-Hadlock emails ı | 1.125 |
| 9/5/2007 | AWH | Review files re motions in limine; correspondence | 0.625 |
| 9/6/2007 | SJH | Conference with Pande review and approve stipulation; conference with Anderson review, edit and respond to Chevron stipulation; review and respond to Chevron email re stip. | 2.250 |
| 9/6/2007 | CMA | Call with Harriman review correspondence re: trial date; review draft stipulation re: trial; call with Harriman | 0.500 |
| 9/10/2007 | SJH | Telephone call with Sheila/Wilken's clerk re trial date; conference with Anderson | 0.250 |
| 9/11/2007 | SJH | Review court order re trial date; draft email to client and team edit opening statement; draft Pande direct; review and respond to client emails. | 0.750 |
| 9/11/2007 | NBD | Telephone call from Anderson | 0.125 |
| 9/12/2007 | SJH | Prepare Pande direct; draft emails to Veconi, Smith and Mahla re trial date; review attorneys' fees, damages chart for settlement figures; conference with Anderson draft emails to client ı draft and edit letter to Miller re witnesses; review Court ruling re motion in limine; draft email to team review Mitchell deposition testimony; review Mabe testimony; draft email ; review Spero's standing order and draft email | 5.250 |
| 9/12/2007 | CMA | Conference with Harriman ı | 0.750 |
| 9/12/2007 | AWH | Research Magistrate Judge Spero's standing orders, etc. | 0.250 |
| 9/12/2007 | NBD | Review and respond to Harriman's email conference with Anderson telephone call to Lebowitz review depositions for Harriman; telephone call to McGuinn's office assist Anderson with trial preparation. | 2.125 |
| 9/12/2007 | SXS | Prepare exhibit binders; compile orders binder with index. | 3.500 |
| 9/13/2007 | SJH | Prepare Pande direct; review and respond to client email ı review Mitchell deposition testimony; review Dunn deposition testimony; draft memo to Anderson ; conference with Little | 5.250 |
| 9/13/2007 | CMA | Attend to trial preparation. | 2.000 |
| 9/13/2007 | NBD | Assist Anderson with trial preparation. | 2.500 |
| 9/14/2007 | SJH | Telephone call to Karen/Judge Spero's deputy re pretrial conference; draft email to team review and respond to Hamasaki email re Chevron witnesses; draft email to Miller and Hamasaki re courtroom equipment. | 0.375 |
| 9/14/2007 | CMA | Prepare cross examination. | 0.500 |
| 9/14/2007 | NBD | Telephone call from Harriman | 0.125 |
| 9/17/2007 | SJH | Review Spero's pretrial order; draft email to client ı telephone call with Hom/Judge Spero's clerk; review Hom email and requirement; draft email to Miller re witnesses; edit opening statement; prepare for trial; | 3.125 |

PANDE                                                                October 8, 2007
Invoice No: 200507795                                                Page: 3

| | | | |
|---|---|---|---:|
| | | telephone call with Mahla; prepare Feyijimi excerpts; review Burkes declaration; review DeJong declaration; review and respond to Veconi email | |
| 9/17/2007 | AWH | Review Judge Spero's order re pre-trial procedures. | 0.250 |
| 9/17/2007 | NBD | Assist with trial preparation. | 6.250 |
| 9/18/2007 | SJH | Conference with Pande                              review and respond to Hamasaki emails re witnesses; conference with Walton-Hadlock                       create deposition excerpts for Shawstad and Afifi; draft emails to/from Veconi re graphics and meeting; prepare Mitchell cross. | 5.250 |
| 9/18/2007 | CMA | Prepare examination of witnesses. | 5.000 |
| 9/18/2007 | AWH | Trial preparation (prepare deposition excerpts, letters re subpoenas, etc.); conference with Harriman r                        prepare trial subpoenas; conference with Harriman & Pande : | 8.000 |
| 9/18/2007 | NBD | Trial preparation. | 6.500 |
| 9/18/2007 | NMS | Assist Dao in developing search string | 0.250 |
| 9/19/2007 | SJH | Prepare for trial; prepare Mitchell cross; review trial documents; meeting with team          ; review dvds re deposition testimony; draft email to Pande            edit witness list; prepare Mabe cross/direct; edit letter re deposition excerpts. | 5.625 |
| 9/19/2007 | CMA | Meet with Harriman and team r                       meet with Walton-Hadlock : | 1.500 |
| 9/19/2007 | AWH | Trial preparation; conference with Harriman and Anderson        trial preparation (correspondence). | 8.625 |
| 9/19/2007 | NBD | Trial preparation. | 8.125 |
| 9/20/2007 | SJH | Edit opening; attention to Pande direct; review and respond to Mahla email; conference with Pande          conference with Veconi re graphics. | 4.375 |
| 9/20/2007 | CMA | Call with Bob Burkes; prepare examinations; call to Thompson. | 3.375 |
| 9/20/2007 | AWH | Prepare notice of errata; prepare subpoena and letter to Burkes; prepare for trial. | 2.875 |
| 9/20/2007 | NBD | Assist Harriman and Anderson with trial preparation. | 6.500 |
| 9/21/2007 | SJH | Draft email to partners               . prepare Mabe examination; draft email to team :          edit letter to Miller; edit exhibit list re sponsoring witness; edit opening. | 1.500 |
| 9/21/2007 | CMA | Prepare examinations; conference with Audrey Walton : | 5.125 |
| 9/21/2007 | NBD | Assist Harriman and Anderson with trial preparation. | 6.000 |
| 9/21/2007 | NMS | Per Dao's request, duplicate multiple deposition video DVDs for expert review; assist Dao in document search in Concordance. | 1.750 |
| 9/22/2007 | SJH | Review and respond to Anderson email : | 0.125 |
| 9/22/2007 | CMA | Prepare cross examination. | 4.000 |
| 9/24/2007 | CMA | Conference with Walton :                attend to pretrial filings; telephone call with Hamasaki. | 0.625 |
| 9/24/2007 | AWH | Telephone call with court clerk; trial preparation; conference with Anderson | 3.125 |
| 9/24/2007 | NBD | Assist Walton-Hadlock and Anderson with trial preparation. | 4.000 |

PANDE                                                                          October 8, 2007
Invoice No: 200507795                                                            Page: 4

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 9/25/2007 | SJH | Trial prep; prepare Shawstad testimony; conference with Pande; conference with Veconi re trial graphics; edit opening; edit graphics for opening. | 6.625 |
| 9/25/2007 | CMA | Conference with Walton-Hadlock; conference with Harriman and Walton-Hadlock          conference with Walton Hadlock          eview pleadings and correspondence re: trial preparation. | 1.500 |
| 9/25/2007 | AWH | Trial preparation; conference with Harriman & Anderson | 2.875 |
| 9/25/2007 | NBD | Assist with trial preparation. | 6.250 |
| 9/26/2007 | SJH | Edit chronology; telephone call with Lebowitz           rial prep; work on chronologies; edit opening; review exhibits; prepare Shawstad; edit motion to strike; prepare for pretrial conference; draft emails to client           repare Pande direct. | 6.500 |
| 9/26/2007 | CMA | Review correspondence re: pretrial filings. | 0.500 |
| 9/26/2007 | AWH | Trial preparation; conference with Anderson           prepare motion to strike; prepare deposition designation packets. | 10.875 |
| 9/26/2007 | NBD | Assist with trial preparation. | 6.250 |
| 9/27/2007 | SJH | Conference with Walton-Hadlock           edit designations; work on opening and Pande direct; conference with Hauff re opening; conference with Pande           prepare Pande direct; edit chronologies; emails to/from Veconi re graphics. | 5.500 |
| 9/27/2007 | AWH | Trial preparation (deposition designations, proposed order re motions in limine, order re equipment, etc.). | 6.750 |
| 9/27/2007 | NBD | Assist with trial preparation. | 6.375 |
| 9/28/2007 | SJH | Review declarations by Chevron witnesses; prepare Mahla direct; review damages graphics; telephone call with Mahla          review and respond to Chevron email re Shawstad; edit opening; emails to/from Veconi re graphics; review designation objections; review and edit order re equipment; travel to and from court; attend pretrial conference; conference with client and Walton-Hadlock           review court minute order. | 5.625 |
| 9/28/2007 | AWH | Trial preparation (attend pretrial conference; deposition designations; motion in limine order; prepare Burkes direct). | 10.625 |
| 9/28/2007 | NBD | Trial preparation. | 6.500 |
| 9/29/2007 | SJH | Prepare for trial; emails to/from Hauff re set up. | 2.125 |
| 9/29/2007 | CMA | Trial preparation. | 2.000 |
| 9/30/2007 | AWH | Trial preparation. | 0.500 |
| 9/30/2007 | CA | September 1 - 30, 2007 - Organize and prepare documents. | 31.500 |

PANDE
Invoice No: 200507795

October 8, 2007
Page: 5

# KEKER & VAN NEST, L.L.P.

710 Sansome Street
San Francisco, CA   94111-1704
415-391-5400

Our Fed. ID. 94-2789810

Invoice No: 200507979

November 2, 2007

Kiran K. Pande, PhD

RE:  Chevron — Wrongful Termination

For Professional Services Through October 31, 2007 as follows:

Charges for Fees Rendered:

|                         | HOURS   |
|-------------------------|---------|
| Susan J. Harriman       | 180.875 |
| Christa M. Anderson     | 177.250 |
| Audrey Walton-Hadlock   | 225.375 |
| Christine Ostergard     | 1.000   |
| Nancy B. Dao            | 176.125 |
| Noah M. Swithers        | 1.125   |
| Michael Quirk           | 0.500   |
| Case Assistants         | 70.875  |

A detailed description of services rendered is attached.
All bills are due and payable upon receipt.
Payments received after 11/02/07 will appear on your next statement

PANDE                                                          November 2, 2007
Invoice No: 200507979                                             Page: 1

## PROFESSIONAL SERVICES DETAIL

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/1/2007 | SJH | Review and respond to client emails ; trial prep; edit opening and graphics; prepare Omoregie cross; telephone call with Simmerly re Shawstad; telephone call with Hamasaki re witnesses; conference with Anderson telephone call with Pande . | 4.125 |
| 10/1/2007 | CMA | Meeting with Audrey Walton-Hadlock . meeting with Harriman | 1.250 |
| 10/1/2007 | AWH | Trial preparation. | 9.250 |
| 10/1/2007 | NBD | Trial preparation. | 6.000 |
| 10/2/2007 | SJH | Trial prep; conference with Mahla re direct; conference with Anderson ; conference with Pande; edit opening; telephone call with Simmerly re witnesses; draft emails re equipment set up; edit opening. | 7.625 |
| 10/2/2007 | CMA | Meet and prepare Burkes for trial. | 3.000 |
| 10/2/2007 | AWH | Trial preparation. | 4.375 |
| 10/2/2007 | NBD | Trial preparation. | 6.000 |
| 10/3/2007 | SJH | Trial prep; prepare Shawstad testimony; telephone call with Simmerly; edit jury statement; edit stipulation re defendant entities; prepare Mabe; prepare mock cross for Pande. | 6.625 |
| 10/3/2007 | CMA | Prepare examinations for trial. | 9.250 |
| 10/3/2007 | AWH | Conference with Anderson ; trial preparation. | 9.125 |
| 10/3/2007 | NBD | Trial preparation. | 6.500 |
| 10/4/2007 | SJH | Trial prep. | 8.625 |
| 10/4/2007 | CMA | Visit courtroom; prepare witness outlines; attend to issues re: jury instructions; attend to correspondence with Chevron re: motions in limine and stipulated facts; attend mock opening statement. | 7.500 |
| 10/4/2007 | AWH | Trial preparation. | 9.500 |
| 10/4/2007 | NBD | Trial preparation. | 6.500 |
| 10/5/2007 | SJH | Trial prep; conference with Pande ; conference with Simmerly re opening graphics. | 7.125 |
| 10/5/2007 | CMA | Prepare witness outlines. | 7.000 |
| 10/5/2007 | AWH | Trial preparation. | 10.250 |
| 10/5/2007 | NBD | Trial preparation. | 8.500 |
| 10/5/2007 | NMS | Per Dao's request, search database | 0.750 |
| 10/6/2007 | SJH | Trial prep. | 3.000 |
| 10/6/2007 | CMA | Witness examination preparation. | 6.000 |
| 10/6/2007 | AWH | Trial preparation. | 7.750 |
| 10/6/2007 | NBD | Trial preparation. | 3.000 |
| 10/7/2007 | SJH | Trial prep. | 1.750 |
| 10/7/2007 | AWH | Trial preparation. | 0.500 |
| 10/7/2007 | NBD | Trial preparation. | 1.000 |
| 10/8/2007 | SJH | Trial prep. | 8.250 |
| 10/8/2007 | CMA | Prepare for trial. | 10.000 |
| 10/8/2007 | AWH | Trial preparation. | 13.500 |
| 10/8/2007 | NBD | Trial preparation. | 12.750 |

PANDE                                                              November 2, 2007
Invoice No: 200507979                                                     Page: 2

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/9/2007 | SJH | Trial and trial prep. | 10.500 |
| 10/9/2007 | CMA | Attend trial and continue trial preparation. | 10.000 |
| 10/9/2007 | AWH | Trial preparation; attend trial. | 14.750 |
| 10/9/2007 | NBD | Trial and trial preparation. | 11.000 |
| 10/10/2007 | SJH | Travel to and from court; attend trial; review and approve motion re adverse inference instruction; trial prep. | 9.625 |
| 10/10/2007 | CMA | Attend trial and continue trial preparation upon return, | 9.500 |
| 10/10/2007 | AWH | Trial preparation. | 14.750 |
| 10/10/2007 | NBD | Trial and trial preparation. | 10.000 |
| 10/11/2007 | SJH | Travel to and from court; trial; trial prep. | 10.000 |
| 10/11/2007 | CMA | Attend trial and then meet with client | 9.000 |
| 10/11/2007 | AWH | Trial preparation. | 10.625 |
| 10/11/2007 | NBD | Trial and trial preparation. | 9.750 |
| 10/12/2007 | SJH | Trial prep. | 7.000 |
| 10/12/2007 | CMA | Prepare outlines; review evidence re: other job applications; meet with Walton Hadlock ; meet with Harriman ; meet with Bob Burkes. | 5.500 |
| 10/12/2007 | AWH | Trial preparation. | 7.875 |
| 10/12/2007 | NBD | Trial preparation. | 7.500 |
| 10/12/2007 | NMS | Assist Dao with searches in production database; tag documents per request. | 0.375 |
| 10/13/2007 | SJH | Trial prep. | 1.375 |
| 10/13/2007 | AWH | Trial preparation. | 0.750 |
| 10/13/2007 | NBD | Trial preparation. | 2.000 |
| 10/13/2007 | MXQ | Messenger documents to Anderson. | 0.500 |
| 10/14/2007 | SJH | Telephone call with Mahla re testimony. | 0.750 |
| 10/14/2007 | CMA | Prepare examination outlines and address evidentiary objections. | 10.000 |
| 10/14/2007 | AWH | Trial preparation. | 1.250 |
| 10/14/2007 | CMO | Update transcript database; conference with Dao | 0.500 |
| 10/14/2007 | NBD | Trial preparation. | 2.000 |
| 10/15/2007 | SJH | Travel to and from court; attend trial; trial prep. | 8.750 |
| 10/15/2007 | CMA | Prepare for Dunn examination and nonsuit motion; review exhibits re: other witnesses; attend trial. | 9.000 |
| 10/15/2007 | AWH | Trial preparation. | 14.625 |
| 10/15/2007 | CMO | Update transcript and video database. | 0.500 |
| 10/15/2007 | NBD | Prepare Wiley deposition preparation materials for Taylor; trial and trial preparation. | 12.000 |
| 10/16/2007 | SJH | Travel to and from court; attend trial; trial prep. | 10.500 |
| 10/16/2007 | CMA | Attend trial and then prepare for witnesses for following day. | 12.000 |
| 10/16/2007 | AWH | Trial preparation. | 12.000 |
| 10/16/2007 | NBD | Trial and trial preparation. | 10.500 |
| 10/17/2007 | SJH | Prepare for trial; travel to and from court; attend trial; trial prep. | 10.750 |
| 10/17/2007 | CMA | Attend trial and then prepare for witnesses for following day. | 13.000 |

PANDE                                                                                    November 2, 2007
Invoice No: 200507979                                                                          Page: 3

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/17/2007 | AWH | Trial preparation; attend trial. | 14.125 |
| 10/17/2007 | NBD | Trial and trial preparation. | 10.500 |
| 10/18/2007 | SJH | Travel to and from court; attend trial; trial prep. | 9.750 |
| 10/18/2007 | CMA | Attend trial. | 8.500 |
| 10/18/2007 | AWH | Trial preparation; attend trial. | 11.250 |
| 10/18/2007 | NBD | Trial and trial preparation. | 8.500 |
| 10/19/2007 | SJH | Trial prep. | 6.000 |
| 10/19/2007 | CMA | Prepare for trial; prepare for trial witnesses and jury instruction issues; meet with Walton-Hadlock           ; meet with Harriman, Walton-Hadlock, and Pande | 4.750 |
| 10/19/2007 | AWH | Trial preparation. | 12.500 |
| 10/19/2007 | NBD | Trial preparation. | 10.000 |
| 10/20/2007 | SJH | Trial prep. | 7.000 |
| 10/20/2007 | CMA | Prepare for jury instruction issues. | 3.000 |
| 10/20/2007 | AWH | Trial preparation. | 6.750 |
| 10/20/2007 | NBD | Trial preparation. | 3.000 |
| 10/21/2007 | SJH | Trial prep. | 3.750 |
| 10/21/2007 | CMA | Review closing. | 1.000 |
| 10/21/2007 | AWH | Trial preparation. | 6.625 |
| 10/22/2007 | SJH | Trial and trial prep. | 12.750 |
| 10/22/2007 | CMA | Work on opposition to motion for judgment as matter of law; conferences with Harriman re: closing; attend trial. | 14.000 |
| 10/22/2007 | AWH | Trial preparation; attend trial. | 15.375 |
| 10/22/2007 | NBD | Trial and trial preparation. | 12.500 |
| 10/23/2007 | SJH | Travel to and from court; closing arguments; await jury; draft email to Mahla; draft email to Veconi re closings. | 7.125 |
| 10/23/2007 | CMA | Prepare for argument re: judgment as matter of law, and then attend trial. | 8.000 |
| 10/23/2007 | AWH | Trial preparation; attend trial. | 9.000 |
| 10/23/2007 | NBD | Trial and organizing case materials from the courthouse to the office. | 4.750 |
| 10/24/2007 | SJH | Conference with Spees | 0.125 |
| 10/24/2007 | NBD | Deliver jury materials to Harriman; email to Pande | 0.250 |
| 10/25/2007 | SJH | Telephone call with Lebowitz           multiple calls with with Hom re jury request; review exh. 43         conference with client             await jury verdict; edit press releases; conference with client | 6.000 |
| 10/25/2007 | CMA | Await jury verdict. | 6.000 |
| 10/25/2007 | NBD | Retrieve exhibit 43 for Harriman and fax to Hom; telephone call from Karen Hom re exhibit 43. | 0.250 |
| 10/26/2007 | SJH | Await jury verdict: multiple calls with Hom; conference with Pande and Anderson           ; telephone call with Hom re court call; telephone call with Judge Spero re jury. | 4.500 |
| 10/26/2007 | CMA | Await jury verdict / discuss matters            with Harriman and Pande. | 5.500 |
| 10/26/2007 | NBD | Telephone call from Harriman                       retrieve trial transcripts | 0.250 |
| 10/29/2007 | SJH | Travel to and from court; await verdict; attend court re verdict; conference with jurors; edit press release; telephone call with Bloomberg News; telephone call with Daily Journal; review judgment; review and respond to | 5.750 |

PANDE                                                                November 2, 2007
Invoice No: 200507979                                                    Page: 4

|  |  | email ι |  |
|---|---|---|---|
| 10/29/2007 | CMA | Wait for verdict at court. | 4.500 |
| 10/29/2007 | AWH | Legal research re attorneys' fees; legal research re interest; attend court for jury verdict. | 5.625 |
| 10/29/2007 | NBD | Review and respond to Harriman's email ι           ; trial. | 4.875 |
| 10/30/2007 | SJH | Conference with Pande ι                draft and edit letter to Simerly; telephone call with Hogarth of Contra Costa Times. | 0.750 |
| 10/30/2007 | AWH | Legal research re fees and costs. | 2.000 |
| 10/30/2007 | NBD | Prepare and draft Bill of Costs; review and respond to Wallton-Hadlock | 6.125 |
| 10/31/2007 | SJH | Draft and edit declaration re attorneys' fees; conference with Walton-Hadlock                telephone call with Lebowitz. | 1.000 |
| 10/31/2007 | AWH | Correspondence re press coverage. | 1.250 |
| 10/31/2007 | NBD | Retrieve verdict form for Walton-Hadlock. | 0.125 |
| 10/31/2007 | CA | Review and organize documents. (Oct 1- 31, 2007). | 70.875 |