# KEKER & VAN NEST, LLP

## PANDE BILLING

Period: March 1 through October 31, 2007

| Timekeeper | Hrs | 2007 Rate | 2007 Rate Amount |
|---|---|---|---|
| Susan Harriman | 358.500 | 700 | 250,950.00 |
| Christa Anderson | 318.250 | 600 | 190,950.00 |
| Jo Weingarten | 4.375 | 380 | 1,662.50 |
| Katherin Florey | 8.750 | 370 | 3,237.50 |
| Audrey Walton-Hadlock | 377.375 | 370 | 139,628.75 |
| Nancy Dao | 356.875 | 200 | 71,375.00 |
| Case Assistants | 113.875 | 110 | 12,526.25 |
| | | Total Amount: | 670,330.00 |