| TABLE OF EXPENSES | | |
|---|---|---|
| | **EXPERT EXPENSES-ECON ONE** | |
| **DATE** | **DESCRIPTION** | **AMOUNT** |
| 02/09/2007 | Professional services for the month of January 2007 (Charles Mahla and Brian Abbott) | $2,265.00 |
| 03/09/2007 | Professional services for the month of February 2007 (Charles Mahla and Brian Abbott) | $6,003.75 |
| 04/06/2004 | Professional services for the month of March 2007 (Charles Mahla and Brian Abbott) | $2,587.50 |
| 05/07/2007 | Professional services for the month of April 2007 (Charles Mahla and Brian Abbott) | $7,212.50 |
| 06/13/2007 | Professional services for the month of May 2007 (Charles Mahla and Brian Abbott) | $2,996.26 |
| 11/05/2007 | Professional services for the month of October 2007 (Charles Mahla and Brian Abbott) | $8,292.15 |
| | **Total for expert expenses (see Exhibit G)** | $29,357.16 |
| | **TRAVEL EXPENSES FOR DEPOSITIONS** | |
| 08/24/2006 | Breads of India and Gourmet, Walnut Creek, CA | $26.89 |
| 03/20/2006 | Tha Siam Thai Restaurant, Larkspur, CA | $23.30 |
| 10/10/2006 | Continental Airlines | $366.10 |
| 10/18/2006 | Taxi Fare from IAH to Hotel, Houston, TX | $55.00 |
| 10/18/2006 | Guadalajara Hacienda, Houston, TX | $46.70 |
| 10/18/2006 | Sheraton Hotel, Houston, TX | $127.53 |
| 10/20/2006 | Sheraton Hotel, Houston, TX | $8.00 |
| 10/20/2006 | Sheraton Hotel, Houston, TX | $12.77 |
| 10/19/2006 | George Bush Int'l Airport, Houston, TX | $28.39 |
| 10/19/2006 | Five Star Parking, Oakland, CA | $44.00 |
| | **Total for travel expenses (see Exhibit H)** | $738.68 |

| | | |
|---|---|---:|
| | **MEDIATION FEES** | |
| 02/02/2006 | Mediation | $3,500.00 |
| | **Total for mediation fees (see Exhibit I)** | $3,500.00 |
| | **LEGAL RESEARCH FEES** | |
| | **LEXISNEXIS RESEARCH** | |
| 03/2007 | Legal Research | $73.13 |
| 04/2007 | Legal Research | $198.30 |
| 05/2007 | Legal Research | $215.83 |
| 09/2007 | Legal Research | $89.06 |
| | **WESTLAW RESEARCH** | |
| 03/2007 | Legal Research | $191.94 |
| 04/2007 | Legal Research | $2,791.77 |
| 05/2007 | Legal Research | $2,623.55 |
| 06/2007 | Legal Research | $77.92 |
| 08/2007 | Legal Research | $268.32 |
| 09/2007 | Legal Research | $153.69 |
| 10/2007 | Legal Research | $1,059.76 |
| | **Total for legal research fees (see Exhibit J)** | $7,743.27 |
| | **TOTAL FOR EXPENSES** | $41,339.11 |