

LOS ANGELES
SACRAMENTO
WASHINGTON D.C.

February 9, 2007
Invoice No. 1074823

Noah D. Lebowitz, Esq.
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, California 94133

For professional services for the month of January 2007 in re: <u>Kiran Pande v. Chevron Corp. & Chevron International Exploration & Production:</u>

PROFESSIONAL SERVICES:

| | | | | | |
|---|---|---|---|---|---|
| ECONOMIST: | | | | | |
| Mahla | 4.50 hrs. | $ 350.00 per hr. | $ | | 1,575.00 |
| ANALYST: | | | | | |
| Abbott | 6.00 | 115.00 | | | 690.00 |
| | | | | | |
| | TOTAL DUE . . . . . . . . . . . . . . . . . . . . . . . . | | $ | | 2,265.00 |

Payment Due Upon Receipt of Invoice
Please Return Duplicate Copy With Remittance
(Federal Taxpayer I.D. No.            )

Fifth Floor
601 West 5th Street
Los Angeles, California 90071
Tel: 213 624 9600
Fax: 213 624 6994
www.econone.com

HOUSTON
LOS ANGELES
SACRAMENTO



March 9, 2007
Invoice No. 2074823

John McGuinn, Esq.
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, California 94133

For professional services for the month of February 2007 in re: <u>Kiran Pande v. Chevron Corp. & Chevron International Exploration & Production</u>:

PROFESSIONAL SERVICES:

| | | | | | |
|---|---|---|---|---|---|
| ECONOMIST: | | | | | |
| Mahla | 10.50 hrs. | $ 350.00 per hr. | | $ | 3,675.00 |
| ANALYST: | | | | | |
| Abbott | 20.25 | 115.00 | | | 2,328.75 |
| | | | | | |
| TOTAL DUE . . . . . . . . . . . . . . . . . . . . . . . . . | | | | $ | 6,003.75 |

Payment Due Upon Receipt of Invoice
Please Return Duplicate Copy With Remittance
(Federal Taxpayer I.D. No.            )

Fifth Floor
601 West 5th Street
Los Angeles, California 90071
Tel: 213 624 9600
Fax: 213 624 6994
www.econone.com

400

Pande

RECEIVED
APR 17 2007
KEKER & VAN NEST


AUSTIN
HOUSTON
LOS ANGELES
SACRAMENTO
WASHINGTON D.C.


econ ONE

April 6, 2007
Invoice No. 3074823

Susan Harriman, Esq.
Keker & Van Nest
710 Sansome Street
San Francisco, California 94111

For professional services for the month of March 2007 in re: <u>Kiran Pande v. Chevron Corp. & Chevron International Exploration & Production:</u>

PROFESSIONAL SERVICES:

ANALYST:
  Abbott        22.50 hrs.    $ 115.00 per hr.    $    2,587.50

          TOTAL DUE . . . . . . . . . . . . . . . . . . . . . . .    $    2,587.50

✓ OK SHK
POSTED
APR 30 2007
KEKER & VAN NEST, LLP

PAID
MAY -3 2007

Payment Due Upon Receipt of Invoice
Please Return Duplicate Copy With Remittance
(Federal Taxpayer I.D. No.           )

Fifth Floor
601 West 5th Street
Los Angeles, California 90071
Tel: 213 624 9600
Fax: 213 624 6994
www.econone.com

# Summary of Research Efforts

Page 1 of 1

In Connection With:  Kiran Pande v. Chevron Corp.

| Date | Employee | Hours | Description of Activity |
|---|---|---|---|
| 3/14/2007 | Abbott, Bradley | 1.50 | Reviewed and updated exhibits |
| 3/19/2007 | Abbott, Bradley | 1.00 | Reviewed exhibits; call with client |
| 3/23/2007 | Abbott, Bradley | 4.75 | Updated exhibits; created report |
| 3/26/2007 | Abbott, Bradley | 7.50 | Updated exhibits; wrote report |
| 3/27/2007 | Abbott, Bradley | 5.75 | Updated exhibits and report |
| 3/28/2007 | Abbott, Bradley | 2.00 | Updated exhibits and report |




400

May 7, 2007
Invoice No. 4074823

Susan Harriman, Esq.
Keker & Van Nest
710 Sansome Street
San Francisco, California 94111

For professional services for the month of April 2007 in re: <u>Kiran Pande v. Chevron Corp. & Chevron International Exploration & Production</u>:

PROFESSIONAL SERVICES:

  ECONOMIST:
    Mahla  8.50 hrs.  $ 350.00 per hr.  $  2,975.00

  ANALYSTS:
    Abbott  34.50  115.00    3,967.50
    Datchev  2.00  135.00    270.00

                $  7,212.50

OUT-OF-POCKET EXPENSES:

  Postage, Telephone, Data Retrieval,
  Reproduction, Typing, etc.    24.20

    TOTAL DUE . . . . . . . . . . . . . . . . . . . . . . . . . .  $  7,236.70

Fifth Floor
601 West 5th Street
Los Angeles, California 90071
Tel: 213 624 9600
Fax: 213 624 6994
www.econone.com

Payment Due Upon Receipt of Invoice
Please Return Duplicate Copy With Remittance
(Federal Taxpayer I.D. No.          )

# Summary of Research Efforts

Page 1 of 1

In Connection With: Kiran Pande v. Chevron Corp.

| Date | Employee | Hours | Description of Activity |
|---|---|---|---|
| 4/2/2007 | Abbott, Bradley | 6.25 | Updated exhibits; call with client |
| 4/3/2007 | Abbott, Bradley | 6.00 | Updated exhibits and report; created documents reviewed list |
| 4/4/2007 | Abbott, Bradley | 5.25 | Updated exhibits and report |
| 4/4/2007 | Mahla, Charles | 1.50 | Reviewed damages; drafted report |
| 4/5/2007 | Abbott, Bradley | 0.75 | Updated report |
| 4/5/2007 | Mahla, Charles | 2.00 | Drafted report/checked damage analysis |
| 4/6/2007 | Abbott, Bradley | 3.00 | Conference call with clients; updated exhibits and report; prepared final report copies |
| 4/6/2007 | Datchev, Ivaylo | 2.00 | Checked data |
| 4/6/2007 | Mahla, Charles | 1.50 | Finalized report; organized report for production |
| 4/10/2007 | Mahla, Charles | 1.50 | Reviewed deposition testimony; organized backup |
| 4/17/2007 | Abbott, Bradley | 3.25 | Organized and prepared back-up documents |
| 4/18/2007 | Abbott, Bradley | 1.75 | Organized and prepared back-up documents |
| 4/18/2007 | Mahla, Charles | 1.00 | Prepared for deposition |
| 4/20/2007 | Abbott, Bradley | 0.50 | Prepared for back-up documentation |
| 4/22/2007 | Abbott, Bradley | 0.75 | Prepared back-up documents |
| 4/24/2007 | Abbott, Bradley | 4.50 | Organized documents; created back-up binder |
| 4/24/2007 | Mahla, Charles | 1.00 | Prepared for deposition |
| 4/25/2007 | Abbott, Bradley | 1.75 | Prepared back-up binder |
| 4/26/2007 | Abbott, Bradley | 0.75 | Updated back-up binder |



AUSTIN
HOUSTON
LOS ANGELES
SACRAMENTO
WASHINGTON D.C.

June 13, 2007
Invoice No. 5074823

RECEIVED

JUN 15 2007

Susan Harriman, Esq.
Keker & Van Nest
710 Sansome Street
San Francisco, California 94111

For professional services for the month of May 2007 in re: <u>Kiran Pande v. Chevron Corp. & Chevron International Exploration & Production</u>:

PROFESSIONAL SERVICES:

| | | | | | | |
|---|---|---|---|---|---|---|
| ECONOMIST: | | | | | | |
| | Mahla | 10.00 hrs. | $ 350.00 | per hr. | $ | 3,500.00 |
| ANALYST: | | | | | | |
| | Abbott, B. | 0.50 | 115.00 | | | 57.50 |
| | | | | | $ | 3,557.50 |

OUT-OF-POCKET EXPENSES:

| | | | |
|---|---|---|---|
| Postage, Telephone, Data Retrieval, Reproduction, Typing, etc. | | 239.10 | |
| Travel | | 138.76 | 377.86 |
| Subtotal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $ | 3,935.36 |
| Less Payment Received from Opposing Counsel for Deposition. . . . . . . . . . . . . . . | | | (700.00) |
| TOTAL DUE . . . . . . . . . . . . . . . . . . . . . . . . . | | | 3,235.36 |

Payment Due Upon Receipt of Invoice
Please Return Duplicate Copy With Remittance
(Federal Taxpayer I.D. No.            ,

POSTED
JUN 30 2007
KEKER & VAN NEST, LLP

Fifth Floor
601 West 5th Street
Los Angeles, California 90071
Tel: 213 624 9600
Fax: 213 624 6994
www.econone.com

# Summary of Research Efforts

Page 1 of 1

In Connection With:  Kiran Pande v. Chevron Corp.

| Date | Employee | Hours | Description of Activity |
|---|---|---|---|
| 4/30/2007 | Hicks, Jennifer | 2.00 | Copied report binder |
| 5/1/2007 | Mahla, Charles | 5.00 | Traveled; met w/ counsel; discussed deposition issues; prepared for deposition |
| 5/2/2007 | Mahla, Charles | 5.00 | Traveled; provided deposition testimony. Note: 2 hours to be paid by opposing counsel |
| 5/9/2007 | Abbott, Bradley | 0.50 | Reviewed new documents; checked data |



AUSTIN
HOUSTON
LOS ANGELES
SACRAMENTO
WASHINGTON D.C.

November 5, 2007
Invoice No. 10074823

Susan Harriman, Esq.
Keker & Van Nest
710 Sansome Street
San Francisco, California 94111

For professional services for the month of October 2007 in re: <u>Kiran Pande v. Chevron Corp. & Chevron International Exploration & Production</u>:

PROFESSIONAL SERVICES:

| | | | | |
|---|---|---|---|---|
| ECONOMIST: | | | | |
| Mahla | 20.25 hrs. | $ 375.00 per hr. | $ | 7,593.75 |
| ANALYST: | | | | |
| Abbott | 3.00 | 125.00 | | 375.00 |
| | | | | 7,968.75 |

OUT-OF-POCKET EXPENSES:

| | | |
|---|---|---|
| Postage, Telephone, Data Retrieval, Reproduction, Typing, etc. | 0.60 | |
| Travel | 323.40 | 324.00 |

　　　　　TOTAL DUE . . . . . . . . . . . . . . . . . . . . . . .    $    8,292.75

Payment Due Upon Receipt of Invoice
Please Return Duplicate Copy With Remittance
(Federal Taxpayer I.D. No.

Fifth Floor
601 West 5th Street
Los Angeles, California 90071
Tel: 213 624 9600
Fax: 213 624 6994
www.econone.com

# Summary of Research Efforts

Page 1 of 1

In Connection With: Kiran Pande v. Chevron Corp.

| Date | Employee | Hours | Description of Activity |
|---|---|---|---|
| 10/1/2007 | Abbott, Bradley | 0.75 | Updated trial demonstratives |
| 10/2/2007 | Mahla, Charles | 6.00 | Traveled; met with counsel; discussed direct testimony |
| 10/9/2007 | Abbott, Bradley | 1.25 | Reviewed documents and exhibits |
| 10/9/2007 | Mahla, Charles | 1.25 | Prepared for trial testimony |
| 10/12/2007 | Abbott, Bradley | 0.50 | Reviewed documents and exhibits |
| 10/12/2007 | Mahla, Charles | 1.00 | Prepared for trial testimony |
| 10/15/2007 | Mahla, Charles | 7.00 | Traveled; provided trial testimony |
| 10/16/2007 | Mahla, Charles | 5.00 | Traveled; provided trial testimony |
| 10/22/2007 | Abbott, Bradley | 0.50 | Created table |