# Mark S. Rudy, A Professional Corp.
351 California Street, Suite 700
San Francisco, California 94104
(415) 434-9800

Statement as of February 2, 2006
Statement No. 12072

Re: Matter ID - 9030-001
Mediation Date - 6/27/2006
Mediator - Mark S. Rudy, Esq.
<u>Pande v. ChevronTexaco</u>

Noah D. Lebowitz
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133

| Date | | | | | |
|---|---|---|---|---|---|
| 2/2/2006 | MSR | Mediation Fees | 0.00 | 0.00 | 7,000.00 |
| | | | | Sub-total Fees: | 7,000.00 |
| | | | | Total Current Billing: | 7,000.00 |

| Billing Party | % | Current Billing | Prior Balance | Total Now Due |
|---|---|---|---|---|
| McGuinn, Hillsman & Palefsky | 50.00% | 3,500.00 | 0.00 | 3,500.00 |
| Miller Law Group | 50.00% | 3,500.00 | 0.00 | 3,500.00 |

**Each party is responsible for 1/2 of the mediation fees, unless otherwise agreed to by the parties.**

*PLEASE NOTE THAT ALL MEDIATION FEES ARE DUE TWENTY-ONE DAYS PRIOR TO THE COMMENCEMENT OF THE MEDIATION. IN THE EVENT THAT FEES HAVE NOT BEEN PAID BY EITHER PARTY, THE MEDIATION WILL NOT GO FORWARD.*

PLEASE MAKE CHECKS PAYABLE TO:
MARK S. RUDY, A PROFESSIONAL CORPORATION
Federal Tax I.D. Number