Lexis 3/07

DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CHARGE

| CLIENT | USER NAME | DATE | Total Billed |
|---|---|---|---|
| 'PANDE | 'FLOREY, KATHERINE | '03/28/2007 | |
| 'PANDE | 'FLOREY, KATHERINE | '03/28/2007 | |
| 'PANDE | 'FLOREY, KATHERINE | '03/28/2007 | |
| 'PANDE | 'FLOREY, KATHERINE | '03/28/2007 | |
| 'PANDE | 'FLOREY, KATHERINE | '03/28/2007 | |
| 'PANDE | 'FLOREY, KATHERINE | '03/28/2007 | |
| 'Sub-Total: | | | 73.13 |

Lexis 4/07

DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CHARGE

| CLIENT | USER NAME | DATE | Total Billed |
|---|---|---|---|
| 'PANDE | 'DAO, NANCY | '04/25/2007 | |
| 'PANDE | 'DAO, NANCY | '04/25/2007 | |
| 'PANDE | 'DAO, NANCY | '04/25/2007 | |
| 'PANDE | 'DAO, NANCY | '04/26/2007 | |
| 'PANDE | 'DAO, NANCY | '04/26/2007 | |
| 'PANDE | 'DAO, NANCY | '04/26/2007 | |
| 'PANDE | 'DAO, NANCY | '04/26/2007 | |
| 'PANDE | 'DAO, NANCY | '04/27/2007 | |
| 'PANDE | 'DAO, NANCY | '04/27/2007 | |
| 'PANDE | 'DAO, NANCY | '04/27/2007 | |
| 'PANDE | 'DAO, NANCY | '04/27/2007 | |
| 'PANDE | 'DAO, NANCY | '04/27/2007 | |
| 'PANDE | 'DAO, NANCY | '04/27/2007 | |
| 'PANDE | 'DAO, NANCY | '04/27/2007 | |
| 'PANDE | 'DAO, NANCY | '04/30/2007 | |
| 'PANDE | 'DAO, NANCY | '04/30/2007 | |
| 'PANDE | 'DAO, NANCY | '04/30/2007 | |
| 'PANDE | 'DAO, NANCY | '04/30/2007 | |
| 'Sub-Total: | | | 198.30 |

Lexis 5/07

DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CHARGE

| CLIENT | USER NAME | DATE | Total Billed |
|---|---|---|---|
| 'PANDE | 'DAO, NANCY | '05/04/2007 | |
| 'PANDE | 'DAO, NANCY | '05/04/2007 | |
| 'PANDE | 'DAO, NANCY | '05/04/2007 | |
| 'PANDE | 'DAO, NANCY | '05/04/2007 | |
| 'PANDE | 'DAO, NANCY | '05/14/2007 | |
| 'PANDE | 'DAO, NANCY | '05/14/2007 | |
| 'PANDE | 'DAO, NANCY | '05/14/2007 | |
| 'PANDE | 'DAO, NANCY | '05/14/2007 | |
| 'PANDE | 'DAO, NANCY | '05/14/2007 | |
| 'PANDE | 'DAO, NANCY | '05/14/2007 | |
| 'PANDE | 'DAO, NANCY | '05/14/2007 | |
| 'PANDE | 'DAO, NANCY | '05/16/2007 | |
| 'PANDE | 'DAO, NANCY | '05/16/2007 | |
| 'PANDE | 'DAO, NANCY | '05/16/2007 | |
| 'PANDE | 'DAO, NANCY | '05/16/2007 | |
| 'PANDE | 'DAO, NANCY | '05/22/2007 | |
| 'PANDE | 'DAO, NANCY | '05/22/2007 | |
| 'PANDE | 'DAO, NANCY | '05/22/2007 | |
| 'PANDE | 'DAO, NANCY | '05/22/2007 | |
| 'Sub-Total: | | | 215.83 |

Lexis 9/07

DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CHARGE

| CLIENT | USER NAME | DATE | Total Billed |
| --- | --- | --- | --- |
| 'PANDE | 'WALTON-HADLOCK, AU | '09/18/2007 | |
| 'PANDE | 'WALTON-HADLOCK, AU | '09/18/2007 | |
| 'PANDE | 'WALTON-HADLOCK, AU | '09/18/2007 | |
| 'PANDE | 'WALTON-HADLOCK, AU | '09/18/2007 | |
| 'PANDE | 'WALTON-HADLOCK, AU | '09/18/2007 | |
| 'Sub-Total: | | | 89.06 |

Westlaw 3/07

| Client | Usage Type [ | User Name | Day | Total billed |
|---|---|---|---|---|
| PANDE | Transaction - | FLOREY,KAT | 3/26/2007 | |
| PANDE | Totals for Spe | FLOREY,KAT | 3/26/2007 | |
| PANDE | Print - Line | FLOREY,KAT | 3/27/2007 | |
| PANDE | Transaction - | FLOREY,KAT | 3/27/2007 | |
| PANDE | Transaction - | FLOREY,KAT | 3/27/2007 | |
| PANDE | Totals for Spe | FLOREY,KAT | 3/27/2007 | |
| PANDE | Transaction - | FLOREY,KAT | 3/28/2007 | |
| PANDE | Totals for Spe | FLOREY,KAT | 3/28/2007 | |
| Totals | | | | 191.94 |

Westlaw 4/07

| Client | Usage Type [ | User Name | Day | Total billed |
|---|---|---|---|---|
| PANDE | Transaction - | ANDERSON, | 4/9/2007 | |
| PANDE | Totals for Spe | ANDERSON, | 4/9/2007 | |
| PANDE | Print - Docum | ANDERSON, | 4/14/2007 | |
| PANDE | Transaction - | ANDERSON, | 4/14/2007 | |
| PANDE | Transaction - | ANDERSON, | 4/14/2007 | |
| PANDE | Totals for Spe | ANDERSON, | 4/14/2007 | |
| PANDE | Transaction - | ANDERSON, | 4/15/2007 | |
| PANDE | Totals for Spe | ANDERSON, | 4/15/2007 | |
| PANDE | Print - Docum | ANDERSON, | 4/16/2007 | |
| PANDE | Transaction - | ANDERSON, | 4/16/2007 | |
| PANDE | Transaction - | ANDERSON, | 4/16/2007 | |
| PANDE | Totals for Spe | ANDERSON, | 4/16/2007 | |
| PANDE | Transaction - | ANDERSON, | 4/17/2007 | |
| PANDE | Totals for Spe | ANDERSON, | 4/17/2007 | |
| PANDE | Print - Docum | ANDERSON, | 4/18/2007 | |
| PANDE | Transaction - | ANDERSON, | 4/18/2007 | |
| PANDE | Transaction - | ANDERSON, | 4/18/2007 | |
| PANDE | Transaction - | ANDERSON, | 4/18/2007 | |
| PANDE | Totals for Spe | ANDERSON, | 4/18/2007 | |
| PANDE | Print - Docum | ANDERSON, | 4/22/2007 | |
| PANDE | Transaction - | ANDERSON, | 4/22/2007 | |
| PANDE | Totals for Spe | ANDERSON, | 4/22/2007 | |
| PANDE | Transaction - | ANDERSON, | 4/23/2007 | |
| PANDE | Transaction - | ANDERSON, | 4/23/2007 | |
| PANDE | Transaction - | ANDERSON, | 4/23/2007 | |
| PANDE | Totals for Spe | ANDERSON, | 4/23/2007 | |
| PANDE | Transaction - | ANDERSON, | 4/24/2007 | |
| PANDE | Totals for Spe | ANDERSON, | 4/24/2007 | |
| PANDE | Transaction - | ANDERSON, | 4/25/2007 | |
| PANDE | Totals for Spe | ANDERSON, | 4/25/2007 | |
| PANDE | Print - Docum | ANDERSON, | 4/27/2007 | |
| PANDE | Transaction - | ANDERSON, | 4/27/2007 | |
| PANDE | Totals for Spe | ANDERSON, | 4/27/2007 | |
| PANDE | Print - Docum | WEINGARTE | 4/18/2007 | |
| PANDE | Transaction - | WEINGARTE | 4/18/2007 | |
| PANDE | Transaction - | WEINGARTE | 4/18/2007 | |
| PANDE | Transaction - | WEINGARTE | 4/18/2007 | |
| PANDE | Totals for Spe | WEINGARTE | 4/18/2007 | |
| Totals | | | | 2,735.12 |

Westlaw 4/07

| Client | Usage Type [ | User Name | Day | Total billed |
|---|---|---|---|---|
| PANDA | Transaction - | ANDERSON,' | 4/18/2007 | |
| PANDA | Transaction - | ANDERSON,' | 4/18/2007 | |
| PANDA | Totals for Spe | ANDERSON,' | 4/18/2007 | |
| Totals | | | | 25.86 |

Westlaw 4/07

| Client | Usage Type I | User Name | Day | Total billed |
|---|---|---|---|---|
| PANDA | Print - Line | LICHTENBEF | 4/16/2007 | |
| PANDA | Transaction - | LICHTENBEF | 4/16/2007 | |
| PANDA | Transaction - | LICHTENBEF | 4/16/2007 | |
| PANDA | Totals for Spe | LICHTENBEF | 4/16/2007 | |
| Totals | | | | 30.79 |

Westlaw 5/07

| Client | Usage Type I | User Name | Day | Total billed |
|---|---|---|---|---|
| PANDE | Print - Docum | ANDERSON, | 5/6/2007 | |
| PANDE | Transaction - | ANDERSON, | 5/6/2007 | |
| PANDE | Transaction - | ANDERSON, | 5/6/2007 | |
| PANDE | Transaction - | ANDERSON, | 5/6/2007 | |
| PANDE | Totals for Spe | ANDERSON, | 5/6/2007 | |
| PANDE | Print - Docum | ANDERSON, | 5/7/2007 | |
| PANDE | Transaction - | ANDERSON, | 5/7/2007 | |
| PANDE | Transaction - | ANDERSON, | 5/7/2007 | |
| PANDE | Totals for Spe | ANDERSON, | 5/7/2007 | |
| PANDE | Transaction - | ANDERSON, | 5/8/2007 | |
| PANDE | Transaction - | ANDERSON, | 5/8/2007 | |
| PANDE | Totals for Spe | ANDERSON, | 5/8/2007 | |
| PANDE | Transaction - | ANDERSON, | 5/9/2007 | |
| PANDE | Totals for Spe | ANDERSON, | 5/9/2007 | |
| PANDE | Print - Docum | ANDERSON, | 5/22/2007 | |
| PANDE | Transaction - | ANDERSON, | 5/22/2007 | |
| PANDE | Totals for Spe | ANDERSON, | 5/22/2007 | |
| PANDE | Print - Line | WALTON-HA | 5/7/2007 | |
| PANDE | Transaction - | WALTON-HA | 5/7/2007 | |
| PANDE | Transaction - | WALTON-HA | 5/7/2007 | |
| PANDE | Transaction - | WALTON-HA | 5/7/2007 | |
| PANDE | Totals for Spe | WALTON-HA | 5/7/2007 | |
| PANDE | Transaction - | WALTON-HA | 5/8/2007 | |
| PANDE | Transaction - | WALTON-HA | 5/8/2007 | |
| PANDE | Totals for Spe | WALTON-HA | 5/8/2007 | |
| PANDE | Transaction - | WALTON-HA | 5/9/2007 | |
| PANDE | Transaction - | WALTON-HA | 5/9/2007 | |
| PANDE | Totals for Spe | WALTON-HA | 5/9/2007 | |
| PANDE | Print - Line | WALTON-HA | 5/10/2007 | |
| PANDE | Transaction - | WALTON-HA | 5/10/2007 | |
| PANDE | Transaction - | WALTON-HA | 5/10/2007 | |
| PANDE | Totals for Spe | WALTON-HA | 5/10/2007 | |
| PANDE | Print - Line | WALTON-HA | 5/11/2007 | |
| PANDE | Transaction - | WALTON-HA | 5/11/2007 | |
| PANDE | Transaction - | WALTON-HA | 5/11/2007 | |
| PANDE | Totals for Spe | WALTON-HA | 5/11/2007 | |
| PANDE | Print - Line | WALTON-HA | 5/18/2007 | |
| PANDE | Transaction - | WALTON-HA | 5/18/2007 | |
| PANDE | Totals for Spe | WALTON-HA | 5/18/2007 | |

Westlaw 5/07

| Client | Usage Type [ | User Name | Day | Total billed |
|---|---|---|---|---|
| PANDE | Print - Line | WALTON-HA | 5/21/2007 | |
| PANDE | Transaction - | WALTON-HA | 5/21/2007 | |
| PANDE | Totals for Spe | WALTON-HA | 5/21/2007 | |
| PANDE | Print - Line | WALTON-HA | 5/24/2007 | |
| PANDE | Transaction - | WALTON-HA | 5/24/2007 | |
| PANDE | Transaction - | WALTON-HA | 5/24/2007 | |
| PANDE | Transaction - | WALTON-HA | 5/24/2007 | |
| PANDE | Totals for Spe | WALTON-HA | 5/24/2007 | |
| PANDE | Print - Line | WALTON-HA | 5/25/2007 | |
| PANDE | Transaction - | WALTON-HA | 5/25/2007 | |
| PANDE | Totals for Spe | WALTON-HA | 5/25/2007 | |
| PANDE | Print - Line | WALTON-HA | 5/28/2007 | |
| PANDE | Transaction - | WALTON-HA | 5/28/2007 | |
| PANDE | Transaction - | WALTON-HA | 5/28/2007 | |
| PANDE | Transaction - | WALTON-HA | 5/28/2007 | |
| PANDE | Totals for Spe | WALTON-HA | 5/28/2007 | |
| PANDE | Transaction - | WALTON-HA | 5/29/2007 | |
| PANDE | Transaction - | WALTON-HA | 5/29/2007 | |
| PANDE | Totals for Spe | WALTON-HA | 5/29/2007 | |
| Totals | | | | 2,623.55 |

Westlaw 6/07

| Client | Usage Type [ | User Name | Day | Total billed |
|---|---|---|---|---|
| PANDE | Transaction - | WALTON-HA | 6/12/2007 | |
| PANDE | Totals for Spe | WALTON-HA | 6/12/2007 | |
| PANDE | Transaction - | WALTON-HA | 6/18/2007 | |
| PANDE | Totals for Spe | WALTON-HA | 6/18/2007 | |
| PANDE | Print - Line | WALTON-HA | 6/19/2007 | |
| PANDE | Transaction - | WALTON-HA | 6/19/2007 | |
| PANDE | Totals for Spe | WALTON-HA | 6/19/2007 | |
| Totals | | | | 77.92 |

Westlaw 8/07

| Client | Usage Type [ | User Name | Day | Total billed |
|---|---|---|---|---|
| PANDE | Print - Docum | WALTON-HA | 8/30/2007 | |
| PANDE | Print - Docum | WALTON-HA | 8/30/2007 | |
| PANDE | Transaction - | WALTON-HA | 8/30/2007 | |
| PANDE | Transaction - | WALTON-HA | 8/30/2007 | |
| PANDE | Transaction - | WALTON-HA | 8/30/2007 | |
| PANDE | Totals for Spe | WALTON-HA | 8/30/2007 | |
| Totals | | | | 268.32 |

Westlaw9/07

| Client | Usage Type [ | User Name | Day | Total billed |
|---|---|---|---|---|
| PANDE | Print - Docum | WALTON-HA | 9/19/2007 | |
| PANDE | Transaction - | WALTON-HA | 9/19/2007 | |
| PANDE | Transaction - | WALTON-HA | 9/19/2007 | |
| PANDE | Totals for Spe | WALTON-HA | 9/19/2007 | |
| PANDE | Print - Docum | WALTON-HA | 9/20/2007 | |
| PANDE | Transaction - | WALTON-HA | 9/20/2007 | |
| PANDE | Transaction - | WALTON-HA | 9/20/2007 | |
| PANDE | Totals for Spe | WALTON-HA | 9/20/2007 | |
| Totals | | | | 153.69 |

Westlaw 10/07

| Client | Usage Type I | User Name | Day | Total billed |
|---|---|---|---|---|
| PANDE | Transaction - | ANDERSON, | 10/21/2007 | |
| PANDE | Totals for Spe | ANDERSON, | 10/21/2007 | |
| PANDE | Transaction - | ANDERSON, | 10/22/2007 | |
| PANDE | Totals for Spe | ANDERSON, | 10/22/2007 | |
| PANDE | Communicatic | DAO,NANCY | 10/30/2007 | |
| PANDE | Connect | DAO,NANCY | 10/30/2007 | |
| PANDE | Database - Ti | DAO,NANCY | 10/30/2007 | |
| PANDE | Database - Ti | DAO,NANCY | 10/30/2007 | |
| PANDE | Totals for Spe | DAO,NANCY | 10/30/2007 | |
| PANDE | Communicatic | DOOLEY,BR | 10/22/2007 | |
| PANDE | Connect | DOOLEY,BR | 10/22/2007 | |
| PANDE | Database - Ti | DOOLEY,BR | 10/22/2007 | |
| PANDE | Totals for Spe | DOOLEY,BR | 10/22/2007 | |
| PANDE | Transaction - | KUNDARIA,A | 10/22/2007 | |
| PANDE | Totals for Spe | KUNDARIA,A | 10/22/2007 | |
| PANDE | Print - Docum | WALTON-HA | 10/8/2007 | |
| PANDE | Transaction - | WALTON-HA | 10/8/2007 | |
| PANDE | Transaction - | WALTON-HA | 10/8/2007 | |
| PANDE | Totals for Spe | WALTON-HA | 10/8/2007 | |
| PANDE | Print - Docum | WALTON-HA | 10/9/2007 | |
| PANDE | Transaction - | WALTON-HA | 10/9/2007 | |
| PANDE | Transaction - | WALTON-HA | 10/9/2007 | |
| PANDE | Totals for Spe | WALTON-HA | 10/9/2007 | |
| PANDE | Print - Docum | WALTON-HA | 10/10/2007 | |
| PANDE | Transaction - | WALTON-HA | 10/10/2007 | |
| PANDE | Transaction - | WALTON-HA | 10/10/2007 | |
| PANDE | Totals for Spe | WALTON-HA | 10/10/2007 | |
| PANDE | Print - Docum | WALTON-HA | 10/11/2007 | |
| PANDE | Transaction - | WALTON-HA | 10/11/2007 | |
| PANDE | Transaction - | WALTON-HA | 10/11/2007 | |
| PANDE | Totals for Spe | WALTON-HA | 10/11/2007 | |
| PANDE | Print - Docum | WALTON-HA | 10/14/2007 | |
| PANDE | Transaction - | WALTON-HA | 10/14/2007 | |
| PANDE | Totals for Spe | WALTON-HA | 10/14/2007 | |
| PANDE | Print - Docum | WALTON-HA | 10/15/2007 | |
| PANDE | Transaction - | WALTON-HA | 10/15/2007 | |
| PANDE | Transaction - | WALTON-HA | 10/15/2007 | |
| PANDE | Totals for Spe | WALTON-HA | 10/15/2007 | |
| PANDE | Print - Docum | WALTON-HA | 10/17/2007 | |

Westlaw 10/07

| Client | Usage Type [ | User Name | Day | Total billed |
|---|---|---|---|---|
| PANDE | Transaction - | WALTON-HA | 10/17/2007 | |
| PANDE | Totals for Spe | WALTON-HA | 10/17/2007 | |
| PANDE | Print - Docum | WALTON-HA | 10/19/2007 | |
| PANDE | Transaction - | WALTON-HA | 10/19/2007 | |
| PANDE | Transaction - | WALTON-HA | 10/19/2007 | |
| PANDE | Totals for Spe | WALTON-HA | 10/19/2007 | |
| PANDE | Transaction - | WALTON-HA | 10/20/2007 | |
| PANDE | Transaction - | WALTON-HA | 10/20/2007 | |
| PANDE | Totals for Spe | WALTON-HA | 10/20/2007 | |
| PANDE | Print - Docum | WALTON-HA | 10/21/2007 | |
| PANDE | Transaction - | WALTON-HA | 10/21/2007 | |
| PANDE | Totals for Spe | WALTON-HA | 10/21/2007 | |
| PANDE | Print - Docum | WALTON-HA | 10/22/2007 | |
| PANDE | Transaction - | WALTON-HA | 10/22/2007 | |
| PANDE | Transaction - | WALTON-HA | 10/22/2007 | |
| PANDE | Totals for Spe | WALTON-HA | 10/22/2007 | |
| PANDE | Print - Docum | WALTON-HA | 10/23/2007 | |
| PANDE | Transaction - | WALTON-HA | 10/23/2007 | |
| PANDE | Totals for Spe | WALTON-HA | 10/23/2007 | |
| PANDE | Transaction - | WALTON-HA | 10/29/2007 | |
| PANDE | Transaction - | WALTON-HA | 10/29/2007 | |
| PANDE | Totals for Spe | WALTON-HA | 10/29/2007 | |
| PANDE | Print - Docum | WALTON-HA | 10/30/2007 | |
| PANDE | Print - Image | WALTON-HA | 10/30/2007 | |
| PANDE | Transaction - | WALTON-HA | 10/30/2007 | |
| PANDE | Transaction - | WALTON-HA | 10/30/2007 | |
| PANDE | Totals for Spe | WALTON-HA | 10/30/2007 | |
| Totals | | | | 1,059.76 |