KEKER & VAN NEST, LLP
SUSAN J. HARRIMAN - #111703
CHRISTA M. ANDERSON - #184325
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
KIRAN PANDE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE, | Case No. 04-5107 JCS |
| Plaintiff, | **DECLARATION OF NOAH D. LEBOWITZ IN SUPPORT OF PLAINTIFF KIRAN PANDE'S MOTION FOR ATTORNEYS' FEES** |
| v. | |
| CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A., Inc., | Judge: Hon. Joseph C. Spero |
| | Date Comp. Filed: December 2, 2004 |
| | Judgment Entered: October 29, 2007 |
| Defendants. | |

I, NOAH D. LEBOWITZ, declare:

1. I am an attorney duly licensed to practice law in all courts in the State of California, including the Northern District of California. I am a partner with the law firm Duckworth · Peters · Lebowitz LLP. The following is based upon my personal knowledge, and if called, I could testify competently thereto.

2. From approximately April 2001 through February 16, 2007, I was an associate with the law firm of McGuinn, Hillsman & Palefsky ("MHP"). During that time, one of the

1

DECLARATION OF NOAH D. LEBOWITZ IN SUPPORT OF PLAINTIFF KIRAN PANDE'S
MOTION FOR ATTORNEYS' FEES
CASE NO. 04-5107 JCS

405692.01

cases I handled was *Pande v. ChevronTexaco et al.* In fact, I acted as primary counsel on this case from intake through summary judgment and the close of fact discovery. At that point, I left MHP and established Duckworth · Peters · Lebowitz LLP and Ms. Pande sought new counsel.

3. I am a 1996 graduate of the University of San Francisco School of Law. Since my return to California after judicial clerkship, I have practiced exclusively in the area of employment law representing plaintiffs. My complete profile is available on my firm's website at www.dplsf.com/lebowitz.html.

4. My billing rate for 2007 is $375 per hour. This is the rate I regularly charge to, and receive from, my clients.

5. Attached hereto as **Exhibit A** is a log of my time entries for the time that I spent litigating this case while I was employed at MHP. If the entries in that log are added together, the total amount of time reflected is 212.9 hours. While I am typically diligent about keeping my time, my review of this log reveals that the total amount of hours reflected is less than the actual amount of time I devoted to the case. This lower amount is represented by notable gaps in the table for time periods where I am confident activity was occurring on the case. Because I did not capture this time contemporaneously with the activity, I am not including any additional hours in the 212.9 total.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this ___ day of November, 2007 at San Francisco, California.

_____
Noah D. Lebowitz

2
DECLARATION OF NOAH D. LEBOWITZ IN SUPPORT OF PLAINTIFF KIRAN PANDE'S
MOTION FOR ATTORNEYS' FEES
CASE NO. 04-5107 JCS