## NDL BILLING FOR
## Pande v. ChevronTexaco

| DATE | TASK | TIME |
|---|---|---|
| 9/16/04 | Initial meeting with client | 1.0 |
| 9/30/04 | Tc vm from client | 0.1 |
| 9/30/04 | Tc to client - | 0.2 |
| 9/30/04 | Instruct RB re email sample retainer | 0.1 |
| 10/5/04 | Review docs in prep for meeting with client | 1.2 |
| 10/5/04 | Meeting w. client | 2.3 |
| 10/8/04 | Lm w. oc re introduction | 0.1 |
| 10/8/04 | Tc from oc re intro and next steps | 0.2 |
| 10/14/04 | Tc from oc re agree to return to mediation; Mark Rudy ok, split costs; file and hold complaint if sol imminent | 0.1 |
| 10/14/04 | Lm w. client | 0.1 |
| 10/14/04 | Lm w. Janet Clarke re date for mediation | 0.1 |
| 10/14/04 | Tc from Janet Clarke re available dates for mediation | 0.1 |
| 10/15/04 | Tc from client | 0.3 |
| 10/19/04 | Review emails from client | 0.2 |
| 10/20/04 | Lm w. oc re January mediation dates | 0.1 |
| 10/21/04 | Tc to Anne Vode | 0.2 |
| 10/21/04 | Review documents and compile information for Anne Vode | 2.8 |
| 10/21/04 | Tc to client | 0.2 |
| 10/22/04 | Review email from client | 0.1 |
| 10/22/04 | Draft updated witness list for Anne Vode | 0.3 |
| 10/22/04 | Tc from client | 0.4 |

|         |                                                                       |     |
|---------|-----------------------------------------------------------------------|-----|
|         |                                                                       |     |
| 7/11/05 | Review email from client                                              | 0.1 |
| 7/11/05 | Tc to client                                                          | 0.2 |
| 7/12/05 | Review email from client                                              | 0.1 |
|         |                                                                       |     |
|         |                                                                       |     |
| 7/13/05 | Review email from arb. re thank you, etc                              | 0.1 |
| 7/13/05 | Review initial conflicts email from arb                               | 0.1 |
| 7/13/05 | Review email from oc Freeman re thank you to arb                      | 0.1 |
| 7/14/05 | Lm w. oc re setting up status conference with arbitrator              | 0.1 |
| 7/14/05 | Tc to client                                                          | 0.1 |
| 7/14/05 | Review letter from arbitrator re initial retention and conflicts of interest | 0.1 |
| 7/18/05 | Vm from oc Freeman re Aug 4 for status conf                           | 0.1 |
|         |                                                                       |     |
|         |                                                                       |     |
| 7/20/05 | Lm w. M. Richards re Aug 4 as status conf w. arb                      | 0.1 |
| 8/4/05  | Attend initial cmc t/c                                                | 0.3 |
| 8/4/05  | Review emails from client                                             | 0.1 |
| 8/4/05  | Tc from client                                                        | 0.3 |
| 8/5/05  | Review email notification re filing of jt status rpt                  | 0.1 |
| 8/8/05  | Review email from client                                              | 0.1 |
| 8/8/05  | Draft email to client                                                 | 0.1 |
| 8/12/05 | Review email from YS to oc Freeman                                    | 0.1 |
| 8/23/05 | Draft rfp                                                             | 0.3 |
| 8/23/05 | Lm w. oc re rfp                                                       | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 8/23/05 | Tc from oc re rfp | 0.1 |
| 8/24/05 | Tc to client | 0.2 |
| 8/24/05 | Draft rfp; email to client | 2.6 |
| 8/25/05 | Review email from client | 0.4 |
| 8/25/05 | Email to client | 0.1 |
| 8/26/05 | Review emails from client revise/finalize rfp | 0.5 |
| | Tc vm from oc re CT org. | 0.1 |
| 9/12/05 | Lm w. oc re CT org | 0.1 |
| 9/13/05 | Tc to oc re CT org; agreed to revisit after seeing doc production | 0.2 |
| | Review email from client | 0.2 |
| | Tc to client | 0.4 |
| | Email to client | 0.1 |
| | Review email from client | 0.1 |
| 9/23/05 | Compile documents for production | 1.0 |
| 9/27/05 | Draft response to rfp | 0.8 |
| 9/28/05 | Review email from oc re conference call setup | 0.1 |
| 9/28/05 | Left message w. oc re proper time for conference call | 0.1 |
| 9/28/05 | Email to oc asst. re proper time for conference call | 0.1 |
| 9/29/05 | Review final response rfp and docs | 0.5 |
| 9/29/05 | Review d's response rfp | 1.0 |
| 9/29/05 | Review d's draft proposed protective order | 0.4 |
| 9/30/05 | Tc to oc Freeman re revisions to protective order and initial discussions re depositions | 0.3 |
| 9/30/05 | Review d's proposed arbitration stipulation | 0.2 |
| 9/30/05 | Email to oc Freeman re reject arb stipulation | 0.2 |
| 10/2/05 | Review email from oc Freeman re reject arb stip | 0.1 |

| | | |
|---|---|---|
| 10/2/05 | Draft email response to oc Freeman re her email re reject arb stip | 0.3 |
| 10/3/05 | Revise and send email response drafted on 10/2 | 0.2 |
| 10/3/05 | Conference call with arbitrator | 0.3 |
| 10/4/05 | Review arbitrator's summary of conference call | 0.1 |
| 10/4/05 | Review email from oc Freeman re arb stip | 0.1 |
| 10/5/05 | Tc from oc Freeman re arb stip | 0.3 |
| 10/6/05 | Tc vm from oc Freeman re read new email | 0.1 |
| 10/6/05 | Review email from oc Freeman re arb stip | 0.1 |
| 10/6/05 | Draft email response to oc Freeman re her email re arb stip | 0.4 |
| 10/9/05 | Review 10/7/05 email from oc Freeman re arb stip | 0.1 |
| 10/11/05 | Draft email response to oc Freeman's email re arb stip | 0.4 |
| 10/11/05 | Review (finish) d's written responses to rfp | 0.3 |
| 10/11/05 | Review email from oc Freeman re arb stip; waiting to confer with her client | 0.1 |
| 10/13/05 | Review email from oc Freeman re CT will lift stay and proceed to court instead of arb | 0.1 |
| 10/13/05 | Conf w. JAM re proceeding w. court instead of arb | 0.1 |
| 10/13/05 | Tc to client | 0.2 |
| 10/17/05 | Review email from oc Freeman re draft docs to court re lift stay | 0.1 |
| 10/17/05 | Email to oc Freeman re no changes to draft docs | 0.1 |
| 10/18/05 | Review email notifications from court re filing of docs re lift stay | 0.1 |
| 10/21/05 | Review email from client | 0.1 |
| 10/26/05 | Review email from oc Freeman (and draft reply) re status of docs produced in arb | 0.1 |
| 11/04/05 | Review email from oc Freeman re properly naming defendants | 0.1 |

| | | |
|---|---|---|
| 11/04/05 | Draft email reply to oc Freeman re properly naming defendants | 0.1 |
| 11/4.05 | Review subsequent email from oc Freeman re properly naming defendants | 0.1 |
| 11/4/05 | Draft email reply to subsequent email from oc Freeman re properly naming defendants | 0.1 |
| 11/7/05 | Tc from J. Wilken's clerk re P's position re lifting stay | 0.1 |
| 11/8/05 | Review Order Lifting Stay | 0.1 |
| 11/16/05 | Review email from oc Freeman re amending complaint | 0.1 |
| 11/16/05 | Tc to oc Freeman re amending complaint & scheduling issues | 0.1 |
| 11/16/05 | Review email from oc Freeman confirming earlier conversation | 0.1 |
| 11/21/05 | Draft email to oc Freeman re timing of SAC draft | 0.1 |
| 11/21/05 | Draft SAC | 0.3 |
| 11/21/05 | Draft email to oc Freeman attaching draft SAC | 0.1 |
| 11/22/05 | Review & reply to email from oc Freeman re SAC draft | 0.1 |
| 11/22/05 | Review email fr oc Freeman w. attached ADR stip; review same | 0.1 |
| 11/22/05 | Tc from oc Freeman re their need to move cmc | 0.1 |
| 11/23/05 | Review email from oc Freeman re 1/6 as proposed cmc date | 0.1 |
| 11/28/05 | Draft email to oc Freeman re ADR stip acceptable | 0.1 |
| 11/28/05 | Review & reply to email from oc Freeman re naming of Chevron USA "Inc" | 0.1 |
| 11/28/05 | Tc from oc Freeman re m&c per scheduling order | 0.4 |
| 11/28/05 | Review emails and proposed stips re moving cmc and protective order; sign stips email replies | 0.3 |
| 12/6/05 | Draft revisions to JCMCS | 0.8 |
| 12/6/05 | Email to revised JCMCS to oc Freeman | 0.1 |

| | | |
|---|---|---|
| 12/6/05 | Review oc's suggested changes to JCMCS & her email re same; reply email approving changes | 0.3 |
| 12/7/05 | Research requirements for Rule 26f report | 0.3 |
| 12/7/05 | Draft 26f report and email to oc Freeman for review and comment | 0.8 |
| 12/7/05 | Revise R. 26f report; exchange of emails, tc, etc re revisions to JCMCS & R. 26f report | 0.5 |
| 12/7/05 | Draft initial disclosures | 1.2 |
| 12/8/05 | Review docs re initial disclosures; draft initial disclosures | 1.0 |
| 12/9/05 | Draft, revise, and finalize initial disclosures | 3.0 |
| 12/12/05 | Review d's i/d pleading & email oc re no insurance information | 0.3 |
| 12/12/05 | Review and organize d's docs produced in i/d | 2.0 |
| 12/21/05 | Review and organize d's docs produce in i/d | 4.5 |
| 12/22/05 | Review d's answer to sac | 0.8 |
| 12/23/05 | Review d's rfp | 0.1 |
| 1/6/06 | Prepare for initial cmc | 0.4 |
| 1/6/06 | Tc to client | 0.3 |
| 1/6/06 | Travel to & attend cmc | 1.5 |
| 1/9/06 | Draft rfp set one | 0.5 |
| 1/10/06 | Research re ombuds priv | 1.8 |
| 1/10/06 | Draft interrogatories | 0.4 |
| 1/12/06 | Tc to client | 0.7 |
| 1/12/06 | Lm w. oc Freeman re dates for mediation and client depo | 0.1 |
| 1/19/06 | Email to oc Freeman re dates for mediation and client depo | 0.1 |
| 1/19/06 | Draft response to rfp | 0.5 |
| 1/19/06 | Tc and exchange of emails re extensions to respond to discovery | 0.2 |

| Date | Description | Hours |
|---|---|---|
| 1/25/06 | Lm w. oc Freeman re dates for mediation and client depo | 0.1 |
| 1/31/06 | Review email from oc Freeman re dates for client depo | 0.1 |
| 1/31/06 | Draft email to oc Freeman re response to their rfp | 0.2 |
| 1/31/06 | Lm w. Janet Clarke re confirm mediation date | 0.1 |
| 3/15/06 | Mtg w. client | 1.5 |
| 3/20/06 | Travel to/from/attend client depo day 1 | 8.0 |
| 3/21/06 | Travel to/from/attend client depo day 2 | 8.5 |
| 3/22/06 | Travel to/from/attend client depo day 3 | 8.5 |
| | | |
| | | |
| | | |
| | | |
| 10/4/06 | Review email from client | 0.1 |
| 10/4/06 | Tc to oc Miller re settlement and extension on interrogatories | 0.4 |
| 10/4/06 | Email to oc Miller confirming extension | 0.1 |
| 10/4/06 | Email to oc Miller re changes to settlement agreement | 0.1 |
| 10/4/06 | Email to client | 0.1 |
| 10/4/06 | Tc (2) from Mark Rudy re def's settlement position | 0.2 |
| 10/5/06 | Draft last & final settlement demand | 0.4 |
| 10/5/06 | Draft letter to oc Hamasaki re depo scheduling | 0.3 |
| 10/5/06 | Tc to client | 0.2 |
| | | |
| | | |
| | | |
| | | |

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| 10/17/06 | Email to oc Miller re impending expiration of settlement demand | 0.1 |
| 10/17/06 | Tc from oc Miller re rejection of settlement demand | 0.1 |
| 10/18/06 | Travel to Houston for depos | 6.0 |
| 10/18/06 | Take depo of Kathy Mabe | 2.0 |
| 10/18/06 | Tc vm from oc Hamasaki re q's re interrogatories | 0.1 |
| 10/18/06 | Lm w. oc Hamasaki re her call | 0.1 |
| 10/18/06 | Prepare for depo of Jack Dunn | 1.3 |
| 10/18/06 | Conf w. client | 2.5 |
| 10/19/06 | Take depo of Jack Dunn | 3.5 |
| 10/19/06 | Conf w. client | 0.5 |
| 10/19/06 | Travel to Oakland from Houston | 6.0 |
| 10/20/06 | Review subpoenas issued by oc Hamasaki | 0.2 |
| 10/20/06 | Lm w. oc Hamasaki re her earlier call & re subpoenas | 0.1 |
| 10/20/06 | Tc vm from oc Hamasaki re my call | 0.1 |
| 10/20/06 | Tc to oc Hamasaki re interrogatories and subpoenas | 0.3 |
| 10/20/06 | Review letter from oc Hamasaki re agreements reached in our conversation | 0.1 |
| 10/23/06 | Review letter from oc Hamasaki to subpoena service re Stanford subpoena | 0.1 |
| 10/23/06 | Email to oc Hamasaki confirming Petro Assets docs = Kiran Pande docs | 0.1 |
| 10/23/06 | Review email from client | 0.1 |
| 10/23/06 | Email to client | 0.2 |
| 10/23/06 | Tc to V. Thompson re need release | 0.1 |

| | | |
|---|---|---|
| 10/23/06 | Draft release for V. Thompson; email same to her | 0.3 |
| 10/23/06 | Tc from oc Hamasaki re Paul Vita emergency, need to reschedule depo | 0.1 |
| 10/23/06 | Email to client re P. Vita developments | 0.1 |
| 10/24/06 | Review email from V. Thompson re signed authorization | 0.1 |
| 10/24/06 | Email to oc Hamasaki re signed authorization from V. Thompson | 0.1 |
| 10/24/06 | Email to oc Hamasaki re logistics for Feyijimi depo | 0.1 |
| 10/25/06 | Email to oc Hamasaki re her request for Benzler contact confirm | 0.1 |
| 10/25/06 | Prepare for Feyijimi depo | 1.5 |
| 10/25/06 | Review email from oc Hamasaki re Benzler and Feyijimi | 0.1 |
| 10/25/06 | Take Feyijimi depo by telephone | 1.2 |
| 10/25/06 | Conf w. client | 0.4 |
| 10/25/06 | Prepare supplemental document production | 0.5 |
| 10/27/06 | Review email from oc Hamasaki re suppl. doc production | 0.1 |
| 10/27/06 | Email to oc Hamasaki re suppl doc production | 0.2 |
| 10/27/06 | Prepare for R. Mitchell depo | 2.5 |
| 10/30/06 | Take depo of R. Mitchell | 4.1 |
| 10/30/06 | Conf w. client | 0.8 |
| 11/1/06 | Review file and draft email to oc Hamasaki re wrap up discovery | 0.4 |
| 11/2/06 | Review email from oc Hamasaki re wrap up discovery | 0.1 |
| 11/2/06 | Email to oc Hamasaki re wrap up discovery | 0.2 |
| 11/2/06 | Review email from oc Miller re Yamashita depo | 0.1 |
| 11/2/06 | Email to oc Miller re Yamashita depo | 0.1 |
| 11/2/06 | Review email from oc Miller re Yamashita depo | 0.1 |
| 11/3/06 | Review email from oc Hamasaki re Vita depo | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 11/6/06 | Prepare for Yamashita depo | 2.0 |
| 11/6/06 | Email to oc Hamasaki re Vita depo | 0.1 |
| 11/7/06 | Travel to/from/ take depo of Yamashita | 3.0 |
| 11/7/06 | Review email from oc Hamasaki re Vita depo | 0.1 |
| 11/7/06 | Email to oc Hamasaki re Vita depo | 0.1 |
| 11/9/06 | Review email from client | 0.1 |
| 11/9/06 | Email to client | 0.1 |
| 11/10/06 | Review email from oc Hamasaki re further discovery issues | 0.1 |
| 11/13/06 | Email to oc Hamasaki re further discovery issues | 0.1 |
| 11/13/06 | Review letter from M. Rudy re settlement | 0.1 |
| 11/13/06 | Email to M. Rudy re status and developments | 0.3 |
| 11/13/06 | Review email from M. Rudy in re status and developments | 0.1 |
| 11/13/06 | Email to client | 0.1 |
| 11/13/06 | Tc from client | 0.2 |
| 11/16/06 | Prepare for depo of P. Vita | 1.2 |
| 11/16/06 | Email to oc Hamasaki re P. Vita depo | 0.1 |
| 11/16/06 | Review email from oc Hamasaki re P. Vita depo and other discovery issues | 0.1 |
| 11/17/06 | Take depo of Paul Vita (t/c) | 0.8 |
| 11/17/06 | Mtg w. client | 0.5 |
| 11/21/06 | Prepare for depo of T. Shawstad | 3.5 |
| 11/27/06 | Take depo of T. Shawstad | 2.0 |
| 11/27/06 | Attend depo of client; continued | 1.1 |
| 11/27/06 | Mtg. w. client | 0.5 |
| 12/1/06 | Review (cursory) of def's msj | 0.8 |
| 12/4/06 | Review (in detail) def's msj | 1.5 |
| 12/4/06 | Research re opp msj | 2.0 |

| | | |
|---|---|---|
| 12/05/06 | Draft opp msj | 5.5 |
| 12/6/06 | Draft opp msj | 7.8 |
| 12/7/06 | Draft opp msj | 4.1 |
| 12/10/06 | Draft opp msj | 2.3 |
| 12/11/06 | Draft opp msj | 10.6 |
| 12/12/06 | Draft opp msj | 11 |
| 12/13/06 | Draft opp msj | 11 |
| 12/14/06 | Draft opp msj | 4.0 |
| 12/15/06 | Revise/finalize opp msj | 3.5 |
| 12/19/06 | Review email from oc Hamasaki re Benzler depo | 0.1 |
| 12/20/06 | Email to oc Hamasaki re Benzler depo | 0.1 |
| 12/20/06 | Tc from oc Hamasaki re jcmcs | 0.1 |
| 12/20/07 | Review and sign jcmcs | 0.2 |
| 1/2/07 | Review reply papers msj | 2.0 |
| 1/2/07 | Research re reply submissions & being improper/objections | 0.4 |
| 1/2/07 | Draft objection to reply submissions | 0.3 |
| 1/4/07 | Prepare for msj hearing | 1.9 |
| 1/5/07 | Travel to/from/attend msj hearing | 2.5 |
| 1/5/07 | Lm w. M. Rudy re continued mediation | 0.1 |
| 1/5/07 | Email to M. Rudy re continued mediation | 0.2 |
| 1/5/07 | Tc to Chip Mahla re expert report for case | 0.3 |
| 1/7/07 | Tc vm from M. Rudy re continued mediation | 0.1 |
| 1/8/07 | Review file re damages documents | 0.5 |
| 1/8/07 | Tc to client | 0.4 |
| 1/9/07 | Review file and gather documents re damages | 1.5 |
| 1/9/07 | Tc to C. Mahla re documents and questions | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 1/9/07 | Draft letter to C. Mahla re documents for evaluation | 0.1 |
| 1/9/07 | Tc to oc Miller re continued mediation; expert disclosures, discovery | 0.1 |
| 1/9/07 | Review emails and attachments from client | 0.3 |
| 1/10/07 | Review docs from client | 0.4 |
| 1/10/07 | Tc vm from Sylvia Benzler re depo | 0.1 |
| 1/10/07 | Lm w. Sylvia Benzler re depo scheduling | 0.1 |
| 1/10/07 | Review letter from oc Hamasaki re confirming put off expert discovery until after mediation | 0.1 |
| 1/10/07 | Tc vm from M. Rudy office re availability in February | 0.1 |
| 1/10/07 | Tc to client | 0.3 |
| 1/10/07 | Tc from S. Benzler re deposition and participation in the case | 0.3 |
| 1/10/07 | Tc vm from M. Rudy office re availability | 0.1 |
| 1/16/07 | Lm w. M. Rudy office re availability | 0.1 |
| 1/16/07 | Tc from M. Rudy office re availability | 0.1 |
| 1/16/07 | Tc to oc Miller re M. Rudy availability | 0.1 |
| 1/16/07 | Lm w. M. Rudy office re availability | 0.1 |
| 1/16/07 | Tc vm from Shari Task, MD re testimony | 0.1 |
| 1/16/07 | Review and sign retainer letter from C. Mahla | 0.1 |
| 1/17/07 | Tc vm from M. Rudy office re confirm 9/29 | 0.1 |
| 1/17/07 | Lm w. oc Miller re confirm 9/29 | 0.1 |
| 1/17/07 | Tc from M. Rudy office re confirm 9/29 | 0.1 |
| 1/17/07 | Review court order re msj | 0.3 |
| 1/17/07 | Email to client | 0.1 |
| 1/18/07 | Review email from M. Rudy re continued mediation | 0.1 |
| 1/18/07 | Tc to oc Miller re continued mediation | 0.1 |

| 1/18/07 | Review email from client | 0.1 |
|---------|--------------------------|-----|
| 1/18/07 | Tc to Sheri Task MD re potential testimony | 0.3 |
| 1/18/07 | Email to M. Rudy re mediation and discussions with oc Miller | 0.2 |
| 1/25/07 | Tc to oc Miller re expert discovery scheduling; she will call back | 0.1 |