1  Michele Ballard Miller (SBN 104198)
   Janine S. Simerly (SBN 102361)
2  Lisa C. Hamasaki (SBN 197628)
   MILLER LAW GROUP
3  A Professional Corporation
   60 E. Sir Francis Drake Blvd., Ste. 302
4  Larkspur, CA 94939
   Tel. (415) 464-4300
5  Fax (415) 464-4336

6  Attorneys for Defendants CHEVRON INTERNATIONAL
   EXPLORATION AND PRODUCTION (formerly known
7  as CHEVRONTEXACO OVERSEAS PETROLEUM and
   improperly sued as CHEVRONTEXACO OVERSEAS
8  PETROLEUM PACIFIC COMPANY) AND CHEVRON
   CORPORATION (formerly known as CHEVRONTEXACO
9  CORPORATION)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| KIRAN PANDE, | Case No. C 04-5107 JCS |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, MOTION FOR A NEW TRIAL** |
| v. | |
| CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, and CHEVRON INTERNATIONAL EXPLORATION and PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A. Inc. | Hearing Date: December 21, 2007<br>Time: 9:30 a.m.<br>Place: Courtroom A, 15th Fl.<br><br>Complaint filed: December 2, 2004<br><br>Honorable Joseph C. Spero |
| Defendants. | |

1
**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW OR,
IN THE ALTERNATIVE, MOTION FOR A NEW TRIAL**
Case No. C 04-5107 JCS

Defendants CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY, a division of Chevron U.S.A., Inc. and CHEVRON CORPORATION ("Defendants") brought this Motion For Judgment As A Matter Of Law Or, In The Alternative, Motion For A New Trial which came on for hearing on December 21, 2007 at 9:30 a.m. in Courtroom A on the 15th Floor, of this Court, the Honorable Joseph C. Spero presiding. Michele Ballard Miller and Janine S. Simerly of the Miller Law Group, Professional Corporation, appeared on behalf of Defendants.  Susan J. Harriman and Christa M. Anderson of Keker & Van Nest, LLP appeared on behalf of Plaintiff Kiran Pande.

Having considered the papers and arguments of counsel and good cause appearing, Defendants' Motion For Judgment As A Matter Of Law is granted.

It is hereby ordered that:

(1) The jury verdict and judgment entered in this case on October 29, 2007 is hereby vacated; and

(2) Judgment is hereby entered in favor of Defendants on all causes of action alleged by the Plaintiff;

**IT IS SO ORDERED.**

Dated: _____, 2007

_____
The Honorable Joseph C. Spero
United States Magistrate Judge

2
**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW OR,
IN THE ALTERNATIVE, MOTION FOR A NEW TRIAL**
Case No. C 04-5107 JCS