IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIRAN PANDE,                                        No. C04-05107 JCS

       Plaintiff,                                **CLERKS NOTICE VACATING HEARING DATE**

    v.

CHEVRONTEXACO CORP., ET AL,

       Defendant.

_____/

      Pursuant to Civil Local Rule 7-1(b), the Court finds that Plaintiff's Motion for Attorney Fees and Expenses, currently set for hearing on December 14, 2007, at 9:30 a.m., is appropriate for decision without oral argument.

      Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers. If oral argument is necessary, the Court will notify all counsel and parties with the hearing date and time.

Dated: December 5, 2007

                                                       Karen L. Hom
                                                       Courtroom Deputy