1  Michele Ballard Miller (SBN 104198)
   Janine S. Simerly (SBN 102361)
2  Lisa C. Hamasaki (SBN 197628)
   MILLER LAW GROUP
3  A Professional Corporation
   60 E. Sir Francis Drake Blvd., Ste. 302
4  Larkspur, CA 94939
   Tel. (415) 464-4300
5  Fax (415) 464-4336

6  Attorneys for Defendants CHEVRON
   CORPORATION (f/k/a ChevronTexaco
7  Corporation) and CHEVRON INTERNATIONAL
   EXPLORATION & PRODUCTION
8  (f/k/a ChevronTexaco Overseas Petroleum),
   a division of Chevron U.S.A. Inc.
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13
   KIRAN PANDE,                          Case No. C 04-5107 JCS
14
15            Plaintiff,                 **DECLARATION OF MICHELE BALLARD
                                         MILLER IN SUPPORT OF DEFENDANTS'
16 v.                                    REPLY TO PLAINTIFF'S OPPOSITION
                                         TO MOTION FOR JUDGMENT AS A
17                                       MATTER OF LAW OR, IN THE
   CHEVRON CORPORATION (f/k/a            ALTERNATIVE, MOTION FOR A NEW
18 ChevronTexaco Corporation) and CHEVRON TRIAL**
   INTERNATIONAL EXPLORATION &
19 PRODUCTION (f/k/a ChevronTexaco        Hearing Date:   December 21, 2007
   Overseas Petroleum), a division of Chevron  Time:       9:30 a.m.
20 U.S.A. Inc.                           Place:          Courtroom A, 15th Fl.

21            Defendants.                Complaint filed:  December 2, 2004
22

23

24          I, MICHELE BALLARD MILLER, declare:

25

26          1.     I am an attorney at law licensed to practice before the Courts of the

27 State of California and before this Court.  I am a partner in the law firm of MILLER LAW

28                                          1

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

1  GROUP, Professional Corporation, and am the attorney of record for Defendants

2  CHEVRON CORPORATION and CHEVRON INTERNATIONAL EXPLORATION AND

3  PRODUCTION COMPANY, a division of Chevron U.S.A. Inc., ("Defendants") in the above-

4  captioned matter.

5

6         2.     I have personal knowledge of the matters set forth herein, except those

7  stated on information and belief.  If called as a witness I could competently testify thereto.

8

9         3.     From October 9, 2007 through October 29, 2007, a trial was held in the

10  United States District Court, Northern District of California, in this lawsuit.  Attached and

11  incorporated as Exhibit A is a true and correct copy of excerpts from the Transcript of

12  Proceedings cited in Defendants' Motion for Judgment as a Matter of Law or, in the

13  Alternative, Motion for a New Trial, as well as Defendants' Reply brief filed herewith.

14

15         4.     On May 22, 2007 a Pre-trial Conference was held in the United States

16  District Court, Northern District of California, the Honorable Judge Claudia Wilkin

17  Presiding.  During that Pre-trial Conference Judge Wilken rule on Defendants' Motion in

18  Limine.  I represented Defendants at that hearing and the Plaintiff Kiran Pande was

19  represented by Susan Harriman and Christa Anderson of Keker & Van Nest.  Attached

20  and incorporated as Exhibit B is a true and correct copy of excerpts from the Transcript of

21  Proceedings from that hearing.

22

23         I declare under penalty of perjury under the laws of the United States of

24  America that the foregoing is true and correct.  Executed on this 7th day of December, 2007

25  in San Francisco, California.

26                               /S/

                          Michele Ballard Miller

27

28

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

**DECLARATION OF MICHELE BALLARD MILLER IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFF'S**
**OPPOSITION TO MOTION FOR JUDGMENT AS A MATTER OF LAW**
Case No. C 04-5107 JCS