**United States District Court**

For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    NORTHERN DISTRICT OF CALIFORNIA
7
8   KIRAN PANDE,                              Case No. C-04-05107 JCS
9            Plaintiff(s),
                                              **ORDER DENYING DEFENDANT'S**
10      v.                                    **MOTION TO STRIKE AND**
                                              **PERMITTING RESPONSE TO**
11  CHEVRONTEXACO CORP., ET AL.,              **PLAINTIFF'S ADDITIONAL EVIDENCE**
                                              **[Docket No. 211]**
12           Defendant(s).
    _____/
13

14          On December 5, 2007, Defendant filed an Objection and Motion to Strike Plaintiff's Reply

15   Evidence on Motion for Attorneys' Fees and Expenses.  The Court rejects Defendant's request that

16   it strike the evidence that Plaintiff submitted in support of her Reply brief on her attorneys' fees

17   motion.  Rather, Defendant shall be permitted to file a response to the new evidence, to be filed with

18   the Court by March 28, 2008.

19          IT IS SO ORDERED.

20

21   Dated: March 12, 2008

22
23                                            _____
                                              JOSEPH C. SPERO
24                                            United States Magistrate Judge

25

26

27

28