UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIRAN PANDE,

          Plaintiff(s),

    v.

CHEVRONTEXACO CORP., ET AL.,

          Defendant(s).

Case No. C-04-05107 JCS

**ORDER RE PLAINTIFF'S BILL OF COSTS**

Currently pending before the Court is Plaintiff's Motion for Attorneys' Fees and Expenses. In that motion, Plaintiff states that she seeks in addition to the attorneys' fees and expenses that are briefed in the motion any amounts that might be denied by the Clerk's Office in taxing costs. The Court declines to consider that request because it does not comply with Civil Local Rule 54-5, which sets forth the procedural requirements for filing a motion for review of the Clerk's taxation of costs. Under that rule, Plaintiff is required to file a motion for review of the Clerk's taxation of costs within five days of the notice of taxation of costs. The Clerk's Office taxed costs in this case on March 12, 2008. Should Plaintiff wish to challenge the determination of the Clerk's Office, she must file a timely motion under Civ.L.R. 54-5.

IT IS SO ORDERED.

Dated: March 19, 2008

JOSEPH C. SPERO
United States Magistrate Judge