Michele Ballard Miller (SBN 104198)
Janine S. Simerly (SBN 102361)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.<br><br>　　　　Defendants. | Case No. C 04-5107 JCS<br><br>**DECLARATION OF JANINE S. SIMERLY IN SUPPORT OF DEFENDANTS' RESPONSE TO NEW EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES** |

I, Janine S. Simerly, do hereby declare as follows:

1.   I am an attorney duly licensed to practice law before all courts of the State of California and a shareholder of Miller Law Group (MLG), outside counsel and

1
**DECLARATION OF JANINE S. SIMERLY IN SUPPORT OF DEFENDANTS' RESPONSE TO NEW EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES**
Case No. C 04-5107 JCS

attorneys of record for Defendants in the above captioned matter.  Prior to joining MLG, from April, 1999 to September, 2007, I was a partner with Seyfarth Shaw LLP, where the focus of my practice was employment law.  The following is based upon my own personal knowledge except for facts stated upon information and belief and as to them, I believe them to be true.  If called upon to testify to these facts, I could and would competently do so.

2.  I have been practicing law for over 30 years, having been admitted to the Louisiana bar in 1977 and the California bar in 1982.  Over the course of my legal career, I have tried over 35 jury trials to verdict, and in 1998 was invited to join the American Board of Trial Advocates (ABOTA), an organization that claims most of the Bay Area's preeminent trial attorneys among its members.  I was only the sixth woman inducted into the San Francisco chapter.  I hold an AV rating with Martindale Hubbel, as does my partner, Michele Ballard Miller.

3.  My 2007 standard billing rate with the Miller Law Group was $375/hour.  That is the rate MLG charged market-rate paying clients for my work in 2007, unless the retainer agreement provided a discount.  My hourly rate for Chevron in this matter was discounted to $345.  Michele Miller's hourly rate in this matter was $350, while Lisa Hamasaki (a 1998 law school graduate of the University of Virginia School of Law) was charged out at $310/hour.

4.  Attached and incorporated as Exhibit A to this declaration is a true and correct copy of the April 17, 2007 Order Granting Motion of Plaintiffs For Attorneys' Fees and Costs from the lawsuit entitled *Anthony Marin, et al. v. Costco Wholesale Corporation,* Alameda County Superior Court, Case No. RG04-150447.  Attached and incorporated as Exhibit B to this declaration is a true and correct copy of the December 7, 2007 Amended Order Granting Plaintiff's Motion For Appellate Fees and Costs from the lawsuit entitled

1  *John Paul Murphy v. Kenneth Cole Productions, Inc.,* San Francisco Superior Court, Case
2  No. CGC-03-423260.

4        I declare under penalty of perjury under the laws of the United States of
5  America that the foregoing is true and correct.  Executed on this 28th day of March, 2008 in
6  San Francisco, California.

                                            /S/
                                  Janine S. Simerly

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

**DECLARATION OF JANINE S. SIMERLY IN SUPPORT OF DEFENDANTS' RESPONSE TO NEW EVIDENCE
SUBMITTED IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES**
Case No. C 04-5107 JCS