**EXHIBIT D**

```
03/26/08          EMPLOYEE CATEGORY SUMMARY BY BILLER NAMES              Page #:0001
                              PHILIP KAY
                               GOBER


AT  ATTORNEY                     Admitted Date        Rate        Adj.
LAR ORGAN, LAWRENCE ANTHONY        12/30/94 09/17/97  350.00      276.00
Entries: 1356  Days:705   Hours:2858.80  Fees:1000580.00    Adj. :789028.80


PHI KAY, PHILIP E.                 12/01/81 05/23/96  560.00      560.00
Entries: 1239  Days:883   Hours:4987.60  Fees:2793056.00    Adj. :2793056.00


 Billers:    2  Entries: 2595  Hours:7846.40   Fees:3793636.00   Adj. :3582084.80
```

```
03/26/08              EMPLOYEE CATEGORY SUMMARY BY BILLER NAMES              Page #:0002
                                  LUCE FORWARD
                                GOBER V RALPHS


PAR PARALEGAL                          Date        Rate       Adj.
KTC TYLER-CLOANINGER, KIMBERLY    /  /  01/17/02   65.00      0.00
Entries: 1    Days:1    Hours:0.60    Fees:39.00       Adj. :0.00


   Billers:    1  Entries:    1  Hours:0.60      Fees:39.00         Adj. :0.00

```

```
 03/26/08              EMPLOYEE CATEGORY SUMMARY BY BILLER NAMES          Page #:0001
                                   LUCE FORWARD
                                  GOBER V RALPHS


AT  ATTORNEY                       Admitted Date          Rate       Adj.
CAB BIRD, CHARLES                  12/25/73 07/22/98      450.00         0.00
Entries: 437    Days:418    Hours:915.90    Fees:412155.00    Adj. :0.00

JS  SINGH, JAIKARAN                06/07/99 04/15/02      330.00         0.00
Entries: 1      Days:1      Hours:0.50     Fees:165.00      Adj. :0.00

KMC CLEMES, KAREN M.               12/15/98 09/29/03      295.00         0.00
Entries: 8      Days:8      Hours:27.75    Fees:8186.25     Adj. :0.00

RLY YOUNG, ROBERT                  06/21/88 11/27/01      425.00         0.00
Entries: 14     Days:14     Hours:20.50    Fees:8712.50     Adj. :0.00

TLA ANGELOPOULOS, TRACEY           06/05/02 10/03/03      265.00         0.00
Entries: 14     Days:14     Hours:26.40    Fees:6996.00     Adj. :0.00

    _____

 Billers:    5  Entries:   474  Hours:991.05     Fees:436214.75     Adj. :0.00
```

# EXHIBIT E

```
 03/26/08              EMPLOYEE CATEGORY SUMMARY BY BILLER NAMES            Page #:0001
                                SCHNEIDER & WALLACE
                                LOPEZ V. SFUSD #2700


 AT  ATTORNEY                        Admitted Date           Rate       Adj.
 CJB BRAYTON, CLINT                12/01/97 11/12/00         350.00     250.00
 Entries: 86     Days:55     Hours:61.20    Fees:21420.00      Adj. :15300.00


 EPL LAIRD, ELISA                  06/09/03 08/06/02         225.00     100.00
                                            06/09/03         225.00     225.00
 Entries: 1678  Days:356     Hours:1920.80  Fees:432180.00     Adj. :389580.00


 GBW WALLACE, GUY                  05/23/95 08/18/00         435.00     350.00
 Entries: 3886  Days:751     Hours:3202.60  Fees:1393131.00    Adj. :1120910.00


 GL  LUK, GALIN                    12/09/98 10/04/02         325.00     250.00
 Entries: 26     Days:26     Hours:149.00   Fees:48425.00      Adj. :37250.00


 JGK KONECKY, JOSH                 06/14/96 05/24/04         385.00     250.00
 Entries: 48     Days:17     Hours:29.50    Fees:11357.50      Adj. :7375.00


 JK  KIM, JINNY                    12/01/00 09/16/02         350.00     250.00
 Entries: 168    Days:85     Hours:165.60   Fees:57960.00      Adj. :41400.00


 SSC COLBY, SARAH                  02/19/98 07/21/03         350.00     250.00
 Entries: 214    Days:50     Hours:256.40   Fees:89740.00      Adj. :64100.00


 TMS SCHNEIDER, TODD               06/08/92 11/06/00         435.00     350.00
 Entries: 60     Days:49     Hours:26.80    Fees:11658.00      Adj. :9380.00


 WEM MUSELL, WENDY                 12/06/99 05/11/01         325.00     250.00
 Entries: 2384  Days:526     Hours:2159.50  Fees:701837.50     Adj. :539875.00


 Billers:    9  Entries: 8550  Hours:7971.40    Fees:2767709.00   Adj. :2225170.00
```

EMPLOYEE CATEGORY SUMMARY BY BILLER NAMES
                                SCHNEIDER & WALLACE
                                 LOPEZ V. SFUSD #2700

```
PAR PARALEGAL                               Date        Rate       Adj.
DB  BARAK, DANNY                    /  /  01/15/02     100.00     100.00
Entries: 197    Days:26    Hours:90.30    Fees:9030.00          Adj. :9030.00

EJW WOOD, ERIN                      /  /  04/22/03     100.00     100.00
Entries: 59     Days:43    Hours:29.70    Fees:2970.00          Adj. :2970.00

KJD DALEY, KRISTEN                  /  /  06/02/03     100.00     100.00
Entries: 62     Days:43    Hours:290.90   Fees:29090.00         Adj. :29090.00

SJP PATTERSON, SHAWNA               /  /  11/22/03     100.00     100.00
Entries: 94     Days:62    Hours:301.70   Fees:30170.00         Adj. :30170.00

TCW WITHERSPOON, THERESA            /  /  03/07/03     100.00     100.00
Entries: 8      Days:8     Hours:16.00    Fees:1600.00          Adj. :1600.00
```

```
Billers:    5  Entries:   420  Hours:728.60    Fees:72860.00    Adj. :72860.00
```