Michele Ballard Miller (SBN 104198)
Janine S. Simerly (SBN 102361)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRON
CORPORATION (f/k/a ChevronTexaco
Corporation) and CHEVRON INTERNATIONAL
EXPLORATION & PRODUCTION
(f/k/a ChevronTexaco Overseas Petroleum),
a division of Chevron U.S.A. Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>           Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION (f/k/a ChevronTexaco Corporation) and CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a ChevronTexaco Overseas Petroleum), a division of Chevron U.S.A. Inc.<br><br>           Defendants. | Case No. C 04-5107 JCS<br><br>DECLARATION OF ALAN R. BERKOWITZ IN SUPPORT OF DEFENDANTS' RESPONSE TO NEW EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES |

I, Alan R. Berkowitz, declare:

1.    I am a member of the State Bar of California and am Of Counsel with the law firm of Bingham McCutchen LLP. I make this declaration in support of Defendants' Response to New Evidence Submitted in Support of Plaintiff's Motion for Attorneys' Fees

1

and Expenses. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

2.  My practice focuses on the representation of employers in domestic and international labor and employment law. I have practiced labor and employment law for more than 35 years, representing clients before the National Labor Relations Board (NLRB), EEOC and virtually all California and federal courts and administrative agencies. I am a fellow in the College of Labor and Employment Lawyers and am listed as one of the "Best Lawyers in America," as a "Leading Employment Lawyer" by Chambers USA, as a Northern California "Super Lawyer" by Law & Politics and San Francisco magazines, and as one of the "Best Lawyers in the Bay Area" by Bay Area Lawyer magazine.

3.  Prior to entering private practice, I worked at the NLRB in the Office of the General Counsel in Washington, D.C., and as a trial specialist and supervisory attorney in San Francisco. I was appointed regional attorney of the Oakland Regional Office of the NLRB.

4.  My civil litigation practice focuses on wrongful termination, discrimination, sexual harassment, unfair competition, and wage and hour matters. I have tried more than 50 cases, including civil jury and non-jury matters in state court; civil and criminal contempt cases in U.S. District Court; and administrative trials before the NLRB. I also conduct private mediations and am a mediator for the U.S. District Court Alternative Dispute Resolution Program and the San Francisco Superior Court Early Settlement Program.

5.  Among the cases I have litigated are:

2

DECLARATION OF ALAN R. BERKOWITZ IN SUPPORT OF DEFENDANTS' RESPONSE TO NEW EVIDENCE
SUBMITTED IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES
Case No. C 04-5107 JCS

SFI-580862v1

- *Sparks v. Computerworld* – Orange County Superior Court. Successfully defended a major publishing company in three week jury trial in which plaintiff alleged fraud, discrimination and wrongful termination.

- *Surber v. Dr. Burnet Sumner and Dr. Christine McGill* – San Francisco Superior Court. Successfully tried breach of settlement agreement case in jury trial. Also received favorable directed verdict on one cause of action before case submitted to jury.

- *Danielson v. Bank of America* - San Francisco Superior Court. Successfully defended major bank in sex discrimination and wrongful termination jury trial lasting over six weeks.

- *Curtis v. Popular Computing* - San Mateo Superior Court. Obtained very favorable settlement upon moving for non-suit after opening statement in jury trial of age discrimination and wrongful termination case.

- *Alaska Pulp Corp.* - National Labor Relations Board. Defended company in one of the largest back pay cases in history of NLRB. Case spanned a period of 17 years and involved numerous hearing and appeals. After significant win in the Ninth Circuit, achieved favorable settlement.

6. In February 2007, I represented Jon Finley in a case primarily alleging breach of contract for stock options against MarketTools in Marin County Superior Court. I tried the case to verdict and was awarded attorneys' fees at my then-current hourly rates which were $475 in 2005, $525 in 2006 and $555 in 2007.

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed this 27 day of March 2008 at San Francisco, California.

Alan R. Berkowitz