```
 1  Michele Ballard Miller (SBN 104198)
    Janine S. Simerly (SBN 102361)
 2  Lisa C. Hamasaki (SBN 197628)
    MILLER LAW GROUP
 3  A Professional Corporation
    60 E. Sir Francis Drake Blvd., Ste. 302
 4  Larkspur, CA 94939
    Tel. (415) 464-4300
 5  Fax (415) 464-4336

 6  Craig E. Stewart (SBN 129530)
    Tracy M. Strong (SBN 221540)
 7  JONES DAY
    555 California Street, 26th Floor
 8  San Francisco, CA 94104
    Telephone:  (415) 626-3939
 9  Facsimile:  (415) 875-5700
    Email: cestewart@jonesday.com
10  Email: tstrong@jonesday.com

11  Attorneys for Defendants CHEVRON
    INTERNATIONAL EXPLORATION AND
12  PRODUCTION (formerly known as
    CHEVRONTEXACO OVERSEAS PETROLEUM and
13  improperly sued as CHEVRONTEXACO OVERSEAS
    PETROLEUM PACIFIC COMPANY) AND
14  CHEVRON CORPORATION (formerly known as
    CHEVRONTEXACO CORPORATION)
15
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A., Inc.,<br><br>　　　　Defendants. | Case No. 04-5107 JCS<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

SFI-580716v1

NOTICE OF ASSOCIATION OF COUNSEL
04-5107 JCS

TO THE COURT, PLAINTIFF AND HER COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendants Chevron International Exploration and Production (formerly known as ChevronTexaco Overseas Petroleum and improperly sued as ChevronTexaco Overseas Petroleum Pacific Company) and Chevron Corporation (formerly known as ChevronTexaco Corporation) hereby associate the law firm of Jones Day as co-counsel in this action.

Pursuant to such association, Craig E. Stewart and Tracy M. Strong of Jones Day should be added to all service lists as co-counsel for defendants at the following address:

> Craig E. Stewart
> Tracy M. Strong
> JONES DAY
> 555 California Street, 26th Floor
> San Francisco, CA  94104
> Telephone:   (415) 626-3939
> Facsimile:    (415) 875-5700
> Email: cestewart@jonesday.com
> Email: tstrong@jonesday.com

Dated: April 2, 2008

MILLER LAW GROUP

By: /s/ Lisa C. Hamasaki
LISA C. HAMASAKI

Counsel for Defendants
CHEVRON CORPORATION, CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION

Dated: April 2, 2008

JONES DAY

By: /s/ Craig E. Stewart
Craig E. Stewart

Counsel for Defendants
CHEVRON CORPORATION, CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION