1  Michele Ballard Miller (SBN 104198)
   Janine S. Simerly (SBN 102361)
2  Lisa C. Hamasaki (SBN 197628)
   MILLER LAW GROUP
3  A Professional Corporation
   60 E. Sir Francis Drake Blvd., Ste. 302
4  Larkspur, CA 94939
   Tel. (415) 464-4300
5  Fax (415) 464-4336

6  Craig E. Stewart (SBN 129530)
   Tracy M. Strong (SBN 221540)
7  JONES DAY
   555 California Street, 26th Floor
8  San Francisco, CA  94104
   Telephone:     (415) 626-3939
9  Facsimile:     (415) 875-5700
   Email: cestewart@jonesday.com
10 Email: tstrong@jonesday.com

11 Attorneys for Defendants CHEVRON
   INTERNATIONAL EXPLORATION AND
12 PRODUCTION (formerly known as
   CHEVRONTEXACO OVERSEAS PETROLEUM and
13 improperly sued as CHEVRONTEXACO OVERSEAS
   PETROLEUM PACIFIC COMPANY) AND
14 CHEVRON CORPORATION (formerly known as
   CHEVRONTEXACO CORPORATION)

15

UNITED STATES DISTRICT COURT

16

NORTHERN DISTRICT OF CALIFORNIA

17

18

| | |
|---|---|
| 19  KIRAN PANDE, | Case No. 04-5107 JCS |
| 20         Plaintiff, | STIPULATION AND [PROPOSED] ORDER STAYING ENFORCEMENT |
| 21     v. | OF JUDGMENT PENDING APPEAL |
| 22  CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A., Inc., | |
| 27         Defendants. | |

28

SFI-581123v1

Stip. and [Proposed] Order Staying Jgmt
04-5107 JCS

1  Plaintiff Kiran Pande and defendants Chevron International Exploration and Production
2  and Chevron Corporation hereby stipulate and agree that enforcement of (1) this Court's
3  Judgment of October 27, 2007, (2) the award of costs dated March 12, 2008, and (3) the award of
4  attorney's fees dated April 1, 2008, shall be stayed pending final resolution of defendants' appeal
5  in this action. The stay shall expire 10 days after the mandate issues from United States Court of
6  Appeals for the Ninth Circuit.

Dated: April 2, 2008

KEKER & VAN NEST, LLP
Susan J. Harriman
Steven A. Hirsch
Christa M. Anderson
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facscimile: (415) 397-7188

By: /s/ Steven A. Hirsch

Counsel for Plaintiff
KIRAN PANDE

Dated: April 2, 2008

JONES DAY

By: /s/ Craig E. Stewart
    Craig E. Stewart

Counsel for Defendants
CHEVRON CORPORATION, CHEVRON
INTERNATIONAL EXPLORATION &
PRODUCTION

IT IS SO ORDERED.

Dated: April ___, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge