1  Michele Ballard Miller (SBN 104198)
   Janine S. Simerly (SBN 102361)
2  Lisa C. Hamasaki (SBN 197628)
   MILLER LAW GROUP
3  A Professional Corporation
   60 E. Sir Francis Drake Blvd., Ste. 302
4  Larkspur, CA 94939
   Telephone: (415) 464-4300
5  Facsimile: (415) 464-4336

6  Craig E. Stewart (SBN 129530)
   Tracy M. Strong (SBN 221540)
7  JONES DAY
   555 California Street, 26th Floor
8  San Francisco, CA  94104
   Telephone:     (415) 626-3939
9  Facsimile:     (415) 875-5700
   Email: cestewart@jonesday.com
10 Email: tstrong@jonesday.com

11 Attorneys for Defendants CHEVRON
   INTERNATIONAL EXPLORATION AND
12 PRODUCTION (formerly known as
   CHEVRONTEXACO OVERSEAS PETROLEUM
13 and improperly sued as CHEVRONTEXACO
   OVERSEAS PETROLEUM PACIFIC COMPANY)
14 AND CHEVRON CORPORATION (formerly
   known as CHEVRONTEXACO CORPORATION)

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| KIRAN PANDE, | Case No. 04-5107 JCS |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A., Inc., | |
| Defendants. | |

SFI-581328v1

Notice of Appearance
Case No. C 04-5107 JCS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following counsel hereby appears in this matter on behalf of Defendants CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM and improperly sued as CHEVRONTEXACO OVERSEAS PETROLEUM PACIFIC COMPANY) AND CHEVRON CORPORATION (formerly known as CHEVRONTEXACO CORPORATION).

Craig E. Stewart
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Tel. (415) 626-3939
Fax. (415) 875-5700
Email: cestewart@jonesday.com

Dated: April 4, 2008

JONES DAY

By:/s/ Craig E. Stewart
　　Craig E. Stewart

Attorneys for Defendants CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM and improperly sued as CHEVRONTEXACO OVERSEAS PETROLEUM PACIFIC COMPANY) AND CHEVRON CORPORATION (formerly known as CHEVRONTEXACO CORPORATION)