ORIGINAL

Michele Ballard Miller (SBN 104198)
Janine S. Simerly (SBN 102361)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Telephone: (415) 464-4300
Facsimile: (415) 464-4336

FILED
08 APR -4 AM 11:26
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Craig E. Stewart (SBN 129530)
Tracy M. Strong (SBN 221540)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email: cestewart@jonesday.com
Email: tstrong@jonesday.com

Attorneys for Defendants CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM and improperly sued as CHEVRONTEXACO OVERSEAS PETROLEUM PACIFIC COMPANY) AND CHEVRON CORPORATION (formerly known as CHEVRONTEXACO CORPORATION)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN PANDE,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION (f/k/a CHEVRONTEXACO CORPORATION), a Delaware corporation, CHEVRON INTERNATIONAL EXPLORATION & PRODUCTION (f/k/a CHEVRONTEXACO OVERSEAS PETROLEUM COMPANY), a division of Chevron U.S.A., Inc.,<br><br>Defendants. | Case No. 04-5107 JCS<br><br>**NOTICE OF APPEAL** |

1  Notice is hereby given that Chevron International Exploration and Production (formerly
2  known as ChevronTexaco Overseas Petroleum and improperly sued as ChevronTexaco Overseas
3  Petroleum Pacific Company) and Chevron Corporation (formerly known as ChevronTexaco
4  Corporation), defendants in the above-named case, hereby appeal to the United States Court of
5  Appeals for the Ninth Circuit from the final judgment entered in this action on October 29, 2007,
6  from the Court's March 11, 2008 Order Denying Defendant's Motion for Judgment As a Matter
7  of Law Or, In the Alternative, For a New Trial and from the Court's April 1, 2008 Order Granting
8  in Part and Denying in Part Plaintiff's Motion for Attorneys' Fees and Expenses. This notice is
9  timely under Federal Rule of Appellate Procedure 4(a)(4) because it is filed within 30 days after
10 the Court's denial of defendants' motion for judgment as a matter of law or, in the alternative, for
11 a new trial.

13 Dated: April 4, 2008

MILLER LAW GROUP

JONES DAY

By: /s/ Craig E. Stewart
    Craig E. Stewart

Attorneys for Defendants CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION (formerly known as CHEVRONTEXACO OVERSEAS PETROLEUM and improperly sued as CHEVRONTEXACO OVERSEAS PETROLEUM PACIFIC COMPANY) AND CHEVRON CORPORATION (formerly known as CHEVRONTEXACO CORPORATION)

# REPRESENTATION STATEMENT

*Pande v. Chevron Corp. et al.*, C 04-5107 JCS

**Counsel for All Defendants**

Michele Ballard Miller (SBN 104198)
Janine S. Simerly (SBN 102361)
Lisa C. Hamasaki (SBN 197628)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Telephone: (415) 464-4300
Facsimile: (415) 464-4336

Craig E. Stewart (SBN 129530)
Tracy M. Strong (SBN 221540)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:   (415) 626-3939
Facsimile:   (415) 875-5700

**Counsel for Plaintiff**

KEKER & VAN NEST, LLP
Susan J. Harriman
Christa M. Anderson
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facscimile: (415) 397-7188

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On April 4, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**NOTICE OF APPEAL**

in a sealed envelope, postage fully paid, addressed as follows:

KEKER & VAN NEST, LLP
Susan J. Harriman
Christa M. Anderson
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facscimile: (415) 397-7188

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 4, 2008, at San Francisco, California.

_____
Margaret C. Landsborough

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017787
Cashier ID: almaceh
Transaction Date: 04/04/2008
Payer Name: NATIONWIDE LEGAL INC
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: international
 Case/Party: D-CAN-3-04-CV-005107-001
 Amount:        $455.00
-----------------------------------
CHECK
 Check/Money Order Num: 13768
 Amt Tendered: $455.00
-----------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

C04-5107 JCS


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```