United States District Court
Northern District of California
Transcript Designation and Ordering Form

**ORIGINAL**

FILED
08 APR 25 PM 3:42
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. Court of Appeals Case No. 08-15855

U.S. District Court Case No. 3:04-CV-05107-JCS

Short Case Title   Pande v. ChevronTexaco Corporation et al.

Date Notice of Appeal Filed by Clerk of District Court   04/04/08

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| 01/05/07 | Raynee H. Mercado | Motion for Summary Judgment |
| 05/22/07 | Starr A. Wilson | Motions in Limine |
| 09/28/07 | Katherine Wyatt | Pre-Trial Proceedings |
| 10/09/07 | Raynee H. Mercado | Opening Statements |
| 10/10/07 | Raynee H. Mercado | Trial Transcript |
| 10/11/07 | Raynee H. Mercado | Trial Transcript |
| 10/15/07 | Raynee H. Mercado | Trial Transcript |
| 10/16/07 | Raynee H. Mercado | Trial Transcript |

(attach additional page for designations if necessary)

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☒ As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

☐ As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant

Craig E. Stewart
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104
(415) 626-3939

Date Transcript Ordered   4/25/08

Signature Attorney/Pro Per Litigant

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporter's transcripts.

Please note the specific instructions below. If there are further questions, contact the District Court Clerk's Office in which your case was filed: San Francisco (415) 522-2000; San Jose (408) 535-5363; or Oakland (510) 637-3530.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**
(1) Pick up form from district court clerk's office when filing the notice of appeal or download an interactive version of form from www.cand.uscourts.gov.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

COPY ONE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## TRANSCRIPT DESIGNATION AND ORDERING FORM

U.S. Court of Appeals Case No. 08-15855    U.S. District Court Case No. 3:04-CV-05107-JCS

Short Case Title  Pande v. ChevronTexaco Corporation et al.

**SECTION A** – Continued

| Hearing Date | Court Reporter | Hearing Type |
|---|---|---|
| ✓ 10/17/07 | Raynee H. Mercado | Trial Transcript |
| ✓ 10/18/07 | Raynee H. Mercado | Trial Transcript |
| ✓ 10/22/07 | Diane Skillman Kathy Wyatt | Trial Transcript |
| ✓ 10/23/07 | Diane Skillman Kathy Wyatt | Closing Argument |
| ✓ 10/29/07 | Katherine Wyatt | Verdict Reading |

SFI-582569v1

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On April 25, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s): Transcript Designation and Ordering Form in a sealed envelope, postage fully paid, addressed as follows:

KEKER & VAN NEST, LLP
Steven A. Hirsch
Susan J. Harriman
Christa M. Anderson
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 25, 2008, at San Francisco, California.

_____
Margaret C. Landsborough

SF1-581312v1